DEFENDANT: TRAMMEL THOMAS

DOB: 1979

ADDRESS:

6818 South 40th Drive
Phoenix, AZ   85041

COMPLAINT FILED?        \_\_\_\_\_ YES   X\_\_\_NO

OFFENSES:

| | |
|---|---|
| **Count 1:** | 18 U.S.C. § 286 – Conspiracy to Defraud the Government with Respect to Claims |
| **Counts 2-13** | 18 U.S.C. § 1343 – Wire Fraud |
| **Counts 14-26** | 18 U.S.C. § 1341 – Mail Fraud |

LOCATION OF OFFENSES:   El Paso and Denver Counties, Colorado

PENALTIES:

| | |
|---|---|
| **Count 1:** | NMT 10 years imprisonment; a fine of NMT twice the financial gain, or $250,000, whichever is greater; NMT 3 years supervised release; and $100 Special Assessment |
| **Counts 2-13** | NMT 20 years of imprisonment; a fine of NMT twice the financial gain, or $250,000, whichever is greater; NMT 3 years of supervised release; restitution; $100 special assessment fee for each count. |
| **Counts 14-26** | NMT 20 years of imprisonment; a fine of NMT twice the financial gain, or $250,000, whichever is greater; NMT 3 years of supervised release; restitution; $100 special assessment fee for each count. |

AGENT:   Department of Education, Office of Inspector General Special Agent Sandra Ennis

AUTHORIZED BY:  Martha A. Paluch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____ five days or less
\_\_\_ X \_\_ over five days
_____ other

THE GOVERNMENT
\_\_\_\_\_ X \_\_\_ will seek detention in this case
_____ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _____   Yes          \_\_ X \_\_\_   No