<u>DEFENDANT</u>: MERCEDES DIAZ

<u>DOB:</u>  1989

<u>ADDRESS:</u>

Arizona State Prison Complex-Perryville
Inmate No. 280050
2105 North Citrus Road
Goodyear, AZ   85395

<u>COMPLAINT FILED?</u>         \_\_\_\_\_ YES    <u>X   </u>NO

<u>OFFENSES:</u>

| | |
|---|---|
| **Count 1:** | 18 U.S.C. § 286 – Conspiracy to Defraud the Government with Respect to Claims |
| **Counts 20-21** | 18 U.S.C. § 1341 – Mail Fraud |

<u>LOCATION OF OFFENSES:</u>    El Paso and Denver Counties, Colorado

<u>PENALTIES:</u>

| | |
|---|---|
| **Count 1:** | NMT 10 years imprisonment; a fine of NMT twice the financial gain, or $250,000, whichever is greater; NMT 3 years supervised release; and $100 Special Assessment |
| **Counts 20-21** | NMT 20 years of imprisonment; a fine of NMT twice the financial gain, or $250,000, whichever is greater; NMT 3 years of supervised release; restitution; $100 special assessment fee for each count. |

<u>AGENT:</u>      Department of Education, Office of Inspector General Special Agent Sandra Ennis

<u>AUTHORIZED BY:</u>  Martha A. Paluch, Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL:</u>
_____ five days or less
\_\_\_\_<u>X\_\_</u> over five days
_____ other

THE GOVERNMENT
    __ X __ will seek detention in this case
    __     __ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:    _____    Yes    __ X __ No