AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>TRAMMEL THOMAS<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>   Case No.   16-cr-54-WJM |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     TRAMMEL THOMAS                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ❑ Superseding Indictment   ❑ Information   ❑ Superseding Information   ❑ Complaint
❑ Probation Violation Petition   ❑ Supervised Release Violation Petition   ❑ Violation Notice   ❑ Order of the Court

This offense is briefly described as follows:

Conspiracy to Defraud the Government with Respect to Claims- 18 U.S.C. § 286
Wire Fraud- 18 U.S.C. § 1343
Mail Fraud- 18 U.S.C. § 1341

Date:   02/08/2016

_____                    s/C. Thompson Deputy Clerk
                                        *Issuing officer's signature*

City and state:   Denver, Colorado                    Jeffrey P. Colwell Clerk of Court
                                        *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____<br><br>                                   _____<br>                                   *Arresting officer's signature*<br><br>                                   _____<br>                                   *Printed name and title* |