PASSPORT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
### CRIMINAL DOCKET FOR CASE #: 2:16-mj-09080-ESW All Defendants

Case title: USA v. Thomas
Other court case number: 16-cr-54-WJM District of Colorado

Date Filed: 03/08/2016
Date Terminated: 03/09/2016

Assigned to: Magistrate Judge Eileen S Willett

## Defendant (1)

**Tramell Dawan Thomas**
*TERMINATED: 03/09/2016*
*also known as*
Trammel Thomas
*TERMINATED: 03/09/2016*

represented by **Elizabeth Janney Kruschek**
Federal Public Defenders Office - Phoenix
850 W Adams St., Ste. 201
Phoenix, AZ 85007
602-382-2786
Fax: 602-382-2800
Email: elizabeth_kruschek@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Count 1 - 18:286, Conspiracy to Defraud the Government with Respect to Claims; Count 2 - 13, Wire Fraud; Count 2 14-26, Aggravated Identity Theft; Counts 27-29, | |

Aggravated Identity Theft; 18:981(a)(1)
(C) and 28:2461(c), Forfeiture Allegation

**Plaintiff**

**USA**  represented by  **Vincent Quill Kirby**
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1200
Phoenix, AZ 85004-4408
602-514-7500
Fax: 602-514-7650
Email: Vincent.Kirby@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2016 | 1 | Arrest (Rule 5) warrant on Indictment issued in the District of Colorado as to Trammel Thomas. (SMH) (Entered: 03/08/2016) |
| 03/08/2016 | 2 | MINUTE ENTRY for proceedings held before Magistrate Judge Eileen S. Willett: Initial Appearance in Rule 5 Proceedings as to Trammel Thomas held on 3/8/2016. **Defendant states TRUE NAME to be TRAMELL DAWAN THOMAS**. The record shall reflect the defendant's true name. FINANCIAL AFFIDAVIT TAKEN. AFPD Elizabeth Kruschek appointed as counsel for the defendant (for proceedings held in the District of Arizona only). Waiver of Rule 5 and 5.1 Hearings presented to the Court. Defendant WAIVES his right to an Identity Hearing. The Government is not seeking detention. Defendant ordered released on his personal recognizance with conditions. Conditions of release reviewed on the record with the defendant. Order to Appear in the charging district to issue. **Appearances**: AUSA Vincent Kirby for the Government, AFPD Elizabeth Kruschek for defendant. Defendant is present and in custody. (Recorded by COURTSMART.) Hearing held 3:50 PM to 3:58 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MRH) (Entered: 03/08/2016) |
| 03/08/2016 | 4 | WAIVER of Rule 5 and 5.1 Hearings by Tramell Dawan Thomas. (MRH) (Entered: 03/08/2016) |
| 03/08/2016 | 5 | ORDER Setting Conditions of Release as to Tramell Dawan Thomas. Signed by Magistrate Judge Eileen S. Willett on 3/8/2016. (MRH) (Entered: 03/08/2016) |
| 03/09/2016 | 6 | NOTICE re: PASSPORT as to Tramell Dawan Thomas. Defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action. (PTS-MG, ) (Entered: 03/09/2016) |
| 03/09/2016 | 7 | ORDER TO APPEAR as to Tramell Dawan Thomas. Defendant is ordered to |

