IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE MARTINEZ PRESIDING

Criminal Case No. 16-CR-00054-WJM

UNITED STATES OF AMERICA,
Plaintiff,

v.

1. HEATHER CARR
2. **TRAMMEL THOMAS**
3. MERCEDES DIAZ

Defendants.

---

MOTION TO WAIVE AND EXCUSE TRAMMEL THOMAS' PRESENCE FROM COURT FOR ARRAIGNMENT AND DISCOVERY HEARING APRIL 5, 2016 AT 10:00 A.M.

---

Mr. Thomas requests this Court excuse his appearance at the arraignment and discovery hearing currently set for April 5, 2016 and states the following in support:

1. The above captioned matter is set for arraignment and discovery conference on April 5, 2016 at 10:00 in from of Magistrate Hegerty.

2. Mr. Thomas resides in Arizona and has returned there after being released from detention. Mr. Thomas' pretrial services officer is also in Arizona and Mr. Trammel is in contact with her and has scheduled a meeting for Aril 1, 2016.

3. Counsel has discussed with Mr. Thomas his request to be excused from the hearing on Aril 5th. It is Mr. Thomas' desire to be allowed to be excused from that hearing and allow counsel to appear on his behalf.

1

2

4. Mr. Trammel understands the need to remain in contact with counsel and appear at any hearing in which his appearance has not been excused.

5. The AUSA in the case, Martha Paluch has no objection to the defendant's request to be excused from the April 5, 2016 hearing.

          S/MichaelRoot
Michael Root, attorney for the defendant

A copy of the notice of motion to continue change of plea hearing was served on all by electronic service on March 31, 2016.

    mr

2

3