IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE MARTINEZ PRESIDING

Criminal Case No. 16-CR-00054-WJM

UNITED STATES OF AMERICA,
Plaintiff,

v.

1. HEATHER CARR
2. **TRAMMEL THOMAS**
3. MERCEDES DIAZ

Defendants.

## NOTICE CONCERNING JOINT DEFENSE AGREEMENT

Mr. Thomas provides notice that at this time no joint defense agreement has been entered into on his behalf.  Counsel is still in the early stages of reading the discovery and is not able to state of one will be entered into in the future.

          S/MichaelRoot
Michael Root, attorney for the defendant

A copy of the notice of motion to continue change of plea hearing was served on all by electronic service on April 20, 2016.

1

_____mr____

2

3