IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE MARTINEZ PRESIDING

Criminal Case No. 16-CR-00054-WJM

UNITED STATES OF AMERICA,
Plaintiff,

v.

1. HEATHER CARR
2. **TRAMMEL THOMAS**
3. MERCEDES DIAZ

Defendants.

## MOTION TO CONTINUE JURY TRIAL SET FOR AUGUST 28, 2016

Mr. Thomas requests this Court continue the trial currently set for August 28, 2016 and states the following in support thereof:

1. The Court set this matter for trial to commence on August 28, 2016.
2. Counsel for Mr. Thomas has been given as a present a two week stay at a house in Hawaii by a friend. The time of the stay is for two weeks, beginning August 21st, 2016. The time available cannot be rescheduled.
3. Counsel for Mr. Thomas has contacted counsel for the government and for both co-defendant's and neither object to this request for a continuance.
4. Counsel does not believe that he can be prepared at a time prior to the date scheduled.

1

2

5. The only other matter set on counsel's calendar after the August 28th setting is a two week murder trial in Denver District Court commencing September 13th, 2016.

6. Wherefore it is requested that the jury trial currently set for August 28, 2016 be continued.

Respectfully submitted this 27th day of April, 2016.

        _S/MichaelRoot_____
Michael Root, attorney for the defendant

A copy of the notice of motion to continue trial was served on all by electronic service on April 27, 2016.

_____mr____

3