IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE MARTINEZ PRESIDING

Criminal Case No. 16-CR-00054-WJM

UNITED STATES OF AMERICA,
Plaintiff,

v.

1. HEATHER CARR
**2. TRAMMEL THOMAS**
3. MERCEDES DIAZ

Defendants.

---

DEFENDANT'S MOTION TO EXCLUDED 60 ADDITIONAL DAYS FROM THE REQUIREMENT OF THE SPEEDY TRIAL ACT

---

Mr. Thomas requests this Court exclude and additional 60 days from the Speedy Trial Act computations and states the following support thereof:

1. Mr. Thomas is charged in an indictment charging him with Conspiracy to Defraud the Government, Wire Fraud, and Mail Fraud.

2. The defense has received discovery in excess of 30,000 pages of discovery as of this date.

3. The Court, based on an unopposed motion to exclude time from the speedy trial act, excluded 90 days. That exclusion was based on the massive amount of discovery and the time necessary to proceed for trial.

4. The Court set a trial date of August 28th. Counsel for Mr. Thomas

is unavailable on that date due to being out of town on that date, and filed an unopposed motion to continue the trial.

5. Regardless of the conflict in counsel's calendar, the 90 days is insufficient to adequately prepare for trial by August 28th.

6. The substantial amount of discovery the expected required investigation necessitated the request for the additional 60 days. After the granting of the original 90 days it has become apparent that there is investigation that needs to be completed to ensure an adequate defense of Mr. Thomas. This inability to be adequately prepared exists despite the diligent preparation by counsel. This inability to be adequately prepared is compounded by the unavailability of counsel on the trial date and two weeks leading up to that date.

7. The Court is authorized under 18 U.S.C. § 3161(h)(7) to exclude from the time limitations set forth in the Speedy Trial Act any delay for which the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. Denial of this additional 60 days would prevent defense counsel a reasonable time to adequately and effectively prepare for trial. That is a valid basis for an exclusion pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv).

8. The additional arguments set forth in the unopposed motion to exclude additional time filed by Ms. Carr in document 44 are

2

3

requested to be incorporated into this motion.

9. Counsel has emailed counsel for the government and the codefendants. There has been insufficient time for the other parties to respond, however based on the non-objection to Mr. Thomas motion to continue it is anticipated that there is no objection to this motion. That however has not been confirmed by contact with the parties.

Wherefore, Mr. Thomas requests this Court for an Order granting an additional 60 days be excluded from speedy trial.

Respectfully submitted this 1st day of May, 2016.

_S/MichaelRoot_____
Michael Root, attorney for the defendant
217 East Seventh Av.
Denver, Colorado 80203
303-318-7181
mroot@mikerootlaw.com

A copy of the notice of motion to continue trial was served on all by electronic service on May 1st, 2016.

_____mr___

3

4