IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE MARTINEZ PRESIDING

Criminal Case No. 16-CR-00054-WJM

UNITED STATES OF AMERICA,
Plaintiff,

v.

1. HEATHER CARR
**2. TRAMMEL THOMAS**
3. MERCEDES DIAZ

Defendants.

---

DEFENDANT'S MOTION TO EXCLUDED 90 ADDITIONAL DAYS FROM THE REQUIREMENT OF THE SPEEDY TRIAL ACT AND CONTINUANCE OF THE TRIAL SET FOR OCTOBER 25, 2016

---

Mr. Thomas requests this Court exclude and additional 90 days from the Speedy Trial Act computations and requests a continuance of the trial date currently set for October 25, 2016, and states the following support thereof:

1. Mr. Thomas is charged in an indictment charging him with Conspiracy to Defraud the Government, Wire Fraud, and Mail Fraud.

2. The defense has received discovery in excess of 30,000 pages of discovery as of this date.

3. The Court, based on an unopposed motion to exclude time from the speedy trial act, excluded 90 days.  That exclusion was based on the massive amount of discovery and the time necessary to

1

2

proceed for trial.  Subsequent to that exclusion an additional exclusion of 60 days was granted and a trial date of October 25m 2016.

4. Since that last motion to continue the trial the defense has continued to receive discovery in this case.  The discovery is complex and detailed.  This combined with the fact that Mr. Thomas resides out of state has complicated preparation. Counsel wants to stress that Mr. Thomas has fully cooperated with counsel and not been the cause of the issue.  The distance in itself has been the complication.

5. The Court is authorized under 18 U.S.C. § 3161(h)(7) to exclude from the time limitations set forth in the Speedy Trial Act any delay for which the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.  Denial of this additional 60 days would prevent defense counsel a reasonable time to adequately and effectively prepare for trial. That is a valid basis for an exclusion pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv).  Without the additional exclusion of time and a continuance of the trial date, counsel will not be adequately prepared for trial.

6. Counsel for Mr. Thomas has contacted both the United States Attorney in the case and counsel for  Ms. Carr and neither object to this request for an additional exclusion of time from speedy trial.

2

3

Wherefore, Mr. Thomas requests this Court for an Order granting an additional 60 days be excluded from speedy trial.

7. Mr. Thomas requests the trial currently set for October 25, 2016 be continued so that appropriated preparation can occur.

Respectfully submitted this 30th day of August, 2016.

_S/MichaelRoot_____
Michael Root, attorney for the defendant
217 East Seventh Av.
Denver, Colorado 80203
303-318-7181
mroot@mikerootlaw.com

A copy of the notice of motion to continue trial was served on all by electronic service on August 30, 2016.

United States Attorney's Office

Counsel for Ms. Carr

Counsel for Ms. Diaz

_____mr___

3

4