IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE MARTINEZ PRESIDING

Criminal Case No. 16-CR-00054-WJM

UNITED STATES OF AMERICA,
Plaintiff,

v.

1. HEATHER CARR
2. **TRAMMEL THOMAS**
3. MERCEDES DIAZ

Defendants.

---

DEFENDANT'S MOTION TO CONTINUE TRIAL SET FOR OCTOBER 25, 2016

---

Mr. Thomas requests this Court continue the trial currently set for October 25, 2016 and incorporates the law and arguments set for in Mr. Thomas motion to exclude an additional 90 days file the same date as this motion to continue.

Respectfully submitted this 30th day of August, 2016.

                                                               S/MichaelRoot
Michael Root, attorney for the defendant
217 East Seventh Av.
Denver, Colorado 80203
303-318-7181
mroot@mikerootlaw.com

1

A copy of the notice of motion to continue trial was served on all by electronic service on August 30, 2016.

United States Attorney's Office

Counsel for Ms. Carr

Counsel for Ms. Diaz

\_\_\_\_\_mr\_\_\_

3