IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE MARTINEZ PRESIDING

Criminal Case No. 16-CR-00054-WJM

UNITED STATES OF AMERICA,
Plaintiff,

v.

1. HEATHER CARR
2. **TRAMMEL THOMAS**
3. MERCEDES DIAZ

Defendants.

### NOTICE OF DISPOSTION

Mr. Thomas hereby gives notice a disposition has been reached in the above captioned case and requests the matter be set for change of plea.

Respectfully submitted this 28th day of November, 2016.

                                                S/MichaelRoot
                                        Michael Root, attorney for the defendant

A copy of the notice of motion to continue trial was served on all by electronic service on November 28, 2016.

1

_____mr____

2

3