IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE MARTINEZ PRESIDING

Criminal Case No. 16-CR-00054-WJM

UNITED STATES OF AMERICA,
Plaintiff,

v.

1. HEATHER CARR
**2. TRAMMEL THOMAS**
3. MERCEDES DIAZ

Defendants.

---

MOTION TO WITHDRAW AND FOR APPOINTMENT OF NEW CJA COUNSEL

---

Michael Root hereby requests this Court allow his withdraw as counsel in the above captioned matter on behalf of Mr. Thomas and states the following in support thereof:

1. Counsel for Mr. Thomas is no longer on the CJA panel.

2. Due to the circumstances of counsel no longer being on the CJA panel, counsel is of the opinion that Mr. Thomas will be prejudiced by his continued representation.

3. Counsel believes that since he is no longer on the CJA panel he will not be paid for his services and counsel is not willing to do the case pro-bono.

4. Counsel requests another CJA attorney be appointed for Mr. Thomas. Respectfully submitted this 21st day of December, 2016.

1

                                               S/MichaelRoot
                                        Michael Root, attorney for the defendant

A copy of the notice of motion to continue trial was served on all by electronic service on December 21, 2016.

_____mr___

2

3