IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO JUDGE MARTINEZ
PRESIDING

Criminal Case No. 16-CR-00054-WJM

UNITED STATES OF AMERICA,
Plaintiff,

v.

1. HEATHER CARR
**2. TRAMMEL THOMAS**
3. MERCEDES

DIAZ Defendants.

---

AMENDED MOTION TO EXCUSE MR. THOMAS' PRESENCE AT MOTION TO WITHDRAW

---

Michael Root hereby requests this Court allow the defendant in this case to be excused from attending the hearing on January 5, 2016 and states the following in support thereof:

1. Mr. Thomas resides in Arizona.

2. Mr. Thomas is I full compliance with his pre-trial supervision.

3. Mr. Thomas has communicated to counsel his desire to be excused and his lack of objection to the motion to withdraw.

4. ***Counsel for Mr. Thomas has contacted Beth Gibson the AUSA on the case and she does not object.***

5. Counsel for Mr. Thomas will fully communicate with new counsel and aid in new counsel's contact with Mr. Thomas.

1

2

6. Respectfully submitted this 3rd day of January, 2017

    S/MichaelRoot
Michael Root, attorney for the defendant
217 East Seventh Ave.
Denver, Colorado 80203
303-803-4277

A copy of the notice of motion excuse defendant's presence was served on all by electronic service on January 3, 2017.

_____mr____