**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CASE NO.  16-cr-00054-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.


**2.**      **TRAMMEL THOMAS**

        Defendant.

---

**NOTICE OF ATTORNEY APPEARANCE**

---

      ***COMES NOW***, Renée Cooper, Esq., pursuant to ***D.C. Colo.L.Cr. R. 44.1A***, and respectfully notifies this Honorable Court of her appearance as counsel for Defendant Trammel Thomas.

      Respectfully, submitted this 6th day of January,  2017.



                  Cooper & Associates, LLC


                  s/ Renée Cooper, Esq.
                  Renée Cooper, Esq.
                  3773 Cherry Creek Drive North, Suite 575
                  Denver, Colorado 80209
                  Telephone: 303 831-1021
                  Facsimile:  303 831-1025
                  attyrcooper@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on January 6, 2017 the foregoing Notice of Appearance of Counsel was electronically filed with the Clerk of the Court using CM/ECF system which will send notification of said filing to the following email addresses:

Martha A. Paluch, Assistant USA
Martha.Paluch@usdoj.gov

<u>s/ Renée Cooper, Esq.</u>
Renée Cooper