IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**2.**     TRAMMEL THOMAS

       Defendant.

---

### MOTION TO WITHDRAW NOTICE OF DISPOSITION

---

*COMES NOW*, Trammel Thomas through his attorney, Renée Cooper and pursuant to *F.R.Cr.*P. *47* moves this Court to withdraw the previously filed Notice of Disposition.

**AS GROUNDS MR. THOMAS STATES AS FOLLOWS:**

1. Mr. Thomas' prior attorney, Michael Root filed a *Notice of Disposition* in this matter. Document 88, filed November 28, 2017.

2. Mr. Thomas maintains that there is no Agreement. *See* **Exhibit A.**

3. Mr. Thomas understands that this matter was deemed complex and that an *Ends of Justice Continuance* was granted.

4. Mr. Thomas has been advised of the speedy trial time limits set forth in *18 U.S.C. §3161* and does not object to another *Ends of Justice Continuance*.

**WHEREFORE,** Mr. Thomas prays that this Court will grant his Motion and reset any further dates accordingly.

Respectfully, submitted this 2nd day of March, 2017.

                        Cooper & Associates, LLC

                        s/ Renée Cooper, Esq.
                        Renée Cooper, Esq.
                        3773 Cherry Creek Drive North, Suite 575
                        Denver, Colorado 80209
                        Telephone: 303 831-1021
                        Facsimile:   303 831-1025
                        attyrcooper@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 2, 2017 the foregoing **Motion to Withdraw Notice of Disposition** was electronically filed with the Clerk of the Court using CM/ECF system which will send notification of said filing to the following email addresses:

Martha A. Paluch, Assistant USA
Martha.Paluch@usdoj.gov

                        s/ Renée Cooper, Esq.
                        Renée Cooper