IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.    TRAMELL THOMAS

      Defendant.

---

### AFFIDAVIT OF TRAMELL THOMAS

---

I, Tramell Thomas, being duly sworn, deposes and states as follows:

1. I am the Defendant in criminal case 16CR00054.

2. I was previously represented by attorney Michael Root.

3. In April 2016, Mr. Root met with me in person and generally discussed the case. At that time, Mr. Root did not discuss anything about entering a *guilty plea*.

4. In a subsequent telephone conversation, Mr. Root advised me that he was going to speak with the AUSA to see what type of *offer* might be made in this case.

5. Mr. Root never discussed any particulars with me about the *offer*, but merely informed me that I **did not** have to take any offers.

Scanned by CamScanner

6. Specifically, nothing about the *offer* or *change of plea* was ever discussed with me. I was not advised whether jail/incarceration was a possibility, I was not advised that there are sentencing guidelines and not advised about restitution.

7. Mr. Root never advised me that a **Notice of Change of Plea** was filed in my case.

8. I **do not** desire to change my plea to guilty.

9. I do request that the Court withdraw attorney Root's **Notice of Change of Plea** and that the matter is scheduled accordingly.

Further affiant sayeth naught:

_____
Tramell Thomas, Defendant

Subscribed and sworn to before me this 2nd day of March, 2017, by an individual identified as Tramell Thomas.

_____        3/2/17
Notary Public                                              Date

My Commission expires: 7/31/19

(Seal)

2



SHANELLE CONRA...
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
July 31, 2019

Exhibit "A"

Scanned by CamScanner