### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

CASE NO.  16-cr-00054-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**2.    TRAMMEL THOMAS**

      Defendant.

---

### MOTION TO WITHDRAW AS COUNSEL
---

Renée Cooper, Esq., hereby requests that this Court allows her to withdraw as Counsel for Mr. Thomas in the above captioned matter.

**AND AS GROUNDS THEREOF, STATES AS FOLLOWS:**

1. Attorney Cooper is no longer able to represent Mr. Thomas.

2. Mr. Thomas has been personally advised that attorney Cooper is unable to represent him and has requested to be allowed to withdraw from his case.

3. Mr. Thomas has also been advised that he is entitled to representation and that this Court will appoint Counsel to represent him.

4.	At this juncture in the case, the appointment of new counsel will not adversely affect Mr. Thomas' rights.

Respectfully, submitted this 14th day of March, 2017.

Cooper & Associates, LLC

s/ Renée Cooper, Esq.
Renée Cooper, Esq.
3773 Cherry Creek Drive North, Suite 575
Denver, Colorado 80209
Telephone: 303 831-1021
Facsimile:   303 831-1025
attyrcooper@gmail.com
Attorney for Trammel Thomas

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 14, 2017 the foregoing *Motion to Withdraw as Counsel* was electronically filed with the Clerk of the Court using CM/ECF system which will send notification of said filing to the following email addresses:

Martha A. Paluch, Assistant USA
Martha.Paluch@usdoj.gov

Mary V. Butterton, Esq
mary_butterton@fd.org

Siddhartha H. , Esq.
sr@rmlawyers.com

s/ Renée Cooper, Esq.
Renée Cooper

2