IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. TRAMMEL THOMAS

    Defendant

## Notice of Appearance

    Comes now Daniel T. Smith and notifies this Court and counsel of record of his appearance for the Defendant Trammel Thomas in this action.

Dated this 16th day of, March , 2017

    Daniel T. Smith Attorney at Law

    s/ Daniel T. Smith
    Daniel T. Smith
    1900 Grant St. #580
    Denver, Colorado 80203
    Telephone: 303 860 8100
    Fax: 303 860 8018
    danieltsmith@qwestoffice.net
    Attorney for Trammel Thomas

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on March 16, 2017 the foregoing **NOTICE OF APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of said filing to the following email addresses:

Martha A. Paluch, Assistant USA
Martha.Paluch@usdoj.gov

Mary V. Butterton, Esq.
Mary_butterton@fd.org

Siddhartha H. Rathod
sr@rmlawyers.com


                                              s/ Daniel T. Smith