# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**2.  TRAMMEL THOMAS**

       Defendant

---

## Motion to Vacate

---

    Comes now the Defendant Trammel Thomas, by and through his Court appointed counsel, Daniel T. Smith, and requests the Court vacate the status conference set for Friday, April 21, 2017 at 10:30 am.  As grounds therefore the Defendant states as follows:

    1. This Court by it's minute order docket # 127, has set a Status Conference concerning the Defendant's motion #126, to exclude 90 days from the speedy trial calculation.  That hearing is set for 10:30 am on April 21, 2017.

    2.  Counsel for the Defendant has a prior Motions hearing set before the Honorable Judge Moore of this Court at 10:00 am on April 21, 2017.  That hearing is set for 2 hours, and relates to case # 2015-cr-360-RM and Defendant #4 Lara-Gallegos as well as 5 other Co-Defendants.

    3.  Counsel would advise the Court, that he could be available at 8:30 or 9:00 am the morning of the 21st or anytime that afternoon.

Wherefore the Defendant requests this Court vacate the Status conference currently set for 10:30 am on April 21, 2017, and reset the matter for an alternate time convenient to this Court and to counsel.

Dated this 7th day of, April , 2017

                                        Daniel T. Smith Attorney at Law

                                        s/ Daniel T. Smith
                                        Daniel T. Smith
                                        1900 Grant St. #580
                                        Denver, Colorado 80203
                                        Telephone: 303 860 8100
                                        Fax: 303 860 8018
                                        danieltsmith@qwestoffice.net
                                        Attorney for Trammel Thomas

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 7, 2017 the foregoing **Motion to Vacate** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of said filing to the following email addresses:

Martha A. Paluch, Assistant USA
Martha.Paluch@usdoj.gov

Mary V. Butterton, Esq.
Mary_butterton@fd.org

Siddhartha H. Rathod
sr@rmlawyers.com

                                        s/ Daniel T. Smith