DEFENDANT: MARCELLE GREEN

DOB:        1981

ADDRESS:

 Phoenix, AZ 85040

COMPLAINT FILED?        _____ YES    X    NO

OFFENSE:

| | |
|---|---|
| **Count 1:** | 18 U.S.C. § 286 – Conspiracy to Defraud the Government with Respect to Claims |
| **Count 8:** | 18 U.S.C. § 1341 – Aiding and Abetting Mail Fraud |

LOCATION OF OFFENSES:   El Paso and Denver Counties, Colorado

PENALTIES:

| | |
|---|---|
| **Count 1:** | NMT 10 years of imprisonment; a fine of NMT twice the financial gain, or $250,000, whichever is greater; NMT 3 years supervised release; and $100 Special Assessment fee. |
| **Count 8:** | NMT 20 years of imprisonment; a fine of NMT twice the financial gain, or $250,000, whichever is greater; NMT 3 years of supervised release; restitution; $100 Special Assessment fee. |
| AGENT: | Department of Education, Office of Inspector General Special Agent Sandra Ennis |

AUTHORIZED BY:  Martha A. Paluch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____ five days or less
__X___ over five days
_____ other

THE GOVERNMENT
___X___ will seek detention in this case

_____   will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

<u>OCDETF CASE:</u>   _____   Yes       \_\_X\_\_\_   No