<u>DEFENDANT</u>: TRAMMEL THOMAS

<u>DOB:</u>         1979

<u>ADDRESS:</u>

Phoenix, AZ   85041


<u>COMPLAINT FILED?</u>        _____ YES    X\_\_\_NO

<u>OFFENSES:</u>

| | |
|---|---|
| **Count 1:** | 18 U.S.C. § 286 – Conspiracy to Defraud the Government with Respect to Claims |
| **Counts 2-7** | 18 U.S.C. § 1341 – Aiding and Abetting Mail Fraud |

<u>LOCATION OF OFFENSES:</u>     El Paso and Denver Counties, Colorado

<u>PENALTIES:</u>

| | |
|---|---|
| **Count 1:** | NMT 10 years imprisonment; a fine of NMT twice the financial gain, or $250,000, whichever is greater; NMT 3 years supervised release; and $100 Special Assessment |
| **Counts 2-7** | NMT 20 years of imprisonment; a fine of NMT twice the financial gain, or $250,000, whichever is greater; NMT 3 years of supervised release; restitution; $100 special assessment fee for each count. |
| <u>AGENT:</u> | Department of Education, Office of Inspector General Special Agent Sandra Ennis |

<u>AUTHORIZED BY:</u>  Martha A. Paluch, Assistant U.S. Attorney


<u>ESTIMATED TIME OF TRIAL:</u>
_____  five days or less
\_\_\_X\_\_  over five days
_____  other

<u>THE GOVERNMENT</u>
_____ will seek detention in this case

   __ X __   will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

<u>OCDETF CASE:</u>  _____  Yes   __ X __ No