# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. TRAMMEL THOMAS**

    Defendant

---

**UNOPPOSED MOTION TO AMEND DEFENDANT'S PREVIOUS MOTION TO EXCLUDE 90 DAYS FROM THE REQUIREMENTS OF THE SPEEDY TRIAL ACT**

---

Comes now the Defendant, Trammel Thomas by and through his Court appointed counsel, Daniel T. Smith and requests permission from the Court to amend his request for an ends of justice continuance of 90 days to 120 days. As grounds therefore the Defendant states as follows:

1. At docket #126, the Defendant previously requested that 90 days be excluded from the speedy trial calculation. The Court has not yet heard argument nor ruled on this request.
2. The co-Defendant Green has recently made her initial appearance in this Court on the superseding indictment. She has requested at docket #147 that 90 days be excluded from her speedy trial calculation.
3. The Defendant incorporates by reference the factual assertions and legal argument submitted in his previous filing at docket #126.
4. The Defendant submits that an additional 30 days is required for his review of the voluminous discovery. It is further submitted that this request will place Mr. Thomas's case on a similar speedy trial calendar to that of the Defendant Green.
5. Counsel is authorized to advise this Court that Assistant United States Attorney Martha Paluch has no objection to this request.

Wherefore the Defendant requests that the Court allow the Defendant to amend his previous request for exclusion of time from 90 days to 120 days.

Dated this 11th day of May , 2017

                                        Daniel T. Smith Attorney at Law

                                        s/ Daniel T. Smith
                                        Daniel T. Smith
                                        1900 Grant St. #580
                                        Denver, Colorado 80203
                                        Telephone: 303 860 8100
                                        Fax: 303 860 8018
                                        danieltsmith@qwestoffice.net
                                        Attorney for Trammel Thomas

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 11, 2017 the foregoing **UNOPPOSED MOTION TO AMEND DEFENDANT'S PREVIOUS MOTION TO EXCLUDE 90 DAYS FROM THE REQUIREMENTS OF THE SPEEDY TRIAL ACT** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record:

                                          s/ Daniel T. Smith