IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.  TRAMMEL THOMAS

        Defendant

## MOTION FOR LEAVE TO RESTRICT

      Comes now the defendant, Trammel Thomas, by and through his court appointed counsel, Daniel T. Smith and requests that the Court enter an order granting leave for the Defendant to file ECF document #156 as a level 3 restricted document.

      As grounds for this request, the Defendant states that the pleading requests matters authorized under the Criminal Justice Act. If the matters disclosed in this pleading were publicly disclosed, it would affect a privacy interest of the Defendant.

      Wherefore, Defendant Thomas requests that the Court grant leave to file ECF Document #156 as a level 3 restricted document.

Dated this 20th day of July, 2017

        Daniel T. Smith Attorney at Law

        s/ Daniel T. Smith
        Daniel T. Smith
        1900 Grant St. #580
        Denver, Colorado 80203
        Telephone: 303 860 8100
        Fax: 303 860 8018
        danieltsmith@qwestoffice.net
        Attorney for Trammel Thomas

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 20, 2017 the foregoing MOTION FOR LEAVE TO RESTRICT was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties and counsel of record in the matter.

s/ Daniel T. Smith