IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM-2

UNITED STATES OF AMERICA,

Plaintiff,

v.

2.TRAMMEL THOMAS,

Defendant.

## ENTRY OF APPEARANCE

Thomas E. Goodreid, an attorney duly licensed in the States of Colorado and North Carolina and a member in good standing of the Bar of this Court, having been appointed under the Criminal Justice Act, hereby enters his appearance as co-counsel on behalf of the above-named Defendant.

Dated this 7th day of August, 2017.

Respectfully submitted,

s/Thomas E. Goodreid
Thomas E. Goodreid
Attorney at Law
1801 Broadway, Suite 1400
Denver, CO   80202
(303) 296-2048x.136
t.goodreid@comcast.net
Attorney for Defendant Trammel Thomas

## CERTIFICATE OF SERVICE

      I certify that on this 7th day of August, 2017, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                s/Thomas E. Goodreid
Thomas E. Goodreid
Attorney at Law
1801 Broadway, Suite 1400
Denver, CO   80202
(303) 296-2048x.136
t.goodreid@comcast.net
Attorney for Defendant Trammel Thomas

2