IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.  TRAMMEL THOMAS

       Defendant

## NOTICE OF CHANGE OF CONTACT INFORMATION

       Comes now Daniel T. Smith and notifies this Court and counsel of the following change in contact information. Effective October 9, 2017, counsel's office address will be 4582 S. Ulster St. #1400 Denver, Co. 80237. The telephone 303 860 8100, the Fax 303 860 8018, and the email danieltsmith@qwestoffice.net will remain the same.

Dated this 4th day of October, 2017

                                  Daniel T. Smith Attorney at Law

                                  s/ Daniel T. Smith
                                  Daniel T. Smith
                                  1900 Grant St. #580
                                  Denver, Colorado 80203
                                  Telephone: 303 860 8100
                                  Fax: 303 860 8018
                                  danieltsmith@qwestoffice.net
                                  Attorney for Trammel Thomas

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on October 4, 2017 the foregoing **NOTICE OF CHANGE OF CONTACT INFORMATION** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all counsel of record.

                                      s/ Daniel T. Smith