**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**2. TRAMMEL THOMAS**

       Defendant

---

**PARTIES STIPULATION CONCERNING EVIDENCE OFFERED UNDER
FRE 801(d)(2)(E)**

---

    The parties, Tramell Thomas through counsel, Daniel T. Smith and Thomas E. Goodreid and the government through Assistant United States Attorneys Martha Paluch and Bryan D. Fields submit the following stipulation for the Court's consideration.

1. Counsel have discussed at length the issues surrounding potential hearsay evidence that might be admissible at trial pursuant to FRE 801(d)(2)(E). Those discussions have resulted in the below described agreement which is submitted as a stipulation for the Court's consideration.

2. The government represents to the Court and the Defendant, that it is not currently in possession of any statements that it would offer at trial pursuant to FRE 801(d)(2)(E).

3. The government further states to the Court and the Defendant that should it become aware of any such statements in its trial preparation, that it will file with the Court a "James" proffer and statement log detailing its proof of the alleged conspiracy and the Defendant's membership therein as well as the statements it intends to offer.

4.  Should the government determine a need to file the pleading reference in paragraph 3 above, it will do so on or before November 9, 2017, the date currently set for the government's motion response.

Dated this 13th day of October, 2017

| | |
|---|---|
| s/ Daniel T. Smith | Robert Troyer |
| Daniel T. Smith | Acting United States Attorney |
| 1900 Grant St. #580 | by |
| Denver, Colorado 80203 | s/ Martha Ann Paluch |
| Telephone: 303 860 8100 | Martha Ann Paluch |
| Fax: 303 860 8018 | Bryan David Fields |
| danieltsmith@qwestoffice.net | Assistant United States Attorneys |
| | 1801 California St. #1600 |
| Thomas Edward Goodreid | Denver, Co. 80202 |
| 1801 California St #1400 | 303 454 0100 |
| Denver, Co. 80202 | 303 454 0402 |
| 303 296 2048 | Email: Martha.paluch@usdoj.gov |
| 303 292 0522 | Attorney for the United States |
| Email: t.goodreid@comcast.net | |

Attorneys for Defendant
Tramell Thomas

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 13, 2017 the foregoing **STIPULATION CONCERNING EVIDENCE OFFERED UNDER FRE 801(d)(2)(E)** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all counsel of record.

s/ Daniel T. Smith