IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00054-WJM-2

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.  TRAMMEL THOMAS,

        Defendant.

**GOVERNMENT'S NOTICE OF INTENT TO USE EVIDENCE
PURSUANT TO FED. R. EVID. 702**

The United States of America, by Robert C. Troyer, Acting United States Attorney, and through Martha A. Paluch and Bryan D. Fields, Assistant United States Attorneys, pursuant to Fed. R. Crim. P. 16(a)(1)(G), submits its Notice of Intent to Use Evidence Pursuant to Fed. R. Evid. 702.  The government also intends to supplement this Notice with additional reports and information as they become available.

### I.  The Government's Computer Forensic Expert:  Qualifications, Experience and Training

Ms. Alison Stailey is an expert in computer forensic analysis.  Ms. Stailey's curriculum vitae, which outlines her training, experience, and qualifications, was produced in discovery,[1] is incorporated by reference, and is attached hereto as Attachment 1.  Between July 2005 and August 2015, Ms. Stailey was a Forensic Analyst for the Technology Crimes Division of the Office of Inspector General, United

---

[1] EXPERT_00000001 through EXPERT_00000003.

1

States Department of Education, and served as Digital Forensics Team Lead from 2009 to 2015. While Ms. Stailey currently works in the private sector, she will testify at trial about her work on this case during her tenure in the Technology Crimes Division. Specifically, Ms. Stailey will testify that while employed at the Department of Education, she conducted forensic analysis of any type of digital media, to include computer files, emails, and text messages that were collected to support investigations of fraud in the Department of Education programs.

**II.     The Government's Computer Forensic Expert:  Nature of Testimony**

During its case-in-chief, the government expects to introduce evidence and testimony regarding computer hard drives, a memory card, and mobile devices that were seized during the search of the defendant's home in Chandler, Arizona, and a laptop computer seized from the vehicle the defendant was driving during a traffic stop in Tempe, Arizona. Ms. Stailey will testify regarding the imaging of this electronic evidence and the steps taken to preserve the integrity of that electronic evidence. As to her examination of this evidence, Ms. Stailey will explain how she used the Technology Crimes Division's tools, and the policies and procedures established by that Division, to conduct her examination reliably.

Ms. Stailey's testimony will be based on her education, experience, training, certifications, and her application of each of those to the evidence in this case. She derived her findings by conducting a forensic examination of the seized computer hard drives, memory card, and mobile devices using imaging equipment and computer forensic software in a way that is reliable and that can be reproduced, and that is generally accepted in the field of computer forensics. In broad summary, such

examination consists of making a forensically sound, verifiable, and exact copy of the digital evidence.  She will explain how various computer forensic software and methods were then used to search the digital evidence depending on the type of evidence sought in the investigation.

Specifically, Ms. Stailey will testify to the methods and practices used to make forensically accurate copies of seized media, which methods and practices are generally accepted in the field of computer forensics.  She will testify that she examined all of the digital media without altering the content.  She will also discuss particular files, and the metadata pertaining to those files found during those examinations and that those items truly and accurately represent the files and metadata contained on the digital media.

With respect to the mobile devices and memory card examined, Ms. Stailey's specific findings and the information about which she will testify are contained both in her written findings and in the attachments referenced in those findings, which are incorporated herein by reference.  Ms. Stailey's written findings, designated as Report #857, dated March 12, 2013, was produced in discovery[2] and is attached hereto as Attachment 2. In this report, Ms. Stailey details the extraction of data from the mobile devices and memory card to include contact numbers, incoming and outgoing call logs, and text messages.  Ms. Stailey will testify as to the software used to perform the extractions, to view the data extracted, and to maintain the integrity of that data.

As to the computer hard drives, Ms. Stailey's specific findings and information about which she will testify are contained both in her written findings and in the

---

[2] SW_00000255 through SW_00000259.  The attachments to this report are hundreds of pages long and are not attached here.

attachments referenced in those findings, which are incorporated herein by reference. Ms. Stailey's written findings, designated as Report #863, dated April 10, 2014, was produced in discovery[3] and is attached hereto as Attachment 3. In this report, Ms. Stailey details her analysis of the internet activity on these devices.  Ms. Stailey will testify regarding the source of, and in certain cases, the metadata belonging to, various electronic documents and emails found on these devices.  In this context, Ms. Stailey will explain to the jury such terms as metadata, unallocated space, cookies, and slack space.  Ms. Stailey will also offer opinion testimony regarding the meaning of text fragments found in unallocated space and data fragments found in slack space.

        Respectfully submitted,

        *s/ Martha A. Paluch*
        Martha A. Paluch
        Bryan D. Fields
        Assistant U.S. Attorneys
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, CO  80202
        (303) 454-0100
        Martha.paluch@usdoj.gov
        Bryan.fields@usdoj.gov

---

[3] SW_00001905 through SW_00001914.  The attachments to this report are hundreds of pages long and are not attached here.

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 13th day of October, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following e-mail address:

Mary Virginia Butterton
Counsel for Heather Carr
mary_butterton@fd.org

Daniel T. Smith
Counsel for Trammel Thomas
danieltsmith@qwestoffice.net

Siddhartha H. Rathod
Counsel for Mercedes Diaz
sr@rmlawyers.com

Jeralyn Merritt
Counsel for Marcelle Green
jeralynm@gmail.com

                                                 s/ *Mariah Hill*_____
                                                 MARIAH HILL
                                                 Legal Assistant
                                                 U.S. Attorney's Office
                                                 1801 California Street, Ste 1600
                                                 Denver, CO  80202
                                                 Telephone:  (303) 454-0100
                                                 Fax:  (303) 454-0401
                                                 e-mail: Mariah.Hill@usdoj.gov