# ALISON D. STAILEY

## EXPERIENCE

**Mandiant, A FireEye Company (2015 - present)**
*Senior Incident Response Consultant*
Investigate and resolve computer security events ranging from single-system compromises to enterprise-wide intrusions by advanced attack groups that span hundreds of thousands of systems. Evaluate whether attackers are currently operating undetected in client environments or whether they have been there in the past.

**U. S. Department of Education (2005 – 2015)**
*Digital Forensics Team Lead (2009 – 2015)*
Monitored the overall effectiveness and reliability of the forensic program. Identified and resolved issues related to the operation of the forensic laboratory and associated common-use equipment. Developed and implemented standard operating procedures for evidence handling and forensic analysis. Evaluated and drafted departmental policies. Managed the budget and procurement of all maintenance contracts for lab equipment, including forecasting future requirements. Monitored the progress of all forensic requests for assistance and other work of the team and assigned tasks to appropriately trained personnel. Performed quality action reviews to ensure all critical issues impacting the quality of forensic work are addressed in a timely manner. Reviewed and approved all preliminary forensic reports and other reports generated by the team. Conducted quality assurance reviews of forensic reports prior to supervisory approval. Oversaw junior examiners, including new full-time forensic examiners and part-time examiners in regional offices. Provided feedback to senior examiners.

**U. S. Department of Education (2005 – 2015)**
*Senior Forensic Analyst (2005 – 2015)*
Conducted traditional disk-based and network forensic analysis in investigations of fraud, waste, abuse, and intrusions within and into Departmental programs and systems. Prepared comprehensive forensic reports for investigators, prosecutors, and management officials detailing the findings of forensic analysis. Participated in search warrants and other on-site situations to identify and acquire digital evidence for analysis. Tasks included preparing equipment prior to the search, overseeing the acquisition of all systems ranging from user desktop and laptop computers to servers to mobile devices, and appropriately preserving and logging all evidence collected at the search site. Maintained proficiencies in forensic programs and operating systems. Tested forensic software and other analytical tools, assembled and configured forensic workstations, and participated in forensic associations and meetings. Served as primary evidence custodian and developed evidence handling policies. Tasks included protecting the integrity of all evidence collected by or submitted to the forensic laboratory, maintaining an appropriate chain of custody for each evidence item, conducting an annual evidence inventory, and seeking the authorized destruction of evidence when no longer needed. Prepared oral or written testimony at trial and other legal proceedings, if needed.

**National Security Agency (2004)**
*Summer Intern*
Completed a professional training course for the Department of Energy's 3D analytic software tool Starlight including how to modify and ingest data sets, develop new code and interfaces, and navigate, query, and analyze data. Rotated through several offices to learn defensive and offensive information operations utilizing Starlight, and worked with an information visualization group that provides visualization products to data analysts. Learned to use several COTS and GOTS visualization tools and attended a professional training course for Analyst's Notebook, a visualization

tool used extensively by intelligence and law enforcement organizations. Completed several small projects within this organization, including modeling data sets and developing training materials.

**Tulsa Police Department, Cyber Crimes Unit (2004-2005)**
*Intern*
Observed and assisted with the examination and collection of electronic evidence, writing report summaries, and completing other tasks as needed. Cases included forgery, fraud, and child pornography investigations.

**University of Tulsa Computer and Network Forensics (2005)**
*Teaching Assistant*
Developed lab and project assignments, configured lab machines for assignments, and reviewed lab reports.

## EDUCATION

University of Tulsa, Tulsa, OK, National Center of Academic Excellence
**MS Computer Science  (GPA: 4.0)**                           May 2005

University of Tulsa, Tulsa, OK
**BS Business Administration (GPA: 3.69)**                    May 2003
Major: Management Information Systems

## CERTIFICATIONS
- Certified Information Systems Security Professional
- Certified Computer Examiner
- Department of Defense Certified Digital Media Collector
- Certified BlackLight Examiner
- Cellebrite Certified Logical Operator
- Cellebrite Certified Physical Analyst
- CNSS 4013: INFOSEC Systems Administrator
- CNSS 4014: Information Systems Security Officer
- CNSS 4015: Systems Certifier
- CNSS 4011: Information System Security Professional
- CNSS 4012: Designated Approving Authority

## PROFESSIONAL TRAINING
*Leadership Training*
U.S. Department of Education Office of Inspector General New Leaders Program
American Management Association Preparing for Leadership
Developing Emotional Intelligence Skills
Leadership Skills for Non-Supervisors

*Technical Training*
Enterprise Incident Response
Network Threat Assessment Program
Binary Triage and Analysis
SANS FOR508:  Advanced Computer Forensic Analysis and Incident Response
AccessData Forensic Toolkit (multiple courses)

Guidance Software EnCase (multiple courses)
Magnet Forensics Internet Evidence Finder
BlackBag Technologies BlackLight
Cellebrite Logical and Physical Analyzer
Forensics and Intrusions in a Windows Environment
Computer Network Investigations Training Program
EnScript Programming
Examination of NTFS
UNIX and Linux Tools and Utilities

## PROFESSIONAL ASSOCIATIONS

- International Association of Computer Investigative Specialists
- International Information System Security Certification Consortium
- Young Government Leaders

## HONORS AND AWARDS

- U.S. Department of Education, Office of Inspector General, Lawrence Newman Memorial Award – 2006
- U.S. Department of Education, Office of Inspector General, IG Award for Excellence – 2011
- U.S. Department of Education, Office of Inspector General, Technology Crimes Division Team Award – 2012
- U.S. Department of Education, Office of Inspector General, Gainful Employment Audit Team Award – 2012
- U.S. Department of Education, Office of Inspector General, IG Award for Excellence - 2013

## VOLUNTEER WORK AND COMMUNITY INVOLVEMENT

- University of Tulsa Alumni Association Board of Directors – At-Large Member, Committee Chair
- University of Tulsa Alumni Association Kansas City Chapter – Vice President
- Junior League of Kansas City, Missouri – Member

## SECURITY CLEARANCES

Top Secret/Sensitive Compartmented Information (TS/SCI) – debriefed in August, 2016.