


**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF INSPECTOR GENERAL**
**TECHNOLOGY CRIMES DIVISION**

**DATE:** March 12, 2013

**PREPARED BY:** Alison Stailey

Digitally signed by Alison Stailey
Date: 2013.04.11 12:43:49 -05'00'

**CASE TITLE:** Pikes Peak Community College Fraud Ring

**CASE NUMBER:** 12-080234

**REPORT RE:** Acquisition and Analysis of Mobile Devices

**TCD REQUEST #:** 857

*Request*: TCD received a request from Special Agent Sandra Ennis regarding 15 mobile devices seized during the execution of a search warrant in Chandler, Arizona, on November 29, 2012. Special Agent Ennis requested extraction of data from the devices to include contact numbers, incoming and outgoing call logs, text messages, and email and internet history analysis where applicable. Special Agent Ennis also requested the extraction of photos on items 19, 24, 25, and 26.

*Status*: Closed.

*Data Analyzed*:

SEIZED ITEM #10: Apple 16 gigabyte iPod Touch A1288 MP3 player with serial number 9C9225EW203
SEIZED ITEM #11: LG VS910 mobile phone with serial number 105KPYR0211890, containing a Kingston 8 gigabyte MicroSDHC card and a Verizon 4GLTE Subscriber Identity Module (SIM) card with Integrated Circuit Card Identifier (ICCID) 89148000000168868991
SEIZED ITEM #12: Huawei M865 MUVE mobile phone with serial number T8U9MA1241620286, containing a 2 gigabyte MicroSD card
SEIZED ITEM #13: T-Mobile Samsung SGH-T749 mobile phone with serial number RPJSC58117R
SEIZED ITEM #14: HTC MyTouch 4G Slide mobile phone with serial number HT18GTB00134, containing a Samsung 8 gigabyte MicroSDHC card and a T-Mobile SIM card with ICCID 8901260542520803856

Date Prepared: 03/12/2013     ADS     Case No: 12-080234

This report is the property of the Office of Inspector General and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is **FOR OFFICIAL USE ONLY** and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U.S.C. 552.

OIG-301A (11/06)                                                                                   Page 1 of 1

SEIZED ITEM #15:   Blackberry Curve 8520 mobile phone with unknown serial number and International Mobile Equipment Identity (IMEI) number 351938041097334, containing a Samsung 1 gigabyte MicroSD card and a T-Mobile SIM card with ICCID 89012605425208038 72

SEIZED ITEM #16:   T-Mobile Samsung T919 mobile phone with unknown serial number and IMEI number 351915030519442, containing a SIM card with ICCID 89014103254966906343

SEIZED ITEM #17:   Virgin Mobile LG VM101 mobile phone with serial number 007CYEA0168780

SEIZED ITEM #18:   Cricket Huawei M615 mobile phone with serial number S9X9MB9292308176

SEIZED ITEM #19:   Amazon Kindle X43Z60 with unknown serial number

SEIZED ITEM #20:   Verizon Samsung SCH-U640 mobile phone with unknown serial number

SEIZED ITEM #21:   AT&T Pantech P8000 mobile phone with serial number 112300106025, containing an AT&T SIM card with ICCID 89014102254944153357

SEIZED ITEM #24:   Apple 32 gigabyte iPad A1416 with serial number DMPJ3H0PDVD2

SEIZED ITEM #25:   Apple 64 gigabyte iPad A1430 with serial number DMPHQJ8QDVGJ

SEIZED ITEM #26:   Apple 64 gigabyte iPad A1430 with serial number DMPH9UCHDVGJ

Cellebrite's UFED Touch Ultimate, with software version 1.8.1.31, was used to perform extractions as described below. The extractions were reviewed using AccessData's Forensic Toolkit version 4.1.0.165 and Cellebrite's UFED Physical Analyzer version 3.6.1.6.

ITEM #10
The UFED Touch was used to complete a file system extraction of the iPod Touch. The UFED Touch was then used to complete a logical extraction of the device's contacts, calendar/notes/tasks, audio/music files, videos, and ringtones. Special Agent Ennis reviewed the audio files and ringtones and determined they were not relevant to the investigation. Links to the audio files and ringtones were removed from the device report generated by the UFED Touch, which is provided as Attachment 1. No relevant internet history, emails, or text messages were located on the device.

ITEM #11
Neither the UFED Touch, nor any other tools held by TCD, supports the extraction of data from the LG VS910 mobile phone. No data was acquired from this device.

The phone contained a MicroSDHC card and a SIM card. The MicroSDHC card was acquired using AccessData's FTK Imager version 3.0.1.1467. No relevant data was located on the MicroSDHC card. Cellebrite's UFED Logical with software version 1.8.0.0 was used to acquire call logs, phone book, and Short Message Service (SMS) messages stored on the SIM card. A review of the SIM card report generated by the UFED showed that the data were not available, indicating the phone did not use the SIM as a storage location.

Date Prepared: 03/12/2013                    ADS                    Case No: 12-080234

This report is the property of the Office of Investigation Services and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is **FOR OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited.** Public availability to be determined by 5 U.S.C. 552.

ITEM #12
The Huawei M865 MUVE mobile phone was broken in pieces and no data was acquired from the device.

The phone contained a MicroSD card, which was acquired using FTK Imager version 3.0.1.1467. The MicroSD card contained two sets of database backups, from July 18, 2012, and October 5, 2012.[1] The Bookmark, Call Log, and SMS databases from each set contained relevant entries. The entries are summarized as Attachment 2.[2]

ITEM #13
A physical extraction of the data on the Samsung SGH-T749 mobile phone was completed using the UFED Touch. The UFED provided instructions for: 1) changing the phone's USB setting to Samsung PC Studio, 2) placing the phone in Qualcomm mode by entering *#782872#, and 3) returning the phone to Samsung mode by entering *#726872# following successful acquisition. SMS messages were located on the device and are summarized in Attachment 3.

