

# OFFICE OF INSPECTOR GENERAL
## INFORMATION TECHNOLOGY AUDITS
## AND COMPUTER CRIME INVESTIGATIONS



## Technology Crimes Division

# Digital Forensic Report

## Request #863

## 12-080234
## Pikes Peak Community College Fraud Ring

## Internet History Analysis

## April 10, 2014

Digitally signed by
Alison Stailey
Date: 2014.04.10
11:01:09 -05'00'

_____
Alison Stailey
Analyst

Digitally signed by Mark A Smith
Date: 2014.04.10 15:27:53 -04'00'

_____
Mark A. Smith
Special Agent in Charge

This report is the property of the Office of Inspector General and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is **FOR OFFICIAL USE ONLY** and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U.S.C. 552.

OIG Form 515 (1/10)

## Request

On December 11, 2012, the Technology Crimes Division (TCD) received a request for assistance from Special Agent Sandra Ennis regarding a fraud ring investigation. Special Agent Ennis requested an analysis of the Internet activity on the evidence seized from a residence pursuant to a search warrant in Chandler, Arizona. TCD received an additional Internet activity analysis request from Special Agent Ennis on February 26, 2013, regarding an evidence item received from the Tempe, Arizona, Police Department.

## Summary

Internet history records, temporary Internet files, and cookies related to Web sites of interest were located on the evidence items. The relevant index entries are summarized in Microsoft Excel workbooks, and the relevant files were exported. The workbooks and files are provided as attachments. Of particular note, personal identifiers of over 100 individuals on a list provided by the case agent were located on the evidence items. A number of relevant banking, cell phone provider, community college, and Department of Corrections web sites were also located on the evidence items.

## Evidence Analyzed

**Q0001**: Forensic acquisition of a Western Digital hard drive, with serial number WXEZ07E10041 and a storage capacity of 120 gigabytes, which was located in an Apple MacBook laptop computer with serial number W8743S5CZ62. The computer was located in Room R at Site 1.

**Q0002**: Forensic acquisition of a Western Digital hard drive, with serial number WXF0AA9M4652 and a storage capacity of 320 gigabytes, which was located in an Apple MacBook laptop computer with serial number W87502P4Z62. The computer was located in Room X at Site 1.

**Q0003**: Forensic acquisition of a Seagate hard drive, with serial number W200EC97 and a storage capacity of 750 gigabytes, which was located in an HP Envy 23 TouchSmart All-in-One desktop computer with serial number 3CR2371BMW. The computer was located in Room Z at Site 1.

**Q0004**: Forensic acquisition of a Hitachi hard drive, with serial number DSE034NL and a storage capacity of 250 gigabytes, which was located in an Acer Aspire 5552-3691 laptop computer with serial number LXR4402149103054181601. The computer was located in Room A at Site 1.

**Q0006**: Forensic acquisition of a SanDisk SDHC memory card, with serial number BI1116822065D and a storage capacity of 8 gigabytes. The memory card was attached to Q0003.

**Q0007**: Forensic acquisition of a Western Digital hard drive, with serial number WCAYUDK44885 and a storage capacity of 500 gigabytes, which was located in an HP TouchSmart 520 PC desktop computer with serial number 3CR15117TD. The computer was located in Room J at Site 1.

**Q0021**: Forensic acquisition of a Fujitsu hard drive, with serial number MHZ2320BH G1 and a storage capacity of 320 gigabytes, which was located in a Sony Vaio PCG-3G5L laptop computer with serial number 00148134168911. The computer was originally seized by the Tempe, Arizona, Police Department.

SW_00001906

## Analytical Process

The forensic acquisitions were analyzed using AccessData Forensic Toolkit (FTK) version 4.1.0.165. The Windows registry files were reviewed using AccessData Registry Viewer version 1.6.3.34. Internet artifacts were viewed using FTK and Magnet Forensics Internet Evidence Finder version 6.3.0.0112. Internet Explore cookie files were parsed using McAfee's Galleta version 1.0.

