IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   16-cr-00054-WJM-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.   TRAMELL THOMAS,

    Defendant.

## MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

    The United States of America, by and through the Acting United States Attorney for the District of Colorado, petitions the Court for a Writ of Habeas Corpus Ad Testificandum and states as follows:

    1.  Manuel Abate, 1961, Inmate # 555822 is now being confined in the Hamilton Correctional Institute, 10650 SW 46th Street, Jasper, Florida 32052.

    2.  Manuel Abate is a material witness in the above-captioned case and it is necessary that he appear in person for a trial preparation interview with the United States Attorney's Office on November 21, 2017. In addition, he must appear in person before a United States District Judge on November 27, 2017 at 8:30 a.m. to testify during the proceedings of this case.

    WHEREFORE, the undersigned respectfully requests the Court to order that a Writ of Habeas Corpus Ad Testificandum be issued by this Court to **the United States**

**Marshal for the District of Colorado, or to any other United States Marshal, or to any other federal law enforcement officer**, requiring him to serve said writ on the Warden, Superintendent, or Custodian of any place or institution where the material witness, Manuel Abate, is confined, and requiring said United States Marshal to produce the material witness, Manuel Abate, on November 21, 2017 at the United States Attorney's Office for a trial preparation interview and again on November 27, 2017 at 8:30 a.m., to testify in such proceeding.

Respectfully submitted this 25th day of October , 2017.

        ROBERT C. TROYER
        Acting United States Attorney

By:    s/*Martha A. Paluch*
        MARTHA A. PALUCH
        BRYAN D. FIELDS
        Assistant United States Attorneys
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Facsimile: (303) 454-0404
        E-mail: Martha.Paluch@usdoj.gov
        Attorneys for the Government