IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00054-WJM-2

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  TRAMELL THOMAS,

      Defendant

---

**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ requiring the **United States
Marshal Service or any  other federal law enforcement officer** to produce Eddie
Jones, Jr., 1958, Inmate # A380451, for a trial preparation interview at the United States
Attorney's Office on November 21, 2017 and again before a United States District Judge
on November 27, 2017 at 8:30 a.m. for a jury trial in the above captioned cause, and to
hold him at all times in the United States Marshal's custody as an agent of the United
States of America until he has appeared as a material witness, and immediately thereafter
to return the witness to the institution where he is now confined, under safe and secure
conduct..

      SO ORDERED this _____ day of _____, 2017.

                                                               _____
                                                              UNITED STATES DISTRICT COURT
                                                              DISTRICT OF COLORADO