**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 16-cr-054-WJM-2

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

**2.    TRAMMELL THOMAS**,

       Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ requiring the **United States Marshal Service or any other federal law enforcement officer** to produce Manuel Abate, 1961, Inmate # 555822, for a trial preparation interview at the United States Attorney's Office on November 21, 2017 and again before a United States District Judge on November 27, 2017 at 8:30 a.m. for a jury trial in the above captioned cause, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until he has appeared as a material witness, and immediately thereafter to return the witness to the institution where he is now confined, under safe and secure conduct.

Dated this 25th day of October, 2017.

BY THE COURT:

_____
William J. Martínez
United States District Judge