IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00054-WJM-2

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  TRAMELL THOMAS,

      Defendant

---

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER**, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE WITNESS MAY BE HELD,

This Writ is issued upon Order of the United States District Court for the District of Colorado.  I hereby command that you bring the material witness, Dennis Miller, 1951, Inmate # A412227, now being confined in North Central Correctional Complex, 670 Marion-Williamsport Road, Marion, Ohio 43302, and from day to day thereafter, to testify to the truth, according to his knowledge, in a cause to be heard before a United States District Judge to appear therein as a material witness, and immediately after return the witness to the institution where he was confined, under safe and secure conduct.

You are further commanded to serve a certified copy of this writ on said Warden, Superintendent, or Custodian of North Central Correctional Complex, 670 Marion-Williamsport

Road, Marion, Ohio 43302, or the Warden, Superintendent, or Custodian of any other institution

wherein Dennis Miller is confined.

ORDERED this _____ **25** _____ day of **October** _____, 2017.



BY THE COURT:

**s/ A. Garcia Garcia**

CLERK, UNITED STATES DISTRICT COURT