IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00054-WJM-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  TRAMELL THOMAS,

    Defendant

---

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER**, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE WITNESS MAY BE HELD,

    This Writ is issued upon Order of the United States District Court for the District of Colorado.  I hereby command that you bring the material witness, Eddie Jones, Jr., 1958, Inmate # A380451, now being confined in Madison Correctional Institution located at 1851 State Route 56, London, Ohio 43140, and from day to day thereafter, to testify to the truth, according to his knowledge, in a cause to be heard before a United States District Judge to appear therein as a material witness, and immediately after return the witness to the institution where he was confined, under safe and secure conduct.

    You are further commanded to serve a certified copy of this writ on said Warden, Superintendent, or Custodian of Madison Correctional Institution located at 1851 State Route 56,

London, Ohio 43140, or the Warden, Superintendent, or Custodian of any other institution wherein Eddie Jones, Jr., is confined.

ORDERED this __**25**__ day of __**October**__, 2017.



BY THE COURT:

s/ A. Garcia Garcia

CLERK, UNITED STATES DISTRICT COURT