## TEMPE POLICE DEPARTMENT
## CAD CALL HARDCOPY

CP 2012-111699                                                Reported: Aug-30-2012 02:40:38

Incident Location
   Address : S MILL AVE / E US 60[JS
   City : TEMPE
   District : S   Zone : 5   RD : 1913

General Information

   Report number: 2012-111699
   Case Type : VEHICLE STOP   Priority : 2
   Dispatch  : Aug-30-2012 02:40:38
   Enroute   : Aug-30-2012 02:40:38
   At Scene  : Aug-30-2012 02:40:38
   Cleared   : Aug-30-2012 05:31:05
   How call received : SELF-INITIATED
   Unit ids : #1 - 4P51   #2 - 4P41   #3 - K415
   Call taker ID : 17308 WATTS, SHERI

Complainant Information

   State : AZ
   Remarks :
      Aug-30-2012 02:40:38 - 555XZC

      WATTS, SHERI(at CON09) on 2012-08-30 02:47:12 -
      4P51 1 DTND

      WATTS, SHERI(at CON09) on 2012-08-30 02:47:31 -
      4P51 INFO

      MARTINEZ, ESPERANZA ()(at CON08) on 2012-08-30
      02:50:17 - 4P51 !THOMAS,TRAMELL,D,02131979

      MARTINEZ, ESPERANZA ()(at CON08) on 2012-08-30
      02:50:28 - 4P51 @555XZC

      MARTINEZ, ESPERANZA ()(at CON08) on 2012-08-30
      02:51:21 - 4P51 PACE CHECK

      MARTINEZ, ESPERANZA ()(at CON08) on 2012-08-30
      02:53:49 - 4P51 PACE CHECK NEG

      MCDOWELL, STACY ()(at CON10) on 2012-08-30
      03:07:43 - 4P51 SONY VIAO LAPTOP SERIAL NUMBER
      00148-134-168-911

      WATTS, SHERI(at CON09) on 2012-08-30 03:12:27 -
      4P51 10-42

      MARTINEZ, ESPERANZA ()(at CON08) on 2012-08-30
      03:44:26 - 4P41 926

      PAPKE, JASON A(at K415) on 2012-08-30 04:04:33 -
      SUPPLEMENT

MOI_00000490

## TEMPE POLICE DEPARTMENT
## CAD CALL HARDCOPY

CP 2012-111699  
Reported: Aug-30-2012 02:40:38

Clearance Information

   Final Case type : **VEHICLE STOP**  
   Report expected : **Yes**   Founded : **Yes**  
   Cleared by : **DEPARTMENT REPORT**  
   Reporting Officer1 : **19343 - SEAL, JONATHAN**

Dispatch Details

   Unit number : **4P51**   Dispatched: **Aug-30-2012 02:40:38**  
     Officer 1 : **19343 - SEAL, JONATHAN**  
   Enroute : **Aug-30-2012 02:40:38**  
   At scene: **Aug-30-2012 02:40:38**  
   Cleared : **Aug-30-2012 04:03:44**  
   Dispatcher ID : **17308**

   Unit number : **4P41**   Dispatched: **Aug-30-2012 02:44:12**  
     Officer 1 : **15368 - SHEARAN, PATRICK**  
   Cleared : **Aug-30-2012 04:25:30**  
   Dispatcher ID : **17308**

   Unit number : **K415**   Dispatched: **Aug-30-2012 02:45:27**  
     Officer 1 : **14710 - PAPKE, JASON A**  
   Enroute : **Aug-30-2012 02:45:27**  
   At scene: **Aug-30-2012 02:45:57**  
   Cleared : **Aug-30-2012 04:05:41**  
   Dispatcher ID : **14710**

