<span style="color:red">Attachment 2</span>



# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF INSPECTOR GENERAL
### INVESTIGATION SERVICES



| | |
|---|---|
| **DATE:** | **December 20, 2012** |
| **PREPARED BY:** | **SA Sandra Ennis** |
| **CASE TITLE:** | **Pikes Peak Community College Fraud Ring** |
| **CASE NUMBER:** | **12-080234** |
| **REPORT RE:** | **Tempe Police Records 12-111699 & 12-111711** |

On or about December 6, 2012, the Financial Aid Director (FAD) of Pikes Peak Community College advised that the Colorado Community College Systems office (CCCS) had been contacted by a Detective from Tempe Arizona Police Department.   CCCS's FAD Karla Nash provided contact information for Sergeant Rick Vasquez.

Contact with Sergeant Vasquez disclosed Tramell Thomas had been arrested on August 30, 2012.  At the time of his arrest, Thomas had fifty-two (52) debit cards in his possession. Vasquez provided Tempe Police Department report numbers 12-111711 and 12-111699.  Further details regarding the communication with Vasquez are detailed in a separate write-up.

On or about December 7, 2012, report numbers 12-111711 and 12-111699 were requested from Tempe Police Department and are included in this report as Attachment A.

This report is the property of the Office of Investigation Services and is loaned to your agency; it and its contents may not be reproduced without written permission.  The report is **FOR OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited.  Public availability to be determined by 5 U.S.C. 552.**

# ATTACHMENT

# A

TEMPE POLICE RECORDS
ED-OIG DENVER

☑002/020
☑001



UNITED STATES
DEPARTMENT OF EDUCATION
OFFICE OF INSPECTOR GENERAL
INVESTIGATION SERVICES
1244 SPEER BOULEVARD, SUITE 604A
Denver, CO 80204
Phone: (303) 844-4558
Fax: (303) 844-0069



# Fax

| | |
|---|---|
| To: *Tempe AZ PD Records* | From: Sandra Ennis |
| | Special Agent |
| Fax: *480·350·8319* | Pages: *2* including cover sheet |
| Phone: | Date: *12/7/ 2012* |
| Re: *Request for records* | CC: |

☐ Urgent   ■ For Review   ☐ Please Comment   ☑ Please Reply   ☐ FYI

*Thank You*

● Comments

NOTICE: THIS FACSIMILE TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMEDIATELY.

12/07/2012 18:08 FAX   4803508319                  TEMPE POLICE RECORDS                              ☑003/020

# ⊺ Tempe

**Tempe Police Department**

**Incident Report**

Priority 2                                      Copy To: _____

| Report Title | Report Date | Incident Number |
|---|---|---|
| INFORMATION CRIMINAL | 08/30/12 | 12-111711 |

| Officer Name/Serial Number | Offense Code | Location of Occurrence |
|---|---|---|
| J. SEAL #19343 | 37010000 | MILL & US 60 |

| RD | Beat | Shift | Division | # Victims | Date Occurred | Time Occurred | Latest Possible Date | Latest Possible Time | Stolen Property |
|---|---|---|---|---|---|---|---|---|---|
| 1913 | 21 | G | | 0 | 08/30/12 | 02:40 | 08/30/12 | 02:40 | |

| Name Type | M | Name (Last, First, Middle) THOMAS, TRAMELL | | Address 1822 E KAIBAB DR | | | City CHANDLER |
|---|---|---|---|---|---|---|---|

| State AZ | Zip Code 85249 | Phone (480) 436-3885 | School/Business Name | | School/Business Phone | DOB 02/13/79 | Sex M | Race B | Height 6'00" |
|---|---|---|---|---|---|---|---|---|---|

| Weight 200 | Hair BRO | Eyes BRO | Veh Lic State | Veh Lic Number | PROSECUTE PAMPHLET NOTIFICATION | Veh Year | Veh Make | Veh Model | Veh Style | Veh Color |
|---|---|---|---|---|---|---|---|---|---|---|

| Name Type | | Name (Last, First, Middle) | | Address | | | City |
|---|---|---|---|---|---|---|---|

| State | Zip Code | Phone | School/Business Name | | School/Business Phone | DOB | | Race | Height |
|---|---|---|---|---|---|---|---|---|---|

| Weight | Hair | Eyes | Veh Lic State | Veh Lic Number | PROSECUTE PAMPHLET NOTIFICATION | Veh Year | Veh Make | Veh Model | Veh Style | Veh Color |
|---|---|---|---|---|---|---|---|---|---|---|

