# **PLACEHOLDER:**

Audio Recording of August 30, 2012 Traffic Stop, Synched with Transcript