

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF INSPECTOR GENERAL
INVESTIGATION SERVICES



DATE:              December 20, 2012

PREPARED BY:       SA Sandra Ennis

CASE TITLE:        Pikes Peak Community College Fraud Ring

CASE NUMBER:       12-080234

REPORT RE:         Tempe Police Records 12-111699 & 12-111711

On or about December 6, 2012, the Financial Aid Director (FAD) of Pikes Peak Community College advised that the Colorado Community College Systems office (CCCS) had been contacted by a Detective from Tempe Arizona Police Department. CCCS's FAD Karla Nash provided contact information for Sergeant Rick Vasquez.

Contact with Sergeant Vasquez disclosed Tramell Thomas had been arrested on August 30, 2012. At the time of his arrest, Thomas had fifty-two (52) debit cards in his possession. Vasquez provided Tempe Police Department report numbers 12-111711 and 12-111699. Further details regarding the communication with Vasquez are detailed in a separate write-up.

On or about December 7, 2012, report numbers 12-111711 and 12-111699 were requested from Tempe Police Department and are included in this report as Attachment A.

Date Prepared:  12/19/2012              S/A Ennis              Case No: 12-080234

This report is the property of the Office of Investigation Services and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is **FOR OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited.** Public availability to be determined by 5 U.S.C. 552.

OIG-301A (11/06)                                                              Page 1 of 1

MOA_00000452