EXHIBIT A

AO 106 (Rev. 06/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

1822 East Kaibab Drive
Chandler, AZ 85249

Case No. 12-7626MB

## APPLICATION FOR A SEARCH WARRANT

I, United States Department of Education Special Agent Sandra R. Ennis, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
SEE ATTACHMENT A incorporated herein by reference.

located in the _____ District of _____ Arizona _____, there is now concealed *(identify the person or describe the property to be seized)*:
SEE ATTACHMENT B incorporated herein by reference

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Sections | Offense Description |
|---|---|
| Title 20 U.S.C. § 1097<br>Title 18 U.S.C. §§ 371, 641, 1001, 1341, 1343 | Conspiracy to commit financial aid fraud, theft of government funds, false statements to a government agency, mail fraud and wire fraud |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT INCORPORATED BY REFERENCE HEREIN.

☒ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Authorized by AUSA Jennifer Levinson

*Applicant's signature*

SANDRA ENNIS, SPECIAL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/27/12 @ 9:30 a.m

*Judge's signature*

City and state: Phoenix, Arizona

Honorable Bridget S. Bade, U.S. Magistrate Judge
*Printed name and title*

SW_00013589

## ATTACHMENT A- LOCATION TO BE SEARCHED

### 1822 East Kaibab Drive

### Chandler, Arizona, 85249

The residence is located on the north side of East Kaibab Drive off of South Edith Drive or South Soho Lane at **1822 East Kaibab Drive**. East Kaibab Drive is not a through street and is within the gated community of North Barrington subdivision. **1822 East Kaibab Drive** is further described as an approximately 5,480 square foot, single story home with light brown stucco siding and dark brown trim with a sandy brown colored roof. The address **1822** is in dark numbers on a stone type placard adjacent to the right facing side of the garage door and is below a porch type light.

## ATTACHMENT B

## ITEMS TO BE SEIZED

The following documents and items including information and/or data stored in a computer readable format to be seized at the premise of **1822 East Kaibab Drive, Chandler, Arizona,** and inside any such areas within the curtilage of the aforementioned location(s) that reasonably serve to store or hide such items, such as storage sheds, outbuildings, storage containers, trailers, or vehicles, which constitute the fruits, instrumentalities and evidence of the crimes of student aid fraud, mail fraud, conspiracy, and related activity in connection with the application for and receipts of federally and or non-federally funded student financial aid, in violation of 20 U.S.C. § 1097 (Financial Aid Fraud), 18 U.S.C. § 371 (Conspiracy), 18 U.S.C. § 641 (Theft of Government Funds), 18 U.S.C. § 1001 (False Statement to a Government Agency), 18 U.S.C. § 1341 (Mail Fraud), and 18 U.S.C. § 1343 (Wire Fraud) for the period of January 2010 through the present:

1. Financial aid applications, financial aid worksheets, financial aid records, tax records, wage and earning statements, and any other documentation containing the names and/or personal identifying information of individuals who are not occupants of the residence.

2. Evidence of application and enrollment to post-secondary institutions, and supporting documentation, including, but not limited to, proof of eligibility, (i.e. high school diploma, or GED transcript), evidence of payment of fees, acceptance

letters, academic transcripts, student identification cards, and correspondence from the schools to students.

3. Student, school, or lender copies of applications relating to federal and non-federal student financial aid, servicing student loans, and supporting documentation including, but not limited to, correspondence, identification documents, social security cards, tax documents, and wage and earning statements.

4. Any and all envelopes, letters, and other correspondence, memoranda, mail, notes, other documents and records of communications, whether handwritten, electronic, or otherwise, bearing the identification of any school, university, post-secondary institution.

5. Any and all items and any and all records, documents, ledgers, applications, or materials, including, but not limited to, financial aid award letters, promissory notes, loan deferment requests, e-mails, notes, and outstanding loan balance letters, in whatever form, including e-mails, texts, chats, logs, loan applications, bank statements, letters notes, and photographs, whether stored electronically on a computer or other storage media, or in paper form, that pertain or relate to a scheme to defraud any sum of federal financial aid.

6. Records reflecting the distribution of federal and non-federal student financial aid including, but not limited to, checks, bank records, ledgers, and deposit slips.

7. Indicia of occupancy, residency, rental and/or ownership of the premises described herein, including, but not limited to, records, documents, receipts, utility and

telephone bills, canceled envelopes, rental purchase or lease agreements, and key(s).

