IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.  TRAMMEL THOMAS

       Defendant

**DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO SUPPRESS #1**

    Comes now the Defendant, by and through counsel, Daniel T. Smith and Thomas Edward Goodreid, and submit this Reply to the Government's Response to the Defendant's Motion to Suppress #1.

1. The Defendant filed his Suppression Motion #1 at Dkt. #181. This Reply is filed in response to the Government's Motion Response at Dkt. #193.
2. The Defendant's suppression motion does not challenge the initial traffic stop and detention. However, once the Tempe police officer, Officer Seal, determined the Defendant was not intoxicated, the justification for the detention ended and the Defendant should have been allowed to leave.
3. The government acknowledges in its response that Officer Seal changed his investigation focus from one of operating a motor vehicle under the influence of alcohol, to one of theft (pgs. 8 and 11 of Dkt. #193).

4. These facts are further confirmed in Exh. A to Dkt. #193 at Pg. 447 where it is acknowledged the Defendant was not arrested for DUI. This was in part based on Officer Seal's statement at Pg. 450 that he did not think the Defendant was drunk.

5. The government argues that the Defendant's Motion only raises legal issues and there are no factual issues to be determined. The Defendant disagrees with this assertion. The status of the DUI investigation and the alleged probable cause for the theft investigation are obviously in dispute. The only basis for continuing the detention of the Defendant beyond the time at which the initial reason for the stop was resolved is a "theft" investigation. The basis for this investigation in the Government's response is a "bag of credit cards".

6. The significance of this bag of credit cards is the subject of dispute. If they were so important to officer Seal and the Arizona authorities why were they discarded to an evidence room and not looked at again until December 6, 2012. (Dkt. #193 pg. 8).

7. The government relies on *United States v. Pettigrew* 468 F3d 626 (10th Cir. 2006). This reliance is misplaced. Initially *Pettigrew* involves 5th Amendment issues, not 4th amendment issues. Secondly and most important the Court found in *Pettigrew* at pg. 638, "An evidentiary hearing may be appropriate when there are material facts in dispute relevant to the motion to suppress. …, but here, the Government conceded the facts as related by Mr. Pettigrew." There is no such concession in the case at bar.

8. The government also argues that the continued detention of the Defendant once the traffic issue was resolved was justified by the new investigation. In support of this argument the government cites to *United States v. Moore* 795 F3d 1224 (10th Cir. 2015). In *Moore,* while the initial stop was based on a traffic infraction, the instincts and concerns of the investigating patrolman from the outset were suspected narcotic law violations. Even here however, the Circuit makes it clear that once the traffic stop has ended, law enforcement must allow the Defendant to leave.

The Defendant submits that factual issues have been raised in his suppression motion that require an evidentiary hearing so as to allow this Court to determine what actually occurred in the early morning hours of August 30, 2012 in Tempe, Arizona.

Dated this 1st day of November, 2017

                        Daniel T. Smith Attorney at Law

                        s/ Daniel T. Smith
                        Daniel T. Smith
                        4582 S. Ulster St. #1400
                        Denver, Colorado 80237
                        Telephone: 303 860 8100
                        Fax: 303 860 8018
                        danieltsmith@qwestoffice.net

                        Thomas Edward Goodreid
                        1801 Broadway #1400
                        Denver, Co. 80202
                        Phone: 303 296 2048
                        Fax: 303 292 0522
                        Email: t.goodreid@comcast.net
                        Attorneys for Trammel Thomas

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 1, 2017 the foregoing **DEFENDANT'S REPLY TO THE GOVERNMENT'S RESPONSE TO MOTION TO SUPPRESS #1** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all counsel of record.

                        s/ Daniel T. Smith

3