IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM-2

UNITED STATES OF AMERICA,

Plaintiff,

v.

2.   TRAMEL THOMAS,

Defendant.

## DEFENDANT'S PROPOSED *VOIR DIRE*

Defendant Tramel Thomas, through counsel, submits the following proposed *voir dire* questions.

1. Have any of you been a victim of identity theft?
2. Do any of you know anyone who has been a victim of identity theft?
3. Some of the witnesses may have a prior criminal history. Do you believe that an individual is more likely to commit a crime if he or she has committed a serious crime in the past?
4. Who has been involved in a court case in any capacity?
5. Has anyone been a juror before?
6. Has anyone been a witness in court before?
7. Did any of you ever take out student loans? If so, how did the program work?
8. Has anyone ever received an educational grant (as opposed to a loan) to go to school? If so, how did that program work?

9. Has anyone ever helped another person seek student financial aid, whether for a friend or a family member? How did that process work?

10. Does anyone have any familiarity with prison rehabilitation programs?

11. Does anyone know if prisoners, as a general matter, are allowed access to educational opportunities?

12. Does anyone have an opinion as to whether inmates in a prison should be allowed access to educational opportunities?

13. Has anyone been the victim of a financial crime?

14. Is anyone acquainted with someone who has been a victim of a financial crime?

15. Who on the panel uses social media? In general, do you think that social media has been a positive or a negative addition to our culture?

16. Has anyone had any experience, directly or indirectly, with drug or alcohol abuse? In your experience, does such abuse have an effect on a person's reliability? In your experience, does such abuse have an effect on a person's memory of events?

17. Has anyone had any experience with the criminal justice system?

18. Does anyone know someone close to you who has had experience with the criminal justice system?

19. Does anyone on the panel work for the government, on the federal, state, or local level? Is there anything about your employment that would affect your view of this case?

20. Has anyone served in any capacity in the armed forces of the United States? Is there anything about your service that would affect your view of this case?

21. Do any of you, or any members of your family, work in law enforcement? Is there anything about that connection with law enforcement that would affect your ability to be fair or impartial in this case?

Dated this 9th day of November, 2017.

Respectfully submitted,

s/Thomas E. Goodreid
Thomas E. Goodreid
Attorney at Law
1801 Broadway, Suite 1400
Denver, CO   80202
(303) 296-2048x.136
t.goodreid@comcast.net
Attorney for Defendant Tramel Thomas

## CERTIFICATE OF SERVICE

I certify that on this 9th day of November, 2017, I electronically filed the foregoing **DEFENDANT'S PROPOSED VOIR DIRE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/Thomas E. Goodreid
Thomas E. Goodreid
Attorney at Law
1801 Broadway, Suite 1400
Denver, CO   80202
(303) 296-2048x.136
t.goodreid@comcast.net
Attorney for Defendant Tramel Thomas