IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00054-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.      TRAMMEL THOMAS,

      Defendant.

_____

**UNITED STATES'S PROPOSED VOIR DIRE QUESTIONS**
_____

Comes Now the United States, by and through Assistant United States Attorneys Martha A. Paluch, and Bryan D. Fields, and hereby requests the Court to ask the following voir dire questions:

1.      This is a criminal case involving the submission of false applications for federal student aid to the United States Department of Education.  Such application is called the Free Application for Federal Student Aid or FAFSA.  Have you or a family member submitted a FAFSA to the Department of Education in order to obtain federal student aid?

2.      If so, is there anything about that process that would affect your ability to sit as a fair and impartial juror in this case?

3.      Do any of you work, or have you worked, in the financial aid department of a college?

4. If so, is there anything about that employment that would affect your ability to sit as a fair and impartial juror in this case?

5. The FAFSAs submitted in this case were submitted using the names, dates of birth, and social security numbers of prison inmates. Do any of you have relatives, friends or acquaintances that have served time in prison or are currently serving time in prison?

6. If so, is there anything about the fact the identities of prison inmates were used to obtain federal student aid in this case that would affect your ability to sit as a fair and impartial juror in this case?

7. Have you, or any close relative or friend, been a victim of identity theft? If so, is there anything about that experience that would prevent you from being a fair and impartial juror in this case?

8. This trial will involve what the law calls a "conspiracy." A conspiracy is an intentional agreement with someone else to do something illegal. In other words, it can be a violation of the law not just to commit a crime — for example, a bank robbery — but to *agree* with someone else to commit the robbery in the first place. Is there anything about this legal concept that causes you concern?

9. For example, the government is not required to prove that the defendant knew all the other members of the conspiracy or knew all the details about how the activities of the conspiracy were to be carried out. A person may belong to a conspiracy for a brief period of time or play a minor role. Is there anything regarding these aspects of conspiracy law that causes you concern?

10. This trial will involve what the law calls "aiding and abetting." This is a

legal concept that makes it a crime to intentionally help someone else commit a crime. This means that someone can be guilty of a crime for intentionally helping someone else to commit it.  Is there anything about this legal concept that concerns you?

11. Some of the witnesses in this case have pleaded guilty pursuant to plea agreements with the government and will be testifying in the hope that they can earn leniency from the judge.  The judge will tell you that plea bargaining is perfectly proper and that, in fact, the rules of the Court provide for it.  Is there anything about plea bargaining or cooperating witnesses that, by itself, would affect your evaluation of this type of testimony?

12. You will hear testimony that certain witnesses have had issues with drug abuse.  Would prior drug abuse affect your ability to be a fair and impartial juror?

13. Have any of you had any training in law?  If so,

    a. What kind of training?

    b. Would that training affect your ability to follow the Court's instructions on the law to be applied in this case?

14. Have you or any member of your family been involved in any proceeding with a federal or state governmental agency that has not been resolved to your satisfaction?

15. Have any of you, any member of your family, or a close business or social associate been arrested, charged, or convicted for any crime, felony or misdemeanor, other than minor traffic violations?

16. If so, what was the crime?  Was the case resolved in a trial or by plea of guilty? What sentence was imposed?  Would that experience interfere with your ability

3

to decide this case fairly and impartially?

17. Have you or any members of your family ever been involved in a lawsuit against the United States government?

18. Have you or any member of your family or close friend ever had any experience with law enforcement or the courts that would cause you to be biased against them?

19. Is there anyone here who has previously been a juror in a criminal case? Without informing us of the verdict, please tell us whether a verdict was reached. What about service on a grand jury? Was there anything about that experience, either as a juror or as a grand juror, that left you with a negative impression of the criminal justice system?

20. Is there anyone on the jury panel who because of religious beliefs or because of personal beliefs unrelated to religion would not be able to sit in judgment of another individual?

21. If you are selected as a juror in this case, you will take an oath to render a verdict based upon the law as given to you by the Court. You will be required to accept the law as given to you by the Court without regard to any personal opinion you may have as to what the law is or should be. Is there anyone who would not be able to reach a verdict in accordance with the law as given to you in the instructions of the Court?

22. It is the Court's duty to determine what punishment, if any, may be imposed in the event of a guilty verdict. Would you be able to assess the evidence in this case and render a verdict without consideration as to the type of sentence or

4

punishment that ultimately may be imposed as a result of your verdict?

23. This case involves many school and financial aid documents, summary charts, and the audio recording of a traffic stop. Does anyone have any medical condition, for instance, visual or hearing impairment, which might affect his or her ability to devote full attention to the type of evidence to be presented?

24. Where is your spouse or significant other employed now, or where did they most recently work?

25. What hobbies do you have?

26. What newspapers or magazines do you read?

27. What television shows do you watch regularly?

28. Is there anything that has not been discussed today that you feel would affect your ability to sit as a fair and impartial juror in this case?

DATED this 9th day of November, 2017.

ROBERT C. TROYER
Acting United States Attorney

s/*Martha A. Paluch*
Martha A. Paluch
Bryan D. Fields
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, Colorado  80202
Telephone:(303) 454-0100
Fax: (303) 454-0402
martha.paluch@usdoj.gov
bryan.fields3@usdoj.gov
Counsel for Plaintiff

6

## CERTIFICATE OF SERVICE

I certify that on this 9th day of November, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

s/ *Martha A. Paluch*
MARTHA A. PALUCH
BRYAN DAVID FIELDS
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov
bryan.fields3@usdoj.gov
