**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO. 16-cr-54 PLAINTIFF'S LIST: ☒ DEFENDANT'S LIST: ☐ THIRD PTY DEFTS. LIST: ☐

CASE CAPTION UNITED STATES vs. TRAMMEL THOMAS DATE November 27, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Jonathan Seal | Synched Transcript of Audio Recording of Tempe PD Traffic Stop of Defendant on 8/30/12 | X | | | | | | |
| 2 | Jonathan Seal | Tempe PD Tow Report | X | | | | | | |
| 3 | Jonathan Seal | Photo of White Dodge | | X | | | | | |
| 4 | Jonathan Seal | Envelope of Debit Cards-Seized by Tempe PD | X | | | | | | |
| 4a | Jonathan Seal | Higher One Debit Card-Omar | X | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 4b | Jonathan Seal | Higher One Debit Card- V. Jones | X | | | | | | |
| 4c | Jonathan Seal | Higher One Debit Card- R. Pickens | X | | | | | | |
| 4d | Jonathan Seal | Higher One Debit Card- E. Jones | X | | | | | | |
| 5 | Jonathan Seal | Manual Abate Debit Card Located in Wallet Seized by Tempe PD | X | | | | | | |
| 6 | Heather Carr | Heather Carr Plea Agreement | X | X | | | | | |
| 7 | Heather Carr | Photograph of 1822 East Kaibab Drive, Chandler, AZ | X | | | | | | |
| 8 | Heather Carr | Photograph of Office at 1822 East Kaibab Drive, Chandler, AZ | X | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 9 | Heather Carr | Photograph of office at 1822 East Kaibab Drive, Chandler, AZ from Huawei cellphone | X | | | | | | |
| 10 | Heather Carr | Sketch of 1822 East Kaibab Drive, Chandler, AZ | X | | | | | | |
| 11 | Alison Stailey | Evidence Inventory Form | X | | | | | | |
| 12 | Alison Stailey | Search Terms Provided to Stailey | X | | | | | | |
| 13 | Alison Stailey | Excerpt of Report 857 Item 12 Att. 2-SMS re 209-814-5075 | X | | | | | | |
| 14 | Alison Stailey | Excerpt of Report 857 Item 12 Att. 2-SMS re 719-963-7258 | X | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 15 | Alison Stailey | Excerpt of Report 857 Item 12 Att. 2- SMS Re 719-209-2675 | X | | | | | | |
| 16 | Alison Stailey | Excerpt of Report 857 Item 12 Att. 2- SMS re 260-602-7165 | X | | | | | | |
| 17 | Alison Stailey | Excerpt from Heather Carr's Daughter's Samsung Phone Contact List | X | | | | | | |
| 18 | Alison Stailey | Excerpt from Heather Carr's Ipad Contact List | X | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 19 | Alison Stailey | Excerpt of Report 863, S2 VAIO Att. 17 FAFSA Internet History | X | | | | | | |
| 20 | Alison Stailey | Excerpt of Report 863, S2 VAIO Att. 20 M. Abate HTML Files | X | | | | | | |
| 21 | Alison Stailey | Excerpt of Report 863, S2 VAIO Att. 21 Maricopa Internet Shortcuts | X | | | | | | |
| 22 | Alison Stailey | Excerpt of Report 863, S2 VAIO Att. 2 Search Hits for Inmate Students | X | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 23 | Alison Stailey | Excerpt of Report 863, S1 Room J Hard Drive Att. 2 Search Hits for Inmate Students | X | | | | | | |
| 24 | Alison Stailey | Cellphone Photograph of Defendant taken on Huawei phone | X | | | | | | |
| 25 | Alison Stailey | Photograph of defendant in closet at 1822 East Kaibab Drive taken on Huawei phone | X | | | | | | |
| 26 | Alison Stailey | Photograph of money taken on Huawei phone | X | | | | | | |
| 27 | Alison Stailey | Photograph of White Dodge taken on Huawei phone | X | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 28 | Alison Stailey | Photograph of defendant at desk at 1822 E. Kaibab Drive taken on Huawei phone | X | | | | | | |
| 29 | Alison Stailey | Photograph of defendant taken on Huawei Phone | X | | | | | | |
| 30 | Michelle Allred | FAFSA | X | | | | | | |
| 31 | Michelle Allred | Common Origination Disbursement (“COD”) Report | X | | | | | | |
| 32 | Marcelle Green | Marcelle Green Plea Agreement | X | X | | | | | |
| 33 | | Stipulation Re: FRE 902(11) Records | | X | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 34 | | Stipulation Re: FRE 1006 Summary Charts | | X | | | | | |
| 35 | | Stipulation Re: Thomas's Detention in El Paso County | | X | | | | | |
| 36 | | Stipulation Re: Email communication between the defendant and Sambora | | X | | | | | |
| 50 | Cox Communications | Pleasant Street IP Subscriber Records | X | | | | | | |
| 50a | Cox Communications | Declaration | | | | | | | |
| 51 | Cox Communications | East Kaibab Drive IP Subscriber Records | X | | | | | | |
| 51a | Cox Communications | Declaration | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 52 | CenturyLink | Marcelle Green IP Subscriber Records (4630 S. 21st Place, Phoenix AZ) | X | | | | | | |
| 52a | CenturyLink | Declaration | | | | | | | |
| 53 | CenturyLink | Marcelle Green IP Subscriber Records (4630 S. 21st Place, Phoenix AZ) | X | | | | | | |
| 53a | CenturyLink | Declaration | | | | | | | |
