# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. 16-cr-00054-WJM   PLAINTIFF'S LIST: ☐   DEFENDANT'S LIST: ☐   THIRD PTY DEFTS. LIST: ☐

CASE CAPTION United States vs. Tramell Thomas   DATE November 27, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A | Moss | Statement | | | | | | | MOI 245 |
| B | Carr | Visitation summary | X | x | | | | | INV 1753 |
| C | Carr | Visitation roster | X | x | | | | | INV 1758-1760 |
| D | Carr | Statement | | | | | | | MOI 250-266 & Exh. B |
| Exhibit deleted duplicate | | | | | | | | | |
| F | Carr | Proffer agreement | x | | | | | | PROF 1-3 |
| G | Carr | Monthly Statement CMB | X | x | | | | | CMB 46-49 |
| H | Carr | Credit Report | X | x | | | | | EXP 1 |
| I | Carr | Finger Print Report | | | | | | | Inv 1817-1818 |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| J | Carr Staley | Digital Forensic report | | | | | | | SW 1905-1914 |
| K | Carr | School Summary 2004 | X | x | | | | | INV 1312-1315 |
| L | Carr | School Summary 2005 | X | x | | | | | INV 1316-1319 |
| M | Carr | School Summary 2006 | X | x | | | | | INV 1320-1323 |
| N | Carr | School Summary 2007 | X | x | | | | | INV 1308-1311 |
| O | Carr | School Summary 2009 | X | x | | | | | INV 1294-1297 |
| P | Carr | School Summary 2010 | X | x | | | | | INV 1298-1301 |
| Q | Carr | Email Address | | | | | | | MOA 497-500 |
| R | Carr WFB | Report | | | | | | | WFB 62-80 |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| S | Carr WFB | Investigative report | | | | | | | WFB 07-20 |
| Exhibit deleted duplicate | | | | | | | | | |
| U | Diaz | Plea Agreement | | x | | | | | GJ 274-283 |
| V | Diaz/ Judicial Notice | Chang of Plea Transcript | | | | | | | ECF Doc. 84-1 |
| W | Diaz/ Judicial Notice | Government motion Re: Plea | x | | | | | | ECF Doc. 84 |
| X | Mullett | Statement | | | | | | | MOI 164-166 |
| Y | Mullett | School Records | X | x | | | | | INV 278-281 |
| Z | Mullett | Aid records 2012 | X | x | | | | | INV 285-329 |
| A-1 | Mullett DOE | Abate Pay Records | X | x | | | | | MOA 179-189 |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A-2 | Green | Phoenix Police Report | | | | | | | INV 22-42 |
| A-3 | Green | Statement 11/29/12 | | | | | | | MOI 128-129 |
| A-4 | Green | Statement 4/12/17 | | | | | | | MOI 311-313 |
| A-5 | Green | Statement 8/29/12 | | | | | | | MOI 389-397 |
| A-6 | Green | Criminal record | | | | | | | INV 1381-1384 |
| A-7 | Green | Loan Summaries | x | | | | | | INV 1427-1433 |
| A-8 | Green | Proffer Letter | x | | | | | | PROF 4-6 |
| A-9 | Duncan | Statement 9/7/12 | | | | | | | MOI 35-39 |
| A-10 | Duncan | Statement 9/13/12 | | | | | | | MOI 40-42 |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A-11 | Duncan | Statement 10/16/12 | | | | | | | MOI 43-44 |
| A-12 | Duncan | Statement 11/30/12 | | | | | | | MOI 45 |
| A-13 | Duncan | Statement 4/18/13 | | | | | | | MOI 46-49 |
| A-14 | Duncan | Statement 9/9/13 | | | | | | | MOI 50-53 |
| A-15 | Duncan | Phone numbers | | | | | | | MOA 222-223 |
| A-16 | Duncan | Notarized Statement | | | | | | | SW 38 |
| A-17 | Omar | Identification card | x | | | | | | DOC 852 |
| A-18 | Omar | Criminal history | | | | | | | DOC 1083-1085 |
| | | | | | | | | | |

Any Exhibit necessary to rebut the Government's case in chief

Any Exhibit necessary to impeach or cross examine any government witness