IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Case No. <u>16-cr-00054-WJM</u>          Date   <u>November 27, 2017</u>

Case Title <u>United States v. Tramell Thomas</u>

<u>Defendant's</u>  FINAL WITNESS LIST

| Witness & Date | Proposed Length of Testimony |
| --- | --- |
| Tracy Eubanks | Direct: ¼ hr Cross 1/4hr Total .5hr |
| Mercedes Diaz | Direct ½ hr Cross 3/4hr Total 1.25 |
| Michael Cox | Direct 1 hr Cross 3/4hr Total 1.75 |
| Matthew Sanders | Direct 1 hr Cross 3/4hr Total 1.75 |
| | Total: 5.25 hr |