IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  November 17, 2017 |
| Court Reporter:      Mary George | Time: 35 minutes |

_____

Criminal Action No.  16-cr-00054-WJM        <u>Counsel:</u>

UNITED STATES OF AMERICA,                  Martha A. Paluch
                                           Bryan D. Fields
         Plaintiff,

v.

2.  TRAMMEL THOMAS,                        Thomas E. Goodreid
                                           Daniel T. Smith
         Defendant.

_____

## COURTROOM MINUTES
_____

TRIAL PREPARATION CONFERENCE

02:00 p.m.     Court in Session

Appearances

The defendant is on bond and his appearance for this conference has been waived.

This case is set for a five-day jury trial to commence at 8:30 a.m. on Monday, November 27, 2017.

Court's comments

**ORDERED:  Each side will be allowed twenty minutes for voir dire and opening statements.**

Discussion

The Government requests the Court quash the Writs of Habeas Corpus Ad Testificandum for the appearances of:
1) Manuel Abate (Doc No. 184)
2) Eddie Jones, Jr., (Doc No. 185)
3) Dennis Miller (Doc No. 186)
4) Robert Pickens (Doc No. 187)

**ORDERED:** **The Government's oral motion to quash the Writs of Habeas Corpus Ad Testificandum for 1) Manuel Abate, 2) Eddie Jones, Jr., 3) Dennis Miller and 4) Robert Pickens is GRANTED.**

**The Writs of Habeas Corpus Ad Testificandum for 1) Manuel Abate, 2) Eddie Jones, Jr., 3) Dennis Miller and 4) Robert Pickens are QUASHED.**

The Government enters stipulations on the record (by Ms. Paluch)

**ORDERED:** **The Government shall send an email to chambers identifying the title and role of anyone who will be seated at counsel table during the trial.**

A jury of thirteen will be selected

**ORDERED:** **The Government shall file its Amended Witness List by November 21, 2017.**

**ORDERED:** **No later than the end of the day Monday, November 20th counsel shall meet face-to-face to go over the exhibits and stipulate to the admissibility of as many exhibits as possible.**

**The parties shall file Amended Exhibit Lists by November 22, 2017.**

**ORDERED:** **Counsel shall be present at 8:30 a.m., on November 27th. The court will address pretrial matters at that time. The jury panel will be brought to the courtroom at 9:00 a.m.**

**ORDERED:** **The Government shall email to chambers, by Tuesday, November 21, the jury instructions, proposed stipulated instructions and verdict forms in an editable format.**

**ORDERED:** **No trial briefs are allowed.**

02:35 p.m.   Court in Recess
             Conference concluded