**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Case No.  16-cr-00054-WJM                     Date   November 27, 2017

Case Title    United States v. Tramell Thomas

                         Plaintiff            AMENDED WITNESS LIST
                    (Plaintiff / Defendant)

| WITNESS & DATE | Direct | Cross | Total |
|---|---|---|---|
| Moss- Monday, 11/27/17 | 60 minutes | 30 minutes | 90 minutes |
| Seal- Monday, 11/27/17 | 60 minutes | 30 minutes | **90** minutes |
| Carr- Tuesday, 11/28/17 | 120 minutes | 180 minutes | **300** minutes |
| Allred- Tuesday, 11/28/17 | 60 minutes | 25 minutes | **85** minutes |
| Joseph- Tuesday, 11/28/17 | 45 minutes | 25 minutes | **70** minutes |
| Mullett- Tuesday, 11/28/17 | 40 minutes | 60 minutes | **100** minutes |
| Stailey- Wednesday, 11/29/17 | 120 minutes | 30 minutes | **150** minutes |
| Green- Wednesday, 11/29/17 | 60 minutes | 120 minutes | 180 minutes |
| Duncan- Wednesday, 11/29/17 | 45 minutes | 90 minutes | 135 minutes |
| Ennis - Wed/Thurs, 11/29-30/17 | 120 minutes | 45 minutes | 165 minutes |

**Total Direct:   730 minutes (12.2 hours)       Total Cross:  635 minutes (10.6 hours)**