**LIST OF PROPOSED EXHIBITS- Updated 11.22.17**

CASE NO. 16-cr-00054-WJM PLAINTIFF'S LIST X DEFENDANT'S LIST_____ THIRD PTY DEFTS. LIST_____

CASE CAPTION United States vs. Tramell Thomas PAGE NO._____ DATE_____

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | Bates Range | COMMENTS/ INFO. | COUNT(S) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Jonathan Seal | Synched Transcript of Audio Recording of Tempe PD Traffic Stop of Defendant on 8/30/12 | | | | | | | | |
| 1a | Jonathan Seal | Audio Recording of Tempe PD Traffic Stop of Defendant on 8/30/12 | | | | | | | | |
| 1b | Jonathan Seal | Transcript of Tempe PD Traffic Stop of Defendant on 8/30/12 | | | | | | | | |
| 2 | Jonathan Seal | Tempe PD Tow Report | X | | | | | MOI_00000453-454 | | |
| 3 | Jonathan Seal | Photo of White Dodge | X | X | | | | PHOTO_00000017 | | |
| 4 | Jonathan Seal | Envelope of Debit Cards- Seized by Tempe PD | X | | | | | Physical Evidence | | |

1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4a | Jonathan Seal | Higher One Debit Card- I. Omar | X | | | | | Physical Evidence | | |
| 4b | Jonathan Seal | Higher One Debit Card- V. Jones | X | | | | | Physical Evidence | | |
| 4c | Jonathan Seal | Higher One Debit Card- R. Pickens | X | | | | | Physical Evidence | | |
| 4d | Jonathan Seal | Higher One Debit Card- E. Jones | X | | | | | Physical Evidence | | |
| 5 | Jonathan Seal | Manuel Abate Debit Card Located in Wallet Seized by Tempe PD | X | | | | | Physical Evidence | | |
| 6 | Heather Carr | Heather Carr Plea Agreement | X | X | | | | GJ_00000284-298 | | |
| 7 | Heather Carr | Photograph of 1822 East Kaibab Drive, Chandler, AZ | X | | | | | SW_00001436 | | |
| 8 | Heather Carr | Photograph of Office at 1822 East Kaibab Drive, Chandler, AZ | X | | | | | SW_00000216 | | |
| 9 | Heather Carr | Photograph of office at 1822 East Kaibab Drive, Chandler, AZ from Huawei cellphone | X | | | | | PHOTO_00000032 | Defendant sitting at his desk | |
| 10 | Heather Carr | Sketch of 1822 East Kaibab Drive, Chandler, AZ | X | | | | | SW_00000121-122 | RE: Search Warrant | |
| 11 | Alison Stailey | Evidence Inventory Form | X | | | | | SW_00000104-105 | | |
| 12 | Alison Stailey | Search Terms Provided to Stailey | X | | | | | MOA_00000704-713 | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | Alison Stailey | Excerpt of Report 857 Item 12 Att. 2- SMS re 209-814-5075 | X | | | | | SW_00001078 | Placeholder | |
| 14 | Alison Stailey | Excerpt of Report 857 Item 12 Att. 2- SMS re 719-963-7258 | X | | | | | SW_00001078 | Placeholder<br><br>RE: Kim Mullett | |
| 15 | Alison Stailey | Excerpt of Report 857 Item 12 Att. 2- SMS Re 719-209-2675 | X | | | | | SW_00001078 | Placeholder | |
| 16 | Alison Stailey | Excerpt of Report 857 Item 12 Att. 2- SMS re 260-602-7165 | X | | | | | SW_00001078 | placeholder | |
| 17 | Alison Stailey | Excerpt from Heather Carr's Daughter's Samsung Phone Contact List | X | | | | | SW_00001268-1270 | "Dad" contact | |
| 18 | Alison Stailey | Excerpt from Heather Carr's Ipad Contact List | X | | | | | SW_00001369, SW_00001374 | "daddy" contact | |
| 19 | Alison Stailey | Excerpt of Report 863, S2 VAIO Att. 17 FAFSA Internet History | X | | | | | SW_00013566 | | |
| 20 | Alison Stailey | Excerpt of Report 863, S2 VAIO Att. 20 M. Abate HTML Files | X | | | | | SW_00013566 | | |
| 21 | Alison Stailey | Excerpt of Report 863, S2 VAIO Att. 21 Maricopa Internet Shortcuts | X | | | | | SW_00013566 | | |
| 22 | Alison Stailey | Excerpt of Report 863, S2 VAIO Att. 2 Search | X | | | | | SW_00013566 | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Hits for Inmate Students | | | | | | | | |
| 23 | Alison Stailey | Excerpt of Report 863, S1 Room J Hard Drive Att. 2 Search Hits for Inmate Students | X | | | | | SW_00013566 | | |
| 24 | Alison Stailey | Cellphone Photograph of Defendant taken on Huawei phone | X | | | | | PHOTO_00000001 | | |
| 25 | Alison Stailey | Photograph of defendant in closet at 1822 East Kaibab Drive taken on Huawei phone | X | | | | | PHOTO_00000016 | | |
| 26 | Alison Stailey | Photograph of money taken on Huawei phone | X | | | | | PHOTO_00000004 | | |
| 27 | **Intentionally Omitted** | | | | | | | | | |
| 28 | Alison Stailey | Photograph of defendant at desk at 1822 E. Kaibab Drive taken on Huawei phone | X | | | | | PHOTO_00000020 | | |
| 29 | Alison Stailey | Photograph of defendant taken on Huawei Phone | X | | | | | PHOTO_00000030 | | |
| 30 | Michelle Allred | FAFSA | X | X | | | | DOE_00000001-10 | | |
| 31 | Michelle Allred | Common Origination Disbursement ("COD") Report | X | | | | | DOE_00002181 | Placeholder for entire excel spreadsheet | |

