IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TRAMMEL THOMAS,

    Defendant.

---

**GOVERNMENT'S MOTION TO APPOINT
COUNSEL FOR DEFENSE WITNESSES**

---

The United States of America, by Robert C. Troyer, United States Attorney, and through Assistant United States Attorneys Martha A. Paluch and Bryan David Fields, , hereby requests that the Court appoint counsel for defense witnesses Mathew Sanders and Michael Cox.  In support of this motion, the government states as follows:

    1.    On November 10, 2017, the defense filed its witness list.  [ECF No. 205].  That list includes "Mathew Sanders" and "Michael Cox" as proposed defense witnesses in the upcoming trial, scheduled to commence on Monday, November 27, 2017.

    2.    On November 17, 2017 the parties were convened before the Court for a final pretrial conference.  At the conference, counsel for the government notified the Court that both Sanders and Cox have been named as coconspirators by cooperating witnesses.  This allegation is at least partially corroborated by other evidence, including records from the Department of Education, Pikes Peak Community College, and Higher One showing that addresses for Sanders

1

and Cox were used to receive debit cards with fraudulently obtained student aid funds. At least some of those cards ended up in Thomas's possession when he was stopped by the Tempe Police in the early hours of August 30, 2012. In short, there is a real possibility that truthful testimony of these witnesses could implicate them in uncharged crimes for which the statute of limitations has not yet passed, and/or serve as the basis for a perjury charge.

3.     The Court noted that the issue raised by the government would not be ripe for any form of action if defense counsel decided that they were not actually going to call Cox or Sanders as witnesses. Accordingly, the Court asked defense counsel to make that determination, if possible, so that the issue, when ripe, could be adjudicated by the Court in a timely manner. Counsel for the government has conferred with counsel for the defendant, who have indicated that they will not know whether Cox and Sanders will be called to the stand until after they have seen the government's case-in-chief.

4.     "As a general rule a court has discretion to warn a witness about the possibility of incriminating himself or herself." *United States v. Smith*, 997 F.2d 674, 680 (10th Cir. 1993) (citation and internal quotation omitted). In this regard, it is proper for a trial court judge or a prosecuting attorney to advise prospective witnesses of the penalties for testifying falsely, *see United States v. Blackwell*, 694 F.2d 1325, 1334 (D.C. Cir. 1996), or of the implications of inculpating oneself by testing truthfully. *United States v. Serrano*, 406 F.3d 1208, 1216 (10th Cir. 2005) (finding no error in prosecutor's notification to the court that witness's testimony could subject witness to possible prosecution or to judge's subsequent appointment of counsel to advise the witness of their constitutional rights).

5.     The government raises this issue now with the Court because there is no reason to doubt the defense's stated intention to call these witnesses at trial. Accordingly, the issue is ripe

for the Court's consideration.  Appointing counsel now, before the trial has commenced, will ensure that the witnesses receive timely advice and will help prevent any delays in the defendant's case that might otherwise arise.

6. Government counsel conferred with defendant's attorneys, Messrs. Daniel Smith and Thomas Goodried.  As set forth above, defense counsel has indicated that they cannot make a decision about whether to call Cox or Sanders until they have seen the government's case.  That being the case, the government asked whether defense counsel opposed a motion to appoint counsel for Cox and Sanders.  Defense counsel has responded that they do have a position on the motion.

DATED this 24th day of November, 2017.

Respectfully submitted,
ROBERT C. TROYER
United States Attorney

By: */s/ Bryan David Fields*
BRYAN DAVID FIELDS
MARTHA A. PALUCH
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, Colorado 80202
Phone:  (303) 454-0100
Fax:  (303) 454-0403
E-mail: Bryan.Fields3@usdoj.gov

3

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on November 24, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which system automatically provides a copy to defense counsel of record.

                                        */s/ Bryan David Fields*
                                        Bryan David Fields
                                        Assistant United States Attorney
                                        1801 California Street, Suite 1600
                                        Denver, Colorado 80202
                                        Phone:  (303) 454-0100
                                        Fax:  (303) 454-0403
                                        E-mail:  Bryan.Fields3@usdoj.gov
                                        Attorney for the United States