IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  November 27, 2017 |
| Court Reporter:       Mary George | Time:   six hours and 17 minutes |

_____

Criminal Action No. 16-cr-00054-WJM          *Counsel:*

UNITED STATES OF AMERICA,                        Martha A. Paluch
                                                                          Bryan D. Fields
     Plaintiff,

v.

2. TRAMMEL THOMAS                                   Thomas E. Goodreid
                                                                           Daniel T. Smith
     Defendant.

_____

## COURTROOM MINUTES
_____

JURY TRIAL - DAY ONE

08:32 a.m.     Court in Session

Appearances

Defendant is present and on bond.

The Court addresses pre-trial matters.

**ORDERED:**  Government's Motion to Appoint Counsel For Defense Witnesses [211] is DENIED AS MOOT.

**ORDERED:**  Government's Motion to Appoint Counsel For Defense Witnesses [213] is GRANTED IN PART.

**ORDERED:**  The Government's oral motion for Rule 615 is GRANTED. Rule 615 is invoked.

**ORDERED:**  The Government's oral motion under Local Criminal Rule 24.1 for written authorization to allow counsel to communicate with members of the jury at

the conclusion of the trial is GRANTED. A text-entry order will enter setting forth restrictions regarding Local Criminal Rule 24.1

Discussion

**ORDERED:** The transcripts of the **audio recordings will not go back** to the jury during deliberation.

08:55  Court in Recess
09:05  Court in Session

Court's opening remarks to the jury panel

09:22  Voir dire oath administered.

09:23  Voir dire commences.

10:38 Court in Recess
10:57 Court in Session

10:57 Voir dire continued.

11:05  Bench conference

11:07  Voir dire continued.

11:13 Voir dire (by Ms. Paluch)

11:32  Voir dire (by Mr. Goodreid)

11:50  Bench conference

11:55 Voir dire continued.

Challenges For Cause:
1. 100365576
2. 100368725
3. 100341430

Government's Peremptory Challenges:
1. 100358049
2. 100336276
3. 100362671
4. 100359702
5. 100342244
6. 100337310

Defendant's Peremptory Challenges:
1. 100346782
2. 100349964
3. 100334716
4. 100333285
5. 100338765
6. 100328957
7. 100355123
8. 100332877
9. 100330179
10. 100355531
11. 100348756

SELECTED:
1. 100343311
2. 100332948
3. 100356295
4. 100366350
5. 100359195
6. 100352150
7. 100369743
8. 100343216
9. 100346266
10. 100340422
11. 100362966
12. 100355715
13  100333578

12:25  Voir dire concluded.

12:27  Oath to try the case administered to the jury.

12:27  Court's preliminary instructions to the jury

12:32  Court in Recess
01:54  Court in Session

Court's preliminary Instructions to the jury

Opening Statement (by Mr. Fields)

The defendant reserves his right to give an opening statement (by Mr. Smith)

**GOVERNMENT'S FIRST WITNESS KRISTINA MOSS**
02:26 Direct (by Ms. Paluch)

           EXHIIBITS STIPULATED, OFFERED AND RECEIVED: 63b through 63g

02:51 Cross (by Mr. Goodreid)

02:56 Court

02:59 Direct continued (by Ms. Paluch)

**GOVERNMENT'S SECOND WITNESS REBECCA JOSEPH**
03:00 Direct (by Ms. Paluch)

           EXHIIBITS STIPULATED, OFFERED AND RECEIVED: 56b through 56g

03:16 Court in Recess
03:33 Court in Session

**GOVERNMENT'S SECOND WITNESS REBECCA JOSEPH**
03:33 Direct continued (by Ms. Paluch)

03:44 Cross (by Mr. Goodreid)

**GOVERNMENT'S THIRD WITNESS JONATHAN SEAL**
03:50 Direct (by Mr. Fields)

           EXHIIBITS STIPULATED, OFFERED AND RECEIVED: 3, 1a

The Government offers Exhibits 4, 4a, 4b

04:20 Voir dire (by Mr. Smith)

           EXHIBITS IDENTIFED, OFFERED AND RECEIVED: 4, 4a, 4b, 4c, 4d, 38 (objections overruled)

04:21 Direct continued

04:22 Court

           EXHIBIT IDENTIFIED, OFFERED AND RECEIVED: 5

04:43 Cross (by Mr. Smith)

04:52  Redirect (by Mr. Fields)

04:54 Jury excused

Court's comments

**ORDERED:**   Defendant's bond is continued.

04:57 p.m.    Court in Recess
              Trial continued