IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| Courtroom Deputy: Deborah Hansen | Date: November 28, 2017 |
| Court Reporter: Mary George | Time: four hours and 48 minutes |

_____

Criminal Action No. 16-cr-00054-WJM          *Counsel:*

UNITED STATES OF AMERICA,                    Martha A. Paluch
                                             Bryan D. Fields
    Plaintiff,

v.

2. TRAMMEL THOMAS                            Thomas E. Goodreid
                                             Daniel T. Smith
    Defendant.

_____

### COURTROOM MINUTES
_____

JURY TRIAL - DAY TWO

08:47 a.m.     Court in Session

Defendant is present and on bond.

Discussion

**ORDERED:** The portion of the Government's Motion [213], to appoint counsel to represent potential witness Michael Cox, is DENIED AS MOOT.

08:59 Jury present

**GOVERNMENT'S FOURTH WITNESS KIMMISHA MULLETT**
09:00 Direct (by Mr. Fields)

                                        EXHIBITS STIPULATED, OFFERED AND
                                        RECEIVED: 57h, 57i

Government offers Exhibit No. 84.

09:13 Voir dire (by Mr. Smith)

        EXHIBIT OFFERED AND RECEIVED: 84

09:17 Court

09:17 Direct continued

        EXHIBIT OFFERED AND RECEIVED: 15
        (objection overruled)

Government offers Exhibit 64.

09:25 – 09:33 Bench conference

        EXHBIT OFFERED AND REJECTED: 64
        (objection sustained without prejudice)

Government offers Exhibit No. 14

09:41 Voir dire (by Mr. Smith)

        EXHIBIT OFFERED AND RECEIVED: 14
        (objection overruled)

09:50 Cross (by Mr. Smith)

09:55 – 10:04 Bench conference

10:05 Redirect (by Mr. Fields)

        EXHIBIT OFFERED AND RECEIVED: 64
        (objection overruled)

10:12 Court in Recess
10:42 Court in Session

        EXHIBITS IDENTIFIED, OFFERED AND
        RECEIVED: 57b, 57c, 57d, 57e, 57f, 57g

**GOVERNMENT'S FIFTH WITNESS MICHELLE ALLRED**
10:43 Direct (by Mr. Fields)

        EXHIBIT IDENTIFIED, OFFERED AND
        RECEIVED: 30

**GOVERNMENT'S SIXTH WITNESS ALISON STAILEY**

11:27 Direct (by Ms. Paluch)

                EXHIBIT IDENTIFIED, OFFERED AND RECEIVED: 12 (redacted)

11:41 Court

11:42 Direct continued

                EXHIBITS IDENTIFIED, OFFERED AND RECEIVED: 13, 16, 9, 24, 25, 26, 28, 29

11:58 Court

11:59 Direct continued

                EXHIBITS IDENTIFIED, OFFERED AND RECEIVED: 19, 20, 21

12:12 Court in Recess
01:35 Court in Session

**GOVERNMENT'S SIXTH WITNESS ALISON STAILEY**
01:35 Direct continued (by Ms. Paluch)

                EXHIBITS IDENTIFIED, OFFERED AND RECEIVED: 22, 23

01:51 Cross (by Mr. Goodreid)

02:00 Redirect

**GOVERNMENT'S SEVENTH WITNESS CHRISTINE DUNCAN**
02:03 Direct (by Ms. Paluch)

                EXHIBITS IDENTIFIED, OFFERED AND RECEIVED: 57j, 57k, 57l

02:25 Cross (by Mr. Goodreid)

02:34 Court

02:35 Bench conference

02:36 Direct continued (by Ms. Paluch)

02:38 Court in Recess
03:29 Court in Session

Court's comments

Jeralyn Merritt, counsel for Witness Marcelle Green, is present.

**GOVERNMENT'S EIGHTH WITNESS MARCELLE GREEN**
03:32  Direct (by Mr. Fields)

EXHIBIT OFFERED AND RECEIVED:
32

03:55 Cross (by Mr. Smith)

04:14 Redirect

**ORDERED:**  Defendant's bond is continued.

04:19 p.m.     Court in Recess
               Trial continued