IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: November 29, 2017 |
| Court Reporter: Mary George | Time: two hours and 46 minutes |

_____

| | |
|---|---|
| Criminal Action No. 16-cr-00054-WJM | *Counsel:* |
| UNITED STATES OF AMERICA, | Martha A. Paluch |
| | Bryan D. Fields |
| Plaintiff, | |
| v. | |
| 2. TRAMMEL THOMAS | Thomas E. Goodried |
| | Daniel T. Smith |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

JURY TRIAL - DAY THREE

08:50 a.m.   Court in Session

Defendant is present and on bond.

Discussion/Argument

08:57   Jury present

**GOVERNMENT'S NINTH WITNESS SANDRA ENNIS**
08:58 Direct (by Ms. Paluch)

> EXHIBITS STIPULATED, OFFERED AND
> RECEIVED: 66b, 67, 68, 69, 72, 73, 74, 75, 76, 77,
> 78, 79, 80, 81, 37, 7, 70, 71, 8, 36

10:02 Cross (by Mr. Goodreid)

1

10:15 Court in Recess
10:37 Court in Session

**GOVERNMENT'S NINTH WITNESS SANDRA ENNIS**
10:37 Cross continued (by Mr. Goodreid)

                                                    EXHIBIT STIPULATED, OFFERED AND RECEIVED: 35

10:52 Redirect (by Ms. Paluch)

                                                    EXHIBITS OFFERED AND REJECTED: (objection overruled) 85, 86

11:06 Government Rests.

11:06 Jury excused from the courtroom

Denfendant's oral Rule 29 motion for judgment of acquittal as to all counts.

Argument (by Mr. Smith)

Argument (by Ms. Paluch)

11:16 Court in Recess
11:32 Court in Session

The Court enters findings and ruling on the record.

**ORDERED: The defendant's motion for judgment of acquittal pursuant to Rule 29 on all counts is DENIED.**

11:45 Jury present

Court's comments to the jury

11:47 Court in Recess
01:28 Court in Session

Discussion

Jury present

2

                                              EXHIBITS STIPULATED, OFFERED AND RECEIVED: U and V

01:30 Defendant Rests.

Court's comments to jury

Jury excused until 8:45 tomorrow.

Court's comments

01:39 Court in Recess
02:19 Court in Session

Jury Instruction Conference

**ORDERED:**   Defendant's bond is continued.

02:35 p.m.   Court in Recess
               Trial continued