IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  November 30, 2017 |
| Court Reporter:      Mary George | Time:   three hours and 14 minutes |

_____

Criminal Action No. 16-cr-00054-WJM          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Martha A. Paluch
                                             Bryan D. Fields
     Plaintiff,

v.

2. TRAMMEL THOMAS                            Thomas E. Goodried
                                             Daniel T. Smith
     Defendant.

_____

### COURTROOM MINUTES
_____

JURY TRIAL - DAY FOUR

09:11 a.m.     Court in Session

Court's comments

Defendant is present and on bond.

**ORDERED:**  The jury will be provided lunches during their deliberations.

09:13 Court instructs jury on the law.

09:48 Closing Argument (by Ms. Paluch)

10:15 Court in Recess
10:28 Court in Session

10:28 Closing Argument (by Mr. Smith)

11:08 Closing Argument (by Ms. Paluch)

Alternate juror excused

11:28 Court in Recess
03:05  Court in Session

The Court has received a question from the jury.

Discussion/Argument

03:09 Court in Recess
03:14 Court in Session

Discussion

The parties tender a stipulated response to the jury's question; the response is sent to the jury.

03:17 Court in Recess
03:43 Court in Session

Court's comments

The jury has reached a verdict.

03:45 Jury present

Court's comments to the jury

Jury polled; all answer affirmatively.

03:50 Jury excused with the thanks of the Court.

**ORDERED:  A sentencing hearing is set Thursday, April 12, 2018 at 9:30 a.m.**

The Court addresses the application of § 3143(a)(1) with regard to immediate remand.

Argument/Discussion

The Court enters findings on the record.

The Court finds by clear and convincing evidence that the defendant's conditions of release reasonably assure that he will not flee or pose a danger to the safety of the

community, and that conditions within the meaning of 18 U.S.C. § 3143(a)(1) and Rule 46(c) have been met. Therefore,

**IT IS ORDERED that the defendant is permitted to remain free on bond subject to the conditions of release as set forth in the Magistrate Judge's Order Setting Conditions of Release.**

Court's colloquy with the defendant

04:20 p.m.     Court in Recess
               Trial concluded