*Clerk's*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Case No.   16-cr-00054-WJM                        Date   November 27, 2017

Case Title   United States v. Tramell Thomas

                    Plaintiff         AMENDED WITNESS LIST
             (Plaintiff / Defendant)

| WITNESS & DATE | PROPOSED LENGTH OF TESTIMONY | | | | | |
|---|---|---|---|---|---|---|
| (1) Moss- Monday, 11/27/17 | Direct: | 60 minutes | Cross: | 30 minutes | Total: | 90 minutes |
| (3) Seal- Monday, 11/27/17 | Direct: | 60 minutes | Cross: | 30 minutes | Total: | 90 minutes |
| Carr- Tuesday, 11/28/17 | Direct: | 120 minutes | Cross: | 180 minutes | Total: | 300 minutes |
| (5) Allred- Tuesday, 11/28/17 | Direct: | 60 minutes | Cross: | 25 minutes | Total: | 85 minutes |
| (2) Joseph- Tuesday, 11/28/17 | Direct: | 45 minutes | Cross: | 25 minutes | Total: | 70 minutes |
| (4) Mullett- Tuesday, 11/28/17 | Direct: | 40 minutes | Cross: | 60 minutes | Total: | 100 minutes |
| (6) Stailey- Wednesday, 11/29/17 | Direct: | 120 minutes | Cross: | 30 minutes | Total: | 150 minutes |
| (8) Green- Wednesday, 11/29/17 | Direct: | 60 minutes | Cross: | 120 minutes | Total: | 180 minutes |
| (7) Duncan- Wednesday, 11/29/17 | Direct: | 45 minutes | Cross: | 90 minutes | Total: | 135 minutes |
| (9) Ennis - Wed/Thurs, 11/29-30/17 | Direct | 120 minutes | Cross: | 45 minutes | Total: | 165 minutes |

**Total Direct:   730 minutes (12.2 hours)        Total Cross:  635 minutes (10.6 hours)**