IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Case Number:    16-cr-00054-WJM-2
                United States of America v. Trammel Thomas

## NOTE TO COURT

__X__   We the jury have reached a verdict.

_____   We the jury have a question.

_3:30___  _11-30-17_
**Date & Time**

## Answer from the Court

_____        _____
Date & Time                         Judge William J. Martínez