IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Case Number:       16-cr-00054-WJM-2
                   United States of America v. Trammel Thomas

## NOTE TO COURT

____    We the jury have reached a verdict.

 X      We the jury have a question.

If something Fraudulent is mailed, under the law, is it true that anyone in possesion of that item is aiding add or abeting in the Fraudent crime?

2:30 pm   11-30-17
**Date & Time**

### Answer from the Court

No. But you may consider that evidence when evaluating whether the defendant is guilty of aiding & abetting

30 NOV 2017
15:15
**Date & Time**

Judge William J. Martínez