**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
The Honorable William J. Martinez**

Criminal Case No.:  16-cr-054-2-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**TRAMMEL THOMAS**,

    Defendant.

_____

## VERDICT FORM

_____

## COUNT 1

We, the jury, upon our oaths, do unanimously find the defendant, Tramell

Thomas, in Count One of the Indictment:

        _____        Not Guilty

        X        Guilty

## COUNT 2

We, the jury, upon our oaths, do unanimously find the defendant, Tramell

Thomas, in Count Two of the Indictment:

        _____        Not Guilty

        X        Guilty

## COUNT 3

We, the jury, upon our oaths, do unanimously find the defendant, Tramell

Thomas, in Count Three of the Indictment:

_____        Not Guilty

   X        Guilty

## COUNT 4

We, the jury, upon our oaths, do unanimously find the defendant, Tramell

Thomas, in Count Four of the Indictment:

_____        Not Guilty

   X        Guilty

## COUNT 5

We, the jury, upon our oaths, do unanimously find the defendant, Tramell

Thomas, in Count Five of the Indictment:

_____        Not Guilty

   X        Guilty

## COUNT 6

We, the jury, upon our oaths, do unanimously find the defendant, Tramell

Thomas, in Count Six of the Indictment:

_____        Not Guilty

   X        Guilty

## COUNT 7

We, the jury, upon our oaths, do unanimously find the defendant, Tramell

Thomas, in Count Seven of the Indictment:

_____   Not Guilty

___X___   Guilty

Dated this ___30___ day of ___November___, 2017.

3