# ATTACHMENT

# A

MOA_00000550



Thomas, Tramell Dawan
CNV 1/28/2011 FrontMug
11/13/2012 06:39

Arrest photo, ref. CSPD

Case 11-03873

CITY OF COLORADO SPRINGS
POLICE DEPARTMENT
Records & Identification
Post Office Box 2169
705 South Nevada Avenue
Colorado Springs, CO 80901-2169



CERTIFIED COPY
COLORADO SPRINGS POLICE DEPT.

Records Custodian    #2595/CSPD

Date _9/13/17_

```
                    COLORADO SPRINGS POLICE DEPARTMENT
                            OFFICIAL RECORD
                              MNI DETAIL
  FOR NAME/AGENCY: _____        RELEASED BY: _____   DATE __/__/__
  RUN DATE: 09-13-17                                       USER: PWALKERO
========================================================================

MNI ID : 000745118   LNAME: THOMAS              FNAME: TRAMELL
MNAME  : DAWAN       SUF:     DOB: 02/13/1979
POB    : FT WAYNE       POB ST: IN
RACE: B  SEX: M   HEIGHT: 0600   WEIGHT: 200   HAIR: BLK   EYES: BRO SKIN: DRK
SSN: 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  OLN: 981121157        OLS: CO  OLY:     SID:     1010079
FBI NO:   944342FB2
-------------------------- RESIDENCE INFORMATION --------------------------
ENTER DT   RES ADDRESS                  RES CITY           RES ST  RES ZIP
01/31/12   1129 VERDE DR                COLORADO SPRINGS     CO    80910
03/09/11   3820 RADIANT DR #239         COLORADO SPRINGS     CO    80917
03/09/11   1418 RUSHMORE DR             COLORADO SPRINGS     CO    80910
01/28/11   3820 RADIANT DR #239D        COLORADO SPRINGS     CO    80917
01/28/11   1418 RUSHMORE DR             COLORADO SPRINGS     CO    80910
08/10/01   TERR CORR FAC                CANON CITY           CO
02/06/01   1915 CAPULIN DR              COLORADO SPRINGS     CO    80910
02/19/99   1915 CAPULIN DR              COLORADO SPRINGS     CO    80910
02/17/99   1915 CAPULIN DR              COLORADO SPRINGS     CO
11/20/98   2561 E PIKES PEAK AV M203    COLORADO SPRINGS     CO    80910
11/18/98   2561 E PIKES PEAK AV M203    COLORADO SPRINGS     CO
08/04/98   1915 CAPULIN DR              COLORADO SPRINGS     CO    80910
02/11/98   1915 CAPULIN DR              COLORADO SPRINGS     CO
02/06/98   1915 CAPULIN DR              COLORADO SPRINGS     CO
01/12/98   4098 MORLEY DR               COLORADO SPRINGS     CO    80916
RES PHONE
(719)213-9479
-------------------------- EMPLOYER INFORMATION --------------------------
ENTER DT      EMP NAME                       EMP ADDRESS
              911 DESIGNER PRINTING
              UNEMPLOYED/LABORER
              UNEMPLOYED
              DOC INMATE
              UNEMPLOYED
              UNEMPLOYED/LABOR
              UNEMPLOYED
              NONE
              LABOR READY
              LABOR READY
EMP CITY             EMP ST     EMP ZIP     EMP PHONE
COLORADO SPRINGS        CO                  (   )   -
COLORADO SPRINGS        CO
COLORADO SPRINGS        CO
COLORADO SPRINGS        CO
COLORADO SPRINGS        CO
COLORADO SPRINGS        CO
COLORADO SPRINGS        CO

COLORADO SPRINGS        CO
COLORADO SPRINGS        CO
```

CERTIFIED COPY
COLORADO SPRINGS POLICE DEPT.

Ron Walker #2595/CS PD

Records Custodian

Date 9/13/17

```
                    NO. OF ALIASES :    0
#####################################################################
```

```
                      COLORADO SPRINGS POLICE DEPARTMENT
                               OFFICIAL RECORD
                               TRAFFIC HISTORY
  RELEASED BY: PWALKERO                                    DATE: 09-13-17
===============================================================================

              TRAFF ID: 02111161           MNI ID: 000745118
 LAST NAME               FIRST NAME      MIDDLE NAME        DOB     RACE SEX
 THOMAS                  TRAMELL         DAWAN          02/13/1979   B    M
===============================================================================
 RESIDENCE CD: 1    AG CD:      AGENCY: CSPD          ACDNT NO:   -
 BK #:   -          OFFICER: 2882 CHARLES, THERON A   CASE: 12M02693
 SUMMONS: 2679287   ARREST DT: 01/15/12   DISP DT: 02/13/12   CT: M
 WARRANT:                              OCC DT: 01/15/12
 <------- Original Charge ------>       <-------- Amended Charge --------->
      SECTION      TITLE                     SECTION      TITLE
      10.5.104B    SPEED 5-9 OVER
      DESC                                   DESC
      45/40 ACTUAL 52
 <---- Original Disposition --------- Suspended --------- Final Disposition--->
      FINE :      50.00                                       50.00
      COSTS:
      JAIL :
      POL. DSP:               FINDING: Guilty
      COMMENTS:
 ###############################################################################
```

✱ Ticket Purged

```
                     COLORADO SPRINGS POLICE DEPARTMENT
                             OFFICIAL RECORD
                             CRIMINAL HISTORY
     FOR NAME/AGENCY: SA SANDRA ENNIS, US DEPT OF ED. ORI CO016057Y   RELEASED BY: P
WALKERO  DATE: 09-13-17
=================================================================
               CRIME ID: 00427553            MNI ID: 000745118
LAST NAME                 FIRST NAME     MIDDLE NAME        DOB      RACE SEX
THOMAS                    TRAMELL        DAWAN         02/13/1979   B    M
=================================================================
  RESIDENCE CD: 1    AG CD: 01    AGENCY: CSPD        POL CASE: 98-05404 A
  BK #: 98-02380    OFFICER: 955 BIECHLER, RODNEY T    CASE:
  SUMMONS: 1481504   ARREST DT: 02/06/78   DISP DT: 03/20/98   CT: C
  WARRANT:                              OCC DT: 02/06/78
<------- Original Charge ------>        <-------- Amended Charge --------->
      SECTION       TITLE                   SECTION       TITLE
      18-12-105    CONCEAL WEAPON
      DESC                                  DESC

<---- Original Disposition --------- Suspended --------- Final Disposition--->
      FINE :
      COSTS:
      JAIL :
      POL. DSP:           FINDING: Guilty
      COMMENTS:
################################################################
               CRIME ID: 00463242            MNI ID: 000745118
LAST NAME                 FIRST NAME     MIDDLE NAME        DOB      RACE SEX
THOMAS                    TRAMELL        DAWAN         02/13/1979   B    M
=================================================================
  RESIDENCE CD: 1    AG CD: 01    AGENCY: CSPD        POL CASE: 98-34943 A
  BK #: 98-19907    OFFICER: 1091 BISCARO, STEVEN M SG   CASE:
  SUMMONS:            ARREST DT: 11/18/98   DISP DT:            CT: D
  WARRANT:                              OCC DT:
<------- Original Charge ------>        <-------- Amended Charge --------->
      SECTION       TITLE                   SECTION       TITLE
      18-4-302    ROBBERY AGRVTD
      DESC                                  DESC
      GAB502
<---- Original Disposition --------- Suspended --------- Final Disposition--->
      FINE :
      COSTS:
      JAIL :
      POL. DSP: HLD          FINDING:
      COMMENTS: PIKES PEAK & UNION
################################################################
```

*(handwritten)* ☆ Reports purged.
Final Disposition, =
El Paso Combined Courts
719-452-5000.

MOA_00000554

```
                    COLORADO SPRINGS POLICE DEPARTMENT
                            OFFICIAL RECORD
                            CRIMINAL HISTORY
  FOR NAME/AGENCY: SA SANDRA ENNIS, US DEPT OF ED. ORI CO016057Y   RELEASED BY: P
WALKERO  DATE: 09-13-17
===============================================================================
              CRIME ID: 00463291          MNI ID: 000745118
LAST NAME                  FIRST NAME       MIDDLE NAME          DOB    RACE SEX
THOMAS                     TRAMELL          DAWAN          02/13/1979   B    M
===============================================================================
  RESIDENCE CD: 1   AG CD: 01    AGENCY: CSPD        POL CASE: 98-24701 ☆
  BK #:  -          OFFICER: 69 GIFFORD, LOYAL D      CASE: 98M48263
  SUMMONS: 1550652  ARREST DT: 11/18/98  DISP DT: 04/13/99   CT: M
  WARRANT:                                OCC DT: 07/05/98
<------- Original Charge ------>          <-------- Amended Charge --------->
        SECTION      TITLE                     SECTION       TITLE
        21-6-404     THEFT
        DESC                                   DESC

<---- Original Disposition --------- Suspended --------- Final Disposition--->
        FINE :
        COSTS:
        JAIL :
        POL. DSP:            FINDING: DM ⟶ Dismissed
        COMMENTS:
##################################################################################
              CRIME ID: 00473800          MNI ID: 000745118
LAST NAME                  FIRST NAME       MIDDLE NAME          DOB    RACE SEX
THOMAS                     TRAMELL          DAWAN          02/13/1979   B    M
===============================================================================
  RESIDENCE CD: 1   AG CD: 01    AGENCY: CSPD        POL CASE: 99-04877 ☆
  BK #: 99-02816    OFFICER: 1091 BISCARO, STEVEN M SG  CASE:
  SUMMONS:          ARREST DT: 02/13/99  DISP DT:            CT: D
  WARRANT:                                OCC DT:
<------- Original Charge ------>          <-------- Amended Charge --------->
        SECTION      TITLE                     SECTION       TITLE
        18-4-302     ROBBERY AGRVTD
        DESC                                   DESC
        F-3 MEH649
<---- Original Disposition --------- Suspended --------- Final Disposition--->
        FINE :
        COSTS:
        JAIL :
        POL. DSP: HLD           FINDING:
        COMMENTS: 1915 CAPULIN DR
##################################################################################
```

☆ *Reports purged*

```
                    COLORADO SPRINGS POLICE DEPARTMENT
                             OFFICIAL RECORD
                            CRIMINAL HISTORY
   FOR NAME/AGENCY: SA SANDRA ENNIS, US DEPT OF ED. ORI CO016057Y   RELEASED BY: P
WALKERO  DATE: 09-13-17
=========================================================================
              CRIME ID: 00473802          MNI ID: 000745118
LAST NAME                  FIRST NAME      MIDDLE NAME        DOB    RACE SEX
THOMAS                     TRAMELL         DAWAN          02/13/1979  B    M
=========================================================================
  RESIDENCE CD: 1   AG CD: 01    AGENCY: CSPD        POL CASE:  -
  BK #: 99-02816    OFFICER: 1091 BISCARO, STEVEN M SG   CASE:
  SUMMONS: 1550652  ARREST DT: 02/13/99    DISP DT:              CT: M
  WARRANT: W98107544                       OCC DT:
<------- Original Charge ------>        <-------- Amended Charge --------->
     SECTION     TITLE                    SECTION     TITLE
     21-6-404    THEFT
     DESC                                 DESC
     FTA MEH649
<---- Original Disposition --------- Suspended --------- Final Disposition--->
     FINE :
     COSTS :                              FTA for previous theft
     JAIL :                               Charge- Warrant cut.
     POL. DSP: HLD        FINDING:        Arrested. No Report
     COMMENTS: 1915 CAPULIN DR
#########################################################################
              CRIME ID: 00474007          MNI ID: 000745118
LAST NAME                  FIRST NAME      MIDDLE NAME        DOB    RACE SEX
THOMAS                     TRAMELL         DAWAN          02/13/1979  B    M
=========================================================================
  RESIDENCE CD: 1   AG CD: 21    AGENCY: REGL FUG    POL CASE: 99-02297
  BK #: 99-02816    OFFICER: 87020 REDER             CASE: 99CR618
  SUMMONS:          ARREST DT: 02/19/99    DISP DT:              CT: D
  WARRANT: 99CR618                         OCC DT:
<------- Original Charge ------>        <-------- Amended Charge --------->
     SECTION     TITLE                    SECTION     TITLE
     18-4-401    THEFT
     18-5-205    FRAUD BY CHECK
     DESC                                 DESC
     F-4 MEH649
     F-6 MEH649
<---- Original Disposition --------- Suspended --------- Final Disposition--->
     FINE :

     COSTS :

     JAIL :                               Report purged

     POL. DSP: HLD        FINDING:
               HLD
     COMMENTS: 2739 E LAS VEGAS
               2739 E LAS VEGAS
#########################################################################
```

```
                    COLORADO SPRINGS POLICE DEPARTMENT
                           OFFICIAL RECORD
                          CRIMINAL HISTORY
   FOR NAME/AGENCY: SA SANDRA ENNIS, US DEPT OF ED. ORI CO016057Y   RELEASED BY: P
WALKERO  DATE: 09-13-17
===============================================================================
              CRIME ID: 00900807            MNI ID: 000745118
LAST NAME                 FIRST NAME     MIDDLE NAME        DOB    RACE SEX
THOMAS                    TRAMELL        DAWAN          02/13/1979  B    M
===============================================================================
  RESIDENCE CD: 1    AG CD: 01    AGENCY: CSPD        POL CASE: 11-03873
  BK #: 11-01836    OFFICER: 9616 LAMBERTH, JAMES    CASE:
  SUMMONS:          ARREST DT: 01/27/11    DISP DT:            CT: D
  WARRANT:                                 OCC DT:
<------- Original Charge ------>        <-------- Amended Charge --------->
       SECTION    TITLE                      SECTION      TITLE
       18-7-206   PIMPING
       DESC                                  DESC
       F3 AM2394
<---- Original Disposition --------- Suspended --------- Final Disposition--->
       FINE :
       COSTS:
       JAIL :
       POL. DSP: HLD       FINDING:
       COMMENTS: FILLMORE ST / CENTENNIAL
###############################################################################
              CRIME ID: 00900808            MNI ID: 000745118
LAST NAME                 FIRST NAME     MIDDLE NAME        DOB    RACE SEX
THOMAS                    TRAMELL        DAWAN          02/13/1979  B    M
===============================================================================
  RESIDENCE CD: 1    AG CD: 01    AGENCY: CSPD        POL CASE: 11-03873
  BK #: 11-01836    OFFICER: 9616 LAMBERTH, JAMES    CASE:
  SUMMONS:          ARREST DT: 01/27/11    DISP DT:            CT: D
  WARRANT:                                 OCC DT:
<------- Original Charge ------>        <-------- Amended Charge --------->
       SECTION    TITLE                      SECTION      TITLE
       18-4-302   ROBBERY AGRVTD
       DESC                                  DESC
       F3 AM2394
<---- Original Disposition --------- Suspended --------- Final Disposition--->
       FINE :
       COSTS:
       JAIL :
       POL. DSP: HLD       FINDING:
       COMMENTS: FILLMORE ST / CENTENNIAL
###############################################################################
```

☆ Same report, two charges. Report follows.

```
                    COLORADO SPRINGS POLICE DEPARTMENT
                            OFFICIAL RECORD
                           CRIMINAL HISTORY
   FOR NAME/AGENCY: SA SANDRA ENNIS, US DEPT OF ED. ORI CO016057Y   RELEASED BY: P
WALKERO  DATE: 09-13-17
=================================================================================
              CRIME ID: 00900809           MNI ID: 000745118
LAST NAME                FIRST NAME     MIDDLE NAME      DOB    RACE SEX
THOMAS                   TRAMELL        DAWAN       02/13/1979  B    M
=================================================================================
 RESIDENCE CD: 1    AG CD: 01    AGENCY: CSPD       POL CASE:  -
 BK #: 11-01836     OFFICER: 9616 LAMBERTH, JAMES   CASE:
 SUMMONS:           ARREST DT: 01/27/11    DISP DT:          CT: D
 WARRANT:                                  OCC DT:
<------- Original Charge ------>        <-------- Amended Charge --------->
       SECTION     TITLE                    SECTION      TITLE
       17-2-103    PAROLE VIOLATIO
       DESC                                 DESC
       AM2394
<---- Original Disposition --------- Suspended --------- Final Disposition--->
       FINE :
       COSTS:
       JAIL :
       POL. DSP: HLD           FINDING:
       COMMENTS: FILLMORE ST / CENTENNIAL
#################################################################################
              CRIME ID: 00903912           MNI ID: 000745118
LAST NAME                FIRST NAME     MIDDLE NAME      DOB    RACE SEX
THOMAS                   TRAMELL        DAWAN       02/13/1979  B    M
=================================================================================
 RESIDENCE CD: 1    AG CD: 01    AGENCY: CSPD       POL CASE: 10-24711
 BK #: 11-01836     OFFICER: 1758 GARZA, JOHN H     CASE:
 SUMMONS:           ARREST DT: 03/09/11    DISP DT:          CT: D
 WARRANT:                                  OCC DT:
<------- Original Charge ------>        <-------- Amended Charge --------->
       SECTION     TITLE                    SECTION      TITLE
       18-8-105    ACCESSORY
       18-8-610    EVIDENCE TAMPER
       DESC                                 DESC
       F5 AM2394
       F6
<---- Original Disposition --------- Suspended --------- Final Disposition--->
       FINE :

       COSTS:

       JAIL :

       POL. DSP: HLD           FINDING:
                 HLD
       COMMENTS: CJC
#################################################################################
```

*Handwritten annotations:*
- (next to first Final Disposition) Violated by Parole Warrant only per arrest
- (next to POL CASE: 10-24711) ☆
- (next to EVIDENCE TAMPER) — To Homicide
- (next to second Final Disposition) ☆ Report may be available upon request.

FRS PDF  PCAB-GNQXVL15S5WF0_15 Feb 2011_14.22.42_Complete_Page 1 of 2

# COLORADO SPRINGS POLICE DEPARTMENT
## OFFENSE REPORT

| | |
|---|---|
| ATTRIBUTES | Drugs |
| CASE REPORT NUMBER | 11-03873 |

**TITLE/CLASS/STATUTE/ATTEMPT**
pimping C.R.S. 18-7-206 / Felony 3 / /Completed

**LOCATION OF OCCURRENCE**
3228 N. Chestnut St. #228

| CALL FOR SERVICE # | ZONE | SECTOR |
|---|---|---|
| 11034122 | 2 | 21 |

### OFFENSE

| DATE | DAY OF WEEK | TIME | DATE | DAY OF WEEK | TIME | DATE | DAY OF WEEK | TIME |
|---|---|---|---|---|---|---|---|---|
| DATE/TIME OCCURRED OR STARTED | | | DATE/TIME ENDED (IF APPLICABLE) | | | DATE/TIME REPORTED | | |
| 1/27/2011 | Thursday | 22:00 | 1/28/2011 | Friday | 07:00 | 1/27/2011 | Thursday | 22:00 |

| DATA ENTRY USE | DE MODIFIED (IBM/Date/Fields) | VICTIM SSN | VR FORM No | VICTIM/OFFENDER RELATION |
|---|---|---|---|---|

### VICTIM

**NAME (LAST, FIRST, MIDDLE, SUFFIX)**
State of Colorado

| RACE | SEX | DATE OF BIRTH | AGE |
|---|---|---|---|

**RESIDENCE ADDRESS**
Colorado Springs, CO

HOME/CELL PHONE

| WORK NAME/ADDRESS | WORK PHONE | EMAIL |
|---|---|---|

| BUSINESS NAME (IF BUSINESS IS VICTIM) | BUSINESS ADDRESS | BUSINESS PHONE |
|---|---|---|

### SUSPECT/OTHER PARTIES

| PER # | TYPE | NAME (LAST, FIRST, MIDDLE, SUFFIX) | RACE | SEX | DATE OF BIRTH | AGE |
|---|---|---|---|---|---|---|

| SSN | MNI NUMBER | ID TYPE | ID NUMBER | ALIAS/NICKNAME | VR FORM |
|---|---|---|---|---|---|

**RESIDENCE ADDRESS**
Colorado Springs, CO

HOME/CELL PHONE

| HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR | BUILD | SUMMONS NUMBER(S) |
|---|---|---|---|---|---|

| HAIR STYLE | HAIR LENGTH | FACIAL HAIR | COMPLEXION | TEETH | R/L HAND | EYE WEAR | SPEECH |
|---|---|---|---|---|---|---|---|

SCAR MARK TATTOO (IF YES DESCRIBE IN NARRATIVE)    SUSPECT CAN BE    SUSPECTS VEHICLE CAN BE

CLOTHING/GENERAL APPEARANCE/UNUSUAL CHARACTERISTICS

CERTIFIED COPY
COLORADO SPRINGS POLICE DEPT.

