# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Criminal Case No.  16-cr-00054-WJM-2**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**2. TRAMMEL THOMAS**

    **Defendant**.

---

## GOVERNMENT'S MOTION TO RESTRICT DOCUMENTS

---

The United States of America, by and through United States Attorney Robert C. Troyer and the undersigned Assistant United States Attorney, respectfully moves pursuant to District of Colorado Local Rule 47.1(f)(2)  to restrict a document and order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion.  The United States requests a "Level 3" Restriction which would make the document, and order revealing the contents of that document and the brief filed in support of this motion, viewable by the Court and the filing party only

Respectfully submitted this 5th day of March, 2018.

                                          ROBERT C. TROYER
                                          United States Attorney

                By:    *s/ Bryan D. Fields*
                        BRYAN D. FIELDS
                        MARTH A. PALUCH
                        Assistant U.S. Attorneys
                        U.S. Attorney's Office
                        1801 California Street, Suite 1600
                        Denver, CO 80202
                        Telephone: (303) 454-0100
                        E-mail: Bryan.Fields3@usdoj.gov
                        Attorney for Government

2

## CERTIFICATE OF SERVICE

I certify that on this 5th day of March, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                              s/ *Bryan D. Fields*
                                              BRYAN DAVID FIELDS
                                              MARTHA A. PALUCH
                                              Assistant United States Attorneys
                                              1801 California Street, Suite 1600
                                              Denver, CO 80202
                                              Telephone 303-454-0100
                                              Facsimile 303-454-0402
                                              martha.paluch@usdoj.gov
                                              bryan.fields3@usdoj.gov