IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. TRAMMEL THOMAS

    Defendant.

## ORDER TO RESTRICT DOCUMENT

This matter is before the Court on the Government's Motion to Restrict Document. Upon consideration and for good cause shown,

IT IS ORDERED that said Document, the United States' Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of that document, are hereby restricted at a "Level 3 Restriction" and will be viewable by the Court and the filing party only.

IT IS SO ORDERED on this ____ day of _____, 2018.

                HON. WILLIAM J. MARTINEZ
                UNITED STATES DISTRICT COURT
                DISTRICT OF COLORADO