**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2.  TRAMMEL THOMAS**

    Defendant

---

**DEFENDANT'S RESPONSE TO COURT'S ORDER DOCKET #337**

---

Comes now the Defendant, by and through his counsel, Daniel T. Smith and Thomas E. Goodreid, and responds to the Court's Order dated March 6, 2018 at docket # 337.

1. The Court has entered an Order requiring the Defendant to respond to the government's motion requesting an arrest warrant and the revocation of the Defendant's pretrial release status. (Docket # 333)
2. By the Court's Order of March 6, 2018 at Docket #335, the documents filed by the government at docket #'s 332 and 333 were ordered restricted at level 3. As such neither the Defendant nor his counsel have viewed or could have viewed the restricted document.
3. Counsel cannot respond to the Government's motion docket #333, as he has never seen the document, nor can he see the document in its current restricted status.

4. The Court has further set a revocation hearing for Friday March 9, 2018 at 3 P.M. Neither Mr. Smith nor Mr. Goodreid are available for a hearing any time on March 9, 2018.

5. Counsel requests that the Court order the unrestricting of docket #333 so that counsel can be fully apprised of the government's requests. Counsel further requests that any response or hearing date be set such that counsel has adequate time to prepare for a hearing including time to meet with the client.

6. Counsel further requests this additional time based upon their receipt of a memo from U.S. Probation Officer Cohen. This memo was dated March 2, 2018 and identifies several allegations of the Defendant's violation of certain release restrictions.

7. While the memo makes several allegations against the Defendant it recommends, " defendant's bond be revoked and he be taken into custody following his next Court appearance". At the time this memo was received, the Defendant's next Court appearance was his sentencing date of April 12, 2018.

8. Counsel is left only to guess what factors have changed or occurred, to cause the government's request for immediate revocation.

Wherefore, the Defendant requests that the Court enter an Order granting the Defendant additional time to respond to Docket #333, once it has been unrestricted, and further, to set a hearing date that is convenient to this Court's calendar and those of the parties.

Dated this 7th day of, March , 2018.

                                              Daniel T. Smith Attorney at Law

                                              <u>s/ Daniel T. Smith</u>
                                              Daniel T. Smith
                                              4582 S. Ulster St. #1400

Denver, Colorado 80237
Telephone: 303 860 8100
Fax: 303 860 8018
danieltsmith@qwestoffice.net

Thomas E. Goodreid
1801 Broadway #1400
Denver, Co. 80202
Telephone 303 296 2048
Fax: 303 292 0522
t.goodreid@comcast.net

Attorneys for Tramell Thomas

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on  March 7,  2018 the foregoing **DEFENDANT'S RESPONSE TO COURT'S ORDER DOCKET #337** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of said filing to the following email addresses:

s/ Daniel T. Smith