# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No: 16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    TRAMMEL THOMAS,

    Defendant.

_____

## MINUTE ORDER
_____

Entered by Magistrate Judge Nina Y. Wang

    This matter comes before the court on the Government's Motion for Arrest Warrant and Revocation of Defendant's Order of Release Pursuant to 18 U.S.C. § 3148 ("Motion") [#333, fled March 5, 2018], which was referred to this court pursuant to D.C.COLO.LCrR 57.1 and the Memorandum dated March 5, 2018 [#334]. Defendant Trammel Thomas filed a Response on March 7, 2018, indicating that neither he nor his counsel had received a copy of the Government's Motion. [#338]. Defendant further advised that he could not substantively address any allegations of violations of his conditions of release until receiving a copy of the Government's Motion, and he and his counsel were not available for a revocation hearing on March 8, 2018 at 3:00 p.m.

    Upon consideration of the Response, **IT IS ORDERED** that:

    (1)    The Clerk of the Court is **DIRECTED to AMEND** the restriction level of [#333] from Level 4 to Level 2, giving access to the Government, the court, and the affected Defendant pursuant to D.C.COLOCrR 47.1(b);

    (2)    The Motion is **RESERVED** as to whether Defendant Thomas's bond will be revoked pursuant to 18 U.S.C. §3148; and

    (3)    The Parties are **DIRECTED** to contact the chambers of Magistrate Judge Nina Y. Wang to set a revocation hearing and a deadline for a substantive response by Defendant Trammel Thomas.

Dated: March 8, 2018