# Attachment 4

| | Term | Disbursals to School by ED ||||  Adjustments (Returned by School) ||| Losses || FSA Refunds ||| Thomas Associations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Unsubsidized Loans Disbursed to School | Subsidized Loans Disbursed to School | Pell Grants Disbursed to School | Total Disbursed by ED | Return to Title 4 | Drop or Withdrawal | Other | To ED | To School | Payment to Student for Living Expenses | Payment to Student for Books and Supplies | Total Refund | IP: FAFSA from Kaibab / A: FAFSA address tied to Thomas and/or Co-Conspirators / DC: Thomas w/debit card / C: Carr Accurint query |
| **Chandler Gilbert CC** | | | | | | | | | | | | | | |
| Aaron, Billy (FL DOC) | Fall 2012 | $ - | $ 1,733.00 | $ 1,388.00 | $ 3,121.00 | $ (2,451.00) | $ - | $ - | $ 670.00 | | $ 1,204.00 | $ - | | IP: in May 2012 / A: PMB (Diaz) / C |
| Abbate, William (FL DOC) | Fall 2012 | $ - | $ 1,733.00 | $ 1,388.00 | $ 3,121.00 | $ (1,963.00) | $ - | $ - | $ 1,158.00 | $ - | $ 1,204.00 | $ - | | IP: in May 2012 / A: 1161 Dragoon Circle and PMB (Diaz) / DC: mailed to PMB (Swiss) / C |
| | Totals: | $ - | $ 3,466.00 | $ 2,776.00 | $ 6,242.00 | $ (4,414.00) | $ - | $ - | $ 1,828.00 | $ - | $ 2,408.00 | $ - | $ 2,408.00 | |
| **Community College of Denver** | | | | | | | | | | | | | | |
| Hardin, Jameisha (FL DOC) | Spring 2012 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (1,316.00) | | | $ 4,799.00 | $ 1,316.00 | $ 3,797.70 | $ 500.00 | | A: Lexington Village Ln (Grant) / C |
| James, Deanna (FL DOC) | Spring 2012 | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - | | | |
| Martin, Sharon (FL DOC) | Spring 2012 | $ - | $ - | $ - | $ - | | | | $ - | $ - | $ - | | | |
| | Totals: | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (1,316.00) | $ - | $ - | $ 4,799.00 | $ 1,316.00 | $ 3,797.70 | $ 500.00 | $ 4,297.70 | |
| **Mesa Community College** | | | | | | | | | | | | | | |
| Aaron, Dominique (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (992.00) | | $ - | $ 5,099.00 | $ 992.00 | $ 4,486.00 | $ 300.00 | | IP: in May 2012 / DC: mailed to PMB (Swiss) / C |
| Abbott, Jerry (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (897.00) | $ - | $ - | $ 5,194.00 | $ 897.00 | $ 5,620.00 | | | IP: in May 2012 / A: Meadow Oak (Mullett) / A: PMB (Diaz) / C |
| Abbot, Robert (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (963.00) | $ - | $ - | $ 5,128.00 | $ 963.00 | $ 4,466.00 | $ 300.00 | | IP: in May 2012 / A: Meadow Oak (Mullett) / A: PMB (Diaz) / C |
| Abrams, Robert (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ - | | | $ 6,091.00 | $ - | $ 4,486.00 | $ 300.00 | | IP: in July 2012 / A: tied to Lola Thomas / A: PMB (Diaz) / C |
| Acevedo, Justin (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (549.00) | | | $ 5,542.00 | $ 549.00 | $ 4,476.00 | $ 300.00 | | IP: in July 2012 / A: 1161 Dragoon (Diaz) / A: PMB (Diaz) / C |
| Acosta, Robert (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (797.00) | | | $ 5,294.00 | $ 797.00 | $ 4,486.00 | $ 300.00 | | IP: in July 2012 / C |
| Actisdano, John (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (1,175.00) | | | $ 4,916.00 | $ 1,102.00 | $ 4,476.00 | $ 227.00 | | IP in July 2012 / A: PMB (Swiss) / C |
| Adair, Calvin (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (1,055.00) | | | $ 5,036.00 | $ 1,055.00 | $ 4,486.00 | $ 300.00 | | IP in July 2012 / A: Meadow Oak (Mullett) / C |
| Adames, Omar (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (1,017.00) | | | $ 5,074.00 | $ 1,017.00 | $ 4,486.00 | $ 300.00 | | IP in July 2012 / A: PMB (Diaz) / C |
| Adams, Dee Dee (CO DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | | | | $ 6,091.00 | $ - | $ 4,466.00 | $ 300.00 | | IP in July 2012 / A: tied to Lola Thomas / A: PMB (Diaz) / C |
| Alcon, Jerrie (CO DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (1,301.00) | | | $ 4,790.00 | $ 1,301.00 | $ 4,486.00 | $ 300.00 | | IP in July 2012 / C |
| Allen, Sarah (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (1,081.00) | | | $ 5,010.00 | $ 1,081.00 | $ 4,486.00 | $ 300.00 | | IP in June 2012 / A: Blackhawk address (Sanders) / MPN: PMB address (Swiss) / C |
| Angel, Elizabeth (CO DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (719.00) | | | $ 5,372.00 | $ 719.00 | $ 4,466.00 | $ 300.00 | | IP in July 2012 / C |

