US vs Thomas
Forfeiture Amount

**Attachment 5**

| | Term | Disbursals to School by ED | | | | Adjustments (Returned by School) | | | Losses | | FSA Refunds | | | Thomas Associations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Unsubsidized Loans Disbursed to School | Subsidized Loans Disbursed to School | Pell Grants Disbursed to School | Total Disbursed by ED | Return to Title 4 | Drop or Withdrawal | Other | To ED | To School | Payment to Student for Living Expenses | Payment to Student for Books and Supplies | Total Refund | A: FAFSA address tied to Thomas  DC: Thomas w/debit card |
| **Chandler Gilbert CC** | | | | | | | | | | | | | | |
| **Community College of Denver** | | | | | | | | | | | | | | |
| **Mesa Community College** | | | | | | | | | | | | | | |
| Abbott, Jerry (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (897.00) | $ - | $ - | $ 5,194.00 | $ 897.00 | $ 5,620.00 | | | A: Meadow Oak (Mullett) |
| Abbot, Robert (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (963.00) | $ - | $ - | $ 5,128.00 | $ 963.00 | $ 4,466.00 | $ 300.00 | | A: Meadow Oak (Mullett) |
| Adair, Calvin (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (1,055.00) | | | $ 5,036.00 | $ 1,055.00 | $ 4,486.00 | $ 300.00 | | A: Meadow Oak (Mullett) |
| Apodaca, Anna (CO DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (708.00) | | | $ 5,383.00 | $ 708.00 | $ 4,486.00 | $ 300.00 | | A: Meadow Oak (Mullett) |
| Diaz, Jennifer (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (963.00) | | | $ 5,128.00 | $ 963.00 | $ 4,466.00 | $ 300.00 | | DC: Visa Rush Debit card |
| Dockins, Joyce (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | | | | $ 6,091.00 | $ - | $ 4,466.00 | $ 280.00 | | A: Meadow Oak (Mullett) |
| Hills, Bobbie (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (1,047.00) | | | $ 5,044.00 | $ 1,047.00 | $ 4,486.00 | $ 300.00 | | A : 1418 Rushmore (Pickens) |
| Miller, Dennis (OH DOC) | Fall 2012 | $ - | $ 1,733.00 | $ 1,388.00 | $ 3,121.00 | | | | $ 3,121.00 | $ - | $ 1,506.00 | $ 300.00 | | A: Meadow Oak (Mullett) Thomas text message w/Mullett |
| Robinson, Annie (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | | | | $ 6,091.00 | | $ 4,486.00 | $ 300.00 | | A: 1418 Rushmore (Pickens)  DC |
| Robinson, Kortni (FL DOC) | Summer 2012 | $ - | $ 3,484.00 | $ 1,388.00 | $ 4,872.00 | $ (1,619.00) | | | $ 3,253.00 | $ - | $ 2,655.00 | $ 300.00 | | A: 1412 Rushmore (Pickens) |
| Robinson, Kortni (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (1,300.00) | | | $ 4,791.00 | $ 1,300.00 | $ 2,867.00 | $ 300.00 | | A: 1412 Rushmore (Pickens) |
| | **Totals:** | **$ 26,730.00** | **$ 20,814.00** | **$ 15,268.00** | **$ 62,812.00** | **$ (8,552.00)** | **$ -** | **$ -** | **$ 54,260.00** | **$ 6,933.00** | **$ 43,990.00** | **$ 2,980.00** | **$ 46,970.00** | |
| **Pikes Peak Community College** | | | | | | | | | | | | | | |
| Abate, Manuel (FL DOC) | Fall 2012 | $ 2,970.00 | $ 1,733.00 | $ 1,388.00 | $ 6,091.00 | $ (829.00) | | $ (3,874.00) | $ 1,388.00 | $ - | $ 4,746.10 | | | A : Meadow Oak (Mullett)  DC |
| Allegra, Eryn (FL DOC) aka Mayer | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (926.00) | | | $ 5,189.00 | $ 926.00 | $ 4,262.90 | | | A: 1915 E Mobile Ln (Green)  DC |
