**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  TRAMMEL THOMAS

    Defendant

**DEFENDANT'S POSITION STATEMENT ON APPROPRIATE LOSS AND RESTITUTION AMOUNTS**

    Comes now the Defendant, by and through his attorneys, Daniel T. Smith and Thomas E. Goodreid, and pursuant to this Court's order of February 21, 2018 at docket #326, submits this position statement on the appropriate amount of loss and restitution that this Court should consider for purposes of sentencing.

1. On February 21, 2018 this Court ordered the parties to confer on the issues of amount of loss and restitution to be found and/or ordered in this matter. If the parties could not agree on these amounts, the Court ordered each to submit their positions relative thereto. See Docket #326
2. It is the Defendant's position that the correct amount of loss and restitution which this Court should so find, is, $357,231.00.
3. At the time of trial, the parties stipulated (government's ex. 35) that the Defendant was incarcerated in the El Paso County Jail, Colorado Springs, Colorado continuously from January 28, 2011 through November 3, 2011.

1

4. In the government's superseding indictment, it charged the Defendant with conspiring to violate 18 USC 286 between the dates of August 2010 and October of 2012.

5. It is the position of the Defendant, that there was a paucity of evidence establishing that he had any participation or knowledge of the charged conspiracy until after he was released from the El Paso County facility. The relevant and persuasive evidence establishing the Defendant's knowing participation in the conspiracy suggested that he joined the conspiracy during the latter part of 2011 or early 2012.

6. While there was some evidence that the Defendant may have assisted a few hopeful students in preparing their applications for student aid, none of these individuals were inmates in any Department of Corrections facility. Further, none of these applicants was called as a witness at trial. It was the governments theory at trial, that an important aspect of the conspiracy was to only use incarcerated inmate identities for the loan applications.

7. No evidence was offered at the trial that the Defendant during his period of incarceration, had any participation in the fraudulent loan application process. Further, there was no evidence introduced that the Defendant collected any of the fraudulent loan proceeds while he was incarcerated.

8. Government's ex. 72 and specifically columns A, C, and G thereof, identify the name of the loan applicant, the time period of the loan, and the amount of the loan proceeds. At page 2 of Exhibit 72, the loans funded in 2011 are identified. The Defendant submits, that those loans identified at lines 64-82, 84 and 85, 87-90, 92-94, and 99-106, are loans which should not be attributed to the Defendant, as he was incarcerated at the time. Those loans total $225,472.00. The total amount of the loans represented in ex. 72 is $582,703.00. That difference is $357,231.00.

9. It is the position of the Defendant that the loss attributable to his actions in the conspiracy is $357,231.00.  For purposes of correctly determining the advisory guideline calculation under the United States Sentencing Guidelines, that loss amount would trigger an adjustment to the base offense level of 12 points. See USSG 2B1.1(b)(1)(G).
10. It is further the position of the Defendant that the correct amount of restitution for which he should be held responsible is also $357,231.00.

Respectfully submitted this 9th  day of March, 2018.

Daniel T. Smith Attorney at Law

s/ Daniel T. Smith
Daniel T. Smith
4582 S. Ulster St. #1400
Denver, Colorado 80237
Telephone: 303 860 8100
Fax: 303 860 8018
danieltsmith@qwestoffice.net

Thomas E. Goodreid

s/ Thomas E. Goodreid
Thomas E. Goodreid
1801 Broadway #1400
Denver, Co. 80202
Telephone: 303 296 2048
Fax: 303 292 0522
Email: t.goodreid@comcast.net

Attorneys for Tramell Thomas

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on  March 9, 2018 the foregoing **DEFENDANT'S POSITION STATEMENT ON APPROPRIATE LOSS AND RESTITUTION AMOUNTS** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all counsel of record.

3

4

s/ Daniel T. Smith