**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  16-cr-00054-WJM-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    TRAMMEL THOMAS,

    Defendant.

_____

**FORFEITURE MONEY JUDGMENT AS TO TRAMELL THOMAS**
_____

    THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Tramell Thomas pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.  The Court having read said Motion and being fully advised in the premises finds:

    On April 11, 2017, the grand jury charged defendant Tramell Thomas in Count One of a Superseding Indictment with a violation of 18 U.S.C. § 286 and Counts Two through Seven with violations of 18 U.S.C. § 1341.  The Superseding Indictment also sought forfeiture in the form of a personal money judgment against defendant Tramell Thomas, pursuant to 18 U.S.C. § 981(a)(1()(C) and 28 U.S.C. § 2461(c), in the amount of proceeds obtained by the defendant through the scheme as a result of the offenses charged in Counts Two through Seven.  ECF 131.

1

On November 30, 2017, after a four-day jury trial, the jury convicted the defendant of all counts of the Superseding Indictment beyond a reasonable doubt. The jury's verdicts provide a factual basis and cause to issue a personal money judgment under 18 U.S.C. § 981(a)(1()(C), 28 U.S.C. § 2461(c) and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

The Government's Position re Loss, Restitution and Forfeiture, filed March 9, 2018, ECF 341, set forth the calculation of proceeds obtained by the defendant through the scheme. That amount is $260,226.85.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Tramell Thomas in the amount of $260,226.85 shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

SO ORDERED this _____ day of _____, 2018.

BY THE COURT:

_____
WILLIAM J. MARTINEZ
United States District Court Judge