## AFFIDAVIT:

I, Heather Carr, affirm that the statements made in this affidavit are true and correct to my best information and belief.

1. I am a Defendant in case #2016-cr-00054-WJM pending in the United States District Court for the District of Colorado. I was charged in this case along with Tramell Thomas, Mercedes Diaz, and Marcelle Green with participating in a federal student loan fraud scheme. I have previously entered a plea of guilty in the case and have been sentenced pursuant to my plea. I make this affidavit freely and voluntarily and understand that it may be used in a pleading to be filed with the Court by my co-defendant Tramell Thomas.
2. I entered into a cooperation agreement with the United States government and pursuant to that agreement, I was interviewed by representatives of the government on numerous occasions spanning over a 12 month time period.
3. Of particular relevance to this affidavit, I participated in interviews conducted by telephone on the following approximate dates: October 30, 2017, and November 6, 13, and 20, 2017. With the exception of the interview on November 13, 2017, it is my understanding that the participants in the interviews aside from myself, were, my attorney Mary Butterton, Assistant United States Attorneys Paluch and Fields, and Special Agent Ennis. I was advised that Mr. Fields was not a participant in the November 13, 2017 interview. All of the above referenced interviews were conducted by telephone.
4. Early in the interview on October 30, 2017 in response to questioning, I told the government representatives (as I had previously stated in an earlier interview) that I had never seen Tramell Thomas fill out a FAFSA loan application nor did I know if he knew how to fill out such an application.



5. Once I made these statements AUSA Fields became quite upset and told me that I was now saying something different than what I had said during my original interview with the government in November of 2016.

6. In the November 6, 2017 interview AUSAs Paluch and Fields were asking me if Mr. Thomas had ever threatened me or in any other way had forced me to be involved in the student loan fraud scheme. My response was that he had not and further that the main participants in the scheme were myself, Mercedes Diaz, and Marcelle Green. Mr. Fields was apparently very frustrated with my answers and he began yelling at me. At one point he stated, "I will rip up your fucking plea agreement and send you to jail for a long time".

7. At this point in the interview my attorney Ms. Butterton told Mr. Fields that his behavior was inappropriate and she terminated the interview.

8. The third interview in 2017 occurred the following week on, I believe the thirteenth of November. At the start of the interview, Ms. Paluch advised that Mr. Fields was not participating on the call and would no longer be involved with my participation in the case. She was most apologetic for Mr. Field's prior outbursts. The final interview was held I believe on November 20, 2017 and Mr. Fields was again a participant.

9. During my interviews with the government I remember telling the government representatives the following:

    a. That Marcelle Green had assisted myself by picking up student loan related mail in the state of Colorado.

    b. That Tramell Thomas did not provide the address on Radiant drive for use in the student loan fraud.

    c. That Tramell Thomas did not participate in the loan scheme nor knowingly benefit from the scheme while he was incarcerated in the El Paso County Jail in Colorado Springs, Colorado from approximately late January of 2011 through early November of 2011.

    d. That it was my understanding that the people Tramell Thomas helped apply for federal student loans to assist in attending Pikes Peak

    Community College in Colorado prior to his moving to Arizona in 2012 actually did attend or intended to attend school.

e. That further it is my belief, that between statements that I made to the government and what my attorney Mary Butterton told the government, that the government is well aware that I was not present nor was a witness to any type of criminal activity occurring in Colorado Springs, Colorado in January of 2011, as I was residing in Arizona and recovering from the delivery of my child.

f. In the last interview with the government I attempted to explain my understanding of my agreement with the government and was told no such promises or agreement had been made.

g. During my initial interview with the government, I told them that Mercedes Diaz dated Michael Cox prior to her moving to Arizona.

h. During my interviews with the government, I told them that I originally purchased the Dodge Charger automobile (government's exh. 3 in the Thomas trial) for Roderick Smith. Mr. Smith is the father of Marcelle Green's children. Throughout my ownership of that automobile and specifically in 2011 and 2012, Marcelle Green continually borrowed and operated that automobile for her own personal needs.

Further Affiant sayeth not:

_Heather Carr_

State of Arizona

County *Maricopa*

Subscribed and sworn to before me this 5th day of ~~January~~ February, 2018 by

Witness my Hand and official Seal.

My Commission expires: 04/30/2019

Notary Public

02/05/18

[Notary Seal: A. RAQUEL ARAUJO, Notary Public - State of Arizona, MARICOPA COUNTY, My Commission Expires April 30, 2019]