From: **Mary Butterton** Mary_Butterton@fd.org
Subject: phone call with Heather Carr
Date: January 9, 2018 at 4:45 PM
To: Dan T. Smith danieltsmith@qwestoffice.net



Hi Dan,

We are all set for Tuesday, January 16 at 2pm to talk to Heather Carr. You can call my office number (listed below) and I'll conference her in.

Thanks!

Mary V. Butterton
Assistant Federal Public Defender, Trial Division
Office of the Federal Public Defender, District of Colorado
633 17th Street, Suite 1000
Denver, CO 80202
(303) 294-7002
mary_butterton@fd.org

EXHIBIT 3