# DANIEL T. SMITH
Attorney at Law

4582 S. Ulster St. #1400  Telephone (303) 860-8100
Denver, Colorado  80237  Fax (303) 860-8018
e-mail  danieltsmith@qwestoffice.net

February 9, 2018

United States Attorneys Office
Attn:  AUSA Martha Paluch
       AUSA Bryan Fields
1801 California St. #1600
Denver, Co. 80202
Email: Martha.paluch@usdoj.gov
       Bryan.fields3@usdoj.gov

Re: USA v. Thomas

Ms. Paluch & Mr. Fields:

I write in reference to the above matter, and specifically regarding the co-defendant and government witness Heather Carr.  Mr. Goodreid and I observed Carr's sentencing hearing and listened to her abbreviated explanation of why she chose not to testify at the trial of our client, Tramell Thomas.  One of the reasons she cited was her description of being "threatened" by AUSA Fields.  While we are concerned about that allegation, of much greater interest to us is what Carr might have said to upset Mr. Fields.  While certainly what may seem a threat to one person may not to another.  Carr's statement at sentencing seemed to imply that she was telling the government something different prior to Mr. Thomas's Trial than what, she related back in November of 2016.

With that background we have begun pursuing an investigation into the matter.  In reality, Carr had at least four different interviews in the month prior to trial. The actual content of those interviews appears to be different, both in substance and tone, than the summary write up prepared by Agent Ennis, which was provided to us shortly before Mr. Thomas's trial.

As such we are requesting that you provide us, with any and all notes of the interviews of the witness Carr as well as any other written, recorded, or other preservation of the interviews.  We further request that any notes or other memorialization of interviews of the witnesses Green, Duncan, and Diaz that have not been provided previously, be given to us now.

Please understand that this request is made pursuant to the previous discovery orders entered in the case and, FRCrP 16, and to your prosecutorial duties under the Brady and Giglio doctrines.  We believe that the government possesses information that was material to Mr.


EXHIBIT 5

Thomas's defense at trial, as well as issues being raised in relation to his sentencing. We believe that this information is favorable, exculpatory, and/or impeachment evidence. Please advise of your position in regard to these requests and/or provide all of the information requested at your earliest convenience but certainly no later than February 28, 2018.

Daniel T. Smith
Thomas E. Goodreid