From: **Paluch, Martha (USACO)** Martha.Paluch@usdoj.gov
Subject: Thomas
Date: February 27, 2018 at 11:23 AM
To: **Dan Smith** danieltsmith4582@gmail.com, **Thomas E. Goodreid** t.goodreid@comcast.net
Cc: **Fields, Bryan (USACO)** Bryan.Fields3@usdoj.gov

Hello, Dan,

Please see attached.

Marty and Bryan



### U.S. DEPARTMENT OF JUSTICE

**Robert C. Troyer**
*United States Attorney*
*District of Colorado*

---

*Martha A. Paluch*                               1801 California Street, Suite 1600    (303) 454-0100
*Assistant U.S. Attorney*                        Denver, Colorado 80202        FAX (303) 454-0401

February 27, 2018

Re: *United States v. Thomas*, 16-cr-00054-WJM-02

Dear Mr. Smith:

In your letter of February 9, 2018, you request "any and all notes of the interviews of the witness Carr as well as any other written, recorded, or other preservation of the interviews." You also request the same as it pertains to Green, Duncan, and Diaz.

We provided you with MOIs from all interviews of the individuals you reference in your letter, even though neither Carr nor Diaz testified. You cite no authority that requires disclosure of agent or attorney notes from interviews with any of the individuals referenced in your letter. To the extent your letter infers that the United States is in possession of discoverable *Brady* or *Giglio* material, this letter serves as formal notice that we are aware of our obligations under those cases and do not possess any such material.

Sincerely,

ROBERT C. TROYER
United States Attorney

*Martha A. Paluch*
By: Martha A. Paluch
Assistant United States Attorney

*Bryan D. Fields*
By: Bryan Fields
Assistant United States Attorney

EXHIBIT 6