JON M. SANDS
Federal Public Defender
District of Arizona
850 West Adams, Suite 201
Phoenix, Arizona 85007
Telephone: (602) 382-2700

SHISHENE JING
California State Bar No. 315067
Asst. Federal Public Defender
shishene_jing@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. 18-6121MJ |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF FILING** |
| Trammel Thomas, | |
| Defendant | |

    Trammel Thomas, through undersigned counsel, hereby gives notice of filing the attached photos for consideration.

    It is expected that excludable delay under Title 18 U.S.C. Section 3161(h)(1)(F) may occur as a result of this motion or from an order based thereon.

    Respectfully submitted:  April 4, 2018.

JON M. SANDS
Federal Public Defender

 *s/Shishene Jing*
SHISHENE JING
Asst. Federal Public Defender

Copy of the foregoing transmitted by ECF for filing April 4, 2018, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

Copy mailed to:

MARGARET PERLMETER
Assistant U.S. Attorney
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

TRAMMEL THOMAS
Defendant

 *s/P. Muñoz*
P. Muñoz