UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CRIMINAL EXHIBIT LIST

☑ Detention Hearing   ☐ Non-Jury Trial   ☐ Jury Trial

Case Number  18-6121 MJ  _____   Judge Code _____   Date 4/3/18
             Year Case No. Deft No.

USA v. Thomas, Trammel _____
        Last      First      Middle

☒ Government                              ☐ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 1 | 4/3/18 | 4/3/18 | Release Conditions (Doc. 5.) MJ 16-9080 |
| 2 | 4/3/18 | 4/3/18 | ROI 3/22/18 |
| 3 | 4/3/18 | 4/3/18 | ROI 4/2/18 |
| 4 | 4/3/18 | 4/3/18 | Search Warrant - Maricopa County |
| 5 | 4/3/18 | 4/3/18 | Defendant Trammel's objection to Pre-Sentence Investigation Report CR-16-54 (Doc. 348) |
| 6 | 4/3/18 | 4/3/18 | Defendant Sentencing Statement Doc. 353; CR-16-54 |

FILED ____ LODGED
RECEIVED ____ COPY

APR - 3 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ____ DEPUTY