1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

| | |
|---|---|
| 9  United States of America, | No. 18-06121MJ-001-PHX-DKD |
| 10                    Plaintiff, | **MINUTE ORDER RE: EXHIBITS** |
| 11  v. | |
| 12  Trammel Thomas, | |
| 13                    Defendant. | |

14
15
16
17

   IT IS HEREBY ORDERED that the exhibits marked, whether or not received as evidence, in the above-entitled case at the time of the Detention Hearing which concluded on April 3, 2018, are returned to respective counsel.

18
19

   Counsel are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals, pursuant to LRCiv 79.1.

20

   Dated this 4th day of April, 2018.

21
22

                                        BRIAN D. KARTH,
23                                      District Court Executive/Clerk of Court

24                                      _M. Holmes_

25                                      Marion Holmes, Deputy Clerk

26
27
28