CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:18−mj−06121−DKD−1

| | |
|---|---|
| Case title: USA v. Thomas | Date Filed: 03/30/2018 |
| Other court case number: 16−cr−0054−WMJ−2 USDC, District of Colorado | Date Terminated: 04/04/2018 |

Assigned to: Magistrate Judge David K Duncan

**Defendant (1)**

**Trammel Thomas**  represented by **Shishene Jing**
57094−408   Federal Public Defenders Office − Phoenix
*TERMINATED: 04/04/2018*   850 W Adams St., Ste. 201
   Phoenix, AZ 85007
   602−382−2700
   Email: shishene_jing@fd.org
   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*
   *Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 18:3148 Violation of Pretrial Release Conditions | |

**Plaintiff**

**USA**  represented by **Margaret Wu Perlmeter**
   US Attorneys Office − Phoenix, AZ
   2 Renaissance Square
   40 N Central Ave., Ste. 1800
   Phoenix, AZ 85004−4408
   602−514−7402
   Email: margaret.perlmeter@usdoj.gov
   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*
   *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2018 | 1 | Arrest (Rule 5 – Pretrial Release Violation) of Trammel Thomas. (ESL) (Entered: 03/30/2018) |
| 03/30/2018 | 2 | MINUTE ENTRY for proceedings held before Magistrate Judge David K Duncan: Initial Appearance in Rule 5(c)(3) Proceedings as to Trammel Thomas held on 3/30/2018. FINANCIAL AFFIDAVIT TAKEN. Appointing AFPD Shishene Jing for defendant. Rule 5(c)(3) Identity Hearing waived. Detention Hearing requested. Defendant remains in the temporary custody of the United States Marshal.<br><br>**Appearances**: AUSA Peggy Perlmeter for the Government, AFPD Shishene Jing for defendant. Defendant is present and in custody (restraint level 0). Detention Hearing set for 4/3/2018 at 10:00 AM in Courtroom 606, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Eileen S Willett. (Recorded by COURTSMART.) Hearing held 3:18 PM to 3:20 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (CIS) (Entered: 03/30/2018) |
| 03/30/2018 | 3 | SEALED CJA 23 Financial Affidavit by Trammel Thomas. (CIS) (Entered: 03/30/2018) |
| 03/30/2018 | 4 | WAIVER of Rule 5 and 5.1 Hearings by Trammel Thomas. (CIS) (Entered: 03/30/2018) |
| 04/03/2018 | 5 | MINUTE ENTRY for proceedings held before Magistrate Judge Eileen S. Willett: Detention Hearing as to Trammel Thomas held on 4/3/2018. Government's Exhibits 1 through 6 are identified and admitted into evidence. Counsel present argument to the Court. The Court takes the issue of detention UNDER ADVISEMENT. Defendant remains temporarily detained pending further order of the Court.<br><br>**Appearances**: AUSA Margaret Perlmeter for the Government, AFPD Shishene Jing for defendant. Defendant is present and in custody (restraint level 0). (Recorded by COURTSMART.) Hearing held 10:08 AM to 10:31 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MRH) (Entered: 04/03/2018) |
| 04/03/2018 | 11 | EXHIBIT LIST by USA re: 4/3/2018 Detention Hearing as to Trammel Thomas. (MRH) (Entered: 04/04/2018) |
| 04/04/2018 | 8 | NOTICE *of Filing* by Trammel Thomas. (Attachments: # 1 Photos)(Jing, Shishene) (Entered: 04/04/2018) |
| 04/04/2018 | 12 | ORDER OF DETENTION PENDING SENTENCING IN THE CHARGING DISTRICT as to Trammel Thomas. Signed by Magistrate Judge Eileen S. Willett on 4/4/2018. (MRH) (Entered: 04/04/2018) |
| 04/04/2018 | 13 | MINUTE ORDER re: Exhibits from 4/3/2018 Detention Hearing as to Trammel Thomas: Counsel are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals, pursuant to LRCiv 79.1. (MRH) (Entered: 04/04/2018) |
| 04/04/2018 | 14 | COMMITMENT TO ANOTHER DISTRICT as to Trammel Thomas. Defendant committed to District of Colorado. Signed by Magistrate Judge Eileen S Willett on 4/4/2018. (CIS) (Entered: 04/04/2018) |
| 04/04/2018 | 15 | Notice to District of Colorado of a Rule 5 or Rule 32 Initial Appearance as to Trammel Thomas. Your case number is: 16–cr–00054–WJM–2. Please use PACER Court Links to access the public docket and documents. Any necessary sealed or ex parte documents will be sent in a separate e−mail.<br><br>*(If you wish to designate a different email address for future transfers, please send your request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (CIS) (Entered: 04/04/2018) |