

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF INSPECTOR GENERAL
## INVESTIGATION SERVICES

| | |
|---|---|
| **DATE INTERVIEWED:** | November 3, 2016 |
| **PERSON INTERVIEWED:** | Heather Carr |
| **ALSO PRESENT:** | Mary Butterton, Assistant Federal Defender<br>Jessica Leto, Paralegal |
| **INTERVIEWED BY:** | Martha Paluch, Assistant US Attorney<br>Beth Gibson, Assistant US Attorney<br>Sandra Ennis, ED-OIG Special Agent |
| **LOCATION:** | U.S. Attorney's Office<br>1225 17th St., 7th Floor Conference room<br>Denver, Colorado 80202 |
| **CASE NUMBER:** | 12-080234 |
| **CASE NAME:** | Pikes Peak Community College Fraud Ring |

After being advised of the nature and purpose of the interview and the identities of all present, Heather Carr, voluntarily provided the following information, summarized as follows:

In approximately July 2015, Carr moved from Arizona to Virginia Beach, Virginia, to live with her oldest daughter Ayanna Brown, formerly Ayanna Jones. Brown moved to Virginia because her husband is in the Navy. He is currently deployed and will not return home until January 2017. Brown is currently attending college and is enrolled in a pharmaceutical internship.

The following are Carr's four children: Ayanna (21), Kaira (16), Milani (5), and Tru (1). Aubrey, who is Ayanna's friend, has resided with Carr since she was 15.

Carr was a mother figure to Mercedes Diaz also. Carr and Diaz's biological mother both worked at a car dealership. Diaz's mother was prepared to give up Diaz to the state because Diaz was constantly in trouble. Carr offered to take her in. At the time, Diaz was in junior high at Panorama Middle School. On Christmas Eve, Diaz stole Carr's vehicle and was arrested. While in custody, Diaz's brother was murdered. Carr's daughters are like sisters to Diaz.

Carr was born in Virginia but moved to Colorado Springs, Colorado, when she was approximately ten years old. Shortly after her family moved, her mother divorced and remarried. Carr ran away from home and stopped attending school in junior high. Carr got pregnant at 17 and obtained her GED during this time period. Omar Jones, who is the father of her two oldest daughters, was her legal guardian.

In approximately 1997, Carr became familiar with the financial aid process when she attended Pikes Peak Community College (PPCC) and received federal student aid (FSA).

In approximately 2003, Carr moved from Colorado to Arizona and resided there until summer 2015.

Prepared by: Ennis, Sandra                                                  Date Prepared: November 4, 2016

This report is the property of the Office of Investigation Services and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is **FOR OFFICIAL USE ONLY** and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U.S.C. 552.

Interview of Heather Carr, November 3, 2016                                    12-080234

Carr worked for Wells Fargo from approximately June 2003 through July 2015. During her employment, Carr held the following positions: mortgage processor, mortgage underwriter, and credit analyst for Car Maxx. Carr's position as credit analyst began with Car Maxx in approximately 2006.

In approximately August 2009, Wachovia and Wells Fargo merged and Carr was one of 200 employees laid off. Carr was brought back and began working from home because Wachovia employees worked from home. Wells Fargo decided that their employees would work from home also.

Carr was issued a T460 Laptop for her work at home. The laptop required her to sign in with a login ID and password. Her work day was spent verifying a potential purchaser's eligibility to get a car loan by conducting credit reviews. These were non-stop deals that required decisions to be made in five minutes or less. She verified the potential purchaser's credit information and their debt-to-income ratio and then indicated whether the potential purchaser's loan should be approved or denied.

Carr had many user names and passwords for different systems. Carr confirmed her LexisNexis login ID as heathercarr1. Her login ID, heathercarr1, remained the same but she was required to change her LexisNexis password every six months. Carr used LexisNexis to verify a potential purchaser's employment history, social security number, date of birth, and/or driver's license information. Carr accessed LexisNexis from her own personally owned computer but she did not think she could access it outside of her home or on a mobile device. There were occasions when she conducted work business on her personally owned computer. This was usually done to verify someone's personal information, such as a Google search on someone. Ayanna Jones did not use or have access to LexisNexis.

From approximately 2006 through 2013, Carr put the Cox Communication's internet service in her daughter's name (Ayanna Jones). Carr did so because she had an outstanding internet bill of $300 dollars in Colorado and could not get internet service in Arizona until that was paid. Carr made the internet service payments to Cox Communications.

