**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 16-cr-00054-WJM-02

UNITED STATES OF AMERICA

    Plaintiff,

v.

2. TRAMMEL THOMAS,

    Defendant.

---

## GOVERNMENT'S MOTION TO RESTRICT DOCUMENT

The United States of America, by and through United States Attorney Robert C. Troyer and the undersigned Assistant United States Attorneys, respectfully moves to restrict a document, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make the document, any order revealing the contents of that document and the brief filed in support of this motion, "viewable by Selected Parties & Court" only.

Respectfully submitted,

*s/ Martha A. Paluch*
Martha A. Paluch
Bryan D. Fields
Assistant U.S. Attorneys
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO   80202
(303) 454-0100
Martha.paluch@usdoj.gov
Bryan.fields3@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 13th day of April, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to **the following counsel only:**

Mary Butterton
Counsel for Heather Carr
mary_butterton@fd.org

Daniel T. Smith
Thomas E. Goodreid
Counsel for Tramell Thomas
danieltsmith4582@gmail.com
t.goodreid@comcast.net

2