IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No: 16-cr-00054-WJM-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. TRAMMEL THOMAS,

    Defendant.

## ORDER TO RESTRICT DOCUMENT

This matter is before the Court on the Government's Motion to Restrict Document. Upon consideration and for good cause shown,

IT IS ORDERED that said Document, the United States' Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of that document, are hereby restricted until further order by the Court.

IT IS ORDERED that said Document, the United States' Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of that document, are hereby at a "Level 2 Restriction" and will be "viewable by selected parties & court" only.

IT IS SO ORDERED on this ____ day of April, 2018.

                                                        _____
                                                        THE HONORABLE JUDGE WILLIAM J. MARTINEZ
                                                        UNITED STATES DISTRICT COURT
                                                        DISTRICT OF COLORADO