**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. TRAMMEL THOMAS**

    Defendant

___

**DEFENDANT THOMAS'S UNOPPOSED MOTION REQUESTING PERMISSION TO FILE AN ADDITIONAL UNOPPOSED OBJECTION TO PRESENTENCE INVESTIGATION REPORT**
___

Comes now the Defendant, Tramell Thomas, and requests permission from this Court to file an additional objection to the Presentence Investigation Report which objection is unopposed by the Government. As grounds therefore, the Defendant states as follows:

1. On March 8, 2018 at Docket #340, the Probation Department filed the initial Presentence Investigation Report. On March 22, 2018, the Defendant filed his objections thereto at Docket #348.
2. The Defendant's sentencing hearing has been continued by the Court *sua sponte* to August 9, 2018.
3. Assistant United States Attorney Martha Paluch, has authorized counsel to state to this Court, that the government has no objection to the Defendant's filing this request to file an additional objection.

4. In its Presentence Investigation Report, the Probation Office at Paragraph 90, found that a 2 point adjustment to the criminal offense level pursuant to the United States Sentencing Guidelines should apply. See USSG 2B1.1(b)(2)(A)(i) (the fraud involved more that 10 victims).
5. The Probation Office also recommended that 4 points be added to the criminal offense level based upon USSG 3A1.(1)(b)(1) and (2). (the victims of the fraud were vulnerable and there were a large number of vulnerable victims)
6. At the time the Defendant filed his objections to the Presentence Investigation Report, counsel was unaware of any valid objection to the adjustment for more than 10 victims, if an adjustment was also made under the vulnerable victim section of the sentencing guidelines.
7. At the sentencing hearing of co-defendant Green on April 11, 2018, the Defendant requested and the government did not object to the 2 point adjustment being withdrawn under USSG 2B1.1(b)(2)(A)(i) since 4 points were being assessed under 3.A1.1(b)(1) and (2).
8. This Court granted the Defendant's request and did not assess the 2 points for more than 10 victims in the fraud.
9. The Defendant submits that the same situation exists with Mr. Thomas as it did with Ms. Green.  The government shares this opinion, as Assistant United States Attorney Paluch has again authorized counsel to state to this Court that the government does not object to this request by the Defendant.
10. The Defendant also suggests to the Court, that having ruled as stated above in paragraphs 7 and 8, that the Court has established the "law of the case".  See *U.S. v. Gonzales-Sanchez* 329 Fed Appx 802 (10th Cir. 2009).

Wherefore, the Defendant Requests that the Court allow the filing of this motion, requesting permission to file an additional objection to the Presentence Investigation Report, as well as the additional objection.

Dated this 18th day of, April, 2018

Daniel T. Smith Attorney at Law

s/ Daniel T. Smith
Daniel T. Smith
4582 S. Ulster St. #1400
Denver, Colorado 80237
Telephone: 303 860 8100
Fax: 303 860 8018
danieltsmith@qwestoffice.net

Thomas E. Goodreid
1801 Broadway #1400
Denver, Colorado 80202
Telephone: 303 296 2048
Email: t.goodreid@comcast.net

Attorneys for Tramell Thomas

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 18, 2018 the foregoing **DEFENDANT THOMAS'S UNOPPOSED MOTION REQUESTING PERMISSION TO FILE AN ADDITIONAL UNOPPOSED OBJECTION TO PRESENTENCE REPORT** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all counsel of record.

s/ Daniel T. Smith