IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  TRAMMEL THOMAS

    Defendant

### DEFENDANT THOMAS'S UNOPPOSED SECOND OBJECTION TO PRESENTENCE INVESTIGATION REPORT

Comes now the Defendant Tramell Thomas, by and through his attorneys, Daniel T. Smith and Thomas E. Goodreid, and submits the following objection to a specific recommendation in the Presentence Investigation Report.

1. Pursuant to this Court's Order found at docket #388, the Defendant submits his objection to a specific recommendation found in the Presentence Investigation Report docket #340.

2. At paragraph 90 of the Presentence Investigation report, the Probation Office recommends a 2 point adjustment in the criminal offense level pursuant to USSG 2B1.1(b)(2)(A)(i), a fraud involving more than 10 victims.

3. The Presentence Investigation Report also recommends at paragraphs 92 and 93, that an additional 4 points be added to the criminal offense level because the fraud involved a large number of vulnerable victims. See USSG 3A1.1(b)(1) & (2).

4. The Defendant submits that adding 2 points to the criminal offense level for more than 10 victims of the fraud as well as 2 more points for

a large number of vulnerable victims must be considered as double counting.

5. At the sentencing of the co-defendant Green on April 11, 2018, her counsel argued against the Court assessing 2 points under each guideline as referenced in paragraphs 2 and 3 above. The government represented by Assistant United States Attorney Paluch did not object to that request by Defendant Green.

6. This Court then found that both adjustments should not be assessed and as such did not assess points under USSG 2B1.1(b)(2)(A)(i).

7. It is submitted that as to this issue in sentencing for the Defendant Thomas, the issues the Court faced in the co-defendant Green's sentencing are identical. The Fraud charged is the same as to each Defendant, and the number of victims is the same.

8. The Defendant contends that the Court's ruling on the issue in Green's sentencing establishes the law of the case. See *U.S. v. Gonzales-Sanchez* 329 Fed Appx 802 (10th Cir. 2009).

9. Assistant United States Attorney Paluch has authorized defense counsel to state to this Court, that the government does not object to the Defendant's request in this motion.

Dated this 20th day of April, 2018.

        Daniel T. Smith Attorney at Law

        s/ Daniel T. Smith
        Daniel T. Smith
        4582 S. Ulster St. #1400
        Denver, Colorado 80237
        Telephone: 303 860 8100
        Fax: 303 860 8018
        danieltsmith@qwestoffice.net

        Thomas E. Goddreid
        1801 Broadway #1400
        Denver, Co. 80202

        Telephone: 303 296 2048
        Email: t.goodreid@comcast.net

Attorneys for Tramell Thomas

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 20, 2018 the foregoing **DEFENDANT THOMAS'S UNOPPOSED SECOND OBJECTION TO PRESENTENCE INVESTIGATION REPORT** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all counsel of record.

        s/ Daniel T. Smith