IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM-2

UNITED STATES OF AMERICA,

Plaintiff,

v.

2.   TRAMMEL THOMAS,

   Defendant.

## DEFENDANT'S MOTION FOR BRIEF CONTINUANCE OF TODAY'S INITIAL APPEARANCE ON REVOCATION PROCEEDINGS

Defendant Trammel Thomas, through counsel, respectfully requests a very brief continuance of this morning's 11:00 a.m. hearing before U.S. Magistrate Judge Wang.

This matter is set [#392] for "an Initial Appearance on Revocation Proceedings" at 11:00 a.m. before Judge Wang.   Defendant's attorney Daniel Smith was set to appear for Mr. Thomas at this proceeding.   However, Mr. Smith threw out his back on Friday, April 27th and is unable to walk, thus making it impossible for him to appear before Judge Wang this morning.   Defendant's other attorney, the undersigned Thomas E. Goodreid, has a scheduling conflict this morning, namely a once-already re-scheduled meeting with two sets of clients who are traveling to Denver from out of town for the meeting.

Accordingly, Mr. Thomas requests a re-setting of this matter either to this afternoon or tomorrow or to another time and date convenient on Judge Want's calendar.

In conjunction with this request, the defense, as a matter of candor to the Court, wishes to advise the Court that Mr. Thomas does not appear eligible for a revocation hearing before Magistrate Judge Wang.  Following his arrest in Arizona last month, Mr. Thomas was accorded a full-blown detention hearing before a U.S. Magistrate Judge in Phoenix.  The Magistrate ordered Mr. Thomas detained.

Under 18 U.S.C. § 1345(b), "[i]f a person is ordered detained by a magistrate judge, or by a person other than a judge having original jurisdiction over the offense . . . the person may file, with the court having original jurisdiction over the offense, a motion for revocation or amendment of the order."  To date, Mr. Thomas has not filed such a motion.  However, even if he subsequently does so, it would seem that Mr. Thomas's sole remedy regarding his detention would be an appeal to Judge Martinez of the decision of the Phoenix-based U.S. Magistrate.  See, U.S. v. Cisneros, 328 F.3d 610, 615 (10th Cir. 2003).

However, if Judge Wang nonetheless should determine that an advisement to Mr. Thomas is still required, Mr. Thomas respectfully requests a brief continuance of this morning's presently scheduled appearance.

Dated this 30th day of April, 2018.

                                        Respectfully submitted,

                                        s/Thomas E. Goodreid
                                        Thomas E. Goodreid
                                        Attorney at Law
                                        1801 Broadway, Suite 1400
                                        Denver, CO   80202
                                        (303) 296-2048x.136
                                        t.goodreid@comcast.net
                                        Attorney for Defendant Trammel Thomas

## CERTIFICATE OF SERVICE

      I certify that on this 30th day of April, 2018, I electronically filed the foregoing **DEFENDANT'S MOTION FOR BRIEF CONTINUANCE OF TODAY'S INITIAL APPEARANCE ON REVOCATION PROCEEDINGS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      s/Thomas E. Goodreid
Thomas E. Goodreid
Attorney at Law
1801 Broadway, Suite 1400
Denver, CO   80202
(303) 296-2048x.136
t.goodreid@comcast.net
Attorney for Defendant Trammel Thomas