**U.S. Department of Justice**
United States Marshals Service

## REPORT OF INVESTIGATION
Page 1 of 2

| | | |
|---|---|---|
| 1. FID: 10005619<br>CASE: 1813-0307-0779-B | 2. DATE OF REPORT: 03/22/2018 | 3. REPORTED<br>BY: FARANDA,JOSEPH<br>AT: 008 |

4. SUBJECT NAME: THOMAS,TRAMELL DAWAN

5. MERGED FIDs:

6. TYPE OF REPORT:
[ ] REPORT OF ELECTRONIC INTERCEPTION    [ ] ARREST/CLOSE
[ ] COLLATERAL LEAD    [ ] INTELLIGENCE UPDATE
[ ] WITNESS INTERVIEW    [ ] MEMORANDUM TO FILE
[ ] ADMINISTRATIVE SUBPOENA    [ ] OTHER

7. HOURS WORKED:

Response ID: 197374
Request Sent To: LINDSEY,RONALD
Arrest Made: N
Hours: 20

On March 8th 2018 DUSM Faranda was assigned a routine collateral lead from the District of Colorado for Trammell THOMAS who is wanted for a pre-trial services release violation related to his original charge of fraud.

On March 9th 2018 at approximately 8:00am DUSM Faranda and other members of the Class 1 warrants squad began conducting surveillance at 2040 W Berridge Ln. #31. ███████████████████████████████████████████████████████████████████████. At approximately 10:00am all DUSMs stopped surveillance to assist in another case.

On March 13th 2018 DUSM Faranda spoke with PO Suzanne Torres who attempted to contact THOMAS via phone and set up a home visit. PO Torres stated that she left a message and THOMAS never returned her phone call.

On March 15th 2018 at approximately 10:00am DUSM Faranda began conducting surveillance at 2040 W Berridge #31. DUSM Faranda did not see the target and at 5:00pm DUSM Faranda stopped surveillance.

On March 16th 2018 DUSM Faranda learned that THOMAS had applied to visit his wife who is currently

| 8. SIGNATURE (*Name and Title*) | 9. DATE<br>03/22/2018 5:41 PM EDT | 12. DISTRIBUTION<br>__DISTRICT<br>__HEADQUARTERS<br>__OTHER_____ |
|---|---|---|
| JOSEPH FARANDA<br>Deputy U.S. Marshal | | |
| 10. APPROVED (*Name and Title*) | 11. DATE<br>03/22/2018 6:02 PM EDT | |
| RONALD LINDSEY<br>Supervisory Deputy U.S. Marshal | | |

*UNITED STATES MARSHALS SERVICE*
*THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER*
*IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.*

**U.S. Department of Justice**
United States Marshals Service

## REPORT OF INVESTIGATION
Page 2 of 2

| 1. FID: 10005619<br>CASE: 1813-0307-0779-B | 2. DATE OF REPORT: 03/22/2018 | 3. REPORTED<br>BY: FARANDA,JOSEPH<br>AT: 008 |
|---|---|---|

| 4. SUBJECT NAME: THOMAS,TRAMELL DAWAN | |
|---|---|

5. MERGED FIDs:

serving time in FCI Phoenix. THOMAS provided the Berridge Ln address and also 6818 S. 40th Dr. Phoenix, AZ. THOMAS also provided a phone number of (623) 698-4655, ███████████████████ █████████████ SDUSM Lindsey is currently working with BOP to have THOMAS detained and arrested when, and if, he arrives to visit his wife.

On March 21st 2018 at approximately 1:00pm DUSM Faranda began conducting surveillance at 2040 W Berridge #31. DUSM Faranda did not see the target and at 5:00pm DUSM Faranda stopped surveillance.

