# SEARCH WARRANT

No. SW 2018-003406

To:  Any Peace Officer in the State of Arizona.

Proof by Affidavit having been made this day before me by Deputy United States Marshal Joseph J. Faranda #4113, of the United States Marshals Service, that there is probable cause to believe that the hereinafter described person, presently located within the hereinafter described location, is the subject of an investigation by the U.S. Marshals Service and Phoenix Police Department who have developed Probable Cause to arrest.

That said person:

[ ] was stolen or embezzled,

[ ] was used as a means of committing a public offense,

[ ] is possessed with the intention to use it in the commission of a public offense,

[x] is the subject of an investigation where probable cause exists to arrest for custodial interference, in a manner more fully described in the affidavit, a copy of which is attached hereto and incorporated herein;

You are therefore commanded in the [x] daytime, [ ] or in the night according to A.R.S. 13-3917, to make a search of:

## LOCATION:

6309 W  Hughes Drive Phoenix, AZ 85043 is a detached one-story dwelling on the south side of Hughes Drive. The dwelling itself is beige in color, with off white in color trim with a brown in color tile roof. The front of the residence faces north and the front door is brown in color. The numerical identifies above the garage in front of the house read 6309.

## FOR THE FOLLOWING PERSON(S), PROPERTY, OR THING(S), TO WIT:

1.) The person, Trammell THOMAS date of birth 02/13/1979, a black male, approximately 6'00 in height, weighing approximately 200 lbs., having brown eyes and bald head.

And if you find such or any part thereof, seize it, leaving a copy of this warrant and a receipt for the persons or property taken, and prepare a written inventory of the persons or property seized and promptly return this warrant and a list of the persons or property seized, to the Maricopa County Superior Court, and retain the seized items as required by law according to A.R.S. 13-3920.

HEREIN FAIL NOT, but of this writ make due return within three (3) days of the date thereof, as the law directs.

GIVEN under my hand this 29th day of March 2018

Judge/Magistrate

HONORABLE MARY CRONIN
MARICOPA COUNTY SUPERIOR COURT

# IN THE SUPERIOR COURT
# COUNTY OF MARICOPA, STATE OF ARIZONA

## AFFIDAVIT FOR SEARCH WARRANT

STATE OF ARIZONA      }
                      }
COUNTY OF MARICOPA    }                    No. $SW2018$-003406

Your Affiant, **Deputy United States Marshal (DUSM) Joseph J. Faranda, #4113,** United States Marshals Service, being first duly sworn upon oath, deposes and says:

I

That the following facts establish probable cause for the issuance of a search warrant for the search of the person(s), premises and building(s), and vehicle(s) as described in the attached search warrant and in Section IV of this affidavit. The statements contained in this affidavit do not comprise the entirety of the information surrounding this investigation, but merely that sufficient to support the issuance of the requested Search Warrant. I am familiar with the events described herein, be it through personal experience or through information relayed to me by other law enforcement officers.

II

**YOUR AFFIANT**

I, Joseph J. Faranda, affiant, am a Deputy United States Marshal, employed by the United States Marshals Service, having been so since September 2007. As part of my regular assigned duties, I conduct investigations into the whereabouts of federal and state fugitives. I have received training at the Federal Law Enforcement Training Center in Glynco, Georgia, in topics such as criminal and constitutional law, search warrant service, surveillance, and evidence collection. I am currently assigned to the United States Marshals Service Violent Offender Task Force in Phoenix, Arizona.

III

**INVESTIGATION**

Trammell THOMAS is wanted by the United States Marshals Service for a probation violation warrant related to his original charge of fraud in case CR16-00054-WJM-2. The warrant was issued on 03/05/2018. MCKEE is also wanted in the State of Arizona as Fugitive of Justice in accordance with A.R.S. 13-3842. THOMAS has a significant criminal history which includes firearms and weapons charges.

On March 29th at approximately 4 p.m. deputies with the United States Marshal Service began conducting surveillance at 6309 West Hughes Drive in Phoenix Arizona. Deputy Faranda was able to observe a black BMW with the Arizona license plate MSI RX in the driveway. This vehicle is registered to Trammell Thomas. On the street in front of the house is another vehicle with Washington license plate BAY3806. This is a rental vehicle. Deputy Tillman contacted Hertz Rental Company and Hertz was able to confirm that Trammell Thomas is the person who rented this vehicle. Deputy strand was covering the rear of the house and saw a female outside. Deputy strand identify himself as a police officer and ask her to come to the front door and open the door for the police. She ran inside yelling that she was going to contact the police and shut the rear door. The Phoenix police did not receive a call from 6309 West Hughes. Deputy Tillman showed pictures of Trammell Thomas to neighbors and several of the neighbors have seen Jamel Thomas coming and going from this address and stated he lived there. Deputies have the house surrounded and are knocking in announcing police and commanding occupants to come to the door however no one is responding. Deputy Faranda was at the front and was able to hear knocking noise coming from the top of the house which is consistent with someone going into the Attic. Deputy Faranda is tall enough to look into the top garage door windows and can see the attic access with no hatch covering it. Deputy Kruse also reported hearing banging in the attic at the rear of the house indicating someone is in the attic.

V

## CONCLUSION:

Your Affiant requests that this affidavit be sealed for not less than 90 days from the date of issuance. Allowing the sensitive information contained in this affidavit to become public record could seriously hinder or create the irreparable damage to law enforcement's efforts of locating SUBJECT.

WHEREFORE your Affiant prays that a search warrant be issued commanding that a search be made of:

## LOCATION:

**6309 W Hughes Drive Phoenix, AZ 85043 is a detached one-story dwelling on the south side of Hughes Drive. The dwelling itself is beige in color, with off white in color trim with a brown in color tile roof. The front of the residence faces north and the front door is brown in color. The numerical identifies above the garage in front of the house read 6309**

## FOR THE FOLLOWING PERSON(S), PROPERTY, OR THING(S), TO WIT:

**The person, Trammell THOMAS date of birth 02/13/1979, a black male, approximately
6'00 in height, weighing approximately 200 lbs., having brown eyes and bald head.**

And if you find such or any part thereof, seize it, leaving a copy of this warrant and a receipt for
the property taken, and prepare a written inventory of the property seized and promptly return
this warrant and a list of the property seized, to the Maricopa County Superior Court and retain
the seized items as required by law according to A.R.S. 13-3920.

And that the same be brought before a magistrate and disposed of according to law.

Signature of Affiant

Joseph J. Faranda

**UNITED STATES MARSHALS SERVICE**
LAW ENFORCEMENT AGENCY

SUBSCRIBED AND SWORN to before me this 29 day of March, 2018.

JUDGE, JUSTICE OF THE PEACE, MAGISTRATE

of the MARICOPA COUNTY SUPERIOR COURT.

**HONORABLE MARY CRONIN
MARICOPA COUNTY SUPERIOR COURT**