IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM-2

UNITED STATES OF AMERICA,

Plaintiff,

v.

2.   TRAMELL THOMAS,

   Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION
TO CHANGE TIME OF THE REVOCATION HEARING**

---

Defendant Tramell Thomas, through counsel, respectfully requests that the time of the revocation hearing in this matter be re-set.   The hearing currently is scheduled before U.S. Magistrate Judge Wang on 30 May 2018 at 10:30 a.m.   However, Mr. Thomas's lead counsel, Daniel T. Smith, will be receiving treatments on his ailing back during each morning the week of May 29th-June 1st.   The defense would like Mr. Smith to handle the revocation hearing.

Therefore, Mr. Thomas respectfully requests that the hearing be re-set on Judge Wang's calendar to a time during the afternoon of the 30th or during another afternoon that week.   Mr. Thomas's undersigned counsel has discussed the relief requested by this Motion with Assistant United States Attorney Bryan Fields who advised that the Government does not oppose re-setting the hearing.   However, AUSA Fields further stated that the Government would like to have the hearing specifically set on the afternoon of May 31st because that is when both of the Government witnesses will be available and when the assigned Probation Officer from this District also will be

available.[1]   This proposal is fine with the defense, if it works on the Court's calendar.

WHEREFORE, Mr. Thomas respectfully requests that this Motion be granted.

Dated this 21st day of May, 2018.

Respectfully submitted,

s/Thomas E. Goodreid
Thomas E. Goodreid
Attorney at Law
1801 Broadway, Suite 1400
Denver, CO   80202
(303) 296-2048x.136
*t.goodreid@comcast.net*
Attorney for Defendant Tramell Thomas

## CERTIFICATE OF SERVICE

I certify that on this 21st day of May, 2018, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION TO CHANGE TIME OF THE REVOCATION HEARING** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/Thomas E. Goodreid
Thomas E. Goodreid
Attorney at Law
1801 Broadway, Suite 1400
Denver, CO   80202
(303) 296-2048x.136
*t.goodreid@comcast.net*
Attorney for Defendant Tramell Thomas

---

[1] The Government witnesses also are available on the afternoon of the 30th but the currently assigned U.S. Probation officer from this District is not.

2