IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM-2

UNITED STATES OF AMERICA,

Plaintiff,

v.

2.   TRAMMEL THOMAS,

Defendant.

## MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL

Defendant's undersigned attorneys, Daniel T. Smith and Thomas E. Goodreid, move this Court for an order permitting their withdrawal as Defendant Thomas's counsel.

In conformity with D.C.COLO.LAttyR 5(b) the basis for this request is set forth as follows.   Mr. Thomas has asked both of the undersigned to file this motion. Undersigned counsel believe that Mr. Thomas has made this request because he believes that irreconcilable differences exist between Mr. Thomas and his lawyers.

With exceptions not relevant here, D.C.COLO.LAttyR 2 applies the Colorado Rules of Professional Conduct as the standards of professional responsibility for attorneys appearing before this Court.   Colorado Rule of Professional Conduct 1.16(a)(3) states, in relevant part, that "a lawyer shall not represent a client, or, where representation has commenced, shall withdraw from the representation of a client if . . . the lawyer is discharged."   Since the undersigned were both appointed by the Court under the Criminal Justice Act to represent Mr. Thomas, he cannot discharge his

attorneys without Court approval, but he seeks that approval here.

---

### NOTICE TO MR. THOMAS UNDER D.C.COLO.LAttyR 5(b)

1. The undersigned are seeking the Court's permission to withdraw as your counsel of record.

2. If the Court grants this request, until and unless other counsel is appointed to represent you, you personally will be responsible for complying will all Court orders and time limitations established by any applicable rules.

---

Dated this 22nd day of May, 2018.

Respectfully submitted,

s/Thomas E. Goodreid
Thomas Edward Goodreid
1801 Broadway #1400
Denver, Co. 80202
303 296 2048
303 292 0522
Email: t.goodreid@comcast.net

s/Daniel T. Smith
Daniel T. Smith
1900 Grant St. #580
Denver, Colorado 80203
Telephone: 303 860 8100
Fax: 303 860 8018
danieltsmith@qwestoffice.net
Attorneys for Tramell Thomas

2

## CERTIFICATES OF SERVICE

I certify that on this 22nd day of May, 2018, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

> s/Thomas E. Goodreid
> Thomas E. Goodreid
> Attorney at Law
> 1801 Broadway, Suite 1400
> Denver, CO   80202
> (303) 296-2048x.136
> *t.goodreid@comcast.net*
> Attorney for Defendant Tramell Thomas

I further certify that on this 22nd day of May, 2018, I mailed, via the United States Postal system, first class, postage prepaid, a true and correct copy of the foregoing MOTION TO WITHDRAW to:

Mr. Tramell Thomas
FCI Englewood
9595 West Quincy Avenue
Littleton, CO   80123

> s/Thomas E. Goodreid
> Thomas E. Goodreid
> Attorney at Law
> 1801 Broadway, Suite 1400
> Denver, CO   80202
> (303) 296-2048x.136
> *t.goodreid@comcast.net*
> Attorney for Defendant Tramell Thomas