# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No: 16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    TRAMMEL THOMAS,

    Defendant.

_____

## MINUTE ORDER
_____

Entered by Magistrate Judge Nina Y. Wang

    This matter comes before the court on Motion to Withdraw as Defendant's Counsel ("Motion to Withdraw") [#412, filed May 22, 2018], that was referred to this Magistrate Judge pursuant to 28 U.S.C. § 636(b), D.C.COLO.LCrR 57.1, and the memoranda dated May 21, 2018 [#408] and May 22, 2018 [#414]. A Revocation Hearing for Defendant Trammel Thomas is currently scheduled for May 30, 2018 at 10:30 a.m., and is subject to a pending Unopposed Motion to Continue Time of Revocation Hearing that may be affected by the outcome of the pending Motion to Withdraw. [#409].

    Accordingly, **IT IS ORDERED** that:

(1)    A hearing on the Motion to Withdraw is **SET** for May 25, 2018 at 1:30 p.m.; and

(2)    The United States Marshal is **DIRECTED to TRANSPORT** Defendant Thomas to court for the purposes of the hearing.

DATED: May 23, 2018        BY THE COURT:

                                            Nina Y. Wang
                                            United States Magistrate Judge