## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**2. TRAMMEL THOMAS**

       Defendant

## MOTION FOR EXTENSION OF TIME

Comes now the Defendant, Trammel Thomas, by and through his attorneys, Daniel T. Smith and Thomas E. Goodreid, and request the Court extend the time for the Defendant to file his Response to the Government's Supplemental Sentencing Statement. As grounds therefore, the Defendant states as follows:

1. Counsel for the Defendant first saw the Government's Supplemental Sentencing Statement, docket #435 on the morning of July 25, 2018.
2. Later in the day counsel reviewed the Court's Order, docket #436, requiring the Defendant to file his response on or before August 1, 2018.
3. Both counsel for the Defendant advise this Court that they each are scheduled for a family vacation the week of July 29, 2018. These vacations have been scheduled for an extended period of time, involve prepaid and nonrefundable travel and lodging expenses.
4. Counsels schedule between now and the 29th of July do not allow for sufficient time to adequately research and consider the new sentencing arguments raised by the government. Adequate preparation also requires certain factual investigation involving a conference with the Defendant.

5. Counsel also notes that on the afternoon of August 25, 2018, the Probation Department filed its 3rd Addendum to the Presentence Report which also must be reviewed as it appears to reference a potential offense adjustment pursuant to USSG 3C1.2. This adjustment has not been referenced in prior reports.

6. Counsel state to this Court they cannot competently respond to the Government's latest request without being given additional time.

7. Counsel requests that they be allowed until August 7, 2018 to file the response to the Government's Supplemental Sentencing Statement.

Respectfully submitted this 25th day of July, 2018.

Daniel T. Smith Attorney at Law

s/ Daniel T. Smith
Daniel T. Smith
4582 S. Ulster #1400
Denver, Colorado 80237
Telephone: 303 860 8100
Fax: 303 860 8018
danieltsmith@qwestoffice.net

Thomas E. Goodreid Attorney at Law

s/ Thomas E. Goodreid
Thomas E. Goodreid
1801 Broadway #1400
Denver, Co. 80202
Telephone: 303 296 2048
Fax: 303 292 0522
t.goodreid@comcast.net

Attorneys for Trammel Thomas

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on July 25, 2018 the foregoing **MOTION FOR EXTENSION OF TIME** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all counsel of record.

                 s/ Daniel T. Smith