**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.  16-cr-00054-WJM-02

UNITED STATES OF AMERICA,

 Plaintiff,

v.

2. TRAMMEL THOMAS,

 Defendant.

_____

**GOVERNMENT'S SENTENCING EXHIBIT LIST**
_____

  The United States of America, by and through United States Attorney Robert C.

Troyer and Assistant United States Attorneys Martha A. Paluch and Bryan D. Fields,

submits the attached Exhibit List in anticipation of the sentencing hearing in this matter,

scheduled for August 8, 2018.

  As the court is aware, defense counsel is away on a pre-planned trip.  As a

result, the government has been unable to meet and confer with defense counsel as to

whether there will be any objections to the admissibility of the listed exhibits.  However,

because this a sentencing hearing, the rules of evidence do not apply and the Court

may admit any non-privileged exhibits it finds helpful in making its sentencing decision.

18 U.S.C. § 3661 (codifying rule that no limitation can be placed on information court

may consider for purposes of sentencing); Fed. R. Evid. 1101(d)(3) (stating that rules of

evidence do not apply at sentencing).

DATED this 1st day of August, 2018.

Respectfully submitted,

ROBERT C. TROYER
United States Attorney

By:     s/ *Bryan David Fields*
BRYAN DAVID FIELDS
MARTHA A. PALUCH
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov
bryan.fields3@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 1st day of August, 2018, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system that will send notification of such

filing to all counsel of record in this case.

s/ *Bryan David Fields*
BRYAN DAVID FIELDS
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
bryan.fields3@usdoj.gov