## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00054-WJM-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.     TRAMMEL THOMAS,

      Defendant.

_____

### GOVERNMENT'S SENTENCING WITNESS LIST
_____

The United States of America, by and through United States Attorney Robert C. Troyer and Assistant United States Attorneys Martha A. Paluch and Bryan D. Fields, submits the attached Witness List in anticipation of the sentencing hearing in this matter, scheduled for August 8, 2018.

As the court is aware, defense counsel is away on a pre-planned trip.  As a result, the government has been unable to meet and confer with defense counsel to

determine the estimated amount of time for cross-examination.  Defense Counsel has

not previously notified the government of any anticipated defense witnesses.

DATED this 1st day of August, 2018.

Respectfully submitted,

ROBERT C. TROYER
United States Attorney

By:     s/ *Bryan David Fields*
BRYAN DAVID FIELDS
MARTHA A. PALUCH
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov
bryan.fields3@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 1st day of August, 2018, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system that will send notification of such

filing to all counsel of record in this case.

s/ *Bryan David Fields*
BRYAN DAVID FIELDS
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
bryan.fields3@usdoj.gov