**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Case No.  16-cr-00054-WJM                   Date   August 8, 2018

Case Title    United States v. Trammel Thomas

                                            Plaintiff          SENTENCING WITNESS LIST
                                        (Plaintiff / Defendant)

| WITNESS | PROPOSED LENGTH OF TESTIMONY | | | | | |
|---|---|---|---|---|---|---|
| Sandra Ennis | Direct: | 60 minutes | Cross: | Unknown | Total: | Unknown |
| James Lamberth | Direct: | 45 minutes | Cross: | Unknown | Total: | Unknown |
| Joseph Faranda | Direct: | 30 minutes | Cross: | Unknown | Total: | Unknown |

**Total Direct:   135 minutes ( 2 ¼ hours)     Total Cross:  Unknown**