**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 16-cr-00054-WJM-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    TRAMMEL THOMAS,

    Defendant.

_____

**GOVERNMENT'S AMENDED SENTENCING EXHIBIT LIST**
_____

    The United States of America, by and through United States Attorney Robert C. Troyer and Assistant United States Attorneys Martha A. Paluch and Bryan D. Fields, submits the attached Amended Exhibit List in anticipation of the sentencing hearing in this matter, scheduled for August 8, 2018.

    The Amended Exhibit List adds two exhibits: photographs of the broken cell phone found in the center console of the defendant's vehicle when he was pulled over

1

after leaving the scene of a prostitution sting.  These photographs were obtained by the government today and immediately provided to defense counsel.

DATED this 3rd day of August, 2018.

Respectfully submitted,

ROBERT C. TROYER
United States Attorney

By:     s/ *Bryan David Fields*
BRYAN DAVID FIELDS
MARTHA A. PALUCH
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov
bryan.fields3@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of August, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record in this case.

s/ *Bryan David Fields*
BRYAN DAVID FIELDS
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
bryan.fields3@usdoj.gov
