

Legal Mail