IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:  August 8, 2018
Court Reporter:      Mary George                   Probation: Laura Ansart
                                                                    Time: 37 minutes

_____

Criminal Action No.   16-cr-00054-WJM          <u>Counsel:</u>

UNITED STATES OF AMERICA,                           Martha A. Paluch
                                                                         Bryand D. Fields
           Plaintiff,

v.

2. TRAMMEL THOMAS,                                     Daniel T. Smith
                                                                         Thomas E. Goodreid
           Defendant.

_____

**COURTROOM MINUTES**
_____

SENTENCING HEARING

09:14 a.m.     Court in Session

Appearances of counsel.

Defendant present and in custody.   Oath administered to the defendant.

On November 30, 2017, a jury convicted the defendant on each of the seven counts of the Superseding Indictment.

This matter is before the Court for an Evidentiary Sentencing Hearing.

The defendant would like to speak to the court *ex parte*.

09:15  Government counsel and case agent leave the courtroom.

Defendant's comments

1

The defendant requests the Court appoint new counsel, or if that option isn't available, allow him to proceed *pro se.*

Colloquy between the Court and the defendant

Statement by Mr. Smith

**ORDERED:  The defendant's oral request for the Court to appoint new counsel is DENIED**.

**ORDERED:  The defendant's oral request to appear *pro se* is GRANTED.**

09:38 Court in Recess
09:43 Court in Session

The Court gives *Faretta* warnings and engages in colloquy with the defendant.

The defendant confirms that he still wants to represent himself and give up his right to be represented by counsel at his sentencing hearing, and his decision is entirely voluntary.

The Court finds that the defendant has knowingly and voluntarily waived his right to counsel; and he will be permitted proceed *pro se.*

**ORDERED:  Leave for defense counsel to withdraw from this case is GRANTED.**

09:51 Government counsel are present.

Government's counsel are informed that the Court has engaged in colloquy with the defendant after the defendant made a request for new counsel. After the *Faretta* warnings colloquy, the Court found that the defendant has decided, voluntarily and freely, to represent himself.

**ORDERED:  The defendant's oral request for a continuance of the sentencing hearing is GRANTED IN PART.**

**ORDERED:  This sentencing hearing is continued to Monday, October 22, 2018 at 10:00 a.m.**

**ORDERED:  No further briefing will be accepted.**

**ORDERED:  Defendant is REMANDED to the custody of the U.S. Marshal.**

09:56 a.m.     Court in Recess
               Hearing continued

09:56 a.m.     Court in Recess
               Hearing continued