1.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 06 2018
JEFFREY P. COLWELL
CLERK

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 06 2018
JEFFREY P. COLWELL
CLERK

Greetings Honorable Judge Martinez,

I pray that this letter reaches you in good spirits and the absolute best of health.

For so long I thought about and imagined what I would say if/when I finally had the opportunity to speak to you but it's as if I have been plagued with a case of writer's block. So after praying on what to say or how should I say this or that I decided that it would be best if I just wrote exactly what comes from my soul. No script or rehearsal. I did not go over this with my attorney nor did I have or going to have anyone proof read this letter before sending it out. I thought that by writing this letter in that manner it would provide somewhat of an intimate setting as if we were just two men conversating over a cup of coffee.

Your Honor, thank you in advance for allowing me the time to express who I am and I believe in as a man in my own words.

After the jury convicted me last November and you granted my request to remain free on pretrial services, I went back to the hotel and prayed knowing that everything happens for a reason. Then I got on my laptop and searched your name. Please, do not be alarmed sir. I just wanted to know more about the first judge that has ever defended me or even acknowledged that I wasn't just some knucklehead thug that only deserves to be in prison. That gesture actually gave me a sense of

2.

pride that I still carry with me to this day.

During my search I learned that you were appointed by President Barack Obama and that you have roots from Chicago. My family also has roots stemming from Chicago. I don't mean to imply, but that discovery made me understand how/why you could see me as an individual rather than just a case number.

With that being said, I'm originally from Fort Wayne IN. I was raised by my mother who was a single parent of three. I'm the oldest with two younger sisters. Growing up we weren't poor but we struggled a great deal. Neither of our fathers were around so I grew up as the "man of the house" at a very young age. I do not have a lot of pleasant memories growing up. I just remember being so angry. Not until much later did I know where that anger derived from. As I got older I began to grow physically and I had the false pretense that that somehow made me a grown man so that obviously created conflict between my mother and I. My mother did the best she could but it's difficult for a woman to try to raise a man. She's only equipped to teach the boy what she feels a man should be. I did have a step dad for awhile and we all moved to Chicago. Things were good for awhile until they separated. Looking back I can see how that caused me to resent my mother even more than I had before. My step father was an alcoholic so I understood why she left him but I could not understand why no man wanted to attach his self to us. I felt that it was her fault that we

3.

weren't good enough. I would see my father every couple of years but no encounter that I could actually remember being significant. He and I did not reconnect until I became an adult but our relationship did not bloom until after my state prison stay. I was finally able to get alot of things off of my chest that had built up for practically my entire life. Again, looking back that anger had resided in me that whole time. It was anger that I did not know even existed. It blocked me from learning who I was as an individual, what I wasn't, and what I could be.

I understand that I made my own decisions in life but it wasn't until my thirties was I able to identify why my decisions were based on the wrong way of thinking and why that needed to change. I tell the kids at the Boys & Girls club that is called "stinking thinking."

In 2014 I decided to get saved and allow Jesus Christ into my life. That is when my anger really began to completely subside and my capacity to love began to expand. I declared that I would be a giver and not a taker!! My father and I patched everything up and we became the best of friends. He has been diagnosed with stage 4 liver disease. We're praying and we're hopeful. He's a strong man. My mother suffered a massive in 2009. She survived but she's unble to function on her own. It's been rough to say the least. My brother was killed in a house fire this past January.

4.

Your Honor, the government is out to make me the most evil man on planet earth. I can proudly say that that is the furthest thing from the truth. I enjoy being a good guy, a man of Christ, a loving father. I volunteer regularly at the Boys & Girls Club. In 2014 I helped launch a breast cancer awareness campaign with ABOYS and Susan G. Koman Foundation. I mentor at risk youths in the community. I created a Anti Drug program with a compounding Pharmacy in Phoenix which allows patients access to a healthy alternative to traditional pain medication so that it can be used externally vs. orally. I did that to help counteract the opioid epidemic in Arizona with hopes of creating the same program here in Colorado. Over 1,700 people have lost their lives in Arizona due to overdose since June 2017! We ran these ~~companies~~ campaigns thru a company that I helped create called Multi Source Inc. I actually sit on the board of directors.

I've channelled my energy to not only changing lives but also saving lives. This transformation took place before the indictment. After I gave my life to the Lord I started walking down a new path. In doing so, I discovered what I was good at, and that is marketing. Knowing that every company needs a marketing arm in order to thrive and grow. I created a niche for myself in that arena. In the last four years we've marketed for companies such as

5.

National Energy, Solar Bear, Go Solar, Carefree Compounding, Westgate Compounding, just to name a few. I enjoy marketing products for clients that actually helps customers as well as the enviornment. I am very active in my kids lives and I have every intent on raising my son and teaching him how to be a man at an early age. Giving him the much needed love and attention that kids crave breaking the cycle of absent father that my father endured and the same cycle that I endured from my father.

Your Honor, I admire you. You climbed your way up to where you wanted to be in life. I see other men that are well into their careers and I'm the same age as they are but the difference is I did not find what I was good at until after the age of 35. Now I'm close to 40 facing a prison sentence. Where do I go from there is what I ask myself. The thought of that reality ~~weights~~ weighs very heavy on me. I've prayed about this numerous times in hopes of possibly finding some positivity from this ordeal.

Your Honor prison is not my life anymore. I have a purpose for life now. I understand that we're at the sentencing phase of this and I ask that you sentence me within the other defendant's sentences. I did not agree with my attorneys on the 84 month variance. I'm extending my hand to you in the form of a handshake. I vow to make something good come from this. I'm asking you to join me sir. Allow me to continue to be a vessel for change in our communities

6.

I would absolutely cherish all feedback from a man such as your stature on what programs should be implemented in the community as well as how they should be structured. After my arrest in March I feel that it is imperative that I set up a program that teaches youths on how to be properly arrested. The fear of being shot as you surrender is a real fear in the community. At the time of my arrest Phoenix news repeatedly showed a man being shot in the head as he surrendered in a motel on Jan 16 2018. These are just some of the ways I would like to give back to the communities.

Your Honor, I did not want to make this letter about innocence or guilt, for I have been found guilty by jury trial.

I wanted to express who I am and I thank you for allowing me to do so.

Best Regards,





Tramell D. Thomas #57094408
Federal Detention Center
9595 W. Quincy Ave.
Littleton, Colorado
80123

Legal Mail:
Judge Martinez
Alfred A. Arraj United States Courthouse
901 19th Street, 2nd Floor
Denver, CO 80294

Legal Mail

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

DATE/INITIALS 08.02.2018

CORRECTIONAL SYSTEMS MANAGEMENT
FEDERAL CORRECTIONAL INSTITUTION
9595 WEST QUINCY AVE., LITTLETON, CO. 80123

Legal Mail