IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Socorro West           Date:  October 22, 2018
Court Reporter:    Mary George            Probation: Laura Ansart
                                          Time: 50 minutes

_____

Criminal Action No.   16-cr-00054-WJM     <u>Counsel:</u>

UNITED STATES OF AMERICA,                 Martha A. Paluch
                                          Bryan Fields
       Plaintiff,

v.

2. TRAMMEL THOMAS,                        *Pro Se*

       Defendant.
_____

## COURTROOM MINUTES
_____

SENTENCING HEARING

09:33 a.m.    Court in Session.

Appearances of counsel

Also present:   Sandra Ennis, Special Agent.

Defendant present and in custody.

On November 30, 2017, a jury convicted the defendant on each of the seven counts of the Superseding Indictment.

Discussion regarding evidence pursuant to Rule 3553(a).

10:00 a.m.    Court in recess.
10:10 a.m.    Court in session.

1

Continued discussion regarding evidence pursuant to Rule 3553(a).

Defendant requests the sentencing hearing be continued.

Government counsel requests witness Joseph Faranda be allowed to testify.

**ORDERED:** **The Government's request to consider evidence related to dismissed state court charges pursuant to Section 3553(a) is DENIED.**

**ORDERED:** **The probation department is to file within a reasonable period of time an addendum to the presentence report which addresses the Government's motion for a final order of forfeiture.**

**ORDERED:** **The defendant's oral request for a continuance of the sentencing hearing on the basis of purportedly being ill is reluctantly GRANTED.**

**ORDERED:** **Absent a true medical emergency, this sentencing hearing is continued for a final time to Monday, January 14, 2019 at 9:30 a.m.**

**ORDERED:** **Defendant is REMANDED to the custody of the U.S. Marshal.**

10:36 a.m.   Court in Recess
             Hearing continued