IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00054-WJM-02

UNITED STATES OF AMERICA,

    Plaintiff,

V.

2.    TRAMMEL THOMAS,

    Defendant.
_____

**NOTICE OF CORRECTION TO UNITED STATES' RESPONSE TO DEFENDANT TRAMELL THOMAS'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT, ECF 357**
_____

The United States of America, through undersigned counsel, hereby files this Notice of Correction to its Response to Defendant Tramell Thomas's Objections to the Presentence Investigation Report, which Response was filed on April 3, 2018, ECF 357.

On Page 4, the United States states that a conversation between the defendant and I.O. about committing student aid fraud occurred in October of 2010.  During a second interview with I.O. in November of 2017, he corrected that date and stated his conversation with the defendant occurred between March 25, 2010, and June 30, 2010.  I.O. was certain about this period because he was not in custody at that time.

The Memorandum of Interview reflecting this information was provided to defense counsel in November of 2017.

1

2

DATED this 9th day of January, 2019.

    Respectfully submitted,

    JASON R. DUNN
    United States Attorney

    By:    s/ *Martha A. Paluch*
    MARTHA A. PALUCH
    Assistant United States Attorney
    1801 California Street, Suite 1600
    Denver, CO 80202
    Telephone 303-454-0100
    Facsimile 303-454-0402
    martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 9th day of January, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent via United States mail a copy of this filing to the defendant, appearing pro se, at the following address:

Tramell Thomas
Inmate No. 57094-408
FDC Englewood
9595 W. Quincy Avenue
Littleton, CO  80123

s/ *Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov