IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   16-cr-00054-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

       **TRAMMEL THOMAS**

       Defendant.

_____

**NOTICE OF ATTORNEY APPEARANCE**
_____

Tasha Steward, Esq., pursuant to ***D. C. Colo. LAttyR. 5(a)(1)*** and being duly authorized by Trammel Thomas, respectfully enters her appearance as counsel for Defendant, Trammel Thomas.

Respectfully, submitted this 23rd day of April, 2019.


       Steward Law, LLC


       <u>s/ Tasha Steward, Esq.</u>
       3570 E. 12th Avenue
       Denver, Colorado 80206
       Telephone: (720) 772-6145
       Facsimile: (720) 726-2262
       Email:   tsteward@stewardlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 23, 2019 the foregoing Notice of Appearance of Counsel was electronically filed with the Clerk of the Court using CM/ECF system which will send notification of said filing to the following email addresses:

Martha A. Paluch, Assistant USA
Martha.Paluch@usdoj.gov

                                                  s/ Tasha Steward, Esq.
                                                  3570 E. 12th Avenue
                                                  Denver, Colorado 80206
                                                  Telephone: (720) 772-6145
                                                  Facsimile: (720) 726-2262
                                                  Email:   tsteward@stewardlaw.com