## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CASE NO.   16-cr-00054-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**TRAMMEL THOMAS**

       Defendant.

_____

### MOTION TO CONTINUE THE SENTENCING HEARING
_____

Mr. Trammel Thomas by and through counsel respectfully submits the foregoing Motion to Continue the Sentencing Hearing currently scheduled to commence April 30, 2019:

**AND IN SUPPORT THEREOF, MR. THOMAS STATES AS FOLLOWS:**

1. In March 2017, Mr. Thomas was appointed *CJA* counsel to represent him in this matter.

2. The matter proceeded to trial and on November 17, 2017 Mr. Thomas was found guilty of all of the seven counts in the Superceding Indictment.

3. On or about August 8, 2018 Mr. Thomas *fired* his attorneys as he felt that they were not listening to him as to the facts and did not represent him accordingly.

4. The charges of *conspiracy to defraud the government; 18 U.S.C. ' 286;* and *aiding and abetting mail fraud; 18 U.S.C. ' 1341* and *' 1342* for which Mr. Thomas was found guilty are of a nature where it is imperative that he have counsel

who will represent his interests.

5. Therefore, Mr. Thomas and his family began trying to retain counsel. However, they were unsuccessful.

6. Finally, Mr. Thomas' family contacted attorney Steward through Markel Taylor, a mental health advocate; and has just now been able to retain her services.

7. **D.C.COLO.LCrR 32.1(a)** sets forth time lines with respect to sentencing. Upon information and belief, Mr. Thomas' sentencing hearing is scheduled for April 30, 2019 and counsel has insufficient time to properly prepare to represent him at sentencing.

8. Pursuant to **D.C.COLO.LCrR 32.1(a)** the time period to file certain Sentencing documents may have passed and counsel has insufficient time to address the Sentencing issues regarding, but not limited to, Mr. Thomas' *Objections* to the PSIR, the sentencing guidelines calculations, restitution, witnesses and Mr. Thomas' Sentencing Statement.

9. Inherent with a defendant's right to a fair trial is his right to effective assistance of counsel at *all phases* of the proceedings. That constitutional right encompasses a guarantee that defense counsel has sufficient time to adequately prepare. ***Powell v. Alabama,* 287 U.S. 45 (1932).**

10. Therefore, consistent with the right to have an attorney at *every phase* of the proceedings, is the right to have the attorney effectively represent a defendant

and to be adequately prepared for said representation.

11. Pursuant to *F.R.Crim.P. 32(b)(2)*: *The court may, for good cause, change any time limits prescribed in this rule.*

12. In the case of *United States v. Brown,* **212 Fed.Appx 736 (10th Cir. 2007)**, the court applied four factors to determine whether a court abuses its discretion when denying a continuance: a) the diligence of the party requesting the continuance, b) the likelihood the continuance, if granted, would accomplish the purpose underlying party=s expressed need for the continuance, c) the inconvenience to the opposing party, its witnesses and the court resulting from the continuance, and d) the need asserted for the continuance and the harm the appellant might suffer as a result of the district court's denial of the continuance.

13. The continuance for the purpose of Mr. Thomas' attorney to be prepared for sentencing will be accomplished by the continuance.

14. The continuance should not inconvenience any witness as there is sufficient time to notify the witnesses to reschedule.

15. Should this court deny Mr. Thomas' continuance, his constitutional rights would be violated, he would be without effective counsel and would be prejudices and suffer harm.

3

Respectfully, submitted this 23rd day of April, 2019.

                Steward Law, LLC

                s/ Tasha Steward, Esq.
                3570 E. 12th Avenue
                Denver, Colorado 80206
                Telephone: (720) 772-6145
                Facsimile:   (720) 726-2262
                Email:   tsteward@stewardlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 23, 2019 the foregoing Motion to Continue the Sentencing Hearing was electronically filed with the Clerk of the Court using CM/ECF system which will send notification of said filing to the following email addresses:

Martha A. Paluch, Assistant USA
Martha.Paluch@usdoj.gov

                s/ Tasha Steward, Esq.
                3570 E. 12th Avenue
                Denver, Colorado 80206
                Telephone: (720) 772-6145
                Facsimile: (720) 726-2262
                Email:   tsteward@stewardlaw.com