IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00054-WJM-02

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2.     TRAMMEL THOMAS,

     Defendant.

_____

**UNITED STATES' RESPONSE TO DEFENDANT TRAMELL THOMAS'S MOTION TO CONTINUE THE SENTENCING HEARING, ECF 465**
_____

     The United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorneys Martha A. Paluch and Bryan D. Fields, hereby responds to Defendant's Motion to Continue the Sentencing Hearing, ECF 465, as follows:

    1.  On April 23, 2019, Attorney Tasha Steward entered her appearance as defendant's counsel and on that same date filed a motion requesting that the Court continue the defendant's April 30, 2019 sentencing hearing.

    2.  Ms. Steward states she has recently been retained and has had insufficient time to prepare for the sentencing hearing.  *Id.* at 2.  Mr. Steward does not state in the motion how much time she needs to prepare for the hearing and has not discussed this issue with undersigned counsel.

    3.  The Court is well aware of the numerous sentencing hearing dates scheduled in

this case.  Undersigned counsel summarizes those dates here:

- April 12, 2018 (first setting, reset sua sponte by the Court), ECF 223, 359;

- August 8, 2018 (second setting).  At the start of this hearing, the defendant moved to fire his court-appointed counsel. His oral motions to represent himself and for a continuance were granted, ECF 446;

- October 22, 2018 (third setting).  At the start of this hearing, the defendant claimed he was ill and his oral motion for a continuance was granted, ECF 450;

- January 14, 2019 (fourth setting).  This hearing was continued due to the necessity of the Court to commence a criminal jury trial that same day, ECF 460;

- April 30, 2019 (fifth setting).  After representing himself since August 8, 2018, the defendant has now changed his mind, has retained counsel, and seeks a continuance.  ECF 465.

4.  Therefore, the instant motion represents the defendant's third motion for a continuance of his sentencing hearing.

5.  In ruling upon a defendant's motion for a continuance that will permit representation by a defendant's hired counsel, the Court must balance the defendant's "constitutional right to retain counsel of . . . choice against the need to maintain the highest standards of professional responsibility, the public's confidence in the integrity of the judicial process and the orderly administration of justice."  *United States v. Mendoza-Salgado,* 964 F.2d 993, 1015 (10th Cir. 1992) (quotation omitted).

6.   In making this determination, the Court considers whether "1) the continuance would inconvenience witnesses, the court, counsel, or the parties; 2) other continuances have been granted; 3) legitimate reasons warrant a delay; 4) the defendant's actions contributed to the delay; 5) other competent counsel is prepared to try the case; 6) rejecting the request would materially prejudice or substantially harm the defendant's case; 7) the case is complex; and 8) any other case-specific factors necessitate or weigh against further delay."  *United States v. Flanders,* 491 F.3d 1197, 1216 (10th Cir. 2007) (quoting *Mendoza-Salgado,* 964 F.2d at 1015).

7.   A continuance less than a week out will inconvenience the Court, government counsel, and its witnesses who have all had this lengthy hearing on their schedules for months.

8.   The second factor – whether other continuances have been granted -- weighs against the defendant as he has twice before, at the very last minute, obtained continuances to his sentencing hearing.

9.   The legitimate reason for the defendant's motion is that he has now retained counsel.

10. The defendant's actions here contributed to the delay.  The Court thoroughly counseled the defendant of the pitfalls of representing himself when the defendant requested permission to do so at the August 8, 2018 sentencing hearing.  The defendant has had approximately nine months to retain counsel and he waited until one week before his sentencing hearing to do so.

11. The Court found that the defendant was competent to represent himself, after a

thorough advisement pursuant to *Faretta v. California,* 422 U.S. 806, 807 (1975).

12. The defendant has argued that failure to grant his motion will prejudice and harm him.  ECF 465 at 3.

13. The sentencing issues to be decided are complex

14.  The case-specific factors that weigh against further delay include the fact that a jury convicted this defendant on November 30, 2017, of all counts in the Superseding Indictment and this is his third request for a continuance.

15. The defendant has once again placed the Court in the untenable position of protecting "the public's confidence in the integrity of the judicial process and the orderly administration of justice," *Mendoza-Saldado,* 964, F.2d at 1015, while at the same time affording the defendant the constitutional rights to which he is entitled.

16. For these reasons, the government reluctantly does not oppose a brief continuance of the defendant's sentencing hearing.  However, defendant's court-appointed counsel, the Court, and government counsel have all spent substantial time and resources in briefing the issues related to the defendant's sentencing hearing and preparing for this hearing.  While defendant's new attorney should be afforded sufficient time to prepare for the hearing, the government will oppose any request by defendant's attorney to file additional sentencing pleadings in this case.  The government submits that its position on this point strikes a fair balance between the competing interests set forth above.

DATED this 24th day of April, 2019.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By*: s/ Martha A. Paluch_____*
MARTHA A. PALUCH
BRYAN DAVID FIELDS
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov
bryan.fields3@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 24th day of April, 2018, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system that will send notification of such

filing to all counsel of record in this case.

*s/ Martha A. Paluch*_____
MARTHA A. PALUCH
BRYAN DAVID FIELDS
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov
bryan.fields3@usdoj.gov