**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  16-cr-00054-WJM-02

UNITED STATES OF AMERICA,

 Plaintiff,

v.

2. TRAMMEL THOMAS,

 Defendant.

_____

**GOVERNMENT'S AMENDED SENTENCING WITNESS LIST**
_____

  The United States of America, by and through United States Attorney Robert C. Troyer and Assistant United States Attorneys Martha A. Paluch and Bryan D. Fields, submits the attached Amended Witness List in anticipation of the sentencing hearing in this matter, scheduled for June 4, 2019.

  The amended witness list substitutes Deputy United States Marshal ("DUSM") Pat Willhite for DUSM Joseph Faranda.  Last Tuesday, the undersigned AUSA was informed that DUSM Faranda has been diagnosed with a serious health condition requiring surgery this week.  Recovery from that surgery will take at least two weeks, at which point DUSM Faranda will be required to undergo additional treatments.  Rather than delay this sentencing hearing yet again, the government diligently pursued the possibility of alternative witnesses and, yesterday, confirmed that DUSM Willhite is available.  DUSM Willhite was physically present during the major events of the defendant's capture in Arizona in March 2018 following a stand-off.  DUSM Willhite, like

1

DUSM Faranda, is expected to testify that the defendant's effort to avoid capture created a substantial risk of death or seriously bodily injury to others.

    The government attempted to contact defense counsel on May 28, 2019 by telephone and on May 29, 2019 by telephone and email to discuss the substitution of DUSM Willhite for DUSM Faranda, but has received no response.

DATED this 29th day of May, 2019.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By:    s/ *Bryan David Fields*
MARTHA A. PALUCH
BRYAN DAVID FIELDS
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov
bryan.fields3@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 29th day of May, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record in this case.

s/ *Bryan David Fields*
MARTHA A. PALUCH
BRYAN DAVID FIELDS
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov
bryan.fields3@usdoj.gov
