**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Case No. __16-cr-00054-WJM_____   Date ____June 4, 2019__

Case Title _____United States v. Tramell Thomas_____

_____Plaintiff_____ SENTENCING WITNESS LIST
(Plaintiff / Defendant)

**WITNESS**          **PROPOSED LENGTH OF TESTIMONY**

Sandra Ennis         Direct: 60 minutes   Cross: Unknown   Total: Unknown

Pat Willhite         Direct: 30 minutes   Cross: unknown   Total: Unknown

**Total Direct: 90 minutes (1 1/2 hours)    Total Cross: Uknown**