Honrable Judy Martini

I am writing you

My husband Kimothy and I
wanted to write
you a letter in regards
on behalf of our
son, Tramelle D Thm

Thomas. Kimothy is Tramelle
Father I am his
Step-Mother.

Tramelle is Kimothy's older
son. Tramelle was born
when Kimothy was only
He and tramelles mother
were only 16 years old.
raising children is a
not easy in the best

of sercomstanse, therfor at 16 they were stell children there selves.

Kimothy worked two and three jobs to support his son he wanted the best for him know no matter what that took. He still lis up when he talks about his baby boy he had never loved anyone as much as he loves his baby and was over whelmed with such strong feelings, he was very young and not emotionally mature enough to know how to translate

that very well.

Tramelle's parents both loved him very much, but were unable to make there relationship last.

Kimothy moved on best he could and fell in love again. When Tramelle was 6 years old his younger brother was born, James. followwed a year later by his sister Marianna.

Kimothy thought that working as much as he could and being

a good provider was the way to show his children how much he loved them not knowing they needed his time also. the three siblings grew very close to each other but grew distant from a father who worked all the time.

It took many years and lots of effort from both Father & Son to become as close as they are now.

I have not seen a Father and Son as a close as they are.

They are not only father and son but best friends. They truly enjoy each others company, and they are so much a like in looks and personality they rarely went a day without spending time together. I also develope a close relationship with Tramelle, I could not have dreamed of having a better son.

We are all very blessed to be a family. As close as we are life moves fast and little did we know

Our lives wold all be turned upside down.

or January 7 2018 Kimothys younger son tramelles brother James was tragicly killed in a house fire. That has changed our lives forever. The only reason my husband got out of bed in the weeks to follow was to see tramelle.

Kimothy also had been struggling with his health not wanting to worry his son tramelle had no Idea how sick his father was

Kimothy has several ruptured disk in his lower back as well as narrowing of the vertabras. and arthritis. We have consulted several sergens and the location and severity of his injury they could not garente that he would not have perminit paralisis after surgical intervention that he lives in cronic pain so bad that some mornings I have to help him out of bed.

He also has a very large herniea that will have to surgeely repaired.