## Joseph E. Conrad, Jr.                                              (520) 848-9391
*6910 S. Radec Ln, Tucson, Arizona 85756*                    *jeconrad1@gmail.com*

April 22, 2019

To: The Honorable William J. Martinez, United States District Court, District of Colorado

SUBJECT: Letter of Support for Tramell Thomas #57094408

Your Honor,

My name is Joseph E. Conrad, Jr., and I have been working with and mentoring young men in Arizona for over 25 years. I am a retired probation officer (19 years in Cochise County, Arizona), retired from the United States Army and quite active with my Fraternity (Freemasons and Shriners) in my community. I am a firm believer that people must be held accountable for their actions. However, I do not believe that incarceration is always the best response to punish or rehabilitate an offender, especially in the case of Tramell Thomas.

When I first met Tramell in early 2014, he was building a call center business in Phoenix, Arizona, and I was quite impressed with his quiet demeanor, level of maturity, sense of responsibility, compassion and concern for others. Being a probation officer, I was truly glad to see Tramell's support for the young men and women he encountered who were trying to re-build their lives after being incarcerated. I thought this to be truly admirable of him as he assisted former inmates in obtaining suitable employment and in obtaining a decent place to live to start fresh. Every time I saw Tramell, he always had a great attitude, a smile on his face and an encouraging outlook on life. So, when Tramell told me about his background with the legal system, I was very surprised and truly impressed that the articulate, young man before me had the insight, strength and mindset to overcome his previous situation and become a successful entrepreneur.

When I heard of Tramell's current legal predicament, I will admit that I was disappointed; yet, I still believe that Tramell has a good heart and has a positive impact on those he encounters. In my opinion, I believe that continued incarceration for this young man would be of little benefit to the legal system or the community. I also firmly believe that with positive mentorship (which I am willing to assist in providing), Tramell can once again be successful.

I realize that we are asking quite a bit from the Court to take a leap of faith on Tramell. However, I am quite confident that Tramell will use this opportunity to demonstrate to the Court and the community that he can abide by the law and be an asset to the community wherever he resides.

Thank you for reading my letter.

Fraternally,

*Joseph E Conrad Jr.*
Joseph E. Conrad, Jr.