

To who it may concern,                                                                                                  March 20th, 2019

This letter is in reference to Tramell Thomas. Upon Tramell's release from custody, he has an employment position waiting for him at Conversion Kings located at 1027 E Washington St, Suite 107 Phoenix, AZ 85034. This position is full time Monday through Friday as a pre-screening representative. We are looking forward to having Mr. Thomas join our team. If you have any questions you may contact me directly at 707-772-6052.

Respectfully,

Frank Wood
Manager
707-772-6052
Fwood@conversionkingsleads.com