Helga S Ruf
11577 E. Ranch Gate Rd.
Scottsdale, AZ 85255
Phone: 602-369-4429
March 1, 2019

Re: Sentencing of Tramell D Thomas

Dear Judge Martinez,

My name is Helga Ruf and I am writing to you in regards to Tramell D Thomas, who will appear in front of your court April 30, 2019.
My husband and I have known Mr. Thomas for the past 6 years as our tenant residing at our rental home in Phoenix. During those years he proved himself to be a responsible, honest and friendly young man, always paying his rent on time and never failed in his obligations to take care of the home.
When Mr. Thomas is released, he is more than welcome to stay at his previous location and will have our financial support to get back on his feet and rebuild his life with his children. He has a daughter aged 7 and a son aged 4, who has autism and they need their father. He had a special way with communicating with his little son to keep him calm. They are in foster care with relatives, but the State of AZ wants to put them into their system.

During his incarceration we have been communicating practically on a daily basis to give him moral support and help him in his needs to keep faith. Mr. Thomas is a very intelligent individual and will be a great asset to mankind if given the opportunity. He has so much more to give to Society if given the chance.

The purpose of my letter to you is to ask that you may give this young man your greatest consideration in a release if possible, or a minimal sentence and his children a chance of a good and meaningful family life.

Respectfully yours,

*Helga S Ruf*