My Name is Charles Edward and To whom it may Concern I would like to inform you about Tremell Thomas, I met Mr Thomas about 5yrs ago I was in a shelter and he was giving people the opportunity To work and To better there lives I was one "the" 8 people who was given the opportunity to work but also meet and see how much of a blessing that Mr Thomas was not only to me but my children who he also blessed with clothes shoes and there dad the ability to get a place to live after sleeping in our car at side the Job. there were others who lives were changed because of his care and kindness I know that if you knew him Mr Thomas. and had the chance to see how many people have been impacted by Mr Thomas compassion I am persuaded That you would look at him differently than what you see him as. Circumstances do not Dictate who a person is, and while Mr Thomas is having to go through this ordeal, Please Dont forget this. This is who he is not what you see him as. now!

Thankyou Sincerly Charles Edwards
602-715-5663

Thankyou MR Thomes
my Kids Say Hi