1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-0054-WJM-2

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TRAMMEL THOMAS,

Defendant.

---

REPORTER'S PARTIAL TRANSCRIPT
(Jury Trial - Day 2)
TESTIMONY OF MARCELLE GREEN

---

Proceedings before the HONORABLE WILLIAM J. MARTINEZ, Judge, United States District Court for the District of Colorado, commencing at 3:29 p.m., on the 28th day of November, 2017, in Courtroom A801, United States Courthouse, Denver, Colorado.

APPEARANCES

MARTHA A. PALUCH and BRYAN D. FIELDS, Assistant U.S. Attorneys, 1801 California Street, Suite 1600, Denver, Colorado 80202, appearing for the plaintiff.

DANIEL T. SMITH, Attorney at Law, 4582 South Ulster Street, Suite 1400, Denver, Colorado 80237 and
THOMAS E. GOODREID, Attorney at Law, 1801 Broadway, Suite 1400, Denver, Colorado 80202, appearing for the defendant.

MARY J. GEORGE, FCRR, CRR, RMR
901 19th Street, Denver, Colorado 80294
Proceedings Reported by Mechanical Stenography
Transcription Produced via Computer

Direct - Green                                                              14

1   out.
2   Q.   At any point during the conspiracy, did Thomas get any
3   of that money?
4   A.   I physically didn't hand any money to him.
5   Q.   Who would you hand the money to?
6   A.   Heather.
7   Q.   Who would be present when you handed the money to
8   Heather?
9   A.   Either Trammel Thomas, sometimes Mercedes Diaz, and
10  our children.
11  Q.   Describe to the members of the jury the times where
12  the defendant, Trammel Thomas, was there when you delivered
13  the money.
14  A.   I can't --
15              MR. SMITH:  Could we have some foundation as to
16  time, Your Honor.
17              THE COURT:  Yeah.  I -- let's get this in a time
18  frame.
19              MR. FIELDS:  All right.
20  BY MR. FIELDS:
21  Q.   When did the conspiracy take place?
22  A.   In 2010, around April, but the first enrollment wasn't
23  until July, I believe.
24  Q.   And approximately when were you delivering money to
25  Heather Carr?

Direct - Green  15

```
 1   A.   Late in the summer of 2010, all the way until 2012,
 2   the middle of 2012.
 3   Q.   And these times that we're going to talk about where
 4   the defendant was there, do you remember approximately when
 5   that was?
 6   A.   I can't give a definite date.
 7   Q.   Sometime within that time period?
 8   A.   Yes, within that time period.
 9   Q.   So, again, describe to the members of the jury those
10   times where Trammel Thomas was present.  What was he doing?
11   A.   I'm just --
12            MR. SMITH:  Well, Your Honor, I would object.
13   Could we take it in sequence?  He's referring to multiple
14   times.
15            THE COURT:  Overruled.  I think we can -- I think
16   she has set the stage well enough.  Go ahead.
17   BY MR. FIELDS:
18   Q.   You can answer the question, Ms. Green.  So when you
19   saw the defendant present when you delivered money,
20   describe what you saw.
21   A.   Just us hanging around.  It was either sometimes a
22   barbecue or just over there for -- randomly, but it wasn't
23   physically him -- me handing him the money, it was just him
24   standing around.
25   Q.   When you handed the money, describe how the money was
```

Case No. 1:16-cr-00054-WJM   Document 474-6   filed 06/03/19   USDC Colorado   pg 4 of 11
Case 1:16-cr-00054-WJM   Document 341-3   Filed 03/09/18   USDC Colorado   Page 16 of 47

