# Certificate of Completion

FDC Englewood
Littleton, Colorado

This certifies that:

## Tramell Thomas
(#57094-408)

has satisfactorily completed

## Criminal Thinking

and is hereby awarded this certificate on this 29th day of January, 2019.



K. Vigil, Ph.D., Staff Psychologist