IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 16-cr-054-WJM-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TRAMMEL THOMAS,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF ORIGINAL EXHIBITS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the Sentencing Hearing, counsel for the parties shall retain custody of their respective original exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 4th day of June, 2019.

BY THE COURT:

William J. Martínez, Judge

_____  
Attorney for Plaintiff

_____  
Attorney for Defendant