IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:              June 4, 2019
Courtroom Deputy:  Anna Frank
Court Reporter:    Mary George
Probation Officer: Laura Ansart

| Criminal Action No. **16-cr-054-WJM-2** | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Martha Paluch |
|  | Bryan Fields |
| Plaintiff, |  |
| v. |  |
| TRAMMEL THOMAS, | Tasha Steward |
| Defendant. |  |

## COURTROOM MINUTES

**Sentencing Hearing**

**10:05 a.m.    Court in session.**

Appearances of counsel. Defendant is present in custody. Also seated at Government's table is Special Agent Sandra Ennis with the Department of Education Office of Inspector General.

Defendant sworn.

Discussion held regarding evidence.

10:16 a.m.    Government's witness Deputy United States Marshal Pat Willhite is called and sworn.

Direct examination of Deputy Willhite by Mr. Fields.

Government's Exhibits GS 6 and GS 5 are admitted into evidence.

Cross-examination of Deputy Willhite by Ms. Steward.

Redirect examination of Deputy Willhite by Mr. Fields.

Deputy Willhite is excused.

**ORDERED:**   Government's Oral Motion for a Two-Level Enhancement in the Offense Level is granted, as stated on the record.

**ORDERED:**   Defendant's Objection 1 referenced in Defendant Trammel Thomas's Objections to the Presentence Investigation Report [ECF 348] is sustained in part, as stated on the record. Objections 2 and 3 are overruled as moot.

10:48 a.m.   Government's witness Special Agent Sandra Ennis is called and sworn.

Direct examination of Special Agent Ennis by Ms. Paluch.

Government's Exhibits GS 72-1, GS 2, GS 3, and GS 4 are admitted into evidence.

Cross-examination of Special Agent Ennis by Ms. Steward.

**11:39 a.m.   Court in recess.**
**11:51 a.m.   Court in session.**

Continued cross-examination of Special Agent Ennis by Ms. Steward.

Redirect examination of Special Agent Ennis by Ms. Steward.

Special Agent Ennis is excused.

12:01 p.m.   Defendant Trammel Thomas is called.

Direct examination of Defendant Mr. Thomas by Ms. Steward.

Cross-examination of Defendant Mr. Thomas by Ms. Paluch.

**ORDERED:**   Defendant's objections to ¶¶ 63, 81, 82 90, and 95 referenced in Defendant Trammel Thomas's Objections to the Presentence Investigation Report [ECF 348] are overruled, as stated on the record.

**ORDERED:**   Objections referenced in Defendant Thomas's Unopposed Second Objection to Presentence Investigation Report [ECF 390] are overruled as moot.

Court's remarks regarding defendant's offense level, criminal history level and sentencing guidelines range.

**12:48 p.m.**     **Court in recess.**
**1:24 p.m.**     **Court in session.**

Argument given on sentencing.

**ORDERED:** The motion referenced in defendant's Sentencing Statement and Request for a Specific/Variant Sentence [ECF 353] is granted in part.

Court's findings and conclusions.

**ORDERED:** Defendant shall be imprisoned for 120 months as to Counts 1 through 7 of the Superseding Indictment, to be served concurrently. Upon release from imprisonment, the defendant shall be placed on supervised release for a period of 3 years on each of the seven counts to be served concurrently.

The Court recommends that the director of the Bureau of Prisons give the defendant full credit for time served in pretrial detention.

The Court recommends that the director of the Bureau of Prisons place the defendant in a facility closest to the State of Arizona.

**ORDERED:** Restitution shall be paid jointly and severally with defendant's the three codefendants in the amount of $563,890.85 as stated on the record. Interest on restitution is waived.

**ORDERED:** The defendant shall be subject to the standard, mandatory, and special conditions of supervised release, as stated on the record. Defendant shall pay a special assessment of $700, due and payable immediately.

The defendant waives his right to suggest revisions or modifications to the Preliminary Order of Forfeiture [ECF 475].

The defendant is formally advised of his limited right to appeal the sentence imposed by the Court. Any notice of appeal must be filed with the Clerk of the Court within 14 days after entry of judgment.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

**3:00 p.m.**     **Court in recess.**

Total time in court: 4:07

Hearing concluded.