# LIST OF PROPOSED EXHIBITS FOR SENTENCING

CASE NO. __16-cr-00054-WJM____     PLAINTIFF'S LIST __X__  DEFENDANT'S LIST_____     THIRD PTY DEFTS. LIST_____

CASE CAPTION ___United States_____ vs. _____Trammel Thomas_____  PAGE NO._____  DATE__August 8, 2018_____

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | Bates Range | COMMENTS/ INFO. | COUNT(S) |
|---|---|---|---|---|---|---|---|---|---|---|
| GS-1 | Ennis | Excerpt of Text Messages | | | | | | SW_00001078 | | |
| GS-2 | Ennis | Check from H. Carr to Griffin Law Firm | | | | X | | CMB_00000145 | 6/4/2019 | |
| GS-3 | Ennis | El Paso County Jail Records | | | | X | | INV_00001758-INV_00001760 | 6/4/2019 | |
| GS-4 | Ennis | Arizona Department of Corrections Records | | | | X | | INV_00001947-INV_00001953 | 6/4/2019 | |
| GS-5 | Faranda | Photo of Shattered Glass | | | | X | | PHOTO_00000042 | 6/4/2019 | |
| GS-6 | Faranda | Photo of Bean Bag Ammunition Box | | | | X | | PHOTO_00000049 | 6/4/2019 | |
| GS-7 | Lamberth | Photo of Motel 6 - Front | | | | | | | | |
| GS-8 | Lamberth | Photo of Motel 6 - Back | | | | | | | | |
| GS-9 | Lamberth | Photo of Broken Hauwei phone- Front | | | | | | PHOTO_00000071 | | |
| GS-10 | Lamberth | Photo of Broken Hauwei phone- Back | | | | | | PHOTO_00000072 | | |
| GS 72-1 | Ennis | Loss Amount Summary Chart | | | | X | | Attachment 4 to ECF 341 | 6/4/2019 | |

| GS 72-2 | Ennis | Forfeiture Amount Summary Chart | | | | | | Attachment 5 to ECF 341 | | |
|---|---|---|---|---|---|---|---|---|---|---|