IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge William J. Martinez**

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TRAMMEL THOMAS,

        Defendant.

## MOTION TO WITHDRAW AS COUNSEL

Tasha A. Steward hereby requests this Court allow her to withdraw as counsel in the above captioned matter on behalf of Mr. Thomas and states the following in support thereof:

1. Ms. Steward was privately retained as counsel by Mr. Thomas for the limited purposes of sentencing.
2. Sentencing in this case occurred on June 4, 2019.
3. Ms. Steward is not a CJA attorney, nor is affliated with the CJA office.
4. Counsel requests that a CJA Attorney or the Public Defender's Office be appointed to handle Mr. Thomas' claims on appeal.

Respectfully requested and submitted on this 11th day of June, 2019.

LAW OFFICE OF TASHA A. STEWARD

s/Tasha A. Steward
Tasha A. Steward
3570 E. 12th Ave
Denver, CO 80206
(720) 772-6145 Telephone
(720) 726-2262 Fax
tsteward@tstewardlaw.com

**ATTORNEY FOR TRAMMEL THOMAS**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2019, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Martha Paluch Martha.Paluch@usdoj.gov

Beth Gibson Beth.Gibson@usdoj.gov

Bryan Fields bryan.fields3@usdoj.gov

Paul Farley paul.farley2@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Trammel Thomas
c/o FDC, Englewood, CO

s/Tasha A. Steward
LAW OFFICE OF TASHA A. STEWARD