IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge William J. Martinez**

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TRAMMEL THOMAS,

        Defendant.

## NOTICE OF APPEAL

Notice is hereby given that the Defendant, Trammel Thomas (hereinafter "Defendant"), hereby appeals to the United States Court of Appeals for the Tenth Circuit (USCA) from his sentence imposed pursuant to Judgment entered June 5, 2019. (doc # 480). Defendant Thomas is indigent and incarcerated. He requests the appointment of the Public Defender's Office or CJA for appeal.

Dated 12th day of June, 2019.

        Respectfully submitted,

        LAW OFFICE OF TASHA A. STEWARD

        s/Tasha A. Steward
        Tasha A. Steward
        3570 E. 12th Ave
        Denver, CO 80206
        (720) 772-6145 Telephone
        (720) 726-2262 Fax
        tsteward@tstewardlaw.com

        **ATTORNEY FOR TRAMMEL THOMAS**

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2019, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Martha Paluch Martha.Paluch@usdoj.gov

Beth Gibson Beth.Gibson@usdoj.gov

Bryan Fields bryan.fields3@usdoj.gov

Paul Farley paul.farley2@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Trammel Thomas
c/o FDC, Englewood, CO

> s/Tasha A. Steward
> LAW OFFICE OF TASHA A. STEWARD