IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00054-WJM
Civil Action No. _____

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Trammel Thomas,

    Defendant.

**PRISONER'S MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED ON APPEAL PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24 IN A CRIMINAL CASE**

I request leave to commence this appeal without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. I also request that the United States pay for a transcript of the record of proceedings, if any, for inclusion in the record on appeal. In support of my requests, I declare that:

(1) I am unable to pay such fees or give security therefor.
(2) The issues I desire to raise on appeal are:
Newly discovered evidence that constituted Brady Material that was discovered after trial; Motion for new trial was denied erroneously; Government mislead the defense re: subpoenaed witness that hindered the defense investigation in the case. Witnesses made statements that were not true regarding defendant's involvement.

(3) I am entitled to redress.
(4) I take this appeal in good faith.
(5) The appeal is not frivolous and presents a substantial question.
(6) I have $ 0 in my prison account.

Rev. 1/12

(7) My other assets and their value are listed below:
(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

You may attach an additional page, if necessary.

_____No other assets_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed at  Aurora Colorado  on  06/12/19  .
            (location)            (date)

           s/ Tasha A. Steward for Trammel Thomas
           **Prisoner's Original Signature**