IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM-2

UNITED STATES OF AMERICA

    Plaintiff,

v.

TRAMMEL THOMAS,

    Defendant.

## ORDER

Magistrate Judge Scott T. Varholak

This matter is before the Court on Defendant Trammel Thomas' Motion for Appointment of Counsel in a Criminal Case [#487] and the Motion to Withdraw As Counsel [#488] (collectively the "Motions"), which have been referred to this Court [#489]. The Motion to Withdraw [#488] is **GRANTED** and Attorney Tasha Steward is terminated as counsel of record in this matter. Upon review of the Motion for Appointment of Counsel and the financial affidavit attached thereto [#487-1], the Court finds that Defendant Trammel Thomas qualifies for the appointment of counsel under the Criminal Justice Act and accordingly the Motion for Appointment of Counsel [#487] is **GRANTED**. **IT IS ORDERED** that counsel is appointed pursuant to the Criminal Justice Act to represent Defendant Trammel Thomas.

DATED: June 13, 2019                    BY THE COURT:

                                                                             s/Scott T. Varholak\
                                                                             United States Magistrate Judge