**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge William J. Martinez**

Civil Action No. 16-cr-054-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**2.    TRAMMELL THOMAS**

      Defendant.

---

**ORDER DENYING AS MOOT THE PRISONER'S MOTION AND AFFIDAVIT FOR
LEAVE TO PROCEED ON APPEAL PURSUANT TO 28 U.S.C. § 1915 AND FED. R.
APP. 24**

---

This matter is before the Court on the Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed R. App. 24 in a Criminal Case (ECF No. 486) filed by Defendant.   Defendant has filed a notice of appeal. Defendant's Motion for Appointment of Counsel in a Criminal Case has been granted. (ECF Nos. 487, 491).

Under 18 U.S.C. § 3006A(d)(7), "[i]f a person for whom counsel is appointed under this section appeals to an appellate court or petitions for a writ of certiorari, he may do so without prepayment of fees and costs or security therefor and without filing the affidavit required by section 1915(a) of title 28." *See also* Fed. R. App. P. 24(a)(3). Here, counsel has been appointed for Defendant pursuant to the Criminal Justice Act. Therefore, Defendant is not required to file a motion and affidavit in order to proceed *in*

1

*forma pauperis* on appeal.

Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed R. App. 24 in a Criminal Case (ECF No. 486) is denied as moot.

Dated this 13th day of June, 2019.

BY THE COURT:

_____

William J. Martinez
United States District