FILED
United States Court of Appeals
Tenth Circuit

June 13, 2019

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

TRAMMEL THOMAS,

    Defendant - Appellant.

No. 19-1209
(D.C. No. 1:16-CR-00054-WJM-2)
(D. Colo.)

_____

**ORDER**
_____

    This matter is before the court *sua sponte* for case management purposes. On June 12, 2019, Appellant's retained counsel filed a notice of appeal on behalf of Appellant. On June 13, 2019, the district court granted Appellant's counsel's motion to withdraw and to appoint Criminal Justice Act counsel to represent Appellant in this appeal. However, per Tenth Circuit Rule 46.3(A) "[a]n attorney who files a notice of appeal in a criminal case. . .has entered an appearance in this court and may not withdraw without the court's permission." Accordingly, and notwithstanding the district court's June 13, 2019 order granting counsel's motion to withdraw, Appellant's retained counsel must (1) file a docketing statement and entry of appearance by the deadline set in the court's case

opening letter; and (2) file in this court a motion to withdraw that complies with Tenth Circuit Rule 46.4(A).

                                                   Entered for the Court,

                                                   ELISABETH A. SHUMAKER, Clerk

                                                   by: Chris Wolpert
                                                       Chief Deputy Clerk