1

1          THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLORADO
2
    Criminal Action No. 16-cr-0054-WJM-2
3
    UNITED STATES OF AMERICA,
4
    Plaintiff,
5
    vs.
6
    TRAMELL THOMAS,
7
    Defendant.
8
    ----------------------------------------------------------------
9
                        REPORTER'S TRANSCRIPT
10                        (Sentencing Hearing)

11  ----------------------------------------------------------------

12       Proceedings before the HONORABLE WILLIAM J. MARTINEZ,

13  Judge, United States District Court for the District of

14  Colorado, commencing at 9:12 a.m., on the 8th day of August,

15  2018, in Courtroom A801, United States Courthouse, Denver,

16  Colorado.

17
                            APPEARANCES
18
        MARTHA A. PALUCH and BRYAN FIELDS, Assistant U.S.
19  Attorneys, 1801 California Street, Suite 1600, Denver,
    Colorado 80202, appearing for the plaintiff.
20
        DANIEL T. SMITH, Attorney at Law, 4582 South Ulster,
21  Suite 1400, Denver, Colorado 80237 AND
        THOMAS E. GOODREID, Attorney at Law, 1801 Broadway,
22  Suite 1400, Denver, Colorado 80202, appearing for the
    defendant.
23

24                  MARY J. GEORGE, FCRR, CRR, RMR
              901 19th Street, Denver, Colorado 80294
25          Proceedings Reported by Mechanical Stenography
                Transcription Produced via Computer

2

1            P R O C E E D I N G S

2        (Call to order of the court at 9:12 a.m.)

3            THE COURT:  Okay.  We are on the record in criminal

4    case No. 16-cr-054, defendant No. 2, United States of

5    America versus Trammel Thomas.  I'll take appearances of

6    counsel.

7            MS. PALUCH:  Good morning, Your Honor.  Martha

8    Paluch and Bryan Fields appearing on behalf of the United

9    States.  With us at counsel table is Special Agent Sandra

10   Ennis.

11           SPECIAL AGENT ENNIS:  Good morning.

12           THE COURT:  Good morning to the three of you.  For

13   the defendant.

14           MR. SMITH:  Good morning, Your Honor.  Daniel Smith

15   and Thomas Goodreid appearing as counsel for Mr. Thomas, who

16   joins us at counsel table in custody.

17           THE COURT:  All right.  Good morning to the three

18   of you.  Will the probation officer please identify herself

19   for the record.

20           PROBATION OFFICER:  Good morning, Your Honor.

21   Laura Ansart with the probation office.

22           THE COURT:  All right, Ms. Ansart, good morning and

23   welcome.

24           All right.  I think for now, we will just have Mr.

25   Thomas rise to have the oath administered to him by Ms.

3

1    Hansen, as opposed to all of you going to the lectern right

2    now, because we have a few things I need to cover before

3    that.

4            So if you will please stand, Mr. Thomas, and face

5    Ms. Hansen to your left.

6            COURTROOM DEPUTY:  Please stand.

7            THE COURT:  Please stand.

8        (Defendant sworn in)

9            THE COURT:  All right.  The record reflects that on

10   the 30th of November of 2017, a jury convicted Mr. Thomas on

11   each of the seven counts of the superseding indictment

12   returned by the grand jury against him in this case.  Those

13   were Count 1, conspiracy to defraud the Government with

14   respect to claims in violation of 18 United States Code

15   Section 286, as well as Counts 2 through 7, which were six

16   counts of aiding and abetting mail fraud, in violation of 18

17   United States Code Sections 1341 and 2.

18           We are here for the sentencing of the defendant.

19   Counsel, can you briefly summarize your respective

20   sentencing recommendations on custodial sentence,

21   restitution, and supervised release.  We'll start with the

22   Government.

23           MR. SMITH:  Your Honor, may I briefly address the

24   Court?

25           THE COURT:  Go ahead.

4

1        MR. SMITH:  Mr. Goodreid and I were advised

2   yesterday afternoon that Mr. Thomas wishes to address the

3   Court on the issue of counsel and representation.  He's

4   advised us this morning that he continues in that regard and

5   wishes to address the Court.  I've asked that he be allowed

6   to do so and, understanding the subject matter, I would ask

7   that it be done ex parte.

