| | |
|---|---|
| **PART I** - To be completed by appellant within fourteen days of filing the notice of appeal. | |
| Short Title: U.S.A. v. Trammel Thomas | District Court Number: 1:16-cr-54 |
| District: Colorado (Denver) | Circuit Court Number: 19-1209 |
| Name of Attorney/Pro Se Party: RYAN TRUSKOSKI, ESQ. | Email Address: Rtrusk1@aol.com |
| Name of Law Firm/Office: RYAN TRUSKOSKI, P.A. | Telephone: 575-404-3080 |
| Address: 1300-G El Paseo Rd, Ste. 122, Las Cruces, NM 88001 | |
| Attorney for: Trammel Thomas | |
| Name of Court Reporter: ~~Aspen Blando Court Reporting [1-800-739-4846]~~ Julie Thomas   303-335-2111 | |

**PART II** - Complete SECTION A (if not ordering a transcript) or SECTION B (if ordering transcript(s)).

**SECTION A** - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE
  [ ] A transcript is not necessary for this appeal;
  [ ] The necessary transcript is already on file in District Court; or
  [ ] The necessary transcript was ordered previously in appeal number _____

**SECTION B** - I HEREBY ORDER THE FOLLOWING TRANSCRIPT(S):
  (Specify the date and proceeding in the space below)

Voir dire: _____                    Opening Statements: _____
Trial proceedings: _____            Closing Arguments: _____
Jury Instructions: _____            Other Proceedings: 5/9/18 (status/discussion)
Post-Trial Hearings: _____          Other Proceedings: 5/25/18 (motions)

(Attach additional pages if necessary)

[ ] I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript ordered on this form.

[✓] This case is proceeding under the Criminal Justice Act.
  IF THIS APPEAL IS PROCEEDING UNDER THE CJA PLEASE NOTE YOU MUST ALSO TAKE ALL STEPS REQUIRED IN EVOUCHER IN ORDER TO COMPLETE PAYMENT ARRANGEMENTS.

NOTE: Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. See 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Ordering Party: _[signature]_       Date: 9-3-19

**PART III** - To be completed by the court reporter after satisfactory financial arrangements have been made.

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: 9/18/19
Estimated completion date: 10/18/19
Estimated number of pages: 20 pp. (motions hrg)
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: /s/ Julie Thomas   Date: 9/20/19

A-8  Transcript Order Form 3/2017