1           IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLORADO

3

   Criminal Action No. 16-cr-00054-WJM-2

4

5    UNITED STATES OF AMERICA,

6           Plaintiff,

7           vs.

8    TRAMMEL THOMAS,

9           Defendant.

10   ----------------------------------------------------------------

11       TRANSCRIPT OF ELECTRONICALLY RECORDED PROCEEDINGS
                        MOTION HEARING

12   ----------------------------------------------------------------

13

14          Proceedings before the HONORABLE NINA Y. WANG,
     Magistrate Judge, United States District Court for the
     District of Colorado, commencing at 1:38 p.m. on the 25th day

15   of May, 2018, in Courtroom C204, Byron G. Rogers United States
     Courthouse, Denver, Colorado.

16                        APPEARANCES

17
     For the Plaintiff:
18   BRYAN P. FIELDS, Assistant U.S. Attorney, UNITED STATES
     ATTORNEY'S OFFICE, 1801 California Street, Suite 1600, Denver,
19   CO 80202

20   For the Defendant:
     THOMAS E. GOODREID, Attorney at Law, 1801 Broadway, Suite
21   1100, Denver, CO 80202

22   DANIEL T. SMITH, Attorney at Law, 4582 South Ulster,
     Suite 1400, Denver, CO 80237 (Appearing telephonically)
23

24   Transcriber:
         JULIE H. THOMAS, RMR, CRR, 901 19th Street, Room A256,
25         Denver, CO 80294, (303)296-3056  (CA CSR No. 9162)

1          (Proceedings commenced 1:38 p.m.,

2      August 25, 2018.)

3              THE COURT:  Thank you.  Please be seated.

4              We are here in 16-cr-0054-WJM, United States of

5   America versus Trammel Thomas.  Can I have appearances of

6   counsel, please.

7              MR. FIELDS:  Good afternoon, Your Honor.  Bryan

8   Fields for the United States.

9              THE COURT:  Good afternoon, Mr. Fields.

10             MR. GOODREID:  Good afternoon, Your Honor.  Thomas

11  Goodreid on behalf of Mr. Thomas.  He is seated, present -- he

12  is present, seated to my right in custody.  And Mr. Smith, my

13  cocounsel, appears via the phone with the Court's permission,

14  for which we thank you.

15             THE COURT:  All right.  Good afternoon, Counsel, and

16  good afternoon, Mr. Thomas.

17             We are here on a motion to withdraw as counsel filed

18  by Defendant Thomas's counsel of record.

19             Before I ask the prosecutor to step out so that I can

20  have a conversation with Mr. Thomas and his counsel with

21  respect to the motion to withdraw, Mr. Fields, I wanted to

22  give the Government an opportunity, if you have a position

23  with respect to the motion to withdraw, to address the Court

24  and for me to take that into consideration.

25             MR. FIELDS:  Your Honor, we have no position on the

1    motion.

2              THE COURT:  All right.  Thank you.  So if I can ask

3    you, Mr. Fields, to step out.

4              And then we'll also restrict the record in this case

5    so that it's clear that this conversation, which might

6    implicate issues that are subject to the attorney-client

7    privilege, those concerns can be ameliorated by restricting

8    the record in this case.

9         (Restricted proceedings contained in sealed

10         transcript.)

11                    *      *      *      *      *

12             THE COURT:  All right.  So the next thing that is

13   pending before us, just to take care of a housekeeping matter

14   that I didn't rule upon because I saw that the motion to

15   withdraw had come in, was defense counsel's unopposed motion

16   to continue the time of the revocation hearing.

17             So we had set a revocation hearing, the last time we

18   were all together for a status, for Tuesday, May 30th, at

19   10:30 a.m.  It's become clear, from the unopposed motion, that

20   that doesn't work for Mr. Smith.  And so the afternoon of

21   May 31st, you-all had indicated that that would be available

22   to you all.  Is it still available to you all?

23             MR. FIELDS:  It is for the Government, Your Honor.

24             MR. SMITH:  It is for the defense, Your Honor.

25             THE COURT:  So when I'm looking at my own schedule,

1   looking at what I have on the afternoon of May 31st, I need to

2   ask you-all probably a difficult question, which is:  My

3   docket is actually fairly tied up that afternoon.  If the

4   marshals can accommodate it, I can accommodate you at

5   1 o'clock p.m., but I wouldn't be able to get to you-all -- I

6   would only be able to get you an hour of my time.  If you

7   think the revocation hearing is going to take more than an

8   hour potentially, then I would need to set you on a different

9   day.

10          MR. FIELDS:  Your Honor, I think it probably will

11  take a little bit more than an hour, and I don't want to be

12  rushed.

