**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**November 18, 2019**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

TRAMMEL THOMAS,

    Defendant - Appellant.

No. 19-1209
(D.C. No. 1:16-CR-00054-WJM-2)
(D. Colo.)

_____

**ORDER**
_____

This matter is before the court on further review of the designation of record appellant Trammel Thomas's counsel filed with the district court (but not this court) on July 3, 2019 and in which he designated "[t]he entire docket" in addition to various transcripts. This court's rules require that an appellant designate "[o]nly essential parts of the district court record," *see* 10th Cir. R. 10.4(A), and further provide that a number of documents "may not be included in the record on appeal . . . unless they are relevant to the issues on appeal," 10th Cir. R. 10.4(E) (emphasis added).

Accordingly, the court:

1. Vacates the deadline it previously set for the district court Clerk to transmit the record on appeal; and

2. Directs Mr. Thomas's counsel to file—on or before November 25, 2019— an amended designation of record that complies with Rule 10.4. Pursuant to

10th Cir. R. 10.3(A), counsel should file the amended designation of record with the district court and a copy with this court. *See* 10th Cir. R. 10.3(A).

    Entered for the Court
    ELISABETH A. SHUMAKER, Clerk

    by: Lisa A. Lee
        Counsel to the Clerk