

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

JEFFREY P. COLWELL
CLERK OF COURT

Room A-105
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

December 12, 2019

Clerk
U.S. Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO  80257

RE:   USA v. Carr et al

District Court Case No.   16-cr-54-WJM-2
Court of Appeals Case No.  19-1209

Dear Clerk:

Enclosed please find the Record on Appeal in  (7_)     volume(s) which consist of the following:

Volume I -  Pleadings
Volume II -  Pleadings
Volume III - Restricted Level 2
Volume IV - Restricted Level 3
Volume V -  Restricted Level 4 - Court Only
Volume VI - Unrestricted Transcripts
Volume VII - Restricted Transcripts

JEFFREY P. COLWELL, CLERK

By:  s/  A. Garcia Garcia
Deputy Clerk