| | | |
|---|---|---|
| | | appear in the Disrict of Colorado on Tuesday, March 29, 2016 at 2:00 p.m. before Honorable Kathleen M. Tafoya. Signed by Magistrate Judge Eileen S Willett on 03/08/16. (ESL) (Entered: 03/09/2016) |
| 03/09/2016 | 8 | Notice to the District of Colorado of a Rule 5 or Rule 32 Initial Appearance as to Tramell Dawan Thomas. Your case number is: 16-CR-54-WJM. Please use PACER Court Links to access the public docket and documents. Any necessary sealed or ex parte documents will be sent in a separate e-mail. If you require the passport, please contact Pretrial Services at [azptdb_router_pts@azd.uscourts.gov]. *(If you wish to designate a different email address for future transfers, please send your request to InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (ESL) (Entered: 03/09/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/09/2016 13:23:04 | | | |
| **PACER Login:** | ux4979:4270846:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:16-mj-09080-ESW |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America )<br>v. )<br>Tramell Dawan Thomas )<br>*Defendant* ) | Case No.   16-09080MJ-PHX-ESW<br><br>Charging District:   District of Colorado<br>Charging District's Case No.   16-cr-54-WJM |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Byron Rogers United States Courthouse<br>1929 Stout Street<br>Denver, CO 80294-0101 | Courtroom No.: | C201 |
|---|---|---|---|
| | | Date and Time: | March 29, 2016 at 2:00 p.m. before Hon. Kathleen M. Tafoya |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: March 8, 2016

*Judge's signature*

Eileen S. Willett, United States Magistrate Judge
*Printed name and title*

RECEIVED
US MARSHALS SERVICE
DIST-AZ PHOENIX
2016 MAR -9  AM 8: 43

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 16-9080 MJ |
| Tramell Dawan Thomas ) | |
| Defendant ) | Charging District's Case No. 16-CR-54-WJM |

FILED ✓   LODGED ___
RECEIVED ___ COPY ___
MAR - 8 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Colorado.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 3-8-16