ITEM #14
Extraction of the data on the HTC MyTouch 4G Slide mobile phone was attempted using the UFED Touch. The device was locked with an unknown passcode, and the UFED Touch requires the password to complete a successful extraction of any type. No data was acquired from the device.

The phone contained a MicroSDHC card and a SIM card. The MicroSDHC card was acquired using AccessData's FTK Imager version 3.0.1.1467. No relevant data was located on the MicroSDHC card. The UFED Touch was used to acquire call logs, phone book, and Short Message Service (SMS) messages stored on the SIM card. A review of the SIM card report generated by the UFED showed that the data were not available, indicating the phone did not use the SIM as a storage location.

ITEM #15:
Extraction of the data on the Blackberry Curve 8520 mobile phone was attempted using the UFED Touch. The device was locked with an unknown passcode, and the UFED Touch requires the password to complete a successful extraction of any type. No data was acquired from the device.

The phone contained a MicroSDHC card and a SIM card. The MicroSDHC card was acquired using AccessData's FTK Imager version 3.0.1.1467. No relevant data was located on the

---

[1] The databases were located at [root]/HuaweiBackup/Backup_2012_07_18.zip/ and [root]/HuaweiBackup/quick/Quick_2012_10_05.zip/.
[2] The documentation for this type of database indicates that dates and times can be stored in Unix Time, or the number of seconds since January 1, 1970 00:00:00 UTC. Accordingly, the dates and times in Attachment 2 have been converted from Unix Time to recognizable dates and times. (www.sqlite.org/datatype3.html#datetime)

Date Prepared: 03/12/2013                ADS                Case No: 12-080234

This report is the property of the Office of Investigation Services and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is **FOR OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U.S.C. 552.**

OIG-301A (11/06)                                                                                  Page 3 of 5

SW_00000257

MicroSDHC card. The UFED Touch was used to acquire call logs, phone book, and Short Message Service (SMS) messages stored on the SIM card. A review of the SIM card report generated by the UFED showed that only 3 generic contact entries[3] were available, indicating the phone did not use the SIM as a storage location for call logs, SMS messages, or most contacts.

ITEM #16:
The Samsung T919 mobile phone did not contain a battery. The phone could not be powered on or acquired without battery power. No data was acquired from the device.

The phone contained a SIM card. Extraction of the call logs, phone book, and SMS messages stored on the SIM card was attempted using the UFED Touch. The SIM card was protected with a PIN code which had previously been locked, most likely due to successive incorrect PIN entries. The SIM card required a PIN unlock key from the service provider to allow access to any data. No data was acquired from the SIM card.

ITEM #17:
Neither the UFED Touch, nor any other tools held by TCD, supports the extraction of data from the LG VM101 mobile phone. No data was acquired from this device.

ITEM #18:
Physical extraction of the data on the Huawei M615 mobile phone was completed using the UFED Touch. The UFED Touch offered two options for the download mode: FW NAND driver and CB NAND driver. Although extractions were completed using each of the download modes, no relevant data was located on the device.

ITEM #19:
Neither the UFED Touch, nor any other tools held by TCD, supports the extraction of data from the Kindle. No data was acquired from this device.

ITEM #20:
Acquisition of the data stored on the Samsung SCH-U640 mobile phone, including contacts, SMS messages, multimedia messaging service (MMS) messages, pictures, audio/music files, videos, ringtones, and call logs, was completed using the UFED Touch. The phone report generated by the UFED Touch is provided as Attachment 4. No internet history or email was recovered from this device.

ITEM #21:
Extraction of the data on the Pantech P8000 mobile phone was attempted using the UFED Touch. The device was locked with an unknown passcode, and the UFED Touch requires the password to complete a successful extraction of any type. No data was acquired from the device.

---

[3] The contact entries were: 1) #646# for "Check Minutes;" 2) #674# for "Check Text Usage;" and 3) #225# for "Check Balance."

Date Prepared: 03/12/2013                ADS                Case No: 12-080234

This report is the property of the Office of Investigation Services and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is **FOR OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited.** Public availability to be determined by 5 U.S.C. 552.

The phone contained a SIM card. The UFED Touch was used to acquire call logs, phone book, and Short Message Service (SMS) messages stored on the SIM card. A review of the SIM card report generated by the UFED showed that the data were not available, indicating the phone did not use the SIM as a storage location.

ITEM #24:
Extraction of the data on the iPad was attempted using the UFED Touch. The device was locked with an unknown passcode, and the UFED Touch requires the password to complete a successful extraction of any type. No data was acquired from the device.

ITEM #25:
A file system extraction of the data on the iPad was completed using the UFED Touch. Contacts were located on the device, but no other relevant items were located. The contacts are provided as Attachment 5. Per Special Agent Ennis's request, the graphic files were exported from the data and are provided as Attachment 6.

ITEM #26:
Extraction of the data on the iPad was attempted using the UFED Touch. The device was locked with an unknown passcode, and the UFED Touch requires the password to complete a successful extraction of any type. No data was acquired from the device.

*Attachments*
1. Item 10 – Logical Extraction Report
2. Item 12 – Database Entries
3. Item 13 – SMS Messages
4. Item 20 – Logical Extraction Report
5. Item 25 – Contacts
6. Item 25 – Graphic Files

Date Prepared: 03/12/2013                ADS                Case No: 12-080234

This report is the property of the Office of Investigation Services and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is **FOR OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U.S.C. 552.**