Each of the forensic acquisitions was reviewed to determine which Internet browsers were installed. The Internet browser artifacts, such as history, bookmarks, cookies, and cached files, were reviewed as applicable to each acquisition.

Special Agent Ennis provided a list of potential fraud ring members or victims. The list included identifiers such as first name, last name, social security number, date of birth, and email address for 239 people. Special Agent Ennis also provided lists of banking, cell phone provider, community college, Department of Corrections, and other websites for Internet history analysis. Keywords were generated based on those lists and keyword searches performed to attempt to identify any relevant Internet activity.

Relevant files located during the analysis were exported for review, as described in the Analysis Details section below. A file listing containing information for each exported file, including item number, full file path, file size, file creation date, file modification date, date of last file access, and MD5 checksum, is provided as Attachment 1.

Identifiers of 116 people on the list provided by the case agent were located in unallocated space and system files. The keyword search hits were extracted from the forensic acquisitions and provided as Attachment 2. In addition, references to the Department of Corrections websites specified by the case agent were located in unallocated space and system files. The search hits were extracted from the forensic acquisitions and provided as Attachment 3. The attachments show the file path, item number, and context data for each search hit. The search hits for each evidence item are specified in the Analysis Details section below. False positives were removed from the attachments when possible.

Avast! version 4.8 Professional was used to scan all extracted files for malicious code. No malicious files were located during the scan. At the conclusion of the analysis, all forensic acquisitions were verified and determined to be unaltered since originally acquired.

## Analysis Details

### Q0001 – Site 1 Room R

Mac OS X version 10.6.3[1] was installed on Q0001. No registered owner or organization information was located. The computer was named *User'sMacBook*.[2] The computer time zone was set to America/Phoenix.[3] The user profile list under the Users directory contained a user profile for *user*.[4] Google Chrome and Apple Safari were installed on Q0001.[5] The Internet artifacts discussed below were located under the *user* user profile.

Internet history index entries were located in the Internet artifacts for Chrome. The index entries were related to T-Mobile. The index entries are summarized in a Microsoft Excel spreadsheet and provided as Attachment 4.

Q0001 contained search hits for many individuals on Special Agent Ennis's list, as well as hits for the Arizona Department of Corrections web site. The individuals were: Justin Acevedo, Niambi Agent, Sarah Allen, Heather Carr, Michael Cox, Mercedes Diaz, Babetta Gaines, Michelle Grant, Marcelle Green, Bobbie Hills, Carla Johnson, Alexander Jones, Ayanna Jones, James Jones, Neri Lattimore, John Miller III, Richard Miller, Latania

SW_00001907

Pickens, Michael Sherman, David Smith, Gloria Smith, Kevin Smith, Michael Smith, Patrick Smith, Robert Smith, and Tramell Thomas.  The search hits are provided as <u>Attachment 2</u> and <u>Attachment 3</u>.

### Q0002 – Site 1 Room X

Mac OS X version 10.6.8[1] was installed on Q0002.  Ayanna Jones was listed in the computer's registration information.[6]  The computer was named *Ayanna Jones's MacBook*.[2]  The computer time zone was set to America/Los_Angeles.[3]  The user profile list under the Users directory contained a user profile for *ayannajones*.[4]  Google Chrome and Apple Safari were installed on Q0002.[5]  The Internet artifacts discussed below were located under the *ayannajones* user profile.

Web cookie index entries were located in a corrupt cookies file in the Internet artifacts for Safari.  The index entries were related to Higher One and are summarized in the table below.  The corrupt cookies file is provided as <u>Attachment 5</u>.