   Unit number : **P57**   Dispatched: **Aug-30-2012 03:34:50**  
     Officer 1 : **11642 - MITCHELL, ROBERT M**  
   Enroute : **Aug-30-2012 03:34:50**  
   At scene: **Aug-30-2012 03:34:59**  
   Cleared : **Aug-30-2012 04:25:40**  
   Dispatcher ID : **11642**

  Dispatched: **Aug-30-2012 03:44:30**  
  Special service : **TOW**  
  Dispatcher ID : **21723**

   Unit number : **5P41**   Dispatched: **Aug-30-2012 04:04:46**  
     Officer 1 : **19239 - ESPINOZA, ANIBAL**  
   At scene: **Aug-30-2012 04:05:48**  
   Cleared : **Aug-30-2012 05:31:05**  
   Dispatcher ID : **17308**

   Unit number : **4P51**   Dispatched: **Aug-30-2012 04:04:49**  
     Officer 1 : **19343 - SEAL, JONATHAN**  
   Enroute : **Aug-30-2012 04:04:49**  
   At scene: **Aug-30-2012 04:04:49**

## TEMPE POLICE DEPARTMENT
## CAD CALL HARDCOPY

CP 2012-111699                                              Reported: Aug-30-2012 02:40:38

Cleared : **Aug-30-2012 04:48:58**
Dispatcher ID : 21723

Related text page(s)

  Document: **NCIC/ACIC RESPONSE**
    Author: **19133 - MELTON, JESSICA**
    Subject: **A.C.I.C. WANTED  PERSON BDG/ C**
 Related date/time: **Aug-30-2012 0000**
         A.C.I.C. WANTED   PERSON

BDG/ C855   ORI/ AZ0070000   OCA/ JC2009148053          DOW/ 03-13-2012   NOA/
            MARICOPA CO SO   PHOENIX                    DOP/              DPX/ N
DTE/ 03-27-2012   TOE/ 17:26   DLU/ 03-27-2012   TOU/ 17:26   OPI/ 5W97

       CONFIRM WARRANT -    EXTRADITION WITH ORI
END OF ACIC RECORD

>>>> ORIGINATING TRANSACTION <<<<

MKE/ACWL.BDG/C855.NAM/COLLARD, HEDY.DOB/10261973.OLS/AZ.



  Document: **NCIC/ACIC RESPONSE**
    Author: **19133 - MELTON, JESSICA**
    Subject: **MVD.40-01 DR.00729360.AZ007290**
 Related date/time: **Aug-30-2012 0000**
MVD.40-01 DR.00729360.AZ0072900.*BDG/C855--.
TXT NAM/COLLARD, HEDY.DOB/19731026
NAME:HEDY,CHRISTINE,COLLARD                  DOB:10/26/1973   RCPT#:L132906
ADDR:1351 N PLEASANT DR UNIT 1092            CHANDLER                AZ 85225
ISSUE DT:10/29/2010 EXP:10/26/2038    SEX:F HGT:502 WGT:130 HAIR:BRN EYE:BLU
OLN:D01291120     SSN:600620251      OLT:OPERATOR CLASS D
PREV LIC: D01291120                  PREV ST: AZ
         D01291120                           AZ
         600620251                           AZ

>>>> ORIGINATING TRANSACTION <<<<

MKE/ACWL.BDG/C855.NAM/COLLARD, HEDY.DOB/10261973.OLS/AZ.




  Document: **NCIC/ACIC RESPONSE**
    Author: **17308 - WATTS, SHERI**
    Subject: **4P51 MVD.18-01 RR.00729704.AZ0**
 Related date/time: **Aug-30-2012 0240**
COMMENT: 4P51
MVD.18-01 RR.00729704.AZ0072900.*BDG/9K22--.TXT LIC/555XZC.LIY/2012.
LIC:555XZC    001    TAB:555XZC    EXPIRE: 03/31/2013
VIN:2B3KA43R66H390664            VYR:2006   VMA:DODG   VMO:CHAR   VST:4DSD