| Name Type | | Name (Last, First, Middle) | | Address | | | City |
|---|---|---|---|---|---|---|---|

| State | Zip Code | Phone | School/Business Name | | School/Business Phone | DOB | | Race | Height |
|---|---|---|---|---|---|---|---|---|---|

| Weight | Hair | Eyes | Veh Lic State | Veh Lic Number | PROSECUTE PAMPHLET NOTIFICATION | Veh Year | Veh Make | Veh Model | Veh Style | Veh Color |
|---|---|---|---|---|---|---|---|---|---|---|

| Name Type | | Name (Last, First, Middle) | | Address | | | City |
|---|---|---|---|---|---|---|---|

| State | Zip Code | Phone | School/Business Name | | School/Business Phone | DOB | | Race | Height |
|---|---|---|---|---|---|---|---|---|---|

| Weight | Hair | Eyes | Veh Lic State | Veh Lic Number | PROSECUTE PAMPHLET NOTIFICATION | Veh Year | Veh Make | Veh Model | Veh Style | Veh Color |
|---|---|---|---|---|---|---|---|---|---|---|

On 8-30-12 at approximately 0312 hours at Mill and US 60, Tempe (S) Tremell Thomas was arrested after he was contacted as the driver of a vehicle stopped for a civil traffic violation and found to be in possession of marijuana and an open container of alcohol in the passenger compartment of a vehicle.

During contact with Thomas a Tempe Police K-9 unit conducted a "sniff" of the exterior of the vehicle. During the "sniff" the K-9 alerted to the odor of an illegal substance within the vehicle. Upon a subsequent search of the vehicle, a baggie containing a usable quantity of a green leafy substance believed to be marijuana was located in the center console. Also in the vehicle, a plastic cup was located on the front passenger floorboard. This cup, which had an approximately 20 Oz capacity, was approximately 3/4 full, cold to the touch, and contained a brown liquid which smelled of alcohol.

In the back seat of this vehicle was located a ziploc baggie containing 52 Mastercard debit cards, all of which had a name different from Thomas. All

TEMPE POLICE RELEASE
TO: _____
DATE: _____
Dissemination is Restricted to
Criminal Justice Agencies ONLY
Secondary Dissemination to
Non-Criminal Justice Agencies
is Prohibited.

| Routing: | CID | Press/Patrol | QC | Other | | Special Code |
|---|---|---|---|---|---|---|

| Item Type: | | Item # | Property Type | | | |
|---|---|---|---|---|---|---|

| Brand | | Model | Description | | | |
|---|---|---|---|---|---|---|

| Serial Number | | | Owner Applied # | Date Stolen | Date Reported | Date Recovered |
|---|---|---|---|---|---|---|

| Dispo Code: 60 | Property Location: | | Locker Number | Value Stolen $ | Value Recovered $ | Released On (Date) |
|---|---|---|---|---|---|---|

| Property Tag #: | Evidence? | Owner Name | | Owner Address | | |
|---|---|---|---|---|---|---|

| City | | State | Zip Code | Location Removed From: | | |
|---|---|---|---|---|---|---|

| Date/Time Placed Into Property: | | Supervisor's Approval/Signature SGT R. MITCHELL #11642 | | | ECC: Yes No |
|---|---|---|---|---|---|

TPD FORM 101 REV. 3/90

MOA_00000455

# TEMPE POLICE DEPARTMENT NARRATIVE          Page 1

| INCIDENT NUMBER: 12-111711 | OFFICER: J. SEAL #19343 |
|---|---|

but two had the name "Colorado Community College System" printed at the top.

The marijuana was identified through Officer's training and experience. Thomas was transported to the Tempe City jail where he was booked and released on pending the marijuana charge and held to see a judge for the open container charge.

At the time of this report, no follow up has been conducted or charges submitted regarding the 52 credit/debit cards located in the vehicle.

For further information regarding this investigation refer to the original report written under IR 12-111699.