8. Records relating to current and past residences and all records pertaining to U.S. Post Office mail boxes, or any other mail receipt facilities.

9. Any and all identification documents such as driver's licenses, social security cards, birth certificates, and any prison related documentation.

10. All records, documents, programs, applications, or materials, in whatever form, pertaining to accounts held with Internet Service Providers or of Internet use.

11. All safes or other locked compartments that cannot be opened on the premises during the search.

12. Cash, debit cards, and other suspected proceeds of the above referenced offenses.

13. All records, documents, programs, applications or materials, in whatever form, of personal and business activities relating to the operation and ownership of the computer systems in the subject premises.

14. Any and all tapes, cassettes, cartridges, streaming tapes, commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drivers, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, tape systems, CD-ROMs, DVRRW, hard drives, and other computer related operation equipment, computers, and any other equipment that would assist in the completion or submission of federal and non-federal student financial aid and/or loan application or supporting documentation relating

to the application for and receipt of student financial aid funds by individuals not living at the residence.

15. Any and all scanners, fax machines, printers, as well as other digital devices falling within the scope of the foregoing search categories, that could have been used to manufacture, produce, or to facilitate the above-listed violations and forensic copies thereof.

16. **Files to be seized on any computer at 1822 East Kaibab Drive, Chandler, Arizona.**

   a. Any personal computer, cell phone, PDA, or other digital device used to facilitate the above-listed violations and forensic copies thereof.

   b. With respect to any digital devices falling within the scope of the foregoing search categories, records, documents, programs, applications or materials, or the absence of same, sufficient to show the actual user(s) of the digital device during the time period between January 1, 2010 and the date this warrant is executed, including:

   i. Evidence of who used, owned, or controlled, the digital devices at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

4

  ii. Evidence of software that would allow others to control the digital devices, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

  iii. Evidence of the lack of such malicious software;

  iv. Evidence of the attachment to the digital devices of other storage devices or similar containers for electronic evidence;

  v. Evidence of computer-forensic programs (and associated data) that are designed to eliminate data from the digital devices;

  vi. Evidence of the times the digital devices were used;

  vii. Password, encryption keys, and other access devices that may be necessary to access the digital devices;

  viii. Documentation and manuals that may be necessary to access the digital devices or to conduct a forensic examination of the digital devices;

  ix. Contextual information necessary to understand the evidence described in this attachment.

17. As used above, the term records, documents, programs, applications or materials include records, documents, programs, applications or materials created, modified or stored in any form, including in digital form on any digital device and any forensic copies thereof. As used both above and below, the term "digital device" includes any electronic system or device capable of storing and/or processing data

in digital form, including: central processing units; laptop or notebook computers; personal digital assistants; wireless communication devices such as telephone paging devices, beepers, and mobile telephones; peripheral input/output devices such as keyboards, printers, scanners, plotters, monitors, and drives intended for removable media; related communications devices such as modems, cables, and connections, storage media such as hard disk drives, floppy disks, compact disks, magnetic tapes, and memory chips; and security devices.

18. Records and things evidencing the use of the Internet to communication with community colleges (and any of their offices, divisions, and employees), including:

   a. routers, modems, and network equipment used to connect computers to the Internet;

   b. records of Internet Protocol addresses used;

   c. records of internet activity, including firewall logs, caches, browser history, and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

19. In order to search for data that is capable of being read or interpreted by a digital device, law enforcement personnel may need to seize the following items:

   a. Any digital device capable of being used to commit, further or store evidence of the offenses listed above;

6

b. Any equipment used to facilitate the transmission, creation, display, encoding or storage of digital data, including word processing equipment, modems, docking stations, monitors, printers, plotters, encryption devices, and optical scanners;

c. Any magnetic, electronic, or optical storage device capable of storing data, such as floppy disks, hard disks, tapes, CD-ROMs, CD-Rs, CD-RWs, DVDs, optical disks, printer or memory buffers, smart cards, PC Cards, memory calculators, electronic dialers, electronic notebooks, cellular telephones, and personal digital assistants;

d. Any documentation, operating logs and reference manuals regarding the operation of the digital device or software used in the digital device;

e. Any applications, utility programs, compilers, interpreters and other software used to facilitate the direct or indirect communication with the digital device;

f. Any physical keys, encryption devices, dongles and similar physical items that are necessary to gain access to the digital device or data stored on the digital device; and

g. Any passwords, password files, test keys, encryption codes or other information necessary to access the digital device or data stored on the digital device.

SW_00013597