| 54 | Relx Group (Accurint) (Brett Bogan) | | X | | | | | | |
| 54a | Relx Group (Accurint) (Brett Bogan) | Declaration | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 55 | CCCS-Karen Funston | CCCS Online Course Records | X | | | | | | |
| 55a | CCCS-Karen Funston | Declaration | | | | | | | |
| 56 | Higher One-Rebecca Joseph | | X | | | | | | |
| 56a | Higher One-Rebecca Joseph | Declaration | | | | | | | |
| 56b | Rebecca Joseph | Ismael Omar – Higher One Records | X | | | | | | |
| 56c | Rebecca Joseph | Virginia Jones – Higher One Records | X | | | | | | |
| 56d | Rebecca Joseph | Robert Pickens – Higher One Records | X | | | | | | |
| 56e | Rebecca Joseph | Eddie Jones – Higher One Records | X | | | | | | |
| 56f | Rebecca Joseph | Dennis Miller – Higher One Records | X | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 56g | Rebecca Joseph | Manuel Abate – Higher One Records | X | | | | | | |
| 57 | DOE- Sean Fitzgerald | | X | X | | | | | |
| 57a | DOE- Sean Fitzgerald | Declaration | | | | | | | |
| 57b | Michele Allred- DOE | Ismael Omar - FAFSA | | X | | | | | |
| 57c | Michele Allred DOE | Ismael Omar – Master Promissory Note | | X | | | | | |
| 57d | Michele Allred - DOE | Ismael Omar – Individual Loan Data | | X | | | | | |
| 57e | Michele Allred - DOE | Virginia Jones - FAFSA | | X | | | | | |
| 57f | Michele Allred - DOE | Robert Pickens - FAFSA | | X | | | | | |
| 57g | Michele Allred - DOE | Eddie Jones - FAFSA | | X | | | | | |
| 57h | Michele Allred - DOE | Dennis Miller - FAFSA | | X | | | | | |
| 57i | Michele Allred - DOE | Manuel Abate - FAFSA | | X | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 57j | Christine Duncan | Christine Duncan- FAFSA | X | | | | | | |
| 57k | Christine Duncan | Christine Duncan- FAFSA | X | | | | | | |
| 57l | Christine Duncan | Christine Duncan- Master Promissory Note | X | | | | | | |
| 58 | CC of Denver- Theresa Lavin | | X | | | | | | |
| 58a | CC of Denver- Theresa Lavin | Declaration | | | | | | | |
| 59 | Mesa CC- Teresa Toney | | X | | | | | | |
| 59a | Mesa CC- Teresa Toney | Declaration | | | | | | | |
| 60 | Phoenix College- Teresa Toney | | X | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 60a | Phoenix College- Teresa Toney | Declaration | | | | | | | |
| 61 | Pueblo CC- Monica Hardwick | | X | | | | | | |
| 61a | Pueblo CC- Monica Hardwick | Declaration | | | | | | | |
| 62 | RRCC- Linda Crook | | X | | | | | | |
| 62a | RRCC- Linda Crook | Declaration | | | | | | | |
| 63 | Pikes Peak Community College- Kristina Moss | | X | | | | | | |
| 63a | Pikes Peak Community College PPCC- Kristina Moss | Declaration | | | | | | | |
| 63b | Kristina Moss | Ismael Omar – PPCC Documentatio n | X | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 63c | Kristina Moss | Virginia Jones – PPCC Documentation | X | | | | | | |
| 63d | Kristina Moss | Robert Pickens – PPCC Documentation | X | | | | | | |
| 63e | Kristina Moss | Eddie Jones – PPCC Documentation | X | | | | | | |
| 63f | Kristina Moss | Dennis Miller – PPCC Documentation | X | | | | | | |
| 63g | Kristina Moss | Manuel Abate – PPCC Documentation | X | | | | | | |
| 64 | UPS Store-Don Pratt | | X | | | | | | |
| 64a | UPS Store-Don Pratt | Declaration | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 65 | Citi Prepaid- Marianna Szabo | | X | | | | | | |
| 65a | Citi Prepaid- Marianna Szabo | Declaration | | | | | | | |
| 66 | JP Morgan Chase | | X | | | | | | |
| 66a | JP Morgan Chase | Declaration | | | | | | | |
| 67 | Sandra Ennis | Thomas Student Lookup System FAFSA Doc (1418 Rushmore Drive, Colorado Springs, CO) | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 68 | Sandra Ennis | Thomas Student Loan and MPN Re: 1418 Rushmore Drive Address | | | | | | | |
| 69 | Sandra Ennis | Thomas Higher One Account Summaries- Re: 1418 Rushmore Drive Address | | | | | | | |
| 70 | Sandra Ennis | Photograph of Broken Huawei phone | X | | | | | | |
| 71 | Sandra Ennis | Photograph of Broken Huawei phone | X | | | | | | |
| 72 | Sandra Ennis | Ennis Summary Chart- Disbursement Totals for DOE and Schools | | | | | | | |
| 73 | Sandra Ennis | Ennis Summary Chart re IP addresses | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 74 | Sandra Ennis | Ennis Summary Chart re Physical Addresses | | | | | | | |
| 75 | Sandra Ennis | Ennis Summary Chart re Debit Card Mailings | | | | | | | |
| 76 | Sandra Ennis | Composite Exhibit- Count 2 | | | | | | | |
| 77 | Sandra Ennis | Composite Exhibit- Count 3 | | | | | | | |
| 78 | Sandra Ennis | Composite Exhibit- Count 4 | | | | | | | |
| 79 | Sandra Ennis | Composite Exhibit- Count 5 | | | | | | | |
| 80 | Sandra Ennis | Composite Exhibit- Count 6 | | | | | | | |
| 81 | Sandra Ennis | Composite Exhibit- Count 7 | | | | | | | |