4

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 32 | Marcelle Green | Marcelle Green Plea Agreement | X | X | | | | PLEA_00000001-14 | |
| 33 | | Stipulation Re: FRE 902(11) Records | X | X | | | | | |
| 34 | | Stipulation Re: FRE 1006 Summary Charts | X | X | | | | | |
| 35 | | Stipulation Re: Thomas's Detention in El Paso County | X | X | | | | | |
| 36 | Heather Carr | Photograph of Heather Carr's Office at 1822 E. Kaibab Drive | X | | | | | SW_00000226 | |
| 37 | | Stipulation Re: Testimony of Certain Witnesses | X | X | | | | | |
| 38 | | Photograph of wallet taken by Mesa PD with M. Abate card | X | | | | | MOI_00000507 | |
| 39 - 49 | **Intentionally Omitted** | | | | | | | | |
| 50- 53a | **Intentionally Omitted** | | | | | | | | |
| 54 | Sandra Ennis | Accurint Records | | | | | | WFB_00000083 | |
| 54a-56a | **Intentionally Omitted** | | | | | | | | |
| 56b | Rebecca Joseph | Ismael Omar – Higher One Records | X | X | | | | FIN_00000813- 817 | 14 |
| 56c | Rebecca Joseph | Virginia Jones – Higher One Records | X | X | | | | FIN-_00000646- 649 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 56d | Rebecca Joseph | Robert Pickens – Higher One Records | X | X | | | | FIN_0000834- 838 | |
| 56e | Rebecca Joseph | Eddie Jones – Higher One Records | X | X | | | | FIN_00000539-542 | 3 |
| 56f | Rebecca Joseph | Dennis Miller – Higher One Records | X | X | | | | FIN_00000742-746, FIN_00000759 | 12 |
| 56g | Rebecca Joseph | Manuel Abate – Higher One Records | X | X | | | | FIN_00000016 FIN_00000006-13 | 13 |
| 57- 57a | **Intentionally Omitted** | | | | | | | | |
| 57b | Michele Allred-DOE | Ismael Omar - FAFSA | X | X | | | | DOE_00001510-1513 | 14 |
| 57c | Michele Allred DOE | Ismael Omar – Master Promissory Note | X | X | | | | DOE_00001522-1529 | |
| 57d | Michele Allred - DOE | Ismael Omar – Individual Loan Data | X | X | | | | DOE_00001518-1519 | 14 |
| 57e | Michele Allred - DOE | Virginia Jones - FAFSA | X | X | | | | DOE_00001306-1309 | |
| 57f | Michele Allred - DOE | Robert Pickens - FAFSA | X | X | | | | DOE_00001530-1533 | |
| 57g | Michele Allred - DOE | Eddie Jones - FAFSA | X | X | | | | DOE_00001256-1259 | 3 |
| 57h | Michele Allred - DOE | Dennis Miller - FAFSA | X | X | | | | DOE_00001469-1472 | 12 |
| 57i | Michele Allred - DOE | Manuel Abate - FAFSA | X | X | | | | DOE_00000055-58 | 13 |
| 57j | Christine Duncan | Christine Duncan-FAFSA | X | X | | | | DOE_00000765-768 | |
| 57k | Christine Duncan | Christine Duncan-FAFSA | X | X | | | | DOE_00000749-752 | |
| 57l | Christine Duncan | Christine Duncan-Master Promissory Note | X | X | | | | DOE_00000757-764 | |