EMPLOYER/WORK ADDRESS    Ron Walker #2545/CSPD    WORK PHONE

Records Custodian

| PERMANENT CONTACT NAME (LAST, FIRST, MIDDLE, SUFFIX) | RELATIONSHIP | RACE | SEX | DATE OF BIRTH |
|---|---|---|---|---|
| Date 9/13/17 | | | | |

PERMANENT CONTACT ADDRESS    HOME/CELL PHONE

### VEHICLE

| VEHICLE RELATION | VEHICLE YEAR | VEHICLE MAKE | VEHICLE MODEL | VEHICLE STYLE | VEHICLE COLORS -- TOP/BOTTOM |
|---|---|---|---|---|---|

| VEHICLE LICENSE NUMBER | VEHICLE VALUE | LICENSE TYPE | LICENSE YEAR | LICENSE STATE | LIC. COLORS -- PRIME/NUMBERS |
|---|---|---|---|---|---|

| VIN | VEHICLE TOWED BY/TO | VEHICLE INSURED BY | OWNER HOME/CELL PHONE |
|---|---|---|---|

| VEHICLE OWNER (LAST, FIRST, MIDDLE, SUFFIX) | VEHICLE OWNER ADDRESS |
|---|---|

| ADDITIONAL VEHICLE INFORMATION | VEHICLE PICKUP ISSUED | GUN PICKUP |
|---|---|---|

### PROPERTY / ITEM

| ITEM # | QTY | CATEGORY | BRAND | MODEL | NIBRS |
|---|---|---|---|---|---|

DESCRIPTION

| SERIAL NUMBER | OAN | STOLEN/DAMAGED | VALUE ($) | RECOVERED ($) |
|---|---|---|---|---|

### PROPERTY / ITEM

| ITEM # | QTY | CATEGORY | BRAND | MODEL | NIBRS |
|---|---|---|---|---|---|

DESCRIPTION

| SERIAL NUMBER | OAN | STOLEN/DAMAGED | VALUE ($) | RECOVERED ($) |
|---|---|---|---|---|

| ADD'L OFFENSES | TITLE/CLASS/STATUTE/ATTEMPT / / / | PICKUP ISSUED FOR SUSPECT | PICKUP CANCELLED | ID CLERK NAME/IBM |
|---|---|---|---|---|

**INCLUDED/FORTHCOMING DOCUMENTS** Dictated Supplement - In Custody
Evidence

| DISPOSITION Cleared by Arrest | EXCEPTIONAL CLEARANCE CATEGORY | NUMBER OF ARRESTS ADULTS JUVENILES | INITIAL ASSIGNMENT | ASSIGNED DATE |
|---|---|---|---|---|

| PATROL INVESTIGATION CONTINUING | WORK UNIT VNI | OFFICER'S SUPERVISOR J. Rodgers | COMPANION NUMBERS 10-37284 = Linked case |
|---|---|---|---|

| OFFICER NAME/NUMBER James Lamberth / 9616 | APPROVING SUPERVISOR Sergeant J. Rodgers 1412 | APPROVAL DATE 2/4/2011 | Follows. |
|---|---|---|---|

Tracking #FRS-8-2006-0015 v4

MOA_00000559

**COLORADO SPRINGS POLICE DEPARTMENT**
**NARRATIVE**

CASE REPORT NUMBER
11-03873

TITLE/CLASS/STATUTE/ATTEMPT

pimping C.R.S. 18-7-206 / Felony 3 / /Completed

On January 27, 2011 beginning at approximately 2200 hours I, ( Detective James Lamberth 9616Z,) who is currently assigned to the Colorado Springs Police Dept. Metro, Vice and Narcotics Div. initiated an case investigation into an illegal escort business that led to an arrest of an individual for pimping. The same suspect was also arrested for AGG. Robbery reference CSPD case investigation # 10-37284. All supplements will be held in Metro VNI until the case is filed with the District Attorney's Office.

OFFICER NAME / NUMBER
James Lamberth / 9616

FRS PDF   PCAB-GNQXVL15SSWF0   15 Feb 2011   14:22:42   Complete   Page 2 of 2

MOA_00000560

FRS PDF  PCAB-GNQXVL16TIH1Z   26 Feb 2011  18:08 10  Complete   Page 1 of 11

**COLORADO SPRINGS POLICE DEPARTMENT**
**NARRATIVE SUPPLEMENT**

CASE REPORT NUMBER
**11-03873**

TITLE/CLASS/STATUTE/ATTEMPT
Pimping C.R.S. 18-7-206 / Felony 3 / /Completed

| VICTIM'S NAME (LAST, FIRST, MIDDLE, SUFFIX) | ZONE | SECTOR |
|---|---|---|
| State of Colorado | 2 | 21 |

11-03873
PIMPING
CRS 18-7-206
02/02/11

**LOCATION OF OCCURRENCE #1:**

MOTEL 6
3228 N. CHESTNUT STREET
COLORADO SPRINGS, CO
ROOM #228

**LOCATION OF OCCURRENCE #2:**

KING SOOPERS PARKING LOT
NEAR INTERSECTION OF W. FILLMORE STREET & CENTENNIAL BOULEVARD
COLORADO SPRINGS, CO

**LOCATION OF OCCURRENCE #3:**

3820 RADIANT DRIVE APT. 239; BLDG D
AKA PARK RIDGE APARTMENTS
3 STORY MULTI FAMILY APARTMENT BUILDING
COLORADO SPRINGS, CO

**ARRESTEE INFORMATION:**

TRAMELL DAWAN THOMAS
BLACK/MALE
DOB: 02/13/79
6'0" TALL
210 POUNDS
BLACK HAIR
BROWN EYES
SSN: 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
LKA as of 01/28/11: 3820 RADIANT DRIVE, APT. 239D, COLORADO SPRINGS, CO 80917
PRIMARY CONTACT TELEPHONE: 719-645-1130

**PERSON OF INTEREST:**

CHRISTINE MARIE DUNCAN
BLACK/FEMALE
DOB: 09/12/86
5'5" TALL
140 POUNDS
BLACK HAIR
BROWN EYES
SSN: 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
COLORADO D.L.: 01-330-0640 ...

| DISPOSITION | EXCEPTIONAL CLEARANCE CATEGORY | OFFICER'S SUPERVISOR |
|---|---|---|
| Cleared by Arrest | | J. Rodgers |

| OFFICER NAME/NUMBER | WORK UNIT | APPROVING SUPERVISOR | APPROVAL DATE |
|---|---|---|---|
| James Lamberth / 9616 | VNI | Sergeant J. Rodgers 1412 | 2/26/2011 |

TRCK #FR8-8.2009.0018 v2

| COLORADO SPRINGS POLICE DEPARTMENT NARRATIVE OVERFLOW | CASE REPORT NUMBER 11-03873 |
|---|---|

**GEN**

TITLE/CLASS/STATUTE/ATTEMPT

Pimping C.R.S. 18-7-206 / Felony 3 / / Completed

Overflow from Narrative:

**LKA: 3820 RADIANT DRIVE, APT. #239; BLDG D, AKA PARK RIDGE APARTMENTS, COLORADO SPRINGS, CO**
**LAST CONTACT TELEPHONE: 719-645-1130**

I, Detective James L. Lamberth 9616Z, am a sworn police officer for the Colorado Springs Police Department (CSPD). I have been employed as a police officer in the state of Colorado since 1990 and am currently assigned to the CSPD Metro Vice, Narcotics and Intelligence Division. Metro VNI is a multi agency co-located drug task force designated to investigate, control, and prevent the illegal sale, possession, and/or manufacturing of illegal narcotics. Units of Metro VNI conducts in depth investigations of major drug trafficking organizations, gangs involved in the drug trafficking, money laundering operations, and prostitution throughout El Paso and Teller Counties. I am responsible for the investigation of individuals or groups of individuals involved in the street and mid level distribution of narcotics and prostitution.

**DETECTIVE'S STATEMENTS:**

On 11/11/10, I (**Detective James L. Lamberth 9616Z**) learned Colorado Springs Police Department patrol officers were dispatched to the Residence Inn, located at **3880 N. Academy Boulevard, Colorado Springs, CO**, to investigate a reported personal robbery involving a weapon. Upon arrival, officers contacted the victim/reporting party, who was identified as **David S. White**; Black male; DOB: 06/18/62. Mr. White told officers that he had been seeing a 24 year old female escort; h e had seen advertising on the internet under several different names to include **Christine** and **Harmony**. Mr. White described AKA Christine/Harmony as being a Black or Indian (he described as Middle Eastern) female mix, 24 years of age, approximately 5'5" tall, 125 pounds, long dark hair, blond streaks in it. Mr. White stated that on 11/10/10, he contacted AKA Christine/Harmony at a telephone number advertised on her website and subsequently made contact with AKA Christine/Harmony. Mr. White stated that he asked AKA Christine/Harmony to spend the evening with him at which time she replied it would cost him $260.00 for an hour. Mr. White stated that he agreed to pay AKA Christine/Harmony the fee for her company and on 11/10/10 she arrived at his room, located at the Residence Inn. Mr. White stated that they drank wine and had sex throughout the evening into the early morning hours of 11/11/10. Mr. White stated that at approximately 4:00a.m. or 5:00a.m. On 11/10/10 he was awaken by AKA Christine/Harmony texting on her cell phone. Mr. White stated that he assumed AKA Christine/Harmony was attempting to contact her driver for a ride home from his hotel room.

Mr. White stated that approximately 20 minutes later an unknown person began knocking on the front entrance door to his hotel room. Mr. White stated that AKA Christine/Harmony answered the door and an unknown Black male, wearing a knit cap covering his face with openings for eyes and mouth, walked into the hotel room. Mr. White further described the suspect's clothing as being green in color fleece sweater and blue and white athletic shoes. Mr. White stated that the Black male then pointed a silver in color semiautomatic pistol in the direction of his head and told him to get on the ground. Mr. White believed that the weapon was a .45 caliber semiautomatic pistol. Mr. White stated that he obeyed the unidentified Black male's orders and laid on the floor. The Black male then rummaged through his belongings and subsequently took Mr. White's cellular telephone, a Hewlett Packard laptop computer, 1 Cannon camera and an Armitron wristwatch. Mr. White stated that the unidentified Black male also took $500.00 in United States currency from his possession. Mr. White stated that while the unidentified Black male was rummaging through his belongings, he told AKA Christine/Harmony to get her things several times. Mr. White stated that after the unidentified Black male completed searching his hotel room, he turned to AKA Christine/Harmony and stated "Bitch get your shit up". Mr. White stated that AKA Christine/Harmony and the unidentified Black male both left his hotel room in an unknown direction. Mr. White feels that the unidentified Black male and AKA Christine/Harmony know each other, because she left with him without displaying any signs of duress.

Mr. White then provided Colorado Springs Police Department patrol officers with the website he used to contact AKA Christine/Harmony. Officers identified the website as www.backpage.com <http://www.backpage.com>. I note that I am familiar with the website www.backpage.com <http://www.backpage.com> as a website utilized by independent female escorts and escort agencies to advertise to advertise their services on the internet. Some of the advertisements are sexual explicit in nature and some of the websites do not provide any sexual explicit advertisements; only a contact telephone number at which time the independent or agency escort will explain to their customers their various services that they provide. Copies of the webpage that Mr. White used to contact ...

**NARRATIVE**

**VER CSPD 07/11/06**

**CERT**

| OFFICER NAME / NUMBER James Lamberth / 9616 | FRS PDF  PCAB-GNQXVL15TIH1Z  26 Feb 2011  16:08:10  Complete  Page 2 of 11 |
|---|---|

MOA_00000562

**COLORADO SPRINGS POLICE DEPARTMENT**
**NARRATIVE OVERFLOW**

CASE REPORT NUMBER
11-03873

TITLE/CLASS/STATUTE/ATTEMPT

GEN

Pimping C.R.S. 18-7-206 / Felony 3 / / Completed

Overflow from Narrative:

AKA Christine/Harmony were obtained from the internet by Colorado Springs Police Department officers and placed into evidence as part of their investigation.

On Monday 11/15/10, **Lt. John Godsey 080Z**, who is assigned to the Metro Vice, Narcotics/Intelligence Division received an email from **Commander Kurt Pillard 402**, of the Colorado Springs Police Department in ref to the robbery of Mr. David White while inside a hotel room at the Residence Inn, located at **3880 N. Academy Boulevard, Colorado Springs, CO**. The email read that Commander Pillard observed the story of the robbery on a local Colorado Springs, CO news channel and asked if one of our detectives were involved in the investigation, because of the vice related origins of the investigation. Commander Pillard then asked if one of our detectives were not involved if we could assist the robbery unit with this investigation. I then reached out to **Detective Scott Schneider 2769**, who is a detective with the Colorado Springs Police Department Robbery Division. I informed Detective Schneider that I possessed some knowledge in investigating illegal prostitution advertised on the internet; specifically in the City of Colorado Springs, Denver and Pueblo. I informed Detective Schneider via email that I have read the case investigation involving the robbery that occurred on 11/11/10 at the Residence Inn and have observed other postings from the same described female escort that was involved in the robbery on 11/11/10. I informed Detective Schneider that I will assist him in any way in this investigation to include attempting to contact the female escort, obtain a prostitution related deal with that female escort and then contact Detective Schneider in hopes of conducting an interview with that said female escort.

During my tenure assigned to the Colorado Springs Police Department Metro Vice, Narcotics/Intelligence Division, I obtained some knowledge of the operational procedures of independent female escorts, escort agencies and persons I have arrested for pimping based on their involvement with escort agencies and identifying their sole source of income was from illegal prostitution activities.

NARRATIVE

During my tenure on Metro VNI, I have investigated or had been a part of investigations involving illegal prostitution being advertised on several internet websites. I also investigated and charged 2 female suspects for pimping. While assisting Robbery Detective Scott Schneider with this investigation, which was all documented and recorded under Colorado Springs Police Department case report **10-37284**; entitled Aggravated Robbery, I observed several photographs on a website entitled sipsap.com of the female I believed was involved or had knowledge of the robbery that occurred on 11/11/10 at the Residence Inn.

I note that the specific website I observed of the female; she identified herself as Harmony. Also displayed on the website were approximately 5 photographs that matched the description provided by the victim (David White) of the female escort, AKA Christine/Harmony, who was hired by Mr. White during the evening hours before the robbery occurred on 11/11/10. I note that each photograph displayed on the sipsap.com website for Harmony, the female is showing her face and some of the photographs display her full figure. This specific website appeared to be created along with the photographs during the month of October 2010. I then began observing advertisements on www.backpage.com <http://www.backpage.com>, which is a website similar to Craigslist.com and openly advertises for adult entertainment/Colorado Springs escorts. I found an advertisement where a female was identifying herself as **Mariah**, with a telephone number of 719-217-0542. I note that the female in the 3 photographs displayed on the website matched the physical description of AKA Harmony on AKA Harmony's website that was advertised on sipsap.com. The only difference was in this advertisement the female is completely covering her face with her long dark in color hair and the contact number and name has changes. I note that this webpage advertisement appeared to be posted on 12/14/10. This was approximately a month after the apparent robbery that occurred at the Residence Inn on 11/11/10.

I also located another independent female escort advertisement again on www.sipsap.com <http://www.sipsap.com>. This profile appeared to be created on 11/19/10. There were approximately 5 photographs of a female with long dark hair matching the description of AKA Harmony's and AKA Mariah's web advertisements that I have observed. In the web advertisement created on 11/19/10 again the female is concealing her face either totally or just displaying one eye and a part of her face where it would be extremely difficult to identify her by facial features. The contact telephone number for **AKA Mystery** was 719-217-0225. I again, based on the physical appearance of the 3 females; believe that the 3 females were in fact one in the same female who was tentatively identified only by the first name of Harmony.

...

CERT     VER CSPD 07/11/06

OFFICER NAME / NUMBER
James Lamberth / 9616

FRS PDF   PCAB-GNQXVL15TIH1Z   28 Feb 2011   18:08:10  Complete    Page 3 of 11

MOA_00000563

**COLORADO SPRINGS POLICE DEPARTMENT**
**NARRATIVE OVERFLOW**

CASE REPORT NUMBER
11-03873

GEN

TITLE/CLASS/STATUTE/ATTEMPT
Pimping C.R.S. 18-7-206 / Felony 3 / / Completed

Overflow from Narrative:

Between November of 2010 and January of 2011, I attempted to contact the female advertising under several different aliases and telephone numbers. Each time I attempted to contact the specific telephone number listed as a contact number on each individual webpage advertisement, an automated response would reply "This number is not valid".

Beginning in the week of 01/24/11, I observed a webpage advertisement on www.backpage.com <http://www.backpage.com> for a female advertising under the name of Jazmine, with a contact telephone number of 719-645-1130. There were several photos displayed on the webpage advertisement, which matched the physical description of AKA Harmony's, AKA Mariah's and AKA Mystery's webpage photographs. The photographs appeared to have been taken outdoors at an unknown location. I then advised **Detective Sgt. Jimmy Rodgers 1412Z**, of the new possible contact number of the female I believe may have some information on the robbery that occurred on 11/11/10. Also located 2 additional webpage advertisements of independent female escorts described only as White females, who displayed on their webpage advertisements the same contact telephone number of 719-645-1130 as was displayed on AKA Jazmine's webpage. Having obtained 2 additional possible females being involved with AKA Jazmine; I initiated a prostitution related operation, which would occur on 01/27/11. The operation involved me posing as a potential customer and attempt to contact AKA Jazmine at the telephone number of 719-645-1130 and arrange to purchase her services, which were not advertised on the specific website found on www.backpage.com <http://www.backpage.com>. If a prostitution related contact was achieved then uniformed patrol officers would contact AKA Jazmine and I at her in-call location in order not to compromise the identities of the rest of the Metro 50s Street Impact Team for future prostitution related transactions in an attempt to contact the female involved if AKA Harmony was not contacted during my operation.

On 01/27/11 beginning at 1700 hours, I began placing recorded telephone calls to the telephone number of 719-645-1130 to attempt to contact AKA Jazmine. On 01/27/11, I was able to contact a female at the above listed telephone number, who identified herself as Jazmine. I asked if I could make an appointment with AKA Jazmine and how much money did I need. AKA Jazmine asked how long I wanted the appointment for at which time I stated an hour. AKA Jazmine stated that an hour appointment would cost $260.00 at which time I told AKA Jazmine that I agreed to the price for the hour long appointment and I had to obtain a hotel room for our appointment. AKA Jazmine then told me that I should just come to her in-call location, located at the Motel 6 near the intersection of **I-25 and W. Fillmore Street**. AKA Jazmine did not provide the specific hotel room number as this is a normal practice by independent female escorts and/or escort agencies not to provide the specific motel room to avoid detection by law enforcement and to avoid customers who just want to come by and for safety reason. After we both agreed to meet at the Motel 6 in Colorado Springs, CO, I ended the conversation with AKA Jazmine.

I conducted a briefing with detectives from the Metro 50s Street Impact Team on the upcoming operation and with members of the El Paso County Crime Reduction Unit, who are assisting up with a uniform presence only, during the operation to maintain the security of the rest Metro 50s Street Impact Team's undercover identities.

On 01/27/11, I, along with detectives from the Metro 50s Street Impact Team and deputies from the El Paso County Sheriff's Office Crime Reduction Unit all arrived in the area of the Motel 6 with a physical address of **3228 N. Chestnut Street, Colorado Springs, CO**. I began placing telephone calls to AKA Jazmine at the telephone number of 719-645-1130 to notify her that I was in the area and was prepared to begin our hour long session and also to obtain a specific room number.