Creation date: November 3, 2017
Revised March 5, 2018

US vs Thomas

| Name | Term | | | | | | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apodaca, Anna (CO DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (708.00) | | | $ 5,383.00 | $ 708.00 | $ 4,486.00 | $ 300.00 | IP in July 2012<br>A: Meadow Oak (Mullett)<br>C |
| Bauer, Amy (CO DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (544.00) | | | $ 5,547.00 | $ 544.00 | $ 4,486.00 | $ 300.00 | IP in July 2012<br>C |
| Bellino, Stephanie (CO DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (1,138.00) | | | $ 4,953.00 | $ 1,138.00 | $ 4,456.00 | $ 300.00 | IP in July 2012<br>C |
| Diaz, Antonio (CO DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (935.00) | | | $ 5,156.00 | $ 935.00 | $ 4,486.00 | $ 300.00 | IP in May 2012<br>A: 1161 Dragoon (Diaz)<br>C |
| Diaz, Jennifer (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (963.00) | | | $ 5,128.00 | $ 963.00 | $ 4,466.00 | $ 300.00 | IP July 2012<br>A: 1161 Dragoon (Diaz)<br>DC: Visa Rush Debit card<br>C |
| Dirito, Barbara (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (840.00) | | | $ 5,251.00 | $ 840.00 | $ 4,466.00 | $ 300.00 | IP in July 2012<br>C |
| Dison, Heather (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (1,301.00) | | | $ 4,790.00 | $ 1,301.00 | $ 4,486.00 | $ 300.00 | IP in July 2012<br>A: tied to Lola Thomas<br>C |
| Dixson, Darlene (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (1,314.00) | | | $ 4,777.00 | $ 1,314.00 | $ 4,486.00 | $ 300.00 | IP in July 2012<br>A: tied to Lola Thomas<br>A: PMB (Diaz)<br>C |
| Dockins, Joyce (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | | | | $ 6,091.00 | $ - | $ 4,466.00 | $ 280.00 | IP in July 2012<br>A: Meadow Oak (Mullett)<br>A: PMB (Diaz)<br>C |
| Dorn, Joy (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (963.00) | | | $ 5,128.00 | $ 963.00 | $ 4,466.00 | $ 300.00 | FAFSA: Kaibab IP in July 2012<br>FAFSA-PMB (Swiss)<br>C |
| Higgs, Myrtle (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (434.00) | | | $ 5,657.00 | $ 434.00 | $ 5,325.00 | $ 300.00 | FAFSA: Kaibab IP in April 2012<br>FAFSA: 4630 S 21st (Green)<br>C |
| Hills, Bobbie (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (1,047.00) | | | $ 5,044.00 | $ 1,047.00 | $ 4,486.00 | $ 300.00 | IP in August 2012<br>A : 1418 Rushmore (Pickens)<br>A: PMB (Swiss)<br>C |