| Allen, Delta (FL DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (900.00) | | | $ 5,215.00 | $ 900.00 | $ 4,304.90 | | | A: 1153 W Dragoon (Diaz)  DC |
| Brown, Ellen (FL DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | | | | $ 6,115.00 | $ - | $ 4,314.90 | | | FAFSA: Lexington Village Ln (Grant)  DC |
| Brown, Erica (FL DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | | | | $ 6,115.00 | $ - | $ 4,314.90 | | | A: Lexington Village Ln (Grant)  DC |
| Brown, Gloria (FL DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (900.00) | | | $ 5,215.00 | $ 900.00 | $ 4,314.90 | | | A: Lexington Village Ln (Grant)  DC |
| Diaz, Alejandro (CO DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (900.00) | | | $ 5,215.00 | $ 900.00 | $ 4,304.90 | | | A: 1153 W Dragoon (Diaz)  DC |
| Duncan, Christine | Spring 2011 | $ 2,985.00 | $ 1,742.00 | $ 2,775.00 | $ 7,502.00 | $ (1,119.00) | | | $ 6,383.00 | $ 1,119.00 | $ 5,230.60 | | | A: 3820 Radiant Dr (Thomas) |
| Duncan, Christine | Summer 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (559.00) | | | $ 5,556.00 | $ 559.00 | $ 4,996.10 | | | A: 3820 Radiant Dr (Thomas) |
| Ellis, Linda (FL DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (5,421.00) | | | $ 694.00 | $ 1,115.85 | $ 4,305.15 | | | A: 1063 Rice (Cox)  DC |
| Ellis, Michael (OH DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (905.00) | | | $ 5,210.00 | $ 905.00 | $ 4,057.15 | | | A: 1063 Rice (Cox)  DC |
| Ellis, Monica (FL DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (905.00) | | | $ 5,210.00 | $ 905.00 | $ 4,305.15 | | | A: 1063 Rice (Cox)  DC |
| Grant, Donald (FL DOC) | Fall 2011 | $ 2,737.00 | $ 1,742.00 | $ 1,388.00 | $ 5,867.00 | | | | $ 5,867.00 | $ - | $ 4,066.90 | | | A: Lexington Village Ln (Grant)  DC |
| Grant, Michelle (FL DOC) | Fall 2011 | $ 2,737.00 | $ 1,742.00 | $ 1,388.00 | $ 5,867.00 | | | | $ 5,867.00 | $ - | $ 4,066.90 | | | A: Lexington Village Ln (Grant)  DC |
| Grant, Richard (FL DOC) | Fall 2011 | $ 2,737.00 | $ 1,742.00 | $ 1,388.00 | $ 5,867.00 | | | | $ 5,867.00 | $ - | $ 4,066.90 | | | A: Lexington Village Ln (Grant)  DC |
| Grant, Toriano (FL DOC) | Fall 2011 | $ 2,737.00 | $ 1,742.00 | $ 1,388.00 | $ 5,867.00 | $ (926.00) | | | $ 4,941.00 | $ 926.00 | $ 4,014.90 | | | A: Lexington Village Ln (Grant)  DC |
| Jones, Alethia (FL DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | | | | $ 6,115.00 | $ - | $ 4,314.90 | | | A: 1418 Rushmore (Pickens)  DC |
| Jones Jr, Eddie (OH DOC) | Fall 2011 | $ 2,737.00 | $ 1,742.00 | $ 1,388.00 | $ 5,867.00 | $ (905.00) | | | $ 4,962.00 | $ - | $ 4,057.15 | | | A: 1418 Rushmore (Pickens)  DC |
| Jones, Keavin (FL DOC) | Fall 2011 | $ 2,737.00 | $ 1,742.00 | $ 1,388.00 | $ 5,867.00 | | | | $ 5,867.00 | $ - | $ 4,066.90 | | | A: 1418 Rushmore (Pickens)  DC |
| Jones, Linda (FL DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (917.00) | | | $ 5,198.00 | $ 900.00 | $ 4,281.35 | | | A: 1418 Rushmore (Pickens)  DC |
| Jones, Patsy (FL DOC) | Fall 2011 | $ 2,985.00 | $ 1,742.00 | $ 1,388.00 | $ 6,115.00 | $ (917.00) | | | $ 5,198.00 | $ 917.00 | $ 4,281.35 | | | A: 1418 Rushmore (Pickens)  DC |