In approximately 2003, Carr became acquainted with Tramell Thomas through her step-brother, Matthew Sanders. Carr did not know her parents very well and wanted to learn more about her family. She and Sanders wrote each other while he was in prison in Colorado. Sanders told Carr that Thomas, who was also in prison in Colorado, looked out for him. Carr began exchanging letters with Thomas until his release from prison in approximately 2009. Carr met up with Thomas after he was released from prison. She wanted to thank him for taking care of her "nerdy white-boy step-brother."

Thomas and Carr were together from approximately 2009 through 2012. In 2014, they had a brief reconciliation and travelled to San Diego when Carr won a free trip from work. Carr conceived her son on this trip. Their relationship ended after the trip. Carr and Thomas were never married.

Thomas and Carr have a very strained relationship. When Carr contacts Thomas, she usually puts the phone on speaker and lets him talk to their two children. Thomas does not call his children directly and he does not pay child support. She lets her daughter send him emoji's. In June 2015, Carr filed for child support and the state of Arizona has not served him with the paperwork. When the two of them do talk, it is never about the investigation. Even if they did talk about it, Thomas would lie. He lies so much it sickens Carr. Carr is not intimidated by Thomas.

Interview of Heather Carr, November 3, 2016					12-080234

In approximately 2010, while on parole in Colorado, Thomas and his acquaintances applied for student loans for themselves. Thomas would take individuals to PPCC and show them how to enroll in courses and apply for federal student aid (FSA). The following individuals voluntarily agreed to have Thomas assist them in applying for FSA to attend PPCC: Lola Thomas (Thomas' wife), Christine Duncan, Vanessa Lopez, Ismael Omar (Thomas' friend), and Michael Cox (Thomas' cousin). Cox legitimately went to PPCC and did well in school. Carr believed that Thomas was helping people go to school and he received a portion of their FSA for helping them enroll.

During this time period, Carr and Thomas would fly back and forth from Arizona to Colorado to visit each other.

Carr's friend, Marcy Green, was doing something similar to Thomas, in that Green would sign up people to receive FSA and she would take a portion of their FSA for assisting.

While at a barbeque, Carr was present when Green and Thomas were discussing how it was a hassle to convince people to sign up for school to get financial aid. They were discussing the need for a more elaborate way to get FSA funds. Green watched a show where a woman was sentenced to life in prison for burning her children. The three of them rationalized that using the identities of prison inmates was acceptable because inmates hurt other people. In the event these inmates were released, any student loans in their name could be forgiven because they could show they were in prison during the time period the loans were taken out. The three of them believed they were not hurting anyone and they would no longer need to split the FSA funds with the applicant. Using PPCC was Thomas' idea because he and his acquaintances already obtained FSA from there. The three of them were all in agreement. Diaz was not present at the barbeque.

Carr and Green met under unusual circumstances. Carr dated Green's ex-boyfriend, Roderick Smith. Although the two have had a tumultuous friendship, she helped Green when she was going through a rough period. In approximately 2007, Smith beat up Green and knocked out her tooth. Carr took care of her three sons during this time.

Carr stated Green minimized her involvement when speaking to investigators in November 2012. During the timeframe of the interview, Green was facing marijuana charges. It was a complete lie when Green told investigators that Carr hung out at Green's residence. Green used computers at both of Carr's residences at 1351 Pleasant and 1822 E. Kaibab in facilitating the scheme to obtain FSA in the names of inmates. Debit cards mailed to Green's house were mailed there at Green's direction, not because Carr asked Green to use her address. Carr never paid Green any money for the receipt of debit cards and/or use of Green's address. Carr did not need to pay Green because Green, herself, was getting FSA funds from the debit cards in inmate's names.

Carr did not care to hang out at Green's house because she is involved in drugs and prostitution. Carr and Green do not hang out with the same people. There were possibly the following three occasions when Carr went to Green's house: to pick up one of Green's sons, to help hang pictures, and to attend a barbeque. Green would come to Carr's house because there was a better atmosphere there. Green resided in her Aunt Hazel's home and her uncle resided in a shed in the backyard. Green's aunt was like a mother to Green. Green did not want her Aunt Hazel hearing stuff that she was involved in.