During the course of this investigation DUSM Faranda learned that THOMAS has a 2011 BMW 528i registered in his name. The license plate is Arizona Cardinals tag- MSI RX and the expiration is March 15th 2018. ████ ████████████████████████

On March 22nd 2018 at approximately 6:30am DUSM Faranda and other members of the Class 1 warrants squad began conducting surveillance at 2040 W Berridge #31. TFO Hadden was able to contact the building manager who stated that Lola Thomas lives in apartment #31 and has lived there since October 2017. The building manager also stated that Lola is at work and didn't know where she worked but provided deputies with Lola's phone number- (719) 453-6771. █████████████████████r. DUSM Faranda called Lola and spoke with her and she stated that THOMAS was staying with her for a couple day a while ago because he had a falling out with his girlfriend. Lola couldn't remember the girlfriend's name and after several minutes of questioning Lola stated she didn't want to answer DUSM Faranda's questions anymore. The building Manager was willing to conduct a walk-through of apartment #31 and he reported that THOMAS was not inside. DUSM Faranda also learned that the Phoenix Probation officer did not conduct a home visit at this residence when THOMAS was present as indicated in the collateral lead but rather left a card on the door of apartment #31 and THOMAS returned the call the next day.



At approximately 11:11am DUSM Faranda received a copy of THOMAS' absconder sheet and all attempts to locate Multi Source Inc.'s physical location were exhausted with negative results. DUSM Faranda was also unable to locate Shanelle Conrad. Through further research DUSM Faranda was able to identify an associate of THOMAS- Jason Ames. DUSM Faranda was also unable to locate Jason Ames.

DUSM Faranda has no other leads in the Phoenix area ██████████████████████████████ ████████████████████████ DUSM Faranda will leave this collateral lead open pending the outcome at FCI Phoenix ████████████████████████████████

*UNITED STATES MARSHALS SERVICE*
*THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER*
*IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.*

**U.S. Department of Justice**
United States Marshals Service

## REPORT OF INVESTIGATION

Page 3 of 2

| | | |
|---|---|---|
| 1. FID: 10005619<br>CASE: 1813-0307-0779-B | 2. DATE OF REPORT: 03/22/2018 | 3. REPORTED<br>BY: FARANDA,JOSEPH<br>AT: 008 |
| 4. SUBJECT NAME: THOMAS,TRAMELL DAWAN | | |
| 5. MERGED FIDs: | | |

Investigation Continues.

*UNITED STATES MARSHALS SERVICE*
*THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER*
*IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.*

**U.S. Department of Justice**
United States Marshals Service

| REPORT OF INVESTIGATION | | Page 1 of 2 |
|---|---|---|
| 1. FID: 10005619<br>CASE: 1813-0307-0779-B | 2. DATE OF REPORT: 04/02/2018 | 3. REPORTED<br>BY: FARANDA,JOSEPH<br>AT: 008 |

4. SUBJECT NAME: THOMAS,TRAMELL DAWAN

5. MERGED FIDs:

6. TYPE OF REPORT:
[ ] REPORT OF ELECTRONIC INTERCEPTION    [ ] ARREST/CLOSE
[ ] COLLATERAL LEAD    [ ] INTELLIGENCE UPDATE
[ ] WITNESS INTERVIEW    [ ] MEMORANDUM TO FILE
[ ] ADMINISTRATIVE SUBPOENA    [ ] OTHER

7. HOURS WORKED:

Response ID: 197774
Request Sent To: LINDSEY,RONALD
Arrest Made: Y
Hours: 9

On March 8th 2018 DUSM Faranda was assigned a routine collateral lead from the District of Colorado for Trammell THOMAS who is wanted for a pre-trial services release violation related to his original charge of fraud.

On March 22nd DUSM Faranda was informed the warden at FCI Phoenix was going to deny THOMAS' meeting with his wife and did not want the arrest to occur on the prison grounds.

On March 30th 2018 DUSM Faranda received information that THOMAS was residing at 6039 W Hughes Dr. Phoenix, Arizona. At approximately 3:00pm DUSM Tillman began conducting surveillance at the target address and observed THOMAS' black BMW parked in the driveway. On the street in front of the residence was a silver Nissan with Washington tag# BAY3806. DUSM Tillman ran the tag and it came back as a rental car with Hertz. DUSM Tillman contacted Hertz and learned that the vehicle was rented by THOMAS at the Denver Intl. Airport on February 28th 2018.