16
Direct - Green

```
 1   packaged.
 2   A.   In 20s.
 3   Q.   Was it rolled up, was --
 4   A.   No, just in form -- just -- not rolled up, not
 5   anything, just altogether.
 6   Q.   Did you put it in an envelope?
 7   A.   No.
 8   Q.   So when you say altogether, again, describe to me, is
 9   it sort of fanned out --
10   A.   No, it's just in a stack.  Just in a stack.
11   Q.   What did Carr do with that money?
12   A.   Her living expenses to care -- and financial -- and
13   legal fees.
14   Q.   Would she go on vacation?
15   A.   Yes.
16   Q.   Who did she go on those vacations with?
17   A.   Her children and sometimes Mercedes.
18   Q.   Anyone else?
19   A.   Not that I know of.
20   Q.   What kind of house did she live?
21   A.   She had two different house locations, so the one on
22   Pleasant Drive or the one on Kaibob.
23   Q.   The latter one.
24   A.   Kaibob, it was a nice house.  Beautiful --
25   Q.   When did she get that house?
```

Direct - Green 17

1  A. I would say sometime in the beginning of 2012. I
2  could be wrong.
3  Q. Who lived there with her?
4  A. Heather Carr, Trammel Thomas, and their children.
5  Q. Were you able to observe Thomas and Carr's lifestyle?
6  A. Yes.
7  Q. How would you describe that lifestyle?
8  A. Nice lifestyle.
9  Q. Can you go into any more detail? What would be nice?
10 A. I mean, nice house, nice cars, you know. Just all the
11 basic, and the up-to-date electronics. Just not too many
12 worries, that's what I would say.
13 Q. Let's talk about other members of the conspiracy. You
14 mentioned Heather Carr. What was her role in the
15 conspiracy?
16 A. I believe it was a major role.
17 Q. What did she do?
18 A. She got the information of the inmates and the Social
19 Security numbers and the birth dates and as far as
20 processing FAFSAs and applications and homework.
21 Q. Do you know how she got that information?
22 A. From her job.
23 Q. What was her job?
24 A. She was a loan closer at CarMax.
25 Q. Who would she give that information to?

18

Direct - Green

1   A.   To the -- for me, I know me, myself.
2   Q.   Did she give it to anyone else?
3   A.   I can't speak for that.
4   Q.   When she gave it to you, how would she give it to
5   you?
6   A.   On a paper -- on a lined piece of paper, regular
7   subject paper.
8   Q.   Describe to us what would be on a typical sheet of
9   paper from Heather Carr.
10  A.   The names, the birth dates, and the address -- I mean,
11  sorry, the names, the birth dates, and the Social Security
12  numbers.
13  Q.   And what would you do with that information?
14  A.   I would submit that into FAFSA.
15  Q.   Now, let's talk about Trammel Thomas.  You said he was
16  part of the conspiracy.
17  A.   Correct.
18  Q.   What was his role?
19  A.   His role -- I can't say if he did homework and I can't
20  say if he had a major role, but he had some role in it.
21  Q.   Well, did you ever see him participating in the
22  conspiracy?
23  A.   Yes.
24  Q.   What did you see him doing?
25  A.   The FAFSA part, just one time.

Direct - Green    19

1    Q.   When was that?
2    A.   I can't give a definite date. Our season, I want to
3    say it was somewhere in 2011. My -- my mind's a little
4    cloudy there. I'm sorry.
5    Q.   Well, was this down in Arizona?
6    A.   Yes.
7    Q.   Does Arizona really have seasons?
8    A.   No, we don't.
9    Q.   So was it sometimes hard to frame exactly when
10   something happened?
11   A.   It is, because it's hot all the time.
12   Q.   So this one time where you saw him participating in a
13   conspiracy, where was that at?
14   A.   At the Pleasant Drive address.
15   Q.   Who lived there?
16   A.   Heather Carr, her children, and at that part in time,
17   Trammel Thomas.
18   Q.   So what did you see him doing?
19   A.   The FAFSA part. Just submitting the FAFSA and just
20   the steps as far as the education part. That's it.
21   Q.   Explain to us exactly why that was part of the
22   conspiracy, what you saw.
23   A.   Because the education part, the people -- the inmates,
24   we don't know their high school information, so it was
25   easier just to put if they had their GED and we put the