8        THE COURT:  This is the earliest that you can --

9   you were able to inform me of this?

10        MR. SMITH:  That's correct, Your Honor.  I received

11   an e-mail late yesterday afternoon from Mr. Thomas.

12        THE COURT:  All right.  I will need to ask the

13   Government to excuse us, please.  Is there anyone else here

14   from your office --

15        MS. PALUCH:  Yes.

16        THE COURT:  -- in the gallery?  They have to leave,

17   too.

18        MS. PALUCH:  Thank you, Your Honor.

19        (The ex parte proceedings are contained in a

20   separate, sealed transcript)

21              *     *     *     *     *

22        THE COURT:  All right.  Let me advise counsel for

23   the Government that the defendant has made a request for a

24   new counsel, which I have denied, and he has made a request

25   to represent himself at his sentencing hearing and I

5

1    engaged -- for the record I engaged in the *Faretta* colloquy

2    with the defendant and I am convinced that he has decided to

3    voluntarily and freely decided to make a go of it himself in

4    terms of representing himself at a sentencing hearing.

5            I have allowed counsel to -- defense counsel leave

6    to withdraw from the case.  And I've granted the

7    defendant's -- in part the defendant's request for a

8    continuance of the sentencing hearing so that he can prepare

9    individually to represent himself at a sentencing hearing.

10   So that's where we're at.

11           So if counsel for the Government can bring --

12   put -- bring out their calendars, we can get a date here.

13           How does Monday, October 22d, at 10:00 a.m. look

14   for the Government?

15           MR. FIELDS:  Your Honor, may we have a second to

16   consult with our witnesses, who are here, to make sure

17   they're available?

18           THE COURT:  Sure.  Sure.

19        (Pause)

20           MR. FIELDS:  Sorry, Your Honor.  Yes, that works

21   for our witnesses, Your Honor.

22           THE COURT:  Okay.  Excellent.  Glad to hear that.

23   All right.  This sentencing hearing is continued to Monday,

24   October 22d, 2018, at 10:00 a.m.

25           MS. PALUCH:  Your Honor, if I may.

1      THE COURT:  You may.

2      MS. PALUCH:  As the Court is very well aware, there

3  has been extensive briefing in this case.  It's our

4  understanding briefing is complete.

5      THE COURT:  Right.

6      MS. PALUCH:  Is the Court's order just to allow the

7  defendant to represent himself at that hearing rather than

8  opening up briefing?

9      THE COURT:  I'm glad you raised that.  Yes.

10  Briefing has concluded.  I'm not going to accept any further

11  briefing.  The defendant can review all the materials that

12  have been submitted and raise whatever arguments he wants to

13  make at the sentencing hearing.  And if you wish to have any

14  witnesses testify, you'll need to file a notice to that

15  effect before the hearing so that we know, but we're not

16  going to reopen briefing on the issues that have been fully

17  briefed.  All right?  Okay.

18      Beyond that, anything further from the Government?

19      MS. PALUCH:  No, Your Honor.  Thank you.

20      THE COURT:  All right.  Thank you.  Anything

21  further from defense counsel?  Or now former defense

22  counsel?

23      MR. SMITH:  I have nothing, Your Honor, no.

24      THE COURT:  All right.  Mr. Goodreid, do you have

25  anything?

1          MR. GOODREID:  I have nothing additionally, Your

2     Honor.  Thank you.

3          THE COURT:  All right.  Mr. Thomas, anything

4     further?

5          THE DEFENDANT:  That will be all, sir.

6          THE COURT:  All right.  Anything further from the

7     probation officer?

8          PROBATION OFFICER:  No.  Thank you, Your Honor.

9          THE COURT:  All right.  Defendant is remanded to

10    the custody of the United States Marshal.  Thank you, that

11    will be all.

12          (Proceedings concluded at 9:56 a.m.)

13                    *       *       *       *       *

14                    REPORTER'S CERTIFICATE

15       I certify that the foregoing is a correct transcript

16    from the record of proceedings in the above-entitled matter.

17       Dated at Denver, Colorado, this day of August, 2019.

18

19

20

21          MARY J. GEORGE, FCRR, CRR, RMR

22

23

24

25