13          THE COURT:  Mm-hmm.

14          MR. FIELDS:  So if that date doesn't work -- the

15  afternoon of the 30th does work.  The only issue is we won't

16  have the probation officer who is specifically assigned to

17  Mr. Thomas's case, but someone from Probation can be here that

18  afternoon.

19          THE COURT:  All right.  So it's your -- I mean, it's

20  really up to you-all.  I can accommodate you in -- I am on

21  criminal duty on the afternoon of May 30th, so that's a little

22  bit easier because I'm not trying to balance you with a civil

23  docket that's already been set.  I could accommodate you-all

24  at 1:30 that afternoon so long as it works for the marshals.

25          The marshals will have you here.  And I'm actually on

```
 1   criminal duty that day, so they won't at least have to run

 2   around, and they can just bring you-all here.

 3          So if it works for you-all at 1:30 on May 30th, and I

 4   think it's Mr. Smith who may have a conflict in the morning,

 5   then we can proceed on the afternoon of May 30th at 1:30.

 6          MR. FIELDS:  That works for the Government, Your

 7   Honor.

 8          THE COURT:  All right.

 9          MR. FIELDS:  Thank you very much.

10          MR. SMITH:  I am in hopes it works for me, Your

11   Honor.  I do have the conflict in the morning, and I am

12   hopeful that by that time I will physically be capable of

13   standing and sitting for long enough periods to be in court.

14          THE COURT:  All right.  And, Mr. Goodreid, if

15   Mr. Smith is not available, will you be available?

16          MR. GOODREID:  Yes, Your Honor.

17          THE COURT:  Okay.  So let's grant that unopposed

18   motion to reset the revocation hearing from 10:30 on May 30th

19   to 1:30 on May 30th.

20          Mr. Smith, to the extent that you cannot appear in

21   person, you can participate by telephone just the way you have

22   today, although it will be, obviously, difficult for you to

23   actually speak to your client because of --

24          MR. SMITH:  Certainly.

25          THE COURT:  -- telephonic issues.  Okay?
```

1          MR. FIELDS:  Your Honor, one more --

2          THE COURT:  Yes.

3          MR. FIELDS:  Sorry.

4          THE COURT:  No, go ahead.

5          MR. FIELDS:  Also on the 30th we had planned to have

6    the marshal and the probation officer from Arizona also here

7    by telephone.  So I just wanted to bring that to the Court's

8    attention in case we have sort of telephone-by-telephone

9    cross-examination.  That might pose some difficulty.

10          THE COURT:  So maybe this is what we should do, and I

11   didn't think about this.  If I have a criminal docket starting

12   at 2:00, 1:30 is not going to give you enough time.  So if we

13   set you-all for after the criminal docket, as opposed to

14   before the criminal docket, I am hopeful that there won't be

15   too many new arrests and the schedule should be set -- fairly

16   set -- it should be set by today, honestly, about what my

17   docket will look like on Wednesday afternoon.

18          So if we set you-all for 2:30 or 3:00 instead, that

19   would give us time to put in place, if you need it,

20   videoconferencing.  I don't know what you-all need

21   technologically, but that might be more helpful.

22          So any objection to setting you-all for 2:30 or just

23   to proceed immediately after the 2 o'clock docket?

24          MR. FIELDS:  No objection here, Your Honor, but just

25   to clarify, I think these witnesses are going to be just by

 1   phone and not by video.

 2           THE COURT:  Okay.  That's fine.

 3           Mr. Goodreid or Mr. Smith, 2:30?

 4           MR. GOODREID:  No objection.

 5           MR. SMITH:  That's fine with Mr. Smith.  Thank you.

 6           THE COURT:  So, again, we'll grant that motion to --

 7   the unopposed motion to reset the revocation hearing to 2:30

 8   on the afternoon of May 30th or immediately after the

 9   2 o'clock criminal setting.  Okay?

10           Anything further that would be helpful today?

11           MR. FIELDS:  No, Your Honor.  Thank you very much.

12           MR. GOODREID:  Nothing else from the defense, Your

13   Honor.  Thank you.

14           THE COURT:  All right.  Thank you very much.  We will

15   be in recess.

16           MR. SMITH:  Thank you.

17       (Proceedings concluded 1:54 p.m.,

18       August 25, 2018.)

19                   TRANSCRIBER'S CERTIFICATE

20           I, JULIE H. THOMAS, Official Court Reporter for the
     United States District Court for the District of Colorado, a
21   Registered Merit Reporter and Certified Realtime Reporter,
     CA CSR No. 9162, do hereby certify that the foregoing pages
22   are a correct transcription to the best of my ability to hear
     and understand the audio recording and based on the quality of
23   the audio recording from the above-entitled matter.
                 Dated this 17th day of October, 2019.
24
                      _____/s/ Julie H. Thomas_____
25                         Transcriber