_____
Defendant's signature

_____
Signature of defendant's attorney

Elizabeth Krusuhn
Printed name of defendant's attorney

## United States District Court, District of Arizona - Phoenix
## Order Setting Conditions of Release

DATE: 3/8/2016     CASE NUMBER: 16-09080MJ-PHX-ESW

USA vs. Tramell Dawan Thomas

☒ **PERSONAL RECOGNIZANCE**
☐ AMOUNT OF BOND_____
    ☐ UNSECURED
    ☐ SECURED BY
    SECURITY TO BE POSTED BY_____
NEXT APPEARANCE in the District of Colorado as directed by counsel.

```
✓ FILED       ___ LODGED
___ RECEIVED  ___ COPY
    MAR - 8 2016
CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

### IT IS ORDERED THAT DEFENDANT IS SUBJECT TO THE FOLLOWING CONDITIONS AND SHALL:

☒ appear at all proceedings as required and to surrender for service of any sentence imposed.

☒ not commit any federal, state or local crime.

☒ cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

☒ immediately advise the Court, defense counsel and U.S. Attorney in writing of change in address/telephone number.

☒ maintain or actively seek verifiable employment (or combination of work/school) if Defendant is physically or medically able and provide proof of such to Pretrial Services.

☒ not travel outside of: __Arizona and Colorado__ except Defendant may travel directly to the prosecuting district, and through all states and counties in between the District of Arizona and the prosecuting district, for court purposes and lawyer conferences only, unless express PRIOR Court or Pretrial Services permission is granted to do so.

☒ avoid all direct or indirect contact with co-defendants and witnesses unless prior Court or Pretrial Services permission is granted. Defendant may have contact with co-defendant Heather Carr, as she is the mother of their children.

☒ report as directed to the U.S. PRETRIAL SERVICES 1-800-769-7609 or 602-322-7350.

☐ execute an agreement to forfeit upon failing to appear as required, the bond or designated property:_____

☐ be placed in the third party custody of_____

☒ refrain from **ANY** use of alcohol and not use or possess any narcotic or other controlled substance defined by 21 U.S.C. 802 unless prescribed for defendant by a licensed medical practitioner in the course of his/her legitimate medical practice. This provision does not permit the use or possession of medicinal marijuana even with a physician's written certification.

☒ participate in drug/alcohol counseling/treatment and submit to drug/alcohol testing, including breathalyzer testing and make copayment toward the cost as directed by U.S. Pretrial Services. The defendant shall not interfere, obstruct or tamper in any way with the administration of any Court ordered substance abuse testing.

☐ surrender all travel documents to Pretrial Services by _____ and will not obtain a passport or other travel documents during the pendency of these proceedings.

☒ not obtain a passport or other travel documents during the pendency of these proceedings.

☒ not possess or attempt to acquire any firearm, destructive device, or other dangerous weapon or ammunition.

☒ maintain weekly contact with his/her attorney by Friday, noon of each week.

☐ timely pay his/her monthly child support payments as previously ordered by the subject state court in the total amount of $_____

☐ actively participate in any mental health treatment program as directed by Pretrial Services. The defendant shall comply with all treatment requirements including taking all medication as prescribed by his/her mental health care provider.

☐ not access via computer or possess any photographs or videos of sexually explicit conduct as defined by 18 U.S.C. § 2256(2).

☒ <u>Defendant shall disclose all financial information to Pretrial Services.</u>

☒ <u>Defendant shall notify all future employers of these charges.</u>

☐ _____

## ADVICE OF PENALTIES AND SANCTIONS

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years if the offense is a felony or a term of imprisonment of not more than one year if the offense is a misdemeanor. This sentence shall be consecutive to any other term of imprisonment.

Title 18 U.S.C. §1503 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section not more than twenty years or by not more than ten years, and a $250,000 fine to intimidate a juror or officer of the court; Title 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years imprisonment and a $250,000 fine to obstruct a criminal investigation; Title 18 U.S.C. §1512 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section by not more than twenty years or by not more than ten years and a $250,000 fine for tampering with a witness, victim or informant; or by intentionally harassing another person and thereby hindering /delaying /preventing or dissuading any person from attending or testifying in an official proceeding or otherwise violating the section is punishable by imprisonment for not more than one year and a $250,000 fine; and 18 U.S.C. §1513 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section not more than twenty years or by not more than ten years of imprisonment, a fine of $250,000, or both, to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;(2) an offense punishable by imprisonment for a term of five years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years or both;(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

If the person was released for appearance as a material witness, a fine as provided by law or imprisonment for not more than one year, or both.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

| DATE | SIGNATURE OF DEFENDANT |
|---|---|
| March 8, 2016 | |

Custodian agrees to (a) supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and to notify the court immediately in the event the defendant violates any condition of release or disappears. We, the undersigned, have read and understand the terms of this bond and conditions of release and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF CUSTODIAN(S) |
|---|
| |

Directions to United States Marshal:

☒   The defendant is ORDERED released after processing.

☐   The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions of release.

DATE:   March 8, 2016

EILEEN S. WILLETT
United States Magistrate Judge

USA, PTS, USMS, DEFT, DEFT ATTY

Case No. 1:16-cr-00054-WJM   Document 11   filed 03/09/16   USDC Colorado   pg 8 of 8
Case 2:16-mj-09080-ESW   Document 6   Filed 03/09/16   Page 1 of 1
AZD PS 40  (AZD Rev. 10/12) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Office of Legal Affairs, Passport Services  **FROM:** United States Pretrial Services
U.S. Department of State  Sandra Day O'Connor Courthouse, Suite 260
CA/PPT/L/LA  401 W. Washington Street, SPC 8
44132 Mercure Circle #1227  Phoenix, Arizona 85003-2119
Sterling, VA 20166-1227  (602) 322-7350
Fax: (602) 322-7380

**Original Notice**

**Date:** March 9, 2016
**By:** MAG

Defendant: Tramell Dawan Thomas          Case Number: 0970 2:16CR00054
Date of Birth:                            Place of Birth: Fort Wayne, Indiana
SSN:

**Notice of Court Order** (Order Date: March 8, 2016)

☒  The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

**NOTICE OF DISPOSITION**
The above case has been disposed of.

☐  The above order of the court is no longer in effect.

☐  Defendant not convicted – Document returned to defendant.

☐  Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐  Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court