| Entry 1 | `<dict>    <key>Created</key>    <real>331965240.24336398</real>` `<key>Domain</key>    <string>higherone.com</string>` `<key>Expires</key>    <date>2012-06-29T04:32:06Z</date>` `<key>Name</key>    <string>Default_tpl</string>    <key>Path</key>` `<string>/</string>    <key>Value</key>    <string>Default</string>` `</dict>` |
|---|---|
| Entry 2 | `<dict>    <key>Created</key>    <real>331965241.190768</real>` `<key>Domain</key>    <string>.higherone.com</string>` `<key>Expires</key>    <date>2013-07-09T04:34:01Z</date>` `<key>Name</key>    <string>__utma</string>    <key>Path</key>` `<string>/</string>    <key>Value</key>` `<string>226945668.266624659.1310272441.1310272441.1310272441.1</string>    </dict>` |
| Entry 3 | `<dict>    <key>Created</key>    <real>331965241.19535702</real>` `<key>Domain</key>    <string>.higherone.com</string>` `<key>Expires</key>    <date>2012-01-08T16:34:01Z</date>` `<key>Name</key>    <string>__utmz</string>    <key>Path</key>` `<string>/</string>    <key>Value</key>` `<string>226945668.1310272441.1.1.utmccn=(organic)|utmcsr=google|utmctr=higher+one|utmcmd=organic</string>    </dict>` |

Q0002 contained search hits for many individuals on Special Agent Ennis's list, as well as hits for the Florida and Colorado Department of Corrections web sites.  The individuals were:  Dominique Aaron, Robert Abbott, Justin Acevedo, Juan Acosta, Maximo Acosta, John Actisdano, Calvin Adair, Niambi Agent, Sherline Alexander, Lori Allain, Eryn Allegra, Delta Allen, Mandy Allen, Margaret Allen, Elizabeth Angel, Heather Carr, Michael Cox, Antonio Diaz, Jennifer Diaz, Mercedes Diaz, Michael Ellis, Babetta Gaines, Carmen Gonzalez, Michelle Grant, Willie Hampton, Jameisha Hardin, Kenneth Jackson, Ayanna Jones, Eddie Jones, James Jones, Neri Lattimore, Vanessa Lopez, John Miller III, Arlie Miller, Dennis Miller, Richard Miller, Mercedes Mitchell, Latania Pickens, Marie Rivera, Telsa Robinson, Jesse Rowsley, Maria Ruiz, Matthew Sanders, Rosalyn Sanders, Michael Sherman, Adam Smith, David Smith, Joseph Smith, Joshua Smith, Kevin Smith, Michael Smith, Oscar Smith, Robert Smith, and Tramell Thomas..  The search hits are provided as <u>Attachment 2</u> and <u>Attachment 3</u>.

### Q0003 – Site 1 Room Z Computer 2

Microsoft Windows 8[7] was installed on October 27, 2012, at 3:34:37 AM Universal Coordinated Time (UTC).[8]  The computer was named *OFFICE*.[9]  The registered organization value was set to *Hewlett-Packard Company*,[10] and the registered owner value was set to *N607265*.[11]  The computer was last properly shut down on November

SW_00001908

26, 2012, at 1:37:05 AM UTC.[12]  The computer was set to Pacific Standard Time.[13]  The user profile list under the Users directory contained user profiles for *Heather* and *N607265*.[4]  Microsoft Internet Explorer was installed on Q0003.[14]  The Internet artifacts discussed below were located under the *N607265* user profile.

Web cookie files related to BBVA Compass, Heather Carr (a subscriber at T-Mobile), T-Mobile, LinkedIn, Spokeo, and the Colorado Department of Corrections web site were located in the artifacts for Internet Explorer and Google Search.  The details of the cookie files are provided as Attachment 6, while the cookie files themselves are provided as Attachment 7.

Nine relevant HTML files were located in the artifacts for Internet Explorer and Google Search.  They included: a BBVA Compass sign-off page for an unknown user; Facebook pages for Heather Carr; a fragment of a Statement Summary for an account ending in 1136 linked to Tramell Thomas; and account summary pages for Tramell Thomas on Go Daddy.  The HTML files are provided as Attachment 8.