## TEMPE POLICE DEPARTMENT
## CAD CALL HARDCOPY

CP 2012-111699                                           Reported: Aug-30-2012 02:40:38

```
NAM:HEATHER,,CARR                    CUST#:D03031108
ADR:1351 N PLEASANT DR UNIT 1110
CTY:CHANDLER              ST:AZ ZIP:852256593    GVW:000000
TTL:314H007108039 ST:AZ DTE: 04/19/2007
1ST LIEN:CAPITAL ONE AUTO FINANCE   AMT:           DATE: 03/26/2007
      ADDR:P O BOX 255605           CTY:SACRAMENTO         ST:CA
      ZIP: 958655605
NO PRIOR PLATES

>>>> ORIGINATING TRANSACTION <<<<

MKE/ACVR.BDG/9K22.LIC/555XZC.LIS/AZ.LIY/2012.LREM/4P51.




   Document: NCIC/ACIC RESPONSE
     Author: 21723 - MARTINEZ, ESPERANZA ()
    Subject: 4P51 MVD.18-01 RR.00729703.AZ0
 Related date/time: Aug-30-2012 0250

COMMENT: 4P51
MVD.18-01 RR.00729703.AZ0072900.*BDG/GN84--.TXT LIC/555XZC.LIY/2012.
LIC:555XZC    001    TAB:555XZC   EXPIRE: 03/31/2013
VIN:2B3KA43R66H390664              VYR:2006  VMA:DODG  VMO:CHAR  VST:4DSD
NAM:HEATHER,,CARR                    CUST#:D03031108
ADR:1351 N PLEASANT DR UNIT 1110
CTY:CHANDLER              ST:AZ ZIP:852256593    GVW:000000
TTL:314H007108039 ST:AZ DTE: 04/19/2007
1ST LIEN:CAPITAL ONE AUTO FINANCE   AMT:           DATE: 03/26/2007
      ADDR:P O BOX 255605           CTY:SACRAMENTO         ST:CA
      ZIP: 958655605
NO PRIOR PLATES

>>>> ORIGINATING TRANSACTION <<<<

MKE/ACVR.BDG/GN84.LIC/555XZC.LIS/AZ.LIY/2012.LREM/4P51.




   Document: NCIC/ACIC RESPONSE
     Author: 21723 - MARTINEZ, ESPERANZA ()
    Subject: 4P51 MVD.40-01 DR.00729703.AZ0
 Related date/time: Aug-30-2012 0250

COMMENT: 4P51
MVD.40-01 DR.00729703.AZ0072900.*BDG/GN84--.
TXT NAM/THOMAS, TRAMELL D.DOB/19790213
NAME:TRAMELL,DAWAN,THOMAS                       DOB:02/13/1979   RCPT#:CY143843
ADDR:1822 E KAIBAB DR                           CHANDLER                AZ 85249
ISSUE DT:04/12/2012 EXP:02/13/2044      SEX:M HGT:600 WGT:200 HAIR:BLK EYE:BRN
OLN:D08065663        SSN:305843317      OLT:OPERATOR CLASS D
PREV LIC: 981121157                     PREV ST: CO

>>>> ORIGINATING TRANSACTION <<<<
```

MOI_00000493

**TEMPE POLICE DEPARTMENT**
**CAD CALL HARDCOPY**

CP 2012-111699                                      Reported: Aug-30-2012 02:40:38

MKE/ACWL.BDG/GN84.NAM/THOMAS, TRAMELL D.DOB/02131979.OLS/AZ.LREM/4P51.