* * * Pending * * *

12/07/2012 18:09 FAX  4803508319            TEMPE POLICE RECORDS                    ☒005/020



| | TEMPE POLICE DEPARTMENT |
|---|---|
| | GENERAL OCCURRENCE HARDCOPY |
| GO# TE 2012-111699 OPEN | 3562-0 MARIJUANA-POSSESSION |

## General Offense Information

Operational status: **OPEN**
Reported on: **Aug-30-2012 (Thu.) 2034**
Occurred on: **Aug-30-2012 (Thu.) 312**
Approved on: **Sep-04-2012 (Tue.)** by: **10136 - FOUGNER, RANDAL**
Report submitted by: **19343 - SEAL, JONATHAN**
Org unit: **PATROL R**
Address: **S MILL AVE / W US 60**
  Municipality: **TEMPE**
  District: **S** Beat: **3** Grid: **1901**
Felony/Misdemeanor: **FELONY**
Bias: **None (No Bias)**
Drugs total: **$5.00**
Family violence: **NO**

## Offenses (Completed/Attempted)

Offense: # 1  **3562-0  MARIJUANA-POSSESSION - COMPLETED**
Location: **Highway/Road/Alley/Sidewalk**
Offender suspected of using: **Not Applicable**
Criminal activity: **Possessing/Concealing**
Offense: # 2  **4199-0  LIQUOR LAW VIOLATION - COMPLETED**
Location: **Highway/Road/Alley/Sidewalk**
Offender suspected of using: **Not Applicable**

TEMPE POLICE RELEASE
TO: US Dept g Edic IG
DATE: 12-7-12
Dissemination is Restricted to
Criminal Justice Agencies ONLY
Secondary Dissemination to
Non-Criminal Justice Agencies
is Prohibited.

For: **16995** Printed On: **Sep-04-2012 (Tue.)**        Page 1 of 14

MOA_00000457

12/07/2012 18:09 FAX  4803508319          TEMPE POLICE RECORDS                    ☑006/020

---



| **TEMPE POLICE DEPARTMENT** |
| **GENERAL OCCURRENCE HARDCOPY** |

| GO# TE 2012-111699 OPEN | 3562-0 MARIJUANA-POSSESSION |

## Related Event(s)

CP     TE2012-111699
AB     TE2012-6743
V      TE2012-111699

## Related Person(s)

### 1. ARRESTEE # 1 - THOMAS, TRAMELL DAWAN

**(Case Specific Information)**

Sex: Male
Race: BLACK
Date of birth: Feb-13-1979
Address: **1822 E KAIBAB DR**
        Municipality: **CHANDLER , Arizona   85249-**
**Phone Numbers**
        Personal  (480) 436-3885
        Cell:

**Particulars**

Place of birth: Indiana
Occupation: **ADVERTISING**
Employer: **911 PRINTING**
Citizenship: **AMERICAN**
Ethnicity: **Black**
Language(s) spoken: **English**
Height: **6'00** Weight: **200 lbs.**
Eye color: **BROWN**
Hair color: **BROWN**

**Master Name Index Reference**

Name: **THOMAS, TRAMELL  DAWAN**
Sex: Male
Race: BLACK
Date of birth: Feb-13-1979
Ethnicity: **Black**
Address: **1822 E KAIBAB DR**
        Municipality: **CHANDLER , Arizona   85249-**
**Phone numbers**
Personal Cell: (480) 436-3885

**Linkage factors**

Resident status : Resident
Age range : 30-49 Years
Armed with : Unarmed
Offense: 4199- 0  LIQUOR LAW VIOLATION  - COMPLETED

---

For: 16995     Printed On  Sep-04-2012  (Tue.)                              Page 2 of 14

MOA_00000458

12/07/2012 18:10 FAX   4803508319          TEMPE POLICE RECORDS          ☑007/020



## TEMPE POLICE DEPARTMENT
### GENERAL OCCURRENCE HARDCOPY

GO# TE 2012-111699 OPEN                    3562-0 MARIJUANA-POSSESSION

Arrest date: **Aug-30-2012** (Thu.)
Arrest type: **On-View Arrest**

MOA_00000459

12/07/2012 18:10 FAX  4803508319          TEMPE POLICE RECORDS                    ☑008/020



| **TEMPE POLICE DEPARTMENT** |
| --- |

**TEMPE POLICE DEPARTMENT**
**GENERAL OCCURRENCE HARDCOPY**

GO# TE 2012-111699 OPEN                    3562-0 MARIJUANA-POSSESSION

## Related Text Page(s)

Document: PC / ARREST SYNOPSIS
Author: 19343 - SEAL, JONATHAN
Related date/time: Aug-30-2012 (Thu.) 431

On 8-30-12 at approximately 0312 hours at Mill and US 60, Tempe (S) Tremell
Thomas was arrested after he was contacted as the driver of a vehicle
stopped for a civil traffic violation and found to be in possession of
marijuana and an open container of alcohol in the passenger compartment of
a vehicle. During contact with Thomas a Tempe Police K-9 unit conducted a
"sniff" of the exterior of the vehicle. During the "sniff" the K-9 alerted
to the odor of an illegal substance within the vehicle. Upon a subsequent
search of the vehicle, a baggie containing a usable quantity of a green
leafy substance believed to be marijuana was located in the center console.
Also in the vehicle, a plastic cup was located on the front passenger
floorboard. This cup, which had an approximately 20 Oz capacity, was
approximately 3/4 full, cold to the touch, and contained a brown liquid
which smelled of alcohol. The marijuana was identified through Officer's
training and experience. Thomas was transported to the Tempe City jail
where he was booked and released pending the marijuana charge and held to
see a judge for the open container charge.