6

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 58-63a | **Intentionally Omitted** | | | | | | | | | |
| 63b | Kristina Moss | Ismael Omar – PPCC Documentation | X | X | | | | | SCH_00002712<br>SCH_00002690-2694<br>SCH_00002703<br>SCH_00002708 | | 14 |
| 63c | Kristina Moss | Virginia Jones – PPCC Documentation | X | X | | | | | SCH_00002344-2347<br>SCH_00002357 | | |
| 63d | Kristina Moss | Robert Pickens – PPCC Documentation | X | X | | | | | SCH_00002736-2739<br>SCH_00002751<br>SCH_00002754 | | |
| 63e | Kristina Moss | Eddie Jones – PPCC Documentation | X | X | | | | | SCH_00002164-2167<br>SCH_00002172 | | 3 |
| 63f | Kristina Moss | Dennis Miller – PPCC Documentation | X | X | | | | | SCH_00002621-2624<br>SCH_00002640<br>SCH_00002645 | | 12 |
| 63g | Kristina Moss | Manuel Abate – PPCC Documentation | X | X | | | | | SCH_00000023-25<br>SCH_00000030<br>SCH_00000038<br>SCH_00000052 | | 13 |
| 64 | Heather Carr | UPS Records | | | | | | | INV_00001825-1830 | | |
| 64a-66a | **Intentionally Omitted** | | | | | | | | CITI_00000001 - 198 | | |
| 66b | JP Morgan Chase | Defendant's JP Morgan Chase Signature Card | X | X | | | | | JPM_00000799 | | |
| 67 | Sandra Ennis | Thomas Student Lookup System | X | X | | | | | INV_00001625-1628 | | |

7

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | FAFSA Doc (1418 Rushmore Drive, Colorado Springs, CO) | | | | | | | | |
| 68 | Sandra Ennis | Thomas Student Loan and MPN Re: 1418 Rushmore Drive Address | X | X | | | | INV_00001633-1640 | | |
| 69 | Sandra Ennis | Thomas Higher One Account Summaries- Re: 1418 Rushmore Drive Address | X | X | | | | INV_00001641-1669 | | |
| 70 | Sandra Ennis | Photograph of Broken Huawei phone | X | | | | | SW_00000219 | | |
| 71 | Sandra Ennis | Photograph of Broken Huawei phone | X | | | | | SW_00000220 | | |
| 72 | Sandra Ennis | Ennis Summary Chart- Disbursement Totals for DOE and Schools | X | X | | | | | Mark version with no bates number | |
| 73 | Sandra Ennis | Ennis Summary Chart re IP addresses | X | X | | | | | Mark version with no bates number | |
| 74 | Sandra Ennis | Ennis Summary Chart re Physical Addresses | X | X | | | | | | |
| 75 | Sandra Ennis | Ennis Summary Chart re Debit Card Mailings | X | X | | | | | | |
| 76 | Sandra Ennis | Composite Exhibit- Count 2 | X | X | | | | | | |
| 77 | Sandra Ennis | Composite Exhibit- Count 3 | X | X | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 78 | Sandra Ennis | Composite Exhibit-Count 4 | X | X | | | | | | |
| 79 | Sandra Ennis | Composite Exhibit-Count 5 | X | X | | | | | | |
| 80 | Sandra Ennis | Composite Exhibit-Count 6 | X | X | | | | | | |
| 81 | Sandra Ennis | Composite Exhibit-Count 7 | X | X | | | | | | |
| 82 | Sandra Ennis | Red Rocks Community College-Ahmad Smith | X | | | | | SCH_00003120 MOA_00000435 | | |
| 83 | Sandra Ennis | Manuel Abate DOC Photo | X | | | | | INV_00001087-1089 | | |