At approximately 2055 hours, I was able to contact a female, who identified herself as Jazmine. AKA Jazmine asked if I could give her approximately 10 more minutes prior to responding to the Motel 6 to begin our session. I agreed to do so and ended our conversation.

At approximately 2110 hours, a deputy assigned to the El Paso County Sheriff's Office Crime Reduction Unit observed a Black male and what appeared to be a Black female with long hair, wearing dark color clothing, exit room #225 of the Motel 6, walk around to the northeast side of the motel on the second floor landing and enter an unknown room on the other side. The deputy also aired that shortly after he observed the 2 emerge from room #225, the Black male returned to room #225 alone, reenter the room and close the door behind him. Surveillance ...

CERT

OFFICER NAME / NUMBER
James Lamberth / 9616

FRS PDF  PCAB-ONQXVL15TIH1Z  28 Feb 2011  18:08:10  Complete  Page 4 of 11

MOA_00000564

**COLORADO SPRINGS POLICE DEPARTMENT**
**NARRATIVE OVERFLOW**

| CASE REPORT NUMBER |
|---|
| 11-03873 |

TITLE/CLASS/STATUTE/ATTEMPT

GEN

Pimping C.R.S. 18-7-206 / Felony 3 / / Completed

Overflow from Narrative:

NARRATIVE

detectives were able to determine that the Black male walked the Black female over to room #228, which is located on the second floor, northeast side of the motel, with the front entrance door facing east. Room #225 is on the same second floor level; however, the front entrance door faces west. Surveillance detective also were able to determine that a red I color newer model Toyota sedan, bearing Colorado license plate #449WGP parked in the northwest section of the parking lot directly under room #225. Surveillance detectives and deputies believed that this red in color Toyota sedan was associated with the Black male and Black female they observed exiting room #225 and subsequently the female entering room #228.

Between 2110 hours and 2124 hours, I attempted to contact AKA Jazmine at the telephone number of 719-645-1130 with no answer. At approximately 2124 hours, I received an incoming call from the telephone number of **719-645-1130**. The female on the other end of the line identified herself as Jazmine and started to provide instructions to me to park in the back of the motel, because she did not want the management to think that she was receiving a lot of traffic and walk up the northwest flight of stairs and at that time call her again and she would then provide the exact number of the hotel room that she was in.

At approximately 2132 hours, I advised surveillance detectives and deputies of the contents of the latest phone call I had with AKA Jazmine. I then agreed with surveillance detectives and deputies that if I was instructed to enter room #228 that we would abort the operation and then conduct stationary surveillance until the black make was observed exiting room #228 at which time deputies from the El Paso County Sheriff's Office Crime Reduction Unit would contact the male in reference to the activities that were observed earlier on today's date. Another reason why we implemented this option into our operation is because of the aggravated robbery that occurred at the Residence Inn in November 2010 where a Black male was suspected of being a driver for AKA Harmony and that the driver/Black male suspect knew or had knowledge of which room AKA Harmony and her male client/victim was occupying.

At approximately 2132 hours, I arrived in the rear west parking lot of the Motel 6, located at 3228 N. Chestnut Street. I re-contacted AKA Jazmine, who informed me to walk up the northwest stairwell of the hotel, which is right next to room #228 at which time place another telephone call to her and she would provide the room. Surveillance detectives, deputies and I did not feel comfortable with that scenario provided by AKA Jazmine. I then drove around to the east side of the hotel room and chose a parking spot where I could clearly see room #228 and where surveillance detectives were conducting visual observations on room #228 and #225. I then re-contacted AKA Jazmine and told her that I was unable to find a parking spot on the west side of the hotel and I'm now parked in the east side. AKA Jazmine then told me that she was waiting for more in room #228.

I then walked up a flight of stairs located in the center (southeast side) of the hotel, clearly away from where room #225 is located and subsequently contacted AKA Jazmine in room #228. As soon as AKA Jazmine opened the door, I immediately recognized her from the photographs on the webpage created in October 2010 as AKA Harmony, the female that was hired by the victim (David White) during the robbery in November of 2010. Upon entering the room, I was able to determine that myself and AKA Jazmine were the only 2 inside the hotel room. AKA Jazmine and I sat on the bed together and began discussing the terms of the session. I asked AKA Jazmine what type of services she provides. AKA Jazmine stated that she is "full service". The term full service based on my training experience with investigating or being part if investigating over 25 independent female escorts or escort agencies involved in illegal prostitution is used by independent female escorts and employees of escort agencies to inform their clients that they will perform sexual intercourse to completion with their clients without actually saying those words to evade detection by law enforcement agencies. AKA Jazmine then stated that some of her services were all inclusive and some are not. AKA Jazmine then asked me what price did we agree upon for the session. I informed her $260.00 and then handed her $260.00 of prerecorded Metro VNI buy funds. AKA Jazmine took the buy funds and placed them into her wallet. AKA Jazmine then stated that we would engage in a "straight fuck and a little head" (oral sex).

At approximately 2145 hours, having exchanged buy finds with AKA Jazmine, I provided an arrest signal at which time deputies assigned to the El Paso County Sheriff's Office Crime Reduction Unit knocked on the front entrance door to room #228. AKA Jazmine immediately called an unidentified male on her cell phone and asked if that male was at the front door of her room. I could hear the male on the other end of the line state "no what's going on" at which time I responded to the front door and opened it for the El Paso County Sheriff's Office ...

CERT.   VER CSPD 07/11/06

OFFICER NAME / NUMBER
James Lamberth / 9616

FRS PDF   PCAB-GNQXVL15TIH1Z   26 Feb 2011  18:08:10  Complete   Page 5 of 11

MOA_00000565

COLORADO SPRINGS POLICE DEPARTMENT
NARRATIVE OVERFLOW

CASE REPORT NUMBER
11-03873

TITLE/CLASS/STATUTE/ATTEMPT
Pimping C.R.S. 18-7-206 / Felony 3  / / Completed

Overflow from Narrative:

deputies.

They placed both of us into custody and escorted me out of the room and began asking AKA Jazmine for her identification and explaining to her the reasons why her and I were being contacted. Due to the time frame of the contact, surveillance detectives were able to maintain visual surveillance on the red in color Toyota sedan now occupied by an unidentified Black male driver and an unidentified Hispanic female passenger. As the vehicle was leaving the parking lot of the Motel 6 the Hispanic female exited the vehicle and subsequently contacted deputies who were conducting the prostitution related investigation at room #228 with AKA Jazmine. During the preliminary investigation, deputies were able to positively identify AKA Jazmine with valid Colorado driver's license as **Christine Marie Duncan**; a Black female, DOB 09/12/86. Colorado driver's license #01-330-0640. The address of Christine Duncan's driver's license read **528 Red Deer Road, Franktown, CO 80116**. The heavyset Hispanic female observed exiting the newer model red in color Toyota sedan and contacting deputies at room #228 was identified as **Lola Thomas**, who is a relative or the ex-wife of the arrestee, who was later identified as the driver of the red in color Toyota sedan and the Black male who escorted Christine Duncan from room #225 over to room #228.

At this time, surveillance detectives were able to maintain visual surveillance on the red in color Toyota sedan occupied by the Black male, who was later identified as the arrest **Tramell Thomas**. A traffic stop for a traffic violation was conducted on the red in color Toyota sedan and Mr. Tramell Thomas was then detained pending investigation on the prostitution related activities of Christine Duncan and subsequent interviews. During the traffic stop on the vehicle that Tramell Thomas was driving, detectives were able to determine that Tramell Dawan Thomas, Black male, DOB 02/13/79, was currently a parole client and in supervised parole status for aggravated robbery and did have a stint in the Colorado Department of Corrections during the late part of 1990s and the early part of 2000. At that time Detective Sgt. Jimmy Rodgers reached out to the Colorado Department of Parole in an attempt to contact Tramell Thomas's parole agent pending the preliminary investigation into possible pimping case involving Tramell Thomas and possibly being the suspect of the personal robbery, which occurred at the Residence Inn in November 2010.

Also during this time frame, deputies from the El Paso County Sheriff's Office Crime reduction Unit and detectives from the Metro 50s Street Impact Team contacted the 2 occupants still in room #225. The 2 occupants were positively identified as **Alexandra Trujillo**, Hispanic female, DOB 11/16/91 and **Heather Elizabeth Carr**, White female, DOB 10/25/77. I note that Alexandra Trujillo and Heather Carr were the 2 females advertising on the www.backpage.com <http://www.backpage.com> along with Christine Duncan as escorts and all 3 utilizing the contact phone number of 719-645-1130.

I was then contacted by Metro VNI Detective Reuben Crews 3560Z, who advised me that Christine Duncan is trying to convince him that I was her boyfriend and that we were both from the City of Denver Colorado, we had rented the room together and she has no idea why she is being contacted by the police. I then contacted Christine Duncan and identified myself as a detective assigned to the Colorado Springs Police Department Metro Vice and Narcotic Unit. I informed her that we agreed upon several sexual acts in exchange for money, which is illegal and deemed to be prostitution. I then showed Christine Duncan several of the webpage advertisements with her photographs on them and asked her to positively identify the female in those photographs. Christine Duncan did identify the photographs as being her. I explained to Christine Duncan the reason why I specifically chose her to conduct an audit of her web pages and informed her that I believe she witnessed a robbery or was involved in a robbery, which occurred at the Residence Inn in Colorado Springs, CO, in November of 2010. I then asked Christine Duncan if she would be willing to discuss with me that aggravated robbery investigation and her arrest on today's date. Christine Marie Duncan agreed to do so at which time I then advised her of the Miranda Warning on 01/27/10 at approximately 2310 hours.

## MIRANDA WARNING

You have the right to remain silent.
Anything you say can and will be used against you in a court of law.
You have the right to talk to a lawyer and have him present with you while being questioned.
If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning, if you wish ...

OFFICER NAME / NUMBER
James Lamberth / 9616

FRS PDF   PCAB-GNQXVL15TIH1Z   28 Feb 2011  16:08:10  Complete   Page 6 of 11

COLORADO SPRINGS POLICE DEPARTMENT
**NARRATIVE OVERFLOW**

CASE REPORT NUMBER
11-03873

TITLE/CLASS/STATUTE/ATTEMPT
Pimping C.R.S. 18-7-206 / Felony 3 / / Completed

GEN

Overflow from Narrative:

one.

After I read the Miranda Warning to Christine Duncan, I asked her if she was willing to discuss those cases with ne now at which time she shook her head up and down in a yes motion. I asked her to respond verbally; however, she did not, she continued to just shake her head up and down. I asked her if she understood her rights that I had explained to her at which time she shook her head up and down in a yes motion.

I asked Christine Duncan if she remembers a Black male client that she saw in November 2010. Christine Duncan did refer to the Black male client she saw twice in November 2010 by the first name of David. I was able to confirm at that time that Christine Duncan was referring to the victim of the robbery that occurred on 11/11/10 as David White. Christine Duncan relayed that she had seen David for a session earlier in the month of November 2010 and that she was re-contacted by David on 11/10/10, because he was in town on personal reasons concerning 3 deaths that had occurred in his family during that same week and that he contacted her for companionship. Christine Duncan stated that she and David agreed upon $260.00 for an hour long session and that her boyfriend, who she positively identified as Tramell Thomas (DOB: 02/13/79) drove her to David's in-call location, located at the residence Inn in Colorado Springs, CO. Christine Duncan stated that she arrived at David's room during the early evening hours of 11/10/10 and they began playing a card game of which the loser had to drink a glass of wine. AKA Christine stated at this point they were both extremely intoxicated and she told David that she was hungry. Christine Duncan stated that David then called a friend of his over to his hotel room who Christine Duncan identified by the last name or moniker of **Smit** or **Schmidt**. Christine Duncan described AKA Smit or Schmidt as being an Asian mixed male, older then David.

Christine Duncan stated that when AKA Smit or Schmidt arrived at the door, David asked her to answer the door in the nude for his friend. Christine Duncan stated that she agreed to do so and answered the door in the nude for AKA Smit or Schmidt. AKA Smit or Schmidt entered the hotel room and agreed to go and get all of them something to eat. Christine Duncan stated a few minutes later, AKA Smit or Schmidt returned to David's hotel room with food. Christine Duncan stated that she believed it was Chinese take-out food. Christine Duncan stated that after her, AKA Smit or Schmidt and David ate, all 3 engaged in "sexual acts". Christine Duncan would not further elaborate on the terms "sexual acts" and proceeded with her statements. Christine Duncan then stated that after they all 3 perform sexual acts AKA Smit or Schmidt left the hotel room.

NARRATIVE

Christine Duncan stated that David began asking her to stay with him longer and showed her 2 stacks of money and told her that money is no problem if she would stay, because he was grieving from the deaths of his family members. Christine Duncan claimed she then called Tramell Thomas and told him that David wanted her to stay longer. Christine Duncan then identified Tramell Thomas as her boss and that he makes all of the decisions concerning the escort business. Christine Duncan stated that Tramell told her that she could stay a little bit longer as long as he was willing to pay for the extra sessions. Christine Duncan stated that she told Tramell Thomas that David again a lot of money and that he was willing to pay for the extra session. Christine Duncan stated that she then ended her conversation with Tramell Thomas and began having sex with David. Christine Duncan stated after having sex with David, they both fell asleep and did not wake up until the early morning hours of 11/11/10.

Christine Duncan stated that when she awoke, she began sending text messages to Tramell Thomas to come pick her up from David's hotel room. She stated a short time later David woke up and they were both startled by a loud knock on the front entrance door of David's hotel room. Christine Duncan stated that she and David asked who was at the door at which time a male voice replied "management". Christine Duncan claimed that David told her to answer the door at which time she got out of bed and answered the door in the nude. Christine Duncan stated that when she opened the door she immediately recognized the male standing at the door was Tramell Thomas; her boyfriend/boss. She stated that Tramell Thomas was wearing a black ski mask and holding silver semiautomatic weapon. Christine Duncan stated that she immediately recognized the male as Tramell Thomas, because she had been dating him off and on since September 2010 and believed that since she was texting Tramell Thomas to some to the room and pick her up that he was the only person that could have been at the door with the handgun and the ski mask at the time. Christine Duncan stated that Tramell Thomas pushed her out of the way and began asking the victim (David) for the money and appeared to be angry with both of ...

VER CSPD 07/11/06

OFFICER NAME / NUMBER
James Lamberth / 9616

FRS PDF  PCAB-GNQXVL15TIH1Z  28 Feb 2011  18:08:10  Complete  Page 7 of 11

CERT

MOA_00000567

COLORADO SPRINGS POLICE DEPARTMENT
**NARRATIVE OVERFLOW**

CASE REPORT NUMBER
11-03873

TITLE/CLASS/STATUTE/ATTEMPT
Pimping C.R.S. 18-7-206 / Felony 3  / / Completed

Overflow from Narrative:

them, because she had spent so many hours here with David without being properly compensated. She states at one point Tramell Thomas knocked her down to the floor striking her in the face near one of her eyes and kicking her in the side of her torso. Christine Duncan stated that during this time Tramell Thomas continued to complain about the time she spent with David in the hotel room and not being property compensated. Christine Duncan stated that Tramell Thomas then ordered her to gather her belongings and wait for him at the car. Christine Duncan claimed that during this time she did not really know what was going on other than she was extremely intoxicated from drinking so much wine with David earlier in the evening and early morning hours of 11/11/10; however, she stated that she was able to get dressed and as she exited the hotel room, she turned around to wait for Tramell Thomas to exit the hotel room also, because she did not know where the car was at. Christine Duncan stated that a few minutes later Tramell Thomas came out and they ran to the area where Tramell Thomas parked the car.

I asked Christine Duncan what kind of car Tramell Thomas had at that time. Christine Duncan described the car as being a white sedan, possibly a Chrysler 300. Christine Duncan went on to explain that she does not know cars very well, but she is pretty sure that is the type of vehicle Tramell Thomas owned at the time.

Christine Duncan went on to explain that the next day when she awoke she was sore on her face near her eyes and the left side of her stomach. She then asked Tramell Thomas what happened; however, she did not state what Tramell Thomas told her would happen the night before. Christine Duncan claimed that she could not remember what Tramell Thomas's response was. Christine Duncan claimed that she then was able to retrieve some of the victim's (David) personal belongings to include the laptop and a camera. Christine Duncan stated that she then attempted to contact David at the Residence Inn Hotel; however, they stated he had checked out of the hotel.

 Christine Duncan stated that the hotel management did give her some personal information on David; however, she was still unable to contact him. Christine Duncan stated that she then attempted to contact the victim's (David) friend who was identified by Christine Duncan as Smit or Schmidt; however, she was unable to contact David's friend also. Christine Duncan stated that she did remember while Tramell Thomas was inside the hotel room with the gun and ski mask, he only could find $500.00 in cash. Christine Duncan stated that Tramell Thomas continued to ask the victim (David) for the rest of the money; however, David replied that he did not have any more money and told Tramell Thomas to take everything, "I just want you to leave the hotel room". Christine Duncan stated that the victim (David) first stated "Take everything except for my laptop, because I use it for work"; however he then reversed his statements and stated "you can also take the laptop, just leave the room".

Christine Duncan stated that after the robbery Tramell Thomas exited the hotel room and they both ran to the car parked near the Residence Inn Hotel. Christine Duncan claimed that then next morning she was sore on her left side her eye after Tramell Thomas struck her during the robbery. Christine Duncan claimed that she attempted to return David's laptop computer and other personal belongings; however, she was unable to contact him through the hotel employees providing information on David White.

I asked Christine Duncan if she knows where the semiautomatic pistol used in the robbery is at this point. Christine Duncan claimed that she only saw it one more time after the robbery, which was sometime in December of 2010. She stated that Tramell Thomas had it out on the kitchen table in a gun box and she is afraid of guns so she told Tramell Thomas to put it away. Christine Duncan then made the comment that if she had committed the robbery, she would not keep the gun or any of the items taken from the robbery at their apartment.

I then asked Christine Thomas if she still lived in Franktown Colorado, which is listed on her Master Name Index files and on the Colorado driver's license she presented during our contact. Christine Duncan stated that address located in Franktown Colorado belongs to her parents and she had not lived there for a while. Christine Duncan stated that she has lived off and on with Tramell Thomas in an apartment located near the intersection of Maizeland Road and Academy Boulevard. Christine Duncan then volunteered to show detectives the exact address where she resides with Tramell Thomas.

...

OFFICER NAME / NUMBER
James Lamberth / 9616

FRS PDF  PCAB-GNQXVL15TIH1Z  28 Feb 2011  18:08:10  Complete   Page 8 of 11

MOA_00000568

**COLORADO SPRINGS POLICE DEPARTMENT**
**NARRATIVE OVERFLOW**

CASE REPORT NUMBER
**11-03873**

TITLE/CLASS/STATUTE/ATTEMPT
Pimping C.R.S. 18-7-206 / Felony 3  / / Completed

Overflow from Narrative:

I asked Christine Duncan during the time frame she lived with Tramell Thomas has she ever seen a duffel bag with a new Denver Bronco emblem on the side or did she have any knowledge of his activities during the day. Christine Thomas claimed that she did not have any knowledge of Tramell Thomas's activities during the day and reiterated that all did was work to pay the bills. Christine Duncan defined the word work as the escort business. She stated that between September 2010 and today's date, she has made between $5000.00 to $7000.00 and it was all given to Tramell Thomas to, "pay bills". Christine Duncan stated that on today's date, she made approximately $700.00 in various male customers and stated that Tramell Thomas should be in possession of over $700.00 of United States currency. I note that detectives who were in contact with Tramell Thomas on the traffic stop stated that he was in possession of approximately $726.00 in United States currency. I asked Christine Duncan if she did not work as an escort for Tramell Thomas was she in fear of being harmed by Tramell Thomas. Christine Duncan stated no she was not in fear of Tramell Thomas; however. She did reiterate that she worked as an escort in order to pay for Tramell Thomas's bills, because she was in love with him and they were having plans to get married. Christine Duncan stated that to the best of her knowledge Tramell Thomas has not worked since she began working as an escort in September of 2010. Christine Duncan confirmed that Tramell Thomas's sole source of income is through her escort/prostitution activities.