| Jackson, Kenneth (AZ DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (1,212.00) | | | $ 4,879.00 | $ 1,212.00 | $ 4,456.00 | $ 300.00 | IP in May 2012<br>A: PMB (Swiss)<br>C |
| Johnson, Byanca (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (1,235.00) | | | $ 4,856.00 | $ 1,235.00 | $ 4,486.00 | $ 300.00 | IP in June 2012<br>A: Lexington Village Ln (Grant)<br>DC: mailed to PMB (Swiss)<br>C:<br>SW: Scraps in toilet with name Bycana |
| Lee, Artazia (FL DOC) | Spring 2012 | $ - | $ 3,484.00 | $ 2,082.00 | $ 5,566.00 | $ (1,388.00) | | | $ 4,178.00 | $ 1,388.00 | $ 2,645.00 | $ 300.00 | DC: mailed to 1915 E Mobile Ln (Green)<br>C |
| Lee, Lummie (FL DOC) | Spring 2012 | $ - | $ 3,484.00 | $ 2,776.00 | $ 6,260.00 | $ (1,388.00) | | $ (1,629.00) | $ 3,243.00 | $ 1,629.00 | $ 2,645.00 | $ 300.00 | DC: mailed to 1915 E Mobile Ln (Green)<br>C |
| Lee, Olicia (FL DOC) | Spring 2012 | $ - | $ 3,484.00 | $ 2,776.00 | $ 6,260.00 | $ (1,388.00) | | | $ 4,872.00 | $ - | $ 2,645.00 | $ 300.00 | DC: mailed to 1915 E Mobile Ln (Green)<br>C |
| Miller, Dennis (OH DOC) | Fall 2012 | $ - | $ 1,733.00 | $ 1,388.00 | $ 3,121.00 | | | | $ 3,121.00 | $ - | $ 1,506.00 | $ 300.00 | IP in May 2012<br>A: Meadow Oak (Mullett)<br>C<br>Thomas text message w/Mullett |
| Powell, Amanda (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (827.00) | | | $ 5,264.00 | $ 827.00 | $ 4,486.00 | $ 300.00 | A: 3239 Blackhawk Cir. (Sanders)<br>C |
| Powell, Amanda (FL DOC) | Spring 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,387.00 | $ 6,090.00 | $ (1,267.00) | | | $ 4,823.00 | $ 1,267.00 | $ 4,485.00 | $ 300.00 | A: 3239 Blackhawk Cir. (Sanders)<br>C |
| Powell, Cynthia (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (694.00) | | | $ 5,397.00 | $ 694.00 | $ 3,821.00 | $ 300.00 | A: 3239 Blackhawk Cir. (Sanders)<br>C |
| Powell, Joyce (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (827.00) | | | $ 5,264.00 | $ 827.00 | $ 4,486.00 | $ 300.00 | A: 3239 Blackhawk Cir. (Sanders)<br>C |
| Robinson, Annie (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | | | | $ 6,091.00 | | $ 4,486.00 | $ 300.00 | IP in July 2012<br>A: 1418 Rushmore (Pickens)<br>A: 724 W Knxo Rd. (Diaz)<br>DC<br>C |
| Robinson, Kortni (FL DOC) | Summer 2012 | $ - | $ 3,484.00 | $ 1,388.00 | $ 4,872.00 | $ (1,619.00) | | | $ 3,253.00 | $ - | $ 2,655.00 | $ 300.00 | IP in May 2012<br>A: 1412 Rushmore (Pickens)<br>A: PMB (Swiss)<br>C |