Creation date: November 3, 2017
Revised March 7, 2018

US vs Thomas
Forfeiture Amount

| Name | Term | | | | | | | | | | | | | | Address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jones, Shamika (FL DOC) | Fall 2011 | $ | 2,985.00 | $ | 1,742.00 | $ | 1,388.00 | $ | 6,115.00 | | | | | $ | 6,115.00 | $ | - | $ | 4,351.80 | | | A: 1418 Rushmore (Pickens) DC |
| Jones, Virginia (AZ DOC) | Fall 2011 | $ | 2,737.00 | $ | 1,742.00 | $ | 1,388.00 | $ | 5,867.00 | $ | (900.00) | | | $ | 4,967.00 | $ | 900.00 | $ | 4,066.90 | | | A: 1418 Rushmore (Pickens) DC |
| Lopez, Vanessa | Spring 2011 | $ | 2,985.00 | $ | 1,742.00 | $ | 2,775.00 | $ | 7,502.00 | | | | | $ | 7,502.00 | $ | - | $ | 5,230.60 | | | A: 3820 Radiant (Thomas) DC |
| Lopez, Vanessa | Summer 2011 | $ | 2,985.00 | $ | 1,742.00 | $ | 1,388.00 | $ | 6,115.00 | $ | (559.00) | | | $ | 5,556.00 | $ | 559.00 | $ | 4,996.10 | | | A: 3820 Radiant (Thomas) DC |
| Miller, Dennis (OH DOC) | Summer 2012 | $ | - | $ | 3,484.00 | $ | 1,388.00 | $ | 4,872.00 | $ | (891.00) | | | $ | 4,551.00 | $ | 321.00 | $ | 3,650.35 | | | A: Meadow Oak (Mullett) Thomas text message w/Mullett |
| Omar, Ismael (CO DOC) | Spring 2011 | $ | 2,985.00 | $ | 1,742.00 | $ | 2,775.00 | $ | 7,502.00 | $ | (1,649.00) | | | $ | 5,853.00 | $ | 1,649.00 | $ | 4,160.80 | | | A: 3820 Radiant (Thomas) DC |
| Omar, Ismael (CO DOC) | Summer 2011 | $ | 2,985.00 | $ | 1,742.00 | $ | 1,388.00 | $ | 6,115.00 | $ | (827.00) | | | $ | 5,288.00 | $ | 827.00 | $ | 4,461.20 | | | A: 3820 Radiant (Thomas) DC |
| Pickens, Robert (IL DOC) | Fall 2011 | $ | 2,985.00 | $ | 1,742.00 | $ | 1,388.00 | $ | 6,115.00 | $ | (900.00) | | | $ | 5,215.00 | $ | 900.00 | $ | 4,314.90 | | | A: 1418 Rushmore (Pickens) DC |
| Smith, Adam (OH DOC) | Fall 2011 | $ | 2,737.00 | $ | 1,742.00 | $ | 1,388.00 | $ | 5,867.00 | $ | (900.00) | | | $ | 4,967.00 | $ | 900.00 | $ | 4,066.90 | | | A: 3239 Blackhawk (Sanders) DC |
| Smith, Kelly (FL DOC) | Fall 2011 | $ | 2,985.00 | $ | 1,742.00 | $ | 1,388.00 | $ | 6,115.00 | $ | (926.00) | | | $ | 5,189.00 | $ | 926.00 | $ | 4,262.90 | | | A: 3239 Blackhawk (Sanders) DC |
| Smith, Phillip (OH DOC) | Fall 2011 | $ | 2,985.00 | $ | 1,742.00 | $ | 1,388.00 | $ | 6,115.00 | $ | (900.00) | | | $ | 5,215.00 | $ | 900.00 | $ | 4,314.90 | | | A: 3239 Blackhawk (Sanders) DC |
| | Totals: | $ | 90,536.00 | $ | 57,477.00 | $ | 48,577.00 | $ | 196,590.00 | $ | (25,481.00) | $ | - | $ | (3,874.00) | $ | 167,805.00 | $ | 18,854.85 | $ | 138,552.25 | $ | - | $ | 138,552.25 | |

**Phoenix College**

**Pueblo Community Colelge**

| Sanders, Rosalyn (FL DOC) | Spring 2012 | $ | - | $ | 1,742.00 | $ | 1,388.00 | $ | 3,130.00 | $ | - | $ | - | $ | - | $ | 3,130.00 | $ | - | $ | 1,308.25 | | | A: 3239 Blackhawk (Sanders) DC |
| Sanders, Rosalyn (FL DOC) | Summer 2012 | $ | - | $ | 1,742.00 | $ | 1,387.00 | $ | 3,129.00 | $ | - | $ | - | $ | - | $ | 3,129.00 | $ | - | | | | | A: 3239 Blackhawk (Sanders) DC |
| | Totals: | $ | - | $ | 3,484.00 | $ | 2,775.00 | $ | 6,259.00 | $ | - | $ | - | $ | - | $ | 6,259.00 | $ | - | $ | 1,308.25 | $ | - | $ | 1,308.25 |

**Red Rocks Community College**

| Sanders, Gina (FL DOC) | Spring 2012 | $ | 2,985.00 | $ | 1,742.00 | $ | 1,388.00 | $ | 6,115.00 | $ | (6,115.00) | $ | - | $ | - | $ | - | $ | 6,115.00 | $ | 4,392.00 | | | A: 3239 Blackhawk (Sanders) DC |
| | Totals: | $ | 2,985.00 | $ | 1,742.00 | $ | 1,388.00 | $ | 6,115.00 | $ | (6,115.00) | $ | - | $ | - | $ | - | $ | 6,115.00 | $ | 4,392.00 | $ | - | $ | 4,392.00 |

| | Grand Totals: | | | | | | | $ | 271,776.00 | | | | | | | $ | 228,324.00 | $ | 31,902.85 | | | | | $ | 191,222.50 |

Total Loss:   $ 260,226.85

Creation date: November 3, 2017
Revised March 7, 2018