Green came to Carr's residence while Carr was working from home. Carr typically worked five days a week from 9:00 a.m. until 8:00 p.m. Green used various computers at Carr's residence

Interview of Heather Carr, November 3, 2016                                    12-080234

to look up names on various Department of Corrections websites (DOC). Green brought Carr the names and/or dates of birth obtained from DOC websites. With the information Green provided, Carr queried the information in the LexisNexis database and would obtain the information necessary to apply for FSA.

Seeing the number of queries conducted in LexisNexis in the discovery was shocking to Carr. Carr would ask Green to bring her additional inmate names because there were times when the queries conducted would not work, meaning they were unable to get student loans using those names. This was due to the inmate already having student loans and/or other credit issues. Both Green and Thomas conducted DOC inmate searches and had Carr obtain the social security number from LexisNexis. Carr further confirmed this because Green, who would be in another room, would often ask Carr to look at photos of the inmates, "hey, come look at this lady." Carr also queried inmate names on various DOC websites, usually to verify a date of birth.

There was not any particular reason why they chose the various inmate names. Although, they did think the mailman would be more likely to deliver a name that was the same as the person who already occupied the residence. For example, the last name Grant was the same as the person, Michelle Grant, who occupied the residence on Lexington.

Prior to 2012, Carr does not know how Thomas obtained names or if he visited DOC websites to obtain information because he was residing in Colorado at the time. She believes he was mainly signing up people he knew in Colorado.

Prior to 2012, Green asked Carr to obtain a lot of inmate identifiers through LexisNexis. Green was responsible for getting the scheme to work. Green, who was also attending school and familiar with the FSA process, submitted the majority of the FAFSA's. Carr submitted approximately ten FAFSA's in the names of inmates.

Green conducted DOC searches, submitted FAFSA's, and electronic school enrollment applications on her own laptop, and on laptops and computers located in each of Carr's residences, often times when she sat outside and smoked. Carr's wireless internet was used during the DOC searches and electronic FAFSA and school application submissions. Diaz was also present and would assist in the various processes done to receive FSA in the names of inmates. Carr's daughter, Ayanna, was present and saw what was going on but she was usually playing. Ayanna was not involved.

Diaz was legitimately enrolled and attending college during this timeframe. Green, who was not employed, was also enrolled and attending college at Gateway Community College, where she eventually received her degree in criminal justice.

After 2012, when Thomas moved in with Carr in Arizona, things got weird between Carr and Green. Green began doing more of the student loans on her own. Carr did not submit near the amount that was submitted by Green. Green wanted to do it herself because she said Carr kept messing up.

After the search warrant in 2012, Carr and Green ceased communicating with one another for a long period of time. Carr has her own business where she creates caricature shirts. The last time she spoke with Green was almost a year ago when she created a shirt for one of Green's sons.

Carr's friend, La Tania Pickens, allowed Thomas to use her rental property address at 1418 Rushmore Drive in Colorado Springs for his parole address. Thomas has a way of getting

Interview of Heather Carr, November 3, 2016                                            12-080234

people to do stuff for him. Pickens resided at 1418 Rushmore at various times but Carr could not recall the exact dates. Thomas briefly resided in Pickens garage at 1418 Rushmore. Thomas stayed at other places and also resided at an apartment on 3820 Radiant Drive in Colorado Springs, Colorado.

Pickens was not aware this address was being used for the mailing of debit cards in the names of prison inmates. The mailbox was located at the end of the street. Carr and Thomas would drive-by and pick up student inmate mail from the mailbox. The mailman delivered any and all names to this address.

There was a period of two to three days when Carr knew the Higher One debit card would be delivered. Once the school application was accepted, the student received an email letting them know that a green Higher One envelope would be arriving in the mail. This envelope contained the debit card.

Carr was aware of inmate Robert Pickens. Carr conducted the DOC query in the name Pickens and chose this name because she wanted to make sure the card was delivered to the mail box. Carr thought this card was initially rejected or returned by the postal service.

Prior to moving to Arizona, Carr resided at 2441 Lexington Village Lane, Colorado Springs, Colorado. Her friend, Michelle Grant (aka Michaela) resided at 2372 Lexington Village Lane, Colorado Springs, Colorado. Carr asked Grant to help forward her mail to Arizona. Carr still had the key to her old mailbox.

The postal service would only deliver the last name Grant so they had to use inmates with the last name of Grant at this address. Grant never checked her mailbox. The mailboxes were located in a central area and the backside of the boxes could be removed. Carr, Diaz, Green, and/or Thomas removed the back side of the mailbox on their trips to Colorado and obtained the mail in the inmates' names.