███████  .

| 8. SIGNATURE (*Name and Title*) | 9. DATE<br>04/02/2018 2:01 PM EDT | 12. DISTRIBUTION<br>__DISTRICT<br>__HEADQUARTERS<br>__OTHER_____ |
|---|---|---|
| JOSEPH FARANDA<br>Deputy U.S. Marshal | | |
| 10. APPROVED (*Name and Title*) | 11. DATE<br>04/02/2018 3:00 PM EDT | |
| RONALD LINDSEY<br>Supervisory Deputy U.S. Marshal | | |

***UNITED STATES MARSHALS SERVICE***
*THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER*
*IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.*

**U.S. Department of Justice**
United States Marshals Service

## REPORT OF INVESTIGATION

| 1. FID: 10005619 CASE: 1813-0307-0779-B | 2. DATE OF REPORT: 04/02/2018 | 3. REPORTED BY: FARANDA,JOSEPH AT: 008 |
|---|---|---|
| 4. SUBJECT NAME: THOMAS,TRAMELL DAWAN | | |
| 5. MERGED FIDs: | | |

At approximately 4:00pm DUSM Strand, who was watching the rear of the residence in a neighbor's yard to the south, made contact with a female in the target residence's back yard. The female, who was later identified as Shanelle CONRAD, was told by DUSM Strand to open the front door for the police. She responded that she would call the police, ran inside the residence, and closed the door. At that time DUSM Faranda, DUSM Grayman, DUSM Ray, DUSM Tillman, and TFO Hadden surrounded the residence. DUSM Faranda began to knock on the front door, announce police, and commanded all occupants to open the front door and to come out with their hands up. DUSM Tillman contacted Phoenix Police who stated that they had not received any phone calls from 6309 W Hughes Dr. DUSM Tillman began to show neighbors a photo of THOMAS and neighbors stated that THOMAS lives in 6309 W Hughes and drove the black BMW and the silver Nissan. DUSM Faranda then began to write a search/body warrant because he planned on requesting assistance from SWAT due to THOMAS' criminal history.

At approximately 4:30pm DUSM Tillman requested assistance from Phoenix PD with establishing a perimeter. DUSM Tillman also requested support from the AZ WANTED VOTF West Valley Component. For the next several hours commands were repeatedly given with PA systems for the occupants to exit the residence however nobody came out. Occasionally CONRAD would say she was going to come out but she didn't. CONRAD also said that she was on the phone with her attorney who is advising her not to come out. Members of the AZ WANTED VOTF then began to use less-than-lethal bean bag rounds to port the sliding glass door windows in the rear of the residence. Task force officers then began to shoot less than lethal pepper gas rounds into the residence but still nobody exited the residence. DUSM Cavalari then ported the front window of the residence and when he did CONRAD was inside saying Ok, I'll come out. At approximately 6:00pm CONRAD exited the residence and was detained by Phoenix PD. CONRAD said that she didn't know if THOMAS was inside or not.

At approximately 6:15pm the Maricopa County Superior Court IA Commissioner called DUSM Faranda, swore him in, and approved the body warrant. The warrant number is SW2018-003406.
DUSM Faranda then requested assistance from Glendale SWAT.

At approximately 7:00pm all Deputies and Phoenix police were relieved by Glendale SWAT and at approximately 8:15pm Glendale SWAT contacted and arrested THOMAS who was hiding in a bedroom on the west side of the residence. THOMAS was turned over to DUSM Faranda who transported and booked him into MCSO 4th Ave Jail with assistance from TFO Hadden. Pictures were taken of the damage to the residence and CONRAD was released and the residence was turned over to her.

Case Closed.

*UNITED STATES MARSHALS SERVICE*
*THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER*
*IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.*