                                                                    20
                            Direct - Green

1    year based on their age.
2    Q.   So let me back up here.  Was this a conversation you
3    were having with the defendant?
4    A.   This was a conversation that I had with Heather Carr,
5    but I showed on that FAFSA.  So I didn't have this
6    conversation with Trammel.
7    Q.   Who were you showing this information?
8    A.   I showed him the information, but I didn't have the
9    physical conversation with him like I did with Heather
10   Carr.
11   Q.   And what was the purpose of showing him this
12   information in the FAFSA?
13   A.   So the FAFSAs wouldn't come back because, you know,
14   when you submit so many, some of them do still come back as
15   invalid, basically.  So that was just the way to by- -- it
16   was a bypass system as I would call it.
17   Q.   So, again, just to make this clear, what was the
18   bypass system you were explaining to the defendant?
19   A.   The information for the education part.  Sorry.  The
20   education part.
21   Q.   And when this happened, did you see him actually
22   submit the FAFSA?
23   A.   I didn't -- the FAFSA was up, but I didn't see the
24   submit button because I had walked away.
25   Q.   When you say "up," up on what?

Direct - Green

21

1   A.   The computer laptop, sorry.
2   Q.   What kind of laptop was he using?
3   A.   I can't recall.  I'm sorry.
4        Can I get some water?
5        THE COURT:  Right next to you.
6   BY MR. FIELDS:
7   Q.   When you were explaining this sort of bypass system, were other people present in the room?
8   
9   A.   Yes.
10  Q.   And was information being thrown out into the room?
11  A.   Yes.
12  Q.   Describe that.
13  A.   Just random names.  I can't recall the names, again, I'm sorry, it was a while ago, but just random names.
14  
15  Q.   Who would throw out random names?
16  A.   Heather Carr and myself.
17  Q.   Anyone else?  Anyone else?
18  A.   Myself.
19  Q.   Who else was present?
20  A.   Oh, Heather Carr, me, Trammel, and our children.
21  Q.   Did Trammel throw out any names?
22  A.   At that time, it was a name, but I can't recall the name.  I'm sorry.
23  
24  Q.   What was the purpose of everyone sitting around in this room throwing out names?
25

                                                                    22
                        Direct - Green

1   A.   It was part of the -- to process the fraudulent FAFSAs
2   and the school applications.
3   Q.   How was it part of the process of filling out these
4   fraudulent FAFSAs?
5   A.   Because of the names, when you get the names and the
6   information was already there.  So, like I said, I can't
7   recall the names.
8   Q.   When you say the information was already there, what
9   information?
10  A.   The Social Security numbers and the birth dates,
11  sorry.
12  Q.   Did you see Mr. Thomas participate in a scheme at any
13  other time?
14  A.   No.
15  Q.   How often would you see the defendant during this time
16  period?
17  A.   I wouldn't see him as much as I seen Heather and
18  Mercedes, but I've seen him several occasions.
19  Q.   So who would you say was your major contact within the
20  conspiracy?
21  A.   Heather Carr.
22  Q.   How much money did you get from the scheme?
23  A.   I roughly would say a little -- in the $20,000 range.
24  Q.   What did you do with that money?
25  A.   Paid for bills and my financial living situations and

                                                                    23
                          Direct - Green

1    my children.
2    Q.   Why did you decide to participate in this fraud
3    scheme?
4    A.   To -- financial gain, to live above.
5    Q.   Did you know it was wrong?
6    A.   Yes, I did.
7    Q.   How did you know it was wrong?
8    A.   Because it's taking -- it's filing something that's
9    false, that's not you, so if it's not you and you're doing
10   it, it's wrong.
11   Q.   Did the conspiracy eventually end?
12   A.   Yes, it did.
13   Q.   What happened to end the conspiracy?
14   A.   A search warrant was served at the Kaibob address.
15   Q.   Who lived at that address?
16   A.   Heather Carr, Trammel Thomas, and their children.
17   Q.   Do you remember approximately when that was?
18   A.   I want to say it was somewhere in August of 2012.
19   Q.   Now, before the conspiracy ended, you mentioned that
20   Ms. Carr used some of the fraud money for lawyers' fees.
21   Do you remember that?
22   A.   Correct.
23   Q.   Whose lawyers' fees?
24   A.   Trammel Thomas.
25   Q.   Do you remember when he was in trouble with the law?