Q0003 contained search hits for many individuals on Special Agent Ennis's list, as well as hits for the Colorado Department of Corrections web site.  The individuals were:  Niambi Agent, Heather Carr, Michael Cox, Jennifer Diaz, Mercedes Diaz, Christine Duncan, Mark Ellis, Michelle Grant, Marcelle Green, Kelly Johnson, Ayanna Jones, Eddie Jones, James Jones, Vanessa Lopez, Ismael Omar, Latania Pickens, Adam Smith, David Smith, Jeremy Smith, Joshua Smith, Kevin Smith, Michael Smith, Patrick Smith, Richard Smith, Robert Smith, and Tramell Thomas.  The search hits are provided as Attachment 2 and Attachment 3.

### *Q0004 – Site 1 Room A*

Microsoft Windows 7[7] Home Premium[15] was installed on October 4, 2011, at 7:49:08 AM UTC.[8]  The computer was named *KAI-PIE*.[9]  The registered organization value was not set,[10] but the registered owner value was set to *Kai - Pie*.[11]  The computer was last properly shut down on November 16, 2012, at 3:04:03 PM UTC.[12]  The computer was set to Pacific Standard Time.[13]  The user profile list under the Users directory contained user profiles for *Kai – Pie*.[4]  Mozilla Firefox, Google Chrome, and Microsoft Internet Explorer were installed on Q0004.[14]  Artifacts for the Internet Explorer Compatibility View List discussed below were located in system directories; all other Internet artifacts discussed below were located under the *Kai - Pie* user profile.

Web cookie index entries, temporary Internet file cache index entries, and history index entries were located in the Internet artifacts for Firefox, Chrome, and Internet Explorer.  The index entries were related to TurboTax, Higher One, Verizon, T-Mobile, and Citi Prepaid, and Gmail.  Index entries for Citibank, Wells Fargo, Sprint, Verizon, TurboTax, and the Department of Education's FAFSA were located on the Internet Explorer Compatibility View List.  The index entries are summarized in Microsoft Excel spreadsheets and provided as Attachment 9.

Web cookie files related to BBVA Compass, Higher One, Wells Fargo, Colorado Community College System, Pikes Peak Community College, Pueblo Community College, Red Rocks Community College, T-Mobile, TurboTax, and Gmail were located in the artifacts for Internet Explorer.  Gina Sanders's email address was located in one of the cookie files.  The details of the cookie files are provided as Attachment 10, while the cookie files themselves are provided as Attachment 11.

Two relevant HTML files were located in the artifacts for Firefox and Internet Explorer.  One contained Calvin Adair's information on the Citi Prepaid Card Enrollment web site, while the other was related to Ayanna Jones's Netflix account.  The HTML files are provided as Attachment 12.

Q0004 contained search hits for many individuals on Special Agent Ennis's list, as well as hits for the Colorado Department of Corrections web site.  The individuals were:  Calvin Adair, Heather Carr, Michael Cox, Mercedes Diaz, Katherine Freeman, Monica Freeman, Celeste Frotten, Donald Grant, Paula Gutierrez, Michelle Hung,

SW_00001909

David Jackson, Byanca Johnson, Carla Johnson, Ayanna Jones, Vanessa Lopez, John Miller III, Dennis Miller, Ruth Perez, Latania Pickens, Jannette Ramos, Tessa Robinson, Wanda Rodriguez, Veronica Ruiz, Gina Sanders, David Smith, Gregory Smith, Joseph Smith, Kevin Smith, Michael Smith, Patrick Smith, Robert Smith, and Terrell Thomas.  The search hits are provided as Attachment 2 and Attachment 3.

### Q0006 – Site 1 Room Z Computer 2 – SDHC Card

Q0006 did not contain an operating system.  No relevant artifacts were located.

### Q0007 – Site 1Room J

Microsoft Windows 7[7] Home Premium Service Pack 1[15] was installed on June 14, 2012, at 6:17:08 AM UTC.[8]  The computer was named SMART-HP.[9]  The registered organization value was set to Hewlett-Packard Company,[10] and the registered owner value was set to Smart.[11]  The computer was last properly shut down on November 23, 2012, at 10:12:01 PM UTC.[12]  The computer was set to Pacific Standard Time.[13]  The user profile list under the Users directory contained user profiles for King and Smart.[4]  Google Chrome and Microsoft Internet Explorer were installed on Q0007.[14]  All Internet artifacts discussed below were located under the Smart user profile.