Unit/Officer Details

02:40 Aug 30 CON09    17308  A :4P51    PT 19343  (VEHICLE STOP) S MILL AVE / E
       S MILL AVE / E US 60|JS - 555XZC

02:44 Aug 30 CON09    17308  DP:4P41    PT 15368
       S MILL AVE / E US 60|JS

02:45 Aug 30 K415     14710  EN:K415    K9 14710
       ASSIST:4P51   /S MILL AVE / E US 60|JS

02:45 Aug 30 K415     14710  A :K415    K9 14710

02:47 Aug 30 CON09    17308  A :4P51    PT 19343
       1 DTND

02:47 Aug 30 CON09    17308  A :4P51    PT 19343
       INFO

02:50 Aug 30 CON08    21723  A :4P51    PT 19343
       !THOMAS,TRAMELL,D,02131979

02:50 Aug 30 CON08    21723  A :4P51    PT 19343
       @555XZC

02:51 Aug 30 CON08    21723  A :4P51    PT 19343
       PACE CHECK

02:53 Aug 30 CON08    21723  A :4P51    PT 19343
       PACE CHECK NEG

03:07 Aug 30 CON10    21108  A :4P51    PT 19343
       SONY VIAO LAPTOP SERIAL NUMBER 00148-134-168-911

03:08 Aug 30 CON10    19343  A :4P51    PT 19343  (VEHICLE STOP) EXT ACQA- AZ00
       EXT ACQA- AZ0072900 FD46 Y 001148134168911

03:12 Aug 30 CON09    17308  A :4P51    PT 19343
       10-42

03:21 Aug 30 4P41     15368  DP:4P41    PT 15368
       RMS Q VEH-LIC:555XZC  STATE:AZ  TYPE:PC  YR:2012
       REC:Y  CAD:N  EXTN:Y  EXTE:Y  TONC:Y  UNIT:4P41

03:21 Aug 30 4P41     15368  DP:4P41    PT 15368
       EXT Q VEH-LIC:555XZC  STATE:AZ  TYPE:PC  YR:2012
       REC:Y  CAD:N  EXTN:Y  EXTE:Y  TONC:Y  UNIT:4P41

03:34 Aug 30 P57      11642  EN:P57     PS 11642
       ASSIST:4P41   /S MILL AVE / E US 60|JS

03:34 Aug 30 P57      11642  A :P57     PS 11642

MOI_00000494

```
                    TEMPE POLICE DEPARTMENT
                      CAD CALL HARDCOPY

CP 2012-111699                          Reported: Aug-30-2012 02:40:38


  03:44 Aug 30 CON08    21723 DP:4P41    PT 15368
        926

  03:44 Aug 30 CON08    21723
        (TW) TOW:ALL

  04:03 Aug 30 CON08    21723 AV:4P51    PT 19343

  04:04 Aug 30 CON09    17308 DP:5P41    PT 19239
        S MILL AVE / E US 60|JS

  04:04 Aug 30 CON08    21723 A :4P51    PT 19343
        S MILL AVE / E US 60|JS

  04:04 Aug 30 CON08    21723 A :4P51    PT 19343
        CONTROL FOR UNIT CHANGED I

  04:05 Aug 30 K415     14710 AV:K415    K9 14710

  04:05 Aug 30 5P41     19239 A :5P41    PT 19239

  04:21 Aug 30 5P41     19239 TR:5P41    PT 19239
        17 JAIL W/42

  04:25 Aug 30 4P41     15368 AV:4P41    PT 15368

  04:25 Aug 30 P57      11642 AV:P57     PS 11642

  04:29 Aug 30 5P41     19239 A :5P41    PT 19239
        TRANSPORT COMPLETED:23 JAIL

  04:48 Aug 30 4P51     19343 AV:4P51    PT 19343

  04:48 Aug 30 4P51     19343 AV:4P51    PT 19343
        CONTROL FOR UNIT CLEARED

  05:31 Aug 30 5P41     19239 AV:5P41    PT 19239

  05:31 Aug 30 5P41     19239 AV:5P41    PT 19239
        CLEARED CASE TE111699 FOUNDED-Y REPORT-Y CLEARED
        BY-5 FINAL-VEHICL BOLO-N STUDY FLAG-

                    ** END OF HARDCOPY **
```