For: 16995    Printed On: **Sep-04-2012** (Tue.)                    Page 4 of 14

MOA_00000460

12/07/2012 18:10 FAX  4803508319          TEMPE POLICE RECORDS                    ☑009/020



## TEMPE POLICE DEPARTMENT
### GENERAL OCCURRENCE HARDCOPY

GO# TE 2012-111699 OPEN                           3562-0 MARIJUANA-POSSESSION

## Related Text Page(s)

Document: AB MISDEMEANOR FORM 4
Author: 19343 - SEAL, JONATHAN
Subject: AB MISDEMEANOR FORM
Related date/time: Aug-30-2012 (Thu.) 438

```
                    Victims Name:[ARIZONA, STATE OF        ]
                     Victims DOB:[              ]
                Victims Address:[                              ]
            Victims Phone Number:[              ]
                      Juvenile?:[No]
        Parent/Guardian Contact Info:[                          ]
Additional Business Victims Name/Address/Phone #:
[

    Is the Victim Willing to Aid in Prosecution?:[Yes     ]
-------------------------------------------------------------------
        Is the suspect on: Parole?:[No      ]  Probation?:[No      ]
            Suspect/Victim Relationship:[              ]
                Order out requested?:[No ]
    Was victim injured by suspect?:[No ]
Was victim threatened by suspect?:[No ]
Did the victim receive treatment?:[No ]
Was the Suspect under the influence of drugs and/or alcohol at the time of the
                        Offense?:[Unknown ]
Describe nature of injuries and/or threats:
[NONE                                                                    ]
Describe Property Taken:
[NONE                                                                  ]
        Estimated Property Value:$[              ]
          Was property recovered?:[    ]
Was evidence of the crime found in the suspect's possession?:[Yes]
Describe:[OPEN CONTAINER OF ALCOHOL IN VEHICLE
Did the suspect attempt to avoid/resist arrest?:[No ]
Explain:[
What facts indicate the suspect will flee if released?:
[NONE
Any Previous incidents involving the same parties?:[No ]
Explain:[NONE
Any Additional Information for the Prosecutor?:
[
```

MOA_00000461



**TEMPE POLICE DEPARTMENT**
GENERAL OCCURRENCE HARDCOPY

GO# TE 2012-111699 OPEN                                      3562-0 MARIJUANA-POSSESSION

## Related Text Page(s)

Document: **ORIGINAL OFFICER NARRATIVE**
Author: 19343 - SEAL, JONATHAN
Related date/time: Aug-30-2012 (Thu.) 2353

On 8-30-12 at approximately 0312 hours at Mill and US 60, Tempe (S) Tremell Thomas was arrested after he was contacted as the driver of a vehicle stopped for a civil traffic violation and found to be in possession of marijuana and an open container of alcohol in the passenger compartment of a vehicle. During contact with Thomas a Tempe Police K-9 unit conducted a "sniff" of the exterior of the vehicle. During the "sniff" the K-9 alerted to the odor of an illegal substance within the vehicle. Upon a subsequent search of the vehicle, a baggie containing a usable quantity of a green leafy substance believed to be marijuana was located in the center console. Also in the vehicle, a plastic cup was located on the front passenger floorboard. This cup, which had an approximately 20 Oz capacity, was approximately 3/4 full, cold to the touch, and contained a brown liquid which smelled of alcohol. The marijuana was identified through Officer's training and experience. Thomas was transported to the Tempe City jail where he was booked and released pending the marijuana charge and held to see a judge for the open container charge.


On 8-30-12 at approximately 0240 hours, while working as a uniformed Tempe Police patrol Officer in a fully marked Tempe Police patrol vehicle driving southbound on Mill Ave approaching Southern, Tempe I observed a white sedan bearing Arizona registration 555XZC (S/V) in front of me southbound on Mill Ave also approaching Southern in the median lane (L1). While driving southbound behind the S/V, my attention was drawn to the vehicle as it was drifting left to right within its lane. As I continued to follow the vehicle southbound on Mill, just south of Southern I observed the S/V drift with its driver's side tires on top of the double yellow line separating north and southbound traffic. The S/V drove in this manner for approximately 50 feet, then drifted fully back into its lane and continued southbound on Mill.