I showed Christine Duncan the 2 photographs of the females who were contacted on room #225, who were subsequently identified as Alexandra Trujillo; Hispanic female; DOB: 11/16/91 and Heather Carr; White female; DOB: 10/25/77. Christine Duncan claimed that Alexandra Trujillo and Heather Carr were just friends of her and they were all staying in room #225 while she saw various male clients. Christine Duncan would not elaborate whether or not Alexandra Trujillo or Heather Carr were working for Tramell Thomas as escorts. I note that the back page website I observed displaying Christine Duncan's photos; along with 2 unidentified female were in fact identified as Alexandra Trujillo and Heather Carr. All 3 websites were using the telephone number of 719-645-1130 and advertising as escorts on www.backpage.com <http://www.backpage.com>.

That concluded my interview with Christine Duncan. Detectives from Metro 50s Street Impact Team drove Christine Duncan to the home address of Christine Duncan and Tramell Thomas, which was pointed out by Christine Duncan as the address of **3820 Radiant Drive, Apt. #239D, Colorado Springs, CO**. I responded to the Police Operation Center and drafted a Search Warrant for the address of 3820 Radiant Drive, Apt. #239D, to search for items related to the pimping investigation and to attempt to locate the weapon used during the robbery on 11/11/10 and the personal property belonging to the victim (David White).

Sgt. Jimmy Rodgers was able to contact Tramell Thomas's parole officer, who was briefed on the current charges pending against Tramell Thomas to include Pimping, which is a Class 3 Felony and Aggravated Robbery, which is also a Class 3 Felony. Tramell Thomas's parole officer was identified as **Mariani Mejias**. Mariani Mejias informed Sgt. Rodgers that she would place a parole hold status on Tramell Dawan Thomas as soon as he is placed into the El Paso County Criminal Justice Center on the charges of Pimping and Aggravated Robbery. Tramell Thomas was transported to the Police Operation Center for booking paperwork and interview. While at the Police Operation Center, detectives from Metro 50s Street Impact Team attempted to interview Tramell Thomas who immediately asked for his lawyer prior to making any statements to police concerning his arrest.

After Christine Duncan pointed out the apartment where she and Tramell Thomas lived, she was driven back over to the location where the traffic stop was conducted on the vehicle that Tramell Thomas was driving. She was then provided with the keys to the rental car and was instructed to keep in constant contact with me during this investigation and released by detectives at that location.

On 01/28/11 at approximately 4:05a.m., the **Honorable Judge Feany** reviewed and singed the Search Warrant to allow detectives to search the address of 3820 Radiant Drive, Apt. #239D. Detectives from the Metro 50s Street Impact Team recovered the following items for evidentiary value.

**Evidence item #1:**
1 Cricket cellular telephone, serial #2XA9MB10A1210842. Recovered by **Detective Terry Lantz 026Z** from the center console of the 2011 red Toyota sedan driving by Tramell Thomas. I note that this item was damaged by Tramell Thomas during a traffic stop near the intersection of W. Fillmore Street and Centennial Boulevard. ...

OFFICER NAME / NUMBER
James Lamberth / 9616

FRS PDF  PCAB-GNQXVL15TIH1Z  28 Feb 2011  16:08:10  Complete   Page 9 of 11

MOA_00000569

COLORADO SPRINGS POLICE DEPARTMENT
NARRATIVE OVERFLOW

CASE REPORT NUMBER
11-03873

TITLE/CLASS/STATUTE/ATTEMPT
Pimping C.R.S. 18-7-206 / Felony 3  / / Completed

Overflow from Narrative:

**Evidence item #2:**
A Garmin Nuvi, serial #1VA082091, recovered by Detective Terry Lantz 026Z from the vehicle driven by Tramell Thomas.

**Evidence item #3:**
A document in a form of a tow record for a 2011 Toyota Camry; towed from 3820 Rebecca Lane North.
Recovered by Detective Terry Lantz 026Z from the 2011 Toyota Camry driven by the suspect (Tramell Thomas).

**Evidence item #4:**
A credit/debit card Visa brand, last four numbers are 0786.  Recovered by Detective Lantz 026Z, from Tramell Thomas's wallet.

**Evidence item #5:**
A digital disc recording of a prostitution deal between Detective Lamberth 9616Z and the suspect, Christine Duncan.  Recorded on 01/27/11.

**Evidence item #6:**
$726.00 in United States currency in various denominations recovered by Detective Terry Lantz 026Z from the suspect's (Tramell Thomas) wallet.

**Evidence item #7:**
Various clothing to include several pairs of basketball and tennis shoes, along with men's clothing, call recovered by Detective Genta 9599Z, from the address of 3820 Radiant Drive, Apt. #239D.

**Evidence item #8:**
An Olympus FE camera, serial #UA4A07555, recovered by **Detective Kristin Genta 9599Z,** from the address of 3820 Radiant Drive, Apt. #239D.

**Evidence item #9:**
A small plastic wrap containing approximately 3.53 grams of suspected Crack Cocaine, recovered by Detective Genta 9599Z, from the address of 3820 Radiant Drive, Apt. #239D. Field test positive on 01/28/11 by Detective Lamberth 9616Z.

**Evidence item #10:**
Item of indicia of occupancy.  Recovered by Detective Genta 9599Z from throughout the residence at 3820 Radiant Drive, Apt. #239D.

**Evidence item #11:**
More of various men's clothing, recovered by Detective Genta 9599Z from the address of 3820 Radiant Drive, Apt. #239D.

**Evidence item #12:**
1 Hewlett Packard laptop computer, model #DV42049, serial #CND9491HFZ, recovered by Detective Genta 9599Z from the address of 3820 Radiant Drive, Apt. #239D.

**Evidence item #13:**
A phone pager, Cricket brand SCHR-100, serial #80F0AFCD, recovered by Detective Genta  9599Z from the address of 3820 Radiant Drive, Apt. #239D.

**Evidence item #14:**
Various computer components, various makes and storage capacities, recovered by Detective Genta 9599Z from the address of 3820 Radiant Drive, Apt. #239D.

This concludes the items recovered by detectives while searching the address of 3920 Radiant Drive, Apt. #239D. ...

OFFICER NAME / NUMBER
James Lamberth / 9616

FRS PDF   PCAB-GNQXVL15TIH1Z   26 Feb 2011  18:08:10  Complete   Page 10 of 11

VER CSPD 07/11/00

**COLORADO SPRINGS POLICE DEPARTMENT**
**NARRATIVE OVERFLOW**

CASE REPORT NUMBER
11-03873

GEN

TITLE/CLASS/STATUTE/ATTEMPT
Pimping C.R.S. 18-7-206 / Felony 3  // Completed

Overflow from Narrative:

During the course of this investigation, I was able to contact the victim (David White) who is currently working in the City of Atlanta Georgia. I informed Mr. White that we made an arrest on the person involved in the personal robbery that occurred in his hotel room on 11/11/10. David White stated that after the robbery he was able to re-contact Christine Duncan, who he only knew her by the name of either Christine or Harmony. He stated when he contacted her via telephone by finding her with page advertisement on backpage.com he asked her why did she commit the robbery. David White stated that when Christine Duncan realized it was him calling, she immediately terminated the telephone conversation. I told Mr. White that I was unable to locate any of his personal items, except for maybe the laptop computer. Mr. White did verify that the laptop computer was a Hewlett laptop computer and it should have work related items on it if they did not erase those items when they took it from his hotel room on 11/11/10. Mr. White explained that he works from ITT and the computer that was taken from him should have several work related items on that computer. Mr. White also stated that the computer should have photographs of friends and then provided a password for the computer to access his personal internet site, which was the number 2400.  Mr. White was very grateful for the Colorado Springs Police Department making the arrest and continuing with the investigation and was adamant about testifying against Tramell Thomas in the personal robbery case investigation.  David White was not able to confirm whether or not he solely believed that Christine Duncan was involved in the robbery; however, he did state that after this session and they had both feel asleep on the morning of 11/11/10, she was acting very suspicious while texting someone for a long time and then when they heard a knock at the door, she immediately got up and answered the door despite him telling her that he did not want her to answer his hotel room door.

No further information at this time.

NARRATIVE

CERT  VER CSPD 07/11/08

OFFICER NAME / NUMBER
James Lamberth / 9616

FRS PDF  PCAB-GNQXVL15TIH1Z  26 Feb 2011  18:06:10  Complete   Page 11 of 11

MOA_00000571

FRS PDF CM0160955S48N2  4 Feb 2011  19:33:05  Complete  Page 1 of 2

## COLORADO SPRINGS POLICE DEPARTMENT
## NARRATIVE SUPPLEMENT

| | | CASE REPORT NUMBER |
|---|---|---|
| | | 11-03873 |

**TITLE/CLASS/STATUTE/ATTEMPT**
Robbery / Felony / 18-4-301    / Completed

| VICTIM'S NAME (LAST, FIRST, MIDDLE, SUFFIX) | ZONE | SECTOR |
|---|---|---|
| White, David | 4 | 4X |

I, Detective Genta/9599Z, have been a sworn Police Officer with the Colorado Springs Police Department (CSPD) for twelve years and I am currently assigned to the Metro Vice, Narcotics and Intelligence (Metro VNI) Division. I have two years of narcotics experience as an investigator. I am a Commissioned Deputy with both the El Paso and Teller County Sheriff's Offices. Your affiant has been involved in numerous narcotics investigations and is knowledgeable in the means and methods used by persons and groups to purchase, transport, store, and distribute narcotics.

### INITIATING INFORMATION:

On 01/27/11 at approximately 2040 hours I, Detective K. Genta/9599Z, assisted Detective Lamberth/9616Z and other Metro Vice and Narcotics detectives with a prostitution detail. The female, later identified as Christine Duncan, DOB: 09/12/86, was contacted at 3228 N. Chestnut Street, room #228.

### DETECTIVE STATEMENT:

Det. Lamberth was investigating an aggravated robbery case which occurred in November of 2010. The prostitution detail on 01/27/11 was a result of the ongoing investigation of the robbery case. As a result of the detail, Det. Lamberth was able to identify and arrest the suspect of the robbery who was identified as Tramell Thomas, DOB: 02/13/79.

Thomas was contacted by C.R.U. officers while driving a red Toyota vehicle from the scene of the prostitution detail. Thomas was transported to the Police Operations Center and placed in a holding cell. Detectives searched his vehicle and several items of evidence were collected. I assisted Det. Lantz/026Z and Det. Crews/3560Z with the packaging and logging of this evidence but I was not present during the search of the vehicle.

Det. Lamberth completed a search warrant for Thomas' address of 3820 Radiant Drive, apartment #239. Detectives executed the search warrant around 0440 hours on 01/28/11. During the search, I located numerous items relevant to the robbery investigation which were collected.

### EVIDENCE COLLECTED AT 3820 RADIANT DRIVE, #239:

Item #7: Miscellaneous pairs of white and blue men's tennis shoes.

Item #8: Olympus camera containing stored pictures.

Item #9: Baggie of suspected crack cocaine found in top dresser drawer in bedroom, FTP for cocaine at 0539 hrs, 3.53 gross grams.

Item #10: Items of indicia with Thomas' name.

Item #11: Miscellaneous items of clothing to include a green jacket and a green pullover and a pair of blue pants.

Item #12: Hewlett Packard lap top, serial number CND9491HFZ.

Item #13: Cricket cell phone.

Item #14: Three thumb drives with miscellaneous pictures.

...

| DISPOSITION | EXCEPTIONAL CLEARANCE CATEGORY | OFFICER'S SUPERVISOR | |
|---|---|---|---|
| Cleared by Arrest | | Sgt. Rodgers | |

| OFFICER NAME/NUMBER | WORK UNIT | APPROVING SUPERVISOR | APPROVAL DATE |
|---|---|---|---|
| K. Genta / 9599 | VNI | Sergeant J. Rodgers 1412 | 2/4/2011 |

TRCK #FRS-8.2X04-D018-V2

MOA_00000572

**COLORADO SPRINGS POLICE DEPARTMENT**
**NARRATIVE OVERFLOW**

CASE REPORT NUMBER
11-03873

GEN

TITLE/CLASS/STATUTE/ATTEMPT
/ Felony / 18-4-301   Robbery / Completed

Overflow from Narrative:

All of the above listed items were placed into evidence at the Police Operations Center.

There is nothing further at this time.

NARRATIVE

CERT

VER CSPD 07/11/00

OFFICER NAME / NUMBER
K. Genta / 9599

FRS PDF  CM0150955S48N2  4 Feb 2011  19:33:05  Complete   Page 2 of 2

MOA_00000573

FRS PDF PVNI-9H0NPM15SDNYB 4 Feb 2011 19:33:13 Complete Page 1 of 4

**COLORADO SPRINGS POLICE DEPARTMENT**
**NARRATIVE SUPPLEMENT**

CASE REPORT NUMBER
**11-03873**

TITLE/CLASS/STATUTE/ATTEMPT
PIMPING 18-7-206 / Felony / /

| VICTIM'S NAME (LAST, FIRST, MIDDLE, SUFFIX) STATE OF COLORADO | ZONE 5 | SECTOR 5X |
|---|---|---|

**11-03873**
**PIMPING, CRS 18-7-206**
**1-20-11**

**VNI/djw**


**LOCATION OF OCCURRENCE #1:**

**MOTEL 6**
**3228 N. CHESTNUT STREET**
**COLORADO SPRINGS, CO 80907**

**LOCATION OF OCCURRENCE #2:**

**3820 #239 RADIANT DRIVE**
**PARKRIDGE APARTMENTS**

**SUSPECT INFORMATION:**

**THOMAS, TRAMELL DAWAN**
**DOB: 2-13-79**
**BLACK MALE, 6 FT, 210 LBS, BLACK HAIR, BROWN EYES**
**SSN: 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**
**HOME ADDRESS:   3820 #239 RADIANT DRIVE**
**        COLORADO SPRINGS, CO**

**DETECTIVE'S STATEMENT:**

On January 27, 2011, I, **Detective P. Gurnett 2656Y,** currently assigned to the Colorado Springs Police Department's Metro Vice, Narcotics and Intelligence Division, attended an operational briefing conducted by **Case Agent J. Lamberth 9616Z.** During the operational briefing Detective Lamberth advised he had arranged a prostitution audit with a female suspect who was identified to him as possibly being involved in a Colorado Springs Police Department's 2010 robbery. Detective Lamberth briefed that he was in contact with the Colorado Springs Police Department's Robbery Unit who were interested in speaking with the female subject of the prostitution detail as it related to the 2010 robbery. Detective Lamberth advised he had contacted the prostitution detail subject via an Internet ad and arranged a one hour appointment for the price of $260. The subject, AKA "Jasmine" identified an in-call location at the **Motel 6** located at **3228 N. Chestnut Street.** The El Paso County Sheriff's Office Crime Reduction Unit was requested to assist as uniformed presence and to supplement security measures for Detective Lamberth who would be acting in an undercover capacity. Additionally, during the operational plan process of this prostitution audit, and specifically in an attempt to assist Colorado Springs Police Department's Robbery Unit with the identification of a robbery suspect, the CRU Units were assigned to contact Detective Lamberth after the indication of a bust signal in an attempt to conduct an interview with AKA "Jasmine" to determine further investigative leads into the 2010 robbery. The use of the CRU Unit allowed other undercover officers to remain unseen in the event another audit would present itself. During the operational briefing I was assigned as a member of the surveillance team.

At approximately 2015 hours I arrived on scene in the Motel 6 parking lot along with **Detective Sgt. J. Rodgers 1412Z.** Detective Sgt. Rodgers and I conducted a surveillance sweep of the parking lot in an attempt to identify ...

| DISPOSITION Cleared by Arrest | EXCEPTIONAL CLEARANCE CATEGORY | OFFICER'S SUPERVISOR J. RODGERS | |
|---|---|---|---|
| OFFICER NAME/NUMBER PHIL GURNETT / 2656 | WORK UNIT VNI | APPROVING SUPERVISOR Sergeant J. Rodgers 1412 | APPROVAL DATE 2/4/2011 |

TRCK #FRS-8.2009-0019-v2

MOA_00000574

COLORADO SPRINGS POLICE DEPARTMENT
NARRATIVE OVERFLOW

CASE REPORT NUMBER
11-03873

GEN

TITLE/CLASS/STATUTE/ATTEMPT
PIMPING 18-7-206 / Felony / /

Overflow from Narrative:

NARRATIVE

any possible suspect vehicles, motel room, and initiate the surveillance operational plan by having all responding personnel positioned at a point of surveillance where every entrance, exit, and overall observations of the motel itself could be conducted. While positioning ourselves and other team members, the El Paso County Sheriff's Office CRU Unit also responded to the area.

At approximately 2041 hours, while monitoring my handheld radio, I listened as other surveillance team members reported Detective Lamberth was placing outgoing phone calls to AKA "Jasmine" in an attempt to identify the motel room.

At approximately 2055 hours Detective Lamberth advised that he had contacted AKA "Jasmine" and was provided with an approximate time of arrival for their appointment by AKA "Jasmine" of approximately ten minutes.

At approximately 2110 hours **El Paso County Sheriff's Office Deputy Hess** observed a black male and a black female walk from the northeast second floor corner of the motel to the room later identified as **#225** located on the second floor northwest corner of the motel. It appeared the black male had escorted the female to the second floor northeast are and then returned to room #225. Based on the surveillance observations, three rooms were located which we suspected would be utilized during the prostitution audit. Those rooms on the second floor were identified as #226, #227, and #228. Detective Hess was able to provide a description of the black male as having a heavy frame wearing a knit cap and medium length leather coat.

During Sgt. Rodgers' and my surveillance in the parking lot, we had observed a vehicle drive into the parking lot being driven by an individual matching that description who was accompanied by a female also wearing black clothing. We drove through the parking lot and identified a red in color Toyota sedan with attached Colorado license plate 449-WGP parked on the west parking lot area underneath room #225.

At approximately 2123 hours Detective Lamberth reported he had placed another outgoing call and received no answer from AKA "Jasmine."

At this same time frame we continued to monitor the black male's activities as we observed him exit room #225 and stand along the northeast balcony on the second floor. A short time later the same individual re-entered into room #225.

At approximately 2124 hours Detective Lamberth advised he received an incoming call from AKA "Jasmine" that provided directions for where Detective Lamberth was to park in the parking lot. AKA "Jasmine" directed Detective Lamberth to pull into the parking lot, park along the back side (northwest) and utilize the stairs at that location to contact her.

Due to our ongoing surveillance and pre-planned contingencies during the course of this investigation if the prostitution audit subject (AKA "Jasmine") provided the room number of 225 for the appointment, the audit would be concluded and Detective Lamberth would make no attempt to continue. During the course of our surveillance and operational plan to maximize the use of a electronic monitoring device, which Detective Lamberth was fitted with, he was directed not to park on the northwest portion of the motel and to locate a parking spot located along the east portion of the parking lot where our electronic technical equipment would be better utilized during this operation.

At approximately 2132 hours Detective Lamberth again contacted AKA "Jasmine" who provided her motel room as #228. With this information, the operation was planned to continue as briefed previously with the pre-planned consideration.

At approximately 2138 hours Detective Lamberth exited his undercover vehicle, walked to room #228 where he contacted AKA "Jasmine." During this same time, while monitoring Detective Lamberth's electronic transmitting device, I could hear the female with whom he was in contact with appeared to be conversing on a telephone. At this same time where from my position of surveillance I observed the black male exit room #225 while talking on a cell phone and walk to the northeast where he stood in the center of the stairwell on the second balcony. This ...

CERT    VER CSPD 07/11/05

OFFICER NAME / NUMBER
PHIL GURNETT / 2656

FRS PDF  PVNI-9HONPM15SDNYB  4 Feb 2011  19:33:13  Complete    Page 2 of 4

MOA_00000575

**COLORADO SPRINGS POLICE DEPARTMENT**
**NARRATIVE OVERFLOW**

| CASE REPORT NUMBER |
| --- |
| 11-03873 |

TITLE/CLASS/STATUTE/ATTEMPT
PIMPING 18-7-206 / Felony / /

Overflow from Narrative:

information was immediately relayed to all units on scene in the event this individual was to walk to room #228 and immediate contact of this individual was planned through Detective Sgt. J. Rodgers and the El Paso County Sheriff's Office CRU Unit. I continued to monitor as the female continued the phone conversation and watched as the black unidentified male also maintained a conversation on a cell phone. A short time later a larger heavyset Hispanic female walked from room #225, contacted the black male, both of whom walked down the north stairway and got into the red Toyota, license plate 449-WGP. Surveillance team members watched as they left the area.