Creation date: November 3, 2017
Revised March 5, 2018

| Name | Term | | | | | | | | | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robinson, Kortni (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (1,300.00) | | | $ 4,791.00 | $ 1,300.00 | $ 2,867.00 | $ 300.00 | | | IP in May 2012 / A: 1412 Rushmore (Pickens) / A: PMB (Swiss) / C |
| Smith, Jamain (FL DOC) | Summer 2012 | | $ 3,484.00 | $ 1,388.00 | $ 4,872.00 | | | | $ 4,872.00 | $ - | $ 2,665.00 | $ 300.00 | | | IP in April 2012 / A: PMB (Swiss) / C |
| Smith, Jamain (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (827.00) | | | $ 5,264.00 | $ 827.00 | $ 4,486.00 | $ 300.00 | | | IP in April 2012 / A: PMB (Swiss) / C |
| Smith, Jerome (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (912.00) | | | $ 5,179.00 | $ 912.00 | $ 5,320.00 | $ 300.00 | | | IP in April 2012 / A: PMB (Swiss) / C |
| Smith, Joseph (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (827.00) | | | $ 5,264.00 | $ 827.00 | $ 4,486.00 | $ 300.00 | | | IP in April 2012 / A: PMB (Swiss) / C |
| Smith, Patrick (FL DOC) | Summer 2012 | $ - | $ 3,484.00 | $ 1,388.00 | $ 4,872.00 | | | | $ 4,872.00 | $ - | $ 2,655.00 | $ 300.00 | | | IP in April 2012 / A: PMB (Swiss) / C |
| Smith, Patrick (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (1,147.00) | | | $ 4,944.00 | $ 1,147.00 | $ 4,486.00 | $ 300.00 | | | IP in April 2012 / A: PMB (Swiss) / C |
| **Totals:** | | $ 109,890.00 | $ 86,758.00 | $ 64,541.00 | $ 261,189.00 | $ (37,591.00) | $ - | $ (1,629.00) | $ 221,969.00 | $ 34,752.00 | $ 183,700.00 | $ 12,807.00 | $ 196,507.00 | | |
| **Pikes Peak Community College** | | | | | | | | | | | | | | | |
| Abate, Manuel (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (829.00) | | $ (3,874.00) | $ 1,388.00 | $ - | $ 4,746.10 | | | | IP in May 2012 / A: Meadow Oak (Mullett) / C / DC |
| Allain, Lori (FL DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | | | | $ 6,115.00 | $ - | $ 4,252.90 | | | | A: 1915 E Mobile Ln (Green) / C / DC |
| Allegra, Eryn (FL DOC) aka Mayer | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (926.00) | | | $ 5,189.00 | $ 926.00 | $ 4,262.90 | | | | A: 1915 E Mobile Ln (Green) / C / DC |
| Allen, Delta (FL DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (900.00) | | | $ 5,215.00 | $ 900.00 | $ 4,304.90 | | | | A: 1153 W Dragoon (Diaz) / C / DC |
| Brown, Ellen (FL DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | | | | $ 6,115.00 | $ - | $ 4,314.90 | | | | FAFSA: Lexington Village Ln (Grant) / C / DC |
| Brown, Erica (FL DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | | | | $ 6,115.00 | $ - | $ 4,314.90 | | | | A: Lexington Village Ln (Grant) / C / DC |
| Brown, Gloria (FL DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (900.00) | | | $ 5,215.00 | $ 900.00 | $ 4,314.90 | | | | A: Lexington Village Ln (Grant) / C / DC |
| Brown, Lillian (FL DOC) | Fall 2011 | $ 1,761.00 | $ 1,742.00 | $ 1,388.00 | $ 4,891.00 | $ (900.00) | | | $ 3,991.00 | $ 900.00 | $ 3,090.90 | | | | A: Lexington Village Ln (Grant) / C / DC |
| Diaz, Alejandro (CO DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (900.00) | | | $ 5,215.00 | $ 900.00 | $ 4,304.90 | | | | A: 1153 W Dragoon (Diaz) / C / DC |
| Duncan, Christine | Spring 2011 | $ 2,985.00 | $ 1,742.00 | $ 2,775.00 | $ 7,502.00 | $ (1,119.00) | | | $ 6,383.00 | $ 1,119.00 | $ 5,230.60 | | | | A: 3820 Radiant Dr (Thomas) / C |
| Duncan, Christine | Summer 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (559.00) | | | $ 5,556.00 | $ 559.00 | $ 4,996.10 | | | | A: 3820 Radiant Dr (Thomas) / C |
| Ellis, Linda (FL DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (5,421.00) | | | $ 694.00 | $ 1,115.85 | $ 4,305.15 | | | | A: 1063 Rice (Cox) / C / DC |
| Ellis, Mark (CO DOC) | Fall 2011 | $ 2,737.00 | $ 1,742.00 | $ 1,388.00 | $ 5,867.00 | $ (905.00) | | | $ 4,962.00 | $ 905.00 | $ 4,057.15 | | | | A: 1063 Rice (Cox) / C / DC |
| Ellis, Michael (OH DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (905.00) | | | $ 5,210.00 | $ 905.00 | $ 4,057.15 | | | | A: 1063 Rice (Cox) / C / DC |
| Ellis, Monica (FL DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (905.00) | | | $ 5,210.00 | $ 905.00 | $ 4,305.15 | | | | A: 1063 Rice (Cox) / C / DC |
| Grant, Donald (FL DOC) | Fall 2011 | $ 2,737.00 | $ 1,742.00 | $ 1,388.00 | $ 5,867.00 | | | | $ 5,867.00 | $ - | $ 4,066.90 | | | | A: Lexington Village Ln (Grant) / C / DC |