During the 2010 timeframe and prior to Thomas' arrest, Thomas asked Carr to query social security numbers and he would assist in the retrieval of student mail. Carr does not know if he knew how to complete and submit an electronic FAFSA. Both Thomas and Sanders resided at 3820 Radiant Drive, Colorado Springs, Colorado. Carr saw Sanders' signature in the notarized documents provided to PPCC.

Green obtained her own addresses to use. Carr confirmed the Blackhawk address was her step-brother, Matthew Sander's residence. Diaz was responsible for opening private post office boxes and using the Dragoon and 724 W. Knox Court addresses. The Pleasant or Kaibab addresses were never used to receive any school or Higher One information.

People were directed to send the school mail or Higher One debit card to Carr's private mail box address at 975 E. Riggs Road in Chandler, Arizona. Thomas directed Kimmisha Mullett to send debit cards that she received to the private mail box address. Carr does not know about the Oakland Street address in Aurora, Colorado.

Mullett and Thomas had a business together. The business was called 911 Design and Printing. Carr had nothing to do with the business and never met Mullett. Carr later said she may have met Mullett on one or two occasions. Mullett and Thomas shared text messages between each other about where to send the Higher One mail because Mullett's address was used to receive student loan mail in the names of inmates.

Interview of Heather Carr, November 3, 2016                                         12-080234

Michael Cox, Thomas' cousin, resided at the Rice Drive address in Colorado Springs, Colorado. Carr hates Cox and does not speak to him. Carr believes Thomas and Cox talked about the scheme with each other.

Carr was not aware that Arizona addresses were being used to apply for FSA to attend school at PPCC. It was her understanding that this could not be done and that is why they used the mailing addresses in Colorado. In seeing the discovery, the Arizona addresses were new to Carr.

Once the Higher One cards were forwarded to Arizona, Diaz and Green would get people they knew to drive around and withdraw money from the debit cards at various ATM locations until all of the funds were withdrawn from the debit cards. Initially, they did it themselves but it became exhausting because there was a daily withdrawal limit on the debit cards. Diaz and Green would get half of whatever amount was on the debit card.

The cards were used primarily to withdraw funds but there were occasions when the cards were used for purchases. When a purchase was made, they requested additional cash back on the transaction. Thomas and Carr were also involved in withdrawing funds from the debit cards at various ATM and store locations. The bulk of the funds were split between Carr, Diaz, Green, and Thomas. A fee of usually $10 was paid to the "meth-heads" that drove around to the various ATM machines.

Thomas did not reside in Arizona until approximately February 2012. Thomas visited the 1351 Pleasant address on his trips to Arizona but he never resided there. In 2012, Carr moved from the 1351 Pleasant address to 1822 E. Kaibab. Carr and her children resided at the 1822 E. Kaibab address for approximately two weeks prior to Thomas coming to Arizona and moving in with them.

During Thomas' incarceration between approximately January 2011 through November 2011, Thomas was aware of the scheme. Carr and Thomas' conversations about the scheme were limited due to the possibility of his jail calls being recorded. Carr used FSA funds obtained in the names of inmates to pay for Thomas' legal fees. Approximately $10,000 in FSA funds were used to pay for Thomas' attorney. Carr also deposited FSA funds into Thomas' inmate trust account (commissary). It would be a fair assessment that Carr submitted more than ten FAFSA's, considering this money was used to pay for Thomas' attorney fees.

In discussing the Tempe Police car stop, Thomas admitted to Carr that he was seeing another girl. The girl threatened to call Carr at 1:00 a.m. and tell her about Thomas' cheating. The girl had the debit cards and laptop at her house so Thomas went to the girl's house to retrieve these items. On his way home from the girl's house, Thomas was pulled over with the laptop and debit cards. Thomas was driving a vehicle registered to Carr. Thomas used the vehicle, not Carr.

Carr could not find a logical reason why he would still have cards from a long time ago. Higher One mailed the debit cards prior to the disbursement of any FSA funds. In seeing the discovery, Carr noted that some of the cards were never activated. Carr does not understand why someone would have kept a card that was not activated. Green kept the majority of the debit cards and she owned a pink laptop at one time. Carr wondered if that is why her relationship with Green became awkward, because Green and Thomas were messing around with each other.