Web cookie index entries, temporary Internet file cache index entries, and history index entries were located in the Internet artifacts for Internet Explorer.  The index entries were related to BBVA Compass, Verizon, Sprint, and LinkedIn.  Index entries for Wells Fargo, Sprint, Verizon, T-Mobile, TurboTax, and the Department of Education's FAFSA were located on the Internet Explorer Compatibility View List.  The index entries are summarized in Microsoft Excel spreadsheets and provided as Attachment 13

Web cookie files related to Verizon and LinkedIn were located in the artifacts for Internet Explorer.  Tramell Thomas's email address was located in one of the cookie files.  The details of the cookie files are provided as Attachment 14, while the cookie files themselves are provided as Attachment 15.

Eight relevant HTML files were located in the artifacts for Internet Explorer.  They included:  gift card balances and transaction history for Bancorp Vanilla Visa Gift Cards ending in 2915 and 3869; a member login page for a Vanilla Visa Gift Card; a Facebook page for Heather Carr; an ADT Pulse Live Video page for "Heather Carr Home;" Gary Burandt's profile on LinkedIn; a password request page showing Tramell Thomas's email address; and a Yahoo! mail fragment for Tramell Thomas.  The HTML files are provided as Attachment 16.

Q0007 contained search hits for many individuals on Special Agent Ennis's list, as well as hits for the Colorado and Arizona Department of Corrections web site.  The individuals were:  Niambi Agent, Eryn Allegra, Heather Carr, Michael Cox, Mercedes Diaz, Shiraki Ellis, Michelle Grant, Ayanna Jones, Dennis Miller, Latania Pickens, Gina Sanders, David Smith, Jamain Smith, Joshua Smith, Michael Smith, Patrick Smith, Terrell Smith, and Terrell Thomas.  The search hits are provided as Attachment 2 and Attachment 3.

### Q0021 – Site 2 Sony Vaio

Microsoft Windows Vista Home Premium[7] Service Pack 2[15] was installed on January 1, 2008, at 10:08:44 AM UTC.[8]  The computer was named SONY-PC.[9]  The registered organization value was not set,[10] but the registered owner value was set to Sony.[11]  The computer was last properly shut down on August 29, 2012, at 4:21:09 AM UTC.[12]  The computer was set to Pacific Standard Time.[13]  The user profile list under the Users directory contained a user profile for Sony.[4]  Google Chrome and Microsoft Internet Explorer were installed on Q0021.[14]  All Internet artifacts discussed below were located in either orphan files or under the Sony user profile.

SW_00001910

Web cookie index entries, temporary Internet file cache index entries, and history index entries were located in the Internet artifacts for Internet Explorer. The index entries were related to Maricopa County Community College District, Pikes Peak Community College, Colorado Community College System, the Department of Education's FAFSA, LinkedIn, and Gmail. Index entries for Citibank, Wells Fargo, Sprint, Verizon, TurboTax, and the Department of Education's FAFSA were located on the Internet Explorer Compatibility View List. The index entries are summarized in Microsoft Excel spreadsheets and provided as Attachment 17.

Web cookie files related to Maricopa County Community College District, Pikes Peak Community College, and Colorado Community College System were located in the artifacts for Internet Explorer. Robert Acee's email address was located in one of the cookie files. The details of the cookie files are provided as Attachment 18, while the cookie files themselves are provided as Attachment 19.