I initiated a traffic stop on the vehicle by activating my overhead red and blue Police lights affixed to the top of my vehicle and the S/V drove into the southbound turn lane (LT2) and stopped at the intersection on the north side of the US 60. After stopping in the roadway, I exited my driver's door and upon seeing the driver's window of the S/V open I yelled

MOA_00000462

12/07/2012 18:11 FAX  4803508319          TEMPE POLICE RECORDS          ☐011/020



## TEMPE POLICE DEPARTMENT
### GENERAL OCCURRENCE HARDCOPY

GO# TE 2012-111699 OPEN                                    3562-0 MARIJUANA-POSSESSION

to the S/V to drive south of the US 60 and pull to the right of the
roadway. After yelling this to the driver, the S/V drove southbound across
the US 60 bridge, merged into the curb lane of Mill Ave (L2) and stopped
next to the west curb of southbound Mill Ave.

I then contacted the driver of the vehicle at the open driver's window
and upon doing so I immediately observed the distinct odor of intoxicating
beverage coming from within the vehicle. I also observed that the driver's
eyes were bloodshot and watery when I shined my flashlight toward them.

I asked the driver for his driver's license, registration, and proof of
insurance and I observed the driver reach into his back pocket, retrieve a
wallet, and take an Arizona driver's license out of it. The driver handed
me the drivers license which identified him as (S) Tremell Thomas and bore
a picture that matched his face.

I asked Thomas where he had been coming from and he told me he had been
coming from Chandler. I also asked Thomas where he was headed and he told
me he was headed to his house in Chandler. When I asked Thomas how he
could be coming from Chandler and going to Chandler, Thomas told me that he
had actually been coming from his PO Box at 316 S. Mill, Tempe.

I asked Thomas if he had drank any alcoholic beverages tonight and he
stated, "I don't drink".

While speaking with Thomas, in the back seat I observed a ziploc baggie
on the passenger side with what appeared to be approximately 50 credit
cards. I asked Thomas what was in the bag and pointed toward the back
seat. After Thomas looked in the back seat, then back at me I asked him if
he could hand me the bag in the back seat. Thomas said, "Sure", then
reached into the back seat. I watched as Thomas grabbed the bag containing
what appeared to be credit cards and place the bag on the floorboard,
behind the front passenger seat. Thomas then picked up an empty ziploc
back that was already on the passenger side rear floorboard and hand it to
me.

After Thomas handed me the empty bag, I asked him who's vehicle he was
driving to which he advised he was driving his girlfriend, Heather Carr's
vehicle. I then asked Thomas to exit his vehicle to which he asked why. I
told Thomas that I wanted to speak with him on the sidewalk so that I
wasn't standing in the street and he exited the vehicle. I had Thomas sit
on a nearby curb and as he was doing so, K-9 Officer Papke arrived at my

MOA_00000463

12/07/2012 18:12 FAX 4803508319          TEMPE POLICE RECORDS                    ☑012/020



## TEMPE POLICE DEPARTMENT
### GENERAL OCCURRENCE HARDCOPY

GO# TE 2012-111699 OPEN                    3562-0 MARIJUANA-POSSESSION

location to assist me. Upon Officer Papke's arrival Thomas was detained at
approximately 0247 hours.

After Thomas was detained, Officer Papke had his K-9 partner Neo conduct
an exterior "sniff" of the vehicle. Upon conducting a sniff of the vehicle
Neo alerted to the odor of an illegal substance within the vehicle. For
further information refer to the supplemental report written by Officer
Papke.

Upon a subsequent search of the vehicle, in the center console a plastic
bag containing a usable quantity of a green leafy substance believed to be
marijuana was located. On the front passenger side floorboard I located an
orange plastic cup with a lid which had the capacity of approximately 20 Oz
of liquid. Inside this cup, which was still cold to the touch, was located
a brown liquid that smelled of alcohol. It should be noted that this cup
was approximately 3/4 full, and that it was placed on the floor board
without leaning up against anything and would have fallen over had it been
sitting there when the vehicle was in motion.

In the back passenger floor board I located the previously mentioned
ziploc baggie containing 52 mastercard credit/debit cards. It should be
noted that these cards all had different names on them, none of which
belonged to Thomas or the registered owner of the vehicle. It should also
be noted that all but two of them had "Colorado Community College System"
on them with the same background design.