At approximately 2143 hours Detective Lamberth advised with a pre-arranged verbal signal that he had initiated an illegal prostitution investigation. The El Paso County Sheriff's Office CRU Unit responded to room #228 contacting Detective Lamberth and AKA "Jasmine."

Jasmine was identified as **Christine Marie Duncan**, DOB 9-12-86.

Due to a secondary goal in Detective Lamberth's prostitution audit, all attempts were initially made to keep additional undercover surveillance team members separate from Ms. Duncan in the event the robbery information was un-obtained and additional audits would be needed. While the El Paso County Sheriff's Office CRU Unit continued their contact with Ms. Duncan, a heavier set Hispanic female was contacted outside room #228. I drove past the area and positively identified the female as the same female we had seen exiting room #225. Based on this information and the surveillance operations of the black male matching the description of the 2010 robbery suspect, we initiated a surveillance operation in an attempt to identify where the red Toyota was now located, presumably being driven by the black male.

Several minutes later Detective Sgt. J. Rodgers and I drove through the apartment complex located directly to the south of the Motel 6 and observed the red Toyota occupied by the black male driving around the west corner eastbound back towards Chestnut Street. We initiated surveillance of the vehicle along with **Detective T. Lantz 026Z** as the vehicle left the apartment complex southbound on Chestnut. We began to follow the vehicle and coordinated with the El Paso County Sheriff's Office CRU Unit to conduct a traffic stop of the vehicle. I observed the vehicle as it continued southbound on Chestnut then turned westbound onto Fillmore Street. I observed that the driver of the vehicle was operating it in a careless manner, not observing the posted speed zones and making quick, abrupt turns. After continuing westbound on **Fillmore Street**, the subject in the red Toyota turned southbound onto **Straus Lane** continuing until he made the first left on **Taylor** and continued south on **Sage Street**. The subject was driving at a rate of speed considerably higher than the 25 MPH posted residential allowed. It did appear to this detective that based on his driving manner, he identified that he was being followed.

It should be noted that vehicles used during a prostitution audit are unmarked vehicles that do not resemble police vehicles. With this information we continued to monitor the subject's status as he continued northbound onto Straus Lane back to Fillmore Street. The subject continued westbound on Fillmore where the El Paso County Sheriff's Office CRU Unit observed a failure to stop at the stop sign at Straus Lane and Fillmore and initiated a traffic stop with the subject at **Centennial Blvd. and W. Fillmore Street.**

During our contact with the driver of the vehicle, he was identified as **Tramel D. Thomas**, DOB 2-13-79. During additional follow-up during the traffic contact, Mr. Thomas was identified as a parole client for Aggravated Robbery. Given the totality of the investigation prostitution audit and previous information of a 2010 Robbery investigation, Detective Lamberth initiated an interview with Ms. Duncan. Preliminary interviews on scene indicated that Mr. Thomas was acting in the capacity of a "pimp" of Ms. Duncan and was instrumental in the 2010 robbery. Based on this information the Colorado Department of Corrections Parole Office was contacted on scene and Mr. Thompson was transported from the traffic stop location to the Police Operations Center where he was later charged with Aggravated Robbery, Pimping, and of Parole Hold Violation was placed.

I was later advised that information was developed that Mr. Thomas resided with Ms. Duncan at **3820 Apt #239 Radiant Drive**, Colorado Springs, CO in the Park Ridge Apartments. Detective Lamberth initiated a search warrant of that address in an attempt to identify any evidence associated with this investigation.
...

OFFICER NAME / NUMBER
**PHIL GURNETT / 2656**

FRS PDF PVNI-9H0NPM15SDNYB 4 Feb 2011 19:33:13 Complete Page 3 of 4

COLORADO SPRINGS POLICE DEPARTMENT
**NARRATIVE OVERFLOW**

CASE REPORT NUMBER
11-03873

TITLE/CLASS/STATUTE/ATTEMPT

GEN

PIMPING 18-7-206 / Felony / /

Overflow from Narrative:

At approximately 0400 hours on January 28, 2011, I completed the pre-raid surveillance of Mr. Thomas' residence. It should be noted that initially I had responded at approximately 0100 hours to this location where along with Ms. Duncan physically identified Apt #239 in Bldg. 3820 #D. While conducting the initial surveillance of the apartment door, I made close observations of whether or not it appeared occupied. I observed no indication or heard any indication that anybody was located in the apartment. I spoke with Ms. Duncan who advised that the apartment was occupied only by her and Mr. Thomas. Additionally, while identifying the apartment I spoke with a resident of the Park Ridge Apartments who was sitting on the second floor utilizing Wi-Fi for his laptop. The individual identified the apartment as being occupied by a person he identified as an African American male weighing approximately 230 pounds. I asked him if he had seen this individual in the past several hours. The individual told me he had not and had not seen any other individuals in that time frame go into Apt #239 as he had been in the hallway for a time frame of two hours prior to me contacting him. I relayed this information to Detective Sgt. Rodgers and relayed that based on my observations and contact with the neighbor, I felt that the apartment was vacant. Due to this I initiated a surveillance pre-raid operation for during the course between 0100 hours and 0400 hours no individuals' lights or sounds were identified coming from Apt #239.

I was advised that the search warrant prepared by Detective Lamberth was signed and I, along with Detectives T. Lantz, K. **Genta 9599Z**, and **J. Sarkisian 3287Y** executed the search warrant of the vacant apartment.

During the execution of the search warrant, Detective Genta located a quantity of suspected crack cocaine located in the single apartment bedroom.

I completed both pre-search and after-search photos and obtained photos of the scene to include items of indicia in the name of Mr. Thomas and Ms. Duncan.

At the conclusion of the search warrant, I cleared the scene and had no additional duties regarding this investigation.

End of supplement.

NARRATIVE

VER CSPO 07/11/06

CERT

OFFICER NAME / NUMBER
PHIL GURNETT / 2656

FRS PDF  PVNI-9I:0NPM15SDNYB  4 Feb 2011  19:33:13  Complete  Page 4 of 4

# AFFIDAVIT OF PROBABLE CAUSE

The following affidavit is submitted to the Court to document the probable cause in support of the arrest of **THOMAS, TRAMELL** DOB: **02/13/1979** SSN: **Unknown**.

This offense is fully documented in Colorado Springs Police Department Offense Report **11-03873** detailing the offense(s) of:

§18-7-206, PIMPING, CLASS THREE FELONY (F3)

With the victim(s) identified as:

1. State of Colorado

I, Detective R. Crews/3560Z, am a sworn police officer for the Colorado Springs Police Department (CSPD). I have been a sworn police officer for approximately 8 years and is currently assigned to the CSPD Metro Vice, Narcotics and Intelligence Division. Metro VNI is a multi agency co-located drug task force designated to investigate, control, and prevent the illegal sale, possession, and/or manufacturing of illegal narcotics. Units of Metro VNI conduct in depth investigations of major drug trafficking organizations, gangs involved in the drug trafficking, money laundering operations, and prostitution throughout El Paso and Teller Counties. I am responsible for the investigation of individuals or groups of individuals involved in the street and mid level distribution of narcotics and prostitution.

On November 11, 2010, I learned that Colorado Springs Police Department (CSPD) officers were dispatched to the Residence Inn located at 3880 N. Academy Blvd, in Colorado Springs, Colorado to investigate a reported personal robbery with a weapon. The victim/reporting party who was identified as David S. White, black male, DOB: 06/18/1962 told officers that he had been seeing a 24 year old female escort he had seen advertising on the internet. David White identified the female escort by the first names of Christine/Harmony. David White provided a physical description of AKA Christine/Harmony as black/Indian female mix, 24 years of age, approximately 5' 5"tall, 125 pounds, with long dark hair with blonde streaks in it. David White stated that beginning on November 10, 2010, he contacted AKA Christine/Harmony and asked her for her services which cost $260.00 for one hour. David White stated that when Christine/Harmony arrived at his hotel room they drank wine, ate dinner and had sex. David White stated that they then fell asleep, until 4:00 or 5:00 am when he was awakened by her texting on her cell phone. David White stated that he assumed she was contacting her driver for a ride home from his hotel room and engaged in small talk with AKA Christine/Harmony.

David White relayed that on November 11, 2010, approximately 20 minutes after they woke up, an unknown person knocked on the front door of his hotel room. David White stated that AKA Christine/Harmony answered the door and an unknown black male wearing a knit cap covering his face with openings for his eyes and mouth walked into the hotel room. White additionally described the suspect as wearing a green fleece sweater and blue and white athletic shoes. David White stated the black male pointed a sliver in color, semi automatic pistol in the direction of his head and told him to get on the ground. David White believed that the weapon was probably a .45 caliber hand gun. David White stated that the black male began searching through his personal belongings and took his cellular telephone, a Hewlett-Packard laptop computer, one Canon camera, an Armitron wrist watch, and $500.00 in United States currency. David White estimated the valuables taken by the unidentified black male at approximately $2,355.00. David White stated that while the black male was rummaging through the hotel room, he told AKA Christine/Harmony to gather her things. David White stated as the unidentified black male was walking out of the hotel room, he told AKA Christine/Harmony, "bitch, get your shit up." David White stated that they both left the hotel room together in an unknown direction. David White felt that the unidentified black male and AKA Christine/Harmony were connected because she left with him without displaying any signs of duress.

David White then provided officers the website he used to contact AKA Christine/Harmony. The website was identified as, www.backpage.com. Officers were able to locate the web page posting

**SCANNED**

# AFFIDAVIT OF PROBABLE CAUSE

identified by David White that depicted AKA "Christine" or "Harmony." The web page posting displayed several photographs of a female matching the description provided by David White. Officers were able to print those photographs and place the copies into official CSPD Evidence. CSPD Robbery Detective S. Schneider subsequently requested the assistance of the Metro VNI unit with contacting the party known as AKA "Christine/Harmony" in regards to the robbery which occurred in November 2010

Between November 2010 and January 2011, Detective J. Lamberth/9616Z of Metro VNI monitored the daily postings on www.backpage.com and other websites on which female escorts advertise. During this time frame, Detective J. Lamberth/9616Z observed several web page postings of a female escort matching the physical description of AKA "Christine/Harmony." It should be noted that some of the photographs that Detective J. Lamberth/9616Z observed on the web page postings were identical to the photographs featured in the web posting identified by the victim, David White.

On January 27th 2011, Detective J. Lamberth/9616Z located a new web page advertisement in the "Escort" section of www.backpage.com displaying photographs of a female matching the physical description of the party previously identified as AKA "Christine/Harmony." In the advertisement, the female identified herself as AKA "Jazmine," and stated that she would provide "some serious service and action." AKA "Jazmine" listed a contact phone number of 719.645.1130.

On January 27th 2011, at approximately 1700 hrs, Detective J. Lamberth/9616Z, posing as a potential customer, placed a phone call to 719.645.1130 and spoke with a female party who identified herself as "Jazmine." Detective J. Lamberth/9616Z then asked "Jazmine" for a hour-long session and asked if she had any available appointment slots. "Jazmine" replied that she did have availability and informed Detective J. Lamberth/9616Z that an hour-long session would cost $260.00. Detective J. Lamberth/9616Z then arranged to meet "Jazmine" at her in-call location which she indicated was the Motel 6 located on Chestnut St. just north of W. Fillmore Rd. in Colorado Springs, CO.

On January 27th 2011 at approximately 2130 hrs, Detective J. Lamberth/9616Z met "Jazmine" in room #228 at the aforementioned Motel 6. (Detective J. Lamberth/9616Z immediately recognized "Jazmine" as the female party in the photographs on the www.backpage.com used by Detective J. Lamberth/9616Z to contact "Jazmine" as well as the historical postings in which the female identified herself as "Christine/Harmony."

Detective J. Lamberth/9616Z was able to arrange a prostitution-related transaction with "Jazmine" which included sexual intercourse to completion and oral sex in exchange for $260.00 (of pre-recorded official Metro VNI buy funds). Detective J. Lamberth/9616Z then provided a verbal arrest cue, at which time members of the El Paso County Crime Reduction Unit responded to room #228 and detained "Jazmine." Subsequent investigation by responding officers identified "Jazmine" as Christine Marie Duncan – DOB: 09/12/1986. During the arrest of Duncan, detectives conducting surveillance in the area of the Motel 6 observed a red in color Toyota Camry occupied by a black male who was observed walking with Duncan just prior to her meeting with Detective J. Lamberth/9616Z.

Contemporaneous to Detective J. Lamberth/9616Z's interaction with Duncan, other investigating officers and detectives conducted a traffic stop of the red in color Toyota Camry for a traffic violation and subsequently identified the driver as Tramell D. Thomas – DOB: 02/13/1979. During the traffic stop, investigating detectives confirmed via a police dispatcher that Thomas is a current parole client with the Colorado Department of Corrections and has been previously convicted of Aggravated Robbery (see Colorado Court case **1998CR4696**). Communication with Thomas' parole officer, Maryanna Meijas, verified his parolee status. Meijas advised investigating detectives that a hold was to be placed on Thomas at the El Paso County Criminal Justice Center pursuant to the charges relating to his involvement in Prostitution/Pimping.

**SCANNED**

# AFFIDAVIT OF PROBABLE CAUSE

Detective J. Lamberth/9616Z continued his investigation with Duncan and advised her of her Miranda rights which she subsequently waived. After waiving her rights, Duncan elected to provide a statement of involvement to Detective J. Lamberth/9616Z. Detective J. Lamberth/9616Z asked Duncan to divulge any information she had regarding the above referenced robbery which occurred in November 2010. During the interview, Duncan corroborated several of the statements made by the original victim, David White, concerning the robbery including positively identifying Tramell Thomas as the black male who had entered the hotel room with the semi-automatic pistol described by the victim. Duncan told Detective J. Lamberth/9616Z that she had no idea that Thomas was going to rob the victim and only sent text messages to Thomas to ask for a ride home from the victim's hotel room. When Thomas entered the room, he was wearing a black knit ski mask and holding a pistol. Duncan stated that Thomas was upset with her and the victim because he had not been appropriately compensated for the amount of time that Duncan had spent with the victim. Duncan stated that Thomas then began demanding money and personal items from the victim who told Thomas to take his camera, his laptop computer, his cellular phone, his watch, and any cash located in the victim's belongings. Duncan stated that Thomas ordered her to get dressed and go wait in the car. When Thomas came out of the room, Duncan and Thomas ran to the car and left the area.

Duncan stated that she has been living with Thomas and has been working as an escort under Thomas' direction since September of 2010 and that all of the monetary proceeds earned by providing sexual services to clients are given directly to Thomas. Duncan estimated that she has earned approximately $5000-$7000 since September 2010. Duncan stated that she is the sole bread-winner for Thomas and that his only source of income is generated by her work as an escort.

I would respectfully request that probable cause be found that THOMAS, TRAMELL DOB: 02/13/1979 did within the City of Colorado Springs, County of El Paso and State of Colorado, commit in violation of the Colorado Revised Statutes, the offense(s) of §18-7-206, PIMPING, CLASS THREE FELONY (F3)

Friday January 28, 2011

Date

DETECTIVE R. CREWS / 3560
Officer's Signature
Colorado Springs Police Department

Notary Signature

My Commission expires: _06 / 15 /2013_

Address: Colorado Springs Police Department
PO Box 2160
Colorado Springs, CO  80901-2169

**SCANNED**

DISTRICT COURT, EL PASO COUNTY, COLORADO
Court Address: 270 South Tejon Street,
Colorado Springs, CO 80903

**People of the State of Colorado**
VS.

**Defendant: THOMAS, TRAMELL**
Defendant DOB: 02/13/1979

▲ COURT USE ONLY ▲

Case #:

Division #:

Courtroom #:

## INFORMATION FOR PRELIMINARY PROCEDURE

The above named Defendant was arrested on Friday January 28, 2011 on the charges of:

- §18-7-206, PIMPING, CLASS THREE FELONY (F3)

The following bonding information is to be considered by the Judge in setting bail on the defendants.

**Standard Bond**

DETECTIVE R. CREWS, 3560
Signature of Peace Officer who furnished the
above information

NOTE: If more than one defendant was arrested for the same or similar acts or series of acts, they <u>must</u> be included on the same sheet.

| Initiating Law Enforcement Agency Information | |
|---|---|
| Initiating Officer Name: | DETECTIVE R. CREWS |
| Agency/Division: | Colorado Springs Police Department<br>Colorado Springs Police Department |
| Case Report Number: | 11-03873 |

**SCANNED**

MOA_00000581

| Adult [X] Juvenile | Agency CSPD METRO VNI | | CUSTODY REPORT | | CSPD No. 74578 |
|---|---|---|---|---|---|

| Custody Date 01/27/11 | Custody Time 2230 | Custody Location FILLMORE ST. + CENTENNIAL | | Zone 2 | Sector 1 | Booking No. 10DC01836A |

| Subjects Name (Last, First Middle) THOMAS TRAMELL D | Alias/Maiden 37581 NA | Offense No. 11-03873 |
| Res Add 3870 RADIANT DR #239 D | Telephone 719-645-1130 | Soc. Sec. No. Unkn. |
| City & State CS CO. 80917 | | 3384-80.17 |
| Scars/Marks/Tattoos Unk. | | |

| DOB 02/13/79 | Race B | Sex M | Age 30 | Ht 600 | Wt 200 | Hair BLK | Eyes BRO | Drivers License No. 98-112-1157 | State CO |

| POB Unknown | Occupation Unemployed | Subjects Actions [ ] Resisted [ ] Armed |

| Employers Name (Firm) | Employers Address |

CODES:   A - Accomplice   S - Spouse   M - Mother   F - Father   SM - Stepmother   SF - Stepfather

| code | Name (Last, First Middle) | CSPD No. | Address | Telephone |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Injury/Illness N/A | Treated: [ ] Yes [ ] No [ ] Refused | Treated By: | [ ] Injury Result of Police Action |
| Where Treated | Date/Time Treated | Visible Injury | [ ] Injured Prior to Police Contact |
| | | | [ ] Injured/Became Ill While In Police Custody |

| CJS Number | Statute Number Ordinance Number | CHARGES | INT | DISPO | Common Code | Warrant Number | Summons Number |
|---|---|---|---|---|---|---|---|
| | A ORI 18-4301 FIN | AGG ROBBERY | X | HLD | 1207 F | PCMO | |
| | B ORI 18-7206 FIN | PEN ATHL | X | HLD | 4002 M | PCMO | |
| | C ORI FIN | | | | | | |
| | D ORI FIN | | | | | | |

DISPOSITION CODES
HLD - Held in Custody
NFC - No Formal Charge
ROB - Released on Bond
DBP - Charges Dropped by Police
FAC - Filed as Charged
ROR - Released on Own Recognizance
TOT - Turned over to Another Agency
DEC - Deceased

RELEASED TO
Agency _____
Officer _____
Date & Time _____

| Date/Time of Final Disposition | Officer Making Final Disposition | Filing DDA |

| Veh Yr | Veh Make | Model | Style | Color | Veh License No. | State | Location of Vehicle |

| Narrative | RIGHT INDEX |
| 1 ARRESTED ON A TRAFFIC STOP RESULTING IN THE ABOVE LISTED CHARGES. | R.P.D |

VERIFIED
BY
SCANNED

| Officer Name J.L. LAMBERTA 9162 | ID No. | Officer Name | ID No. | Supervisor | Page 1 of 1 |

OS 863-80

MOA_00000582

**COLORADO SPRINGS POLICE DEPARTMENT**
**CONTINUATION/SUPPLEMENTAL REPORT**

CASE REPORT NUMBER
**11-03873**

| OFFENSE | STATUTE NUMBER | UCR RECLASSIFICATION TO: | UCR CODE |
|---|---|---|---|
| PIMPING | 18-7-206 | | |

| VICTIM'S NAME (LAST, FIRST, MIDDLE) | DATE OF THIS REPORT |
|---|---|
| STATE OF COLORADO | Thu Feb 03, 2011 |

| ARRESTEE NAME (LAST, FIRST MIDDLE) | RES ADD: 3820 RADIANT DR. #239D | RACE | SEX | AGE | DOB |
|---|---|---|---|---|---|
| THOMAS, TRAMELL | CITY & STATE: COLORADO SPRINGS, CO 80917 | B | M | 31 | 2/13/1979 |
| ARRESTEE NAME (LAST, FIRST MIDDLE) | RES ADD: | RACE | SEX | AGE | DOB |
| | CITY & STATE: | | | 0 | |

**S. SCHNEIDER** presented this case to ___C. Cruson 2.7.11___ with the District Attorney's Office, for filing of formal criminal charges and the following disposition was reached: **(DDA's please check all that apply)**

S1 S2
___ ___ No filed, no criminal charges filed.
___ ___ Nollied some of the felony criminal charges.