Creation date: November 3, 2017
Revised March 5, 2018

US vs Thomas

| Name | Term | | | | | | | | | | Address/Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Grant, Michelle (FL DOC) | Fall 2011 | $ 2,737.00 | $ 1,742.00 | $ 1,388.00 | $ 5,867.00 | | | $ 5,867.00 | $ - | $ 4,066.90 | A: Lexington Village Ln (Grant) C DC |
| Grant, Richard (FL DOC) | Fall 2011 | $ 2,737.00 | $ 1,742.00 | $ 1,388.00 | $ 5,867.00 | | | $ 5,867.00 | $ - | $ 4,066.90 | A: Lexington Village Ln (Grant) C DC |
| Grant, Toriano (FL DOC) | Fall 2011 | $ 2,737.00 | $ 1,742.00 | $ 1,388.00 | $ 5,867.00 | $ (926.00) | | $ 4,941.00 | $ 926.00 | $ 4,014.90 | A: Lexington Village Ln (Grant) C DC |
| Hampton, Willie (FL DOC) | Summer 2011 | $ 4,126.00 | $ 3,484.00 | $ 1,388.00 | $ 8,998.00 | $ (827.00) | | $ 8,171.00 | $ 827.00 | $ 7,334.20 | A: 3239 Blackhawk (Sanders) C |
| Howard, Derrise (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (982.00) | | $ 5,109.00 | $ 982.00 | $ 4,126.40 | IP in April 2012 A: 4630 S. 21st Pl, AZ (Green) C |
| Jones, Alethia (FL DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | | | $ 6,115.00 | $ - | $ 4,314.90 | A: 1418 Rushmore (Pickens) C DC |
| Jones Jr, Eddie (OH DOC) | Fall 2011 | $ 2,737.00 | $ 1,742.00 | $ 1,388.00 | $ 5,867.00 | $ (905.00) | | $ 4,962.00 | $ - | $ 4,057.15 | A: 1418 Rushmore (Pickens) C DC |
| Jones, Edward (AZ DOC) | Fall 2011 | $ 2,737.00 | $ 1,742.00 | $ 1,388.00 | $ 5,867.00 | | | $ 5,867.00 | $ - | $ 4,066.90 | A: 1418 Rushmore (Pickens) C DC |
| Jones, Keavin (FL DOC) | Fall 2011 | $ 2,737.00 | $ 1,742.00 | $ 1,388.00 | $ 5,867.00 | | | $ 5,867.00 | $ - | $ 4,066.90 | A: 1418 Rushmore (Pickens) C DC |
| Jones, Linda (FL DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (917.00) | | $ 5,198.00 | $ 900.00 | $ 4,281.35 | A: 1418 Rushmore (Pickens) C DC |
| Jones, Patsy (FL DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (917.00) | | $ 5,198.00 | $ 917.00 | $ 4,281.35 | A: 1418 Rushmore (Pickens) C DC |
| Jones, Shamika (FL DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | | | $ 6,115.00 | $ - | $ 4,351.80 | A: 1418 Rushmore (Pickens) C DC |
| Jones, Virginia (AZ DOC) | Fall 2011 | $ 2,737.00 | $ 1,742.00 | $ 1,388.00 | $ 5,867.00 | $ (900.00) | | $ 4,967.00 | $ 900.00 | $ 4,066.90 | A: 1418 Rushmore (Pickens) C DC |