The four of them took part in filling out the various loan documents for the schools. Diaz was primarily responsible for taking these student loan records to various locations where they could

Interview of Heather Carr, November 3, 2016                                                                 12-080234

be faxed to the school, such as the FedEx location. They also had the "meth-head people" assist with this. There were times with Green personally hand delivered the documents to the school.

The four of them took part in the electronic submission of school enrollment applications in the names of various inmates.

Carr has no idea how school loan records were faxed to PPCC from a Wells Fargo location. Carr has never worked in a Wells Fargo branch building. She either worked from home or at a leased building while employed with Wells Fargo.

The social security number searches in LexisNexis were only done by Carr.

Prior to 2012, Carr personally saw Diaz and Green fill out documents but she never personally saw Thomas submit FAFSA's or fill out loan records for the school. She would be able to verify his handwriting if shown documents.

In 2012, Thomas wanted more money when he was released. When Thomas resided with Carr in 2012, he submitted FAFSA's and did coursework to ensure FSA funds were released. Carr recalled him saying he had a psychology paper due. The four of them knew they had to show attendance in order for funds to be released. Thomas was also involved in the submission of handwritten loan records to the school and the withdrawing of FSA funds from ATM locations. Carr knew he did this but she was never with him when he did it. Carr admitted that Thomas was involved.

Carr worked all day and did not have a lot of time to spend on the scheme. They all communicated amongst each other about coursework and the four of them took part in logging in to record attendance. Carr volunteered to do coursework that she was interested in. Specifically, Carr recalls Green complaining about having four essays due. One was a psychology assignment about Freud. Carr volunteered to complete that assignment.

The four of them enrolled in courses that interested them. Green, having a degree in criminal justice, chose a lot of criminal justice courses.

At this point during the meeting, Carr was provided a copy of the search warrant sketch. Carr annotated what the various rooms identified in the sketch were (Attachment A).

The day the search warrant was executed, Carr was asleep on the couch. At first, Carr thought her daughter, who was getting ready for school, was playing her music too loud. Carr knew that law enforcement was outside because they were shining lights on the house. Initially, Carr was not sure if law enforcement was trying to come in their house. A canine cop resided across the street from them. Carr went to brush her teeth and put on makeup, knowing she would need to go outside. She went upstairs to look out the window and flash bang devices were heard in the backyard.

During this timeframe, she went to her office where she had a notebook with information related to the inmates' school information written down. Rather than shedding the records in the shredder she had in her office, she tore the pieces and flushed them down the toilet in the master bathroom. She did this because she envisioned agents spending hours piecing together the shredded records. She flushed approximately three pages of information.

The information contained in the notebook was for organizational purposes. It was a checklist used to keep track of the status of FAFSA's, school applications, and homework. Sometime

OIG Form 301                                                                                                Page 7 of 12

MOI_00000256

Interview of Heather Carr, November 3, 2016　　　　　　　　　　　　　　　　12-080234

during all of this Thomas came up the stairs. She does not know what he was doing during this timeframe.

Carr does not know why Thomas broke his cell phone. It was an old phone that he was not using. Thomas was downstairs for a portion of the time that Carr was upstairs. Thomas later told Carr that he broke the phone because he did not want Carr to find out about other "bitches."

Initially, Carr did not manage the organization of the inmates' school information. She just started doing that right before the search warrant was executed, once the school's fall semester started.

After Thomas's arrest and the search warrant, Carr and Green became distant. Carr assumed Green was jealous of Carr's relationship with Thomas and the lifestyle they were living. Carr wondered if Green and Thomas were having an affair. Carr thinks Green kept the debit cards and that the pink laptop belonged to Green.

At the time of Thomas' arrest, Thomas told Tempe PD arresting officers that marijuana located in the vehicle belonged to Carr's daughter, Ayanna. When told this, Carr responded that Ayanna did not use marijuana but Thomas did. Marijuana was never used in front of the children. Green used marijuana.

Carr related the following in reviewing photos taken during the search warrant and photos obtained from seized computers (Attachment B):

- SW_00001436: The photo was 1822 E. Kaibab

- SW_00000218: Carr purchased the mural located in the master bedroom. She got the idea from a Jay-Z song.

- SW_00000214: The ACER laptop in the photo was her daughter's Milani. The iPad tablet was her other daughter's Kaira. Green always lost stuff, including her computers. Green used the ACER laptop and other computer devices at Carr's residence. The ACER laptop was used to activate inmate debit cards, including Higher One debit cards. There was the probability that any one of the four of them (Carr, Diaz, Green, and Thomas) could have used the ACER laptop to do this.