Nearly 300 relevant HTML files were located in the artifacts for Internet Explorer. Their content included:
- FAFSA Application pages, some with student information for Manuel Abate, Gary Abbate, William Abbate, Jerry Abbott, Robert Abbott, Sean Abraham, Robert Abrams, Faustino Aceuedo-Beltran, Robert Acosta, John Actisdano, Omar Adames, Dee Dee Adams, Jerrie Alcon, Elizabeth Angel, Anna Apodaca, Amy Bauer, Stephanie Bellino, Barbara Dirito, Heather Dison, Joyce Dockins, Kenneth Jackson, and Tyson Jones;
- Department of Education PIN Application pages for Manuel Abate, William Abbate, Jerry Abbott, Sean Abraham, Javier Abreu-Perez, Jerrie Alcon, Anna Apodaca, and Barbara Dirito;
- Pikes Peak Community College Application Certification pages, Application Confirmation pages, and general contact information for Billy Aaron, Manuel Abate, Gary Abbate, Jerry Abbott, Otha Abney, Anna Apodaca, Nancy Bautista, and Amy Bauer;
- Google search results for Pikes Peak Community College and Maricopa;
- Pueblo Community College Application Certification pages for William Abbate and Jerry Abbott;
- Miscellaneous Maricopa County Community College District pages, to include Chandler-Gilbert Community College, Mesa Community College, and Maricopa Community College, related to Jerry Abbott, Robert Abbott, Robert Abrams, Robert Acosta, John Actisdano, Calvin Adair, Stephanie Bellino, Theodore Chase, Barbara Dirito, Bobbie Hills, Kenneth Jackson, Jerome Smith, and Joseph Smith, as well as the student IDs KEN2169981, kor2131635, dav2217178, joy2158993, cyn2173511, joe2155781, the2128611, bra2201016;
- Fragments from an unknown website containing the user IDs of Jerry Abbott, Robert Abrams and Barbara Dirito;
- The classroom dashboard from an unknown course for Robert Abrams;
- Student pages at an unknown school for Calvin Adair;
- Fragments of Internet searches for Heather Carr;
- Creation of a new Gmail account for "Dana" with the attempted username "lordlinkministries;" and
- Creation of a new Yahoo! account for kerrychase480@yahoo.com.

The HTML files are provided as Attachment 20.

Ten recently used Internet shortcuts were located on Q0021. All link to the Maricopa Internet domain. The shortcut details are summarized in Attachment 21 and the shortcut files themselves are provided as Attachment 22.

Q0021 contained search hits for many individuals on Special Agent Ennis's list, as well as hits for the Colorado Department of Corrections web site. The individuals were: Billy Aaron, Dominique Aaron, Manuel Abate, Gary Abbate, William Abbate, Jerry Abbott, Robert Abbott, Sean Abraham, Robert Abrams, Javier Abreu-Perez, Robert Acampora, Robert Acee, Faustino Aceuedo-Beltran, Justin Acevedo, Maximo Acosta, Robert Acosta, John Actisdano, Calvin Adair, Omar Adames, Dee Dee Adams, Jerrie Alcon, Sarah Allen, Elizabeth Angel, Anna Apodaca, Amy Bauer, Stephanie Bellino, Heather Carr, Antonio Diaz, Barbara Dirito, Heather Dison, Darlene

SW_00001911

TCD Digital Forensic Report                                                                                    Request #863

Dixon, Joyce Dockins, Bobbie Hills, Kenneth Jackson, Byanca Johnson, Ayanna Jones, James Jones, Tyson Jones, Von Jones, Dennis Miller, Amanda Powell, Cynthia Powell, Joyce Powell, Kortni Robinson, David Smith, Jamain Smith, Jerome Smith, Joseph Smith, Judy Smith, Kelly Smith, Michael Smith, Patrick Smith, and Terrell Smith.  The search hits are provided as Attachment 2 and Attachment 3.

SW_00001912

TCD Digital Forensic Report                                                                                          Request #863

## Definitions

*Cookies*: A small file that a remote Web host writes on the hard drive of a person browsing the Web site. Cookies may contain a variety of information, including the date the user (or the user's machine) last visited the site, which pages were viewed on previous visits, a username or password if required for access to the site, and IP address history. A cookie may also contain any personal information (such as name, address, or credit card number) voluntarily disclosed to the Web site by the user; in these cases, the Web site can use the cookie to tie browsing activity to a specific individual. A user's browser may be configured to refuse cookies. In addition, because cookies are files, the user can delete them.