In the center console of the vehicle I located a cheetah print wallet
which contained a visa debit card with the name of "Hedy C Collard". Upon
a records check of the name an address was located for her at 1351 N.
Pleasant Dr, Chandler. A more current address of 1118 S. Tiago Dr, Gilbert
was also located. In the back seat I also located a pink Sony Vaio laptop
computer (serial number 00148134168911). Upon running the serial number on
this laptop through ACIC/NCIC it was learned that the laptop hadn't been
reported stolen.

After a search of the vehicle, I advised Thomas of his rights per
Miranda, which he stated he understood. It should be noted that my
interview with Thomas was digitally recorded and a copy of that recording
was later impounded as evidence. The following is a summary of that
conversation. For further information refer to the recording.

I asked Thomas why he had moved the bag full of credit cards onto the

For: 16995     Printed On: Sep-04-2012 (Tue.)                          Page 8 of 14

MOA_00000464

12/07/2012 18:12 FAX  4803508319          TEMPE POLICE RECORDS                    ☒013/020



## TEMPE POLICE DEPARTMENT
### GENERAL OCCURRENCE HARDCOPY

GO# TE 2012-111699 OPEN                        3562-0 MARIJUANA-POSSESSION

floorboard behind the passenger seat and he told me he didn't know what I
was talking about. I then told Thomas that I had observed him pick up the
bag and move it and he told me that I didn't see anything. I then pointed
out to Thomas that I was wearing gloves and that he was not, and that his
fingerprints would be on the bag. Upon hearing this Thomas hung his head
and shook it in a "No" movement. I asked Thomas where the credit cards had
come from and he told me that if I knew where he worked I would understand.
I then asked Thomas where he worked and he told me he didn't want to talk
about that right now. Thomas would not respond further to any further
questions from me at this time.

Thomas was placed under arrest at approximately 0312 hours for possession
of marijuana and an open container of alcohol in the passenger compartment
of a vehicle, and placed in the rear of my patrol vehicle.

During the search of the vehicle Thomas had been driving I located the
wallet I had initially observed him remove from his pocket. As the wallet
would go with him to jail, I conducted a search of the wallet and inside I
located several credit cards with his name on them. Also inside the wallet
I located another mastercard debit card with the name of "Manuel Abate" on
it, as well as the same design and "Colorado Community College System" as
the other cards in the ziploc baggie.

I received my police training at the Az Law Enforcement Academy in
Phoenix, Az. During that training I attended a block of instruction in
narcotic recognition. Part of this training consisted of identifying
marijuana by sight and smell. We were exposed to both burned and unburned
marijuana. In my experience as a police officer I have been involved in
many narcotics cases. In all of the cases, whether I was the case officer
or assisting officer, I have successfully identified marijuana.

Photographs of all the credit/debit cards were taken and later impounded
as evidence along with the baggie containing the usable quantity of green
leafy substance believed to be marijuana. All credit/debit cards that did
not belong to Thomas were also seized and impounded as evidence, and the
laptop, which could not be determined to belong to Thomas was impounded as
safekeeping.

Thomas was transported to the Tempe City jail where he was booked and
released pending the marijuana charge and held to see a judge for the open
container of alcohol.

---

For: 16995     Printed On: Sep-04-2012 (Tue.)                        Page 9 of 14

MOA_00000465



## TEMPE POLICE DEPARTMENT
### GENERAL OCCURRENCE HARDCOPY

GO# TE 2012-111699 OPEN                    3562-0 MARIJUANA-POSSESSION

It should be noted that Thomas has not been charged with anything regarding the possession of the credit/debit cards at the time of this report. It should also be noted that "Hedy Collard" has not been contacted at the time of this report either due to the fact that one of her listed addresses was the same as the registered owner of the vehicle Thomas had been driving, which Thomas stated was his girlfriend. Follow up should be conducted as to the legitimacy of the credit/debit cards and their connection to Collard, Carr, and Thomas.