___ **Filed the following Misdemeanor charges:**
S1 S2
___ ___ 3rd Degree Assault, 18-3-204
___ ___ Menacing, 18-3-206
___ ___ Other(s): _____

___ **Filed the following Felony charges:**
S1 S2
___ ___ Menacing, 18-3-206
___ ___ Criminal Attempt, 18-2-101
___ ___ Agg. Motor Vehicle Theft, 18-4-409
___ ___ First Degree Assault, 18-3-202
___ ___ Second Degree Assault, 18-3-203
___ ___ Criminal Impersonation, 18-5-113
___ ___ False info. to a Pawnbroker, 12-56-104
___ ___ Unauthorized Use of a Financial Transaction Device, 18-5-702
___ ___ Contributing to the Delinquency of a Minor, 18-6-701

S1 S2
___ ___ Nollied all felony charges.

S1 S2
___ ___ Harassment, 18-9-111
___ ___ Reckless Endangerment, 18-3-208

S1 S2
___ ___ Criminal Mischief, 18-4-501
___ ___ Conspiracy, 18-2-201
___ ___ Theft, 18-4-401
___ ___ Robbery, 18-4-301
___ ___ Agg. Robbery, 18-4-302
___ ___ First Degree Burglary, 18-4-202
___ ___ 1st Deg. Crim. Trespass, 18-4-502
___ ___ Forgery, 18-5-102
___ ___ Intimidating a Witness, 18-8-704
_x_ ___ Other(s): Pimping F3

**DA COMMENTS:**

---

## INVESTIGATIONS CASE STATUS REPORT

☒ Cleared by Arrest *Thu Jan 27, 2011*
  ☒ CSPD ☐ Outside Jurisdiction -Agency: _____
☐ Unfounded – The elements of the crime do not exist
☐ Exceptional Clearance *(The following four criteria must exist for exceptional clearance)*
  ☐ Offender can be identified
  ☐ Sufficient probable cause to arrest
  ☐ Offender can be located
  ☐ A reason exists (see below) which prevents the arrest of the offender
    ☐ Death of the offender
    ☐ Prosecution denied by other than lack of PC
    ☐ Extradition denied
    ☐ Victim refused to cooperate
    ☐ Juvenile/No Custody, under age of ten
    ☐ Warrant issued

☐ Open
  ☐ Exhausted all investigative leads
  ☐ Other (Comments),
  _____
Victim contact Date: _____ Time: _____
☐ Phone  ☐ In Person  ☐ Letter Sent
Contact By: _____ IBM: _____

| UCR DISPOSITION | OFFICER NAME/NUMBER | SUPERVISOR | DATE | PAGE 1 |
|---|---|---|---|---|
| CLEAR ARREST | S. SCHNEIDER | SGT. FOX | 2/3/2011 | OF 1 |

**RECORDS AND IDENTIFICATION**

MOA_00000583

FRS FILE  SH020284SO2GON  11 Nov 2010  04:19:01  Complete  Page 1 of 2

# COLORADO SPRINGS POLICE DEPARTMENT
## OFFENSE REPORT

| | | ATTRIBUTES<br>Firearms | CASE REPORT NUMBER<br>10-37284 |
|---|---|---|---|

**TITLE/CLASS/STATUTE/ATTEMPT**
ROBBERY AGRVTD / Felony / 18-4-302    / Completed

**LOCATION OF OCCURRENCE**
3880 N. Academy Blvd #723

| CALL FOR SERVICE # | ZONE | SECTOR |
|---|---|---|
| 10437430 | 5 | 55 |

**OFFENSE**

| DATE/TIME OCCURRED OR STARTED | | | DATE/TIME ENDED (IF APPLICABLE) | | | DATE/TIME REPORTED | | |
|---|---|---|---|---|---|---|---|---|
| DATE<br>11/11/2010 | DAY OF WEEK<br>Thursday | TIME<br>00:50 | DATE<br>11/11/2010 | DAY OF WEEK<br>Thursday | TIME<br>00:56 | DATE<br>11/11/2010 | DAY OF WEEK<br>Thursday | TIME<br>00:58 |

| DATA ENTRY USE | DE MODIFIED (IBM/Date/Fields) | VICTIM SSN | VR FORM<br>Yes | VICTIM/OFFENDER RELATION<br>Unknown |
|---|---|---|---|---|

**VICTIM**

| NAME (LAST, FIRST, MIDDLE, SUFFIX)<br>WHITE, DAVID, SOLOMON | RACE<br>B (B) | SEX<br>M | DATE OF BIRTH<br>6/18/1962 | AGE<br>48 |
|---|---|---|---|---|

RESIDENCE ADDRESS
2320 N Blakely Lake Rd Apt 1024, Duluth, GA 30096

HOME/CELL PHONE
(719) 574-7821
(734) 829-7466

WORK NAME/ADDRESS
ITT Systems--Government Contract, Fort Carson, Colorado

WORK PHONE

EMAIL

BUSINESS NAME (IF BUSINESS IS VICTIM)

BUSINESS ADDRESS

BUSINESS PHONE

**SUSPECT/OTHER PARTIES**

| PER #<br>2 | TYPE<br>Susp | NAME (LAST, FIRST, MIDDLE, SUFFIX)<br>Unknown, Unknown | RACE<br>B (B) | SEX<br>M | DATE OF BIRTH | AGE<br>25-30 |
|---|---|---|---|---|---|---|

| SSN | MNI NUMBER | ID TYPE | ID NUMBER | ALIAS/NICKNAME | VR FORM<br>No |
|---|---|---|---|---|---|

RESIDENCE ADDRESS
Unknown, Colorado Springs, CO

HOME/CELL PHONE

| HEIGHT<br>5' 09" | WEIGHT<br>180 | HAIR COLOR<br>BLK | EYE COLOR<br>BRO | BUILD<br>Medium | SUMMONS NUMBER(S) |
|---|---|---|---|---|---|

| HAIR STYLE | HAIR LENGTH | FACIAL HAIR | COMPLEXION<br>DRK | TEETH | R/L HAND | EYE WEAR | SPEECH |
|---|---|---|---|---|---|---|---|

| SCAR MARK TATTOO (IF YES DESCRIBE IN NARRATIVE) | SUSPECT CAN BE | SUSPECTS VEHICLE CAN BE |
|---|---|---|

CLOTHING/GENERAL APPEARANCE/UNUSUAL CHARACTERISTICS  Green fleece sweater/blue and white tennis shoes
Wearing a black face mask

| EMPLOYER/WORK ADDRESS | WORK PHONE |
|---|---|

| PERMANENT CONTACT NAME (LAST, FIRST, MIDDLE, SUFFIX) | RELATIONSHIP | RACE | SEX | DATE OF BIRTH |
|---|---|---|---|---|

| PERMANENT CONTACT ADDRESS | HOME/CELL PHONE |
|---|---|

CERTIFIED COPY
COLORADO SPRINGS POLICE DEPT.

*Ron Walker #2595/SPD*
Records Custodian
9/13/17

**VEHICLE**

| VEHICLE RELATION | VEHICLE YEAR | VEHICLE MAKE | VEHICLE MODEL | VEHICLE STYLE | VEHICLE COLORS – TOP/BOTTOM |
|---|---|---|---|---|---|

| VEHICLE LICENSE NUMBER | VEHICLE VALUE | LICENSE TYPE | LICENSE YEAR | LICENSE STATE | LIC. COLORS – PRIME/NUMBERS |
|---|---|---|---|---|---|

| VIN | VEHICLE TOWED BY/TO | VEHICLE INSURED BY | OWNER HOME/CELL PHONE |
|---|---|---|---|

| VEHICLE OWNER (LAST, FIRST, MIDDLE, SUFFIX) | VEHICLE OWNER ADDRESS |
|---|---|

| ADDITIONAL VEHICLE INFORMATION | VEHICLE PICKUP ISSUED | GUN PICKUP |
|---|---|---|

**PROPERTY ITEM**

| | ITEM # | QTY | CATEGORY | BRAND | MODEL | NIBRS |
|---|---|---|---|---|---|---|

DESCRIPTION

| SERIAL NUMBER | OAN | STOLEN/DAMAGED | VALUE ($) | RECOVERED ($) |
|---|---|---|---|---|

**PROPERTY ITEM**

| | ITEM # | QTY | CATEGORY | BRAND | MODEL | NIBRS |
|---|---|---|---|---|---|---|

DESCRIPTION

| SERIAL NUMBER | OAN | STOLEN/DAMAGED | VALUE ($) | RECOVERED ($) |
|---|---|---|---|---|

| ADD'L<br>OFFENSES<br>No | TITLE/CLASS/STATUTE/ATTEMPT<br>/ / / | PICKUP ISSUED<br>FOR SUSPECT | PICKUP<br>CANCELLED | ID CLERK NAME/IBM |
|---|---|---|---|---|

INCLUDED/FORTHCOMING DOCUMENTS  Dictated Supplement - Priority 2
Photos, Property Descriptors

| DISPOSITION<br>Open | EXCEPTIONAL CLEARANCE<br>CATEGORY   N | NUMBER OF ARRESTS<br>ADULTS       0<br>JUVENILES   0 | INITIAL ASSIGNMENT<br>Robbery | ASSIGNED DATE |
|---|---|---|---|---|

| PATROL INVESTIGATION<br>CONTINUING       No | WORK UNIT<br>SH3 | OFFICER'S SUPERVISOR<br>Sgt Makofske, 2419 | COMPANION NUMBERS |
|---|---|---|---|

| OFFICER NAME/NUMBER<br>T. Speight / 3344 | APPROVING SUPERVISOR<br>Lt. Buckley 1195 | APPROVAL DATE<br>11/11/2010 |
|---|---|---|

Tracking #FRS-8.2009-0015 v4

MOA_00000584

**COLORADO SPRINGS POLICE DEPARTMENT**
**NARRATIVE**

CASE REPORT NUMBER

10-37284

GEN

TITLE/CLASS/STATUTE/ATTEMPT

ROBBERY AGRVTD / Felony / 18-4-302    / Completed

*Initial Information:*

On Thursday, 11/11/2010 at approximately 0058 hours, I, **Officer T. Speight, 3344 (5A59),** along with other officers were dispatched to 3880 N. Academy Blvd., Apartment #723, Residence Inn Hotel to investigate a possible Robbery In-Progress. Upon arrival I contacted the **victim, Mr. DAVID SOLOMON WHITE, DOB: 06/18/1962** in the living room area of his hotel apartment. Mr. White stated while entertaining a female escort known only as **CHRISTINE or HARMONY,** he heard a knock at his front door. He said Christine opened the front door, and an unknown Black male walked into the apartment holding a silver in color semi-automatic handgun in his right hand.

Mr. White stated the unknown male told him to get onto the ground, which he complied with. He said the male started to rummage through his property and told Christine, "bitch get your shit up" and she started picking her belonging up from the floor. Mr. White stated he believes the suspect male and Christine are connected due to the fact that she left with him without a struggle and with her own free will.

Mr. White stated the male took a laptop computer, camera, cell phone, watch and $500.00 in U.S. Currency. Total value of items stolen is $2,355.00. The male and female suspects departed the area in an unknown direction and by unknown means. A search of the area met with negative results.

Please see supplements from Officer T. Speight and **Officer Clayton Sunada, 1768.**
Nothing further at this time.

NARRATIVE

CERT | VER 1 CSPD 09/14/06

OFFICER NAME / NUMBER
T. Speight / 3344

FRS PDF  SH020284502GON   11 Nov 2010   04:19:01   Complete   Page 2 of 2

MOA_00000585

FRS PDF   SH020207502GWI 12 Nov 2010 19:00:08 Complete   Page 1 of 1

**COLORADO SPRINGS POLICE DEPARTMENT**
**NARRATIVE SUPPLEMENT**

CASE REPORT NUMBER
**10-37284**

TITLE/CLASS/STATUTE/ATTEMPT
ROBBERY AGRVTD / Felony / 18-4-302   / Completed

| VICTIM'S NAME (LAST, FIRST, MIDDLE, SUFFIX) | ZONE | SECTOR |
|---|---|---|
| WHITE, DAVID | 5 | 55 |

### INITIAL INFORMATION
On 11-11-2010 (Thursday) at approximately 0058 hours I Officer C K Sunada 1768P (5A57) was dispatched to 3880 North Academy Bl #723, The Residence Inn, reference a robbery with a weapon. Suspect #1 described as a black male wearing a green jacket and black ski mask. Suspect #1 had a silver 45 caliber handgun. Suspect #2 described as an Indian/black female.

### OFFICER STATEMENT
I arrived on scene at approximately 0100 hours and contacted Officer M Reynolds 1966P (5P16) who had just arrived on scene. Upon entering the area I did not observe any vehicle or persons attempting to leave the complex. Officer Reynolds was accompanied by Gary Swanson (03-10-71), night clerk at this location. Mr. Swanson pointed out the apartment and officers contacted the victim later identified as David White (DOB 06-18-62). Mr. White was standing on the second floor landing in front of his apartment when officer contacted him. I began asking him if he needed medical attention and he advised that he did not. I asked him what kind of weapon the suspect had and he advised me that it was a silver 45 caliber handgun. I then asked him to give me a suspect description and Mr. White began to get agitated so Officer Reynolds began questioning him. I advised him that this information was pertinent to our investigation.

While Officer Reynolds questioned Mr. White outside the front door I entered the apartment and made sure it was clear and secure. I did not locate any suspect inside the apartment. I photographed the inside of the apartment. The inside was in total disarray. There was old half eaten food left everywhere inside of the apartment and clothes and other items were scatter throughout. I did not attempt any fingerprints due to this fact.

After photographing the scene, I attempted to complete neighborhood follow up. I attempted to contact #724, #713 and #714 but did not get any response. I looked at all of the other apartments and there were no lights on inside. I did not attempt any further contact.

I contacted Gary Swanson (DOB 03-10-71, 3880 North Academy Bl, CSC 80917, 719-574-0370), night clerk. Mr. Swanson stated that they do not have any security cameras at this location. He stated that he had been working the front desk from approximately 2300 hours and has not seen any vehicles or parties leave the parking lot. He has a clear view of the entrance.

Officer Speight 3344P arrived on scene. I gave him the photographs taken and he placed them into evidence at the Stetson Hills Substation. I completed a victim's rights form and gave Mr. White his copy.

### SCENE DESCRIPTION
The apartment at 3880 North Academy Bl #723 is the Residence Inn. It is on the west side of Academy Bl. The property sits at the corner of Academy Bl/Betty Drive. The entrances to the complex is off of Betty Drive. Entering the entrance west of Academy Bl you travel north to the third set of buildings. Apartment #723 in on the northwest side of the building and on the second floor.

At the top of the stairs, there are two apartments on this level. Apartment #723 is the west apartment. Entering the apartment travelling west you enter the living room. To the south of the living room, there is a oval kitchen counter top that separates the kitchen from the living room area. Continuing west from the living room there is a queen size bed along the west wall facing the front door. There is no separation between the bedroom area and the living room area. To the south of the bed there is a small hall that leads to the full bath in the southwest corner of the apartment.

| DISPOSITION | EXCEPTIONAL CLEARANCE CATEGORY | OFFICER'S SUPERVISOR | |
|---|---|---|---|
| Open | | SGT GRIMES | |
| OFFICER NAME/NUMBER | WORK UNIT | APPROVING SUPERVISOR | APPROVAL DATE |
| C K SUNADA / 1768 | SH2 | Sergeant Devin J. Grimes, 193 | 11/12/2010 |

TRCK #FRS-B.2006-0018.v2

FRS PDF  PSTE-HPXKKM15O2N62  13 Nov 2010  05:22:19  Complete   Page 1 of 2:

**COLORADO SPRINGS POLICE DEPARTMENT**
**NARRATIVE SUPPLEMENT**

| CASE REPORT NUMBER |
|---|
| 10-37284 |

TITLE/CLASS/STATUTE/ATTEMPT
ROBBERY AGRVTD / Felony / 18-4-302    / Completed

| VICTIM'S NAME (LAST, FIRST, MIDDLE, SUFFIX) | ZONE | SECTOR |
|---|---|---|
| WHITE, DAVID | 5 | 55 |

PATROL/pb

### INITIAL INFORMATION

On Thursday, 11/11/2010, at approximately 0058 hours, I, Officer T. Speight/3344/5A59, along with other Colorado Springs Police Department officers, were dispatched to 3880 N. Academy Blvd., Apartment #723, the Residence Inn Hotel, to investigate a possible robbery in progress. Upon arrival, I contacted the victim, Mr. **David S. White** DOB: 06/18/1962, in the living room area of his hotel apartment. Mr. White stated while entertaining a female escort, known only as **Christine** or **Harmony**, an unknown person knocked at his front door. He said Christine opened the front door and an unknown black male walked into the apartment holding a silver in color semi-automatic handgun in his right hand. He said the unknown suspect held him at gun point while he ransacked his apartment and took several items and cash valued at approximately $2355.00.

### VICTIM'S INFORMATION/STATEMENT

Name:  David Solomon White
Date of Birth:  06/18/62
Phone Number:  734-829-7466
Address:  2320 N. Blakely Lake Road, #1024, Duluth, Georgia 30096
Work Address: ITT systems - government contracting, Ft. Carson, Colorado

Mr. White stated the unknown black male walked into his apartment, pointed a silver in color what he believed to be a .45 caliber semi-automatic handgun in the direction of his head, and told him, "Get on the ground." Mr. White stated he got on the ground and observed the unknown black male rummaging through his personal property located on a desk area inside the apartment. Mr. White stated while the suspect was rummaging through his property, he looked at Christine and told her, "Bitch, get your shit up." Mr. White stated Christine started picking up her personal belongings from the floor and around the bed area preparing to leave with the suspect.

Mr. White stated the male suspect picked up his cell phone that was on the kitchen table area and placed it into his left front jacket pocket. He next picked up a camera located on the nightstand near the bed and also placed that in a pocket (unknown which pocket). The suspect then took approximately $500.00 in U.S. currency (all in $20.00 bills) from the kitchen table area, and, just prior to leaving the apartment, the suspect took a laptop computer and placed it under his left arm. The entire time the suspect was rummaging through Mr. White's property, he was telling Christine to get her stuff together, which she did, and then stood by the front door waiting for the male suspect to gather the property.   Mr. White stated the male suspect and Christine departed together. I asked Mr. White if he believed the two were connected and he stated he did due to the fact Christine left with the male without a struggle and of her own free will.