| Long, Keith (FL DOC) | Summer 2011 | $ 4,126.00 | $ 3,484.00 | $ 1,388.00 | $ 8,998.00 | | | $ 8,998.00 | $ - | $ 7,307.90 | A: 3239 Blackhawk (Sanders) C |
| Lopez, Vanessa | Spring 2011 | $ 2,985.00 | $ 1,742.00 | $ 2,775.00 | $ 7,502.00 | | | $ 7,502.00 | $ - | $ 5,230.60 | A: 3820 Radiant (Thomas) C DC |
| Lopez, Vanessa | Summer 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (559.00) | | $ 5,556.00 | $ 559.00 | $ 4,996.10 | A: 3820 Radiant (Thomas) C DC |
| Miller, Dennis (OH DOC) | Summer 2012 | $ - | $ 3,484.00 | $ 1,388.00 | $ 4,872.00 | $ (891.00) | | $ 4,551.00 | $ 321.00 | $ 3,650.35 | IP in May 2012 A: Meadow Oak (Mullett) C Thomas text message w/Mullett |
| Omar, Ismael (CO DOC) | Spring 2011 | $ 2,985.00 | $ 1,742.00 | $ 2,775.00 | $ 7,502.00 | $ (1,649.00) | | $ 5,853.00 | $ 1,649.00 | $ 4,160.80 | A: 3820 Radiant (Thomas) C DC |
| Omar, Ismael (CO DOC) | Summer 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (827.00) | | $ 5,288.00 | $ 827.00 | $ 4,461.20 | A: 3820 Radiant (Thomas) C DC |
| Pickens, Robert (IL DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (900.00) | | $ 5,215.00 | $ 900.00 | $ 4,314.90 | A: 1418 Rushmore (Pickens) C DC |
| Rowsley, Jesse (FL DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (926.00) | | $ 5,189.00 | $ 926.00 | $ 4,575.90 | A: 4630 S. 21st Pl. (Green) |
| Sanders, Brian (AZ DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | | | $ 6,115.00 | $ - | $ 4,314.90 | A: 3239 Blackhawk (Sanders) C |
| Sanders, Michael (AZ DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (900.00) | | $ 5,215.00 | $ 900.00 | $ 4,314.90 | A: 3239 Blackhawk (Sanders) C |
| Smith, Adam (OH DOC) | Fall 2011 | $ 2,737.00 | $ 1,742.00 | $ 1,388.00 | $ 5,867.00 | $ (900.00) | | $ 4,967.00 | $ 900.00 | $ 4,066.90 | A: 3239 Blackhawk (Sanders) C DC |
| Smith, Dana (FL DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (891.00) | | $ 5,224.00 | $ 891.00 | $ 4,333.35 | C |
| Smith, Kelly (FL DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (926.00) | | $ 5,189.00 | $ 926.00 | $ 4,262.90 | A: 3239 Blackhawk (Sanders) C DC |
| Smith, Lyn (FL DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (865.00) | | $ 5,250.00 | $ 865.00 | $ 4,385.35 | A: 3239 Blackhawk (Sanders) C |