- SW_00000216: This was a photo of Thomas' office and his computer.

- SW_00000217: The photo was a close-up of the computer in Thomas' office. Carr did not use this computer because Thomas would not give her the password. The computer's profile login ID was King.

- SW_00000223: Carr confirmed these were the torn notes she tried flushing down the toilet.

- SW_00000219: The broken phone was Thomas' old phone located in his portion of the master bedroom closet. Thomas had a box of miscellaneous items he brought with him when he moved from Colorado. There were other old phones in the box.

- SW_00000220: Carr confirmed the close-up photo of the broken phone was Thomas'.

Interview of Heather Carr, November 3, 2016                                            12-080234

| | |
|---|---|
| SW_00000244: | The disks in the photo were from Thomas' dismissed case. Carr did not know who the phone in the photo belonged to. The photo was taken in the master bedroom vanity area. |
| SW_00000233: | The phone in the photo was Carr's work phone. The photo was taken in one of the restrooms. |
| SW_00000230: | The iPad and iPod in the photo belonged to Carr's daughter, Ayanna. |
| SW_00000231: | Carr did not know who the phone in the photo belonged to. They had a lot of phones in the house that were no longer used. Carr confirmed the phone was located on a couch in Ayana's bedroom. |
| SW_00000232: | The laptop was her daughter's, Kaira. |
| SW_00000236: | The Kindle was located in one of the bedrooms and it belonged to one of Carr's daughters. |
| SW_00000237: | Carr did not know who the phone in the photo belonged to. |
| SW_00000234: | The laptop was her daughter's, Ayanna. |
| SW_00000226: | This was a photo of Carr's office, with her computer and her Wells Fargo work laptop. |
| SW_00000227: | This was a photo of Carr's computer in her office. |
| SW_00000246: | This was a close-up photo of Carr's computer in her office. Carr did not know the profile name created for this computer. This computer and the computer in Thomas' were the same brand and type of computer. |
| SW_00000228: | This was a close-up phot of Carr's Wells Fargo work laptop. |
| SW_00000238: | This was an iPad and BlackBerry located in Carr's vehicle. She did not know who they belonged to. They had so many Apple devices and phones in the residence. To say that they all used them is a fair statement. |
| SW_00000245: | This was a photo of Carr's step-brother, Matthew Sanders and Thomas. |
| SW_00000205-213: | These were photos of Heather Carr's gun. Carr has always owned a gun because she was a victim of a home invasion. The gun was registered in her name. She used to go to "ladies night" at the shooting range. Thomas never went to the ranges with her and he did not access the gun. |

Following Thomas's arrest with the debit cards and laptop, Carr was troubled enough to get rid of an old computer of hers. The computer was one she had while residing at the 1351 Pleasant address. She destroyed the laptop and threw it away in a dumpster. Carr was concerned because Thomas used the 1351 Pleasant address for his parole in Arizona.

Interview of Heather Carr, November 3, 2016                                       12-080234

The four of them continued to apply for FSA in the names of inmates following Thomas' arrest. Thomas minimized the arrest and did not make a big deal of it.

The night of the search warrant, Carr went to Green's house to discuss what happened. Green was very dismissive and did not want to discuss what happened. She did mention that people came to her house to talk to her. She told Carr that these people took her kids to school while she was interviewed. She did not want to talk about any details of the interview. Green did not want her Aunt Hazel to find out what happened. Green tried cutting ties with Carr after the search warrant. Approximately a year after the search warrant, Green tried to be friends with Carr. During this timeframe, Carr removed her Facebook profile for a while, and she and Green were Facebook friends.

Carr found out Diaz was arrested the day of the search warrant. Carr was trying to get a hold of Diaz after agents left her residence. She eventually went to Diaz's house. Diaz's roommate was upset because Diaz owed her money and she could not be located. After making a few phone calls, Carr learned Diaz was arrested.

Carr did not recall how some of the names and numbers ended up on her iPad contact list. In reviewing the discovery, she did not believe she had as many contacts as the iPad contact list indicated. She is not sure how iCloud works but she thinks a lot of those contacts are left over from items backed up to iCloud. For example, there was a contact she had in there from 2007, Akeimi. Akeimi is Green's friend. Carr cannot stand Akeimi because Carr claimed that Akeimi hates white people. The last time she spoke with Akeimi is when Green was arrested in Los Angeles, California.