*Forensic Acquisition*:  Data acquired using forensic methods.  Forensic acquisitions can be either physical, when a bit stream duplicate of the original data is collected, or logical, when only specific files are collected.

*HTML*: Hypertext Markup Language. The language used to create and define a Web page. This language is used to define the locations and characteristics of each element of the page.

*Index Data File*: A database file (index.dat) used to manage, among other things, Microsoft Internet Explorer (IE) browser functions. Multiple index data files exist for indexing different content—cache files, visited URLs, cookies, etc.

*Internet Cache*: Files that the Web browser saves onto the hard drive to maximize the efficiency and speed of Web browsing. These files contain the individual component files such as HTML pages and images that make up Web pages.

*Internet Explorer Compatibility View List*: The Compatibility View List contains websites known to have problems when viewed with Internet Explorer, most likely because the websites are programmed using outdated Internet industry standards.  Before displaying a webpage, Internet Explorer checks to see whether the domain name of the website appears in the Compatibility View List.  If so, the site is displayed using Internet Explorer's Compatibility View.

*Orphan File*:  A file whose parent folder has been overwritten.  The file's record in the file table points to the parent folder, but the record for the parent folder no longer has the correct information.

*Unallocated Space*: Data storage areas available for use by the computers.  The areas may already contain previously stored information.

*Windows Registry*: A central hierarchical database used in Microsoft Windows operating systems used to store information that is necessary to configure the system for one or more users, applications and hardware devices.

SW_00001913

TCD Digital Forensic Report                                                              Request #863

## Attachments

1. File Listing
2. Unallocated Search Hits – Students
3. Unallocated Search Hits – Department of Corrections
4. Q0001 History Records
5. Q0002 Corrupt Cookie File
6. Q0003 Cookie Details
7. Q0003 Cookie Files
8. Q0003 HTML Exports
9. Q0004 History, Cache, and Cookie Records
10. Q0004 Cookie Details
11. Q0004 Cookie Files
12. Q0004 HTML Exports
13. Q0007 History, Cache, and Cookie Records
14. Q0007 Cookie Details
15. Q0007 Cookie Files
16. Q0007 HTML Exports
17. Q0021 History, Cache, and Cookie Records
18. Q0021 Cookie Details
19. Q0021 Cookie Files
20. Q0021 HTML Exports
21. Q0021 Internet Shortcut Details
22. Q0021 Internet Shortcut Files

---

[1] [root]/System/Library/CoreServices/SystemVersion.plist
[2] [root]/Library/Preferences/SystemConfiguration/preferences.plist
[3] [root]/Library/Preferences/.GlobalPreferences.plist
[4] System or default profiles are not listed.
[5] [root]/Applications
[6] [root]/Users/ayannajones/Library/Assistants/Send Registration.setup
[7] HKEY_LOCAL_MACHINE\Software\Microsoft\Windows NT\CurrentVersion\ProductName
[8] HKEY_LOCAL_MACHINE\Software\Microsoft\Windows NT\CurrentVersion\InstallDate
[9] HKEY_LOCAL_MACHINE\System\ControlSet001\Control\ComputerName\ComputerName\ComputerName
[10] HKEY_LOCAL_MACHINE\Software\Microsoft\Windows NT\CurrentVersion\RegisteredOrganization
[11] HKEY_LOCAL_MACHINE\Software\Microsoft\Windows NT\CurrentVersion\RegisteredOwner
[12] HKEY_LOCAL_MACHINE\System\ControlSet001\Control\Windows\ShutdownTime
[13] HKEY_LOCAL_MACHINE\System\ControlSet001\Control\TimeZoneInformation
[14] [root]/Program Files or [root]/Program Files (x86)
[15] HKEY_LOCAL_MACHINE\Software\Microsoft\Windows NT\CurrentVersion\CSDVersion

SW_00001914