***Pending***

MOA_00000466

12/07/2012 18:13 FAX  4803508319         TEMPE POLICE RECORDS                    015/020

---



**TEMPE POLICE DEPARTMENT**
GENERAL OCCURRENCE HARDCOPY

GO# TE 2012-111699 OPEN                            3562-0 MARIJUANA-POSSESSION

---

## Related Property Report(s)

### Report Information

Property Report #: 122314
Property case status: EVIDENCE/SEIZED
Submitted on: Aug-30-2012 (Thu.)   by: SEAL, JONATHAN
Related:
Offense: GO TE 2012- 111699
Related items: 7

### Articles - Evidence

Status: EVIDENCE/SEIZED                           Tag #: TE122314- 1
Article: IPINCAR- Items of identification
Serial # 1: UNKNOWN                               OAN:
Value: $0.00                                      Color:
Description: 52 MASTERCARD COLORADO COMMUNITY COLLEGE SYSTEM DEBIT CARDS
Recovered date: -                                Recovered value: $0.00
Flags: *e
Current Location: WH E633D Barcode(TE122314-1)

### Articles - Evidence

Status: EVIDENCE/SEIZED                           Tag #: TE122314- 2
Article: IPINCAR- Items of identification
Serial # 1: UNKNOWN                               OAN:
Value: $0.00                                      Color:
Description: MASTERCARD DEBIT CARD "MANUEL ABATE" IN SUSPECT'S WALLET
Recovered date: -                                Recovered value: $0.00
Flags: *e
Current Location: WH E633D Barcode(TE122314-2)

### Articles - Evidence

Status: EVIDENCE/SEIZED                           Tag #: TE122314- 3
Article: IPINCAR- Items of identification
Serial # 1: UNKNOWN                               OAN:
Value: $0.00                                      Color:
Description: VISA DEBIT CARD "HEDY C COLLARD" IN CHEETAH WALLET
Recovered date: -                                Recovered value: $0.00
Flags: *e
Current Location: WH E633D Barcode(TE122314-3)

### Articles - Evidence

Status: EVIDENCE/SEIZED                           Tag #: TE122314- 5
Article: RCDISC- Radio, TV, and sound entertainment devices
Serial # 1: UNKNOWN                               OAN:
Value: $0.00                                      Color:
Description: INTERVIEW W/ THOMAS
Recovered date: -                                Recovered value: $0.00

---

MOA_00000467

12/07/2012 18:14 FAX 4803508319     TEMPE POLICE RECORDS                    ☑016/020




**TEMPE POLICE DEPARTMENT**
GENERAL OCCURRENCE HARDCOPY

GO# TE 2012-111699 OPEN                          3562-0 MARIJUANA-POSSESSION

Flags: *e
Current Location: WH VIDEO12 Barcode(TE122314-5)

**Articles – Evidence**

Status: EVIDENCE/SEIZED                    Tag #: TE122314- 6
Article: YFLASHC- Items listed under Y or not listed in Article Name Dictionary
Serial # 1: UNKNOWN                        OAN:
Value: $0.00                               Color:
Description: PHOTOS OF CREDIT/DEBIT CARDS
Recovered date: -                          Recovered value: $0.00
Flags: *e
Current Location: ID ID DEPT Barcode(TE122314-6)

**Articles – Evidence**

Status: EVIDENCE/SEIZED                    Tag #: TE122314- 7
Article: PWALLET- Personal accessories
Serial # 1: UNKNOWN                        OAN:
Value: $0.00                               Color:
Description: CHEETAH WALLET
Recovered date: -                          Recovered value: $0.00
Flags: *e
Current Location: WH E633D Barcode(TE122314-7)

**Drugs – Evidence**

Status: EVIDENCE/SEIZED
Tag #: TE122314- 4
Name: Marijuana
Form: Leafy Substance                      Quantity: 0.00
Unit: Unknown                              Value: $0.00
Description: USEABLE QNTY MARIJUANA
Recovered date: -                          Recovered value: $0.00
Flags: *e
Current Location: NV 2100N12 Barcode(TE122314-4)

Flags = d (disposed) x (x-reference) n (entered on NCIC) *e (evidence)

MOA_00000468



**TEMPE POLICE DEPARTMENT**
GENERAL OCCURRENCE HARDCOPY

GO# TE 2012-111699 OPEN                     3562-0 MARIJUANA-POSSESSION

## Related Property Report(s)

### Report Information

**Property Report #: 122315**
Property case status: **SAFEKEEPING**
Submitted on: **Aug-30-2012 (Thu.)**   by: SEAL, JONATHAN
Related:
Offense: GO TE 2012- 111699
Related items: 1

### Articles

Status: **SAFEKEEPING**                        Tag #: **TE122315- 1**
Article: **DLAPTOP- Data processing equipment**
Make: **VAIO**
Model: **PCG3G5L**                             # of pieces:
Serial # 1: **00148134168911**                 OAN:
Value: **$0.00**                               Color: **Pink**
Description: **SONY VAIO LAPTOP COMPUTER**
Recovered date: **-**                          Recovered value: **$0.00**
Current Location: **RS RS210B Barcode(TE122315-1)**