I asked Mr. White how he knew Christine or Harmony. He stated on Saturday, 11/06/2010, he was interested in contacting a female escort to spend the evening with him, so he went to a website called **backpage.com.** He made contact with Harmony, which was her name on the website; however, she later identified herself as Christine. Harmony did come to his apartment that day, and later throughout the week he sent text messages to her and asked her to come over again on 11/10/2010, which she did. Mr. White stated from the time she arrived at approximately 1830 hours to approximately 2300 hours, they drank wine, ate, and had sex. He said they fell asleep together in his bed at approximately 2300 hours. He stated at approximately 0015 hours on 11/11/2010, he was awakened by her sending text messages on her cell phone to an unknown person. Mr. White stated he thought she was possibly trying to call for a ride from his apartment. He believed this because of a conversation ...

| DISPOSITION | EXCEPTIONAL CLEARANCE CATEGORY | OFFICER'S SUPERVISOR | |
|---|---|---|---|
| Open | | Sgt. B. Makofske/2419 | |

| OFFICER NAME/NUMBER | WORK UNIT | APPROVING OFFICER | APPROVAL DATE |
|---|---|---|---|
| T. Speight / 3344 | SH3 | Lt. Buckley 1195 | 11/13/2010 |

TRCK #FRS-8.2006.0018.v2

COLORADO SPRINGS POLICE DEPARTMENT
NARRATIVE OVERFLOW

CASE REPORT NUMBER
10-37284

TITLE/CLASS/STATUTE/ATTEMPT
/ Felony / 18-4-302   ROBBERY AGRVTD / Completed

GEN

Overflow from Narrative:

they had earlier in the evening when she told him that she would be leaving and not spending the night with him. Mr. White said approximately 15 to 20 minutes later, at around 0040 to 0050 hours, the knock at the front door came. This is when Christine got up from the bed, answered the door, and the unknown black male walked into his apartment with the handgun. Mr. White stated the suspect was only in his apartment for approximately 3-5 minutes, and did not see which direction they went, or if they departed on foot or in a vehicle.

## SUSPECTS' DESCRIPTIONS

Suspect #1, the black male, was described as 25 to 30 years of age, approximately 5'9", 180 pounds, with dark skin. He was wearing a green fleece sweater, blue and white tennis shoes, and a black ski mask with holes in it for the eyes and mouth.

Suspect #2 was a black and Indian (from India) female, 24 years of age, approximately 5'5", 125 pounds, with long dark hair that had blonde streaks in it. She was wearing a red dress and a gray sweatshirt. She also had a Canadian accent.

## ITEMS STOLEN

Item #1.   One (1) Verizon V-Cast silver in color cell phone, phone number 734-829-7466, valued at $300.00;
Item #2.   One (1) black Hewlett-Packard laptop computer with a 15 inch monitor, valued at $1000.00;
Item #3.   One (1) black Canon camera, valued at $500.00;
Item #4.   $500.00 in U.S. currency (all $20.00 bills);
Item #5.   One (1) silver and gold in color Armitron watch, valued at $55.00.
The total value of the items stolen was $2,355.00.

## OFFICER STATEMENT

Mr. White took me down to the front lobby area of the hotel where we attempted to go to the backpage.com website; however, due to filters we were unable to get on the website. I was able to access backpage.com from the Stetson Hills Substation and printed pictures of Harmony and placed them into evidence at the Stetson Hills Substation. The phone numbers listed for Harmony are (720) 385-9062, (719) 645-3702 and (719) 291-0531. I called all numbers and they go to a voicemail.

Nothing further at this time.

NARRATIVE

CERT   VER CSPD 07/11/06

OFFICER NAME / NUMBER
T. Speight / 3344

FRS PDF  PSTE-HPXKKM15O2N62  13 Nov 2010  05:22:19  Complete   Page 2 of 2

MOA_00000588

FRS PDF MJ01!2765TE14N 22 June 2011 13:30:51 Complete  Page 1 of 3

**COLORADO SPRINGS POLICE DEPARTMENT**
**NARRATIVE SUPPLEMENT**

| CASE REPORT NUMBER |
|---|
| 10-37284 |

TITLE/CLASS/STATUTE/ATTEMPT
ROBBERY AGRVTD / Felony / 18-4-302    / Completed

| VICTIM'S NAME (LAST, FIRST, MIDDLE, SUFFIX) | ZONE | SECTOR |
|---|---|---|
| White, David | 5 | 5X |

### DETECTIVES/sjr

### INITIAL INFORMATION

#### 11-15-10

I, Detective Schneider was assigned to case 10-37284 to conduct a follow-up investigation. Upon being assigned the case, I first reviewed the reports by initial responding officers and then conducted a follow-up investigation.

### VICTIM CONTACT

#### 11-16-10

I was able to make contact with victim **DAVID WHITE** via telephone number 734-829-7466. In speaking with Mr. White, he advised me that the female who was part of the robbery was an individual he found on a website called backpage.com. He looked under the Colorado Springs City link, then escort link. The female suspect's site was dated October 20th under the name of **HARMONY**.

Mr. White advised me that he does not live in Colorado Springs, but was here for business purposes and just wanted to have some companionship while in town. Since the robbery, he has returned to Atlanta, where he lives and he had no plans of coming back to Colorado Springs, unless it was for necessary reasons or work reasons.

Mr. White did not have any serial numbers for the electronics taken from during the robbery, but he advised that he would attempt to get the serial numbers and contact me if he was able to.

The only other information he provided at the time was that the desk clerk from the hotel on the evening of the robbery possibly got a plate off of a green Saturn that was in the parking lot at around the time of the robbery. Mr. White had no additional information at this time.

Later in the afternoon, on 11-16-10, I received a voice message from the victim advising that the plate the front desk had told him about was Colorado 394T07. It should be noted that Colorado plates commonly do not end in numbers, unless it is a customized plate. A query on that plate listed to no record. I then tried the plate of 394TOZ and found that it listed on a blue Kia Spectra. The vehicle year was a 2005. The vehicle listed to a **VICKY AND JESSE JARAMILLO** at 32 Monk St., Colorado Springs.

Mr. White described the female that he met from backpage.com as a white or Indian, which he described further as an individual from the country of India, mix female, approximately 24 years of age, 5'7" to 5'8", 135 lbs., with dark brown or blacked streaked long hair. When he was hanging out with her, she showed him a driver's license, which was from Colorado and he thought the name on it was either **CHRISTINA** or **CHRISTIE**. Mr. White had no additional information at this time.

### HARMONY TRUMP

#### 11-12-10

An email was sent to the Chief's office of the Colorado Springs Police Department advising that they had observed an escort robbery on KKTV news. An individual believed that if the girl had tattoos all over her torso, it sounded like **HARMONY TRUMP**. This information was passed onto me and I then conducted a records search for a Harmony Trump, where I found a record for Harmony Trump (DOB: 05-21-87). ...

| DISPOSITION | EXCEPTIONAL CLEARANCE CATEGORY | OFFICER'S SUPERVISOR | |
|---|---|---|---|
| Cleared by Arrest | | Sgt. Fox | |

| OFFICER NAME/NUMBER | WORK UNIT | APPROVING SUPERVISOR | APPROVAL DATE |
|---|---|---|---|
| S. Schneider / 2769 | MCROB | Sgt. Dale R. Fox 127 | 2/22/2011 |

TRCK #FRS-8.2005-0018-v2

MOA_00000589

**COLORADO SPRINGS POLICE DEPARTMENT**
**NARRATIVE OVERFLOW**

CASE REPORT NUMBER
**10-37284**

GEN

TITLE/CLASS/STATUTE/ATTEMPT
/ Felony / 18-4-302   ROBBERY AGRVTD / Completed

Overflow from Narrative:

In checking Ms. Trump's record, it showed that she had tattoos on her abdomen and back. Her physical description was listed as a white female, 5'6", 115 lbs., brown hair, and hazel eyes, and medium complected skin.

## BACKPAGE.COM

### 01-24-10

I conducted a search on backpage.com going to the Colorado Springs link and then to the Colorado escorts link. I then went to 11-06-10, where I found a posting of a female using the name of Harmony, which is consistent with the information provided by Mr. White. The link was with the title ((**all the right places**))-22. It was posted on 11-06-10 at 5:03 p.m. In the link it stated, "Hello gentleman, today is such a beautiful day! Enjoy it with a woman like me. My name is Harmony 719-645-3702."

Poster's age 22, location Colorado Springs, post ID #5855569.

In the link there were four photos. The first photo was of a female with a medium brown complected skin, appears to have blue eyes, long dark hair. The photos show the female wearing nothing but a purple bra and panties. The very last photo shows the same female standing outside near a tree wearing a blue dress and hat. The female in these photos was consistent with the description provided by Mr. White. In observing this posting, it confirmed that it was not that of Harmony Trump.

There was another post from 11-06-10 at 10:11 p.m. with the title of ((**take a walk on tha wild side**))-22. Upon observing this link, I immediately observed two of the photos were that of the same female from the previous posting. In the posting it again says that her name is Harmony and lists the phone number of 719-645-3702. It also stated other ads by this user was the posting of All the Right Places and included the following postings:

"Exotic-passionate-affordable-22, the absolute sexiest caramel treat", search no more, an exotic-passionate-affordable.

Continuing the search, I found another posting from 11-17-10 at 8:36 p.m. titled "Discover the Mystery-22." In clicking on it, I observed three photos; none of which showed the full face of the female, but the images of the body and that of the background in the photos was similar to that from the background on two of the pictures from the All the Right Places posting. The details on Discovery the Mystery posting showed the location of Colorado Springs, the poster's age being 22, and a post ID #5911375. In it, the female lists her name as **MYSTERY** and gives a phone number of 719-291-0531.

## VICTIM RE-CONTACT

### 12-20-10

Mr. White contacted me, via phone, and advised me he was unable to locate any serial numbers for the electronics taken from him and that he would not be able to get them. He did provide me with a password code of 2400 for his computer, advising that this would allow us to log onto his computer should we locate it.

## VICE AND NARCOTICS DETECTIVES

I made contact with Detective Crews, 3560 from the Metro Vice and Narcotics Detective Unit. Detective Crews informed me that he was aware of the robbery and had located the postings on backpage.com of the female suspect. He advised that when he was able to, he and other detectives would try and set up a contact to meet with her.

### 01-27-11

Detective Crews contacted me and advised me that they had made contact with the female suspect at the **Motel 6** ...

OFFICER NAME / NUMBER
S. Schneider / 2769

FRS PDF  MJ0152765TE14N  22 Feb 2011  13.30.51  Complete   Page 2 of 3

MOA_00000590

**COLORADO SPRINGS POLICE DEPARTMENT**
**NARRATIVE OVERFLOW**

CASE REPORT NUMBER
10-37284

TITLE/CLASS/STATUTE/ATTEMPT
/ Felony / 18-4-302   ROBBERY AGRVTD / Completed

Overflow from Narrative:

located at Fillmore St. and Chestnut St.  They had also contacted a male party during the investigation who they believed was possible the male suspect.

**01-28-11**

Detective Crews advised me that through their investigation the previous night, the female they contacted was identified as **CHRISTINE DUNCAN.**, She had confessed to the robbery and advised that the male party that other detectives had contacted, identified as **TRAMELL THOMAS (2/13/79)**, was the male who robbed the victim. Detective Crews informed me that they arrested Mr. Thomas for the robbery of Mr. White.  He also advised that they had executed a search warrant in relation to the investigation and recovered a number of items of evidence.

For additional information pertaining to the investigation done by Detective Crews and other detectives, please refer to their supplements.

**VICTIM CONTACT**

**01-31-11**

I contacted Mr. White to advise him a male party had been arrested in connection with his case.  Mr. White informed me that he had already been notified by one of the detectives that evening, but he did appreciate the call.  Mr. White then provided me with the following email address in case we needed to email him any photos of items of evidence recovered, so he could verify if they were his or not.  The email address provided was BigDee74041@yahoo.com <mailto:BigDee74041@yahoo.com>.

Mr. White had no additional information.

**ADDITIONAL INFORMATION**

Nothing further at this time

OFFICER NAME / NUMBER
S. Schneider / 2769

FRS PDF   MJ0152765TE14N   22 Feb 2011   13.30:51   Complete   Page 3 of 3

MOA_00000591

ERS.PDF  MU0152765UET0G  14 Mar 2011  09:52:57  Complete   Page 1 of 2

**COLORADO SPRINGS POLICE DEPARTMENT**
**NARRATIVE SUPPLEMENT**

| CASE REPORT NUMBER |
|---|
| 10-37284 |

TITLE/CLASS/STATUTE/ATTEMPT
ROBBERY AGRVTD / Felony / 18-4-302    / Completed

| VICTIM'S NAME (LAST, FIRST, MIDDLE, SUFFIX) | ZONE | SECTOR |
|---|---|---|
| White, David | 5 | 5X |

**DETECTIVES/mm**

**DETECTIVE STATEMENT**

02-17-11

I, Detective Schneider, removed a number of items from evidence that had been collected by other detectives under Colorado Springs Police report #11-03873, a pimping case, which was related to the aggravated robbery under case #10-37284. Upon removing the items from evidence, I then photographed each one. I removed the following items from evidence were:

**Item #12:** a HP laptop, black in color with silver circle designs on it, model HP Pavilion DV4-2049US, serial number CND9491HFZ.

**Item #8:** an Olympus digital camera, model FE-47, serial number UA4A07555.

**Item #13:** a Samsung black, open face cell phone, model SCH-R100, serial number 268435459508849276.

**Item #1:** a black touch-screen cell phone which was broken, model HUAWEIM860, serial number 2XA9MB10A1210842.

**Item #2:** a Garmin NUVI GPS system, black in color, with car charger, serial number 1VA082091.

**Item #14:** three individual memory stick thumb drives:
1.  Brand PNY memory 4G, black in color;
2.  Brand IMATION memory 1G, silver in color with a black lanyard;
3.  Brand Optima Attache memory 2G, orange in color.

02-18-11

I sent e-mails to victim **DAVID WHITE** at the e-mail address of bigdee74041@yahoo.com <mailto:bigdee74041@yahoo.com>. The e-mails I sent contained photos of the above-mentioned items to see if any of them belonged to Mr. White. In response the e-mail regarding the computer, Mr. White replied in the e-mail, "Yes it like my computer." In response to every other e-mail I sent regarding the above-mentioned items, Mr. White advised they were not his.

After receiving the e-mail responses from Mr. White, I then contacted him via telephone. I asked him what about the computer was similar to his and he stated his computer that was taken was a Hewlett Packard and on the top of it there was the logo HP in one of the corners and had silver circular designs on it. Upon opening up the computer, on the keypad area there were a number of stickers on the pad. The description he provided was similar to that of the one recovered from evidence.

**ADDITIONAL EVIDENCE**

I placed into evidence the e-mails, including e-mail responses, from Mr. White regarding the evidence items. I also placed into evidence a CD containing the photos I took of the selected evidence items.

**HP LAPTOP**
...

| DISPOSITION | EXCEPTIONAL CLEARANCE CATEGORY | | OFFICER'S SUPERVISOR | |
|---|---|---|---|---|
| Cleared by Arrest | | | Sgt. Fox | |
| OFFICER NAME/NUMBER | WORK UNIT | APPROVING SUPERVISOR | | APPROVAL DATE |
| S. Schneider / 2769 | MCROB | Sgt. Dale R. Fox 127 | | 3/14/2011 |

**COLORADO SPRINGS POLICE DEPARTMENT**
**NARRATIVE OVERFLOW**

CASE REPORT NUMBER
**10-37284**

TITLE/CLASS/STATUTE/ATTEMPT
/ Felony / 18-4-302   ROBBERY AGRVTD / Completed

GEN

Overflow from Narrative:

Mr. White advised that upon opening the laptop and powering it up, it should have his name as the login. Upon opening it up, I observed that the name was **Devonte** with the password entry below it. I did not attempt to go any further at this point given it was not Mr. White's name listed above.

**ADDITIONAL INFORMATION**

I have nothing further to report.

NARRATIVE

VER CSPD 07/11/06

CERT

OFFICER NAME / NUMBER
S. Schneider / 2769

FRS PDF   MJ0152765UET0G   14 Mar 2011   09:52:57   Complete   Page 2 of 2

MOA_00000593

# AFFIDAVIT OF PROBABLE CAUSE

The following affidavit is submitted to the Court to document the probable cause in support of the arrest of **THOMAS, TRAMELL** DOB: **02/13/1979** SSN: **Unknown**.

This offense is fully documented in Colorado Springs Police Department Offense Report ~~11-03873~~ *10-37284* detailing the offense(s) of:

§18-4-302, AGGRAVATED ROBBERY, CLASS THREE FELONY (F3)

With the victim(s) identified as:

1. White, David – 06/18/62

I, Detective R. Crews/3560Z, am a sworn police officer for the Colorado Springs Police Department (CSPD). I have been a sworn police officer for approximately 8 years and is currently assigned to the CSPD Metro Vice, Narcotics and Intelligence Division. Metro VNI is a multi agency co-located drug task force designated to investigate, control, and prevent the illegal sale, possession, and/or manufacturing of illegal narcotics. Units of Metro VNI conduct in depth investigations of major drug trafficking organizations, gangs involved in the drug trafficking, money laundering operations, and prostitution throughout El Paso and Teller Counties. I am responsible for the investigation of individuals or groups of individuals involved in the street and mid level distribution of narcotics and prostitution.

On November 11, 2010, I learned that Colorado Springs Police Department, (CSPD) officers were dispatched to the Residence Inn located at 3880 N. Academy Blvd, in Colorado Springs, Colorado to investigate a reported personal robbery with a weapon. The victim/reporting party who was identified as David S. White, black male, DOB: 06/18/1962 told officers that he had been seeing a 24 year old female escort he had seen advertising on the internet. David White identified the female escort by the first names of Christine/Harmony. David White provided a physical description of AKA Christine/Harmony as black/Indian female mix, 24 years of age, approximately 5' 5"tall, 125 pounds, with long dark hair with blonde streaks in it. David White stated that beginning on November 10, 2010, he contacted AKA Christine/Harmony and asked her for her services which cost $260.00 for one hour. David White stated that when Christine/Harmony arrived at his hotel room they drank wine, ate dinner and had sex. David White stated that they then fell asleep, until 4:00 or 5:00 am when he was awakened by her texting on her cell phone. David White stated that he assumed she was contacting her driver for a ride home from his hotel room and engaged in small talk with AKA Christine/Harmony.

David White relayed that on November 11, 2010, approximately 20 minutes after they woke up, an unknown person knocked on the front door of his hotel room. David White stated that AKA Christine/Harmony answered the door and an unknown black male wearing a knit cap covering his face with openings for his eyes and mouth walked into the hotel room. White additionally described the suspect as wearing a green fleece sweater and blue and white athletic shoes. David White stated the black male pointed a sliver in color, semi automatic pistol in the direction of his head and told him to get on the ground. David White believed that the weapon was probably a .45 caliber hand gun. David White stated that the black male began searching through his personal belongings and took his cellular telephone, a Hewlett-Packard laptop computer, one Canon camera, an Armitron wrist watch, and $500.00 in United States currency. David White estimated the valuables taken by the unidentified black male at approximately $2,355.00. David White stated that while the black male was rummaging

SCANNED

# AFFIDAVIT OF PROBABLE CAUSE

through the hotel room, he told AKA Christine/Harmony to gather her things. David White stated as the unidentified black male was walking out of the hotel room, he told AKA Christine/Harmony, "bitch, get your shit up". David White stated that they both left the hotel room together in an unknown direction. David White felt that the unidentified black male and AKA Christine/Harmony were connected because she left with him without displaying any signs of duress.

David White then provided officers the website he used to contact AKA Christine/Harmony. The website was identified as, www.backpage.com. Officers were able to locate the web page posting identified by David White that depicted AKA "Christine" or "Harmony." The web page posting displayed several photographs of a female matching the description provided by David White. Officers were able to print those photographs and place the copies into official CSPD Evidence. CSPD Robbery Detective S. Schneider subsequently requested the assistance of the Metro VNI unit with contacting the party known as AKA "Christine/Harmony" in regards to the robbery which occurred in November 2010.

Between November 2010 and January 2011, Detective J. Lamberth/9616Z of Metro VNI monitored the daily postings on www.backpage.com and other websites on which female escorts advertise. During this time frame, Detective J. Lamberth/9616Z observed several web page postings of a female escort matching the physical description of AKA "Christine/Harmony." It should be noted that some of the photographs that Detective J. Lamberth/9616Z observed on the web page postings were identical to the photographs featured in the web posting identified by the victim, David White.

On January 27th 2011, Detective J. Lamberth/9616Z located a new web posting advertisement in the "Escort" section of www.backpage.com displaying photographs of a female matching the physical description of the party previously identified as AKA "Christine/Harmony." In the advertisement, the female identified herself as AKA "Jazmine," and stated that she would provide "some serious service and action." AKA "Jazmine" listed a contact phone number of 719.645.1130.