Creation date: November 3, 2017
Revised March 5, 2018

US vs Thomas

| Name | Term | | | | Total | Adjustment | | | Net | Recovered | Net Loss | Restitution Paid | Final Loss | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Smith, Phillip (OH DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (900.00) | | | $ 5,215.00 | $ 900.00 | $ 4,314.90 | | | A: 3239 Blackhawk (Sanders) C DC |
| | Totals: | $ 126,903.00 | $ 81,856.00 | $ 65,233.00 | $ 273,992.00 | $ (32,677.00) | $ - | $ (3,874.00) | $ 238,011.00 | $ 26,050.85 | $ 194,713.00 | $ - | $ 194,713.00 | |
| **Phoenix College** | | | | | | | | | | | | | | |
| Harden, Wendy (FL DOC) | Summer 2012 | $ - | $ - | $ 1,388.00 | $ 1,388.00 | $ (1,388.00) | | $ - | $ - | $ 1,388.00 | $ 422.00 | | | A: Lexington Village Ln (Grant) C |
| Hayes, Ruthey (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (338.00) | | | $ 5,753.00 | $ 338.00 | $ 5,320.00 | $ 300.00 | | IP in April 2012 A: 4630 S. 21st address (Green) C |
| Henning, Brenda (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (1,037.00) | | | $ 5,054.00 | $ 1,037.00 | $ 3,874.00 | $ 300.00 | | IP in April 2012 A: 4630 S. 21st address (Green) C |
| Hewitt, Nicole (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (1,544.00) | | | $ 4,547.00 | $ 1,544.00 | $ 3,852.00 | | | IP in April 2012 A: 4630 S. 21st address (Green) C |
| | Totals: | $ 8,910.00 | $ 5,199.00 | $ 5,552.00 | $ 19,661.00 | $ (4,307.00) | $ - | $ - | $ 15,354.00 | $ 4,307.00 | $ 13,468.00 | $ 600.00 | $ 14,068.00 | |
| **Pueblo Community Colelge** | | | | | | | | | | | | | | |
| Sanders, Rosalyn (FL DOC) | Spring 2012 | $ - | $ 1,742.00 | $ 1,388.00 | $ 3,130.00 | $ - | $ - | $ - | $ 3,130.00 | $ - | $ 1,308.25 | | | A: 3239 Blackhawk (Sanders) C DC |
| Sanders, Rosalyn (FL DOC) | Summer 2012 | $ - | $ 1,742.00 | $ 1,387.00 | $ 3,129.00 | $ - | $ - | $ - | $ 3,129.00 | $ - | | | | A: 3239 Blackhawk (Sanders) C DC |
| Smith, Lethena (FL DOC) | Spring 2012 | $ - | $ 1,742.00 | $ 1,388.00 | $ 3,130.00 | $ - | $ - | $ - | $ 3,130.00 | $ - | $ 1,524.55 | | | A: 3239 Blackhawk (Sanders) C |
| | Totals: | $ - | $ 5,226.00 | $ 4,163.00 | $ 9,389.00 | $ - | $ - | $ - | $ 9,389.00 | $ - | $ 2,832.80 | $ - | $ 2,832.80 | |
| **Red Rocks Community College** | | | | | | | | | | | | | | |
| Sanders, Gina (FL DOC) | Spring 2012 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (6,115.00) | $ - | $ - | $ - | $ 6,115.00 | $ 4,392.00 | | | IP in December 2011 A: 3239 Blackhawk (Sanders) C DC |
| | Totals: | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (6,115.00) | $ - | $ - | $ - | $ 6,115.00 | $ 4,392.00 | $ - | $ 4,392.00 | |
| | Grand Totals: | | | | $ 582,703.00 | | | | $ 491,350.00 | $ 72,540.85 | | | $ 419,218.50 | |

Total Loss:    $ 563,890.85