Thomas told Carr to never get rid of Christine Duncan's, Vanessa Lopez', or Ismael Omar's social security numbers so she stored them in her iPad contact list. She does not know why Thomas wanted to keep this information.

Carr had Roderick Smith's social security number in her iPad because she was his power of attorney at one time. Carr did not know why she had Green's social security number stored in her iPad.

Carr does not know why Michael Cox's Chase credit card number was in her iPad contact list. She does not like him.

Carr never contacted the schools and pretended to be one of the students. She does not think anyone did that. They (Carr, Diaz, Green, and Thomas) made inmate queries on the DOC websites.

In reviewing SW_00001427, a document titled "Adams County Jail Population Sheet" that was located on Carr's computer, Carr did not know how this document was located on her computer. She is not familiar with Denver County jail websites, she only queried DOC websites. Carr assumed this was booking information that was pulled from an Adams County website. Thomas might have asked Carr to look up one of his friends that was recently released from jail. Carr could not recall his name. Carr is not aware of anyone using her computer. Thomas and Carr's computers were purchased approximately a week before the search warrant.

Carr met Terrell Smith once. He was a pimp and she did not know him.

Interview of Heather Carr, November 3, 2016                                             12-080234

The screen shots from Chandler-Gilbert Community College were from Ayanna's husband. He was attending Chandler-Gilbert and did his course work while at their house. A review of the course login screenshot information shows that the courses listed had prerequisites. They did not enroll inmates in courses that had prerequisites.

Carr is not afraid of Thomas. She believes Thomas is capable of being intimidating because he protected her step-brother while he was in prison. Carr and Thomas never married. They were together from approximately 2009 through 2012 and again in 2014, when they went to San Diego but ended their relationship shortly after the trip.

After Carr left Arizona, Thomas moved his wife, Lola Thomas, down to Arizona.

Carr never met Christine Duncan. Duncan used Carr's identity when Duncan was arrested with Thomas at a hotel in 2011. A police report from January 2011 stated that Carr was present during the arrest. Duncan told law enforcement that she was Heather Carr. Duncan and Thomas commited robberies together.

Carr knew Duncan's name because Thomas told her about signing up Duncan up for school. He asked Carr to save Duncan's social security number. Carr knew they were arrested together and that the two committed robberies together. Duncan was a "meth head." Until seeing the discovery, Carr was not aware that Diaz and Green were involved with Duncan.

One time Carr saw Duncan in a car with Diaz at a gas station. That was the only time Carr saw Duncan. Carr recalled asking Diaz who was with her. Diaz told Carr she was a friend visiting from Colorado. Diaz did not give Carr a name. Carr did not get involved with Diaz's meth life.

Carr knew nothing about Vanessa Lopez. Thomas knew her.

Thomas was evasive about a lot of things. He was a whore who had a crafty way of telling stories. There was an overwhelming amount of stuff that he lied about. If it were not for their kids, she would tell him to "fuck off."

Currently, Carr runs her own business selling t-shirts and is an Uber driver. It is difficult to make ends meet. Carr texts Thomas asking him to send money and he responds by saying that he will see what he can do.

Carr confirmed the number tied to "Daddy" in her iPad contact list belonged to Thomas. Carr confirmed the "Rocketmail" email address belonged to Thomas.

At times, Thomas was a family person and they did things as a family. All four names of Carr's children are tattooed on Thomas. None of this is fair to the kids. Thomas has only seen his kids approximately ten times since 2012. He has been to see the kids in Virginia once. Thomas was there for the birth of their son, Tru. He has seen his son approximately three times. There is a whole other side to Thomas.

Carr confirmed the Blackhawk address in the scheme belonged to her step-brother, Matthew Sanders. Carr did not keep in touch with Sanders. She may have met him once while at the airport in Denver.

Interview of Heather Carr, November 3, 2016　　　　　　　　　　　　　　　　12-080234

Carr assumed Sanders knew about the scheme because debit cards were mailed to her private mail box on Riggs road. The cards arrived without the green envelope that they were originally sent in. There were a lot of cards coming from different addresses.

Carr did not know an address belonging to Sander's mother was used. Carr does not talk with Sander's mother. She knows her name is Sandy. Carr had nothing to do with the use of this address to obtain FSA.

Marcy Green used to have a pink laptop. Carr never used the laptop that was with Thomas the night that he was arrested.