Flags = d (disposed) x (x-reference) n (entered on NCIC) *e (evidence)

MOA_00000469

12/07/2012 18:14 FAX   4803508319          TEMPE POLICE RECORDS                    ☑018/020



### TEMPE POLICE DEPARTMENT
#### GENERAL OCCURRENCE HARDCOPY

GO# TE 2012-111699 OPEN                    3562-0 MARIJUANA-POSSESSION

*** END OF HARDCOPY ***

MOA_00000470

# TEMPE POLICE DEPARTMENT

| Continuation<br>✓ Supplemental | Original Location of Incident | | Orig Beat· | Offense Code | IR Number<br><br>**12-111699** |
|---|---|---|---|---|---|
| Date of this Report | Date of Original Report· /12/04 | | Supplemental Title | | |
| Victim Name   **STATE OF ARIZONA** | | | Connected Incident Numbers | | |
| ☐**Booking continuation** | Arrestee· | | DOB | Arrest Number | |

On   9/6/12   , a copy of this report was forwarded to the Maricopa County Attorney's Office seeking a criminal complaint against:

SUSPECT 1: Thomas Tramell
FOR, IPOM/IPODP

SUSPECT 2:
FOR,

SUSPECT 3:
FOR,

SUSPECT 4:
FOR,

SUSPECT 5:
FOR,

                              PENDING

                              **IMIS UPDATE**
                              CURRENT STATUS   ADM
                              NEXT REVIEW DATE_____
                              SPARE #2 _____C

| Reporting Officer   **R. Page** | ID Number   **11597** | Page **1**   Of **1** | Supervisor's Approval |
|---|---|---|---|

☐ **ALERT UPDATES ATTACHED**

# TEMPE POLICE DEPARTMENT

Priority 2

| ☐ Continuation ■ Supplemental | Original Location of Incident MILL AVE & US 60 | Orig Beat 21 | Offense Code 133405A0 | I R Number 12-111699 |
|---|---|---|---|---|
| Date of this Report 08/30/12 | Date of Original Report 08/30/12 | Supplement Title POSS/SALE MARIJUANA | | |
| Victim Name STATE OF ARIZONA | | Connected Incident Numbers | | |
| ☐ Booking Continuation | Arrestee | | DOB | Arrest Number |

Ofc. J. Seal #19343

On 08/30/12 at approx 0245 hours I responded to Mill ave just south of the US 60, to assist Ofc. J. Seal who had called for backup on a vehicle stop. Upon my arrival Ofc. Seal indicate he was going to detain the a subject who was seated on the curb behind a white Dodge with Az plate "555XZC" The subject was detained without incident.

Ofc. Seal advised me he pulled the subject over for a traffic violation and he was acting suspicious upon contact. Ofc. Seal said he observed a clear plastic ziplock bag with what appeared to be a large amount of credit cards and when the driver noticed he saw the bag the driver threw the bag behind the passenger seat. Ofc. Seal asked with the suspects suspicious behavior if I would do an exterior sniff of the vehicle with my Narcotic detection K9 Neo.

I ran my K9 partner Neo, who is certified in narcotic detection through the city of Tempe since 05/09/12 and through the National Police Canine Association since 07/16/12 on the odors of Marijuana, Methamphetamines, Heroin, an Cocaine, around the exterior of the White Dodge. Neo alerted on the Driver door by scratching at it. With the exterior alert I sent Neo into the vehicle. Neo alerted on the center console and the bottom of the rear seat on the passenger side by scratching at them.

With the alerts Ofc. Seal and I conducted a search of the vehicle. I searched the backseat and did not locate any drugs or drug contraband. I did locate the clear plastic baggie containing what appeared to be a large amount of credit cards. Ofc. Seal located a foil type bag with a usable quantity of marijuana in the center console. I identified the substance as marijuana through my training at the Arizona Law enforcement academy which included a block of instruction on drug recognition and through my numerous investigations that led to the arrest of suspects for possession of marijuana.

Ofc. Seal took disposition of the marijuana and the credit cards. For further details refer to Ofc. Seal's report.

* * * * Pending * * * *

| Reporting Officer J. PAPKE | I D Number 14710 | Supervisor's Approval CARLETON #14619 |
|---|---|---|

SOUTHWESTERN BUSINESS FORMS

☐ ALERT UPDATES ATTACHED

TPD FORM 134
REV. 3/90

MOA_00000472