On January 27th 2011, at approximately 1700 hrs, Detective J. Lamberth/9616Z, posing as a potential customer, placed a phone call to 719.645.1130 and spoke with a female party who identified herself as "Jazmine." Detective J. Lamberth/9616Z then asked "Jazmine" for a hour-long session and asked if she had any available appointment slots. "Jazmine" replied that she did have availability and informed Detective J. Lamberth/9616Z that an hour-long session would cost $260.00. Detective J. Lamberth/9616Z then arranged to meet "Jazmine" at her in-call location which she indicated was the Motel 6 located on Chestnut St. just north of W. Fillmore Rd. in Colorado Springs, CO.

On January 27th 2011 at approximately 2130 hrs, Detective J. Lamberth/9616Z met "Jazmine" in room #228 at the aforementioned Motel 6. (Detective J. Lamberth/9616Z immediately recognized "Jazmine" as the female party in the photographs on the www.backpage.com used by Detective J. Lamberth/9616Z to contact "Jazmine" as well as the historical postings in which the female identified herself as "Christine/Harmony."

**SCANNED**

# AFFIDAVIT OF PROBABLE CAUSE

Detective J. Lamberth/9616Z was able to arrange a prostitution-related transaction with "Jazmine" which included sexual intercourse to completion and oral sex in exchange for $260.00 (of pre-recorded official Metro VNI buy funds). Detective J. Lamberth/9616Z then provided a verbal arrest cue, at which time members of the El Paso County Crime Reduction Unit responded to room #228 and detained "Jazmine." Subsequent investigation by responding officers identified "Jazmine" as Christine Marie Duncan – DOB: 09/12/1986. During the arrest of Duncan, detectives conducting surveillance in the area of the Motel 6 observed a red in color Toyota Camry occupied by a black male who was observed walking with Duncan just prior to her meeting with Detective J. Lamberth/9616Z.

Contemporaneous to Detective J. Lamberth/9616Z's interaction with Duncan, other investigating officers and detectives conducted a traffic stop of the red in color Toyota Camry for a traffic violation and subsequently identified the driver as Tramell D. Thomas – DOB: 02/13/1979. During the traffic stop, investigating detectives confirmed via a police dispatcher that Thomas is a current parole client with the Colorado Department of Corrections and has been previously convicted of Aggravated Robbery (see Colorado Court case **1998CR4696**). Communication with Thomas' parole officer, Maryanna Meijas, verified his parolee status. Meijas advised investigating detectives that a hold was to be placed on Thomas at the El Paso County Criminal Justice Center pursuant to the charges relating to his involvement in Prostitution/Pimping.

Detective J. Lamberth/9616Z continued his investigation with Duncan and advised her of her Miranda rights which she subsequently waived. After waiving her rights, Duncan elected to provide a statement of involvement to Detective J. Lamberth/9616Z. Detective J. Lamberth/9616Z asked Duncan to divulge any information she had regarding the above referenced robbery which occurred in November 2010. During the interview, Duncan corroborated several of the statements made by the original victim, David White, concerning the robbery including positively identifying Tramell Thomas as the black male who had entered the hotel room with the semi-automatic pistol described by the victim. Duncan told Detective J. Lamberth/9616Z that she had no idea that Thomas was going to rob the victim and only sent text messages to Thomas to ask for a ride home from the victim's hotel room. Duncan stated that when she heard the knock at the hotel room door, the victim told her to answer it and when she did, Thomas pushed her out of the way and entered the room. When Thomas entered the room, he was wearing a black knit ski mask and holding a pistol. Duncan stated that Thomas was upset with her and the victim because he had not been appropriately compensated for the amount of time that Duncan had spent with the victim. Duncan stated that Thomas then began demanding money and personal items from the victim who told Thomas to take his camera, his laptop computer, his cellular phone, his watch, and any cash located in the victim's belongings. Duncan stated that Thomas ordered her to get dressed and go wait in the car. She said that she stood outside the hotel room door and waited for Thomas to come out. When Thomas came out of the room, Duncan and Thomas ran to the car and left the area.

Duncan stated that the next day, she was able to obtain the laptop and camera from Thomas without his knowledge and attempted to contact the victim to return the items. Duncan was unable, however, to make contact with the victim. Duncan stated that the last time she personally observed the victim's

SCANNED

# AFFIDAVIT OF PROBABLE CAUSE

belongings and the pistol used in the robbery was in December of 2010 at the apartment where she currently resides with Thomas (3820 Radiant Dr. #239, Colorado Springs, CO). Duncan stated that she has been living with Thomas at that location since September 2010. Duncan stated that she has been working as an escort under Thomas' direction since September of 2010 and that all of the monetary proceeds earned by providing sexual services to clients are given directly to Thomas.   Duncan estimated that she has earned approximately $5000-$7000 since September 2010. Duncan stated that she is the sole bread-winner for Thomas and that his only source of income is generated by her work as an escort.  Duncan volunteered to identify the apartment where she and Thomas currently reside which is the location where she last observed the victim's belongings and the pistol used in the commission of the robbery.

I would respectfully request that probable cause be found that THOMAS, TRAMELL DOB: 02/13/1979 did within the City of Colorado Springs, County of El Paso and State of Colorado, commit in violation of the Colorado Revised Statutes, the offense(s) of **§18-4-302, AGGRAVATED ROBBERY, CLASS THREE FELONY (F3)**

Friday January 28, 2011
Date

DETECTIVE R. CREWS / 3560
Officer's Signature
Colorado Springs Police Department

Notary Signature
My Commission expires: _06/15/2013_
Address:   Colorado Springs Police Department
PO Box 2160
Colorado Springs, CO 80901-2169

SCANNED

MOA_00000597

DISTRICT COURT, EL PASO COUNTY, COLORADO
Court Address: 270 South Tejon Street,
           Colorado Springs, CO 80903

**People of the State of Colorado**
       VS.

**Defendant: THOMAS, TRAMELL**
Defendant DOB:  02/13/1979

▲ COURT USE ONLY ▲

Case #:

Division #:

Courtroom #:

## INFORMATION FOR PRELIMINARY PROCEDURE

The above named Defendant was arrested on Friday January 28, 2011 on the charges of:

§18-4-302, AGGRAVATED ROBBERY, CLASS THREE FELONY (F3)

The following bonding information is to be considered by the Judge in setting bail on the defendants.

**Standard Bond**

DETECTIVE R. CREWS, 3560
Signature of Peace Officer who furnished the
above information

NOTE:  If more than one defendant was arrested for the same or similar acts or series of acts, they <u>must</u> be included on the same sheet.

| Initiating Law Enforcement Agency Information | |
|---|---|
| Initiating Officer Name: | DETECTIVE R. CREWS |
| Agency/Division: | Colorado Springs Police Department<br>Colorado Springs Police Department |
| Case Report Number: | 11-03873 → Pimping /10-37284 - Robbery |

**SCANNED**

MOA_00000598

**CUSTODY REPORT**

| | |
|---|---|
| Adult [X] Juvenile | Agency: CSPD METRO VNI |
| Custody Date: 01/27/11 | Custody Time: 2230 | Custody Location: FILLMORE ST. + CENTENNIAL |

Zone: 2  Sector: L  Booking No.: 10000836

Subjects Name (Last, First Middle): THOMAS TRANELL D
Alias/Maiden: 37284  Offense No.: 11-0367

Res. Add: 3820 RADIANT DR #239 D  Telephone: 719 645-1130
City & State: C.S. CO. 80917  Soc Sec No.: Unkn

Scars/Marks/Tattoos: Unk.

DOB: 02/13/79  Race: B  Sex: M  Age: 30  Ht: 600  Wt: 200  Hair: BLK  Eyes: BRO
Drivers License No.: 98-112-1157  State: CO

POB: Unknown  Occupation: UNEMPLOYED
Subjects Actions: [ ] Resisted  [ ] Armed

**CODES:** A – Accomplice   S – Spouse   M – Mother   F – Father   SM – Stepmother   SF – Stepfather

| code | Name (Last, First Middle) | CSPD No. | Address | Telephone |
|---|---|---|---|---|
| | | | | |

Injury/Illness: N/A

| CJS Number | Statute Number / Ordinance Number | CHARGES | INT | DISPO | Common Code | Warrant Number | Summons Number |
|---|---|---|---|---|---|---|---|
| A | ORI 18-4302 | AGG. ROBBERY | N | HLD | 1207c | PCAFF | |
| B | ORI 18-7206 | PEN ATEMP | N | HLP | F00-4 M | PCAFF | |
| C | ORI | | | | | | |
| D | ORI | | | | | | |

**DISPOSITION CODES**
HLD – Held in Custody   FAC – Filed as Charged
NFC – No Formal Charge   ROR – Released on Own Recognizance
ROB – Released on Bond   TOT – Turned over to Another Agency
DBP – Charges Dropped by Police   DEC – Deceased

Narrative: 1 ARRESTED ON A TRAFFIC STOP RESULTING IN THE ABOVE LISTED CHARGES.

RIGHT INDEX R.P.D

VERIFIED BY   SCANNED

Officer Name: J.L. LAMBERTA 9162

OS 863-80

MOA_00000599

## COLORADO SPRINGS POLICE DEPARTMENT
## CONTINUATION/SUPPLEMENTAL REPORT

| CASE REPORT NUMBER |
| --- |
| **10-37284** |

| OFFENSE | STATUTE NUMBER | UCR RECLASSIFICATION TO: | | | UCR CODE |
| --- | --- | --- | --- | --- | --- |
| AGGRAVATED ROBBERY | 18-4-302 | | | | |

| VICTIMS NAME (LAST, FIRST MIDDLE) | | | DATE OF THIS REPORT |
| --- | --- | --- | --- |
| WHITE, DAVED | | | Wed Feb 02, 2011 |

| ARRESTEE NAME (LAST, FIRST MIDDLE) | RES ADD: UNKNOWN | RACE | SEX | AGE | DOB |
| --- | --- | --- | --- | --- | --- |
| THOMAS, TRAMELL | CITY & STATE: COLORADO SPRINGS, CO 809XX | B | M | 31 | 2/13/1979 |

| ARRESTEE NAME (LAST, FIRST MIDDLE) | RES ADD: | RACE | SEX | AGE | DOB |
| --- | --- | --- | --- | --- | --- |
| | CITY & STATE: | | | 0 | |

<u>S. SCHNEIDER</u> presented this case to ___C. Cruson 2-7-11___ with the District Attorney's Office, for filing of formal criminal charges and the following disposition was reached: (**DDA's please check all that apply**)

| S1 | S2 | | S1 | S2 | |
| --- | --- | --- | --- | --- | --- |
| ___ | ___ | No filed, no criminal charges filed. | ___ | ___ | Nollied all felony charges. |
| ___ | ___ | Nollied some of the felony criminal charges. | | | |

| S1 | S2 | Filed the following Misdemeanor charges: | S1 | S2 | |
| --- | --- | --- | --- | --- | --- |
| ___ | ___ | 3rd Degree Assault, 18-3-204 | ___ | ___ | Harassment, 18-9-111 |
| ___ | ___ | Menacing, 18-3-206 | ___ | ___ | Reckless Endangerment, 18-3-208 |
| ___ | ___ | Other(s): _____ | | | |

| S1 | S2 | Filed the following Felony charges: | S1 | S2 | |
| --- | --- | --- | --- | --- | --- |
| ___ | ___ | Menacing, 18-3-206 | ___ | ___ | Criminal Mischief, 18-4-501 |
| ___ | ___ | Criminal Attempt, 18-2-101 | ___ | ___ | Conspiracy, 18-2-201 |
| ___ | ___ | Agg. Motor Vehicle Theft, 18-4-409 | ___ | ___ | Theft, 18-4-401 |
| ___ | ___ | First Degree Assault, 18-3-202 | ___ | ___ | Robbery, 18-4-301 |
| ___ | ___ | Second Degree Assault, 18-3-203 | ___ | ⊠ | Agg. Robbery, 18-4-302 |
| ___ | ___ | Criminal Impersonation, 18-5-113 | ___ | ___ | First Degree Burglary, 18-4-202 |
| ___ | ___ | False info. to a Pawnbroker, 12-56-104 | ___ | ___ | 1st Deg. Crim. Trespass, 18-4-502 |
| ___ | ___ | Unauthorized Use of a Financial Transaction Device, 18-5-702 | ___ | ___ | Forgery, 18-5-102 |
| ___ | ___ | Contributing to the Delinquency of a Minor, 18-6-701 | ___ | ___ | Intimidating a Witness, 18-8-704 |
| | | | ___ | ___ | Other(s): _____ |

**DA COMMENTS:**

---

## INVESTIGATIONS CASE STATUS REPORT

☒ Cleared by Arrest *Fri Jan 28, 2011*
　☒ CSPD　☐ Outside Jurisdiction -Agency:_____
☐ **Unfounded** – The elements of the crime do not exist
☐ **Exceptional Clearance** (*The following four criteria must exist for exceptional clearance*)
　☐ Offender can be identified
　☐ Sufficient probable cause to arrest
　☐ Offender can be located
　☐ A reason exists (see below) which prevents the arrest of the offender
　　☐ Death of the offender
　　☐ Prosecution denied by other than lack of PC
　　☐ Extradition denied
　　☐ Victim refused to cooperate
　　☐ Juvenile/No Custody, under age of ten
　　☐ Warrant issued

☐ **Open**
　☐ Exhausted all investigative leads
　☐ Other (Comments),
　_____

Victim contact Date: 1/31/11　Time: ___
☒ Phone　☐ In Person　☐ Letter Sent
Contact By: S. SCHNEIDER　IBM: 2769

---

| UCR DISPOSITION | OFFICER NAME/NUMBER | SUPERVISOR | DATE | PAGE |
| --- | --- | --- | --- | --- |
| CLEAR ARREST | S. SCHNEIDER | SGT. FOX | 2/2/2011 | 1 OF 1 |

### RECORDS AND IDENTIFICATION

MOA_00000600

## COLORADO SPRINGS POLICE DEPARTMENT
## CONTINUATION/SUPPLEMENTAL REPORT

| | |
|---|---|
| CASE REPORT NUMBER | **10-37284** |

| OFFENSE | STATUTE NUMBER | UCR RECLASSIFICATION TO: | UCR CODE |
|---|---|---|---|
| AGGRAVATED ROBBERY | 18-4-302 | | |

| VICTIM'S NAME (LAST, FIRST MIDDLE) | | | | DATE OF THIS REPORT |
|---|---|---|---|---|
| WHITE, DAVED | | | | Wed Feb 02, 2011 |

| ARRESTEE NAME (LAST, FIRST MIDDLE) | RES ADD: UNKNOWN | RACE | SEX | AGE | DOB |
|---|---|---|---|---|---|
| THOMAS, TRAMELL | CITY & STATE: COLORADO SPRINGS, CO 809XX | B | M | 31 | 2/13/1979 |

| ARRESTEE NAME (LAST, FIRST MIDDLE) | RES ADD: | RACE | SEX | AGE | DOB |
|---|---|---|---|---|---|
| | CITY & STATE: | | | 0 | |

**S. SCHNEIDER** presented this case to _____ with the District Attorney's Office, for filing of formal criminal charges and the following disposition was reached: **(DDA's please check all that apply)**

| S1 | S2 | | S1 | S2 | |
|---|---|---|---|---|---|
| ____ | ____ | No filed, no criminal charges filed. | ____ | ____ | Nollied all felony charges. |
| ____ | ____ | Nollied some of the felony criminal charges. | | | |

____ Filed the following Misdemeanor charges:

| S1 | S2 | | S1 | S2 | |
|---|---|---|---|---|---|
| ____ | ____ | 3rd Degree Assault, 18-3-204 | ____ | ____ | Harassment, 18-9-111 |
| ____ | ____ | Menacing, 18-3-206 | ____ | ____ | Reckless Endangerment, 18-3-208 |
| ____ | ____ | Other(s): _____ | | | |

____ Filed the following Felony charges:

| S1 | S2 | | S1 | S2 | |
|---|---|---|---|---|---|
| ____ | ____ | Menacing, 18-3-206 | ____ | ____ | Criminal Mischief, 18-4-501 |
| ____ | ____ | Criminal Attempt, 18-2-101 | ____ | ____ | Conspiracy, 18-2-201 |
| ____ | ____ | Agg. Motor Vehicle Theft, 18-4-409 | ____ | ____ | Theft, 18-4-401 |
| ____ | ____ | First Degree Assault, 18-3-202 | ____ | ____ | Robbery, 18-4-301 |
| ____ | ____ | Second Degree Assault, 18-3-203 | ____ | ____ | Agg. Robbery, 18-4-302 |
| ____ | ____ | Criminal Impersonation, 18-5-113 | ____ | ____ | First Degree Burglary, 18-4-202 |
| ____ | ____ | False Info. to a Pawnbroker, 12-56-104 | ____ | ____ | 1st Deg. Crim. Trespass, 18-4-502 |
| ____ | ____ | Unauthorized Use of a Financial Transaction Device, 18-5-702 | ____ | ____ | Forgery, 18-5-102 |
| ____ | ____ | Contributing to the Delinquency of a Minor, 18-6-701 | ____ | ____ | Intimidating a Witness, 18-8-704 |
| | | | ____ | ____ | Other(s): _____ |

**DA COMMENTS:**

## INVESTIGATIONS CASE STATUS REPORT

☒ Cleared by Arrest *Fri Jan 28, 2011*
  ☒ CSPD  ☐ Outside Jurisdiction -Agency: _____
☐ Unfounded – The elements of the crime do not exist
☐ Exceptional Clearance (*The following four criteria must exist for exceptional clearance*)
  ☐ Offender can be identified
  ☐ Sufficient probable cause to arrest
  ☐ Offender can be located
  ☐ A reason exists (see below) which prevents the arrest of the offender
    ☐ Death of the offender
    ☐ Prosecution denied by other than lack of PC
    ☐ Extradition denied
    ☐ Victim refused to cooperate
    ☐ Juvenile/No Custody, under age of ten
    ☐ Warrant issued

☐ Open
  ☐ Exhausted all investigative leads
  ☐ Other (Comments), _____

Victim contact Date: 1/31/11  Time: _____
☒ Phone  ☐ In Person  ☐ Letter Ser
Contact By: S. SCHNEIDER  IBM: 27

*MASTER CASE #11-03873 FOR PIMPING CHARGE*

| UCR DISPOSITION | OFFICER NAME/NUMBER | SUPERVISOR | DATE | PAGE |
|---|---|---|---|---|
| CLEAR ARREST | S. SCHNEIDER | SGT. FOX | 2/2/2011 | OF |

## RECORDS AND IDENTIFICATION

 

**OFFICE OF THE DISTRICT ATTORNEY**

Fourth Judicial District
105 East Vermijo
Colorado Springs, CO 80903
**VICTIM WITNESS**
(719) 520-6049 \ FAX (719) 520-6172

Dan May
District Attorney

Dan Zook
Assistant District Attorney

July 12, 2011

SCOTT A Schneider
Colo Springs Police
Colorado Springs Police Dept
705 South Nevada Ave
Colorado Springs, CO  80903

RE:     Investigating Officer: SCOTT A Schneider
        Arresting Agency:     Colo Springs Police
        Offense #:            10-37284
        Offense Date:         11/11/2010

People v. Tramell Dawan Thomas, Case Number D0212011CR000340

On June 01, 2011, this case was dismissed: victim / witness unavailable

If the Defendant pays restitution pursuant to a court order, the Court will forward these restitution payments to you.  If you have any questions regarding restitution please call the Court Registry at 719-448-7588.

To check the status of personal property in the custody of law enforcement, please call 719-390-2481 (El Paso Sheriff's Office) or 719-444-7744 (Colorado Springs Police Dept.)  Contact all other law enforcement agencies at their main number.  If you are advised your property is being released to you, bring a copy of this letter with you.  Any unclaimed property may be destroyed or auctioned if not retrieved.

It is important that you keep the District Attorney's Office informed of any changes in your address or phone number if you wish to be notified of any upcoming court dates.

JUL 1 9 2011
Date

Bryan R Gogarty
Deputy District Attorney