APPEAL,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: <u>1:16–cr–00054–WJM</u>–2

Case title: USA v. Carr et al

Date Filed: 02/08/2016
Date Terminated: 06/05/2019

Assigned to: Judge William J. Martinez

Appeals court case number: 19–1209 Tenth Circuit

**<u>Defendant (2)</u>**

| | | |
|---|---|---|
| **Trammel Thomas**<br>*TERMINATED: 06/05/2019* | represented by | **Trammel Thomas**<br>#57094408<br>ENGLEWOOD<br>FEDERAL CORRECTIONAL INSTITUTION<br>Inmate Mail/Parcels<br>9595 WEST QUINCY AVENUE<br>LITTLETON, CO 80123<br>PRO SE<br><br>**Michael Gary Root**<br>Michael G. Root, Attorney at Law<br>217 East Seventh Avenue<br>Denver, CO 80203<br>303–318–7181<br>Fax: 303–318–7182<br>Email: mroot@mikerootlaw.com<br>*TERMINATED: 01/05/2017*<br>*LEAD ATTORNEY*<br>*Designation: CJA Appointment*<br><br>**Daniel T. Smith**<br>Daniel T. Smith, Attorney at Law<br>4582 South Ulster<br>Suite 1400<br>Denver, CO 80237<br>303–860–8100<br>Fax: 303–860–8018<br>Email: danieltsmith@qwestoffice.net<br>*TERMINATED: 08/08/2018*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**Renee V. Cooper**<br>Cooper & Associates, LLC |

501 South Cherry Street
Suite 1100
Denver, CO 80246
303−831−1021
Fax: 303-831-1025
Email: attyrcooper@gmail.com
*TERMINATED: 03/15/2017*
*ATTORNEY TO BE NOTICED*

**Tasha Anya Steward**
Tasha A. Steward, LLC, Law Office of
3570 E. 12th Ave
Denver, CO 80206
720−772−6145
Fax: 720.815.3884
Email: tsteward@tstewardlaw.com
*TERMINATED: 06/13/2019*
*Designation: Retained*

**Thomas Edward Goodreid**
Thomas E. Goodreid, Attorney at Law
1801 Broadway
Suite 1400
Denver, CO 80202
303−296−2048
Fax: 303−292−0522
Email: t.goodreid@comcast.net
*TERMINATED: 08/08/2018*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:286.F Conspiracy to Defraud the Government with Respect to Claims (1) | Dismissed. |
| 18 U.S.C. § 286 Conspiracy to Defraud the Government with Respect to Claims (1s) | Defendant sentenced to 120 months imprisonment as to Counts 1 through 7, to run concurrently. 3 years of supervised release as to Counts 1 through 7, to run concurrently. $700 special assessment fee. $563,890.85 restitution joint and several with co−defendants. |
| 18:1343.F Wire Fraud (2−7) | Dismissed. |
| 18 U.S.C. § 1341 Aiding and Abetting Mail Fraud (2s−7s) | Defendant sentenced to 120 months imprisonment as to Counts 1 through 7, to run concurrently. 3 years of supervised release as to Counts 1 through 7, to run concurrently. $700 special assessment fee. $563,890.85 restitution joint and several with co−defendants. |

| | |
|---|---|
| 18:1343.F Wire Fraud (8–13) | Dismissed. |
| 18:1341.F Mail Fraud (14–26) | Dismissed. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| **USA** | represented by | **Daniel Edward Burrows** |
|---|---|---|

U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0201
Email: daniel.burrows@usdoj.gov
*TERMINATED: 10/06/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Martha Ann Paluch**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Fax: 303–454–0402
Email: Martha.Paluch@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Beth N. Gibson**
U.S. Attorney's Office–Denver

1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Fax: 303–454–0406
Email: Beth.Gibson@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Bryan David Fields**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Fax: 303–454–0402
Email: bryan.fields3@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Paul Farley**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0361
Email: paul.farley2@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/08/2016 | 1 | | INDICTMENT as to Heather Carr (1) count(s) 1, 2–13, 14–26, 27–29, Trammel Thomas (2) count(s) 1, 2–13, 14–26, Mercedes Diaz (3) count(s) 1, 20–21. (Attachments: # 1 Criminal Information Sheet, # 2 Criminal Information Sheet, # 3 Criminal Information Sheet) (cthom, ) (Entered: 02/09/2016) |
| 02/08/2016 | 2 | | RESTRICTED DOCUMENT – Level 4: as to Heather Carr, Trammel Thomas, Mercedes Diaz. (cthom, ) (Entered: 02/09/2016) |
| 02/08/2016 | 4 | | Arrest Warrant Issued in case as to Trammel Thomas. (cthom, ) (Entered: 02/09/2016) |
| 03/08/2016 | 8 | | Arrest of Trammel Thomas in Arizona. Initial Appearance set for 3/29/2016 02:00 PM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. (Text Only entry)(morti, ) (Entered: 03/08/2016) |
| 03/09/2016 | 11 | | Rule 5(c)(3) Documents Received as to Trammel Thomas from the District of Arizona in Phoenix. (nmarb, ) (Entered: 03/09/2016) |
| 03/29/2016 | 25 | | COURTROOM MINUTES for Initial Appearance as to Trammel Thomas held on 3/29/2016 before Magistrate Judge Kathleen M. Tafoya. Defendant present on bond and advised. Criminal Justice Act counsel appointed. Arraignment |

| | | | |
|---|---|---|---|
| | | | and Discovery hearings set for 4/5/2016 10:00 AM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. Discussion regarding waiving the Defendant's appearance for the next set of hearings since he resides in Arizona. Defendant is advised to discuss the waiver with counsel. Defendant's bond continued. (Total time: 9 mins, Hearing time: 219–228)<br><br>**APPEARANCES**: Martha Paluch on behalf of the Government, Pat Hanley on behalf of pretrial. FTR: KMT C201. (sgrim) Text Only Entry (Entered: 03/29/2016) |
| 03/29/2016 | 26 | | ORDER APPOINTING CJA COUNSEL as to Trammel Thomas by Magistrate Judge Kathleen M. Tafoya on 3/29/16. Text Only Entry (sgrim, ) (Entered: 03/29/2016) |
| 03/29/2016 | 27 | | CJA 23 Financial Affidavit by Trammel Thomas. (sgrim, ) (Entered: 03/29/2016) |
| 03/29/2016 | 28 | | CJA 20/30 Appointment of Michael Gary Root for Trammel Thomas by Magistrate Judge Kathleen M. Tafoya on 3/29/2016. (shugh) (Entered: 03/30/2016) |
| 03/29/2016 | 41 | | Utility Setting/Resetting Deadlines/Hearings as to Trammel Thomas: Discovery Hearing set for 4/5/2016 10:00 AM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty, original setting terminated in error. Text Only Entry (cthom, ) (Entered: 04/04/2016) |
| 03/31/2016 | 30 | | MOTION to Disclose Grand Jury Material to Defendant by USA as to Heather Carr, Trammel Thomas, Mercedes Diaz. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 03/31/2016) |
| 03/31/2016 | 31 | | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Trammel Thomas (Root, Michael) Modified on 4/4/2016 (nmarb, ). (Entered: 03/31/2016) |
| 03/31/2016 | 33 | | ORDER granting 30 Motion to Disclose Grand Jury Material as to Heather Carr (1), Trammel Thomas (2), Mercedes Diaz (3) by Judge William J. Martinez on 03/31/2016. (cthom, ) (Entered: 03/31/2016) |
| 03/31/2016 | 34 | | Unopposed MOTION for Protective Order *Regarding Grand Jury Material and Personal Identifying Information of Third Parties* by USA as to Heather Carr, Trammel Thomas, Mercedes Diaz. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 03/31/2016) |
| 04/01/2016 | 35 | | ORDER Setting Trial Date and Related Deadlines as to Heather Carr, Trammel Thomas, Mercedes Diaz: Motions due by 5/3/2016. Responses due by 5/13/2016. 6 day Jury Trial set for 5/31/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Trial Preparation Conference set for 5/24/2016 at 03:00 PM in Courtroom A 801 before Judge William J. Martinez. ORDERED by Judge William J. Martinez on 04/01/2016. (cthom, ) (Entered: 04/01/2016) |
| 04/01/2016 | 36 | | ORDER granting 34 Motion for Stipulated Protective Order as to Heather Carr (1), Trammel Thomas (2), Mercedes Diaz (3) by Judge William J. Martinez on 04/01/2016. (cthom, ) (Entered: 04/01/2016) |
| 04/01/2016 | 37 | | |

| | | | |
|---|---|---|---|
| | | | ORDER on Procedures as to Heather Carr, Trammel Thomas, Mercedes Diaz, by Judge William J. Martinez on 04/01/2016. (cthom, ) (Entered: 04/01/2016) |
| 04/01/2016 | 38 | | ORDER Regarding Joint Defense Agreement Disclosures as to Heather Carr, Trammel Thomas, Mercedes Diaz, by Judge William J. Martinez on 04/01/2016. (cthom, ) (Entered: 04/01/2016) |
| 04/01/2016 | 39 | | Utility Setting/Resetting Deadlines/Hearings pursuant to 35 as to Heather Carr, Trammel Thomas, Mercedes Diaz: Text Only Entry Motions due by 5/3/2016. Responses due by 5/13/2016. 6 day Jury Trial set for 5/31/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Trial Preparation Conference set for 5/24/2016 at 03:00 PM in Courtroom A 801 before Judge William J. Martinez. (cthom, ) (Entered: 04/04/2016) |
| 04/04/2016 | 40 | | MINUTE ORDER granting 31 WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Trammel Thomas (2) by Magistrate Judge Michael E. Hegarty on 04/04/2016. The Arraignment set for 4/5/2016 is CANCELED. The Discovery Hearing is still on the Court's docket. Text Only Entry. (mdave, ) (Entered: 04/04/2016) |
| 04/05/2016 | 42 | | COURTROOM MINUTES/MINUTE ENTRY for proceedings held before Magistrate Judge Michael E. Hegarty: Arraignment and Discovery Hearing as to Trammel Thomas held on 4/5/2016. Plea of NOT GUILTY entered by defendant. Defendant appearance waived, Discovery memorandum executed, Defendants bond continued, Counsel is directed to chambers, (Total time: 3 mins, Hearing time: 10:07–1010 a.m.)<br><br>**APPEARANCES**: Martha Pollack on behalf of the Government, Michael Root on behalf of the defendant, Michelle Sinaka on behalf of pretrial. FTR: Courtroom A501. (mdave, ) Text Only Entry (Entered: 04/05/2016) |
| 04/05/2016 | 43 | | Discovery Conference Memorandum and ORDER: Estimated Trial Time – 8 days as to Trammel Thomas by Magistrate Judge Michael E. Hegarty on 04/05/2016. (mdave, ) (Entered: 04/05/2016) |
| 04/19/2016 | 45 | | ORDER granting 44 Motion to Exclude as to Heather Carr (1). All days from today, to and including July 18, 2016, shall be excluded from the Speedy Trial Clock as to **ALL Defendants** ; The 6–day Jury Trial set to commence on May 31, 2016 and the Final Trial Preparation Conference set for May 24, 2016 at 3:00 p.m. are hereby **VACATED as to ALL Defendants**. The Court will enter a separate Order resetting the Trial date and related deadlines. ORDERED by Judge William J. Martinez on 04/19/2016. (cthom, ) (Entered: 04/19/2016) |
| 04/19/2016 | 46 | | ORDER Resetting Trial Date and Related Deadlines as to Heather Carr, Trammel Thomas, Mercedes Diaz: Motions due by 8/1/2016. Responses due by 8/11/2016. 6 day Jury Trial set for 8/29/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Trial Preparation Conference set for 8/19/2016 at 04:00 PM in Courtroom A 801 before Judge William J. Martinez. Ordered by Judge William J. Martinez on 04/19/2016. (cthom, ) (Entered: 04/19/2016) |
| 04/20/2016 | 49 | | NOTICE *REGARDING OF JOINT DEFENSE AGREEMENT* by Trammel Thomas (Root, Michael) (Entered: 04/20/2016) |

| 04/20/2016 | 50 | | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 49 Notice (Other) : The format for the attorneys signature block is not correct. **DO NOT REFILE THE DOCUMENT. Action to take – future documents must be filed pursuant to** D.C.COLO.LCr49.1(a) and 4.3(d) of the Electronic Case Filing Procedures (Criminal Cases). (Text Only Entry) (cthom, ) (Entered: 04/20/2016) |
| 04/27/2016 | 51 | | MOTION to Continue *Trial* by Trammel Thomas. (Root, Michael) (Entered: 04/27/2016) |
| 04/27/2016 | 52 | | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 51 MOTION to Continue *Trial* : The format for the attorneys signature block is not correct. **DO NOT REFILE THE DOCUMENT. Action to take – future documents must be filed pursuant to** D.C.COLO.LCr49.1(a) and 4.3(d) of the Electronic Case Filing Procedures (Criminal Cases). (Text Only Entry) (cthom, ) (Entered: 04/27/2016) |
| 04/28/2016 | 53 | | CJA 21/31 Request for Service as to Trammel Thomas. (Attachments: # 1 CJA Attachment)(Root, Michael) (Entered: 04/28/2016) |
| 05/01/2016 | 54 | | MOTION to Exclude *An Additional 60 Days From Speedy Trial* by Trammel Thomas. (Root, Michael) (Entered: 05/01/2016) |
| 05/02/2016 | 55 | | ORDER granting 54 Motion to Exclude as to Trammel Thomas (2). All days from September 4, 2016, to and including November 3, 2016, shall be excluded from the Speedy Trial Clock as to **ALL Defendants** ; The 6–day Jury Trial set to commence on August 29, 2016 and the Final Trial Preparation Conference set for August 19, 2016 are hereby VACATED as to **ALL Defendants**. ORDERED by Judge William J. Martinez on 05/02/2016. (cthom, ) (Entered: 05/02/2016) |
| 05/10/2016 | 56 | | CJA 21/31 Authorization for Service as to Trammel Thomas by Judge William J. Martinez on 5/10/2016. (shugh) (Entered: 05/10/2016) |
| 05/11/2016 | 57 | | ORDER Resetting Trial Dates and Related Deadlines as to Heather Carr, Trammel Thomas, Mercedes Diaz: Motions due by 9/23/2016. Responses due by 10/3/2016. 6 day Jury Trial set for 10/24/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Trial Preparation Conference set for 10/17/2016 at 02:00 PM in Courtroom A 801 before Judge William J. Martinez. There will be no trial day on Friday October 28th, accordingly, the trial will extend to November 1st. ORDERED by Judge William J. Martinez on 05/11/2016. (cthom, ) Modified on 5/11/2016 (cthom, ). (Entered: 05/11/2016) |
| 05/11/2016 | 58 | | Utility Setting/Resetting Deadlines/Hearings as to Heather Carr, Trammel Thomas, Mercedes Diaz: Text Only Entry Jury Trial set for 10/24/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 10/25/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 10/26/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 10/27/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 10/31/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 11/1/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. (cthom, ) (Entered: 05/11/2016) |

| 05/17/2016 | 59 | | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on Defendant's Motion to Continue Jury Trial Set for August 28, 2016 51 . Because the Defendant has since filed a Motion to Exclude 60 Additional Days from the Requirement of the Speedy Trial Act 54 , which was granted at 55 Order Granting Defendant Thomas' Unopposed Motion to Exclude 60 Additional Days from the Requirement of the Speedy Trial Act, the Court DENIES the Motion to Continue Jury Trial 51 as MOOT. SO ORDERED. by Judge William J. Martinez on 05/17/2016. Text Only Entry (wjmsec, ) (Entered: 05/17/2016) |
|---|---|---|---|
| 08/30/2016 | 71 | | MOTION to Exclude *an Additional 90 days from speedy trial* by Trammel Thomas. (Root, Michael) (Entered: 08/30/2016) |
| 08/30/2016 | 72 | | MOTION to Continue *Trial of October 25, 2016* by Trammel Thomas. (Root, Michael) (Entered: 08/30/2016) |
| 08/30/2016 | 73 | | ORDER granting 71 Motion to Exclude as to Trammel Thomas (2); Denying as moot 72 Motion to Continue as to Trammel Thomas (2). **All days from November 4, 2016, to and including February 2, 2017, shall be excluded from the Speedy Trial Clock as to ALL Defendants**. The 6–day Jury Trial set to commence on October 24, 2016 and the Final Trial Preparation Conference set for October 17, 2016 are hereby **VACATED as to ALL Defendants**. ORDERED by Judge William J. Martinez on 08/30/2016. (cthom, ) Modified to add text on 8/30/2016 (cthom, ). (Entered: 08/30/2016) |
| 08/31/2016 | 74 | | ORDER Re–setting Trial Date and Related Deadlines as to Heather Carr, Trammel Thomas. Motions due by 1/2/2017. Responses due by 1/12/2017. 6 day Jury Trial set for 1/30/2017 08:30 AM in Courtroom A 801 before Judge William J. Martinez; the trial will conclude on Tuesday, February 7, 2017, with no trial being held on Friday, February 3, 2017. Trial Preparation Conference set for 1/23/2017 at 10:30 AM in Courtroom A 801 before Judge William J. Martinez. ORDERED by Judge William J. Martinez on 08/31/2016. (cthom, ) (Entered: 08/31/2016) |
| 10/05/2016 | 77 | | NOTICE OF ATTORNEY APPEARANCE Beth N. Gibson appearing for USA. Attorney Beth N. Gibson added to party USA(pty:pla) (Gibson, Beth) (Entered: 10/05/2016) |
| 10/05/2016 | 78 | | MOTION to Withdraw as Attorney by Daniel E. Burrows by USA as to Heather Carr, Trammel Thomas, Mercedes Diaz. (Attachments: # 1 Proposed Order (PDF Only))(Burrows, Daniel) (Entered: 10/05/2016) |
| 10/06/2016 | 79 | | ORDER as to **Heather Carr (1), Trammel Thomas (2), and Mercedes Diaz (3)** granting the Motion to Withdraw 78 : The Motion is GRANTED for good cause shown. Daniel Burrows is hereby granted leave to withdraw from this case. The Clerk shall terminate all further CM/ECF notifications to Mr. Burrows in this case. SO ORDERED by Judge William J. Martinez on 10/06/2016. Text Only Entry (wjmsec, ) (Entered: 10/06/2016) |
| 11/15/2016 | 87 | | ORDER as to **Trammel Thomas (2)**: This matter is before the Court *sua sponte*. In light of the filing of notice of dispositions for the other two Defendants in this case, leaving Defendant Thomas as the only remaining Defendant, the 6 day Jury Trial set to begin on January 30, 2017 is hereby **VACATED and RESET to a 5 day Jury Trial set to begin on January 30, 2017 at 8:30 a.m.** in Courtroom A801. The Trial will conclude on Friday, |

| | | | |
|---|---|---|---|
| | | | February 3, 2017. The Final Trial Preparation Conference remains set for **January 23, 2017 at 10:30 a.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards to ensure compliance with all deadlines triggered by the dates of the Final Trial Preparation Conference and Trial. SO ORDERED by Judge William J. Martinez on 11/15/2016. Text Only Entry (wjmsec, ) (Entered: 11/15/2016) |
| 11/28/2016 | 88 | | **WITHDRAWN** NOTICE of Disposition by Trammel Thomas (Root, Michael) Modified on 5/15/2017 Pursuant to 152 Order (angar, ). (Entered: 11/28/2016) |
| 11/28/2016 | 89 | | ORDER Setting Change of Plea Hearing as to **Trammel Thomas (2)**: Pursuant to the Notice of Disposition 88 filed by the Defendant, a **Change of Plea Hearing is hereby set for December 28, 2016 at 3:00 p.m. in Courtroom A801. The dates set for the Final Trial Preparation Conference and Trial are hereby VACATED.** Counsel for the parties shall e–mail to Chambers courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement and Statement of Facts" no later than **12:00 p.m. on December 21, 2016**. If these documents are not timely submitted, the hearing may be vacated. The signed original and one copy of these documents must also be given to the courtroom deputy at the time of the hearing, pursuant to D.C.COLO.LCrR 11.1E. It is FURTHER ORDERED that defense counsel who reviewed and advised Defendant regarding the plea agreement must attend this Change of Plea Hearing. Pursuant to WJM Revised Practice Standard IX.1.1.c the AUSA assigned to this matter must also be present at the hearing. If that AUSA cannot attend in person, s/he must be present by phone and a fully–briefed substitute AUSA must be physically present in the courtroom at the time of the hearing. SO ORDERED by Judge William J. Martinez on 11/28/2016. Text Only Entry (wjmsec, ) (Entered: 11/28/2016) |
| 11/28/2016 | 90 | | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 88 Notice of Disposition filed by attorney Michael Root. The format for the attorneys signature block is not correct; missing attorney contact information. **DO NOT REFILE THE DOCUMENT. Action to take –** future documents must be filed pursuant to D.C.COLO.LCr49.1(a) and 4.3(d) of the Electronic Case Filing Procedures (Criminal Cases). The document is also missing the certificate of service page. (Text Only Entry) (cthom, ) (Entered: 11/28/2016) |
| 12/21/2016 | 97 | | ORDER as to **Trammel Thomas (2)**: At the Change of Plea Hearing set for December 28, 2016, the parties should be prepared to discuss whether, pursuant to 18 U.S.C. § 3143, Defendant Thomas should remain on pretrial release pending imposition of his sentence, or whether his bond should be revoked and he should be remanded at the conclusion of the Change of Plea Hearing. SO ORDERED by Judge William J. Martinez on 12/21/2016. Text Only Entry (wjmsec, ) (Entered: 12/21/2016) |
| 12/21/2016 | 98 | | MOTION to Withdraw as Attorney *for Trammel Thomas* by Michael Root by Trammel Thomas. (Root, Michael) (Entered: 12/21/2016) |
| 12/21/2016 | 99 | | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 98 MOTION to Withdraw as Attorney *for Trammel Thomas* by Michael Root filed by attorney Michael Root. The format |

| | | | |
|---|---|---|---|
| | | | for the attorneys signature block is not correct; missing attorney contact information. The Certificate of Service page is also incomplete. **DO NOT REFILE THE DOCUMENT. Action to take –** future documents must be filed pursuant to D.C.COLO.LCr49.1(a) and 4.3(d) of the Electronic Case Filing Procedures (Criminal Cases). (Text Only Entry) (cthom, ) (Entered: 12/21/2016) |
| 12/21/2016 | 100 | | MEMORANDUM regarding 98 MOTION to Withdraw as Attorney *for Trammel Thomas* by Michael Root filed by Trammel Thomas. Motion(s) referred to Magistrate Judge Michael E. Hegarty. by Judge William J. Martinez on 12/21/2016. Text Only Entry (wjmsec, ) (Entered: 12/21/2016) |
| 12/21/2016 | 101 | | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on Defense Counsel's Motion to Withdraw and Appointment of New CJA Counsel 98 . This Motion has been referred to United States Magistrate Judge Michael E. Hegarty 100 . The Change of Plea Hearing set for Wednesday, December 28, 2016 at 3:00 p.m. is hereby **VACATED**. In the event the referred Motion to Withdraw is granted, upon the entry of appearance of Defendant Thomas' new counsel, s/he and counsel for the Government are DIRECTED to jointly contact Chambers (303–335–2805) to inform the Court of their available dates to reset the Change of Plea Hearing. SO ORDERED by Judge William J. Martinez on 12/21/2016. Text Only Entry (wjmsec, ) (Entered: 12/21/2016) |
| 12/22/2016 | 102 | | ORDER Setting Hearing on Motion as to Trammel Thomas. 98 MOTION to Withdraw as Attorney *for Trammel Thomas* by Michael Root by Magistrate Judge Michael E. Hegarty on 12/22/2016. Motion Hearing set for 1/5/2017 02:00 PM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. Text Only Entry (mdave, ) (Entered: 12/22/2016) |
| 01/03/2017 | 103 | | Unopposed MOTION to Continue *Sentencing* by Mercedes Diaz as to Heather Carr, Trammel Thomas, Mercedes Diaz. (Rathod, Siddhartha) (Entered: 01/03/2017) |
| 01/03/2017 | 104 | | MOTION to Excuse *Mr. Thomas' Presence at January 5 Hearing* by Trammel Thomas. (Root, Michael) (Entered: 01/03/2017) |
| 01/03/2017 | 105 | | Amended MOTION to Excuse *Mr. Thomas' Presence at January 5 Hearing* by Trammel Thomas. (Root, Michael) (Entered: 01/03/2017) |
| 01/05/2017 | 107 | | MEMORANDUM regarding 105 Amended MOTION to Excuse *Mr. Thomas' Presence at January 5 Hearing* filed by Trammel Thomas. Motion(s) referred to Magistrate Judge Michael E. Hegarty, by Judge William J. Martinez on 01/05/2017. Text Only Entry (wjmlc1) (Entered: 01/05/2017) |
| 01/05/2017 | 108 | | ORDER granting 105 Motion to Excuse as to Trammel Thomas (2) by Magistrate Judge Michael E. Hegarty on 01/05/2017. Trammel Thomas is excused from the motion hearing set for 1/5/2017. Text Only Entry (mdave, ) (Entered: 01/05/2017) |
| 01/05/2017 | 109 | | COURTROOM MINUTES/MINUTE ENTRY for proceedings held before Magistrate Judge Michael E. Hegarty: granting 98 Motion to Withdraw as Attorney. Michael Gary Root withdrawn from case as to Trammel Thomas (2); Motion Hearing as to Trammel Thomas held on 1/5/2017. Defendant not present, CJA counsel is appointed. (Total time: 3 mins, Hearing time: |

| | | | |
|---|---|---|---|
| | | | 1:58–2:01 p.m.)<br><br>**APPEARANCES**: Beth Gibson on behalf of the Government, Michael Root on behalf of the defendant. FTR: Courtroom A501. (mdave, ) Text Only Entry (Entered: 01/05/2017) |
| 01/05/2017 | 110 | | ORDER APPOINTING COUNSEL as to Trammel Thomas by Magistrate Judge Michael E. Hegarty on 01/05/2017. CJA counsel is reappointed. (mdave, ) (Entered: 01/05/2017) |
| 01/06/2017 | 111 | | NOTICE OF ATTORNEY APPEARANCE: Renee Cooper appearing for Trammel ThomasAttorney Renee Cooper added to party Trammel Thomas(pty:dft) (Cooper, Renee) (Entered: 01/06/2017) |
| 01/19/2017 | 112 | | ORDER as to **Trammel Thomas (2)**: This matter is before the Court upon communication with Counsel regarding the resetting of the Change of Plea Hearing for Defendant Thomas. The Change of Plea Hearing is hereby **RESET to March 10, 2017 at 10:00 a.m.** in Courtroom A801. Counsel for the parties shall e–mail to Chambers courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement and Statement of Facts" no later than **12:00 p.m. on March 3, 2017**. If these documents are not timely submitted, the hearing may be vacated. The signed original and one copy of these documents must also be given to the courtroom deputy at the time of the hearing, pursuant to D.C.COLO.LCrR 11.1E. It is FURTHER ORDERED that defense counsel who reviewed and advised Defendant regarding the plea agreement must attend this Change of Plea Hearing. Pursuant to WJM Revised Practice Standard IX.I.1.c the AUSA assigned to this matter must also be present at the hearing. If that AUSA cannot attend in person, s/he must be present by phone and a fully–briefed substitute AUSA must be physically present in the courtroom at the time of the hearing. It is FURTHER ORDERED that at the Change of Plea Hearing, the parties should be prepared to discuss whether, pursuant to 18 U.S.C. § 3143, Defendant Thomas should remain on pretrial release pending imposition of his sentence, or whether his bond should be revoked and he should be remanded at the conclusion of the Change of Plea Hearing. SO ORDERED by Judge William J. Martinez on 1/19/2017. Text Only Entry (wjmsec, ) (Entered: 01/19/2017) |
| 02/01/2017 | 113 | | NOTICE of Change of Address/Contact Information (Paluch, Martha) (Entered: 02/01/2017) |
| 02/01/2017 | 114 | | NOTICE of Change of Address/Contact Information (Burrows, Daniel) (Entered: 02/01/2017) |
| 03/02/2017 | 118 | | ORDER as to **Trammel Thomas (2)**: This matter is before the Court *sua sponte*. The Change of Plea Hearing currently set for **March 10, 2017 at 10:00 a.m. in Courtroom A801 is hereby VACATED and will be RESET at a later date**. SO ORDERED by Judge William J. Martinez on 3/2/2017. Text Only Entry (wjmsec, ) (Entered: 03/02/2017) |
| 03/02/2017 | 119 | | First MOTION to Withdraw Document *88 Notice of Disposition* by Trammel Thomas. (Attachments: # 1 Exhibit Exhibit A)(Cooper, Renee) (Entered: 03/02/2017) |
| 03/14/2017 | 121 | | |

| | | | MOTION to Withdraw as Attorney by Renee Cooper by Trammel Thomas. (Cooper, Renee) (Entered: 03/14/2017) |
|---|---|---|---|
| 03/15/2017 | 122 | | ORDER as to **Trammel Thomas (2)** granting Attorney Renee Cooper's Motion to Withdraw as Counsel 121 : The Motion is GRANTED for good cause shown. Renee Cooper is hereby granted leave to withdraw from this case. New counsel from the CJA Panel shall be appointed to represent Defendant Thomas. The Change of Plea Hearing will be reset upon the entry of appearance of new counsel for Defendant Thomas. SO ORDERED by Judge William J. Martinez on 3/15/2017. Text Only Entry (wjmsec, ) (Entered: 03/15/2017) |
| 03/15/2017 | 123 | | ORDER APPOINTING COUNSEL as to Trammel Thomas pursuant to 122 Order by Judge William J. Martinez on 3/15/2017. Text Only Entry (wjmsec, ) (Entered: 03/15/2017) |
| 03/16/2017 | 124 | | NOTICE OF ATTORNEY APPEARANCE: Daniel T. Smith appearing for Trammel ThomasAttorney Daniel T. Smith added to party Trammel Thomas(pty:dft) (Smith, Daniel) (Entered: 03/16/2017) |
| 03/17/2017 | 125 | | ORDER as to **Trammel Thomas (2)**: Pursuant to this Court's Order 122 and the Notice of Attorney Appearance of Daniel T. Smith as Defendant Thomas' new counsel, the Change of Plea Hearing for Defendant Thomas is hereby **RESET to April 26, 2017 at 10:00 a.m.**, in Courtroom A801. Counsel for the parties shall e–mail to Chambers courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement and Statement of Facts" no later than **12:00 p.m. on April 19, 2017**. SO ORDERED by Judge William J. Martinez on 3/17/2017. Text Only Entry (wjmsec, ) (Entered: 03/17/2017) |
| 03/29/2017 | 126 | | MOTION to Vacate *and motion to exclude 90 days from speedy trial calculation* by Trammel Thomas. (Smith, Daniel) (Entered: 03/29/2017) |
| 04/03/2017 | 127 | | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on Defendant's Unopposed Motion to Vacate Hearing and to Exclude 90 Days from the Requirements of the Speedy Trial Act 126 . A Status Conference to discuss the matters raised in the Motion is hereby **SET for April 21, 2017 at 10:30 a.m.** in Courtroom A801. SO ORDERED by Judge William J. Martinez on 4/3/2017. Text Only Entry (wjmsec, ) (Entered: 04/03/2017) |
| 04/04/2017 | 128 | | AMENDED ORDER 127 as to **Trammel Thomas (2)**: At the Status Conference set for April 21, 2017, Defendant Thomas's appearance is MANDATORY, but the Court hereby grants leave for him to appear telephonically, presuming he continues to reside in Arizona. Defendant's Counsel, Mr. Smith, must contact Chambers at (303) 335–2805 on or before April 20, 2017 to provide a **land line** telephone number that will be used by Defendant Thomas for participation in the Status Conference. **Chambers will initiate the call to Defendant Thomas**. Mr. Smith must appear in person. SO ORDERED by Judge William J. Martinez on 4/4/2017. Text Only Entry (wjmsec, ) (Entered: 04/04/2017) |
| 04/07/2017 | 129 | | MOTION to Vacate *Status Conference* by Trammel Thomas. (Smith, Daniel) (Entered: 04/07/2017) |
| 04/07/2017 | 130 | | |

| | | | |
|---|---|---|---|
| | | | ORDER as to **Trammel Thomas (2)** granting the Defendant's Motion to Vacate 129 . The Defendant's Motion is GRANTED for good cause shown. The Status Conference set for April 21, 2017 at 10:30 a.m. is hereby **VACATED and RESET to April 21, 2017 at 1:30 p.m.**, in Courtroom A801. SO ORDERED by Judge William J. Martinez on 4/7/2017. Text Only Entry (wjmsec, ) (Entered: 04/07/2017) |
| 04/11/2017 | 131 | | SUPERSEDING INDICTMENT as to Trammel Thomas (2) count(s) 1s, 2s–7s, Marcelle Green (4) count(s) 1, 8. (Attachments: # 1 Criminal Information Sheet, # 2 Criminal Information Sheet) (angar, ) (Entered: 04/12/2017) |
| 04/11/2017 | 133 | | RESTRICTED DOCUMENT – Level 4 (angar, ) (Entered: 04/12/2017) |
| 04/11/2017 | 134 | | MINUTE ORDER as to Trammel Thomas Re–Arraignment set for 4/27/2017 10:00 AM in Courtroom A 401 before Magistrate Judge Kristen L. Mix pursuant to 131 Superseding Indictment on 4/11/2017. Text Only Entry (angar, ) (Entered: 04/12/2017) |
| 04/14/2017 | 137 | | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on Defendant Trammel Thomas' Unopposed Motion to Vacate Hearing and to Exclude 90 Days From the Requirements of the Speedy Trial Act 126 . Given the filing of a Superseding Indictment 131 in this case, and the addition of a new defendant who has yet to be have his initial appearance and arraignment, the Court Orders as follows: (1) That portion of Defendant Thomas' Motion seeking to vacate the Change of Plea Hearing currently set for April 26, 2017 at 10:00 a.m. is GRANTED and said Hearing is hereby VACATED; and (2) the Status Conference currently set for April 21, 2017 at 1:30 p.m. is also VACATED. That portion of Defendant Thomas' Motion which seeks an Ends of Justice Continuance of 90 days will be ruled on after new defendant Marcelle Greene has had his initial appearance and the Speedy Trial Act deadlines for him have been established. In the interim, Defendant Thomas' Notice of Disposition 88 , which the Court fully understands at some point will be withdrawn, will nonetheless for the time being continue to toll Speedy Trial Act deadlines for Defendant Thomas. SO ORDERED by Judge William J. Martinez on 4/14/2017. Text Only Entry (wjmsec, ) (Entered: 04/14/2017) |
| 04/27/2017 | 138 | | COURTROOM MINUTES for Re–arraignment on Superseding Indictment as to Trammel Thomas held on 4/27/2017 before Magistrate Judge Kristen L. Mix. Defendant present on bond. Plea of NOT GUILTY entered by defendant. Defendant continued on bond. (Total time: 2 mins, Hearing time: 1017–1019)\n\n**APPEARANCES**: Martha Paluch on behalf of the Government, Dan Smith on behalf of the defendant, Michelle Sinaka on behalf of pretrial. FTR: KLM A401. (sgrim) Text Only Entry Modified on 4/27/2017 to note defendant was on bond and to correct attorneys (Entered: 04/27/2017) |
| 05/11/2017 | 148 | | MOTION to Amend/Correct 126 MOTION to Vacate *and motion to exclude 90 days from speedy trial calculation* filed by Trammel Thomas by Trammel Thomas. (Smith, Daniel) (Entered: 05/11/2017) |
| 05/12/2017 | 149 | | ORDER as to **Trammel Thomas (2)** granting Defendant's Unopposed Motion to Amend Defendant's Previous Motion to Exclude 90 Days from the Requirements of the Speedy Trial Act 148 . Defendant's Motion is GRANTED |

| | | | |
|---|---|---|---|
| | | | for good cause shown. Defendant's Unopposed Motion to Vacate Hearing and to Exclude 90 Days from the Requirements of the Speedy Trial Act 126 is amended to reflect Defendant's request for exclusion of time from 90 days to 120 days. SO ORDERED by Judge William J. Martinez on 5/12/2017. Text Only Entry (wjmsec, ) (Entered: 05/12/2017) |
| 05/15/2017 | 152 | | ORDER as to **Trammel Thomas (2)** granting Defendant Thomas' Motion to Withdraw Notice of Disposition 119 . The Defendant's Motion is hereby GRANTED for good cause shown. The Clerk's Office is DIRECTED to designate the originally–filed Notice of Disposition 88 as WITHDRAWN. SO ORDERED by Judge William J. Martinez on 5/15/2017. Text Only Entry (wjmsec, ) (Entered: 05/15/2017) |
| 05/15/2017 | 153 | | ORDER Granting Defendant Green's 151 Amended Unopposed Motion to Vacate Current Deadlines and Court Dates, And to Exclude 190 Days From Speedy Trial Act Calculations. 126 Unopposed Motion to Vacate Hearing and to Exclude90 Days from the Requirements of the Speedy Trial Act DENIED AS MOOT. 147 AND 150 Unopposed Motion to Amend Motion to Vacate CurrentDeadlines and Court Dates, and to Exclude 90 Days from Speedy Trial ActCalculations ARE DENIED AS MOOT. ORDERED by Judge William J. Martinez on 5/15/2017. (angar, ) (Entered: 05/15/2017) |
| 05/17/2017 | 154 | | ORDER as to Trammel Thomas, Marcelle Green Motions due by 10/30/2017. Responses due by 11/9/2017. Trial Preparation Conference is set for 11/17/2017 at 02:00 PM in Courtroom A 801 before Judge William J. Martinez and a 6–day Jury Trial is set for 11/27/2017 08:30 AM in Courtroom A 801 before Judge William J. Martinez. ORDERED by Judge William J. Martinez on 05/17/2017. (angar, ) (Entered: 05/17/2017) |
| 07/20/2017 | 156 | | CJA MOTION by Trammel Thomas. (Smith, Daniel) (Entered: 07/20/2017) |
| 07/20/2017 | 157 | | First MOTION for Leave to Restrict by Trammel Thomas. (Smith, Daniel) (Entered: 07/20/2017) |
| 07/20/2017 | 158 | | RESTRICTED DOCUMENT – Level 3: by Trammel Thomas. (Smith, Daniel) (Entered: 07/20/2017) |
| 07/20/2017 | 160 | | ORDER as to **Trammel Thomas (2)** granting the Defendant's Motion for Leave to Restrict 157 . The Defendant's Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 156 and 158 shall remain RESTRICTED at RESTRICTION LEVEL 3 (viewable only by the Filer and the Court). SO ORDERED by Judge William J. Martinez on 7/20/2017. Text Only Entry (wjmsec, ) (Entered: 07/20/2017) |
| 07/27/2017 | 163 | | ORDER Granting 156 CJA Motion as to Trammel Thomas (2) ORDERED by Judge William J. Martinez on 07/27/2017. (angar, ) (Entered: 07/27/2017) |
| 07/27/2017 | 164 | | Certificate of Service by Mail by Clerk of Court as to Trammel Thomas re: 163 Order on CJA Motion. Mailed to attorney as Ordered. TEXT ONLY ENTRY (angar, ) (Entered: 07/27/2017) |
| 08/07/2017 | 165 | | NOTICE OF ATTORNEY APPEARANCE: Thomas Edward Goodreid appearing for Trammel ThomasAttorney Thomas Edward Goodreid added to party Trammel Thomas(pty:dft) (Goodreid, Thomas) (Entered: 08/07/2017) |
| 08/25/2017 | 166 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE OF ATTORNEY APPEARANCE Bryan David Fields appearing for USA. Attorney Bryan David Fields added to party USA(pty:pla) (Fields, Bryan) (Entered: 08/25/2017) |
| 09/13/2017 | 169 | | ORDER as to **Trammel Thomas (2)**: This matter is before the Court *sua sponte*. In light of the filing of notice of dispositions for the other three Defendants in this case, leaving Defendant Thomas as the only remaining Defendant, the 6 day Jury Trial set to begin on November 27, 2017, is hereby **VACATED and RESET to a 5 day Jury Trial set to begin on November 27, 2017 at 8:30 a.m.** in Courtroom A801. **The Trial will conclude on Friday, December 1, 2017**. The Final Trial Preparation Conference remains set for November 17, 2017 at 2:00 p.m. in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards to ensure compliance with all deadlines triggered by the dates of the Final Trial Preparation Conference and Trial. SO ORDERED by Judge William J. Martinez on 9/13/2017. Text Only Entry (wjmsec, ) (Entered: 09/13/2017) |
| 10/04/2017 | 172 | | NOTICE of Change of Address/Contact Information (Smith, Daniel) (Entered: 10/04/2017) |
| 10/13/2017 | 174 | | NOTICE *of Stipulation* by Trammel Thomas (Smith, Daniel) (Entered: 10/13/2017) |
| 10/13/2017 | 175 | | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 174 Notice (Other) filed by attorney Daniel T. Smith. **DO NOT REFILE THE DOCUMENT. Action to take –** counsel must submit a change of contact request through the Attorney Services Portal Account pursuant to D.C.COLO.LAttyR 5(c) and 3.5 of the Electronic Case Filing Procedures (Criminal Cases). (Text Only Entry) (angar, ) (Entered: 10/13/2017) |
| 10/13/2017 | 176 | | NOTICE of Intent to Use Evidence by USA as to Trammel Thomas (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Paluch, Martha) (Entered: 10/13/2017) |
| 10/20/2017 | 181 | | MOTION to Suppress *# 1* by Trammel Thomas. (Attachments: # 1 Exhibit)(Smith, Daniel) (Entered: 10/20/2017) |
| 10/20/2017 | 182 | | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 181 MOTION to Suppress *# 1* filed by attorney Daniel T. Smith. **DO NOT REFILE THE DOCUMENT. Action to take –** counsel must submit a change of contact request through the Attorney Services Portal Account pursuant to D.C.COLO.LAttyR 5(c) and 3.5 of the Electronic Case Filing Procedures (Criminal Cases). (Text Only Entry) (angar, ) (Entered: 10/23/2017) |
| 10/23/2017 | 183 | | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on Defendant's Motion to Suppress #1 181 . Given that trial in this matter is set for 5 weeks from today, the Court orders the following accelerated briefing schedule on the Motion: (a) the Government's Response to the Motion shall be filed by no later than **October 27, 2017**; and (b) Defendant's Reply Brief shall be filed by no later than **November 1, 2017**. NO EXTENSIONS OF THESE FILING DEADLINES WILL BE GRANTED. After receipt of the Defendant's Reply Brief the Court will determine whether an evidentiary hearing on the Motion will be necessary. SO ORDERED by Judge William J. Martinez on |

| | | | |
|---|---|---|---|
| | | | 10/23/2017. Text Only Entry (wjmsec, ) (Entered: 10/23/2017) |
| 10/25/2017 | 184 | | MOTION for Writ of Habeas Corpus ad Testificandum by USA as to Trammel Thomas. (Attachments: # 1 Proposed Order (PDF Only), # 2 Exhibit)(Paluch, Martha) (Entered: 10/25/2017) |
| 10/25/2017 | 185 | | MOTION for Writ of Habeas Corpus ad Testificandum by USA as to Trammel Thomas. (Attachments: # 1 Proposed Order (PDF Only), # 2 Exhibit)(Paluch, Martha) (Entered: 10/25/2017) |
| 10/25/2017 | 186 | | MOTION for Writ of Habeas Corpus ad Testificandum by USA as to Trammel Thomas. (Attachments: # 1 Proposed Order (PDF Only), # 2 Exhibit)(Paluch, Martha) (Entered: 10/25/2017) |
| 10/25/2017 | 187 | | MOTION for Writ of Habeas Corpus ad Testificandum by USA as to Trammel Thomas. (Attachments: # 1 Proposed Order (PDF Only), # 2 Exhibit)(Paluch, Martha) (Entered: 10/25/2017) |
| 10/25/2017 | 188 | | ORDER for Writ of Habeas Corpus ad Testificandum re: 184 as to Trammel Thomas (2), by Judge William J. Martinez on 10/25/2017. (angar, ) (Entered: 10/25/2017) |
| 10/25/2017 | 189 | | ORDER for Writ of Habeas Corpus ad Testificandum re: 185 as to Trammel Thomas (2), by Judge William J. Martinez on 10/25/2017. (angar, ) (Entered: 10/25/2017) |
| 10/25/2017 | 190 | | ORDER for Writ of Habeas Corpus ad Testificandum re: 186 as to Trammel Thomas (2), by Judge William J. Martinez on 10/25/2017. (angar, ) Modified on 10/25/2017 to edit document (angar, ). (Entered: 10/25/2017) |
| 10/25/2017 | 191 | | ORDER for Writ of Habeas Corpus ad Testificandum re: 187 as to Trammel Thomas (2), by Judge William J. Martinez on 10/25/2017. (angar, ) (Entered: 10/25/2017) |
| 10/25/2017 | 192 | | Writ of Habeas Corpus ad Testificandum Issued in case as to Trammel Thomas (Attachments: # 1 Writ of Habeas Corpus ad Testificandum, # 2 Writ of Habeas Corpus ad Testificandum, # 3 Writ of Habeas Corpus ad Testificandum)(angar, ) (Entered: 10/25/2017) |
| 10/27/2017 | 193 | | RESPONSE to Motion by USA as to Trammel Thomas re 181 MOTION to Suppress # 1 (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Fields, Bryan) (Entered: 10/27/2017) |
| 10/30/2017 | 194 | | MOTION to Suppress *EVIDENCE SEIZED PURSUANT TO SEARCH WARRANT* by Trammel Thomas. (Attachments: # 1 Exhibit Application for Search Warrant, # 2 Exhibit Search Warrant, # 3 Exhibit Affidavit in Support of Application for Search Warrant, part I, # 4 Exhibit Affidavit in Support of Application for Search Warrant, part II)(Goodreid, Thomas) (Entered: 10/30/2017) |
| 10/31/2017 | 195 | | ORDER as to **Trammel Thomas(2)**: This matter is before the Court on Defendant's Motion to Suppress Evidence Seized Pursuant to Search Warrant 194 . Given that trial is set to commence in less than four weeks, the Court orders the following accelerated briefing schedule on the Motion: (a) the Government's Response shall be filed no later than **Friday, November 3, 2017**; and (b) Defendant's Reply shall be filed no later than **Monday,** |

| | | | |
|---|---|---|---|
| | | | **November 6, 2017**. NO EXTENSIONS OF THESE FILING DEADLINES WILL BE GRANTED. After receipt of the Defendant's Reply Brief the Court will determine whether an evidentiary hearing on the Motion will be necessary. SO ORDERED by Judge William J. Martinez on 10/31/2017. Text Only Entry (wjmlc2, ) (Entered: 10/31/2017) |
| 11/01/2017 | 196 | | REPLY TO RESPONSE to Motion by Trammel Thomas re 181 MOTION to Suppress *# 1* (Smith, Daniel) (Entered: 11/01/2017) |
| 11/03/2017 | 197 | | RESPONSE in Opposition by USA as to Trammel Thomas re 194 MOTION to Suppress *EVIDENCE SEIZED PURSUANT TO SEARCH WARRANT* (Paluch, Martha) (Entered: 11/03/2017) |
| 11/06/2017 | 198 | | REPLY TO RESPONSE to Motion by Trammel Thomas re 194 MOTION to Suppress *EVIDENCE SEIZED PURSUANT TO SEARCH WARRANT* (Goodreid, Thomas) (Entered: 11/06/2017) |
| 11/09/2017 | 199 | | Proposed Voir Dire by Trammel Thomas (Goodreid, Thomas) (Entered: 11/09/2017) |
| 11/09/2017 | 200 | | Proposed Voir Dire by USA as to Trammel Thomas (Paluch, Martha) (Entered: 11/09/2017) |
| 11/09/2017 | 201 | | Proposed Jury Instructions by USA as to Trammel Thomas (Paluch, Martha) (Entered: 11/09/2017) |
| 11/09/2017 | 202 | | WITNESS LIST by USA as to Trammel Thomas (Fields, Bryan) (Entered: 11/09/2017) |
| 11/10/2017 | 203 | | EXHIBIT LIST by USA as to Trammel Thomas (Fields, Bryan) (Entered: 11/10/2017) |
| 11/10/2017 | 204 | | EXHIBIT LIST by Trammel Thomas (Smith, Daniel) (Entered: 11/10/2017) |
| 11/10/2017 | 205 | | WITNESS LIST by Trammel Thomas (Smith, Daniel) (Entered: 11/10/2017) |
| 11/14/2017 | 206 | | ORDER Denying Motions to Suppress as to Trammel Thomas (2). Defendant's Motions to Suppress #1 (ECF No. 181 ) is DENIED; Defendants Motion to Suppress Evidence Seized Pursuant to Search Warrant (ECF No. 194 ) is DENIED; and Defendant's request for an evidentiary hearing is also DENIED. ORDERED by Judge William J. Martinez on 11/14/2017. (angar, ) (Entered: 11/14/2017) |
| 11/17/2017 | 207 | | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Trial Preparation Conference as to Defendant 2. Trammel Thomas held on 11/17/2017. ORDERED: Each side will be allowed twenty minutes for voir dire and opening statements.ORDERED: The Government's oral motion to quash the Writs of Habeas Corpus Ad Testificandum for 1) Manuel Abate, 2) Eddie Jones, Jr., 3) Dennis Miller and 4) Robert Pickens is GRANTED. The Writs of Habeas Corpus Ad Testificandum for 1) Manuel Abate, 2) Eddie Jones, Jr., 3) Dennis Miller and 4) Robert Pickens are QUASHED. ORDERED: The Government shall send an email to chambers identifying the title and role of anyone who will be seated at counsel table during the trial. ORDERED: The Government shall file its Amended Witness List by November 21, 2017. ORDERED: No later than the end of the day Monday, November 20th counsel shall meet face–to–face to go over the exhibits and |

| | | | stipulate to the admissibility of as many exhibits as possible. The parties shall file Amended Exhibit Lists by November 22, 2017.ORDERED: Counsel shall be present at 8:30 a.m., on November 27th. The court will address pretrial matters at that time. The jury panel will be brought to the courtroom at 9:00 a.m. ORDERED: The Government shall email to chambers, by Tuesday, November 21, the jury instructions, proposed stipulated instructions and verdict forms in an editable format. ORDERED: No trial briefs are allowed Court Reporter: Mary George. (dhans, ) (Entered: 11/20/2017) |
|---|---|---|---|
| 11/21/2017 | 208 | | WITNESS LIST *Amended* by USA as to Trammel Thomas (Paluch, Martha) (Entered: 11/21/2017) |
| 11/22/2017 | 209 | | WITNESS LIST *First amended Witness List* by Trammel Thomas (Smith, Daniel) (Entered: 11/22/2017) |
| 11/22/2017 | 210 | | EXHIBIT LIST – *Amended* by USA as to Trammel Thomas (Fields, Bryan) (Entered: 11/22/2017) |
| 11/24/2017 | 211 | | MOTION to Appoint Counsel *for Proposed Defense Witnesses* by USA as to Trammel Thomas. (Fields, Bryan) (Entered: 11/24/2017) |
| 11/24/2017 | 212 | | EXHIBIT LIST *second amended exhibit list* by Trammel Thomas (Smith, Daniel) (Entered: 11/24/2017) |
| 11/24/2017 | 213 | | Amended MOTION to Appoint Counsel *for Proposed Defense Witnesses* by USA as to Trammel Thomas. (Fields, Bryan) (Entered: 11/24/2017) |
| 11/27/2017 | 214 | | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on the Government's oral motion for authorization to communicate with members of the jury in this case. Pursuant to Local Criminal Rule 24.1 the Motion is GRANTED. Such communications with the jury are authorized under the following restrictions, which will be strictly enforced:(1) only counsel may speak with the jurors; (2) the communication may only take place after the conclusion of the trial; (3) the communication may ONLY occur within this courtroom; (4) and ONLY with those jurors who voluntarily choose to return into the courtroom to speak with the lawyers after I meet with them; and (5) there will be NO communication with a juror after that juror has left this courtroom. The intent of this Order is to provide counsel with the opportunity to discuss with jurors what transpired in the jurys presence in the courtroom, and to receive input from them which may assist counsel in improving their trial skills in future cases. Accordingly, counsels communications with the jurors will be restricted to these topics. This Order is NOT intended to give counsel the opportunity to make inquiry into the jurys deliberations or to examine with them the validity or consistency of their verdict. Accordingly, counsel are prohibited from discussing with jurors: (a) facts or information which were not received into evidence; (b) the content of the jurys deliberations; or (c) the reasons the jury returned the verdict that it did. Any attorney violating any of these restrictions is subject to being held in contempt of Court. SO ORDERED by Judge William J. Martinez on 11/27/2017. Text Only Entry (wjmsec, ) (Entered: 11/27/2017) |
| 11/27/2017 | 215 | | ORDER as to **Trammel Thomas (2)** granting in part the Government's Motion to Appoint Counsel for Defense Witnesses 213 . That portion of the Motion which requests the appointment of counsel for Mathew Sanders is GRANTED for good cause shown. Counsel from the CJA Panel shall be |

| | | | |
|---|---|---|---|
| | | | appointed to represent Mr. Sanders in this matter. That portion of the Motion that requests appointment for Michael Cox will be ruled on by separate order. SO ORDERED by Judge William J. Martinez on 11/27/2017. Text Only Entry (wjmsec, ) (Entered: 11/27/2017) |
| 11/27/2017 | 217 | | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Jury Trial − Day One as to Defendant 2. Trammel Thomas held on 11/27/2017. Trial continued. Court Reporter: Mary George. (dhans, ) Modified on 11/29/2017 (dhans, ). (Entered: 11/28/2017) |
| 11/28/2017 | 216 | | ORDER as to **Trammel Thomas (2)** denying in part 213 the Government's Motion to Appoint Counsel for Defense Witnesses as moot. That portion of the Motion which requests the appointment of independent counsel for potential witness Michael Cox is DENIED as MOOT. SO ORDERED by Judge William J. Martinez on 11/28/2017. Text Only Entry (wjmsec, ) (Entered: 11/28/2017) |
| 11/28/2017 | 218 | | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Jury Trial − Day Two as to Defendant 2. Trammel Thomas held on 11/28/2017. Trial continued. Court Reporter: Mary George. (dhans, ) (Entered: 11/29/2017) |
| 11/29/2017 | 219 | | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Jury Trial − Day Three as to Defendant 2. Trammel Thomas held on 11/29/2017. Trial continued. Court Reporter: Mary George. (dhans, ) (Entered: 11/29/2017) |
| 11/30/2017 | 223 | | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Jury Trial − Day Four as to Defendant. 2 Trammel Thomas held on 11/30/2017. Jury Verdict of guilty as to Counts 1 through 7 of the Superseding Indictment. Sentencing set for 4/12/2018 at 09:30 AM in Courtroom A801 before Judge William J. Martinez. Defendant is permitted to remain free on bond subject to the conditions of release as set forth in the Magistrate Judges Order Setting Conditions of Release. Court Reporter: Mary George. (dhans, ) (Entered: 12/01/2017) |
| 11/30/2017 | 224 | | Jury List − Unredacted − Restricted Doc. − Level 4 (dhans, ) (Entered: 12/01/2017) |
| 11/30/2017 | 225 | | Clerk's copy of Government's Witness List (dhans, ) (Entered: 12/01/2017) |
| 11/30/2017 | 226 | | Clerk's copy of Government's Exhibit List (dhans, ) (Entered: 12/01/2017) |
| 11/30/2017 | 227 | | Clerk's copy of Defendant's Exhibit List (dhans, ) (Entered: 12/01/2017) |
| 11/30/2017 | 228 | | Jury Instructions as to Defendant 2. Trammel Thomas (dhans, ) (Entered: 12/01/2017) |
| 11/30/2017 | 229 | | Jury Note as to Defendant 2. Trammel Thomas (dhans, ) (Entered: 12/01/2017) |
| 11/30/2017 | 230 | | Jury question; and answer to the question, as to Defendant 2. Trammel Thomas (dhans, ) (Entered: 12/01/2017) |
| 11/30/2017 | 231 | | Jury Note − Unredacted − Restricted Doc. − Level 4 (dhans, ) (Entered: 12/01/2017) |

| 11/30/2017 | 232 | | Jury question; and answer to the question, as to Defendant 2. Trammel Thomas – Unredacted – Restricted Doc. – Level 4 (dhans, ) (Entered: 12/01/2017) |
|---|---|---|---|
| 11/30/2017 | 233 | | JURY VERDICT as to Defendant 2. Trammel Thomas (dhans, ) (Entered: 12/01/2017) |
| 11/30/2017 | 234 | | Jury Verdict Un–Redacted – Level 4 – Viewable by Court Only (dhans, ) (Entered: 12/01/2017) |
| 11/30/2017 | 235 | | STIPULATION AND ORDER REGARDING CUSTODY OF ORIGINAL EXHIBITS as to Defendant 2. Trammel Thomas, by Judge William J. Martinez on 11/30/2017. (dhans, ) (Entered: 12/01/2017) |
| 12/29/2017 | 262 | | SENTENCING STATEMENT by USA as to Trammel Thomas (Paluch, Martha) (Entered: 12/29/2017) |
| 01/08/2018 | 279 | | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on the Government's Sentencing Statement 262 . The Defendant is DIRECTED to file a Response to the Government's Sentencing Statement on or before **January 26, 2018**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 1/8/2018. Text Only Entry (wjmsec, ) (Entered: 01/08/2018) |
| 01/26/2018 | 318 | | SENTENCING STATEMENT by Trammel Thomas (Goodreid, Thomas) (Entered: 01/26/2018) |
| 01/30/2018 | 319 | | REPORTER TRANSCRIPT ORDER FORM filed by Mary George re 298 Notice of Appeal. Transcript due by 2/28/2018. (nrich) (Entered: 01/30/2018) |
| 02/06/2018 | 320 | | ORDER as to **(2) Trammel Thomas**: The Government is DIRECTED to file a Response to 318 Defendant's Sentencing Statement, no later than **February 20, 2018**. SO ORDERED by Judge William J. Martinez on 2/6/2018. Text Only Entry (wjmlc2, ) (Entered: 02/06/2018) |
| 02/20/2018 | 324 | | RESPONSE by USA as to Trammel Thomas re: 318 Sentencing Statement filed by Trammel Thomas (Attachments: # 1 Attachment A)(Paluch, Martha) (Entered: 02/20/2018) |
| 02/21/2018 | 326 | | ORDER as to **(2) Trammel Thomas**: This matter is before the Court on 262 the Government's Sentencing Statement, 318 , Defendant's Sentencing Statement, and 324 the Government's Response. The Government has taken the position that the amount of loss is "more than $550,000 but less than $1.5 million" which would lead to a 14–level increase under U.S.S.G. §2B1.1(b)(1)(H), and also that the judgment should include restitution of $563,890.85. (ECF No. 262 at 1, 14.) Defendant has "advise[d] the Court, as a preliminary matter, that he disputes... the loss amount," but without indicating what calculation of loss he believes is correct, and without addressing restitution. (ECF No. 318 at 4.) The Government's Response 324 addresses only the issues surrounding uncharged conduct, but does not address loss or restitution. Accordingly, the parties are DIRECTED to confer as to whether there is a genuine factual dispute regarding the correct calculations of loss and/or restitution. If the parties are in agreement, they shall file a joint statement reflecting their shared position no later than **March 9, 2018**. If the parties disagree, then each party shall file a separate position statement by |

| | | | |
|---|---|---|---|
| | | | **March 9, 2018**, including each party's calculation of loss and/or restitution, the evidentiary materials supporting that position, and a statement as to whether an evidentiary hearing regarding loss and/or restitution is required, either before the sentencing hearing or simultaneous to it. SO ORDERED by Judge William J. Martinez on 2/21/2018. Text Only Entry (wjmlc2, ) (Entered: 02/21/2018) |
| 03/05/2018 | 331 | | MOTION for Leave to Restrict by USA as to Trammel Thomas. (Attachments: # 1 Proposed Order (PDF Only))(Fields, Bryan) (Entered: 03/05/2018) |
| 03/05/2018 | 332 | | RESTRICTED DOCUMENT – Level 3: by USA as to Trammel Thomas (Fields, Bryan) (Entered: 03/05/2018) |
| 03/05/2018 | 333 | | RESTRICTED DOCUMENT – Level 3: by USA as to Trammel Thomas (Fields, Bryan) (Entered: 03/05/2018) |
| 03/05/2018 | 334 | | MEMORANDUM regarding 333 Motion(s) referred to Magistrate Judge Nina Y. Wang. by Judge William J. Martinez on 3/5/2018. Text Only Entry (wjmsec, ) Modified on 3/5/2018 to add text (angar, ). (Entered: 03/05/2018) |
| 03/06/2018 | 335 | | ORDER as to **Trammel Thomas (2)** granting the Government's Motion to Restrict Documents 331 . The Government's Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 332 and 333 shall remain RESTRICTED at RESTRICTION LEVEL 3 (viewable only by the Filer and the Court). SO ORDERED by Judge William J. Martinez on 3/6/2018. Text Only Entry (wjmsec, ) (Entered: 03/06/2018) |
| 03/06/2018 | 336 | | RESTRICTED DOCUMENT – Level 4. (nmarb, ) Modified on 3/7/2018 (nmarb, ). (Entered: 03/07/2018) |
| 03/07/2018 | 338 | | RESPONSE to Motion by Trammel Thomas re 331 MOTION for Leave to Restrict *and Order #337* (Smith, Daniel) (Entered: 03/07/2018) |
| 03/08/2018 | 339 | | MINUTE ORDER by Magistrate Judge Nina Y. Wang on 3/8/18 as to Trammel Thomas re 333 Restricted Document – Level 3 filed by USA. Clerk of Court to amend the restriction level of 333 from Level 4 to Level 2. The Motion is reserved as to whether Defendant's bond will be revoked. The Parties are directed to contact the chambers of Magistrate Judge Nina Y. Wang to set a revocation hearing and a deadline for a substantive response by Defendant Trammel Thomas. (nmarb, ) (Entered: 03/08/2018) |
| 03/08/2018 | 340 | | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Trammel Thomas (aarag, ) (Entered: 03/08/2018) |
| 03/09/2018 | 341 | | RESPONSE by USA as to Trammel Thomas re: 326 Order,,,,,, (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Paluch, Martha) (Entered: 03/09/2018) |
| 03/09/2018 | 342 | | MEMORANDUM in Support by Trammel Thomas re 326 Order,,,,,, (Smith, Daniel) (Entered: 03/09/2018) |
| 03/12/2018 | 343 | | MOTION for Order *of Forfeiture for a Personal Money Judgment Against Defendant Tramell Thomas* by USA as to Trammel Thomas. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 03/12/2018) |
| 03/13/2018 | 344 | | |

| | | | |
|---|---|---|---|
| | | | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Trammel Thomas 343 . The Defendant is DIRECTED to file a Response to the Government's Motion on or before **March 22, 2018**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 3/13/2018. Text Only Entry (wjmsec, ) (Entered: 03/13/2018) |
| 03/15/2018 | 346 | | RESPONSE in Opposition by Trammel Thomas re 343 MOTION for Order *of Forfeiture for a Personal Money Judgment Against Defendant Tramell Thomas* (Smith, Daniel) (Entered: 03/15/2018) |
| 03/22/2018 | 348 | | OBJECTION/RESPONSE to Presentence Report 340 by Trammel Thomas (Attachments: # 1 Exhibit Exhibit A to Defendant's PSIR objections)(Goodreid, Thomas) (Entered: 03/22/2018) |
| 03/23/2018 | 349 | | ORDER as to **Tramell Thomas (2)**: This matter is before the Court on Defendant Tramel [*sic*] Thomas's Objections to the Presentence Investigation Report 348 . The Government is DIRECTED to file a Response to Defendant's Objections on or before **April 3, 2018**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 3/23/2018. Text Only Entry (wjmsec, ) (Entered: 03/23/2018) |
| 03/29/2018 | 352 | | RESPONSE by Trammel Thomas *to motion to revoke release status #333* (Smith, Daniel) (Entered: 03/29/2018) |
| 03/29/2018 | 353 | | SENTENCING STATEMENT *and request for specific/variant sentence* by Trammel Thomas (Attachments: # 1 Exhibit exhibits A through G)(Smith, Daniel) (Entered: 03/29/2018) |
| 04/02/2018 | 355 | | RESTRICTED PRESENTENCE REPORT as to Trammel Thomas (Attachments: # 1 Exhibit A, # 2 Exhibit B)(aarag, ) (Entered: 04/02/2018) |
| 04/02/2018 | 356 | | RESTRICTED ADDENDUM to Presentence Report 355 as to Trammel Thomas (aarag, ) (Entered: 04/02/2018) |
| 04/03/2018 | 357 | | RESPONSE by USA as to Trammel Thomas re: 348 Objection/Response to Presentence Report filed by Trammel Thomas (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Paluch, Martha) (Entered: 04/03/2018) |
| 04/03/2018 | 358 | | MOTION for New Trial by Trammel Thomas. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8)(Goodreid, Thomas) (Entered: 04/03/2018) |
| 04/03/2018 | 359 | | ORDER as to **Trammel Thomas (2)**: This matter is before the Court *sua sponte*. In the course of preparing for the Sentencing Hearing, currently set for April 12, 2018 at 9:30 a.m, it has become apparent to the undersigned that he is in need of additional time to adequately prepare for said Hearing. As a consequence the Court hereby **VACATES the current Sentencing Hearing and RESETS same to August 9, 2018 at 9:30 a.m.** in Courtroom A801. SO ORDERED by Judge William J. Martinez on 4/3/2018. Text Only Entry (wjmsec, ) (Entered: 04/03/2018) |
| 04/04/2018 | 360 | | CJA MOTION by Trammel Thomas. (Attachments: # 1 Exhibit)(Smith, Daniel) (Entered: 04/04/2018) |

| 04/04/2018 | 362 | | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on Defendant's Motion for New Trial 358 . The Government is DIRECTED to file a Response to Defendant's Motion on or before **April 13, 2018**. After the Government's Response has been received, the Court will determine whether a Reply Brief will be permitted. SO ORDERED by Judge William J. Martinez on 4/4/2018. Text Only Entry (wjmsec, ) (Entered: 04/04/2018) |
|---|---|---|---|
| 04/04/2018 | 369 | | Arrest of Trammel Thomas (Text Only entry) (cthom, ) (Entered: 04/10/2018) |
| 04/04/2018 | 370 | | Rule 5(c)(3) Documents Received as to Trammel Thomas (Attachments: # 1 Waiver, # 2 Notice, # 3 Exhibit to Notice, # 4 Exhibit List, # 5 Order of Detention, # 6 Docket Sheet)(cthom, ) (Entered: 04/10/2018) |
| 04/04/2018 | 371 | | CJA 23 Financial Affidavit by Trammel Thomas. (cthom, ) (Entered: 04/10/2018) |
| 04/04/2018 | 372 | | RESTRICTED DOCUMENT – Level 3 as to Trammel Thomas. (cthom, ) (Entered: 04/10/2018) |
| 04/05/2018 | 363 | | RESTRICTED DOCUMENT – Level 2: ORDER as to Trammel Thomas. (angar, ) Modified to change restriction level pursuant to 368 Order on 4/10/2018 (cthom, ). (Entered: 04/05/2018) |
| 04/09/2018 | 367 | | CJA MOTION by Trammel Thomas. (Smith, Daniel) Modified on 8/1/2018 to terminate as motion – should have not been a motion but rather a supplement to 360 (angar, ). (Entered: 04/09/2018) |
| 04/09/2018 | 368 | | RESTRICTED DOCUMENT – Level 2 as to Trammel Thomas. (cthom, ) (Entered: 04/09/2018) |
| 04/10/2018 | 373 | | RESPONSE in Opposition by USA as to Trammel Thomas re 358 MOTION for New Trial (Attachments: # 1 Exhibit)(Fields, Bryan) (Entered: 04/10/2018) |
| 04/13/2018 | 375 | | Government's Motion to Restrict as to Trammel Thomas. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) Modified on 4/13/2018 to edit text(angar, ). (Entered: 04/13/2018) |
| 04/13/2018 | 376 | | RESTRICTED DOCUMENT – Level 2: as to Trammel Thomas. (Paluch, Martha) (Entered: 04/13/2018) |
| 04/13/2018 | 377 | | RESTRICTED DOCUMENT – Level 2: as to Trammel Thomas. (Paluch, Martha) (Entered: 04/13/2018) |
| 04/13/2018 | 379 | | ORDER as to **Trammel Thomas (2)** granting the Government's Motion to Restrict Document 375 . The Government's Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 376 and 377 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 4/13/2018. Text Only Entry (wjmsec, ) (Entered: 04/13/2018) |
| 04/16/2018 | 383 | | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on Defendant's Sentencing Statement and Request for a Specific/Variant Sentence 353 . This is the Defendant's second Sentencing Statement (the first having been filed at 318), and nothing in the Court's Revised Practice Standards permits the Defendant to file such an additional statement, particularly without obtaining prior leave of Court to do so. Given that this Defendant's sentencing |

| | | | |
|---|---|---|---|
| | | | hearing has been reset to August 9, 2018, however, and in light of the new relief requested by this Defendant in his latest Sentencing Statement for a variant sentence, in the interest of justice the Court will not strike this filing. As a consequence, the Government is DIRECTED to file a Response to Defendant's additional Sentencing Statement 353 on or before **May 14, 2018**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 4/16/2018. Text Only Entry (wjmsec, ) (Entered: 04/16/2018) |
| 04/18/2018 | 387 | | OBJECTION/RESPONSE to Presentence Report by Trammel Thomas (Smith, Daniel) Modified on 4/18/2018 to show as pending motion (angar, ). (Entered: 04/18/2018) |
| 04/19/2018 | 388 | | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on Defendant Thomas's Unopposed Motion Requesting Permission to File an Additional Unopposed Objection to Presentence Investigation Report 387 . The Defendant's Motion is GRANTED for good cause shown. Defendant Thomas is granted leave to file an additional objection limited to the matter raised in the Motion only by no later than **Monday, April 23, 2018**. SO ORDERED by Judge William J. Martinez on 4/19/2018. Text Only Entry (wjmsec, ) (Entered: 04/19/2018) |
| 04/20/2018 | 389 | | RESTRICTED DOCUMENT – Level 3: Minute Order as to Trammel Thomas. (nmarb, ) (Entered: 04/20/2018) |
| 04/20/2018 | 390 | | OBJECTION/RESPONSE to Presentence Report by Trammel Thomas (Smith, Daniel) (Entered: 04/20/2018) |
| 04/26/2018 | 392 | | MINUTE ORDER as to Trammel Thomas pursuant to request from the Chambers of Magistrate Judge Nina Y. Wang on 4/26/18. Initial Appearance on Revocation Proceedings set for 4/30/2018 11:00 AM in Courtroom C204 before Magistrate Judge Nina Y. Wang. Text Only Entry (nmarb, ) (Entered: 04/26/2018) |
| 04/27/2018 | 393 | | ORDER Denying 358 Motion for New Trial as to Trammel Thomas (2). ORDERED by Judge William J. Martinez on 4/27/2018. (angar, ) (Entered: 04/27/2018) |
| 04/27/2018 | 394 | | ORDER as to 360 CJA Motion as to Trammel Thomas (2). ORDERED by Judge William J. Martinez on 4/27/2018. (angar, ) (Entered: 04/27/2018) |
| 04/30/2018 | 395 | | MOTION to Continue *TODAYS INITIAL APPEARANCE ON REVOCATION PROCEEDINGS* by Trammel Thomas. (Goodreid, Thomas) (Entered: 04/30/2018) |
| 04/30/2018 | 396 | | MEMORANDUM regarding 395 MOTION to Continue *TODAYS INITIAL APPEARANCE ON REVOCATION PROCEEDINGS* filed by Trammel Thomas. Motion(s) referred to Magistrate Judge Nina Y. Wang. by Judge William J. Martinez on 4/30/2018. Text Only Entry (wjmsec, ) (Entered: 04/30/2018) |
| 04/30/2018 | 397 | | ORDER granting 395 Motion to Continue as to Trammel Thomas (2). The Initial Appearance on Revocation Proceedings set for 4/30/2018 at 11:00 AM is RESET for today at 01:30 PM in Courtroom C204 before Magistrate Judge Nina Y. Wang. By Magistrate Judge Nina Y. Wang on 4/30/2018. Text Only Entry (nywlc2, ) (Entered: 04/30/2018) |

| 04/30/2018 | 399 | | COURTROOM MINUTES for Initial Appearance regarding revocation of pre−sentence release as to Trammel Thomas held on 4/30/2018 before Magistrate Judge Nina Y. Wang. Defendant present in custody. Parties discuss if defendant is entitled to a detention hearing in this district, and his rights for appealing the detention decision by Magistrate Willett from the District of Arizona. Defendant's counsel has done further research and retracts his stance in Defendant's Motion for Brief Continuance 395 . Parties request more time to brief the issue. Defendant waives the three days for a detention hearing. Parties discuss how long defendant may delay a Detention Hearing. The court finds good cause exists to continue any Detention Hearing in this district from 5/3/2018 to 5/9/2018. The court will confer with the USMS on the time for the hearing and issue a further order. Defendant advised of violations of conditions of release. Court appoints counsel. Parties shall file a motion or Joint Status Report on or before May 3, 2018. Defendant remanded. (Total time: 26 minutes, Hearing time: 1:35−2:01)<br><br>**APPEARANCES**: Bryan Fields on behalf of the Government, Thomas Goodreid on behalf of the Defendant, Laura Ansart on behalf of Probation. FTR: Courtroom C−204. (bwilk, ) Text Only Entry Modified on 4/30/2018 to add motion deadline (bwilk, ). (Entered: 04/30/2018) |
| 04/30/2018 | 400 | | ORDER APPOINTING COUNSEL for revocation of release as to Trammel Thomas by Magistrate Judge Nina Y. Wang on 4/30/2018. Text Only Entry (bwilk, ) (Entered: 04/30/2018) |
| 05/03/2018 | 402 | | MEMORANDUM in Support by Trammel Thomas *For Revocation Hearing* (Goodreid, Thomas) (Entered: 05/03/2018) |
| 05/03/2018 | 403 | | MEMORANDUM in Opposition by USA as to Trammel Thomas (Fields, Bryan) (Entered: 05/03/2018) |
| 05/08/2018 | 404 | | MINUTE ORDER as to Trammel Thomas setting Status Conference for 5/9/2018 02:00 PM in Courtroom C204 before Magistrate Judge Nina Y. Wang. The United States Marshals are directed to transport Mr. Thomas to Courtroom C204 at the designated time. By Magistrate Judge Nina Y. Wang on 5/8/2018. Text Only Entry (nywlc2, ) (Entered: 05/08/2018) |
| 05/08/2018 | 405 | | MEMORANDUM in Support by USA as to Trammel Thomas *Regarding Defendant's Detention Pending Sentencing* (Attachments: # 1 Exhibit Arizona Order of Detention, # 2 Exhibit Transcript of Arizona Detention Hearing, # 3 Exhibit Original Arizona Order Setting Conditions of Release, # 4 Exhibit Marshals Reports Regarding Defendant's Apprehension, # 5 Exhibit Search Warrant for Defendant's Person, # 6 Exhibit Defendant Objections to PSR, # 7 Exhibit Defendant Sentencing Statement)(Fields, Bryan) (Entered: 05/08/2018) |
| 05/09/2018 | 406 | | COURTROOM MINUTES for Status Conference as to Trammel Thomas held on 5/9/2018 before Magistrate Judge Nina Y. Wang. Defendant present in custody. Parties discuss issues briefed in 402 , and 403 . The court will set a Revocation Hearing in this district. Revocation Hearing re: violations of conditions of release is set for 5/30/2018 10:30 AM in Courtroom C204 before Magistrate Judge Nina Y. Wang. Probation shall have staff present for the hearing. The court will issue a written order. Defendant indicates that counsel may file a motion to withdraw. Defendant remanded. (Total time: 9 minutes, |

| | | | |
|---|---|---|---|
| | | | Hearing time: 2:03–2:12)<br><br>**APPEARANCES**: Bryan Fields on behalf of the Government, Thomas Goodreid on behalf of the Defendant. FTR: Courtroom C–204. (bwilk, ) Text Only Entry (Entered: 05/09/2018) |
| 05/11/2018 | 407 | | RESPONSE by USA as to Trammel Thomas re: 353 Sentencing Statement filed by Trammel Thomas (Paluch, Martha) (Entered: 05/11/2018) |
| 05/15/2018 | 408 | | ORDER as to Trammel Thomas by Magistrate Judge Nina Y. Wang on 5/15/18. Bond Revocation Hearing set for 5/30/2018 10:30 AM in Courtroom C204 before Magistrate Judge Nina Y. Wang. (nmarb, ) (Entered: 05/15/2018) |
| 05/21/2018 | 409 | | Unopposed MOTION to Continue *Time of Revocation Hearing* by Trammel Thomas. (Goodreid, Thomas) (Entered: 05/21/2018) |
| 05/21/2018 | 410 | | MEMORANDUM regarding 409 Unopposed MOTION to Continue *Time of Revocation Hearing* filed by Trammel Thomas. Motion(s) referred to Magistrate Judge Nina Y. Wang. by Judge William J. Martinez on 5/21/2018. Text Only Entry (wjmsec, ) (Entered: 05/21/2018) |
| 05/21/2018 | 411 | | RESTRICTED SECOND ADDENDUM to Presentence Report 355 as to Trammel Thomas (Attachments: # 1 Exhibit A)(sdean, ) (Entered: 05/21/2018) |
| 05/22/2018 | 412 | | MOTION to Withdraw as Attorney by Thomas E. Goodreid and Daniel T. Smith by Trammel Thomas. (Goodreid, Thomas) (Entered: 05/22/2018) |
| 05/22/2018 | 413 | | ORDER as to **Trammel Thomas (2)**: This matter is before the Court *sua sponte*. The Court has been informed that the Probation Office has training on August 9, 2018. As a result, the Sentencing Hearing set for August 9, 2018 is hereby **VACATED and RESET to August 8, 2018 at 9:30 a.m.** in Courtroom A801. SO ORDERED by Judge William J. Martinez on 5/22/2018. Text Only Entry (wjmsec, ) (Entered: 05/22/2018) |
| 05/22/2018 | 414 | | MEMORANDUM regarding 412 MOTION to Withdraw as Attorney by Thomas E. Goodreid and Daniel T. Smith filed by Trammel Thomas. Motion(s) referred to Magistrate Judge Nina Y. Wang. by Judge William J. Martinez on 5/22/2018. Text Only Entry (wjmsec, ) (Entered: 05/22/2018) |
| 05/23/2018 | 415 | | MINUTE ORDER by Magistrate Judge Nina Y. Wang on 5/23/18, as to Trammel Thomas re 412 MOTION to Withdraw as Attorney by Thomas E. Goodreid and Daniel T. Smith filed by Trammel Thomas. Motion Hearing set for 5/25/2018 01:30 PM in Courtroom C204 before Magistrate Judge Nina Y. Wang. The United States Marshal is DIRECTED to TRANSPORT Defendant Thomas to court for the purposes of the hearing. (nmarb, ) (Entered: 05/23/2018) |
| 05/25/2018 | 418 | | COURTROOM MINUTES for Motion Hearing as to Trammel Thomas held on 5/25/2018 before Magistrate Judge Nina Y. Wang. Defendant present in custody. Parties discuss the Motion to Withdraw as Attorney 412 as to Trammel Thomas (2). Government counsel is asked to leave the courtroom. Record is sealed to discuss reasons for the motion. Record is unsealed and Government counsel re–enters courtroom. Defendant withdraws his request for counsel to withdraw. The court denies as MOOT the Motion to Withdraw as Attorney 412 as to Trammel Thomas(2). Parties discuss the Unopposed |

| | | | |
|---|---|---|---|
| | | | Motion to Continue Time of Revocation Hearing 409 . The Unopposed Motion to Continue Time of Revocation Hearing 409 is GRANTED. The Revocation Hearing is moved from 5/30/2018 at 10:30AM to 5/30/2018 at 2:30PM in Courtroom C−204. Defendant remanded. (Total time: 15 minutes, Hearing time: 1:38−1:53, a portion of this hearing is **sealed 1:39−1:48**)<br><br>**APPEARANCES**: Bryan Fields on behalf of the Government, Thomas Goodreid, and Daniel Smith (via telephone) on behalf of the Defendant, Laura Ansart on behalf of Probation. FTR: Courtroom C−204. (bwilk, ) Text Only Entry (Entered: 05/25/2018) |
| 05/30/2018 | 421 | | COURTROOM MINUTES for Bond Revocation Hearing as to Trammel Thomas held on 5/30/2018 before Magistrate Judge Nina Y. Wang. Defendant present in custody. Parties proceed by proffer. Parties argue if Defendant's order of release should be revoked. The court takes under advisement the Government's Motion to Revoke and will issue a written order by end of day tomorrow (May 31, 2018). Defendant remanded. (Total time: 31 minutes, Hearing time: 2:59−3:30)<br><br>**APPEARANCES**: Bryan Smith and Martha Paluch on behalf of the Government, Thomas Goodreid and Daniel Smith (via telephone) on behalf of the defendant, Justine Kozak on behalf of pretrial. FTR: Courtroom C−204. (bwilk, ) Text Only Entry (Entered: 05/30/2018) |
| 05/31/2018 | 422 | | ORDER OF DETENTION as to Trammel Thomas by Magistrate Judge Nina Y. Wang on 5/31/18. (nmarb, ) (Entered: 05/31/2018) |
| 07/20/2018 | 431 | | ORDER as to **Trammel Thomas (2)**: This matter is before the Court *sua sponte*. In order to more efficiently use the time available for courtroom settings, the Sentencing Hearing set for August 8, 2018 at 9:30 a.m. is hereby **RESET to August 8, 2018 at 9:00 a.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards with regard to the deadlines for filing sentencing−related motions. SO ORDERED by Judge William J. Martinez on 7/20/2018. Text Only Entry (wjmsec, ) (Entered: 07/20/2018) |
| 07/24/2018 | 435 | | SUPPLEMENT to 262 Sentencing Statement by USA as to Trammel Thomas (Paluch, Martha) (Entered: 07/24/2018) |
| 07/25/2018 | 436 | | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on the Government's Supplemental Sentencing Statement 435 . The Defendant is DIRECTED to file a Response to the Government's Supplemental Sentencing Statement on or before **August 1, 2018**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 7/25/2018. Text Only Entry (wjmsec, ) (Entered: 07/25/2018) |
| 07/25/2018 | 437 | | RESTRICTED REVISED PRESENTENCE REPORT as to Trammel Thomas (Attachments: # 1 Exhibit A, # 2 Exhibit B)(aarag, ) (Entered: 07/25/2018) |
| 07/25/2018 | 438 | | RESTRICTED THIRD ADDENDUM to Presentence Report 437 as to Trammel Thomas (aarag, ) (Entered: 07/25/2018) |
| 07/25/2018 | 439 | | MOTION for Extension of Time to File *response* by Trammel Thomas. (Smith, Daniel) (Entered: 07/25/2018) |
| 07/26/2018 | 440 | | |

| | | | |
|---|---|---|---|
| | | | ORDER as to **Trammel Thomas (2)** granting in part Defendant's Motion for Extension of Time 439 . Were the Court to grant the motion in full, the undersigned would have no time to meaningfully consider the response in preparing for the sentencing hearing the following day. Furthermore, the current sentencing hearing date has been set since May 22, 2018 413 , and counsel made their vacation plans knowing, as experienced criminal defense counsel, of the flurry of filings generally submitted on the eve of a sentencing hearing. Moreover, it should be noted that defense counsel balked at the Court's inquiry into the feasibility of rescheduling the sentencing hearing to August 9 or 10, 2018. In the interest of justice, however, the Motion is GRANTED IN PART. The Defendant's deadline to file his Response to the Government's Supplemental Sentencing Statement is extended up to and including **Monday, August 6, 2018**. SO ORDERED by Judge William J. Martinez on 7/26/2018. Text Only Entry (wjmsec, ) (Entered: 07/26/2018) |
| 08/01/2018 | 441 | | EXHIBIT LIST *for Sentencing Hearing* by USA as to Trammel Thomas (Attachments: # 1 Exhibit)(Fields, Bryan) (Entered: 08/01/2018) |
| 08/01/2018 | 442 | | WITNESS LIST *for Sentencing Hearing* by USA as to Trammel Thomas (Attachments: # 1 Exhibit)(Fields, Bryan) (Entered: 08/01/2018) |
| 08/03/2018 | 443 | | EXHIBIT LIST *Amended for Sentencing* by USA as to Trammel Thomas (Attachments: # 1 Exhibit)(Fields, Bryan) (Entered: 08/03/2018) |
| 08/06/2018 | 444 | | OBJECTION/RESPONSE to Presentence Report by Trammel Thomas (Smith, Daniel) (Entered: 08/06/2018) |
| 08/06/2018 | 445 | | Letter by Trammel Thomas (Attachments: # 1 Envelope)(angar, ) (Entered: 08/07/2018) |
| 08/06/2018 | 447 | | **DUPLICATE ENTRY** NOTICE of Letter by Trammel Thomas (angar, ) Modified on 8/8/2018 to correct filing date (angar, ). Modified on 8/8/2018 to show duplicate to 445 Letter (angar, ). (Entered: 08/08/2018) |
| 08/08/2018 | 446 | | MINUTE ENTRY for all–day Evidentiary Sentencing Hearing, held on 8/8/2018 as to defendant 2. Trammel Thomas, before Judge William J. Martinez: ORDERED: The defendant's oral request for the Court to appoint new counsel is DENIED. ORDERED: The defendant's oral request to appear pro se is GRANTED. ORDERED: Leave for defense counsel to withdraw from this case is GRANTED. ORDERED: The defendant's oral request for a continuance of the sentencing hearing is GRANTED IN PART. ORDERED: This sentencing hearing is continued to Monday, October 22, 2018 at 10:00 a.m. ORDERED: No further briefing will be accepted. Court Reporter: Mary George. (dhans, ) (Entered: 08/08/2018) |
| 10/15/2018 | 448 | | ORDER as to **Trammel Thomas (2)**: This matter is before the Court *sua sponte*. Given the potential length of the Sentencing Hearing in this matter currently set for October 22, 2018 at 10:00 a.m., said Sentencing Hearing is hereby **RESET to October 22, 2018 at 9:30 a.m.** in Courtroom A801. SO ORDERED by Judge William J. Martinez on 10/15/2018. Text Only Entry (wjmsec, ) (Entered: 10/15/2018) |
| 10/15/2018 | 449 | | CERTIFICATE of Mailing by Clerk, re 448 Order, to Trammel Thomas, #57094408, FCI – ENGLEWOOD, 9595 WEST QUINCY AVENUE, LITTLETON, CO 80123. Text Only Entry. (sphil, ) (Entered: 10/15/2018) |

| 10/22/2018 | 450 | | MINUTE ENTRY for Sentencing Hearing, held on 10/22/2018 as to defendant 2. Trammel Thomas, before Judge William J. Martinez. ORDERED: The defendant's oral request for a continuance is GRANTED. ORDERED. This sentencing hearing is continued to Monday, January 14, 2019 at 9:30 a.m. Court Reporter: Mary George. (swest) (Entered: 10/22/2018) |
|---|---|---|---|
| 11/20/2018 | 456 | | RESTRICTED REVISED PRESENTENCE REPORT as to Trammel Thomas (Attachments: # 1 Exhibit A, # 2 Exhibit B)(aarag, ) (Entered: 11/20/2018) |
| 11/20/2018 | 457 | | RESTRICTED FOURTH ADDENDUM to Presentence Report 456 as to Trammel Thomas (aarag, ) (Entered: 11/20/2018) |
| 11/21/2018 | 458 | | TRANSCRIPT of Sentencing Hearing as to Trammel Thomas held on October 22, 2018 before Judge Martinez. Pages: 1–36. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 11/21/2018) |
| 01/09/2019 | 459 | | NOTICE *OF CORRECTION* re 357 Response by USA as to Trammel Thomas (Paluch, Martha) (Entered: 01/09/2019) |
| 01/10/2019 | 460 | | ORDER as to **Trammel Thomas (2)**: This matter is before the Court *sua sponte*. Due to a conflict with a criminal jury trial the week of January 14, 2019, the Sentencing Hearing set for January 14, 2019 at 9:30 a.m. is hereby **VACATED and RESET to April 30, 2019 at 9:30 a.m.** in Courtroom A801. SO ORDERED by Judge William J. Martinez on 1/10/2019. (wjmsec, ) (Entered: 01/10/2019) |
| 04/23/2019 | 464 | | NOTICE OF ATTORNEY APPEARANCE: Tasha Anya Steward appearing for Trammel ThomasAttorney Tasha Anya Steward added to party Trammel Thomas(pty:dft) (Steward, Tasha) (Entered: 04/23/2019) |
| 04/23/2019 | 465 | | First MOTION to Continue by Trammel Thomas. (Steward, Tasha) (Entered: 04/23/2019) |
| 04/23/2019 | 466 | | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on Defendant's Motion to Continue the Sentencing Hearing 465 . The Government is DIRECTED to file a Response to Defendant's Motion on or before **tomorrow, April 24, 2019**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 4/23/2019. Text Only Entry (wjmsec, ) (Entered: 04/23/2019) |
| 04/24/2019 | 467 | | RESPONSE to Motion by USA as to Trammel Thomas re 465 First MOTION to Continue *Sentencing Hearing* (Paluch, Martha) (Entered: 04/24/2019) |
| 04/25/2019 | 468 | | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on Defendant's Motion to Continue the Sentencing Hearing 465 . In its Response to the Motion 467 the Government states that it reluctantly does not oppose a |

| | | | |
|---|---|---|---|
| | | | brief continuance of the sentencing hearing, although it does oppose the re–opening of any briefing on the sentencing–related mattes which have already been extensively briefed and are ripe for decision. As the Government correctly points out in its Response, the instant Motion is the Defendant's third request to continue his sentencing hearing. The Court shares the Government's frustration at the Defendant's seeming unending and consistent pattern of manipulating the Court's calendar in successive efforts to delay as much as possible the date on which he will be sentenced. Indeed, the Court's frustration at this state of affairs was previously made clear at the last sentencing hearing on October 22, 2018, at which time the Court stated that "[a]bsent a true emergency, this sentencing hearing is continued for a final time to Monday, January 14, 2019 at 9:30 a.m." *See* Minutes of October 22, 2018 hearing 450 . Balancing all the factors and arguments set forth by counsel in their respective filings on the instant Motion, the Court ORDERS as follows: (a) The sentencing hearing for this Defendant will be continued for a FINAL TIME to **Tuesday, June 4, 2019 at 10:00 a.m.** in Courtroom A801; (b) the briefing on any pending sentencing–related motion filed by either party WILL NOT be reopened; and (c) given that the deadlines for the filing of any sentencing–related motions expired several months ago, NO NEW sentencing–related motion or request for relief will be accepted. SO ORDERED by Judge William J. Martinez on 4/25/2019. Text Only Entry (wjmsec, ) (Entered: 04/25/2019) |
| 05/29/2019 | 473 | 36 | WITNESS LIST *for June 4, 2019 Sentencing Hearing (Amended)* by USA as to Trammel Thomas (Attachments: # 1 Amended Witness List)(Fields, Bryan) (Entered: 05/29/2019) |
| 06/03/2019 | 474 | 40 | SENTENCING STATEMENT by Trammel Thomas (Attachments: # 1 Exhibit Letter of Support, # 2 Exhibit Letter of Support, # 3 Exhibit Letter of Support/Employment, # 4 Exhibit Letter of Support, # 5 Exhibit Letter of Support, # 6 Exhibit Testimony Exhibit, # 7 Exhibit Testimony Exhibit, # 8 Exhibit Certificate, # 9 Exhibit Certificate, # 10 Exhibit Photos, # 11 Exhibit Photos, # 12 Exhibit Photos)(Steward, Tasha) (Entered: 06/03/2019) |
| 06/03/2019 | 475 | 86 | ORDER THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Trammell Thomas in the amount of $260,226.85 shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.THAT this Preliminary Order of Forfeiture may be entered pursuant to Rule32.2(e)(1) of the Federal Rules of Criminal Procedure. by Judge William J. Martinez on 6/3/2019. (evana, ) (Entered: 06/03/2019) |
| 06/04/2019 | 476 | | STIPULATION AND ORDER Regarding Custody of Original Exhibits as to Trammel Thomas (2). Entered by Judge William J. Martinez on 6/4/2019. (afran) (Entered: 06/04/2019) |
| 06/04/2019 | 477 | 88 | COURTROOM MINUTES for Sentencing Hearing as to defendant Trammell Thomas (2) held before Judge William J. Martinez on 6/4/2019. Granting Government's Oral Motion for a Two–Level Enhancement in the Offense Level. Granting in part 353 Defendant's motion referenced in the Sentencing Statement and Request for a Specific/Variant Sentence. Defendant sentenced |

| | | | |
|---|---|---|---|
| | | | as reflected on the record. Defendant remanded. Court Reporter: Mary George. (Attachments: # 1 Government's Exhibit List) (afran) (Entered: 06/04/2019) |
| 06/04/2019 | 478 | | RESTRICTED AMENDED PRESENTENCE REPORT as to Trammel Thomas (Attachments: # 1 Exhibit A – Sentence Recommendation, # 2 Exhibit B – Victim Impact Statements)(sdean, ) (Entered: 06/04/2019) |
| 06/04/2019 | 479 | | RESTRICTED FIFTH ADDENDUM to Presentence Report 478 as to Trammel Thomas (sdean, ) (Entered: 06/04/2019) |
| 06/05/2019 | 480 | 93 | JUDGMENT as to defendant Trammel Thomas (2). Counts 1 through 7 of the Superseding Indictment: Defendant sentenced to 120 months imprisonment as to Counts 1 through 7, to run concurrently. 3 years of supervised release as to Counts 1 through 7, to run concurrently. $700 special assessment fee. $563,890.85 restitution joint and several with co–defendants. Entered by Judge William J. Martinez on 6/5/2019. (afran) (Entered: 06/05/2019) |
| 06/05/2019 | 481 | | STATEMENT OF REASONS as to Trammel Thomas (2). (afran) (Entered: 06/05/2019) |
| 06/11/2019 | 482 | | First MOTION to Withdraw as Attorney by Tasha A. Steward by Trammel Thomas. (Steward, Tasha) (Entered: 06/11/2019) |
| 06/12/2019 | 483 | | MEMORANDUM regarding 482 First MOTION to Withdraw as Attorney by Tasha A. Steward filed by Trammel Thomas. Motion(s) referred to Magistrate Judge Scott T. Varholak. by Judge William J. Martinez on 6/12/2019. Text Only Entry (wjmsec, ) (Entered: 06/12/2019) |
| 06/12/2019 | 484 | | ORDER DENYING WITHOUT PREJUDICE 482 Motion to Withdraw as Attorney as to Trammel Thomas (2). Judgment was entered on 6/5/2019 480 as to Defendant Thomas, and the Court is concerned that allowing counsel to withdraw prior to the filing of any notice of appeal will leave new counsel insufficient time to perfect Defendant's appellate rights. If Defendant wishes to appeal, current counsel should assist in filing the notice of appeal. Once any notice of appeal is filed, counsel may file a renewed motion to withdraw as counsel. SO ORDERED, by Magistrate Judge Scott T. Varholak on 6/12/2019. Text Only Entry (stvlc2, ) (Entered: 06/12/2019) |
| 06/12/2019 | 485 | 100 | NOTICE OF APPEAL as to 393 Order on Motion for New Trial, 223 Jury Trial/Jury Verdict,,, Set Hearings,, 480 Judgment, by Trammel Thomas. (Steward, Tasha) (Entered: 06/12/2019) |
| 06/12/2019 | 486 | | MOTION for Leave to Appeal In Forma Pauperis, by Trammel Thomas. (Steward, Tasha) Modified on 6/13/2019 to correct text (angar, ). (Entered: 06/12/2019) |
| 06/12/2019 | 487 | | MOTION to Appoint Counsel by Trammel Thomas. (Attachments: # 1 CJA Attachment Fin. Aff.)(Steward, Tasha) (Entered: 06/12/2019) |
| 06/12/2019 | 488 | | Second MOTION to Withdraw as Counsel by Trammel Thomas. (Steward, Tasha) Modified on 6/13/2019 to correct text (angar, ). (Entered: 06/12/2019) |
| 06/13/2019 | 489 | | MEMORANDUM regarding 488 MOTION to Withdraw as Attorney filed by Trammel Thomas, 487 MOTION to Appoint Counsel filed by Trammel Thomas. Motion(s) referred to Magistrate Judge Scott T. Varholak. by Judge William J. Martinez on 6/13/2019. Text Only Entry (wjmsec, ) (Entered: |

| | | | |
|---|---|---|---|
| | | | 06/13/2019) |
| 06/13/2019 | 490 | | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 485 Notice of Appeal as to Trammel Thomas to the U.S. Court of Appeals. ( CJA,) (Attachments: # 1 Preliminary Record and Docket Sheet)(angar, ) (Entered: 06/13/2019) |
| 06/13/2019 | 491 | | ORDER granting 487 Motion to Appoint Counsel as to Trammel Thomas (2); granting 488 Motion to Withdraw as Attorney. Tasha Anya Steward withdrawn from case as to Trammel Thomas (2) by Magistrate Judge Scott T. Varholak on 6/13/2019. (jgonz, ) (Entered: 06/13/2019) |
| 06/13/2019 | 492 | | ORDER Denying as Moot 486 The Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and FED.R.APP.24 as to Trammel Thomas (2), by Judge William J. Martinez on 6/13/2019. (angar, ) (Entered: 06/13/2019) |
| 06/13/2019 | 493 | | USCA Case Number as to Trammel Thomas 19–1209 for 485 Notice of Appeal filed by Trammel Thomas. (angar, ) (Entered: 06/17/2019) |
| 06/13/2019 | 494 | | ORDER of USCA as to Trammel Thomas re 485 Notice of Appeal. (USCA Case No. 19–1209) (angar, ) (Entered: 06/17/2019) |
| 07/03/2019 | 495 | 102 | DESIGNATION OF RECORD ON APPEAL re 485 Notice of Appeal by Trammel Thomas. (Truskoski, Ryan) (Entered: 07/03/2019) |
| 07/03/2019 | 496 | 162 | TRANSCRIPT ORDER FORM re 485 Notice of Appeal by Trammel Thomas. (Truskoski, Ryan) (Entered: 07/03/2019) |
| 07/15/2019 | 497 | | REPORTER TRANSCRIPT ORDER FORM filed by Mary George re 485 Notice of Appeal. Transcript due by 8/12/2019. (nrich) (Entered: 07/15/2019) |
| 08/09/2019 | 498 | | TRANSCRIPT of Final Trial Preparation Conference as to Trammel Thomas held on November 17, 2017 before Judge Martinez. Pages: 1–44. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 08/09/2019) |
| 08/09/2019 | 499 | | VOIR DIRE TRANSCRIPT of proceedings held on November 27, 2017 before Judge Martinez. Pages: 1–155. (mgeor, ) (Entered: 08/09/2019) |
| 08/09/2019 | 500 | | TRANSCRIPT of Jury Trial, Day 1 as to Trammel Thomas held on November 27, 2017 before Judge Martinez. Pages: 156–290. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic** |

| | | |
|---|---|---|
| | | **Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 08/09/2019) |
| 08/09/2019 | 501 | TRANSCRIPT of Jury Trial, Day 2 as to Trammel Thomas held on November 28, 2017 before Judge Martinez. Pages: 291–527. <br>**<br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 08/09/2019) |
| 08/09/2019 | 502 | TRANSCRIPT of Jury Trial, Day 3 as to Trammel Thomas held on November 29, 2017 before Judge Martinez. Pages: 528–652. <br>**<br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 08/09/2019) |
| 08/09/2019 | 503 | TRANSCRIPT of Jury Trial, Day 4 as to Trammel Thomas held on November 30, 2017 before Judge Martinez. Pages: 653–755. <br>**<br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 08/09/2019) |
| 08/09/2019 | 504 | Partial TRANSCRIPT of Sentencing Hearing as to Trammel Thomas held on August 8, 2018 before Judge Martinez. Pages: 1–7. <br>**<br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> |

| | | | |
|---|---|---|---|
| | | | Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 08/09/2019) |
| 08/09/2019 | 505 | | RESTRICTED TRANSCRIPT of proceedings held on August 8, 2018 before Judge Martinez. Pages: 1–16. (mgeor, ) (Entered: 08/09/2019) |
| 08/09/2019 | 506 | | TRANSCRIPT of Sentencing Hearing as to Trammel Thomas held on June 4, 2019 before Judge Martinez. Pages: 1–179. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 08/09/2019) |
| 09/03/2019 | 507 | | TRANSCRIPT ORDER FORM re 485 Notice of Appeal by Trammel Thomas. (Truskoski, Ryan) (Entered: 09/03/2019) |
| 09/18/2019 | 509 | | REPORTER TRANSCRIPT ORDER FORM filed by AB Court Reporting & Video, Inc. re 485 Notice of Appeal. Transcript due by 9/30/2019. (nrich) (Entered: 09/18/2019) |
| 09/23/2019 | 510 | | REPORTER TRANSCRIPT ORDER FORM filed by Julie Thomas re 485 Notice of Appeal. Transcript due by 10/18/2019. (nrich) (Entered: 09/23/2019) |
| 10/07/2019 | 511 | | TRANSCRIPT of TRANSCRIPT OF PROCEEDINGS as to Trammel Thomas held on 05/09/2018 before Magistrate Judge Wang. Pages: 1–9. Prepared by: AB Court Reporting & Video, Inc.. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** <br><br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (AB Court Reporting & Video, Inc., ) (Entered: 10/07/2019) |
| 10/17/2019 | 514 | | TRANSCRIPT of MOTION HEARING as to Trammel Thomas held on 5/25/18 before Judge Wang. Pages: 1–7. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made** |

| | | | |
|---|---|---|---|
| | | | **electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (Thomas, Julie) (Entered: 10/17/2019) |
| 10/17/2019 | 515 | | RESTRICTED TRANSCRIPT of MOTION HEARING proceedings held on 5/25/18 before Judge Wang. Pages: 1–7. (Thomas, Julie) (Entered: 10/17/2019) |
| 11/18/2019 | 522 | | ORDER of USCA as to Trammel Thomas re 485 Notice of Appeal. (USCA Case No. 19–1209) (angar, ) (Entered: 11/19/2019) |
| 11/21/2019 | 523 | | DESIGNATION OF RECORD ON APPEAL re 485 Notice of Appeal by Trammel Thomas. (Truskoski, Ryan) (Entered: 11/21/2019) |

Case No. 1:16-cr-00054-WJM-02 Document 525-2 filed 12/26/19 USDC Colorado   pg 36 of
Case 1:16-cr-00054-WJM Document 478 Filed 05/29/19 Page 1 of 3
163

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00054-WJM-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    TRAMMEL THOMAS,

    Defendant.
_____

## GOVERNMENT'S AMENDED SENTENCING WITNESS LIST
_____

The United States of America, by and through United States Attorney Robert C. Troyer and Assistant United States Attorneys Martha A. Paluch and Bryan D. Fields, submits the attached Amended Witness List in anticipation of the sentencing hearing in this matter, scheduled for June 4, 2019.

The amended witness list substitutes Deputy United States Marshal ("DUSM") Pat Willhite for DUSM Joseph Faranda.  Last Tuesday, the undersigned AUSA was informed that DUSM Faranda has been diagnosed with a serious health condition requiring surgery this week.  Recovery from that surgery will take at least two weeks, at which point DUSM Faranda will be required to undergo additional treatments.  Rather than delay this sentencing hearing yet again, the government diligently pursued the possibility of alternative witnesses and, yesterday, confirmed that DUSM Willhite is available.  DUSM Willhite was physically present during the major events of the defendant's capture in Arizona in March 2018 following a stand-off.  DUSM Willhite, like

1

DUSM Faranda, is expected to testify that the defendant's effort to avoid capture created a substantial risk of death or seriously bodily injury to others.

The government attempted to contact defense counsel on May 28, 2019 by telephone and on May 29, 2019 by telephone and email to discuss the substitution of DUSM Willhite for DUSM Faranda, but has received no response.

DATED this 29th day of May, 2019.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By:      s/ Bryan David Fields
MARTHA A. PALUCH
BRYAN DAVID FIELDS
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov
bryan.fields3@usdoj.gov

Case 1:16-cr-00054-WJM Document 478 Filed 05/29/19 Page 3 of 3

**CERTIFICATE OF SERVICE**

I certify that on this 29th day of May, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record in this case.

s/ *Bryan David Fields*
MARTHA A. PALUCH
BRYAN DAVID FIELDS
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov
bryan.fields3@usdoj.gov

Case No. 1:16-cr-00054-WJM Document 525-2 filed 12/12/19 USDC Colorado pg 39 of
Case 1:16-cr-00054-WJM Document 473 filed 05/29/19 Page 1 of 1
163

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Case No. __16-cr-00054-WJM_____     Date ____June 4, 2019___

Case Title _____United States v. Tramell Thomas_____

_____Plaintiff_____ SENTENCING WITNESS LIST
(Plaintiff / Defendant)

| WITNESS | PROPOSED LENGTH OF TESTIMONY | | | | |
|---|---|---|---|---|---|
| Sandra Ennis | Direct: | 60 minutes | Cross: | Unknown | Total: | Unknown |
| Pat Willhite | Direct: | 30 minutes | Cross: | unknown | Total: | Unknown |

**Total Direct:  90 minutes (1 1/2 hours)     Total Cross:  Uknown**

Case No. 1-16-cr-00054-WJM Document 525-2 filed 12/13/19 USDC Colorado pg 40 of
Case 1:16-cr-00054-WJM Document 474 Filed 06/03/19 Page 1 of 11
163

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TRAMMEL THOMAS,

      Defendant.

_____

SENTENCING MEMORANDUM ON BEHALF OF DEFENDANT TRAMELL THOMAS
_____


PRELIMINARY STATEMENT

      Through counsel, Trammel Thomas files the following Sentencing Memorandum setting forth factors that the Court is being asked to consider in determining what type and length of sentence is sufficient, but not greater than necessary, to comply with the statutory directives set forth in 18 U.S.C. § 3553(a).

      On November 30, 2017, Thomas was found guilty of Conspiracy to Defraud the Government in violation of 18 U.S.C. §286 and six counts of Aiding and Abetting Mail Fraud in violation of 18 U.S.C. §§ 1341 -1342.  In this instance a sentence similar to his co-defendants, Diaz and Green would be Just Punishment in the case.

ARGUMENT

THE 18 U.S.C. § 3553(a) FACTORS WEIGH IN FAVOR OF A BELOW THE GUIDELINE SENTENCE.

*United States v. Booker*, 543 U.S. 220, 226 (2005), held that the mandatory application of the United States Sentencing Guidelines is a violation of the Sixth Amendment.  Therefore, a sentencing court

1

Case 1:16-cr-00054-WJM   Document 474   Filed 06/03/19   Page 2 of 11

is required to consider the advisory sentencing guideline range along with the statutory factors set for in 18 U.S.C. § 3553(a), specifically (1) the offense and the offender characteristics; (2) the need for the sentence to reflect the basic aims of sentencing, namely, (a) "just punishment" (retribution), (b) deterrence, (c) incapacitation (d) rehabilitation; (3) the sentences legally available; (4) the Sentencing Guidelines; (5) Sentencing Commission policy statements; (6) the need to avoid unwarranted sentencing disparities; and (7) the need for restitution. 18 U.S.C. §3553(a); *see also Rita v. United States*, 551 U.S. 338, 347-48 (2007). Here, each of the factors gear the Court toward sentencing Thomas in the range of his co-defendants, Diaz and Green.

*Background and History of Trammel Thomas*

Trammel was born in Fort Wayne, Indiana to 16 year old parents. Today he is 40 years old. His parents did not marry and his father Kimothy, left Trammel's life before he was 2 years old. Trammel knew who his father was, but the older man did not make time for his son. He was raised by his teenaged mother, Rosie Thomas, and his grandmother, Flossie. When Trammel was young, his mother moved into her own home. She struggled with poverty. At 6, his sister, Rozina Thomas was born. His youngest sister, Latisha was born when He was 10. Trammel's mom began to experiment with alcohol. She would have a few drinks a day and was able to keep her drinking under control. By the time Trammel was 12, his mother married Steve Jones. At first, Jones was a great father to Trammel. The two often enjoyed WWE Wrestling matches together and were lucky enough to attend a taping of the show, live. Trammel felt like he finally had a father.

While they were together both Rosie Thomas and Steve Jones drank often. This drinking was much more than Rosie previously had. Trammel noticed that the two argued over "silly drunk things" when they drank. The relationship eventually turned violent and Rosie became the victim of abuse. As a result of the abuse she drank more and became an alcoholic. Trammel knew his mother was being abused

Case No. 1:16-cr-00054-WJM Document 525-2 filed 12/13/19 USDC Colorado pg 42 of
Case 1:16-cr-00054-WJM Document 247 Filed 06/03/19 Page 5 of 11
163

and was forced to listen to that abuse. He was confused as to what to do, because for Trammel, Jones

was his dad. The first time Trammel witnessed Jones beat his mother, he was 15. He felt confusion, anger

and fear.

As a result of the violence, Trammel moved out the home. He was arrested and spent 4 months

Juvenile hall. He likened juvenile hall as a "Gladiator School," where children often were forced to fight

by guards and older residents. During his time there, Trammel was hit in the head with a pipe and knocked

unconscious several times. He felt abandoned by his family, unloved and like he was alone against the

world.

Trammel moved to Colorado to re-connect with his dad. When he arrived in Colorado Springs as

a 17 year old, Trammel found his father was also an alcoholic and addicted to drugs. He also found himself

struggling with feelings of confusion and anger towards his father for not being in Trammel's life up to

that point. Trammel had an uncle and cousins that lived in the Springs. He spent a lot of time at their

home. At the request of his cousin, Trammel got involved, as the driver, in a bank robbery. Even though

he played a minor role in the crime, Trammel was sentenced to 20 years in prison. He began his sentence

on December 20, 1999.

During the time Trammel was in prison, his mother's alcoholism worsened. In 2008, she suffered

from a massive stroke that left her paralyzed on her left side. She is currently 56 years old and depends

fully on a caretaker. Ms. Thomas' caretaker is her daughter Rozina.

While in prison, he met Matthew Sanders and they became friends. Through a writing program at

the prison, Trammel met fell in love with and got married to Lola Thomas and when he was released on

January 20, 2009, he was prepared to spend his life with Lola. In preparation for his release, Lola rented

an apartment and made a home for them. Lola made sure that life would be comfortable. After trying

out life as a couple, Lola and Trammel mutually came to the conclusion that they were better friends than

they were lovers. The duo decided to maintain a friendship and have done so for the last decade.

Trammel and Matthew Sander's friendship continued outside of prison. While they had been in prison, Sander's introduced Trammel to his half sister Heather Carr during a visit. The two wrote a few letters back and forth and then the friendship waned. However, when Trammel and Lola's relationship came to an end, he was re-introduced to Carr and began to explore a friendship with her. Carr treated Trammel well. She realized that Trammel was struggling to get a job and secure housing. Re-integrating back into society as an ex-con that spent ten years in prison was difficult for Trammel. Especially one that failed to finish high school and received his GED while incarcerated. When Sanders violated his parole, Carr took over the apartment Sander's rented. She allowed Trammel to live in the home rent and bill free.

In time, Trammel and Carr began to see each other romantically. Heather became pregnant with Trammel's first child. During the pregnancy Trammel was arrested for a crime in El Paso county which is located in Colorado Springs, CO. Their daughter, Milani Thomas, was born on December 25, 2010, while Trammel was in the El Paso county jail. He was unable to attend the birth. Trammel met his baby girl and first child in the dirty visitation room in the county jail.

Trammel's arrest in Colorado Springs was the result of being around people that he felt like he could be himself with. When it came to technology, Trammel felt like he was behind his associates that had never been to prison. He used a flip phone because the smart phone was intimidating to him. When he was released from Sterling Correctional in Colorado, he did not know what a text message was and had never sent one. To cover his own insecurity with the technology, he often joked with others that the government was tracking them through the smart phone. Due to these feelings, Trammel surrounded himself with people that used drugs. He felt like he did not have to impress drug users. The anxiety he felt with most of society disappeared around drug users and alcoholics. He had experience with them due to his time around his own father as a teenager. He also felt that they did not judge him.

The charges in El Paso county case were dismissed and Trammel was released from the county jail in Summer 2011. He moved to Arizona to live with Carr and the children at 1822 E. Kaibab, Chandler

AZ. This was the nicest home that Trammel had ever had access to and he felt fortune to have the relationship with Carr.  For the first time in his life, Trammel was a father. He was able to watch Milani grow and influence her young life. He also played a hand in raising Carr's older children.  Trammel found fatherhood to be both challenging and rewarding.

While living with Carr, Trammel knew her to be a hard worker. Carr took care of all of the bills for the family. Trammel felt safe. Occasionally co-defendant's Green and Diaz would come to the home.  He never really engaged them in conversations and did not spend time around the three women while they were at the home.

Trammel could not ignore the fact that something criminal was happening on August 30, 2012, when he was pulled over by the Arizona police while driving home. In the vehicle, there was a bag containing several debit cards related to this case. When Trammel was able to speak to Carr after this encounter, she reassured him that nothing was going to happen to them and that everything was ok. Everything was not ok.

On November 29, 2012, the government executed a search warrant for the home that he and Carr lived in.  This terrified Trammel. He knew that Carr was involved in criminal activity, but because he had only been aware of the scheme for a few months, he didn't think much about it. He didn't know when Carr, Diaz and Green were working on the scheme because it had to be carried out on a computer. At the time, Trammel continued to feel intimidated by computers. The Government search of the home they shared led to the end of the relationship between Trammel and Carr. Trammel moved out of the home on E. Kaibab in Chandler and started making a life on his home. He often saw Carr because he actively fathered Milani, but they no longer shared a romantic relationship.

The couple reconciled briefly in 2013, Carr had won an award from her employer Wells Fargo. As a part of award, Carr won a trip to San Diego. She invited Trammel. She also showed Trammel where items seized by the Government had been returned to her. During the trip, Tru Thomas was conceived.

Case No. 1:16-cr-00054-WJM Document 525-2 filed 12/13/19 USDC Colorado pg 45 of
Case 1:16-cr-00054-WJM Document 47 Filed 06/03/19 Page 6 of 11
163

Trammel was there for the birth of his son, Tru Thomas. He felt amazed that he was able to have children after his time in prison, but attending the birth of his son was the best moment he has experienced in his life. Trammel instantly fell in love with Tru and knew that he would be a better father to his son than the fathers he had.  As Tru got older, Carr and Trammel noticed he was missing some his growth milestones and seemed to be developing later than his siblings had. Tru was also non-verbal. Carr had him tested. The parents were given diagnosis of autism. They worked to teach Tru and the other children sign language to improve communication. However, he still requires more attention and care than a child without his condition. After the birth of his children, Trammel was able to reconcile with his father and today the two men enjoy a friendship.

Trammel got a mentor, Mr. Joseph Conrad and he began to mentor other men that were recently out of prison. In particular, Trammel helped Charles Buffet located and was able to help him and his family with homelessness. Trammel allowed the family to live in his home for a while.  By the time of the indictment in this case, Trammel was living a very different life from when he was released from prison and while he was with Carr.  He became a positive figure in his community that enjoys the support of his community including his landlady, who intends to provide what financial support she can for Trammel. Since his incarceration, Trammel received a ministry certificate. This made Trammel an ordained minister. Trammel was and is very proud of this accomplishment. He also completed courses in criminal psychology.

***Downward Departure Requests***

<u>Sentences that are too long can destroy families, communities and foster more crime.</u>

A long sentence in this case would put severe strain on the relationship that Trammel has with his children.  This especially applies to Tru. The child's health issues makes him a particularly vulnerable person. Further, while Trammel was able to re-integrate into to the community and start a family after his incarceration in the State of Colorado, it took him 5 years to do it.

Case No. 1:16-cr-00054-WJM Document 525-1 Filed 06/03/19 USDC Colorado   pg 46 of
Case 1:16-cr-00054-WJM   Document 247   Filed 12/13/19   Page 7 of 11
163

"Long sentences are also immensely hard on prisoners and cruel to their families, as it's usually very difficult for a prisoner to re-integrate into his family and community after very long prison sentences." Judge Alex Kozinski, Criminal Law 2.0, 44 Geo. L.J. Ann. Rev. Crim. Proc. (2015) at page xii-xiii.

Anne R. Traum *"Mass Incarceration at Sentencing,"* 64 Hasting Law Journal 423, 433 (2013) ("High imprisonment rates can disrupt social order, "undermine the building blocks of social order," and destabilize community life. Professor Dorothy Roberts has described how mass incarceration "damages social networks," starting at the family level and then "reverberat[ing] throughout communities where the families of prisoners are congregated." While one family can bear the strain of a family member's imprisonment by relying on "networks of kin and friends," multiple families relying on the same network eventually strain and weaken the community. The absence of family members also means fewer people in community groups that "enforce informal social control." Communities that are destabilized by high incarceration rates cannot thrive and are not safer.'").

Here, not only would Trammel and Carr's children be affected by long incarcerations, their network would also be affected. In fact, it already has begun to be affected as Carr's older daughter (who is in her early 20's) and her spouse are now tasked with and bear the responsible of raising their children. The Court should consider the strain a long incarceration would place on Trammel's family.

Further, public safety does not call for a sentence of 168 months and such a sentence is not Just Punishment for the offenses Trammel was found guilty of. In the present case, while Trammel benefited from the scheme alleged by the Government, he was not fully aware of it until he was pulled by the Arizona police in August of 2012. Trammel takes full responsibility for his role in the case once he became aware of it. After the search of the home on Kaibab, Trammel and Carr ended their relationship and Trammel had no more involvement in the conspiracy.

In *U.S v. Haynes* 557 F.Supp.2d 200 (D. Mass. 2008), the Defendant was convicted of selling drugs and guidelines called for 33-41 months. The Court sentenced Mr. Haynes time served because sentence public safety did not call for this sentence.

"While public safety certainly calls for the incapacitation of some, there is another side to the equation, which, after [Booker] may finally be given the serious

Case No. 1:16-cr-00054-WJM Document 525-2 filed 12/13/19 USDC Colorado pg 47 of
Case 1:16-cr-00054-WJM Document 474 Filed 06/03/19 Page 8 of 11
163

consideration it deserves." The court must "confront the inescapable fact that disadvantaged communities like Bromley-Heath are injured both by crime and by the subsequent mass incarceration of their young men. *See* Donald Braman, *Criminal Law and the Pursuit of Equality,* 84 *Tex. L. Rev.* 2097, 2114-17 (2006). *Compare* Randall Kennedy, *Race, Crime, and the Law 373-76 (1997), with Todd R. Clear, Imprisoning Communities: How Mass Incarceration Makes Disadvantaged Neighborhoods Worse* (2007). Courts may no longer ignore the possibility that the mass incarceration of nonviolent drug offenders has disrupted families and communities and undermined their ability to self-regulate, without necessarily deterring the next generation of young men from committing the same crimes.

In Trammel Thomas' case as with Haynes public safety seems to require a departure from the Guidelines.

<center>Role in offense was less than that of codefendants</center>

Trammel's role in the offense was less than that of all of his co-defendants. He spent 10 months

of the conspiracy in the El Paso County Jail. The bulk of the conspiracy required the use of computers to

carry out and Trammel simply was unable to use a computer the way that was necessary. He provided a

few addresses but not more than Diaz had and he completed no course work like Green had. Green could

not point to any significant active involvement that she witnessed from Trammel.[1] Carr originally stated

that Trammel knew about the conspiracy and had played a large role. She recanted those statements and

put herself in jeopardy when she refused to testify to them.[2] All of Trammel's co-defendant received

significantly shorter sentences than what is being sought against him by the Government. In fact, in the

case of all Trammel's co-defendant's, the Government did not seek the same or similar amounts of time

that they are seeking against Trammel.  Both Diaz and Green had criminal records that were significant as

well.

The 10th Circuit affirmed a decision by the sentencing court conclusion that the sentencing range

set in the guidelines overstated the defendant's role in the crime. The court citing *Kimbrough v. United*

*States*, ___ U.S. ___, 128 S.Ct. 558,570,  169 L.Ed.2d 481 (2007), stated ("In sum, while [§ 3553(a)] still

---

[1] See Green testimony pg 14-23
[2] See Carr sentence statement pg 24; 34-38

Case No. 1:16-cr-00054-WJM Document 525-2 filed 12/13/19 USDC Colorado pg 48 of
Case 1:16-cr-00054-WJM Document 474 Filed 06/03/19 Page 9 of 11
163

requires a court to give respectful consideration to the Guidelines, *Booker* permits the court to tailor the sentence in light of other statutory concerns as well." (citations omitted)).

Accordingly, the Court can consider the lesser role that Trammel played in the offense and sentence Trammel to a lighter sentence than requested by the Government.

<u>The defendant is a good parent</u>

Trammel Thomas is a good parent to his children Milani and Tru. Trammel, despite growing up without his biological father in his life and watching his step-father abuse his mother, was determined to be the best parent he could to his children. While he was unable to attend the birth of Milani, Trammel was in her daily life until he was taken into custody in the present case. He attended the birth of his son Tru and even though he was not in a romantic relationship with the child's mother. Made sure to be a part of his son's daily life as well. Trammel worked with Carr when they discovered Tru's diagnosis. Trammel made it his mission that his son have the best life he could despite his disabilities.

In *U.S. v. Pauley*, 511 F.3d 468 (4th Cir. 2007), the Court's decision to depart downward in part because the defendant was a good parent was found to be a "valid consideration § 3553(a)". Trammel Thomas asks that this court consider his paternal circumstances and his actions as a father to his children during sentencing.

<u>Model prisoner while in post-trial confinement.</u>

Trammel has been a model prisoner while being detained. He has furthered his education and became an ordained minister for other prisoners. In *U.S. v. Thavaraja*, 740 F.3d 253 (2d Cir.2014), the defendant was convicted of conspiring to provide support to terrorist organization and fell into the guidelines at 240 months. However the Court's sentence of 108 months not unreasonable in part because "for the six years he was incarcerated he was a model prisoner who tutored other prisoners." Further in *United States v. Maurer*, 76 F.Supp.2d 353, 362 (S.D.N.Y.,1999), a low end sentence was warranted in

part because defendant "has proved to be a model prisoner for the time in which he has been incarcerated" before sentencing.

<u>LETTERS OF SUPPORT</u>

Submitted along with this memorandum, the Court will find support letters and photos of Trammel's family  from those who know Trammel best. They have known him longer than this Court, myself, the prosecutor, or the probation department. These letters speak more eloquently about Trammel then I ever could. Accordingly, I direct the Court's attention to these sincere and meaningful submissions. Trammel's certificates he earned in during his post-trial detention are also attached.

<u>Title 18 United States Code §3553(a)</u>

We seek a sentence which will be **sufficient, but not greater than necessary**, consonant with the purposes of sentencing as statutorily set forth in *Title 18 United States Code §3553.* This would be beneficial, advantageous and constructive given the **nature and circumstances of Trammel's participation in this criminal offense; but also viewed in the context of the history and characteristics of this defendant** as set forth above. *18 United States Code §3553(a)(1).*

**Such a sentence will reflect the seriousness of the offense**. Incarceration will reflect, to all, that a deprivation of liberty, and continuing and ongoing supervision for a period of years, will result as a minimum for such conduct. *18 United States Code §3553(a)(2)(A).* Such a sentence will **promote respect for the law and provide just punishment for this offense and this offender.** *18 United States Code §3553(a)(2)(A).*

Given the personal makeup and age of this defendant, such a sentence will **afford adequate deterrence to future criminal conduct**. *18 United States Code §3553(a)(2)(B)*. With ongoing supervision, and based upon all of the foregoing factors, the **public will thereby be protected from further crimes** of this defendant. *18 United States Code §3553(a)(2)(C).* The defendant can therefore immediately focus on

receiving, and participating in, the greatly needed correctional guidance and supervision, in the most effective manner. *18 United States Code §3553(a)(2)(D).*

**This sentence would also demonstrate that sufficient consideration has been given to all of the kinds of sentence available**. *18 United States Code §3553(a)(3).* **Such a sentence would take cognizance of the sentencing range established for this applicable category of offense and criminal offender.** *18 United States Code §3553(a)(4)(A).*

## CONCLUSION

It is respectfully prayed that this Court sentence Trammel Thomas to a term of federal imprisonment commensurate with each and all of the foregoing considerations, taking into account all aspects of the advisory sentencing guidelines, applications of any departures therefrom, and in view of all of the factors contained in *18 United States Code §3553(a).*

Alternatively, we pray this Court to impose a non-Guidelines sentence appropriate to all of the attendant circumstances, and consonant with this application. It is also respectfully requested that this defendant be allowed to participate in any and all relevant Bureau of Prisons programing for which he may be eligible, and that he be housed as close to his home and family as is possible.

Respectfully submitted,

/s/ Tasha A. Steward
Tasha A. Steward
Law Office of Tasha A. Steward, LLC
Attorney for Defendant
Bar Role Number: 51183
3570 E. 12th Ave
Denver, CO 80206

Honrable Judy Martino
I am Writing you
My husband Kimothy and I
@ Wanted to write
you a letter ~~in regards~~
on behalf of our
Son, Tramelle D ~~Tho~~

Thomas. Kimothy is Tramelle
Father I am his
Step-Mother. ~~Next~~

Tramelle is Kimothys older
Son. ~~Tramelle~~ was born
When Kimothy ~~was~~ only
He and Tramelles mother
Were only 16 years old.
raising children is a
Not easy in the best

of sercomstanse, therfor at 16 they were still children there selves.

Kimothy worked two and three jobs to support his son he wanted the best for him know no matter what that took. He still lis up when he talks about his baby boy he had never loved anyone as much as he loves his baby and was over whelmed with such strong feelings, he was very young and not emottinaly mature enough to know how to translate

that very well.

Tramelle's parents both loved him very much, but were unable to make their relationship last.

Kimothy moved on best he could and fell in love again. When Tramelle was 6 years old his younger brother was born, James. followed a year later by his sister Marianna.

Kimothy thought that working as much as he could and being

a good provider
was the way to
show his children

how much he loved
them not knowing
they needed his time
also. the three sibblings
grew very close to
each other but grew
distant from a father
who worked all the time.

It took many years
and lots of effort
from both Father & son
to become as close
as they are now.

I have not seen a
Father and son as
close as they are.

They are not only father and son but best friends. They truly enjoy each other's company, and they are so much a like in looks and personality they rarely went a day without spending time together.

I also develope a close relationship with Tramelle I could not have dreamed of having a better son.

We are all very blessed to be a family. As close as we are life moves fast and little did we know

Our lives wold
all be turned upside
down.

on January 7 2018

Kimothys younger son
tramelles brother James
was tragicly killed
in a house fire.
That has changed our
lives forever. the only
reason my husband
got out of bed in the
weeks to follow was
to see tramelle.

Kimothy allso had
been struggling with
his health not wanting
to worry his son tramelle
had no Idea how
sick his father was

Kimothy has several ruptured Disk in his lower back as well as narowing of the vertabras. and Arthritis. We have consulted several or sargens and the location and severity of his injury they could not garente that he would not have perminit paralisis after surgical intervenyion that he lives in cronic pain so bad that some mornings I have to help him out of bed.

he also has a very large hernea that will have be surgeely repaired.

# Joseph E. Conrad, Jr.                    *(520) 848-9391*

### 6910 S. Radec Ln, Tucson, Arizona 85756                    *jeconrad1@gmail.com*

April 22, 2019

To:  The Honorable William J. Martinez, United States District Court, District of Colorado

SUBJECT:  Letter of Support for Tramell Thomas #57094408

Your Honor,

My name is Joseph E. Conrad, Jr., and I have been working with and mentoring young men in Arizona for over 25 years.  I am a retired probation officer (19 years in Cochise County, Arizona), retired from the United States Army and quite active with my Fraternity (Freemasons and Shriners) in my community.  I am a firm believer that people must be held accountable for their actions.  However, I do not believe that incarceration is always the best response to punish or rehabilitate an offender, especially in the case of Tramell Thomas.

When I first met Tramell in early 2014, he was building a call center business in Phoenix, Arizona, and I was quite impressed with his quiet demeanor, level of maturity, sense of responsibility, compassion and concern for others.   Being a probation officer, I was truly glad to see Tramell's support for the young men and women he encountered who were trying to re-build their lives after being incarcerated.  I thought this to be truly admirable of him as he assisted former inmates in obtaining suitable employment and in obtaining a decent place to live to start fresh.  Every time I saw Tramell, he always had a great attitude, a smile on his face and an encouraging outlook on life.   So, when Tramell told me about his background with the legal system, I was very surprised and truly impressed that the articulate, young man before me had the insight, strength and mindset to overcome his previous situation and become a successful entrepreneur.

When I heard of Tramell's current legal predicament, I will admit that I was disappointed; yet, I still believe that Tramell has a good heart and has a positive impact on those he encounters.  In my opinion, I believe that continued incarceration for this young man would be of little benefit to the legal system or the community.  I also firmly believe that with positive mentorship (which I am willing to assist in providing), Tramell can once again be successful.

I realize that we are asking quite a bit from the Court to take a leap of faith on Tramell.  However, I am quite confident that Tramell will use this opportunity to demonstrate to the Court and the community that he can abide by the law and be an asset to the community wherever he resides.

Thank you for reading my letter.

Fraternally,

Joseph E. Conrad, Jr.



To who it may concern,                                          March 20th, 2019

This letter is in reference to Tramell Thomas. Upon Tramell's release from custody, he has an
employment position waiting for him at Conversion Kings located at 1027 E Washington St, Suite 107
Phoenix, AZ 85034. This position is full time Monday through Friday as a pre-screening representative.
We are looking forward to having Mr. Thomas join our team. If you have any questions you may contact
me directly at 707-772-6052.

Respectfully,

Frank Wood

Frank Wood
Manager
707-772-6052
Fwood@conversionkingsleads.com

Helga S Ruf
11577 E. Ranch Gate Rd.
Scottsdale, AZ 85255
Phone: 602-369-4429
March 1, 2019

Re: Sentencing of Tramell D Thomas

Dear Judge Martinez,

My name is Helga Ruf and I am writing to you in regards to Tramell D Thomas, who will appear in front of your court April 30, 2019.
My husband and I have known Mr. Thomas for the past 6 years as our tenant residing at our rental home in Phoenix. During those years he proved himself to be a responsible, honest and friendly young man, always paying his rent on time and never failed in his obligations to take care of the home.
When Mr. Thomas is released, he is more than welcome to stay at his previous location and will have our financial support to get back on his feet and rebuild his life with his children. He has a daughter aged 7 and a son aged 4, who has autism and they need their father. He had a special way with communicating with his little son to keep him calm. They are in foster care with relatives, but the State of AZ wants to put them into their system.

During his incarceration we have been communicating practically on a daily basis to give him moral support and help him in his needs to keep faith. Mr. Thomas is a very intelligent individual and will be a great asset to mankind if given the opportunity. He has so much more to give to Society if given the chance.

The purpose of my letter to you is to ask that you may give this young man your greatest consideration in a release if possible, or a minimal sentence and his children a chance of a good and meaningful family life.

Respectfully yours,

*Helga S Ruf*

My Name is Charles Edward and To whom
it may Concern I would like to inform you about
Tremell Thomas, I met mr thomas about 5yrs ago
I was in a shelter and he was giving people the opportun
To work and To better there lives I was one the
8 people who was given the opportunity to work but
also meet and see how much of a blessing that
mr Thomas was not only to me but my children
who he also blessed with clothes shoes and there
dad the ability to get a place to live after sleeping
in our car, at side the Jib. there were others who
lives were changed because of his care and kindness
I know that if you knew him mR Thomas. and
had the chance to see how many people have been
impacted by mR Thomas Compassion I am persuaded
That you would look at him differently than what
you see him as. circumstances do not Dictate who
a person is, and while mR thomas is having to
go through this ordeal, Please Dont forget this.
This is who he is not what you see. him as.
now.        Thankyou Sincerly Charles Edwards
                                            602.715. 5623

                           Thankyou mR thomas
                               my Kids Say Hi

Case No. 1:16-cr-00054-WJM Document 525-2 filed 12/12/19 USDC Colorado pg 62 of
163
Case 1:16-cr-00054-WJM Document 274 Filed 06/03/19 USDC Colorado Page 1 of 1
Case 1:16-cr-00054-WJM Document 341-3 Filed 03/09/18 USDC Colorado Page 1 of 47

Attachment 3

1

1       IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLORADO

3    Criminal Action No. 16-cr-0054-WJM-2

4    UNITED STATES OF AMERICA,

5    Plaintiff,

6    vs.

7    TRAMMEL THOMAS,

8    Defendant.

9    ------------------------------------------------------------

10              REPORTER'S PARTIAL TRANSCRIPT
                  (Jury Trial - Day 2)
11            TESTIMONY OF MARCELLE GREEN

12   ------------------------------------------------------------

13       Proceedings before the HONORABLE WILLIAM J. MARTINEZ,
     Judge, United States District Court for the District of
14   Colorado, commencing at 3:29 p.m., on the 28th day of
     November, 2017, in Courtroom A801, United States
15   Courthouse, Denver, Colorado.

16

17                  APPEARANCES

18       MARTHA A. PALUCH and BRYAN D. FIELDS, Assistant U.S.
     Attorneys, 1801 California Street, Suite 1600, Denver,
19   Colorado 80202, appearing for the plaintiff.

20       DANIEL T. SMITH, Attorney at Law, 4582 South Ulster
     Street, Suite 1400, Denver, Colorado 80237 and
21       THOMAS E. GOODREID, Attorney at Law, 1801 Broadway,
     Suite 1400, Denver, Colorado 80202, appearing for the
22   defendant.

23              MARY J. GEORGE, FCRR, CRR, RMR
            901 19th Street, Denver, Colorado 80294
24       Proceedings Reported by Mechanical Stenography
             Transcription Produced via Computer

25

Case No. 1:16-cr-00054-WJM Document 525-2 filed 12/12/19 USDC Colorado pg 63 of 163
Case 1:16-cr-00054-WJM Document 274 Filed 06/03/19 USDC Colorado Page 2 of 11

Case 1:16-cr-00054-WJM   Document 341-3   Filed 03/09/18   USDC Colorado   Page 14 of 47

14

Direct - Green

1    out.

2    Q.  At any point during the conspiracy, did Thomas get any

3    of that money?

4    A.  I physically didn't hand any money to him.

5    Q.  Who would you hand the money to?

6    A.  Heather.

7    Q.  Who would be present when you handed the money to

8    Heather?

9    A.  Either Trammel Thomas, sometimes Mercedes Diaz, and

10   our children.

11   Q.  Describe to the members of the jury the times where

12   the defendant, Trammel Thomas, was there when you delivered

13   the money.

14   A.  I can't --

15          MR. SMITH:  Could we have some foundation as to

16   time, Your Honor.

17          THE COURT:  Yeah.  I -- let's get this in a time

18   frame.

19          MR. FIELDS:  All right.

20   BY MR. FIELDS:

21   Q.  When did the conspiracy take place?

22   A.  In 2010, around April, but the first enrollment wasn't

23   until July, I believe.

24   Q.  And approximately when were you delivering money to

25   Heather Carr?

15

Direct - Green

1    A.    Late in the summer of 2010, all the way until 2012,

2    the middle of 2012.

3    Q.    And these times that we're going to talk about where

4    the defendant was there, do you remember approximately when

5    that was?

6    A.    I can't give a definite date.

7    Q.    Sometime within that time period?

8    A.    Yes, within that time period.

9    Q.    So, again, describe to the members of the jury those

10   times where Trammel Thomas was present.  What was he doing?

11   A.    I'm just --

12         MR. SMITH:  Well, Your Honor, I would object.

13   Could we take it in sequence?  He's referring to multiple

14   times.

15         THE COURT:  Overruled.  I think we can -- I think

16   she has set the stage well enough.  Go ahead.

17   BY MR. FIELDS:

18   Q.    You can answer the question, Ms. Green.  So when you

19   saw the defendant present when you delivered money,

20   describe what you saw.

21   A.    Just us hanging around.  It was either sometimes a

22   barbecue or just over there for -- randomly, but it wasn't

23   physically him -- me handing him the money, it was just him

24   standing around.

25   Q.    When you handed the money, describe how the money was

Case No. 1:16-cr-00054-WJM Document 525-2 Filed 12/12/19 USDC Colorado pg 65 of
163
Case 1:16-cr-00054-WJM Document 341-3 Filed 03/09/18 USDC Colorado Page 16 of 47

16

Direct - Green

1   packaged.

2   A.   In 20s.

3   Q.   Was it rolled up, was --

4   A.   No, just in form -- just -- not rolled up, not

5   anything, just altogether.

6   Q.   Did you put it in an envelope?

7   A.   No.

8   Q.   So when you say altogether, again, describe to me, is

9   it sort of fanned out --

10  A.   No, it's just in a stack.  Just in a stack.

11  Q.   What did Carr do with that money?

12  A.   Her living expenses to care -- and financial -- and

13  legal fees.

14  Q.   Would she go on vacation?

15  A.   Yes.

16  Q.   Who did she go on those vacations with?

17  A.   Her children and sometimes Mercedes.

18  Q.   Anyone else?

19  A.   Not that I know of.

20  Q.   What kind of house did she live?

21  A.   She had two different house locations, so the one on

22  Pleasant Drive or the one on Kaibob.

23  Q.   The latter one.

24  A.   Kaibob, it was a nice house.  Beautiful --

25  Q.   When did she get that house?

Case No. 1:16-cr-00054-WJM   Document 525-2   Filed 12/12/19   USDC Colorado   pg 66 of
163
Case 1:16-cr-00054-WJM   Document 274-6   Filed 06/03/19   USDC Colorado   Page 8 of 11
Case 1:16-cr-00054-WJM   Document 341-3   Filed 03/09/18   USDC Colorado   Page 17 of 47

17

Direct - Green

1    A.    I would say sometime in the beginning of 2012.  I

2    could be wrong.

3    Q.    Who lived there with her?

4    A.    Heather Carr, Trammel Thomas, and their children.

5    Q.    Were you able to observe Thomas and Carr's lifestyle?

6    A.    Yes.

7    Q.    How would you describe that lifestyle?

8    A.    Nice lifestyle.

9    Q.    Can you go into any more detail?  What would be nice?

10   A.    I mean, nice house, nice cars, you know.  Just all the

11   basic, and the up-to-date electronics.  Just not too many

12   worries, that's what I would say.

13   Q.    Let's talk about other members of the conspiracy.  You

14   mentioned Heather Carr.  What was her role in the

15   conspiracy?

16   A.    I believe it was a major role.

17   Q.    What did she do?

18   A.    She got the information of the inmates and the Social

19   Security numbers and the birth dates and as far as

20   processing FAFSAs and applications and homework.

21   Q.    Do you know how she got that information?

22   A.    From her job.

23   Q.    What was her job?

24   A.    She was a loan closer at CarMax.

25   Q.    Who would she give that information to?

Direct - Green

1    A.    To the -- for me, I know me, myself.

2    Q.    Did she give it to anyone else?

3    A.    I can't speak for that.

4    Q.    When she gave it to you, how would she give it to

5    you?

6    A.    On a paper -- on a lined piece of paper, regular

7    subject paper.

8    Q.    Describe to us what would be on a typical sheet of

9    paper from Heather Carr.

10   A.    The names, the birth dates, and the address -- I mean,

11   sorry, the names, the birth dates, and the Social Security

12   numbers.

13   Q.    And what would you do with that information?

14   A.    I would submit that into FAFSA.

15   Q.    Now, let's talk about Trammel Thomas.  You said he was

16   part of the conspiracy.

17   A.    Correct.

18   Q.    What was his role?

19   A.    His role -- I can't say if he did homework and I can't

20   say if he had a major role, but he had some role in it.

21   Q.    Well, did you ever see him participating in the

22   conspiracy?

23   A.    Yes.

24   Q.    What did you see him doing?

25   A.    The FAFSA part, just one time.

Case No. 1:16-cr-00056-WJM Document 525-2 Filed 12/12/19 USDC Colorado pg 68 of 163
Case 1:16-cr-00054-WJM Document 341-3 Filed 03/09/18 USDC Colorado Page 19 of 47

19

Direct - Green

1   Q.   When was that?

2   A.   I can't give a definite date.  Our season, I want to

3   say it was somewhere in 2011.  My -- my mind's a little

4   cloudy there.  I'm sorry.

5   Q.   Well, was this down in Arizona?

6   A.   Yes.

7   Q.   Does Arizona really have seasons?

8   A.   No, we don't.

9   Q.   So was it sometimes hard to frame exactly when

10  something happened?

11  A.   It is, because it's hot all the time.

12  Q.   So this one time where you saw him participating in a

13  conspiracy, where was that at?

14  A.   At the Pleasant Drive address.

15  Q.   Who lived there?

16  A.   Heather Carr, her children, and at that part in time,

17  Trammel Thomas.

18  Q.   So what did you see him doing?

19  A.   The FAFSA part.  Just submitting the FAFSA and just

20  the steps as far as the education part.  That's it.

21  Q.   Explain to us exactly why that was part of the

22  conspiracy, what you saw.

23  A.   Because the education part, the people -- the inmates,

24  we don't know their high school information, so it was

25  easier just to put if they had their GED and we put the

Case No. 1:16-cr-00054-WJM Document 525-2 filed 12/12/19 USDC Colorado pg 69 of
163
Case 1:16-cr-00054-WJM Document 274-6 Filed 06/03/19 USDC Colorado Page 8 of 11
Case 1:16-cr-00054-WJM Document 341-3 Filed 03/09/18 USDC Colorado Page 20 of 47

20

Direct - Green

1   year based on their age.

2   Q.   So let me back up here.  Was this a conversation you

3   were having with the defendant?

4   A.   This was a conversation that I had with Heather Carr,

5   but I showed on that FAFSA.  So I didn't have this

6   conversation with Trammel.

7   Q.   Who were you showing this information?

8   A.   I showed him the information, but I didn't have the

9   physical conversation with him like I did with Heather

10  Carr.

11  Q.   And what was the purpose of showing him this

12  information in the FAFSA?

13  A.   So the FAFSAs wouldn't come back because, you know,

14  when you submit so many, some of them do still come back as

15  invalid, basically.  So that was just the way to by- -- it

16  was a bypass system as I would call it.

17  Q.   So, again, just to make this clear, what was the

18  bypass system you were explaining to the defendant?

19  A.   The information for the education part.  Sorry.  The

20  education part.

21  Q.   And when this happened, did you see him actually

22  submit the FAFSA?

23  A.   I didn't -- the FAFSA was up, but I didn't see the

24  submit button because I had walked away.

25  Q.   When you say "up," up on what?

Case No. 1:16-cr-00054-WJM Document 525-2 filed 12/12/18 USDC Colorado pg 70 of
163
Case 1:16-cr-00054-WJM   Document 341-3   Filed 03/09/18   USDC Colorado   Page 21 of 47

21

                              Direct - Green

1   A.   The computer laptop, sorry.

2   Q.   What kind of laptop was he using?

3   A.   I can't recall.  I'm sorry.

4             Can I get some water?

5             THE COURT:  Right next to you.

6   BY MR. FIELDS:

7   Q.   When you were explaining this sort of bypass system,

8   were other people present in the room?

9   A.   Yes.

10  Q.   And was information being thrown out into the room?

11  A.   Yes.

12  Q.   Describe that.

13  A.   Just random names.  I can't recall the names, again,

14  I'm sorry, it was a while ago, but just random names.

15  Q.   Who would throw out random names?

16  A.   Heather Carr and myself.

17  Q.   Anyone else?  Anyone else?

18  A.   Myself.

19  Q.   Who else was present?

20  A.   Oh, Heather Carr, me, Trammel, and our children.

21  Q.   Did Trammel throw out any names?

22  A.   At that time, it was a name, but I can't recall the

23  name.  I'm sorry.

24  Q.   What was the purpose of everyone sitting around in

25  this room throwing out names?

Case No. 1:16-cr-00054-WJM Document 525-4 filed 12/16/19 USDC Colorado pg 71 of
163
Case 1:16-cr-00054-WJM Document 341-3 Filed 03/09/18 USDC Colorado Page 22 of 47

22

Direct - Green

1   A.   It was part of the -- to process the fraudulent FAFSAs

2   and the school applications.

3   Q.   How was it part of the process of filling out these

4   fraudulent FAFSAs?

5   A.   Because of the names, when you get the names and the

6   information was already there.  So, like I said, I can't

7   recall the names.

8   Q.   When you say the information was already there, what

9   information?

10  A.   The Social Security numbers and the birth dates,

11  sorry.

12  Q.   Did you see Mr. Thomas participate in a scheme at any

13  other time?

14  A.   No.

15  Q.   How often would you see the defendant during this time

16  period?

17  A.   I wouldn't see him as much as I seen Heather and

18  Mercedes, but I've seen him several occasions.

19  Q.   So who would you say was your major contact within the

20  conspiracy?

21  A.   Heather Carr.

22  Q.   How much money did you get from the scheme?

23  A.   I roughly would say a little -- in the $20,000 range.

24  Q.   What did you do with that money?

25  A.   Paid for bills and my financial living situations and

23

Direct - Green

1    my children.

2    Q.   Why did you decide to participate in this fraud

3    scheme?

4    A.   To -- financial gain, to live above.

5    Q.   Did you know it was wrong?

6    A.   Yes, I did.

7    Q.   How did you know it was wrong?

8    A.   Because it's taking -- it's filing something that's

9    false, that's not you, so if it's not you and you're doing

10   it, it's wrong.

11   Q.   Did the conspiracy eventually end?

12   A.   Yes, it did.

13   Q.   What happened to end the conspiracy?

14   A.   A search warrant was served at the Kaibob address.

15   Q.   Who lived at that address?

16   A.   Heather Carr, Trammel Thomas, and their children.

17   Q.   Do you remember approximately when that was?

18   A.   I want to say it was somewhere in August of 2012.

19   Q.   Now, before the conspiracy ended, you mentioned that

20   Ms. Carr used some of the fraud money for lawyers' fees.

21   Do you remember that?

22   A.   Correct.

23   Q.   Whose lawyers' fees?

24   A.   Trammel Thomas.

25   Q.   Do you remember when he was in trouble with the law?

1

Case 1:16-cr-00054-WJM Document 462-2 filed 07/21/18 USDC Colorado Page 2 of 86

1               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
2
    Criminal Action No. 16-cr-0054-WJM-1
3
    UNITED STATES OF AMERICA,
4
        Plaintiff,
5
    vs.
6
    HEATHER CARR,
7
        Defendant.
8
    ------------------------------------------------------------
9
                       REPORTER'S TRANSCRIPT
10                         (Sentencing)
11
    ------------------------------------------------------------
12       Proceedings before the HONORABLE WILLIAM J. MARTINEZ,
13  Judge, United States District Court for the District of
14  Colorado, commencing at 2:02 p.m., on the 4th day of
15  January, 2018 in Courtroom A801, United States Courthouse,
16  Denver, Colorado.
17
                            APPEARANCES
18
        MARTHA PALUCH and BRYAN FIELDS, Assistant U.S.
19  Attorney, 1801 California Street, Suite 1600, Denver,
    Colorado 80202, appearing for the plaintiff.
20
        MARY BUTTERTON, Office of the Federal Public Defender,
21  633 Seventeenth Street, Suite 1000, Denver, Colorado 80202,
    appearing for the defendant.
22
23              MARY J. GEORGE, FCRR, CRR, RMR
                901 19th Street, Denver, Colorado 80294
24           Proceedings Reported by Mechanical Stenography
                Transcription Produced via Computer
25

24

1    this case outlining the testimony we expected from this

2    witness would be presented and then we were forced in

3    closing to tell the jury that even though we promised you

4    all of this evidence, you would not hear from Ms. Carr.

5         The Court asked defense counsel about the nature

6    and circumstances of the offense and the Court's very well

7    aware of those and we've set forth our arguments in

8    opposition to the variance in our pleading, but there are a

9    few points that I would like to point out in addition to

10   those already made.

11        And as to the nature and circumstances of this

12   offense, what I'd like the Court -- for me to focus on is

13   the fact that this defendant had choices.  She chose to

14   participate in the scheme for over two years.  26 months is

15   the duration of the scheme as set forth in the indictment.

16   And during that time, she chose over and over and over

17   again to steal the identity of these inmates.  181 inmates'

18   identity stolen in 26 months, and that comes out to

19   approximately seven identities stolen each month.  Seven in

20   each of the 26 months.  Every single identity stolen by

21   this defendant, not by her codefendants.

22        Any possible argument -- and I don't believe she's

23   making this -- but that Trammel Thomas was responsible for

24   her involvement, he was in prison for 10 months; he was in

25   jail for 10 months.  During those 10 months, and in

1          THE COURT:  At the counsel table.  Okay.

2          THE DEFENDANT:  Yes, sir.  It was pretty much a

3     disaster because I've never -- my extent courtroom

4     experience is Law & Order.  Like I don't know how to answer

5     questions, like they were trying to prep me.  I was like

6     overexplaining everything.  They were getting really mad at

7     me.  You know, kind of saying that, Well, we can't lead you

8     to this, you have to say this.

9          And it was pretty much a disaster.  So they set up

10     a following phone call the following Monday.  That phone

11     call was a super disaster because Mr. Fields started

12     yelling at me -- okay, but let me -- let me lead up to

13     this.

14          First they asked me if Mr. Thomas had ever filled

15     out a FAFSA and I said to my knowledge, No, I had never

16     seen him fill out a FAFSA.  He started getting mad and then

17     was like, Well, if this is the way you're going to answer

18     questions you're in for a lot of trouble.

19          THE COURT:  Okay.  Ms. Carr, let me step in here.

20     Your allocution is an opportunity -- you have the -- and

21     your right to speak to me, giving me your opportunity to

22     tell me who you are and why you did what you did and give

23     me a window into, from your perspective, the criminal

24     activity that you engaged in.

25          It's really going to be very unhelpful and of

35

1    little use for you to go into discussions you had with the
2    Government's attorneys prior to trial because that's not
3    what you were indicted for.  All right?  What I'm
4    interested in is your discussion and explanation and your
5    opportunity to show me remorse and acceptance of
6    responsibility for your crimes.  Okay?

7            Your phone calls with the Government are -- is not
8    what's going to drive your sentence.

9            THE DEFENDANT:  Okay.

10           THE COURT:  So --

11           THE DEFENDANT:  He just told me he was --

12           THE COURT:  Hold on.  If this is all a lead-up to
13   an explanation of why you didn't testify, just give me
14   that, you know, in a 30-second summary.  Don't go into how
15   you were abused on the phone call by the prosecutors, which
16   I have now seen Mr. Fields on at least a couple of trials,
17   Ms. Paluch on one.  I find it hard to believe that they
18   would be abusive on the phone to you, but go ahead and give
19   me your version.

20           THE DEFENDANT:  Okay.  He started yelling at me.
21   He told me he was going to rip up my deal and send me to
22   prison for a very long time, to which my lawyer had to
23   terminate the phone call and hang up on them, and did not
24   call them back until the following Monday.  The following
25   Monday, they promised me I would never have any contact

36

1   with Mr. Fields.  They apologized for his actions.  They

2   said he's usually very mild-mannered.  They had no idea

3   where the outburst came from.  And they said I would never

4   have any further contact with him.  That phone call went

5   well.

6          And then our last phone call the week of -- and I

7   tried to give them more information and they never sent

8   over an MOI.  They didn't want to hear the information.  So

9   I was scared that if I got on the stand, they were refusing

10  information that I knew I was going to be cross-examined on

11  and I would be like perjured or something.  And she was

12  like, Nope, nope, I don't want to hear it.  I don't want to

13  hear it.

14         And then the last phone call --

15         THE COURT:  No one can force you to perjure

16  yourself.  If a witness perjures themselves, it's because

17  of what they choose or how they choose to answer questions:

18  truthfully or not.  I mean, there's no -- there's no way

19  the Government is going to force you to perjure yourself.

20  I think that's an absurd contention.

21         THE DEFENDANT:  Maybe I phrased it wrong, but I

22  don't know, I -- just saying something wrong because I was

23  so -- he scared me.  Like he -- I was like, He scared me.

24  I was like hysterically crying when she called me back.  He

25  said he was going to rip up my deal and send me to jail for

37

1      a very long time.  So, I mean, I'm already going to jail
2      for a very long time, so I didn't know what to do.  I
3      didn't think they would do this the week of Thanksgiving,
4      the week before trial.
5            And then another prep question was:  Did we
6      promise you anything?  And I said yeah, 24 months and a
7      third off the sentence for like acceptance of
8      responsibility.  They were like, No, it just depends how
9      you are in trial.
10           And Mr. Fields already hates me, and said he was
11     going to rip up my deal.  So --
12           THE COURT:  But there's no representation in your
13     plea agreement that you were promised a -- first of all,
14     the Government can only recommend to me a sentence.  I'm
15     the one that decides the sentence.
16           Secondly, there's nothing in your plea agreement
17     that tells me -- independent of what you're telling me
18     right now, but nothing in the plea agreement that the
19     Government committed itself to recommending 24 months or
20     any recommendation.  So -- but the point -- so we can wrap
21     up this portion of your allocution, you're telling me that
22     the reason you didn't testify was you were so traumatized
23     by your phone calls with Mr. Fields and the other
24     prosecutors that that's why you didn't testify.
25           THE DEFENDANT:  So I had called -- so the

38

1    Wednesday before the trial, I had e-mailed my lawyer:  Did
2    we ever get the MOI about the new information I had given
3    them?
4          I didn't get a response from her because it was,
5    obviously, Thanksgiving and she was probably with her
6    family.  So I went ahead and got on a plane and came out
7    here and went to her office.  And all the concerns I had I
8    went over with her and there --
9          THE COURT:  Don't go into your discussions with
10   Ms. Butterton.
11         THE DEFENDANT:  Okay.
12         THE COURT:  Those are attorney-client privileged,
13   so --
14         THE DEFENDANT:  Sorry.
15         THE COURT:  Proceed, but don't discuss what you
16   and Ms. Butterton told each other.
17         THE DEFENDANT:  So, yes, so due to the overall --
18   everything and him already telling me he was going to rip
19   up my deal and send me to jail for a very long time, I was
20   scared if I deviate anything from the M- -- the original
21   statement, which he wasn't even a part of, that meeting,
22   they were going to rip up my deal anyway, because he stated
23   he was going to rip up my deal and send me to jail for a
24   very long time.
25         THE COURT:  All right.  All right.  That's your

Case No. 1:16-cr-00054-WJM Document 525-27 Filed 12/12/19 USDC Colorado pg 80 of
Case 1:16-cr-00054-WJM Document 174 Filed 06/03/19 Page 1 of 1
163

# Certificate of Completion

FDC Englewood
Littleton, Colorado

This certifies that:

## Tramell Thomas

(#57094-408)

has satisfactorily completed

## Criminal Thinking

and is hereby awarded this certificate on this 29th day of January, 2019.



K. Vigil, Ph.D., Staff Psychologist



UNIVERSAL LIFE CHURCH MINISTRIES

**Credentials of Ministry**

THIS IS TO CERTIFY

*Tramell Dawan Thomas*

*That The Bearer Hereof Has Been Ordained*

On this day, the _____ 11th _____ of _____ February _____ , in the year _____ 2019 _____

and is officially recognized as a member of the Universal Life Church and has all rights and privileges to perform all duties of the ministry.

CHAPLAIN, BR. MARTIN















**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Criminal Case No. 16-cr-054-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

**2.    TRAMMELL THOMAS**,

      Defendant.

---

**FORFEITURE MONEY JUDGMENT AS TO TRAMMELL THOMAS**

---

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Trammell Thomas pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure (ECF No. 343). The Court having read said Motion and being fully advised in the premises finds:

On April 11, 2017, the grand jury charged Defendant Trammell Thomas in Count One of a Superseding Indictment with a violation of 18 U.S.C. § 286 and Counts Two through Seven with violations of 18 U.S.C. § 1341. The Superseding Indictment also sought forfeiture in the form of a personal money judgment against Defendant Trammell Thomas, pursuant to 18 U.S.C. § 981(a)(1()(C) and 28 U.S.C. § 2461(c), in the amount of proceeds obtained by the defendant through the scheme as a result of the offenses charged in Counts Two through Seven. ECF 131.

On November 30, 2017, after a four-day jury trial, the jury convicted the Defendant of all counts of the Superseding Indictment beyond a reasonable doubt. The jury's verdicts provide a factual basis and cause to issue a personal money judgment under 18 U.S.C. § 981(a)(1()(C), 28 U.S.C. § 2461(c) and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

The Government's Position re Loss, Restitution and Forfeiture, filed March 9, 2018 (ECF No. 341), set forth the calculation of proceeds obtained by the Defendant through the scheme. That amount is $260,226.85.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Trammell Thomas in the amount of $260,226.85 shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

Dated this 3rd day of June, 2019.

BY THE COURT:

William J. Martinez
United States District Judge

2

Case No. 1:16-cr-00054-WJM Document 525-2 filed 12/12/19 USDC Colorado pg 88 of
Case 1:16-cr-00054-WJM Document 471 Filed 06/04/19 Page 1 of 3
163

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:              June 4, 2019
Courtroom Deputy:  Anna Frank
Court Reporter:    Mary George
Probation Officer: Laura Ansart

---

Criminal Action No. **16-cr-054-WJM-2**          Counsel:

UNITED STATES OF AMERICA,                        Martha Paluch
                                                 Bryan Fields

          Plaintiff,

v.

TRAMMEL THOMAS,                                  Tasha Steward

          Defendant.

---

## COURTROOM MINUTES

---

### Sentencing Hearing

**10:05 a.m.    Court in session.**

Appearances of counsel. Defendant is present in custody. Also seated at Government's table is Special Agent Sandra Ennis with the Department of Education Office of Inspector General.

Defendant sworn.

Discussion held regarding evidence.

10:16 a.m.    Government's witness Deputy United States Marshal Pat Willhite is called and sworn.

Direct examination of Deputy Willhite by Mr. Fields.

Government's Exhibits GS 6 and GS 5 are admitted into evidence.

Case No. 1:16-cr-00054-WJM Document 525-2 filed 12/12/19 USDC Colorado pg 89 of
163
Case 1:16-cr-00054-WJM Document 471 Filed 06/04/19 Page 89 of 163

Cross-examination of Deputy Willhite by Ms. Steward.

Redirect examination of Deputy Willhite by Mr. Fields.

Deputy Willhite is excused.

**ORDERED:** Government's Oral Motion for a Two-Level Enhancement in the Offense Level is granted, as stated on the record.

**ORDERED:** Defendant's Objection 1 referenced in Defendant Trammel Thomas's Objections to the Presentence Investigation Report [ECF 348] is sustained in part, as stated on the record. Objections 2 and 3 are overruled as moot.

10:48 a.m. Government's witness Special Agent Sandra Ennis is called and sworn.

Direct examination of Special Agent Ennis by Ms. Paluch.

Government's Exhibits GS 72-1, GS 2, GS 3, and GS 4 are admitted into evidence.

Cross-examination of Special Agent Ennis by Ms. Steward.

**11:39 a.m.     Court in recess.**
**11:51 a.m.     Court in session.**

Continued cross-examination of Special Agent Ennis by Ms. Steward.

Redirect examination of Special Agent Ennis by Ms. Steward.

Special Agent Ennis is excused.

12:01 p.m. Defendant Trammel Thomas is called.

Direct examination of Defendant Mr. Thomas by Ms. Steward.

Cross-examination of Defendant Mr. Thomas by Ms. Paluch.

**ORDERED:** Defendant's objections to ¶¶ 63, 81, 82 90, and 95 referenced in Defendant Trammel Thomas's Objections to the Presentence Investigation Report [ECF 348] are overruled, as stated on the record.

**ORDERED:** Objections referenced in Defendant Thomas's Unopposed Second Objection to Presentence Investigation Report [ECF 390] are overruled as moot.

Court's remarks regarding defendant's offense level, criminal history level and sentencing guidelines range.

**12:48 p.m.    Court in recess.**
**1:24 p.m.    Court in session.**

Argument given on sentencing.

**ORDERED:**    The motion referenced in defendant's Sentencing Statement and Request for a Specific/Variant Sentence [ECF 353] is granted in part.

Court's findings and conclusions.

**ORDERED:**    Defendant shall be imprisoned for 120 months as to Counts 1 through 7 of the Superseding Indictment, to be served concurrently. Upon release from imprisonment, the defendant shall be placed on supervised release for a period of 3 years on each of the seven counts to be served concurrently.

The Court recommends that the director of the Bureau of Prisons give the defendant full credit for time served in pretrial detention.

The Court recommends that the director of the Bureau of Prisons place the defendant in a facility closest to the State of Arizona.

**ORDERED:**    Restitution shall be paid jointly and severally with defendant's the three codefendants in the amount of $563,890.85 as stated on the record. Interest on restitution is waived.

**ORDERED:**    The defendant shall be subject to the standard, mandatory, and special conditions of supervised release, as stated on the record. Defendant shall pay a special assessment of $700, due and payable immediately.

The defendant waives his right to suggest revisions or modifications to the Preliminary Order of Forfeiture [ECF 475].

The defendant is formally advised of his limited right to appeal the sentence imposed by the Court. Any notice of appeal must be filed with the Clerk of the Court within 14 days after entry of judgment.

**ORDERED:**    Defendant is remanded to the custody of the United States Marshal.

**3:00 p.m.    Court in recess.**

Total time in court: 4:07

Hearing concluded.

**LIST OF PROPOSED EXHIBITS FOR SENTENCING**

CASE NO.   16-cr-00054-WJM        PLAINTIFF'S LIST   X    DEFENDANT'S LIST_____        THIRD PTY DEFTS. LIST_____

CASE CAPTION ___United States_____ vs. _____Trammel Thomas_____ PAGE NO._____ DATE__August 8, 2018_____

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | Bates Range | COMMENTS/ INFO. | COUNT(S) |
|---|---|---|---|---|---|---|---|---|---|---|
| GS- 1 | Ennis | Excerpt of Text Messages | | | | | | SW_00001078 | | |
| GS- 2 | Ennis | Check from H. Carr to Griffin Law Firm | | | | X | | CMB_00000145 | 6/4/2019 | |
| GS- 3 | Ennis | El Paso County Jail Records | | | | X | | INV_00001758-INV_00001760 | 6/4/2019 | |
| GS- 4 | Ennis | Arizona Department of Corrections Records | | | | X | | INV_00001947-INV_00001953 | 6/4/2019 | |
| GS-5 | Faranda | Photo of Shattered Glass | | | | X | | PHOTO_00000042 | 6/4/2019 | |
| GS-6 | Faranda | Photo of Bean Bag Ammunition Box | | | | X | | PHOTO_00000049 | 6/4/2019 | |
| GS-7 | Lamberth | Photo of Motel 6 - Front | | | | | | | | |
| GS-8 | Lamberth | Photo of Motel 6 - Back | | | | | | | | |
| GS-9 | Lamberth | Photo of Broken Hauwei phone- Front | | | | | | PHOTO_00000071 | | |
| GS-10 | Lamberth | Photo of Broken Hauwei phone- Back | | | | | | PHOTO_00000072 | | |
| GS 72-1 | Ennis | Loss Amount Summary Chart | | | | X | | Attachment 4 to ECF 341 | 6/4/2019 | |

1

| GS 72-2 | Ennis | Forfeiture Amount Summary Chart | | | | | | Attachment 5 to ECF 341 | | |
|---------|-------|--------------------------------|--|--|--|--|--|-------------------------|--|--|

2

Case No. 1:16-cr-00054-WJM Document 525-2 filed 12/13/19 USDC Colorado pg 93 of
Case 1:16-cr-00054-WJM Document 480 Filed 06/05/19 USDC Colorado pg 1 of 7
163

AO 245B (Rev. 02/18)   Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT

District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | |
| TRAMMEL THOMAS | Case Number:      1:16-cr-00054-WJM-2 |
| | USM Number:      57094-408 |
| | Tasha Anya Steward |
| | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☒ was found guilty on count(s)    1 through 7 of the Superseding Indictment.
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 286 | Conspiracy to Defraud the Government with Respect to Claims | October 2012 | 1 |
| 18 U.S.C. §§ 1341 and 2 | Aiding and Abetting Mail Fraud | 02/22/2011 | 2 |
| 18 U.S.C. §§ 1341 and 2 | Aiding and Abetting Mail Fraud | 10/15/2011 | 3 |
| 18 U.S.C. §§ 1341 and 2 | Aiding and Abetting Mail Fraud | 10/03/2011 | 4 |
| 18 U.S.C. §§ 1341 and 2 | Aiding and Abetting Mail Fraud | 11/09/2011 | 5 |
| 18 U.S.C. §§ 1341 and 2 | Aiding and Abetting Mail Fraud | 07/07/2017 | 6 |
| 18 U.S.C. §§ 1341 and 2 | Aiding and Abetting Mail Fraud | 07/26/2012 | 7 |

    The defendant is sentenced as provided in pages 2 through _____7_____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 4, 2019
Date of Imposition of Judgment

Signature of Judge

William J. Martinez, United States District Judge
Name and Title of Judge

June 5, 2019
Date

AO 245B (Rev. 02/18) Judgment in Criminal Case

DEFENDANT:      TRAMMEL THOMAS
CASE NUMBER:    1:16-cr-00054-WJM-2

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **one hundred twenty (120) months** as to Counts 1 through 7, to run concurrently.

☒      The court makes the following recommendations to the Bureau of Prisons:
The court recommends the defendant be given full credit for time served in pretrial detention.
The court further recommends the defendant be designated to a facility appropriate to his security classification in the District of Arizona.

☒      The defendant is remanded to the custody of the United States Marshal.

☐      The defendant shall surrender to the United States Marshal for this district:

      ☐   at _____ ☐ a.m. ☐ p.m.  on _____ .

      ☐   as notified by the United States Marshal.

☐      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ☐   before 2 p.m. on _____ .

      ☐   as notified by the United States Marshal.

      ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

| | | Judgment — Page | 3 | of | 7 |

DEFENDANT: TRAMMEL THOMAS
CASE NUMBER: 1:16-cr-00054-WJM-2

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: **3 years** as to Counts 1 through 7, to run concurrently.

## MANDATORY CONDITIONS

1.     You must not commit another federal, state or local crime.
2.     You must not unlawfully possess a controlled substance.
3.     You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☒   You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒   You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐   You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐   You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 02/18) Judgment in Criminal Case

| | | Judgment — Page | 4 | of | 7 |
|---|---|---|---|---|---|

DEFENDANT: TRAMMEL THOMAS
CASE NUMBER: 1:16-cr-00054-WJM-2

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

Case No. 1:16-cr-00054-WJM Document 525-2 filed 12/12/05 USDC Colorado pg 97 of
163
Case 1:16-cr-00054-WJM Document 480 Filed 08/05/19 Page 5 of 7

AO 245B (Rev. 02/18) Judgment in Criminal Case

| | | Judgment — Page 5 of 7 |
|---|---|---|

DEFENDANT: TRAMMEL THOMAS
CASE NUMBER: 1:16-cr-00054-WJM-2

## SPECIAL CONDITIONS OF SUPERVISION

1. You must not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless you are in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
2. As directed by the probation officer, you must apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation in this case.
3. You must provide the probation officer access to any requested financial information and authorize the release of any financial information until all financial obligations imposed by the court are paid in full.
4. If the judgment imposes restitution, you must pay the restitution in accordance with the Schedule of Payments sheet of this judgment. You must also notify the court of any changes in economic circumstances that might affect your ability to pay the restitution.
5. If you have an outstanding financial obligation, the probation office may share any financial or employment documentation relevant to you with the Asset Recovery Division of the United States Attorney's Office to assist in the collection of the obligation.
6. You must document all income and compensation generated or received from any source and must provide that information to the probation officer as requested.
7. You must not cause or induce anyone to conduct any financial transaction on your behalf or maintain funds on your behalf.
8. You must not engage in an occupation, business, profession, or volunteer activity that would require or enable you to obtain personally identifying information of customers or other employees without the prior approval of the probation officer.
9. You must not engage in any business activity unless it is approved by the probation officer. All approved business activity must operate under a formal, registered entity, and you must provide the probation officer with the names of the business entities and their registered agents. You must maintain business records for any approved business activity and provide all documentation and records as requested by the probation officer.
10. You must maintain separate personal and business finances and must not co-mingle personal and business funds or income in any financial accounts, including but not limited to bank accounts and lines of credit.
11. You must participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as you are released from the program by the probation officer. You must abstain from the use of alcohol or other intoxicants during the course of treatment and must pay the cost of treatment as directed by the probation officer.
12. You must submit your person, property, house, residence, vehicle, papers, or office, to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of your supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner

Case No. 1:16-cr-00054-WJM Document 525-2 filed 12/12/19 USDC Colorado pg 98 of
163
Case 1:16-cr-00054-WJM Document 480 Filed 08/05/19 USDC Colorado Page 6 of 7

AO 245B (Rev. 02/18) Judgment in Criminal Case

| | | Judgment — Page | 6 | of | 7 |

DEFENDANT: TRAMMEL THOMAS
CASE NUMBER: 1:16-cr-00054-WJM-2

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on the following page.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | $ 700.00 | $ 0.00 | $ 0.00 | $ 563,890.85 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| United States Department of Education<br>Bank Change & Receivable Group, Rm 6167<br>550 12th Street, SW, RM 6107<br>Washington, DC 20202-4461 | $491,350.00 | $491,350.00 | |
| Community College of Denver<br>800 Curtis St.<br>Denver, CO 80204 | $1,316.00 | $1,316.00 | |
| Mesa Community College<br>1833 W. Southern Ave.<br>Mesa, AZ 85202 | $34,752.00 | $34,752.00 | |
| Pikes Peak Community College<br>5675 S. Academy Blvd.<br>Colorado Springs, CO 80906 | $26,050.85 | $26,050.85 | |
| Phoenix Community College<br>1202 W. Thomas Rd.<br>Phoenix, AZ 85013 | $4,307.00 | $4,307.00 | |
| Red Rocks Community College<br>13300 W. 6th Ave.<br>Lakewood, CO 80228 | $6,115.00 | $6,115.00 | |
| **TOTALS** | $ 563,890.85 | $ 563,890.85 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the following page may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒ the interest requirement is waived for the ☐ fine ☒ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Case No. 1:16-cr-00054-WJM Document 525-2 filed 12/14/15 USDC Colorado pg 99 of
163
Case 1:16-cr-00054-WJM Document 480 Filed 06/05/15 Page 7 of 7

AO 245B (Rev. 02/18) Judgment in Criminal Case

Judgment — Page ___7___ of ____7____

DEFENDANT: TRAMMEL THOMAS
CASE NUMBER: 1:16-cr-00054-WJM-2

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

C ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
_____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
_____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

    The special assessment and restitution obligation are due immediately. Any unpaid monetary obligations upon release from
incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment
payment will be calculated as at least 10 percent of the defendant's gross monthly income. Within fifteen (15) days of release, the
defendant shall meet with the probation officer to develop a plan for the payment of the unpaid portion of the financial obligation
of the judgment. This plan will be based upon the defendant's income and expenses.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due
during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons'
Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount,
and corresponding payee, if appropriate.

    Heather Carr 1:16-cr-00054-WJM-01 $562,487.85
    Mercedes Diaz 1:16-cr-00054-WJM-03 $562,487.85
    Marcelle Green 1:16-cr-00054-WJM-04 $562,487.85

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☒ The defendant shall forfeit the defendant's interest in the following property to the United States:
    Personal Money Judgment against Defendant Trammell Thomas in the amount of $260,226.85 shall be entered in accordance with
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine
interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

Case No. 1:16-cr-00054-WJM Document 525-2 filed 12/12/19 USDC Colorado pg 100 of
Case 1:16-cr-00054-WJM Document 485 Filed 06/12/19 Page 1 of 2
163

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge William J. Martinez**

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TRAMMEL THOMAS,

        Defendant.

---

## NOTICE OF APPEAL

---

      Notice is hereby given that the Defendant, Trammel Thomas (hereinafter "Defendant"),

hereby appeals to the United States Court of Appeals for the Tenth Circuit (USCA) from his

sentence imposed pursuant to Judgment entered June 5, 2019. (doc # 480). Defendant Thomas is

indigent and incarcerated. He requests the appointment of the Public Defender's Office or CJA

for appeal.

      Dated 12th day of June, 2019.

                  Respectfully submitted,

                  LAW OFFICE OF TASHA A. STEWARD

                  s/Tasha A. Steward
                  Tasha A. Steward
                  3570 E. 12th Ave
                  Denver, CO 80206
                  (720) 772-6145 Telephone
                  (720) 726-2262 Fax
                  tsteward@tstewardlaw.com

                  **ATTORNEY FOR TRAMMEL THOMAS**

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2019, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Martha Paluch Martha.Paluch@usdoj.gov

Beth Gibson Beth.Gibson@usdoj.gov

Bryan Fields bryan.fields3@usdoj.gov

Paul Farley paul.farley2@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Trammel Thomas
c/o FDC, Englewood, CO

s/Tasha A. Steward
LAW OFFICE OF TASHA A. STEWARD

2

## UNITED STATES DISTRICT COURT

United States

        Plaintiff-Appellee_____,

    v.

Trammel
Thomas    Defendant-Appellant_____.

District Court No. __1:16-cr-54__

Court of Appeals No.

__19-1209__

(if known)

**NOTE: THIS DESIGNATION FORM MUST BE COMPLETED AND FILED IN ACCORDANCE WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.**

Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals. (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

The following items should also be included in the record on appeal. (Portions of transcripts should be designated by hearing dates and page numbers.)

1. The entire docket

2. Transcripts of hearings: 11-17-17, 11-27-17, 11-28-17, 11-29-17,

3.        11-30-17, 5-9-18, 5-25-18, 8-8-18, 10-22-18, 6-4-19.

4. _____

5. _____

(Attach additional sheets if necessary)

Signature: _____

Counsel for: Trammel Thomas

I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel and filed with the clerk of the court of appeals on __7-3-19_____.

Signature: _____

Case No. 1:16-cr-00054-WJM Document 525-2 filed 12/17/20 USDC Colorado pg 103 of
Case 1:18-cr-00054-WJM Document 495 Filed 07/03/19 Page 2 of 60 Page 103 of
163

2255,APPEAL,TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:16-cr-00054-WJM All Defendants

Case title: USA v. Carr et al            Date Filed: 02/08/2016
Related Case: <u>1:18-cv-01681-WJM</u>       Date Terminated: 06/05/2019

Assigned to: Judge William J. Martinez

Appeals court case number: 18-1021
Tenth Circuit

**Defendant (1)**

| | |
|---|---|
| **Heather Carr**<br>*TERMINATED: 01/10/2018* | represented by **Heather Carr**<br>#89751-083<br>96 Federal Prisoner Satelite Camp<br>37930 North 45th Avenue<br>Phoenix, AZ 85086<br>PRO SE |
| | **Mary Virginia Butterton**<br>Federal Public Defender's Office-<br>Denver<br>633 17th Street<br>Suite 1000<br>Denver, CO 80202<br>303-294-7002<br>Fax: 303-294-7002<br>Email: mary_butterton@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or*<br>*Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:286.F Conspiracy to Defraud the Government with Respect to Claims (1) | Incarceration: 57 months; Supervised Release: three years; Special Assessment: $100; Restitution: $562,487.85, jointly and severally with co-Defendants Mercedes Diaz, Marcelle Green and Trammel Thomas -- ORDERED by Judge William J. Martinez on 1/10/2018 at Doc. No. 294 |

Case No. 1:16-cr-00054-WJM Document 525-2 filed 12/17/19 USDC Colorado pg 104 of 59
Case 1:16-cr-00054-WJM Document 495 Filed 07/03/19 USDC Colorado Page 104 of 59
163

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
| --- | --- |
| 18:1343.F Wire Fraud (2-13) | Dismissed. |
| 18:1341.F Mail Fraud (14-26) | Dismissed. |
| 18:1028A.F Aggravated Identity Theft (27-29) | Dismissed. |

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
| --- | --- |
| None | |

Assigned to: Judge William J. Martinez

Appeals court case number: 19-1209
Tenth Circuit

## Defendant (2)

| Trammel Thomas TERMINATED: 06/05/2019 | represented by | Trammel Thomas #57094408 ENGLEWOOD FEDERAL CORRECTIONAL INSTITUTION Inmate Mail/Parcels 9595 WEST QUINCY AVENUE LITTLETON, CO 80123 PRO SE |
| --- | --- | --- |

**Michael Gary Root**
Michael G. Root, Attorney at Law
217 East Seventh Avenue
Denver, CO 80203
303-318-7181
Fax: 303-318-7182
Email: mroot@mikerootlaw.com
*TERMINATED: 01/05/2017*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Daniel T. Smith**
Daniel T. Smith, Attorney at Law
4582 South Ulster
Suite 1400
Denver, CO 80237
303-860-8100
Fax: 303-860-8018
Email: danieltsmith@qwestoffice.net
*TERMINATED: 08/08/2018*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Renee V. Cooper**
Cooper & Associates, LLC
501 South Cherry Street
Suite 1100
Denver, CO 80246
303-831-1021
Fax: 303-831-1025
Email: attyrcooper@gmail.com
*TERMINATED: 03/15/2017*
*ATTORNEY TO BE NOTICED*

**Tasha Anya Steward**
Tasha A. Steward, LLC, Law Office of
3570 E. 12th Ave
Denver, CO 80206
720-772-6145
Fax: 720.815.3884
Email: tsteward@tstewardlaw.com
*TERMINATED: 06/13/2019*
*Designation: Retained*

**Thomas Edward Goodreid**
Thomas E. Goodreid, Attorney at Law
1801 Broadway
Suite 1400
Denver, CO 80202
303-296-2048
Fax: 303-292-0522
Email: t.goodreid@comcast.net
*TERMINATED: 08/08/2018*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

18:286.F Conspiracy to Defraud the
Government with Respect to Claims

**Disposition**

Dismissed.

(1)

| | |
|---|---|
| 18 U.S.C. § 286 Conspiracy to Defraud the Government with Respect to Claims (1s) | Defendant sentenced to 120 months imprisonment as to Counts 1 through 7, to run concurrently. 3 years of supervised release as to Counts 1 through 7, to run concurrently. $700 special assessment fee. $563,890.85 restitution joint and several with co-defendants. |
| 18:1343.F Wire Fraud (2-7) | Dismissed. |
| 18 U.S.C. § 1341 Aiding and Abetting Mail Fraud (2s-7s) | Defendant sentenced to 120 months imprisonment as to Counts 1 through 7, to run concurrently. 3 years of supervised release as to Counts 1 through 7, to run concurrently. $700 special assessment fee. $563,890.85 restitution joint and several with co-defendants. |
| 18:1343.F Wire Fraud (8-13) | Dismissed. |
| 18:1341.F Mail Fraud (14-26) | Dismissed. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge William J. Martinez

**Defendant (3)**

| | | |
|---|---|---|
| **Mercedes Diaz** | represented by | **Siddhartha H. Rathod** |
| *TERMINATED: 01/17/2018* | | Rathod Mohamedbhai LLC |
| | | 2701 Lawrence Street |

Case No. 1:16-cr-00054-WJM Document 525-2 filed 12/17/19 USDC Colorado pg 107 of 59
Case 1:16-cr-00054-WJM Document 495 Filed 07/03/19 Page 107 of 163
163

Suite 100
Denver, CO 80205
303-578-4400
Fax: 303-578-4401
Email: sr@rmlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

18:286.F Conspiracy to Defraud the
Government with Respect to Claims
(1)

**Disposition**

Incarceration: 24 months; Supervised
Release: 3 years; Restitution in the total
amount of $562,487.85, jointly and
severally with co-defendants Heather
Carr, Marcelle Green and Trammel
Thomas; Special Assessment: $100

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:1341.F Mail Fraud
(20-21)

**Disposition**

Dismissed.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

Assigned to: Judge William J. Martinez

**Defendant (4)**

**Marcelle Green**
*TERMINATED: 04/14/2018*

represented by **Jeralyn E. Merritt**
Jeralyn E. Merritt, Attorney at Law
600 17th Street
#2800 South
Denver, CO 80202
303-837-1837
Fax: 720-904-9197
Email: jeralynm@gmail.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

18 U.S.C. § 286 Conspiracy to Defraud
the Government with Respect to Claims
(1)

**Disposition**

Incarceration: 31 months; Supervised
Release: 3 years; Restitution:
$562,487.85; Supervised Release: $100

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18 U.S.C. § 1341 Aiding and Abetting
Mail Fraud
(8)

**Disposition**

Dismissed.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

**Plaintiff**

**USA**

represented by **Daniel Edward Burrows**
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0201
Email: daniel.burrows@usdoj.gov
*TERMINATED: 10/06/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Martha Ann Paluch**
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0100
Fax: 303-454-0402
Email: Martha.Paluch@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Case No. 1:16-cr-00054-WJM Document 525-2 filed 12/17/19 USDC Colorado pg 109 of 69
Case 1:16-cr-00054-WJM Document 495 Filed 07/03/19 USDC Colorado Page 109 of
163

Designation: Federal Agency Attorney

**Beth N. Gibson**
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0100
Fax: 303-454-0406
Email: Beth.Gibson@usdoj.gov
ATTORNEY TO BE NOTICED
Designation: Federal Agency Attorney

**Bryan David Fields**
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0100
Email: bryan.fields3@usdoj.gov
ATTORNEY TO BE NOTICED
Designation: Federal Agency Attorney

**Paul Farley**
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0361
Email: paul.farley2@usdoj.gov
ATTORNEY TO BE NOTICED
Designation: Federal Agency Attorney

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2016 | 1 | INDICTMENT as to Heather Carr (1) count(s) 1, 2-13, 14-26, 27-29, Trammel Thomas (2) count(s) 1, 2-13, 14-26, Mercedes Diaz (3) count(s) 1, 20-21. (Attachments: # 1 Criminal Information Sheet, # 2 Criminal Information Sheet, # 3 Criminal Information Sheet) (cthom, ) (Entered: 02/09/2016) |
| 02/08/2016 | 2 | RESTRICTED DOCUMENT - Level 4: as to Heather Carr, Trammel Thomas, Mercedes Diaz. (cthom, ) (Entered: 02/09/2016) |
| 02/08/2016 | 3 | Arrest Warrant Issued in case as to Heather Carr. (cthom, ) (Entered: 02/09/2016) |
| 02/08/2016 | 4 | Arrest Warrant Issued in case as to Trammel Thomas. (cthom, ) (Entered: 02/09/2016) |

Case No. 1:16-cr-00054-WJM Document 525-2 filed 11/17/19 USDC Colorado pg 110 of
163
Case 1:16-cr-00054-WJM Document 495 Filed 07/03/19 USDC Colorado Page 110 of 59

| 02/08/2016 | 5 | Arrest Warrant Issued in case as to Mercedes Diaz. (cthom, ) (Entered: 02/09/2016) |
| 03/08/2016 | 6 | MOTION for Writ of Habeas Corpus ad Prosequendum by USA as to Mercedes Diaz. (Attachments: # 1 Proposed Order (PDF Only), # 2 Exhibit) (Paluch, Martha) (Entered: 03/08/2016) |
| 03/08/2016 | 7 | MEMORANDUM regarding 6 MOTION for Writ of Habeas Corpus ad Prosequendum filed by USA. Motion(s) referred to Magistrate Judge Nina Y. Wang. by Judge William J. Martinez on 03/08/2016. Text Only Entry (wjmsec, ) (Entered: 03/08/2016) |
| 03/08/2016 | 8 | Arrest of Trammel Thomas in Arizona. Initial Appearance set for 3/29/2016 02:00 PM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. (Text Only entry)(morti, ) (Entered: 03/08/2016) |
| 03/09/2016 | 9 | ORDER for Writ of Habeas Corpus Ad Prosequendum; granting 6 Motion for Writ of Habeas Corpus ad Prosequendum as to Mercedes Diaz (3), by Magistrate Judge Nina Y. Wang on 3/9/16. (morti, ) (Entered: 03/09/2016) |
| 03/09/2016 | 10 | Writ of Habeas Corpus ad Prosequendum Issued as to Mercedes Diaz returnable forthwith (morti, ) (Entered: 03/09/2016) |
| 03/09/2016 | 11 | Rule 5(c)(3) Documents Received as to Trammel Thomas from the District of Arizona in Phoenix. (nmarb, ) (Entered: 03/09/2016) |
| 03/16/2016 | 12 | Rule 5(c)(3) Documents Received as to Heather Carr from the Eastern District of Virginia. Defendant to appear in Denver on March 22, 2016 at 2:00 PM, before Magistrate Judge Tafoya, in Courtroom C201. (nmarb, ) (Entered: 03/16/2016) |
| 03/22/2016 | 13 | COURTROOM MINUTES FOR Initial Appearance as to Heather Carr held on 3/22/2016 Magistrate Judge Kathleen M. Tafoya. Defendant present on bond and advised. Federal Public Defender appointed. Arraignment and Discovery hearings set for 3/24/2016 10:00 AM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. Defendant's bond continued. (Total time: 10 mins, Hearing time: 236-246)<br><br>**APPEARANCES**: Michelle Korver on behalf of the Government, Angela Ledesma on behalf of pretrial. FTR: KMT C201. (sgrim) Text Only Entry (Entered: 03/22/2016) |
| 03/22/2016 | 14 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Heather Carr by Magistrate Judge Kathleen M. Tafoya on 3/22/16. Text Only Entry (sgrim) (Entered: 03/22/2016) |
| 03/22/2016 | 15 | CJA 23 Financial Affidavit by Heather Carr. (sgrim, ) (Entered: 03/22/2016) |
| 03/22/2016 | 18 | WAIVER of Presence for Arraignment and Discovery Conference by Heather Carr. (sgrim) (Entered: 03/24/2016) |
| 03/23/2016 | 16 | NOTICE OF ATTORNEY APPEARANCE: Mary Virginia Butterton appearing for Heather CarrAttorney Mary Virginia Butterton added to party |

| | | |
|---|---|---|
| | | Heather Carr(pty:dft) (Butterton, Mary) (Entered: 03/23/2016) |
| 03/24/2016 | 17 | COURTROOM MINUTES for Arraignment and Discovery hearings as to Heather Carr held on 3/24/2016 before Magistrate Judge Kathleen M. Tafoya. Defendant not present. Ms. Butterton tenders a waiver for Defendant's right to appear, the waiver is accepted. Plea of NOT GUILTY entered by defendant. Discovery memorandum executed. Counsel is directed to chambers for further dates. Defendant's bond continued. (Total time: 2 mins, Hearing time: 1019-1021)<br><br>**APPEARANCES**: Kurt Bohn on behalf of the Government, Mary Butterton on behalf of the defendant, Angela Ledesma on behalf of pretrial. FTR: KMT C201. (sgrim) Text Only Entry (Entered: 03/24/2016) |
| 03/24/2016 | 19 | Discovery Conference Memorandum and ORDER: Estimated Trial Time - 8 days as to Heather Carr by Magistrate Judge Kathleen M. Tafoya on 3/24/16. (sgrim, ) (Entered: 03/24/2016) |
| 03/28/2016 | 20 | Arrest of Mercedes Diaz. Initial Appearance set for 3/28/2016 02:00 PM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. (Text Only entry)(morti, ) (Entered: 03/28/2016) |
| 03/28/2016 | 21 | COURTROOM MINUTES for Initial Appearance as to Mercedes Diaz held on 3/28/2016 before Magistrate Judge Kathleen M. Tafoya. Defendant present in custody and advised. Criminal Justice Act counsel appointed. Arraignment, Discovery, and Detention hearings set for 3/31/2016 10:00 AM in Courtroom A 401 before Magistrate Judge Kristen L. Mix. Defendant remanded. (Total time: 3 mins, Hearing time: 227-233)<br><br>**APPEARANCES**: Colleen Covell on behalf of the Government, Michelle Sinaka on behalf of pretrial. FTR: KMT C201. (sgrim) Text Only Entry (Entered: 03/28/2016) |
| 03/28/2016 | 22 | ORDER APPOINTING CJA COUNSEL as to Mercedes Diaz by Magistrate Judge Kathleen M. Tafoya on 3/28/16. Text Only Entry (sgrim) (Entered: 03/28/2016) |
| 03/28/2016 | 23 | CJA 23 Financial Affidavit by Mercedes Diaz. (sgrim, ) (Entered: 03/28/2016) |
| 03/28/2016 | 24 | CJA 20/30 Appointment of Siddhartha H. Rathod for Mercedes Diaz by Magistrate Judge Kathleen M. Tafoya on 3/28/2016. (shugh) (Entered: 03/29/2016) |
| 03/29/2016 | 25 | COURTROOM MINUTES for Initial Appearance as to Trammel Thomas held on 3/29/2016 before Magistrate Judge Kathleen M. Tafoya. Defendant present on bond and advised. Criminal Justice Act counsel appointed. Arraignment and Discovery hearings set for 4/5/2016 10:00 AM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. Discussion regarding waiving the Defendant's appearance for the next set of hearings since he resides in Arizona. Defendant is advised to discuss the waiver with counsel. Defendant's bond continued. (Total time: 9 mins, Hearing time: 219-228) |

Case No. 1:16-cr-00054-WJM Document 525 filed 12/13/18 USDC Colorado pg 112 of 59
Case 1:16-cr-00054-WJM Document 249 Filed 07/03/18 Page 112 of Page
163

| | | APPEARANCES: Martha Paluch on behalf of the Government, Pat Hanley on behalf of pretrial. FTR: KMT C201. (sgrim) Text Only Entry (Entered: 03/29/2016) |
|---|---|---|
| 03/29/2016 | 26 | ORDER APPOINTING CJA COUNSEL as to Trammel Thomas by Magistrate Judge Kathleen M. Tafoya on 3/29/16. Text Only Entry (sgrim, ) (Entered: 03/29/2016) |
| 03/29/2016 | 27 | CJA 23 Financial Affidavit by Trammel Thomas. (sgrim, ) (Entered: 03/29/2016) |
| 03/29/2016 | 28 | CJA 20/30 Appointment of Michael Gary Root for Trammel Thomas by Magistrate Judge Kathleen M. Tafoya on 3/29/2016. (shugh) (Entered: 03/30/2016) |
| 03/29/2016 | 41 | Utility Setting/Resetting Deadlines/Hearings as to Trammel Thomas: Discovery Hearing set for 4/5/2016 10:00 AM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty, original setting terminated in error. Text Only Entry (cthom, ) (Entered: 04/04/2016) |
| 03/31/2016 | 29 | MINUTE ENTRY for Arraignment, Discovery and Detention Hearing as to Mercedes Diaz held before Magistrate Judge Kristen L. Mix on 3/31/2016. Defendant present in custody. Plea of NOT GUILTY entered by defendant. Discovery memorandum executed. Defense counsel requests a continuance on the detention hearing so that the defendant can remain in Colorado and finish serving a sentence on a case from Arizona. The AUSA confirms the defendant will receive credit for the Arizona case while she is in custody in Colorado. Detention Hearing continued to 5/23/2016 10:00 AM in Courtroom C204 before Magistrate Judge Nina Y. Wang. Defendant remanded. (Total time: 4 minutes, Hearing time: 10:19-10:23)  APPEARANCES: Martha Palluch on behalf of the Government, Siddhartha Rathod on behalf of the defendant, Pat Hanley on behalf of pretrial. FTR: KLM Courtroom A401. (lgale, ) Text Only Entry (Entered: 03/31/2016) |
| 03/31/2016 | 30 | MOTION to Disclose Grand Jury Material to Defendant by USA as to Heather Carr, Trammel Thomas, Mercedes Diaz. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 03/31/2016) |
| 03/31/2016 | 31 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Trammel Thomas (Root, Michael) Modified on 4/4/2016 (nmarb, ). (Entered: 03/31/2016) |
| 03/31/2016 | 32 | Discovery Conference Memorandum and ORDER: Estimated Trial Time - 8 days as to Mercedes Diaz by Magistrate Judge Kristen L. Mix on 3/31/16. (lgale, ) (Entered: 03/31/2016) |
| 03/31/2016 | 33 | ORDER granting 30 Motion to Disclose Grand Jury Material as to Heather Carr (1), Trammel Thomas (2), Mercedes Diaz (3) by Judge William J. Martinez on 03/31/2016. (cthom, ) (Entered: 03/31/2016) |
| | | |

| 03/31/2016 | [34](#) | Unopposed MOTION for Protective Order *Regarding Grand Jury Material and Personal Identifying Information of Third Parties* by USA as to Heather Carr, Trammel Thomas, Mercedes Diaz. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 03/31/2016) |
|---|---|---|
| 04/01/2016 | [35](#) | ORDER Setting Trial Date and Related Deadlines as to Heather Carr, Trammel Thomas, Mercedes Diaz: Motions due by 5/3/2016. Responses due by 5/13/2016. 6 day Jury Trial set for 5/31/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Trial Preparation Conference set for 5/24/2016 at 03:00 PM in Courtroom A 801 before Judge William J. Martinez. ORDERED by Judge William J. Martinez on 04/01/2016. (cthom, ) (Entered: 04/01/2016) |
| 04/01/2016 | [36](#) | ORDER granting 34 Motion for Stipulated Protective Order as to Heather Carr (1), Trammel Thomas (2), Mercedes Diaz (3) by Judge William J. Martinez on 04/01/2016. (cthom, ) (Entered: 04/01/2016) |
| 04/01/2016 | [37](#) | ORDER on Procedures as to Heather Carr, Trammel Thomas, Mercedes Diaz, by Judge William J. Martinez on 04/01/2016. (cthom, ) (Entered: 04/01/2016) |
| 04/01/2016 | [38](#) | ORDER Regarding Joint Defense Agreement Disclosures as to Heather Carr, Trammel Thomas, Mercedes Diaz, by Judge William J. Martinez on 04/01/2016. (cthom, ) (Entered: 04/01/2016) |
| 04/01/2016 | 39 | Utility Setting/Resetting Deadlines/Hearings pursuant to 35 as to Heather Carr, Trammel Thomas, Mercedes Diaz: Text Only Entry Motions due by 5/3/2016. Responses due by 5/13/2016. 6 day Jury Trial set for 5/13/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Trial Preparation Conference set for 5/24/2016 at 03:00 PM in Courtroom A 801 before Judge William J. Martinez. (cthom, ) (Entered: 04/04/2016) |
| 04/04/2016 | 40 | MINUTE ORDER granting 31 WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Trammel Thomas (2) by Magistrate Judge Michael E. Hegarty on 04/04/2016. The Arraignment set for 4/5/2016 is CANCELED. The Discovery Hearing is still on the Court's docket. Text Only Entry. (mdave, ) (Entered: 04/04/2016) |
| 04/05/2016 | 42 | COURTROOM MINUTES/MINUTE ENTRY for proceedings held before Magistrate Judge Michael E. Hegarty: Arraignment and Discovery Hearing as to Trammel Thomas held on 4/5/2016. Plea of NOT GUILTY entered by defendant. Defendant appearance waived, Discovery memorandum executed, Defendants bond continued, Counsel is directed to chambers, (Total time: 3 mins, Hearing time: 10:07-1010 a.m.)

**APPEARANCES**: Martha Pollack on behalf of the Government, Michael Root on behalf of the defendant, Michelle Sinaka on behalf of pretrial. FTR: Courtroom A501. (mdave, ) Text Only Entry (Entered: 04/05/2016) |
| 04/05/2016 | [43](#) | Discovery Conference Memorandum and ORDER: Estimated Trial Time - 8 days as to Trammel Thomas by Magistrate Judge Michael E. Hegarty on 04/05/2016. (mdave, ) (Entered: 04/05/2016) |

| 04/18/2016 | 44 | Unopposed MOTION to Exclude *90 Days From The Requirements Of The Speedy Trial Act* by Heather Carr. (Butterton, Mary) (Entered: 04/18/2016) |
|---|---|---|
| 04/19/2016 | 45 | ORDER granting 44 Motion to Exclude as to Heather Carr (1). All days from today, to and including July 18, 2016, shall be excluded from the Speedy Trial Clock as to **ALL Defendants** ; The 6-day Jury Trial set to commence on May 31, 2016 and the Final Trial Preparation Conference set for May 24, 2016 at 3:00 p.m. are hereby **VACATED as to ALL Defendants**. The Court will enter a separate Order resetting the Trial date and related deadlines. ORDERED by Judge William J. Martinez on 04/19/2016. (cthom, ) (Entered: 04/19/2016) |
| 04/19/2016 | 46 | ORDER Resetting Trial Date and Related Deadlines as to Heather Carr, Trammel Thomas, Mercedes Diaz: Motions due by 8/1/2016. Responses due by 8/11/2016. 6 day Jury Trial set for 8/29/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Trial Preparation Conference set for 8/19/2016 at 04:00 PM in Courtroom A 801 before Judge William J. Martinez. Ordered by Judge William J. Martinez on 04/19/2016. (cthom, ) (Entered: 04/19/2016) |
| 04/19/2016 | 47 | RESTRICTED DOCUMENT - Level 3: by Mercedes Diaz. (Rathod, Siddhartha) (Entered: 04/19/2016) |
| 04/20/2016 | 48 | RESTRICTED DOCUMENT - Level 3: by Heather Carr. (Butterton, Mary) (Entered: 04/20/2016) |
| 04/20/2016 | 49 | NOTICE *REGARDING OF JOINT DEFENSE AGREEMENT* by Trammel Thomas (Root, Michael) (Entered: 04/20/2016) |
| 04/20/2016 | 50 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 49 Notice (Other) : The format for the attorneys signature block is not correct. **DO NOT REFILE THE DOCUMENT. Action to take -** future documents must be filed pursuant to D.C.COLO.LCr49.1(a) and 4.3(d) of the Electronic Case Filing Procedures (Criminal Cases). (Text Only Entry) (cthom, ) (Entered: 04/20/2016) |
| 04/27/2016 | 51 | MOTION to Continue *Trial* by Trammel Thomas. (Root, Michael) (Entered: 04/27/2016) |
| 04/27/2016 | 52 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 51 MOTION to Continue *Trial* : The format for the attorneys signature block is not correct. **DO NOT REFILE THE DOCUMENT. Action to take -** future documents must be filed pursuant to D.C.COLO.LCr49.1(a) and 4.3(d) of the Electronic Case Filing Procedures (Criminal Cases). (Text Only Entry) (cthom, ) (Entered: 04/27/2016) |
| 04/28/2016 | 53 | CJA 21/31 Request for Service as to Trammel Thomas. (Attachments: # 1 CJA Attachment)(Root, Michael) (Entered: 04/28/2016) |
| 05/01/2016 | 54 | MOTION to Exclude *An Additional 60 Days From Speedy Trial* by Trammel Thomas. (Root, Michael) (Entered: 05/01/2016) |

| 05/02/2016 | 55 | ORDER granting 54 Motion to Exclude as to Trammel Thomas (2). All days from September 4, 2016, to and including November 3, 2016, shall be excluded from the Speedy Trial Clock as to **ALL Defendants** ; The 6-day Jury Trial set to commence on August 29, 2016 and the Final Trial Preparation Conference set for August 19, 2016 are hereby VACATED as to **ALL Defendants**. ORDERED by Judge William J. Martinez on 05/02/2016. (cthom, ) (Entered: 05/02/2016) |
| --- | --- | --- |
| 05/10/2016 | 56 | CJA 21/31 Authorization for Service as to Trammel Thomas by Judge William J. Martinez on 5/10/2016. (shugh) (Entered: 05/10/2016) |
| 05/11/2016 | 57 | ORDER Resetting Trial Dates and Related Deadlines as to Heather Carr, Trammel Thomas, Mercedes Diaz: Motions due by 9/23/2016. Responses due by 10/3/2016. 6 day Jury Trial set for 10/24/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Trial Preparation Conference set for 10/17/2016 at 02:00 PM in Courtroom A 801 before Judge William J. Martinez. There will be no trial day on Friday October 28th, accordingly, the trial will extend to November 1st. ORDERED by Judge William J. Martinez on 05/11/2016. (cthom, ) Modified on 5/11/2016 (cthom, ). (Entered: 05/11/2016) |
| 05/11/2016 | 58 | Utility Setting/Resetting Deadlines/Hearings as to Heather Carr, Trammel Thomas, Mercedes Diaz: Text Only Entry Jury Trial set for 10/24/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 10/25/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 10/26/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 10/27/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 10/31/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 11/1/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. (cthom, ) (Entered: 05/11/2016) |
| 05/17/2016 | 59 | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on Defendant's Motion to Continue Jury Trial Set for August 28, 2016 51 . Because the Defendant has since filed a Motion to Exclude 60 Additional Days from the Requirement of the Speedy Trial Act 54 , which was granted at 55 Order Granting Defendant Thomas' Unopposed Motion to Exclude 60 Additional Days from the Requirement of the Speedy Trial Act, the Court DENIES the Motion to Continue Jury Trial 51 as MOOT. SO ORDERED. by Judge William J. Martinez on 05/17/2016. Text Only Entry (wjmsec, ) (Entered: 05/17/2016) |
| 05/23/2016 | 60 | COURTROOM MINUTES for Detention Hearing as to Mercedes Diaz held on 5/23/2016 before Magistrate Judge Nina Y. Wang. Defendant present in custody. Mr. Rathod requests a brief continuance. Recess. Case recalled. All parties still present. Parties discuss continuing hearing to tomorrow so defendant may be interviewed and released to drive back to Arizona with family. The Court orders Defendant to be FULLY CHECKED OUT from Clear Creek County Detention before being transported to this court tomorrow. Detention Hearing continued to 5/24/2016 10:00 AM in |

Case No. 1:16-cr-00054-WJM Document 525-2 filed 12/12/19 USDC Colorado Page 116 of 59
Case 1:16-cr-00054-WJM Document 495 Filed 07/03/18 Page 13 of Page
163

| | | |
|---|---|---|
| | | Courtroom C204 before Magistrate Judge Nina Y. Wang. Defendant remanded. (Total time: 3 minutes, Hearing time: 10:13-10:14, 10:21-10:23)<br><br>**APPEARANCES**: Martha Paluch on behalf of the Government, Siddhartha Rathod on behalf of the Defendant, Pat Hanley on behalf of Pretrial. FTR: Courtroom C-204. (bsimm, ) Text Only Entry (Entered: 05/23/2016) |
| 05/24/2016 | 61 | COURTROOM MINUTES for Bond Release Hearing (PM) as to Mercedes Diaz held on 5/24/2016 before Magistrate Judge Nina Y. Wang. Defendant present in custody. Bond set as to Mercedes Diaz (3) $10,000 unsecured. Conditions of bond set including; submit to supervision in Phoenix Arizona, report to El Paso county to resolve outstanding warrants within 48 hours of release, comply with all terms of probation imposed in El Paso County Combined Courts and Maricopa County Superior Court. Defendant advised of conditions of bond and remanded for processing and release. (Total time: 6 minutes, Hearing time: 2:04-2:10)<br><br>Gary Burney on behalf of pretrial. FTR: Courtroom C-204. (bsimm, ) Text Only Entry Modified on 5/25/2016 to add PM notation(bsimm, ). (Entered: 05/24/2016) |
| 05/24/2016 | 62 | Unsecured Bond Entered as to Mercedes Diaz in amount of $10,000. (bsimm, ) (Entered: 05/24/2016) |
| 05/24/2016 | 63 | ORDER Setting Conditions of Release as to Mercedes Diaz (3) 10,000 unsecured by Magistrate Judge Nina Y. Wang on 5/24/16. (bsimm, ) (Entered: 05/24/2016) |
| 05/24/2016 | 64 | COURTROOM MINUTES for Detention Hearing (AM) as to Mercedes Diaz held on 5/24/2016 before Magistrate Judge Nina Y. Wang. Defendant present in custody. Parties argue detention. Discussion held regarding Arizona State sentence and outstanding El Paso County warrants. Conditons can be set to reasonably ensure the appearance of the defendant. Defendant shall return at 2:00 PM today for a bond release hearing. Appearance of counsel is waived. Defendant remanded. (Total time: 13 minutes, Hearing time: 10:31-10:44)<br><br>**APPEARANCES**: Martha Paluch on behalf of the Government, Siddhartha Rathod on behalf of the defendant, Gary Burney on behalf of pretrial. FTR: Courtroom C-204. (bsimm, ) Text Only Entry Modified on 5/25/2016 (bsimm, ). (Entered: 05/25/2016) |
| 08/22/2016 | 67 | NOTICE of Disposition by Mercedes Diaz (Rathod, Siddhartha) (Entered: 08/22/2016) |
| 08/22/2016 | 68 | ORDER Setting Change of Plea Hearing as to **Mercedes Diaz (3)**: Pursuant to the Notice of Disposition 67 filed by the Defendant Diaz, a **Change of Plea Hearing is hereby set for September 20, 2016 at 10:15 a.m. in Courtroom A801. The dates set for the Final Trial Preparation Conference and Trial are hereby VACATED as to this Defendant ONLY**. Counsel for the parties shall e-mail to Chambers courtesy copies of the "Statement by Defendant In |

| | | |
|---|---|---|
| | | Advance of Change of Plea" and the "Plea Agreement and Statement of Facts" no later than **12:00 p.m. on September 13, 2016**. If these documents are not timely submitted, the hearing may be vacated. The signed original and one copy of these documents must also be given to the courtroom deputy at the time of the hearing, pursuant to D.C.COLO.LCrR 11.1E. It is FURTHER ORDERED that defense counsel who reviewed and advised Defendant regarding the plea agreement must attend this Change of Plea Hearing. Pursuant to WJM Revised Practice Standard IX.1.1.c the AUSA assigned to this matter must also be present at the hearing. If that AUSA cannot attend in person, s/he must be present by phone and a fully-briefed substitute AUSA must be physically present in the courtroom at the time of the hearing. SO ORDERED by Judge William J. Martinez on 08/22/2016. Text Only Entry (wjmsec, ) (Entered: 08/22/2016) |
| 08/22/2016 | [69] | Unopposed MOTION to Continue *Change of Plea Hearing* by Mercedes Diaz. (Rathod, Siddhartha) (Entered: 08/22/2016) |
| 08/23/2016 | 70 | ORDER as to **Mercedes Diaz (3)** granting [69] Defendant's Motion to Continue Change of Plea Hearing. The Defendant's Unopposed Motion is hereby GRANTED for good cause shown. The Change of Plea Hearing set for September 20, 2016 is hereby **VACATED and RESET to October 7, 2016 at 9:45 a.m.,** in Courtroom A801. Counsel for the parties must e-mail to Chambers courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement and Statement of Facts" no later than **12:00 p.m. on September 30, 2016**. If these documents are not timely submitted, the hearing may be vacated. SO ORDERED by Judge William J. Martinez on 08/23/2016. Text Only Entry (wjmsec, ) (Entered: 08/23/2016) |
| 08/30/2016 | [71] | MOTION to Exclude *an Additional 90 days from speedy trial* by Trammel Thomas. (Root, Michael) (Entered: 08/30/2016) |
| 08/30/2016 | [72] | MOTION to Continue *Trial of October 25, 2016* by Trammel Thomas. (Root, Michael) (Entered: 08/30/2016) |
| 08/30/2016 | [73] | ORDER granting 71 Motion to Exclude as to Trammel Thomas (2); Denying as moot 72 Motion to Continue as to Trammel Thomas (2). **All days from November 4, 2016, to and including February 2, 2017, shall be excluded from the Speedy Trial Clock as to ALL Defendants**. The 6-day Jury Trial set to commence on October 24, 2016 and the Final Trial Preparation Conference set for October 17, 2016 are hereby **VACATED as to ALL Defendants**. ORDERED by Judge William J. Martinez on 08/30/2016. (cthom, ) Modified to add text on 8/30/2016 (cthom, ). (Entered: 08/30/2016) |
| 08/31/2016 | [74] | ORDER Re-setting Trial Date and Related Deadlines as to Heather Carr, Trammel Thomas. Motions due by 1/2/2017. Responses due by 1/12/2017. 6 day Jury Trial set for 1/30/2017 08:30 AM in Courtroom A 801 before Judge William J. Martinez; the trial will conclude on Tuesday, February 7, 2017, with no trial being held on Friday, February 3, 2017. Trial Preparation Conference set for 1/23/2017 at 10:30 AM in Courtroom A 801 before Judge William J. Martinez. ORDERED by Judge William J. Martinez on |

| | | |
|---|---|---|
| | | 08/31/2016. (cthom, ) (Entered: 08/31/2016) |
| 10/03/2016 | 75 | ORDER as to **Mercedes Diaz (3)**: At the Change of Plea Hearing set for October 7, 2016, the parties should be prepared to discuss whether, pursuant to 18 U.S.C. § 3143, Defendant Diaz should remain on pretrial release pending imposition of her sentence, or whether her bond should be revoked and she should be remanded at the conclusion of the Change of Plea Hearing. SO ORDERED by Judge William J. Martinez on 10/03/2016. Text Only Entry (wjmsec, ) (Entered: 10/03/2016) |
| 10/05/2016 | 77 | NOTICE OF ATTORNEY APPEARANCE Beth N. Gibson appearing for USA. Attorney Beth N. Gibson added to party USA(pty:pla) (Gibson, Beth) (Entered: 10/05/2016) |
| 10/05/2016 | 78 | MOTION to Withdraw as Attorney by Daniel E. Burrows by USA as to Heather Carr, Trammel Thomas, Mercedes Diaz. (Attachments: # 1 Proposed Order (PDF Only))(Burrows, Daniel) (Entered: 10/05/2016) |
| 10/06/2016 | 79 | ORDER as to **Heather Carr (1), Trammel Thomas (2), and Mercedes Diaz (3)** granting the Motion to Withdraw 78 : The Motion is GRANTED for good cause shown. Daniel Burrows is hereby granted leave to withdraw from this case. The Clerk shall terminate all further CM/ECF notifications to Mr. Burrows in this case. SO ORDERED by Judge William J. Martinez on 10/06/2016. Text Only Entry (wjmsec, ) (Entered: 10/06/2016) |
| 10/07/2016 | 80 | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Change of Plea Hearing as to Defendant 3. Mercedes Diaz held on 10/7/2016. Defendant pleads guilty to Count One of the Indictment and admits to the forfeiture allegation. Sentencing set for 1/18/2017 at 10:00 AM in Courtroom A801 before Judge William J. Martinez. Defendant's bond continued.Court Reporter: Mary George. (dhans, ) (Entered: 10/07/2016) |
| 10/07/2016 | 81 | PLEA AGREEMENT as to Mercedes Diaz (dhans, ) (Entered: 10/07/2016) |
| 10/07/2016 | 82 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Mercedes Diaz (dhans, ) (Entered: 10/07/2016) |
| 11/10/2016 | 83 | NOTICE of Disposition by Heather Carr (Butterton, Mary) (Entered: 11/10/2016) |
| 11/10/2016 | 84 | Unopposed MOTION for Order *to Reaffirm that Defendant's Guilty Plea was Knowing and Voluntary Prior to Her Sentencing Hearing* by USA as to Mercedes Diaz. (Attachments: # 1 Exhibit)(Paluch, Martha) (Entered: 11/10/2016) |
| 11/10/2016 | 85 | ORDER Setting Change of Plea Hearing as to **Heather Carr (1)**: Pursuant to the Notice of Disposition 83 filed by the Defendant Carr, a **Change of Plea Hearing is hereby set for December 5, 2016 at 1:45 p.m. in Courtroom A801. The dates set for the Final Trial Preparation Conference and Trial are hereby VACATED as to this Defendant ONLY.** Counsel for the parties shall e-mail to Chambers courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement and Statement of Facts" |

| | | |
|---|---|---|
| | | no later than **12:00 p.m. on November 28, 2016**. If these documents are not timely submitted, the hearing may be vacated. The signed original and one copy of these documents must also be given to the courtroom deputy at the time of the hearing, pursuant to D.C.COLO.LCrR 11.1E. It is FURTHER ORDERED that defense counsel who reviewed and advised Defendant regarding the plea agreement must attend this Change of Plea Hearing. Pursuant to WJM Revised Practice Standard IX.1.1.c the AUSA assigned to this matter must also be present at the hearing. If that AUSA cannot attend in person, s/he must be present by phone and a fully-briefed substitute AUSA must be physically present in the courtroom at the time of the hearing. SO ORDERED by Judge William J. Martinez on 11/10/2016. Text Only Entry (wjmsec, ) (Entered: 11/10/2016) |
| 11/14/2016 | 86 | ORDER as to **Mercedes Diaz (3)** granting the Government's Unopposed Motion to Reaffirm that Defendant's Guilty Plea was Knowing and Voluntary Prior to Her Sentencing Hearing 84 . The Government's Motion is GRANTED for good cause shown. Immediately prior to Defendant's Sentencing Hearing set for January 18, 2017, the Court will inquire whether the Defendant's use of cocaine on the evening before her Change of Plea Hearing held October 7, 2016 in any way affected her ability to fully understand that she was knowingly and voluntarily entering an informed guilty plea to Count One of the Indictment. SO ORDERED by Judge William J. Martinez on 11/14/2016. Text Only Entry (wjmsec, ) (Entered: 11/14/2016) |
| 11/15/2016 | 87 | ORDER as to **Trammel Thomas (2)**: This matter is before the Court *sua sponte*. In light of the filing of notice of dispositions for the other two Defendants in this case, leaving Defendant Thomas as the only remaining Defendant, the 6 day Jury Trial set to begin on January 30, 2017 is hereby **VACATED and RESET to a 5 day Jury Trial set to begin on January 30, 2017 at 8:30 a.m.** in Courtroom A801. The Trial will conclude on Friday, February 3, 2017. The Final Trial Preparation Conference remains set for **January 23, 2017 at 10:30 a.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards to ensure compliance with all deadlines triggered by the dates of the Final Trial Preparation Conference and Trial. SO ORDERED by Judge William J. Martinez on 11/15/2016. Text Only Entry (wjmsec, ) (Entered: 11/15/2016) |
| 11/28/2016 | 88 | **WITHDRAWN** NOTICE of Disposition by Trammel Thomas (Root, Michael) Modified on 5/15/2017 Pursuant to 152 Order (angar, ). (Entered: 11/28/2016) |
| 11/28/2016 | 89 | ORDER Setting Change of Plea Hearing as to **Trammel Thomas (2)**: Pursuant to the Notice of Disposition 88 filed by the Defendant, a **Change of Plea Hearing is hereby set for December 28, 2016 at 3:00 p.m. in Courtroom A801. The dates set for the Final Trial Preparation Conference and Trial are hereby VACATED.** Counsel for the parties shall e-mail to Chambers courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement and Statement of Facts" no later than **12:00 p.m. on December 21, 2016**. If these documents are not timely submitted, the hearing may be vacated. The signed original and one |

Case No. 1:16-cr-00054-WJM Document 525-2 Filed 12/12/19 USDC Colorado Page 120 of 163
Case 1:16-cr-00054-WJM Document 495 Filed 07/03/19 Page 120 of Page ID
163

| | | copy of these documents must also be given to the courtroom deputy at the time of the hearing, pursuant to D.C.COLO.LCrR 11.1E. It is FURTHER ORDERED that defense counsel who reviewed and advised Defendant regarding the plea agreement must attend this Change of Plea Hearing. Pursuant to WJM Revised Practice Standard IX.1.1.c the AUSA assigned to this matter must also be present at the hearing. If that AUSA cannot attend in person, s/he must be present by phone and a fully-briefed substitute AUSA must be physically present in the courtroom at the time of the hearing. SO ORDERED by Judge William J. Martinez on 11/28/2016. Text Only Entry (wjmsec, ) (Entered: 11/28/2016) |
|---|---|---|
| 11/28/2016 | 90 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 88 Notice of Disposition filed by attorney Michael Root. The format for the attorneys signature block is not correct; missing attorney contact information. **DO NOT REFILE THE DOCUMENT. Action to take -** future documents must be filed pursuant to D.C.COLO.LCr49.1(a) and 4.3(d) of the Electronic Case Filing Procedures (Criminal Cases). The document is also missing the certificate of service page. (Text Only Entry) (cthom, ) (Entered: 11/28/2016) |
| 11/28/2016 | 91 | ORDER as to **Heather Carr (1)**: At the Change of Plea Hearing set for December 5, 2016, the parties should be prepared to discuss whether, pursuant to 18 U.S.C. § 3143, Defendant Carr should remain on pretrial release pending imposition of her sentence, or whether her bond should be revoked and she should be remanded at the conclusion of the Change of Plea Hearing. SO ORDERED by Judge William J. Martinez on 11/28/2016. Text Only Entry (wjmsec, ) (Entered: 11/28/2016) |
| 12/05/2016 | 93 | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Change of Plea Hearing as to Defendant 1. Heather Carr held on 12/5/2016. Defendant pleads guilty to Count One of the Indictment and admits to the forfeiture allegation. Sentencing set for 4/28/2017 at 10:30 AM in Courtroom A801 before Judge William J. Martinez. Defendant's bond is continued.Court Reporter: Mary George. (dhans, ) (Entered: 12/05/2016) |
| 12/05/2016 | 94 | PLEA AGREEMENT as to Heather Carr (dhans, ) (Entered: 12/05/2016) |
| 12/05/2016 | 95 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Heather Carr (dhans, ) (Entered: 12/05/2016) |
| 12/13/2016 | 96 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Mercedes Diaz (ntaka) (Entered: 12/13/2016) |
| 12/21/2016 | 97 | ORDER as to **Trammel Thomas (2)**: At the Change of Plea Hearing set for December 28, 2016, the parties should be prepared to discuss whether, pursuant to 18 U.S.C. § 3143, Defendant Thomas should remain on pretrial release pending imposition of his sentence, or whether his bond should be revoked and he should be remanded at the conclusion of the Change of Plea Hearing. SO ORDERED by Judge William J. Martinez on 12/21/2016. Text Only Entry (wjmsec, ) (Entered: 12/21/2016) |

| 12/21/2016 | 98  | MOTION to Withdraw as Attorney *for Trammel Thomas* by Michael Root by Trammel Thomas. (Root, Michael) (Entered: 12/21/2016) |
|------------|-----|---|
| 12/21/2016 | 99  | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 98 MOTION to Withdraw as Attorney *for Trammel Thomas* filed by attorney Michael Root. The format for the attorneys signature block is not correct; missing attorney contact information. The Certificate of Service page is also incomplete. **DO NOT REFILE THE DOCUMENT. Action to take -** future documents must be filed pursuant to D.C.COLO.LCr49.1(a) and 4.3(d) of the Electronic Case Filing Procedures (Criminal Cases). (Text Only Entry) (cthom, ) (Entered: 12/21/2016) |
| 12/21/2016 | 100 | MEMORANDUM regarding 98 MOTION to Withdraw as Attorney *for Trammel Thomas* by Michael Root filed by Trammel Thomas. Motion(s) referred to Magistrate Judge Michael E. Hegarty. by Judge William J. Martinez on 12/21/2016. Text Only Entry (wjmsec, ) (Entered: 12/21/2016) |
| 12/21/2016 | 101 | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on Defense Counsel's Motion to Withdraw and Appointment of New CJA Counsel 98 . This Motion has been referred to United States Magistrate Judge Michael E. Hegarty 100 . The Change of Plea Hearing set for Wednesday, December 28, 2016 at 3:00 p.m. is hereby **VACATED**. In the event the referred Motion to Withdraw is granted, upon the entry of appearance of Defendant Thomas' new counsel, s/he and counsel for the Government are DIRECTED to jointly contact Chambers (303-335-2805) to inform the Court of their available dates to reset the Change of Plea Hearing. SO ORDERED by Judge William J. Martinez on 12/21/2016. Text Only Entry (wjmsec, ) (Entered: 12/21/2016) |
| 12/22/2016 | 102 | ORDER Setting Hearing on Motion as to Trammel Thomas. 98 MOTION to Withdraw as Attorney *for Trammel Thomas* by Michael Root by Magistrate Judge Michael E. Hegarty on 12/22/2016. Motion Hearing set for 1/5/2017 02:00 PM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. Text Only Entry (mdave, ) (Entered: 12/22/2016) |
| 01/03/2017 | 103 | Unopposed MOTION to Continue *Sentencing* by Mercedes Diaz as to Heather Carr, Trammel Thomas, Mercedes Diaz. (Rathod, Siddhartha) (Entered: 01/03/2017) |
| 01/03/2017 | 104 | MOTION to Excuse *Mr. Thomas' Presence at January 5 Hearing* by Trammel Thomas. (Root, Michael) (Entered: 01/03/2017) |
| 01/03/2017 | 105 | Amended MOTION to Excuse *Mr. Thomas' Presence at January 5 Hearing* by Trammel Thomas. (Root, Michael) (Entered: 01/03/2017) |
| 01/03/2017 | 106 | ORDER as to **Mercedes Diaz (3)** granting the Defendant's Unopposed Motion to Continue Sentencing 103 . The Defendant's Motion is GRANTED for good cause shown. The Sentencing Hearing set for January 18, 2017 is hereby **VACATED and RESET to March 3, 2017 at 10:30 a.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards (as |

| | | |
|---|---|---|
| | | revised effective December 1, 2016) with regard to the deadlines for filing sentencing-related motions. SO ORDERED by Judge William J. Martinez on 1/3/2017. Text Only Entry (wjmsec, ) (Entered: 01/03/2017) |
| 01/05/2017 | 107 | MEMORANDUM regarding 105 Amended MOTION to Excuse *Mr. Thomas' Presence at January 5 Hearing* filed by Trammel Thomas. Motion(s) referred to Magistrate Judge Michael E. Hegarty, by Judge William J. Martinez on 01/05/2017. Text Only Entry (wjmlc1) (Entered: 01/05/2017) |
| 01/05/2017 | 108 | ORDER granting 105 Motion to Excuse as to Trammel Thomas (2) by Magistrate Judge Michael E. Hegarty on 01/05/2017. Trammel Thomas is excused from the motion hearing set for 1/5/2017. Text Only Entry (mdave, ) (Entered: 01/05/2017) |
| 01/05/2017 | 109 | COURTROOM MINUTES/MINUTE ENTRY for proceedings held before Magistrate Judge Michael E. Hegarty: granting 98 Motion to Withdraw as Attorney. Michael Gary Root withdrawn from case as to Trammel Thomas (2); Motion Hearing as to Trammel Thomas held on 1/5/2017. Defendant not present, CJA counsel is appointed. (Total time: 3 mins, Hearing time: 1:58-2:01 p.m.)<br><br>**APPEARANCES**: Beth Gibson on behalf of the Government, Michael Root on behalf of the defendant. FTR: Courtroom A501. (mdave, ) Text Only Entry (Entered: 01/05/2017) |
| 01/05/2017 | 110 | ORDER APPOINTING COUNSEL as to Trammel Thomas by Magistrate Judge Michael E. Hegarty on 01/05/2017. CJA counsel is reappointed. (mdave, ) (Entered: 01/05/2017) |
| 01/06/2017 | 111 | NOTICE OF ATTORNEY APPEARANCE: Renee Cooper appearing for Trammel ThomasAttorney Renee Cooper added to party Trammel Thomas (pty:dft) (Cooper, Renee) (Entered: 01/06/2017) |
| 01/19/2017 | 112 | ORDER as to **Trammel Thomas (2)**: This matter is before the Court upon communication with Counsel regarding the resetting of the Change of Plea Hearing for Defendant Thomas. The Change of Plea Hearing is hereby **RESET to March 10, 2017 at 10:00 a.m.** in Courtroom A801. Counsel for the parties shall e-mail to Chambers courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement and Statement of Facts" no later than **12:00 p.m. on March 3, 2017**. If these documents are not timely submitted, the hearing may be vacated. The signed original and one copy of these documents must also be given to the courtroom deputy at the time of the hearing, pursuant to D.C.COLO.LCrR 11.1E. It is FURTHER ORDERED that defense counsel who reviewed and advised Defendant regarding the plea agreement must attend this Change of Plea Hearing. Pursuant to WJM Revised Practice Standard IX.I.1.c the AUSA assigned to this matter must also be present at the hearing. If that AUSA cannot attend in person, s/he must be present by phone and a fully-briefed substitute AUSA must be physically present in the courtroom at the time of the hearing. It is FURTHER ORDERED that at the Change of Plea Hearing, |

Case No. 1:16-cr-00054-WJM Document 525-4 Filed 12/12/19 USDC Colorado Page 123 of 163
Case 1:16-cr-00054-WJM Document 491 Filed 07/03/19 Page 22 of 60
163

| | | the parties should be prepared to discuss whether, pursuant to 18 U.S.C. § 3143, Defendant Thomas should remain on pretrial release pending imposition of his sentence, or whether his bond should be revoked and he should be remanded at the conclusion of the Change of Plea Hearing. SO ORDERED by Judge William J. Martinez on 1/19/2017. Text Only Entry (wjmsec, ) (Entered: 01/19/2017) |
|---|---|---|
| 02/01/2017 | 113 | NOTICE of Change of Address/Contact Information (Paluch, Martha) (Entered: 02/01/2017) |
| 02/01/2017 | 114 | NOTICE of Change of Address/Contact Information (Burrows, Daniel) (Entered: 02/01/2017) |
| 02/15/2017 | 115 | Joint MOTION to Continue *Defendant's March 3, 2017 Sentencing Hearing* by USA as to Mercedes Diaz. (Attachments: # 1 Proposed Order (PDF Only)) (Paluch, Martha) (Entered: 02/15/2017) |
| 02/15/2017 | 116 | ORDER as to **Mercedes Diaz (3)** granting the Parties' Joint Motion to Continue Defendant's March 3, 2017 Sentencing Hearing 115 . The Parties' Joint Motion is GRANTED for good cause shown. The Sentencing Hearing set for March 3, 2017 is hereby VACATED. A Status Conference is hereby **SET for September 11, 2017 at 10:00 a.m.**, in Courtroom A801. SO ORDERED by Judge William J. Martinez on 2/15/2017. Text Only Entry (wjmsec, ) (Entered: 02/15/2017) |
| 02/28/2017 | 117 | Unopposed MOTION to Continue *Sentencing Hearing* by Heather Carr. (Butterton, Mary) (Entered: 02/28/2017) |
| 03/02/2017 | 118 | ORDER as to **Trammel Thomas (2)**: This matter is before the Court *sua sponte*. The Change of Plea Hearing currently set for **March 10, 2017 at 10:00 a.m. in Courtroom A801 is hereby VACATED and will be RESET at a later date**. SO ORDERED by Judge William J. Martinez on 3/2/2017. Text Only Entry (wjmsec, ) (Entered: 03/02/2017) |
| 03/02/2017 | 119 | First MOTION to Withdraw Document *88 Notice of Disposition* by Trammel Thomas. (Attachments: # 1 Exhibit Exhibit A)(Cooper, Renee) (Entered: 03/02/2017) |
| 03/03/2017 | 120 | ORDER as to **Heather Carr (1)** granting the Defendant's Unopposed Motion to Continue Sentencing Hearing 117 . The Defendant's Motion is GRANTED for good cause shown. The Sentencing Hearing set for April 28, 2017 is hereby **VACATED and RESET to September 15, 2017 at 11:00 a.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards with regard to the deadlines for filing sentencing-related motions. SO ORDERED by Judge William J. Martinez on 3/3/2017. Text Only Entry (wjmsec, ) (Entered: 03/03/2017) |
| 03/14/2017 | 121 | MOTION to Withdraw as Attorney by Renee Cooper by Trammel Thomas. (Cooper, Renee) (Entered: 03/14/2017) |
| 03/15/2017 | 122 | ORDER as to **Trammel Thomas (2)** granting Attorney Renee Cooper's Motion to Withdraw as Counsel 121 : The Motion is GRANTED for good |

| | | cause shown. Renee Cooper is hereby granted leave to withdraw from this case. New counsel from the CJA Panel shall be appointed to represent Defendant Thomas. The Change of Plea Hearing will be reset upon the entry of appearance of new counsel for Defendant Thomas. SO ORDERED by Judge William J. Martinez on 3/15/2017. Text Only Entry (wjmsec, ) (Entered: 03/15/2017) |
|---|---|---|
| 03/15/2017 | 123 | ORDER APPOINTING COUNSEL as to Trammel Thomas pursuant to 122 Order by Judge William J. Martinez on 3/15/2017. Text Only Entry (wjmsec, ) (Entered: 03/15/2017) |
| 03/16/2017 | 124 | NOTICE OF ATTORNEY APPEARANCE: Daniel T. Smith appearing for Trammel ThomasAttorney Daniel T. Smith added to party Trammel Thomas (pty:dft) (Smith, Daniel) (Entered: 03/16/2017) |
| 03/17/2017 | 125 | ORDER as to **Trammel Thomas (2)**: Pursuant to this Court's Order 122 and the Notice of Attorney Appearance of Daniel T. Smith as Defendant Thomas' new counsel, the Change of Plea Hearing for Defendant Thomas is hereby **RESET to April 26, 2017 at 10:00 a.m.**, in Courtroom A801. Counsel for the parties shall e-mail to Chambers courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement and Statement of Facts" no later than **12:00 p.m. on April 19, 2017**. SO ORDERED by Judge William J. Martinez on 3/17/2017. Text Only Entry (wjmsec, ) (Entered: 03/17/2017) |
| 03/29/2017 | 126 | MOTION to Vacate *and motion to exclude 90 days from speedy trial calculation* by Trammel Thomas. (Smith, Daniel) (Entered: 03/29/2017) |
| 04/03/2017 | 127 | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on Defendant's Unopposed Motion to Vacate Hearing and to Exclude 90 Days from the Requirements of the Speedy Trial Act 126 . A Status Conference to discuss the matters raised in the Motion is hereby **SET for April 21, 2017 at 10:30 a.m.** in Courtroom A801. SO ORDERED by Judge William J. Martinez on 4/3/2017. Text Only Entry (wjmsec, ) (Entered: 04/03/2017) |
| 04/04/2017 | 128 | AMENDED ORDER 127 as to **Trammel Thomas (2)**: At the Status Conference set for April 21, 2017, Defendant Thomas's appearance is MANDATORY, but the Court hereby grants leave for him to appear telephonically, presuming he continues to reside in Arizona. Defendant's Counsel, Mr. Smith, must contact Chambers at (303) 335-2805 on or before April 20, 2017 to provide a **land line** telephone number that will be used by Defendant Thomas for participation in the Status Conference. **Chambers will initiate the call to Defendant Thomas**. Mr. Smith must appear in person. SO ORDERED by Judge William J. Martinez on 4/4/2017. Text Only Entry (wjmsec, ) (Entered: 04/04/2017) |
| 04/07/2017 | 129 | MOTION to Vacate *Status Conference* by Trammel Thomas. (Smith, Daniel) (Entered: 04/07/2017) |
| 04/07/2017 | 130 | ORDER as to **Trammel Thomas (2)** granting the Defendant's Motion to Vacate 129 . The Defendant's Motion is GRANTED for good cause shown. |

| | | |
|---|---|---|
| | | The Status Conference set for April 21, 2017 at 10:30 a.m. is hereby **VACATED and RESET to April 21, 2017 at <u>1:30 p.m.</u>**, in Courtroom A801. SO ORDERED by Judge William J. Martinez on 4/7/2017. Text Only Entry (wjmsec, ) (Entered: 04/07/2017) |
| 04/11/2017 | 131 | SUPERSEDING INDICTMENT as to Trammel Thomas (2) count(s) 1s, 2s-7s, Marcelle Green (4) count(s) 1, 8. (Attachments: # 1 Criminal Information Sheet, # 2 Criminal Information Sheet) (angar, ) (Entered: 04/12/2017) |
| 04/11/2017 | 132 | Arrest Warrant Issued in case as to Marcelle Green. (angar, ) (Entered: 04/12/2017) |
| 04/11/2017 | 133 | RESTRICTED DOCUMENT - Level 4 (angar, ) (Entered: 04/12/2017) |
| 04/11/2017 | 134 | MINUTE ORDER as to Trammel Thomas Re-Arraignment set for 4/27/2017 10:00 AM in Courtroom A 401 before Magistrate Judge Kristen L. Mix pursuant to 131 Superseding Indictment on 4/11/2017. Text Only Entry (angar, ) (Entered: 04/12/2017) |
| 04/14/2017 | 135 | Rule 5(c)(3) Documents Received as to Marcelle Green (Attachments: # 1 Transfer Documents)(angar, ) (Entered: 04/14/2017) |
| 04/14/2017 | 136 | CJA 23 Financial Affidavit by Marcelle Green. (angar, ) (Entered: 04/14/2017) |
| 04/14/2017 | 137 | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on Defendant Trammel Thomas' Unopposed Motion to Vacate Hearing and to Exclude 90 Days From the Requirements of the Speedy Trial Act 126 . Given the filing of a Superseding Indictment 131 in this case, and the addition of a new defendant who has yet to be have his initial appearance and arraignment, the Court Orders as follows: (1) That portion of Defendant Thomas' Motion seeking to vacate the Change of Plea Hearing currently set for April 26, 2017 at 10:00 a.m. is GRANTED and said Hearing is hereby VACATED; and (2) the Status Conference currently set for April 21, 2017 at 1:30 p.m. is also VACATED. That portion of Defendant Thomas' Motion which seeks an Ends of Justice Continuance of 90 days will be ruled on after new defendant Marcelle Greene has had his initial appearance and the Speedy Trial Act deadlines for him have been established. In the interim, Defendant Thomas' Notice of Disposition 88 , which the Court fully understands at some point will be withdrawn, will nonetheless for the time being continue to toll Speedy Trial Act deadlines for Defendant Thomas. SO ORDERED by Judge William J. Martinez on 4/14/2017. Text Only Entry (wjmsec, ) (Entered: 04/14/2017) |
| 04/27/2017 | 138 | COURTROOM MINUTES for Re-arraignment on Superseding Indictment as to Trammel Thomas held on 4/27/2017 before Magistrate Judge Kristen L. Mix. Defendant present on bond. Plea of NOT GUILTY entered by defendant. Defendant continued on bond. (Total time: 2 mins, Hearing time: 1017-1019)<br><br>**APPEARANCES**: Martha Paluch on behalf of the Government, Dan Smith on behalf of the defendant, Michelle Sinaka on behalf of pretrial. FTR: KLM A401. (sgrim) Text Only Entry Modified on 4/27/2017 to note defendant was |

Case No. 1:16-cr-00054-WJM   Document 525-1 filed 12/13/19   USDC Colorado   pg 126 of
163
Case 1:16-cr-00054-WJM   Document 495   Filed 07/03/19   Page 23 of 30

| | | on bond and to correct attorneys (Entered: 04/27/2017) |
|---|---|---|
| 04/27/2017 | 139 | COURTROOM MINUTES for Initial Appearance as to Marcelle Green held on 4/27/2017 before Magistrate Judge Kristen L. Mix. Defendant present on bond and advised. Court appoints counsel. Arraignment and Discovery hearings set for 5/2/2017 10:00 AM in Courtroom A 401 before Magistrate Judge Kristen L. Mix. Defendant's bond continued. (Total time: 2 mins, Hearing time: 1025-1027)<br><br>**APPEARANCES**: Martha Paluch on behalf of the Government, Michelle Sinaka on behalf of pretrial. FTR: KKLM A401. (sgrim) Text Only Entry (Entered: 04/27/2017) |
| 04/27/2017 | 140 | ORDER APPOINTING COUNSEL as to Marcelle Green by Magistrate Judge Kristen L. Mix on 4/27/17. Text Only Entry (sgrim) (Entered: 04/27/2017) |
| 04/27/2017 | 141 | CJA 23 Financial Affidavit by Marcelle Green. (lgale, ) (Entered: 04/27/2017) |
| 04/28/2017 | 142 | NOTICE OF ATTORNEY APPEARANCE: Jeralyn E. Merritt appearing for Marcelle GreenAttorney Jeralyn E. Merritt added to party Marcelle Green (pty:dft) (Merritt, Jeralyn) (Entered: 04/28/2017) |
| 05/02/2017 | 143 | MINUTE ENTRY for Arraignment and Discovery Hearing as to Marcelle Green held before Magistrate Judge Kristen L. Mix on 5/2/2017. Defendant present on bond. Plea of NOT GUILTY entered by defendant. Discovery memorandum executed. Defendant's bond continued. Counsel is directed to chambers. (Total time: 1 minute, Hearing time: 10:06-10:07)<br><br>**APPEARANCES**: Martha Paluch on behalf of the Government, Jeralynn Merritt on behalf of the defendant. FTR: KLM Courtroom A401. (lgale, ) Text Only Entry (Entered: 05/02/2017) |
| 05/02/2017 | 144 | Discovery Conference Memorandum and ORDER: Estimated Trial Time - 8 days as to Marcelle Green by Magistrate Judge Kristen L. Mix on 5/2/17. (lgale, ) (Entered: 05/02/2017) |
| 05/08/2017 | 146 | ORDER Setting Trial Date and Related Deadlines as to Marcelle Green. Motions due by 6/5/2017. Responses due by 6/15/2017. A 4-Day Jury Trial set for 7/3/2017 at 08:30 AM in Courtroom A 801 before Judge William J. Martinez and a Trial Preparation Conference set for 6/26/2017 at 03:00 PM in Courtroom A 801 before Judge William J. Martinez. ORDERED by Judge William J. Martinez on 5/08/2017. (angar, ) (Entered: 05/08/2017) |
| 05/08/2017 | 147 | Unopposed MOTION to Vacate *Present Deadlines and Court Dates*, Unopposed MOTION to Declare Case Complex *and Exclude 90 Days From Speedy Trial Calculations* by Marcelle Green. (Merritt, Jeralyn) (Entered: 05/08/2017) |
| 05/11/2017 | 148 | MOTION to Amend/Correct 126 MOTION to Vacate *and motion to exclude 90 days from speedy trial calculation* filed by Trammel Thomas by Trammel Thomas. (Smith, Daniel) (Entered: 05/11/2017) |

| 05/12/2017 | 149 | ORDER as to **Trammel Thomas (2)** granting Defendant's Unopposed Motion to Amend Defendant's Previous Motion to Exclude 90 Days from the Requirements of the Speedy Trial Act 148 . Defendant's Motion is GRANTED for good cause shown. Defendant's Unopposed Motion to Vacate Hearing and to Exclude 90 Days from the Requirements of the Speedy Trial Act 126 is amended to reflect Defendant's request for exclusion of time from 90 days to 120 days. SO ORDERED by Judge William J. Martinez on 5/12/2017. Text Only Entry (wjmsec, ) (Entered: 05/12/2017) |
|---|---|---|
| 05/14/2017 | 150 | Unopposed MOTION for Leave to File *Amended Motion to Unopposed Motion to Vacate Current Deadlines and Court Dates, and to Exclude 90 Days From Speedy Trial Calculations (Doc. 147)* by Marcelle Green. (Merritt, Jeralyn) (Entered: 05/14/2017) |
| 05/14/2017 | 151 | Amended MOTION to Vacate *Current Deadlines and Trial Date(Unopposed)*, Amended MOTION to Exclude *190 Days From Speedy Trial Act Deadlines (Unopposed)* by Marcelle Green. (Merritt, Jeralyn) (Entered: 05/14/2017) |
| 05/15/2017 | 152 | ORDER as to **Trammel Thomas (2)** granting Defendant Thomas' Motion to Withdraw Notice of Disposition 119 . The Defendant's Motion is hereby GRANTED for good cause shown. The Clerk's Office is DIRECTED to designate the originally-filed Notice of Disposition 88 as WITHDRAWN. SO ORDERED by Judge William J. Martinez on 5/15/2017. Text Only Entry (wjmsec, ) (Entered: 05/15/2017) |
| 05/15/2017 | 153 | ORDER Granting Defendant Green's 151 Amended Unopposed Motion to Vacate Current Deadlines and Court Dates, And to Exclude 190 Days From Speedy Trial Act Calculations. 126 Unopposed Motion to Vacate Hearing and to Exclude90 Days from the Requirements of the Speedy Trial Act DENIED AS MOOT. 147 AND 150 Unopposed Motion to Amend Motion to Vacate CurrentDeadlines and Court Dates, and to Exclude 90 Days from Speedy Trial ActCalculations ARE DENIED AS MOOT. ORDERED by Judge William J. Martinez on 5/15/2017. (angar, ) (Entered: 05/15/2017) |
| 05/17/2017 | 154 | ORDER as to Trammel Thomas, Marcelle Green Motions due by 10/30/2017. Responses due by 11/9/2017. Trial Preparation Conference is set for 11/17/2017 at 02:00 PM in Courtroom A 801 before Judge William J. Martinez and a 6-day Jury Trial is set for 11/27/2017 08:30 AM in Courtroom A 801 before Judge William J. Martinez. ORDERED by Judge William J. Martinez on 05/17/2017. (angar, ) (Entered: 05/17/2017) |
| 07/20/2017 | 155 | Joint MOTION to Continue *Defendant's September 15, 2017 Sentencing Hearing* by USA as to Heather Carr. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 07/20/2017) |
| 07/20/2017 | 156 | CJA MOTION by Trammel Thomas. (Smith, Daniel) (Entered: 07/20/2017) |
| 07/20/2017 | 157 | First MOTION for Leave to Restrict by Trammel Thomas. (Smith, Daniel) (Entered: 07/20/2017) |
| 07/20/2017 | 158 | RESTRICTED DOCUMENT - Level 3: by Trammel Thomas. (Smith, Daniel) |

| | | (Entered: 07/20/2017) |
|---|---|---|
| 07/20/2017 | [159] | Joint MOTION to Vacate *Defendant's September 11, 2017 Status Conference* by USA as to Mercedes Diaz. (Paluch, Martha) (Entered: 07/20/2017) |
| 07/20/2017 | 160 | ORDER as to **Trammel Thomas (2)** granting the Defendant's Motion for Leave to Restrict [157] . The Defendant's Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 156 and 158 shall remain RESTRICTED at RESTRICTION LEVEL 3 (viewable only by the Filer and the Court). SO ORDERED by Judge William J. Martinez on 7/20/2017. Text Only Entry (wjmsec, ) (Entered: 07/20/2017) |
| 07/20/2017 | 161 | ORDER as to **Heather Carr (1)** granting the Parties' Joint Motion to Reschedule Defendant's September 15, 2017 Sentencing Hearing [155] . The Parties' Motion is GRANTED for good cause shown. The Sentencing Hearing set for September 15, 2017 is hereby **VACATED and RESET to January 4, 2018 at 2:00 p.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards with regard to the deadlines for filing sentencing-related motions. SO ORDERED by Judge William J. Martinez on 7/20/2017. Text Only Entry (wjmsec, ) (Entered: 07/20/2017) |
| 07/21/2017 | 162 | ORDER as to **Mercedes Diaz (3)** granting in part the Parties' Joint Motion to Vacate Defendant's September 11, 2017 Status Conference [159] . The Parties' Motion is GRANTED IN PART for good cause shown. The Status Conference set for September 11, 2017 is hereby **VACATED. A Sentencing Hearing is set for January 12, 2018 at 10:30 a.m.** in Courtroom A801. Counsel are directed to this Courts Revised Practice Standards with regard to the deadlines for filing sentencing-related motions. SO ORDERED by Judge William J. Martinez on 7/21/2017. Text Only Entry (wjmsec, ) (Entered: 07/21/2017) |
| 07/27/2017 | [163] | ORDER Granting [156] CJA Motion as to Trammel Thomas (2) ORDERED by Judge William J. Martinez on 07/27/2017. (angar, ) (Entered: 07/27/2017) |
| 07/27/2017 | 164 | Certificate of Service by Mail by Clerk of Court as to Trammel Thomas re: [163] Order on CJA Motion. Mailed to attorney as Ordered. TEXT ONLY ENTRY (angar, ) (Entered: 07/27/2017) |
| 08/07/2017 | [165] | NOTICE OF ATTORNEY APPEARANCE: Thomas Edward Goodreid appearing for Trammel ThomasAttorney Thomas Edward Goodreid added to party Trammel Thomas(pty:dft) (Goodreid, Thomas) (Entered: 08/07/2017) |
| 08/25/2017 | [166] | NOTICE OF ATTORNEY APPEARANCE Bryan David Fields appearing for USA. Attorney Bryan David Fields added to party USA(pty:pla) (Fields, Bryan) (Entered: 08/25/2017) |
| 09/12/2017 | [167] | NOTICE of Disposition by Marcelle Green (Merritt, Jeralyn) (Entered: 09/12/2017) |
| 09/13/2017 | 168 | ORDER Setting Change of Plea Hearing as to **Marcelle Green (4)**: Pursuant to the Notice of Disposition [167] filed by the Defendant, a **Change of Plea Hearing is hereby set for October 13, 2017 at 2:45 p.m. in Courtroom** |

| | | A801. **The dates set for the Final Trial Preparation Conference and Trial are hereby VACATED as to this Defendant ONLY**. Counsel for the parties shall e-mail to Chambers courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement and Statement of Facts" no later than **12:00 p.m. on October 6, 2017**. If these documents are not timely submitted, the hearing may be vacated. The signed original and one copy of these documents must also be given to the courtroom deputy at the time of the hearing, pursuant to D.C.COLO.LCrR 11.1E. It is FURTHER ORDERED that defense counsel who reviewed and advised Defendant regarding the plea agreement must attend this Change of Plea Hearing. Pursuant to WJM Revised Practice Standard IX.1.1.c the AUSA assigned to this matter must also be present at the hearing. If that AUSA cannot attend in person, s/he must be present by phone and a fully-briefed substitute AUSA must be physically present in the courtroom at the time of the hearing. SO ORDERED by Judge William J. Martinez on 9/13/2017. Text Only Entry (wjmsec, ) (Entered: 09/13/2017) |
|---|---|---|
| 09/13/2017 | 169 | ORDER as to **Trammel Thomas (2)**: This matter is before the Court *sua sponte*. In light of the filing of notice of dispositions for the other three Defendants in this case, leaving Defendant Thomas as the only remaining Defendant, the 6 day Jury Trial set to begin on November 27, 2017, is hereby **VACATED and RESET to a 5 day Jury Trial set to begin on November 27, 2017 at 8:30 a.m.** in Courtroom A801. **The Trial will conclude on Friday, December 1, 2017**. The Final Trial Preparation Conference remains set for November 17, 2017 at 2:00 p.m. in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards to ensure compliance with all deadlines triggered by the dates of the Final Trial Preparation Conference and Trial. SO ORDERED by Judge William J. Martinez on 9/13/2017. Text Only Entry (wjmsec, ) (Entered: 09/13/2017) |
| 09/27/2017 | 170 | Unopposed MOTION to Continue *Change of Plea Hearing* by Marcelle Green. (Merritt, Jeralyn) (Entered: 09/27/2017) |
| 09/27/2017 | 171 | ORDER as to **Marcelle Green (4)** granting the Defendant's Unopposed Motion to Continue Change of Plea Hearing 170 . The Defendant's Motion is GRANTED for good cause shown. The Change of Plea Hearing set for October 13, 2017 is hereby **VACATED and RESET to October 17, 2017 at 10:00 a.m.**, in Courtroom A801. Counsel for the parties shall e-mail to Chambers courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement and Statement of Facts" no later than **12:00 p.m. on October 10, 2017**. SO ORDERED by Judge William J. Martinez on 9/27/2017. Text Only Entry (wjmsec, ) (Entered: 09/27/2017) |
| 10/04/2017 | 172 | NOTICE of Change of Address/Contact Information (Smith, Daniel) (Entered: 10/04/2017) |
| 10/11/2017 | 173 | ORDER as to **Marcelle Green (4)**: At the Change of Plea Hearing set for October 17, 2017, the parties should be prepared to discuss whether, pursuant to 18 U.S.C. § 3143, the Defendant should remain on pretrial release pending imposition of her sentence, or whether her bond should be revoked and she |

Case No. 1:16-cr-00054-WJM Document 525-2 filed 12/17/19 USDC Colorado pg 2 of 39
Case 1:16-cr-00054-WJM Document 495 Filed 07/03/19 Page 23 of 59
163

| | | should be remanded at the conclusion of the Change of Plea Hearing. It is FURTHER ORDERED that if the Government will be recommending immediate remand of the Defendant at the conclusion of the hearing, it is DIRECTED to notify Chambers of its intent to do so as soon as practicable. SO ORDERED by Judge William J. Martinez on 10/11/2017. Text Only Entry (wjmsec, ) (Entered: 10/11/2017) |
|---|---|---|
| 10/13/2017 | 174 | NOTICE *of Stipulation* by Trammel Thomas (Smith, Daniel) (Entered: 10/13/2017) |
| 10/13/2017 | 175 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 174 Notice (Other) filed by attorney Daniel T. Smith. **DO NOT REFILE THE DOCUMENT. Action to take -** counsel must submit a change of contact request through the Attorney Services Portal Account pursuant to D.C.COLO.LAttyR 5(c) and 3.5 of the Electronic Case Filing Procedures (Criminal Cases). (Text Only Entry) (angar, ) (Entered: 10/13/2017) |
| 10/13/2017 | 176 | NOTICE of Intent to Use Evidence by USA as to Trammel Thomas (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Paluch, Martha) (Entered: 10/13/2017) |
| 10/17/2017 | 177 | MINUTE ENTRY for Change of Plea Hearing held before Judge William J. Martinez on 10/17/2017 as to Defendant 4. Marcelle Green. Defendant pleads guilty to Count 1 of the Superseding Indictment. Sentencing set for 1/18/2018 at 10:00 AM in Courtroom A801 before Judge William J. Martinez. Defendant's bond is continued.Court Reporter: Darlene Martinez. (dhans, ) (Entered: 10/17/2017) |
| 10/17/2017 | 178 | PLEA AGREEMENT as to Defendant 4. Marcelle Green (dhans, ) (Entered: 10/17/2017) |
| 10/17/2017 | 179 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant 4. Marcelle Green (dhans, ) (Entered: 10/17/2017) |
| 10/17/2017 | 180 | AMENDED MINUTE ENTRY for Change of Plea Hearing held before Judge William J. Martinez on 10/17/2017 as to Defendant 4. Marcelle Green. re: 177 Amended to correct verbiage (on second page and in italics). (dhans, ) (Entered: 10/18/2017) |
| 10/20/2017 | 181 | MOTION to Suppress *# 1* by Trammel Thomas. (Attachments: # 1 Exhibit) (Smith, Daniel) (Entered: 10/20/2017) |
| 10/20/2017 | 182 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 181 MOTION to Suppress *# 1* filed by attorney Daniel T. Smith. **DO NOT REFILE THE DOCUMENT. Action to take -** counsel must submit a change of contact request through the Attorney Services Portal Account pursuant to D.C.COLO.LAttyR 5(c) and 3.5 of the Electronic Case Filing Procedures (Criminal Cases). (Text Only Entry) (angar, ) (Entered: 10/23/2017) |
| 10/23/2017 | 183 | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on |

Case No. 1:18-cr-00054-WJM Document 525-2 Filed 12/13/19 USDC Colorado Page 293 of 363
Case 1:18-cr-00054-WJM Document 249 Filed 07/03/19 Page 30 of Page 2 of 59
163

| | | Defendant's Motion to Suppress #1 181 . Given that trial in this matter is set for 5 weeks from today, the Court orders the following accelerated briefing schedule on the Motion: (a) the Government's Response to the Motion shall be filed by no later than **October 27, 2017**; and (b) Defendant's Reply Brief shall be filed by no later than **November 1, 2017**. NO EXTENSIONS OF THESE FILING DEADLINES WILL BE GRANTED. After receipt of the Defendant's Reply Brief the Court will determine whether an evidentiary hearing on the Motion will be necessary. SO ORDERED by Judge William J. Martinez on 10/23/2017. Text Only Entry (wjmsec, ) (Entered: 10/23/2017) |
|---|---|---|
| 10/25/2017 | 184 | MOTION for Writ of Habeas Corpus ad Testificandum by USA as to Trammel Thomas. (Attachments: # 1 Proposed Order (PDF Only), # 2 Exhibit)(Paluch, Martha) (Entered: 10/25/2017) |
| 10/25/2017 | 185 | MOTION for Writ of Habeas Corpus ad Testificandum by USA as to Trammel Thomas. (Attachments: # 1 Proposed Order (PDF Only), # 2 Exhibit)(Paluch, Martha) (Entered: 10/25/2017) |
| 10/25/2017 | 186 | MOTION for Writ of Habeas Corpus ad Testificandum by USA as to Trammel Thomas. (Attachments: # 1 Proposed Order (PDF Only), # 2 Exhibit)(Paluch, Martha) (Entered: 10/25/2017) |
| 10/25/2017 | 187 | MOTION for Writ of Habeas Corpus ad Testificandum by USA as to Trammel Thomas. (Attachments: # 1 Proposed Order (PDF Only), # 2 Exhibit)(Paluch, Martha) (Entered: 10/25/2017) |
| 10/25/2017 | 188 | ORDER for Writ of Habeas Corpus ad Testificandum re: 184 as to Trammel Thomas (2), by Judge William J. Martinez on 10/25/2017. (angar, ) (Entered: 10/25/2017) |
| 10/25/2017 | 189 | ORDER for Writ of Habeas Corpus ad Testificandum re: 185 as to Trammel Thomas (2), by Judge William J. Martinez on 10/25/2017. (angar, ) (Entered: 10/25/2017) |
| 10/25/2017 | 190 | ORDER for Writ of Habeas Corpus ad Testificandum re: 186 as to Trammel Thomas (2), by Judge William J. Martinez on 10/25/2017. (angar, ) Modified on 10/25/2017 to edit document (angar, ). (Entered: 10/25/2017) |
| 10/25/2017 | 191 | ORDER for Writ of Habeas Corpus ad Testificandum re: 187 as to Trammel Thomas (2), by Judge William J. Martinez on 10/25/2017. (angar, ) (Entered: 10/25/2017) |
| 10/25/2017 | 192 | Writ of Habeas Corpus ad Testificandum Issued in case as to Trammel Thomas (Attachments: # 1 Writ of Habeas Corpus ad Testificandum, # 2 Writ of Habeas Corpus ad Testificandum, # 3 Writ of Habeas Corpus ad Testificandum)(angar, ) (Entered: 10/25/2017) |
| 10/27/2017 | 193 | RESPONSE to Motion by USA as to Trammel Thomas re 181 MOTION to Suppress # 1 (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Fields, Bryan) (Entered: 10/27/2017) |
| 10/30/2017 | 194 | MOTION to Suppress *EVIDENCE SEIZED PURSUANT TO SEARCH* |

| | | |
|---|---|---|
| | | *WARRANT* by Trammel Thomas. (Attachments: # 1 Exhibit Application for Search Warrant, # 2 Exhibit Search Warrant, # 3 Exhibit Affidavit in Support of Application for Search Warrant, part I, # 4 Exhibit Affidavit in Support of Application for Search Warrant, part II)(Goodreid, Thomas) (Entered: 10/30/2017) |
| 10/31/2017 | 195 | ORDER as to **Trammel Thomas(2)**: This matter is before the Court on Defendant's Motion to Suppress Evidence Seized Pursuant to Search Warrant 194 . Given that trial is set to commence in less than four weeks, the Court orders the following accelerated briefing schedule on the Motion: (a) the Government's Response shall be filed no later than **Friday, November 3, 2017**; and (b) Defendant's Reply shall be filed no later than **Monday, November 6, 2017**. NO EXTENSIONS OF THESE FILING DEADLINES WILL BE GRANTED. After receipt of the Defendant's Reply Brief the Court will determine whether an evidentiary hearing on the Motion will be necessary. SO ORDERED by Judge William J. Martinez on 10/31/2017. Text Only Entry (wjmlc2, ) (Entered: 10/31/2017) |
| 11/01/2017 | 196 | REPLY TO RESPONSE to Motion by Trammel Thomas re 181 MOTION to Suppress *# 1* (Smith, Daniel) (Entered: 11/01/2017) |
| 11/03/2017 | 197 | RESPONSE in Opposition by USA as to Trammel Thomas re 194 MOTION to Suppress *EVIDENCE SEIZED PURSUANT TO SEARCH WARRANT* (Paluch, Martha) (Entered: 11/03/2017) |
| 11/06/2017 | 198 | REPLY TO RESPONSE to Motion by Trammel Thomas re 194 MOTION to Suppress *EVIDENCE SEIZED PURSUANT TO SEARCH WARRANT* (Goodreid, Thomas) (Entered: 11/06/2017) |
| 11/09/2017 | 199 | Proposed Voir Dire by Trammel Thomas (Goodreid, Thomas) (Entered: 11/09/2017) |
| 11/09/2017 | 200 | Proposed Voir Dire by USA as to Trammel Thomas (Paluch, Martha) (Entered: 11/09/2017) |
| 11/09/2017 | 201 | Proposed Jury Instructions by USA as to Trammel Thomas (Paluch, Martha) (Entered: 11/09/2017) |
| 11/09/2017 | 202 | WITNESS LIST by USA as to Trammel Thomas (Fields, Bryan) (Entered: 11/09/2017) |
| 11/10/2017 | 203 | EXHIBIT LIST by USA as to Trammel Thomas (Fields, Bryan) (Entered: 11/10/2017) |
| 11/10/2017 | 204 | EXHIBIT LIST by Trammel Thomas (Smith, Daniel) (Entered: 11/10/2017) |
| 11/10/2017 | 205 | WITNESS LIST by Trammel Thomas (Smith, Daniel) (Entered: 11/10/2017) |
| 11/14/2017 | 206 | ORDER Denying Motions to Suppress as to Trammel Thomas (2). Defendant's Motions to Suppress #1 (ECF No. 181 ) is DENIED; Defendants Motion to Suppress Evidence Seized Pursuant to Search Warrant (ECF No. 194 ) is DENIED; and Defendant's request for an evidentiary hearing is also DENIED. ORDERED by Judge William J. Martinez on 11/14/2017. (angar, ) |

| | | (Entered: 11/14/2017) |
|---|---|---|
| 11/17/2017 | 207 | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Trial Preparation Conference as to Defendant 2. Trammel Thomas held on 11/17/2017. ORDERED: Each side will be allowed twenty minutes for voir dire and opening statements.ORDERED: The Government's oral motion to quash the Writs of Habeas Corpus Ad Testificandum for 1) Manuel Abate, 2) Eddie Jones, Jr., 3) Dennis Miller and 4) Robert Pickens is GRANTED. The Writs of Habeas Corpus Ad Testificandum for 1) Manuel Abate, 2) Eddie Jones, Jr., 3) Dennis Miller and 4) Robert Pickens are QUASHED. ORDERED: The Government shall send an email to chambers identifying the title and role of anyone who will be seated at counsel table during the trial. ORDERED: The Government shall file its Amended Witness List by November 21, 2017. ORDERED: No later than the end of the day Monday, November 20th counsel shall meet face-to-face to go over the exhibits and stipulate to the admissibility of as many exhibits as possible. The parties shall file Amended Exhibit Lists by November 22, 2017.ORDERED: Counsel shall be present at 8:30 a.m., on November 27th. The court will address pretrial matters at that time. The jury panel will be brought to the courtroom at 9:00 a.m. ORDERED: The Government shall email to chambers, by Tuesday, November 21, the jury instructions, proposed stipulated instructions and verdict forms in an editable format. ORDERED: No trial briefs are allowed Court Reporter: Mary George. (dhans, ) (Entered: 11/20/2017) |
| 11/21/2017 | 208 | WITNESS LIST *Amended* by USA as to Trammel Thomas (Paluch, Martha) (Entered: 11/21/2017) |
| 11/22/2017 | 209 | WITNESS LIST *First amended Witness List* by Trammel Thomas (Smith, Daniel) (Entered: 11/22/2017) |
| 11/22/2017 | 210 | EXHIBIT LIST - *Amended* by USA as to Trammel Thomas (Fields, Bryan) (Entered: 11/22/2017) |
| 11/24/2017 | 211 | MOTION to Appoint Counsel *for Proposed Defense Witnesses* by USA as to Trammel Thomas. (Fields, Bryan) (Entered: 11/24/2017) |
| 11/24/2017 | 212 | EXHIBIT LIST *second amended exhibit list* by Trammel Thomas (Smith, Daniel) (Entered: 11/24/2017) |
| 11/24/2017 | 213 | Amended MOTION to Appoint Counsel *for Proposed Defense Witnesses* by USA as to Trammel Thomas. (Fields, Bryan) (Entered: 11/24/2017) |
| 11/27/2017 | 214 | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on the Government's oral motion for authorization to communicate with members of the jury in this case. Pursuant to Local Criminal Rule 24.1 the Motion is GRANTED. Such communications with the jury are authorized under the following restrictions, which will be strictly enforced:(1) only counsel may speak with the jurors; (2) the communication may only take place after the conclusion of the trial; (3) the communication may ONLY occur within this courtroom; (4) and ONLY with those jurors who voluntarily choose to return into the courtroom to speak with the lawyers after I meet with them; and (5) |

Case No. 1:16-cr-00054-WJM Document 525-2 Filed 12/17/19 USDC Colorado Page 334 of 69
Case 1:16-cr-00054-WJM Document 495 Filed 07/03/19 Page 33 of Page
163

| | | there will be NO communication with a juror after that juror has left this courtroom. The intent of this Order is to provide counsel with the opportunity to discuss with jurors what transpired in the jurys presence in the courtroom, and to receive input from them which may assist counsel in improving their trial skills in future cases. Accordingly, counsels communications with the jurors will be restricted to these topics. This Order is NOT intended to give counsel the opportunity to make inquiry into the jurys deliberations or to examine with them the validity or consistency of their verdict. Accordingly, counsel are prohibited from discussing with jurors: (a) facts or information which were not received into evidence; (b) the content of the jurys deliberations; or (c) the reasons the jury returned the verdict that it did. Any attorney violating any of these restrictions is subject to being held in contempt of Court. SO ORDERED by Judge William J. Martinez on 11/27/2017. Text Only Entry (wjmsec, ) (Entered: 11/27/2017) |
|---|---|---|
| 11/27/2017 | 215 | ORDER as to **Trammel Thomas (2)** granting in part the Government's Motion to Appoint Counsel for Defense Witnesses 213 . That portion of the Motion which requests the appointment of counsel for Mathew Sanders is GRANTED for good cause shown. Counsel from the CJA Panel shall be appointed to represent Mr. Sanders in this matter. That portion of the Motion that requests appointment for Michael Cox will be ruled on by separate order. SO ORDERED by Judge William J. Martinez on 11/27/2017. Text Only Entry (wjmsec, ) (Entered: 11/27/2017) |
| 11/27/2017 | 217 | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Jury Trial - Day One as to Defendant 2. Trammel Thomas held on 11/27/2017. Trial continued. Court Reporter: Mary George. (dhans, ) Modified on 11/29/2017 (dhans, ). (Entered: 11/28/2017) |
| 11/28/2017 | 216 | ORDER as to **Trammel Thomas (2)** denying in part 213 the Government's Motion to Appoint Counsel for Defense Witnesses as moot. That portion of the Motion which requests the appointment of independent counsel for potential witness Michael Cox is DENIED as MOOT. SO ORDERED by Judge William J. Martinez on 11/28/2017. Text Only Entry (wjmsec, ) (Entered: 11/28/2017) |
| 11/28/2017 | 218 | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Jury Trial - Day Two as to Defendant 2. Trammel Thomas held on 11/28/2017. Trial continued. Court Reporter: Mary George. (dhans, ) (Entered: 11/29/2017) |
| 11/29/2017 | 219 | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Jury Trial - Day Three as to Defendant 2. Trammel Thomas held on 11/29/2017. Trial continued. Court Reporter: Mary George. (dhans, ) (Entered: 11/29/2017) |
| 11/30/2017 | 222 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Heather Carr (aarag, ) (Entered: 11/30/2017) |
| 11/30/2017 | 223 | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Jury Trial - Day Four as to Defendant. 2 Trammel Thomas held on |

| | | 11/30/2017. Jury Verdict of guilty as to Counts 1 through 7 of the Superseding Indictment. Sentencing set for 4/12/2018 at 09:30 AM in Courtroom A801 before Judge William J. Martinez. Defendant is permitted to remain free on bond subject to the conditions of release as set forth in the Magistrate Judges Order Setting Conditions of Release. Court Reporter: Mary George. (dhans, ) (Entered: 12/01/2017) |
|---|---|---|
| 11/30/2017 | 224 | Jury List - Unredacted - Restricted Doc. - Level 4 (dhans, ) (Entered: 12/01/2017) |
| 11/30/2017 | 225 | Clerk's copy of Government's Witness List (dhans, ) (Entered: 12/01/2017) |
| 11/30/2017 | 226 | Clerk's copy of Government's Exhibit List (dhans, ) (Entered: 12/01/2017) |
| 11/30/2017 | 227 | Clerk's copy of Defendant's Exhibit List (dhans, ) (Entered: 12/01/2017) |
| 11/30/2017 | 228 | Jury Instructions as to Defendant 2. Trammel Thomas (dhans, ) (Entered: 12/01/2017) |
| 11/30/2017 | 229 | Jury Note as to Defendant 2. Trammel Thomas (dhans, ) (Entered: 12/01/2017) |
| 11/30/2017 | 230 | Jury question; and answer to the question, as to Defendant 2. Trammel Thomas (dhans, ) (Entered: 12/01/2017) |
| 11/30/2017 | 231 | Jury Note - Unredacted - Restricted Doc. - Level 4 (dhans, ) (Entered: 12/01/2017) |
| 11/30/2017 | 232 | Jury question; and answer to the question, as to Defendant 2. Trammel Thomas - Unredacted - Restricted Doc. - Level 4 (dhans, ) (Entered: 12/01/2017) |
| 11/30/2017 | 233 | JURY VERDICT as to Defendant 2. Trammel Thomas (dhans, ) (Entered: 12/01/2017) |
| 11/30/2017 | 234 | Jury Verdict Un-Redacted - Level 4 - Viewable by Court Only (dhans, ) (Entered: 12/01/2017) |
| 11/30/2017 | 235 | STIPULATION AND ORDER REGARDING CUSTODY OF ORIGINAL EXHIBITS as to Defendant 2. Trammel Thomas, by Judge William J. Martinez on 11/30/2017. (dhans, ) (Entered: 12/01/2017) |
| 12/11/2017 | 236 | ORDER as to **Heather Carr (1)**: Given the recent developments in this case affecting Defendant Carr, the Court hereby sets a Status Conference to discuss these developments for **December 14, 2017 at 10:00 a.m.** in Courtroom A801. Should she wish to, given her residence outside of Colorado, Defendant Carr may waive her appearance at the Status Conference. SO ORDERED by Judge William J. Martinez on 12/11/2017. Text Only Entry (wjmsec, ) (Entered: 12/11/2017) |
| 12/12/2017 | 237 | RESPONSE by USA as to Heather Carr re: 222 Restricted Presentence Report - Attorney Disclosure (Paluch, Martha) (Entered: 12/12/2017) |
| 12/12/2017 | 238 | MOTION to Dismiss Counts *with Prejudice* by USA as to Heather Carr. |

| | | (Paluch, Martha) (Entered: 12/12/2017) |
|---|---|---|
| 12/12/2017 | 239 | MOTION for Decrease for Acceptance of Responsibility by USA as to Heather Carr. (Paluch, Martha) (Entered: 12/12/2017) |
| 12/13/2017 | 240 | ORDER as to **Heather Carr (1)**: This matter is before the Court on the Status Conference set for December 14, 2017 at 10:00 a.m. Given the filing of the Government's Response to Presentence Report (ECF 22) 237 , Motion to Dismiss Counts with Prejudice 238 and Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) 239 , the Court has concluded there remains no need for a Status Conference. As a result, the Status Conference set for December 14, 2017 at 10:00 a.m. is hereby **VACATED**. Defendant's Sentencing Hearing remains set for **January 4, 2018 at 2:00 p.m.** SO ORDERED by Judge William J. Martinez on 12/13/2017. Text Only Entry (wjmsec, ) (Entered: 12/13/2017) |
| 12/14/2017 | 241 | RESTRICTED PRESENTENCE REPORT as to Mercedes Diaz (Attachments: # 1 Exhibit A, # 2 Exhibit B)(ntaka) (Entered: 12/14/2017) |
| 12/14/2017 | 242 | RESTRICTED ADDENDUM to Presentence Report 241 as to Mercedes Diaz (ntaka) (Entered: 12/14/2017) |
| 12/14/2017 | 243 | OBJECTION/RESPONSE to Presentence Report 222 by Heather Carr (Butterton, Mary) (Entered: 12/14/2017) |
| 12/15/2017 | 244 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Marcelle Green (ntaka) (Entered: 12/15/2017) |
| 12/15/2017 | 245 | ORDER as to **Heather Carr (1)**: This matter is before the Court on Defendant's Objections and Responses to Presentence Investigation Report 243 . The Government is DIRECTED to file a Response to Defendant's Objections on or before **December 26, 2017**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 12/15/2017. Text Only Entry (wjmsec, ) (Entered: 12/15/2017) |
| 12/15/2017 | 246 | OBJECTION/RESPONSE to Presentence Report 243 by USA as to Heather Carr (Paluch, Martha) (Entered: 12/15/2017) |
| 12/21/2017 | 247 | MOTION for Non-Guideline Sentence *and Sentencing Statement* by Heather Carr. (Butterton, Mary) (Entered: 12/21/2017) |
| 12/21/2017 | 248 | ORDER as to **Heather Carr (1)**: This matter is before the Court on Defendant's Motion for Variant Sentence and Sentencing Statement 247 . The Government is DIRECTED to file a Response to Defendant's Motion on or before **12:00 noon on Thursday, December 28, 2017**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 12/21/2017. Text Only Entry (wjmsec, ) (Entered: 12/21/2017) |
| 12/21/2017 | 249 | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant's Motion for Variant Sentence and Sentencing Statement* by USA as to Heather Carr. (Fields, Bryan) (Entered: 12/21/2017) |
| 12/22/2017 | 250 | RESTRICTED PRESENTENCE REPORT as to Heather Carr (Attachments: # |

Case No. 1:16-cr-00054-WJM Document 525-1 Filed 12/12/19 USDC Colorado Page 137 of 59
Case 1:16-cr-00054-WJM Document 495 Filed 07/03/18 Page 58 of Page
163

| | | 1 Exhibit A, # 2 Exhibit B)(aarag, ) (Entered: 12/22/2017) |
|---|---|---|
| 12/22/2017 | 251 | RESTRICTED ADDENDUM to Presentence Report 250 as to Heather Carr (aarag, ) (Entered: 12/22/2017) |
| 12/22/2017 | 252 | ORDER as to **Heather Carr (1)** granting 249 Government's Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Variant Sentence and Sentencing Statement (ECF No. 247). The Government's Motion is GRANTED IN PART for good cause shown. The Government's deadline to file its Response to Defendant's Motion for Variant Sentence and Sentencing Statement is extended up to and including **January 2, 2018 at 10:00 a.m.** SO ORDERED by Judge William J. Martinez on 12/22/2017. Text Only Entry (wjmsec, ) (Entered: 12/22/2017) |
| 12/28/2017 | 254 | RESTRICTED SECOND ADDENDUM to Presentence Report 250 as to Heather Carr (Attachments: # 1 Exhibit A)(aarag, ) (Entered: 12/28/2017) |
| 12/28/2017 | 255 | RESTRICTED DOCUMENT - Level 2: as to Mercedes Diaz. (Attachments: # 1 Exhibit Ex. 1 - Mercedes Diaz Letter to Judge (Diaz), # 2 Exhibit Ex. 2 - Letter of Reference from Jennifer Donaho (Diaz), # 3 Exhibit Ex. 3 - Letter of Reference from Vena Jensen Blitsch (Diaz), # 4 Exhibit Ex. 4 - Letter of Reference from Brittney Floran (Diaz), # 5 Exhibit Ex. 5 - Letter of Reference from Kacey Lynn Inglish (Diaz), # 6 Exhibit Ex. 6 - Letter of Reference from Konner Inglish (Diaz), # 7 Exhibit Ex. 7 - Letter of Reference from Michael Inglish (Diaz), # 8 Exhibit Ex. 8 - Letter of Reference from Keith Inglish (Diaz))(Rathod, Siddhartha) (Entered: 12/28/2017) |
| 12/28/2017 | 256 | Unopposed MOTION for Leave to Restrict by Mercedes Diaz. (Rathod, Siddhartha) (Entered: 12/28/2017) |
| 12/29/2017 | 257 | MOTION to Dismiss Counts by USA as to Mercedes Diaz. (Paluch, Martha) (Entered: 12/29/2017) |
| 12/29/2017 | 258 | MOTION for Decrease for Acceptance of Responsibility by USA as to Mercedes Diaz. (Paluch, Martha) (Entered: 12/29/2017) |
| 12/29/2017 | 259 | MOTION for Leave to Restrict by USA as to Mercedes Diaz. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 12/29/2017) |
| 12/29/2017 | 260 | RESTRICTED DOCUMENT - Level 2: as to Mercedes Diaz. (Paluch, Martha) (Entered: 12/29/2017) |
| 12/29/2017 | 261 | RESTRICTED DOCUMENT - Level 2: as to Mercedes Diaz. (Paluch, Martha) (Entered: 12/29/2017) |
| 12/29/2017 | 262 | SENTENCING STATEMENT by USA as to Trammel Thomas (Paluch, Martha) (Entered: 12/29/2017) |
| 12/29/2017 | 263 | OBJECTION/RESPONSE to Presentence Report 244 by Marcelle Green (Merritt, Jeralyn) (Entered: 12/29/2017) |
| 01/02/2018 | 264 | RESPONSE in Opposition by USA as to Heather Carr re 247 MOTION for Non-Guideline Sentence *and Sentencing Statement* (Paluch, Martha) (Entered: |

| | | 01/02/2018) |
|---|---|---|
| 01/02/2018 | 265 | SUPPLEMENT to 264 Response in Opposition by USA as to Heather Carr (Paluch, Martha) (Entered: 01/02/2018) |
| 01/02/2018 | 266 | OBJECTION/RESPONSE to Presentence Report 244 by USA as to Marcelle Green (Paluch, Martha) (Entered: 01/02/2018) |
| 01/03/2018 | 267 | MOTION for Leave to Restrict by USA as to Marcelle Green. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 01/03/2018) |
| 01/03/2018 | 268 | RESTRICTED DOCUMENT - Level 2: as to Marcelle Green. (Paluch, Martha) (Entered: 01/03/2018) |
| 01/03/2018 | 269 | RESTRICTED DOCUMENT - Level 2: as to Marcelle Green. (Paluch, Martha) (Entered: 01/03/2018) |
| 01/03/2018 | 270 | MOTION to Dismiss Counts *with Prejudice* by USA as to Marcelle Green. (Paluch, Martha) (Entered: 01/03/2018) |
| 01/03/2018 | 271 | MOTION for Decrease for Acceptance of Responsibility by USA as to Marcelle Green. (Paluch, Martha) (Entered: 01/03/2018) |
| 01/04/2018 | 272 | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Sentencing held on 1/4/2018 as to Defendant 1. Heather Carr. Defendant sentenced as reflected on the record. ORDERED that the defendant, Heather Carr, surrender at the institution designated by the Bureau of Prisons on February 8th, 2018, at 12:00 noon. In the interim, the defendant's bond is continued and all conditions set forth in the Magistrate Judge's Order Setting Conditions Of Release shall continue to apply. Court Reporter: Mary George. (dhans, ) (Entered: 01/04/2018) |
| 01/04/2018 | 273 | ORDER as to **Mercedes Diaz (3)** granting the Defendant's Unopposed Motion for Leave to Restrict 256 . The Defendant's Motion is GRANTED for good cause shown. The document filed at ECF No. 255 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 01/04/2018. Text Only Entry (wjmsec, ) (Entered: 01/04/2018) |
| 01/04/2018 | 274 | ORDER as to **Mercedes Diaz (3)**: This matter is before the Court on the Defendant's Motion for Departure and Variant Sentence 255 . The Government is DIRECTED to file a Response to Defendant's Motion on or before **January 9, 2018**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 1/4/2018. Text Only Entry (wjmlc2, ) (Entered: 01/04/2018) |
| 01/05/2018 | 275 | Unopposed MOTION to Continue *Sentencing Hearing* by Marcelle Green. (Merritt, Jeralyn) (Entered: 01/05/2018) |
| 01/05/2018 | 276 | RESPONSE by USA as to Marcelle Green re: 263 Objection/Response to Presentence Report filed by Marcelle Green (Paluch, Martha) (Entered: 01/05/2018) |

Case No. 1:18-cr-00054-WJM Document 525-1 filed 12/13/19 USDC Colorado pg 139 of 163
Case 1:16-cr-00054-WJM Document 495 Filed 07/03/19 Page 53 of Page
163

| 01/05/2018 | 277 | Order as to **Marcelle Green (4)**: Defendant's Unopposed Motion to Continue Sentencing is GRANTED IN PART as follows: (1) Defendant's request to continue her sentencing hearing until early May 2018 is DENIED. Defendant's Sentencing Hearing REMAINS SET for January 18, 2018 at 10:00 a.m. (2) Defendant's alternative request that her voluntary surrender date be deferred until June 1, 2018 is GRANTED, for the reasons set out in Defendant's Motion, and given the lack of opposition by the Government. (3) Defendant's request for leave to file her Motion for Variance and Response to Government's Objections to Presentence Report out of time is GRANTED. Defendant may make these filings on or before Monday, **January 8, 2018**. The Government's Response to Defendant's anticipated Motion for Variance will be due no later than Monday, **January 15, 2018**. No Reply will be accepted. SO ORDERED by Judge William J. Martinez on 1/5/2018. Text Only Entry (wjmlc2, ) (Entered: 01/05/2018) |
| --- | --- | --- |
| 01/08/2018 | 278 | ORDER as to **Mercedes Diaz (3)** granting the Government's Motion to Restrict Document 259 . The Government's Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 260 and 261 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 1/8/2018. Text Only Entry (wjmsec, ) (Entered: 01/08/2018) |
| 01/08/2018 | 279 | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on the Government's Sentencing Statement 262 . The Defendant is DIRECTED to file a Response to the Government's Sentencing Statement on or before **January 26, 2018**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 1/8/2018. Text Only Entry (wjmsec, ) (Entered: 01/08/2018) |
| 01/08/2018 | 280 | ORDER as to **Marcelle Green (4)**: This matter is before the Court on the Government's Objection to the Presentence Report (ECF 244) 266 . The Defendant is DIRECTED to file a Response to the Government's Objection on or before **January 15, 2018**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 1/8/2018. Text Only Entry (wjmsec, ) (Entered: 01/08/2018) |
| 01/08/2018 | 281 | ORDER as to **Marcelle Green (4)** granting the Government's Motion to Restrict Document 267 . The Government's Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 268 and 269 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by the Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 1/8/2018. Text Only Entry (wjmsec, ) (Entered: 01/08/2018) |
| 01/09/2018 | 282 | MOTION for Non-Guideline Sentence by Marcelle Green. (Merritt, Jeralyn) (Entered: 01/09/2018) |
| 01/09/2018 | 283 | MOTION for Leave to Restrict by USA as to Mercedes Diaz. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 01/09/2018) |
| 01/09/2018 | 284 | RESTRICTED DOCUMENT - Level 2: as to Mercedes Diaz. (Paluch, Martha) (Entered: 01/09/2018) |

| 01/09/2018 | 285 | RESTRICTED DOCUMENT - Level 2: as to Mercedes Diaz. (Paluch, Martha) (Entered: 01/09/2018) |
|---|---|---|
| 01/09/2018 | 286 | ORDER as to **Marcelle Green (4)**: This matter is before the Court on Defendant's Motion for Variance and Sentencing Statement 282 . The Defendant's Motion was filed in violation of this Court's 277 Order which ordered that Defendant's Motion be filed by January 8, 2018. Therefore, Defendant's Motion is untimely and the Court would be justified in striking the Motion. In the interests of justice, however, the Court accepts Defendant's Motion for Variance and Sentencing Statement as filed. Pursuant to the Court's 277 Order, the Government's Response to Defendant's Motion for Variance and Sentencing Statement will continue to be due **January 15, 2018**. It is FURTHER ORDERED that the Court confirms it's 280 Order that Defendant's Response to the Government's Objections to Presentence Report is now due on **January 15, 2018**. SO ORDERED by Judge William J. Martinez on 1/9/2018. Text Only Entry (wjmsec, ) (Entered: 01/09/2018) |
| 01/09/2018 | 287 | MOTION to Amend/Correct *Order of Restitution Pursuant to Fed. R. Crim. P. 35(a)* by USA as to Heather Carr. (Paluch, Martha) (Entered: 01/09/2018) |
| 01/09/2018 | 288 | RESTRICTED REVISED PRESENTENCE REPORT as to Marcelle Green (Attachments: # 1 Exhibit A, # 2 Exhibit B)(sdean, ) (Entered: 01/09/2018) |
| 01/09/2018 | 289 | RESTRICTED ADDENDUM to Presentence Report 288 as to Marcelle Green (Attachments: # 1 Exhibit A, # 2 Exhibit B)(sdean, ) (Entered: 01/09/2018) |
| 01/09/2018 | 290 | Second MOTION to Continue *Sentencing (Unopposed)* by Marcelle Green. (Merritt, Jeralyn) (Entered: 01/09/2018) |
| 01/10/2018 | 292 | ORDER as to **Mercedes Diaz (3)** granting the Government's Motion to Restrict Document 283 . The Government's Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 284 and 285 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 1/10/2018. Text Only Entry (wjmsec, ) (Entered: 01/10/2018) |
| 01/10/2018 | 293 | NOTICE *of Conferral* re 255 Restricted Document - Level 2,, by Mercedes Diaz (Rathod, Siddhartha) (Entered: 01/10/2018) |
| 01/10/2018 | 294 | ORDER as to **Heather Carr (1)** granting the Government's Motion to Amend Order of Restitution 287 . The Government's Motion is GRANTED for good cause shown. The Probation Officer is DIRECTED to prepare a judgment of conviction for this Defendant which sets forth that she is ordered to pay restitution in the total amount of 562,487.85 jointly and severally with co-Defendants Mercedes Diaz, Marcelle Green and Trammel Thomas. SO ORDERED by Judge William J. Martinez on 1/10/2018. Text Only Entry (wjmsec, ) (Entered: 01/10/2018) |
| 01/10/2018 | 295 | ORDER as to **Marcelle Green (4)** granting the Defendant's Unopposed Second Motion to Continue Sentence Hearing 290 . The Defendant's Motion is GRANTED for good cause shown. The Sentencing Hearing set for January |

Case No. 1:16-cr-00054-WJM Document 525-2 filed 12/12/19 USDC Colorado pg 141 of
163
Case 1:16-cr-00054-WJM Document 495 Filed 07/03/18 Page 40 of 59

| | | |
|---|---|---|
| | | 18, 2018 is hereby **VACATED and RESET to April 11, 2018 at 10:30 a.m.** in Courtroom A801. It is FURTHER ORDERED that Defendant's Supplement to her Motion for Variance and Sentencing Statement shall be filed no later than **February 16, 2018**. The Government's Response to Defendant's Motion for Variance and Sentencing Statement, and the Supplement thereto, shall be filed no later than **March 2, 2018**. <u>NO FURTHER CONTINUANCE OF THE SENTENCING HEARING OR EXTENSION OF TIME TO FILE THE SUPPLEMENT TO THE DEFENDANT'S MOTION FOR VARIANCE AND SENTENCING STATEMENT WILL BE GRANTED</u>. SO ORDERED by Judge William J. Martinez on 1/10/2018. Text Only Entry (wjmsec, ) (Entered: 01/10/2018) |
| 01/10/2018 | 296 | JUDGMENT as to Defendant 1. Heather Carr. Counts 2 through 29 are dismissed.Count 1 of the Indictment: Incarceration: 57 months; Supervised Release: three years; Special Assessment: $100; Restitution (as ORDERED by Judge William J. Martinez on 1/10/2018 at Doc. No. 294): $562,487.85, jointly and severally with co-Defendants Mercedes Diaz, Marcelle Green and Trammel Thomas, by Judge William J. Martinez on 1/10/2018. (dhans, ) (Entered: 01/10/2018) |
| 01/10/2018 | 297 | STATEMENT OF REASONS as to Heather Carr. (dhans, ) (Entered: 01/10/2018) |
| 01/10/2018 | 298 | NOTICE OF APPEAL as to 296 Judgment, by Heather Carr. (Butterton, Mary) (Entered: 01/10/2018) |
| 01/10/2018 | 299 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 298 Notice of Appeal as to Heather Carr to the U.S. Court of Appeals. ( FPD, Fee not paid,) (Attachments: # 1 Docket Sheet and Preliminary Record)(angar, ) (Entered: 01/11/2018) |
| 01/12/2018 | 300 | MOTION for Leave to Restrict by USA as to Heather Carr. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 01/12/2018) |
| 01/12/2018 | 301 | RESTRICTED DOCUMENT - Level 2: as to Heather Carr. (Paluch, Martha) (Entered: 01/12/2018) |
| 01/12/2018 | 302 | RESTRICTED DOCUMENT - Level 2: as to Heather Carr. (Paluch, Martha) (Entered: 01/12/2018) |
| 01/12/2018 | 303 | MOTION to Amend/Correct 296 Judgment, by USA as to Heather Carr. (Paluch, Martha) (Entered: 01/12/2018) |
| 01/12/2018 | 304 | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Sentencing held on 1/12/2018 as to Defendant 3. Mercedes Diaz. The defendant is sentenced as reflected on the record. The Government has no objection to the requested extended voluntary surrender of the defendant. The Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community. It is, therefore, ORDERED that the Defendant, Mercedes Diaz, surrender at the institution designated by the Bureau of Prisons on August 15, 2018 at 12:00 |

Case No. 1:18-cr-00064-WJM   Document 525-2 filed 12/13/19   USDC Colorado   pg 142 of 163
Case 1:16-cr-00044-WJM   Document 249-5   Filed 07/03/18   Page 42 of 69
163

| | | noon. In the interim the defendant's bond is continued and all conditions set forth in the Magistrate Judge's Order Setting Conditions of Release shall continue to apply. The Government withdraws its request for forfeiture. Court Reporter: Mary George. (dhans, ) (Entered: 01/12/2018) |
|---|---|---|
| 01/16/2018 | 305 | ORDER as to **Heather Carr (1)** granting the Government's Motion to Restrict Document 300 . The Government's Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 301 and 302 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 1/16/2018. Text Only Entry (wjmsec, ) (Entered: 01/16/2018) |
| 01/16/2018 | 306 | **DUPLICTAE** ORDER as to **Heather Carr (1)** granting the Government's Motion to Restrict Document 300 . The Government's Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 301 and 302 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 1/16/2018. Text Only Entry (wjmsec, ) Modified on 1/17/2018 to show as duplicate entry please see 305 Order (angar, ). (Entered: 01/16/2018) |
| 01/16/2018 | 307 | RESTRICTED DOCUMENT - Level 2: as to Heather Carr. (angar, ) (Entered: 01/16/2018) |
| 01/16/2018 | 308 | ORDER to Surrender as to Heather Carr; Defendant to surrender to Federal Correctional institution Phoenix - Satellite Camp in Phoenix, Arizona on Februrary 8, 2018 at 12:00 noon and will travel at their own expense, by Judge William J. Martinez on 01/16/2018. (angar, ) (Entered: 01/16/2018) |
| 01/17/2018 | 309 | ORDER as to **Heather Carr (1)** granting the Government's Motion to Amend Judgment of Conviction Pursuant to Fed. R. Crim. P. 35(a) 303 . The Government's Motion is GRANTED for good cause shown. The Probation Office is DIRECTED to prepare, on or before **January 18, 2018**, an Amended Judgment reflecting the dismissal of Counts 2-29 of the Indictment. The Court will then forthwith enter the Amended Judgment, no later than required by Fed. R. Crim. P. 35(a). SO ORDERED by Judge William J. Martinez on 1/17/2018. Text Only Entry (wjmsec, ) (Entered: 01/17/2018) |
| 01/17/2018 | 310 | USCA Case Number as to Heather Carr 18-1021 for 298 Notice of Appeal filed by Heather Carr. (angar, ) (Entered: 01/18/2018) |
| 01/17/2018 | 311 | JUDGMENT as to Defendant 3. Mercedes Diaz. Counts 20 and 21 are dismissed.Count 1 of the Indictment: Incarceration: 24 months; Supervised Release: 3 years; Restitution in the total amount of $562,487.85, jointly and severally with co-defendants Heather Carr, Marcelle Green and Trammel Thomas; Special Assessment: $100, by Judge William J. Martinez on 1/17/2018. (dhans, ) (Entered: 01/18/2018) |
| 01/17/2018 | 312 | STATEMENT OF REASONS as to Mercedes Diaz. (dhans, ) (Entered: 01/18/2018) |
| 01/18/2018 | 313 | AMENDED JUDGMENT as to Defendant 1. Heather Carr, by Judge William |

| | | J. Martinez on 1/18/2018. (dhans, ) (Entered: 01/19/2018) |
|---|---|---|
| 01/18/2018 | 314 | AMENDED STATEMENT OF REASONS as to Heather Carr. (dhans, ) (Entered: 01/19/2018) |
| 01/23/2018 | 315 | DESIGNATION OF RECORD ON APPEAL re 298 Notice of Appeal by Heather Carr. (Attachments: # 1 Docket Sheet)(Sanderford, Oliver) (Entered: 01/23/2018) |
| 01/23/2018 | 316 | TRANSCRIPT ORDER FORM re 298 Notice of Appeal by Heather Carr. (Attachments: # 1 Attachment)(Sanderford, Oliver) (Entered: 01/23/2018) |
| 01/24/2018 | 317 | ORDER of USCA as to Heather Carr re 298 Notice of Appeal. (USCA Case No. 18-1021) (angar, ) (Entered: 01/24/2018) |
| 01/26/2018 | 318 | SENTENCING STATEMENT by Trammel Thomas (Goodreid, Thomas) (Entered: 01/26/2018) |
| 01/30/2018 | 319 | REPORTER TRANSCRIPT ORDER FORM filed by Mary George re 298 Notice of Appeal. Transcript due by 2/28/2018. (nrich) (Entered: 01/30/2018) |
| 02/06/2018 | 320 | ORDER as to **(2) Trammel Thomas**: The Government is DIRECTED to file a Response to 318 Defendant's Sentencing Statement, no later than **February 20, 2018**. SO ORDERED by Judge William J. Martinez on 2/6/2018. Text Only Entry (wjmlc2, ) (Entered: 02/06/2018) |
| 02/14/2018 | 321 | TRANSCRIPT of Sentencing Hearing as to Heather Carr held on January 4, 2018 before Judge Martinez. Pages: 1-65. <br><br>**NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 02/14/2018) |
| 02/14/2018 | 322 | TRANSCRIPT of Change of Plea as to Heather Carr held on December 5, 2016 before Judge Martinez. Pages: 1-25. <br><br>**NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 02/14/2018) |

Case No. 1:18-cr-00054-WJM Document 525 filed 12/12/19 USDC Colorado pg 144 of
163
Case 1:18-cr-00054-WJM Document 495 Filed 07/03/19 Page 42 of Page 42 of 59

| 02/14/2018 | [323](#) | ORDER to Surrender in lieu of Transportation by the United States Marshal as to Mercedes Diaz; Defendant to surrender to FMC Carswell, J Street, Building 3000, Fort Worth, Texas 76127 on August 15, 2018 by 2:00 p.m. and will travel at their own expense. ORDERED by Judge William J. Martinez on 2/14/2018. (angar, ) (Entered: 02/14/2018) |
|---|---|---|
| 02/20/2018 | [324](#) | RESPONSE by USA as to Trammel Thomas re: [318](#) Sentencing Statement filed by Trammel Thomas (Attachments: # [1](#) Attachment A)(Paluch, Martha) (Entered: 02/20/2018) |
| 02/21/2018 | [325](#) | TRANSCRIPT of Sentencing Hearing as to Mercedes Diaz held on January 12, 2018 before Judge Martinez. Pages: 1-70. <br><br> **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 02/21/2018) |
| 02/21/2018 | 326 | ORDER as to **(2) Trammel Thomas**: This matter is before the Court on [262](#) the Government's Sentencing Statement, [318](#) , Defendant's Sentencing Statement, and [324](#) the Government's Response. The Government has taken the position that the amount of loss is "more than $550,000 but less than $1.5 million" which would lead to a 14-level increase under U.S.S.G. §2B1.1(b)(1)(H), and also that the judgment should include restitution of $563,890.85. (ECF No. [262](#) at 1, 14.) Defendant has "advise[d] the Court, as a preliminary matter, that he disputes... the loss amount," but without indicating what calculation of loss he believes is correct, and without addressing restitution. (ECF No. [318](#) at 4.) The Government's Response [324](#) addresses only the issues surrounding uncharged conduct, but does not address loss or restitution. Accordingly, the parties are DIRECTED to confer as to whether there is a genuine factual dispute regarding the correct calculations of loss and/or restitution. If the parties are in agreement, they shall file a joint statement reflecting their shared position no later than **March 9, 2018**. If the parties disagree, then each party shall file a separate position statement by **March 9, 2018**, including each party's calculation of loss and/or restitution, the evidentiary materials supporting that position, and a statement as to whether an evidentiary hearing regarding loss and/or restitution is required, either before the sentencing hearing or simultaneous to it. SO ORDERED by Judge William J. Martinez on 2/21/2018. Text Only Entry (wjmlc2, ) (Entered: 02/21/2018) |
| 03/01/2018 | [327](#) | MOTION for Leave to Restrict by USA as to Marcelle Green. (Attachments: # [1](#) Proposed Order (PDF Only))(Paluch, Martha) (Entered: 03/01/2018) |
| 03/01/2018 | [328](#) | RESTRICTED DOCUMENT - Level 2: as to Marcelle Green. (Paluch, |

Case No. 1:18-cr-00054-WJM Document 525-2 filed 12/12/19 USDC Colorado pg 145 of 59
Case 1:18-cr-00054-WJM Document 249 Filed 07/03/18 Page 42 of 59
163

| | | Martha) (Entered: 03/01/2018) |
|---|---|---|
| 03/01/2018 | 329 | RESTRICTED DOCUMENT - Level 2: as to Marcelle Green. (Paluch, Martha) (Entered: 03/01/2018) |
| 03/02/2018 | 330 | ORDER as to **Marcelle Green (4)** granting the Government's Motion to Restrict Document 327 . The Government's Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 328 and 329 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 3/2/2018. Text Only Entry (wjmsec, ) (Entered: 03/02/2018) |
| 03/05/2018 | 331 | MOTION for Leave to Restrict by USA as to Trammel Thomas. (Attachments: # 1 Proposed Order (PDF Only))(Fields, Bryan) (Entered: 03/05/2018) |
| 03/05/2018 | 332 | RESTRICTED DOCUMENT - Level 3: by USA as to Trammel Thomas (Fields, Bryan) (Entered: 03/05/2018) |
| 03/05/2018 | 333 | RESTRICTED DOCUMENT - Level 3: by USA as to Trammel Thomas (Fields, Bryan) (Entered: 03/05/2018) |
| 03/05/2018 | 334 | MEMORANDUM regarding 333 Motion(s) referred to Magistrate Judge Nina Y. Wang. by Judge William J. Martinez on 3/5/2018. Text Only Entry (wjmsec, ) Modified on 3/5/2018 to add text (angar, ). (Entered: 03/05/2018) |
| 03/06/2018 | 335 | ORDER as to **Trammel Thomas (2)** granting the Government's Motion to Restrict Documents 331 . The Government's Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 332 and 333 shall remain RESTRICTED at RESTRICTION LEVEL 3 (viewable only by the Filer and the Court). SO ORDERED by Judge William J. Martinez on 3/6/2018. Text Only Entry (wjmsec, ) (Entered: 03/06/2018) |
| 03/06/2018 | 336 | RESTRICTED DOCUMENT - Level 4. (nmarb, ) Modified on 3/7/2018 (nmarb, ). (Entered: 03/07/2018) |
| 03/07/2018 | 338 | RESPONSE to Motion by Trammel Thomas re 331 MOTION for Leave to Restrict *and Order #337* (Smith, Daniel) (Entered: 03/07/2018) |
| 03/08/2018 | 339 | MINUTE ORDER by Magistrate Judge Nina Y. Wang on 3/8/18 as to Trammel Thomas re 333 Restricted Document - Level 3 filed by USA. Clerk of Court to amend the restriction level of 333 from Level 4 to Level 2. The Motion is reserved as to whether Defendant's bond will be revoked. The Parties are directed to contact the chambers of Magistrate Judge Nina Y. Wang to set a revocation hearing and a deadline for a substantive response by Defendant Trammel Thomas. (nmarb, ) (Entered: 03/08/2018) |
| 03/08/2018 | 340 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Trammel Thomas (aarag, ) (Entered: 03/08/2018) |
| 03/09/2018 | 341 | RESPONSE by USA as to Trammel Thomas re: 326 Order,,,,,, (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Paluch, Martha) (Entered: 03/09/2018) |

Case No. 1:16-cr-00054-WJM Document 525-2 Filed 12/12/19 USDC Colorado Page 446 of 59
Case 1:16-cr-00054-WJM Document 495 Filed 07/03/19 Page 43 of Page
163

| 03/09/2018 | 342 | MEMORANDUM in Support by Trammel Thomas re 326 Order,,,,,, (Smith, Daniel) (Entered: 03/09/2018) |
| 03/12/2018 | 343 | MOTION for Order *of Forfeiture for a Personal Money Judgment Against Defendant Tramell Thomas* by USA as to Trammel Thomas. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 03/12/2018) |
| 03/13/2018 | 344 | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Trammel Thomas 343 . The Defendant is DIRECTED to file a Response to the Government's Motion on or before **March 22, 2018**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 3/13/2018. Text Only Entry (wjmsec, ) (Entered: 03/13/2018) |
| 03/13/2018 | 345 | Passport Receipt as to Heather Carr. Surrender of passport re Bond Conditions; Passport Number 532811942 issued by United States of America (angar, ) (Entered: 03/14/2018) |
| 03/15/2018 | 346 | RESPONSE in Opposition by Trammel Thomas re 343 MOTION for Order *of Forfeiture for a Personal Money Judgment Against Defendant Tramell Thomas* (Smith, Daniel) (Entered: 03/15/2018) |
| 03/20/2018 | 347 | TRANSMITTAL OF RECORD ON APPEAL as to Heather Carr to the U.S. Court of Appeals for the Tenth Circuit as to 298 Notice of Appeal filed by Heather Carr. Volume I - Pleadings;Volume II - Transcripts; Volume III - Restricted Documents; (USCA Case No. 18-1021). Text Only Entry (angar, ) (Entered: 03/20/2018) |
| 03/22/2018 | 348 | OBJECTION/RESPONSE to Presentence Report 340 by Trammel Thomas (Attachments: # 1 Exhibit Exhibit A to Defendant's PSIR objections) (Goodreid, Thomas) (Entered: 03/22/2018) |
| 03/23/2018 | 349 | ORDER as to **Tramell Thomas (2)**: This matter is before the Court on Defendant Tramel [*sic*] Thomas's Objections to the Presentence Investigation Report 348 . The Government is DIRECTED to file a Response to Defendant's Objections on or before **April 3, 2018**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 3/23/2018. Text Only Entry (wjmsec, ) (Entered: 03/23/2018) |
| 03/28/2018 | 350 | Unopposed MOTION for Departure *From Sentencng Guidelines* by Marcelle Green. (Merritt, Jeralyn) (Entered: 03/29/2018) |
| 03/29/2018 | 351 | NOTICE *of Conferral Re: Setencing* by Marcelle Green (Merritt, Jeralyn) (Entered: 03/29/2018) |
| 03/29/2018 | 352 | RESPONSE by Trammel Thomas *to motion to revoke release status #333* (Smith, Daniel) (Entered: 03/29/2018) |
| 03/29/2018 | 353 | SENTENCING STATEMENT *and request for specific/variant sentence* by Trammel Thomas (Attachments: # 1 Exhibit exhibits A through G)(Smith, Daniel) (Entered: 03/29/2018) |

Case No. 1:16-cr-00054-WJM Document 525-2 Filed 12/13/19 USDC Colorado Page 47 of 59
Case 1:16-cr-00054-WJM Document 495 Filed 07/03/19 Page 43 of 58
163

| 04/02/2018 | 355 | RESTRICTED PRESENTENCE REPORT as to Trammel Thomas (Attachments: # 1 Exhibit A, # 2 Exhibit B)(aarag, ) (Entered: 04/02/2018) |
|---|---|---|
| 04/02/2018 | 356 | RESTRICTED ADDENDUM to Presentence Report 355 as to Trammel Thomas (aarag, ) (Entered: 04/02/2018) |
| 04/03/2018 | 357 | RESPONSE by USA as to Trammel Thomas re: 348 Objection/Response to Presentence Report filed by Trammel Thomas (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Paluch, Martha) (Entered: 04/03/2018) |
| 04/03/2018 | 358 | MOTION for New Trial by Trammel Thomas. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8)(Goodreid, Thomas) (Entered: 04/03/2018) |
| 04/03/2018 | 359 | ORDER as to **Trammel Thomas (2)**: This matter is before the Court *sua sponte*. In the course of preparing for the Sentencing Hearing, currently set for April 12, 2018 at 9:30 a.m, it has become apparent to the undersigned that he is in need of additional time to adequately prepare for said Hearing. As a consequence the Court hereby **VACATES the current Sentencing Hearing and RESETS same to August 9, 2018 at 9:30 a.m.** in Courtroom A801. SO ORDERED by Judge William J. Martinez on 4/3/2018. Text Only Entry (wjmsec, ) (Entered: 04/03/2018) |
| 04/04/2018 | 360 | CJA MOTION by Trammel Thomas. (Attachments: # 1 Exhibit)(Smith, Daniel) (Entered: 04/04/2018) |
| 04/04/2018 | 361 | ORDER as to **Marcelle Green (4)**: This matter is before the Court *sua sponte*. Due to a conflict in the Court's calendar, the Sentencing Hearing set for April 11, 2018 at 10:30 a.m. is hereby **VACATED and RESET to April 11, 2018, at 10:00 a.m.** in Courtroom A801. SO ORDERED by Judge William J. Martinez on 4/4/2018. Text Only Entry (wjmsec, ) (Entered: 04/04/2018) |
| 04/04/2018 | 362 | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on Defendant's Motion for New Trial 358 . The Government is DIRECTED to file a Response to Defendant's Motion on or before **April 13, 2018**. After the Government's Response has been received, the Court will determine whether a Reply Brief will be permitted. SO ORDERED by Judge William J. Martinez on 4/4/2018. Text Only Entry (wjmsec, ) (Entered: 04/04/2018) |
| 04/04/2018 | 369 | Arrest of Trammel Thomas (Text Only entry) (cthom, ) (Entered: 04/10/2018) |
| 04/04/2018 | 370 | Rule 5(c)(3) Documents Received as to Trammel Thomas (Attachments: # 1 Waiver, # 2 Notice, # 3 Exhibit to Notice, # 4 Exhibit List, # 5 Order of Detention, # 6 Docket Sheet)(cthom, ) (Entered: 04/10/2018) |
| 04/04/2018 | 371 | CJA 23 Financial Affidavit by Trammel Thomas. (cthom, ) (Entered: 04/10/2018) |
| 04/04/2018 | 372 | RESTRICTED DOCUMENT - Level 3 as to Trammel Thomas. (cthom, ) (Entered: 04/10/2018) |
| 04/05/2018 | 363 | RESTRICTED DOCUMENT - Level 2: ORDER as to Trammel Thomas. |

Case No. 1:16-cr-00054-WJM Document 525-2 filed 12/13/19 USDC Colorado pg 148 of 59
Case 1:16-cr-00054-WJM Document 498 Filed 07/03/19 Page 47 of 59
163

| | | (angar, ) Modified to change restriction level pursuant to 368 Order on 4/10/2018 (cthom, ). (Entered: 04/05/2018) |
|---|---|---|
| 04/05/2018 | 364 | USCA Order and Judgment as to Heather Carr re 298 Notice of Appeal : (USCA Case No. 18-1021) (This document is not the Mandate) (angar, ) (Entered: 04/06/2018) |
| 04/06/2018 | 365 | Unopposed MOTION to Continue *Sentencing or Alternatively*, Unopposed MOTION to Exclude *Consideration of Codefendant Thomas' Recent Sentencing Filings at Green's Sentencing* by Marcelle Green. (Merritt, Jeralyn) (Entered: 04/06/2018) |
| 04/06/2018 | 366 | ORDER as to **Marcelle Green (4)**: This matter is before the Court on the Defendant's Unopposed Motion to Continue Sentencing or in the Alternative, to Exclude Consideration of Recent Filings by Codefendant Trammel Thomas at Defendant Green's Sentencing 365 . Pursuant to this Court's Order dated January 10, 2018 (ECF No. 295), that portion of the Motion which seeks yet a further continuance of the sentencing is hereby DENIED. The alternative request that the Court not consider any information received from Mr. Thomas when fashioning the sentence to be imposed on Ms. Green will be taken up by the Court at the Sentencing Hearing, which remains SET for **April 11, 2018 at 10:00 a.m.** SO ORDERED by Judge William J. Martinez on 4/6/2018. Text Only Entry (wjmsec, ) (Entered: 04/06/2018) |
| 04/09/2018 | 367 | CJA MOTION by Trammel Thomas. (Smith, Daniel) Modified on 8/1/2018 to terminate as motion - should have not been a motion but rather a supplement to 360 (angar, ). (Entered: 04/09/2018) |
| 04/09/2018 | 368 | RESTRICTED DOCUMENT - Level 2 as to Trammel Thomas. (cthom, ) (Entered: 04/09/2018) |
| 04/09/2018 | 378 | Receipt for 345 as to Heather Carr (angar, ) (Entered: 04/13/2018) |
| 04/10/2018 | 373 | RESPONSE in Opposition by USA as to Trammel Thomas re 358 MOTION for New Trial (Attachments: # 1 Exhibit)(Fields, Bryan) (Entered: 04/10/2018) |
| 04/11/2018 | 374 | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Sentencing Hearing held on 4/11/2018 as to Defendant 4. Marcelle Green. Defendant sentenced as reflected on the record. ORDERED: Defendant Marcelle Green shall surrender at the institution designated by the Bureau of Prisons on June 1st, 2018, at 12:00 noon.In the interim the defendant's bond is continued and all conditions set forth in the Magistrate Judge's Order Setting Conditions Of Release will continue to apply. Court Reporter: Mary George. (dhans, ) (Entered: 04/11/2018) |
| 04/13/2018 | 375 | Government's Motion to Restrict as to Trammel Thomas. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) Modified on 4/13/2018 to edit text(angar, ). (Entered: 04/13/2018) |
| 04/13/2018 | 376 | RESTRICTED DOCUMENT - Level 2: as to Trammel Thomas. (Paluch, Martha) (Entered: 04/13/2018) |

| 04/13/2018 | [377](#) | RESTRICTED DOCUMENT - Level 2: as to Trammel Thomas. (Paluch, Martha) (Entered: 04/13/2018) |
|---|---|---|
| 04/13/2018 | 379 | ORDER as to **Trammel Thomas (2)** granting the Government's Motion to Restrict Document [375](#) . The Government's Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 376 and 377 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 4/13/2018. Text Only Entry (wjmsec, ) (Entered: 04/13/2018) |
| 04/13/2018 | [380](#) | Unopposed MOTION for Leave to Restrict by Heather Carr. (Butterton, Mary) (Entered: 04/13/2018) |
| 04/13/2018 | [381](#) | RESTRICTED DOCUMENT - Level 2: as to Heather Carr. (Butterton, Mary) (Entered: 04/13/2018) |
| 04/13/2018 | [382](#) | RESTRICTED DOCUMENT - Level 2: as to Heather Carr. (Butterton, Mary) (Entered: 04/13/2018) |
| 04/14/2018 | [385](#) | JUDGMENT as to Defendant 4. Marcelle Green - Count 1: Incarceration: 31 months; Supervised Release: 3 years; Restitution: $562,487.85; Supervised Release: $100. Count 8: Dismissed, by Judge William J. Martinez on 4/14/2018. (dhans, ) (Entered: 04/17/2018) |
| 04/14/2018 | [386](#) | STATEMENT OF REASONS as to Marcelle Green. (dhans, ) (Entered: 04/17/2018) |
| 04/16/2018 | 383 | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on Defendant's Sentencing Statement and Request for a Specific/Variant Sentence [353](#) . This is the Defendant's second Sentencing Statement (the first having been filed at 318), and nothing in the Court's Revised Practice Standards permits the Defendant to file such an additional statement, particularly without obtaining prior leave of Court to do so. Given that this Defendant's sentencing hearing has been reset to August 9, 2018, however, and in light of the new relief requested by this Defendant in his latest Sentencing Statement for a variant sentence, in the interest of justice the Court will not strike this filing. As a consequence, the Government is DIRECTED to file a Response to Defendant's additional Sentencing Statement [353](#) on or before **May 14, 2018**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 4/16/2018. Text Only Entry (wjmsec, ) (Entered: 04/16/2018) |
| 04/16/2018 | 384 | ORDER as to **Heather Carr (1)** granting the Defendant's Unopposed Motion to Restrict Access [380](#) . Defendant's Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 381 and 382 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 4/16/2018. Text Only Entry (wjmsec, ) (Entered: 04/16/2018) |
| 04/18/2018 | [387](#) | OBJECTION/RESPONSE to Presentence Report by Trammel Thomas (Smith, Daniel) Modified on 4/18/2018 to show as pending motion (angar, ). |

| | | (Entered: 04/18/2018) |
|---|---|---|
| 04/19/2018 | 388 | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on Defendant Thomas's Unopposed Motion Requesting Permission to File an Additional Unopposed Objection to Presentence Investigation Report 387 . The Defendant's Motion is GRANTED for good cause shown. Defendant Thomas is granted leave to file an additional objection limited to the matter raised in the Motion only by no later than **Monday, April 23, 2018**. SO ORDERED by Judge William J. Martinez on 4/19/2018. Text Only Entry (wjmsec, ) (Entered: 04/19/2018) |
| 04/20/2018 | 389 | RESTRICTED DOCUMENT - Level 3: Minute Order as to Trammel Thomas. (nmarb, ) (Entered: 04/20/2018) |
| 04/20/2018 | 390 | OBJECTION/RESPONSE to Presentence Report by Trammel Thomas (Smith, Daniel) (Entered: 04/20/2018) |
| 04/25/2018 | 391 | ORDER to Surrender in Lieu of Transportation by the United States Marshal as to Marcelle Green. Defendant to surrender to FCI Phoenix Satellite Camp (SCP), Phoenix, Arizona on June 1, 2018 by 12:00 noon and will travel at their own expense. ORDERED by Judge William J. Martinez on 4/25/2018. (angar, ) (Entered: 04/25/2018) |
| 04/26/2018 | 392 | MINUTE ORDER as to Trammel Thomas pursuant to request from the Chambers of Magistrate Judge Nina Y. Wang on 4/26/18. Initial Appearance on Revocation Proceedings set for 4/30/2018 11:00 AM in Courtroom C204 before Magistrate Judge Nina Y. Wang. Text Only Entry (nmarb, ) (Entered: 04/26/2018) |
| 04/27/2018 | 393 | ORDER Denying 358 Motion for New Trial as to Trammel Thomas (2). ORDERED by Judge William J. Martinez on 4/27/2018. (angar, ) (Entered: 04/27/2018) |
| 04/27/2018 | 394 | ORDER as to 360 CJA Motion as to Trammel Thomas (2). ORDERED by Judge William J. Martinez on 4/27/2018. (angar, ) (Entered: 04/27/2018) |
| 04/27/2018 | 398 | MANDATE of USCA as to Heather Carr re 298 Notice of Appeal. (USCA Case No. 18-1021) (angar, ) (Entered: 04/30/2018) |
| 04/30/2018 | 395 | MOTION to Continue *TODAYS INITIAL APPEARANCE ON REVOCATION PROCEEDINGS* by Trammel Thomas. (Goodreid, Thomas) (Entered: 04/30/2018) |
| 04/30/2018 | 396 | MEMORANDUM regarding 395 MOTION to Continue *TODAYS INITIAL APPEARANCE ON REVOCATION PROCEEDINGS* filed by Trammel Thomas. Motion(s) referred to Magistrate Judge Nina Y. Wang. by Judge William J. Martinez on 4/30/2018. Text Only Entry (wjmsec, ) (Entered: 04/30/2018) |
| 04/30/2018 | 397 | ORDER granting 395 Motion to Continue as to Trammel Thomas (2). The Initial Appearance on Revocation Proceedings set for 4/30/2018 at 11:00 AM is RESET for today at 01:30 PM in Courtroom C204 before Magistrate Judge |

Case No. 1:18-cr-00054-WJM Document 525-2 Filed 12/17/19 USDC Colorado Page 45 of 59
Case 1:18-cr-00054-WJM Document 249-5 Filed 03/03/19 Page 5 of 59
163

|  |  | Nina Y. Wang. By Magistrate Judge Nina Y. Wang on 4/30/2018. Text Only Entry (nywlc2, ) (Entered: 04/30/2018) |
|---|---|---|
| 04/30/2018 | 399 | COURTROOM MINUTES for Initial Appearance regarding revocation of pre-sentence release as to Trammel Thomas held on 4/30/2018 before Magistrate Judge Nina Y. Wang. Defendant present in custody. Parties discuss if defendant is entitled to a detention hearing in this district, and his rights for appealing the detention decision by Magistrate Willett from the District of Arizona. Defendant's counsel has done further research and retracts his stance in Defendant's Motion for Brief Continuance 395 . Parties request more time to brief the issue. Defendant waives the three days for a detention hearing. Parties discuss how long defendant may delay a Detention Hearing. The court finds good cause exists to continue any Detention Hearing in this district from 5/3/2018 to 5/9/2018. The court will confer with the USMS on the time for the hearing and issue a further order. Defendant advised of violations of conditions of release. Court appoints counsel. Parties shall file a motion or Joint Status Report on or before May 3, 2018. Defendant remanded. (Total time: 26 minutes, Hearing time: 1:35-2:01)<br><br>**APPEARANCES**: Bryan Fields on behalf of the Government, Thomas Goodreid on behalf of the Defendant, Laura Ansart on behalf of Probation. FTR: Courtroom C-204. (bwilk, ) Text Only Entry Modified on 4/30/2018 to add motion deadline (bwilk, ). (Entered: 04/30/2018) |
| 04/30/2018 | 400 | ORDER APPOINTING COUNSEL for revocation of release as to Trammel Thomas by Magistrate Judge Nina Y. Wang on 4/30/2018. Text Only Entry (bwilk, ) (Entered: 04/30/2018) |
| 05/03/2018 | 401 | ORDER to Surrender as to Marcelle Green; Defendant to surrender to FCI Victorville Medium II Satellite Camp (SCP), 13777 Air Expressway Blvd., Victorville, California on 06/01/2018 by 12:00 noon and will travel at their own expense by Judge William J. Martinez on 5/3/2018. (angar, ) (Entered: 05/03/2018) |
| 05/03/2018 | 402 | MEMORANDUM in Support by Trammel Thomas *For Revocation Hearing* (Goodreid, Thomas) (Entered: 05/03/2018) |
| 05/03/2018 | 403 | MEMORANDUM in Opposition by USA as to Trammel Thomas (Fields, Bryan) (Entered: 05/03/2018) |
| 05/08/2018 | 404 | MINUTE ORDER as to Trammel Thomas setting Status Conference for 5/9/2018 02:00 PM in Courtroom C204 before Magistrate Judge Nina Y. Wang. The United States Marshals are directed to transport Mr. Thomas to Courtroom C204 at the designated time. By Magistrate Judge Nina Y. Wang on 5/8/2018. Text Only Entry (nywlc2, ) (Entered: 05/08/2018) |
| 05/08/2018 | 405 | MEMORANDUM in Support by USA as to Trammel Thomas *Regarding Defendant's Detention Pending Sentencing* (Attachments: # 1 Exhibit Arizona Order of Detention, # 2 Exhibit Transcript of Arizona Detention Hearing, # 3 Exhibit Original Arizona Order Setting Conditions of Rlease, # 4 Exhibit Marshals Reports Regarding Defendant's Apprehension, # 5 Exhibit Search |

| | | |
|---|---|---|
| | | Warrant for Defendant's Person, # 6 Exhibit Defendant Objections to PSR, # 7 Exhibit Defendant Sentencing Statement)(Fields, Bryan) (Entered: 05/08/2018) |
| 05/09/2018 | 406 | COURTROOM MINUTES for Status Conference as to Trammel Thomas held on 5/9/2018 before Magistrate Judge Nina Y. Wang. Defendant present in custody. Parties discuss issues briefed in 402 , and 403 . The court will set a Revocation Hearing in this district. Revocation Hearing re: violations of conditions of release is set for 5/30/2018 10:30 AM in Courtroom C204 before Magistrate Judge Nina Y. Wang. Probation shall have staff present for the hearing. The court will issue a written order. Defendant indicates that counsel may file a motion to withdraw. Defendant remanded. (Total time: 9 minutes, Hearing time: 2:03-2:12)<br><br>**APPEARANCES**: Bryan Fields on behalf of the Government, Thomas Goodreid on behalf of the Defendant. FTR: Courtroom C-204. (bwilk, ) Text Only Entry (Entered: 05/09/2018) |
| 05/11/2018 | 407 | RESPONSE by USA as to Trammel Thomas re: 353 Sentencing Statement filed by Trammel Thomas (Paluch, Martha) (Entered: 05/11/2018) |
| 05/15/2018 | 408 | ORDER as to Trammel Thomas by Magistrate Judge Nina Y. Wang on 5/15/18. Bond Revocation Hearing set for 5/30/2018 10:30 AM in Courtroom C204 before Magistrate Judge Nina Y. Wang. (nmarb, ) (Entered: 05/15/2018) |
| 05/21/2018 | 409 | Unopposed MOTION to Continue *Time of Revocation Hearing* by Trammel Thomas. (Goodreid, Thomas) (Entered: 05/21/2018) |
| 05/21/2018 | 410 | MEMORANDUM regarding 409 Unopposed MOTION to Continue *Time of Revocation Hearing* filed by Trammel Thomas. Motion(s) referred to Magistrate Judge Nina Y. Wang. by Judge William J. Martinez on 5/21/2018. Text Only Entry (wjmsec, ) (Entered: 05/21/2018) |
| 05/21/2018 | 411 | RESTRICTED SECOND ADDENDUM to Presentence Report 355 as to Trammel Thomas (Attachments: # 1 Exhibit A)(sdean, ) (Entered: 05/21/2018) |
| 05/22/2018 | 412 | MOTION to Withdraw as Attorney by Thomas E. Goodreid and Daniel T. Smith by Trammel Thomas. (Goodreid, Thomas) (Entered: 05/22/2018) |
| 05/22/2018 | 413 | ORDER as to **Trammel Thomas (2)**: This matter is before the Court *sua sponte*. The Court has been informed that the Probation Office has training on August 9, 2018. As a result, the Sentencing Hearing set for August 9, 2018 is hereby **VACATED and RESET to August 8, 2018 at 9:30 a.m.** in Courtroom A801. SO ORDERED by Judge William J. Martinez on 5/22/2018. Text Only Entry (wjmsec, ) (Entered: 05/22/2018) |
| 05/22/2018 | 414 | MEMORANDUM regarding 412 MOTION to Withdraw as Attorney by Thomas E. Goodreid and Daniel T. Smith filed by Trammel Thomas. Motion (s) referred to Magistrate Judge Nina Y. Wang. by Judge William J. Martinez on 5/22/2018. Text Only Entry (wjmsec, ) (Entered: 05/22/2018) |
| | | |

Case No. 1:16-cr-00054-WJM Document 525-2 filed 12/12/19 USDC Colorado pg 153 of
163
Case 1:16-cr-00054-WJM Document 495 Filed 07/03/18 Page 52 of 58

| 05/23/2018 | 415 | MINUTE ORDER by Magistrate Judge Nina Y. Wang on 5/23/18, as to Trammel Thomas re 412 MOTION to Withdraw as Attorney by Thomas E. Goodreid and Daniel T. Smith filed by Trammel Thomas. Motion Hearing set for 5/25/2018 01:30 PM in Courtroom C204 before Magistrate Judge Nina Y. Wang. The United States Marshal is DIRECTED to TRANSPORT Defendant Thomas to court for the purposes of the hearing. (nmarb, ) (Entered: 05/23/2018) |
|---|---|---|
| 05/25/2018 | 416 | MOTION to Continue *Surrender Date* by Marcelle Green. (Merritt, Jeralyn) (Entered: 05/25/2018) |
| 05/25/2018 | 417 | AMENDED DOCUMENT by Marcelle Green *(Motion to Extend Surrender Date (Doc. 416)* (Attachments: # 1 Exhibit A: Letter)(Merritt, Jeralyn) (Entered: 05/25/2018) |
| 05/25/2018 | 418 | COURTROOM MINUTES for Motion Hearing as to Trammel Thomas held on 5/25/2018 before Magistrate Judge Nina Y. Wang. Defendant present in custody. Parties discuss the Motion to Withdraw as Attorney 412 as to Trammel Thomas (2). Government counsel is asked to leave the courtroom. Record is sealed to discuss reasons for the motion. Record is unsealed and Government counsel re-enters courtroom. Defendant withdraws his request for counsel to withdraw. The court denies as MOOT the Motion to Withdraw as Attorney 412 as to Trammel Thomas(2). Parties discuss the Unopposed Motion to Continue Time of Revocation Hearing 409 . The Unopposed Motion to Continue Time of Revocation Hearing 409 is GRANTED. The Revocation Hearing is moved from 5/30/2018 at 10:30AM to 5/30/2018 at 2:30PM in Courtroom C-204. Defendant remanded. (Total time: 15 minutes, Hearing time: 1:38-1:53, a portion of this hearing is **sealed 1:39-1:48**)<br><br>**APPEARANCES**: Bryan Fields on behalf of the Government, Thomas Goodreid, and Daniel Smith (via telephone) on behalf of the Defendant, Laura Ansart on behalf of Probation. FTR: Courtroom C-204. (bwilk, ) Text Only Entry (Entered: 05/25/2018) |
| 05/29/2018 | 419 | ORDER Granting 416 Defendant's Amended Motion to Extend Surrender Date as to Marcelle Green (4). The Defendant's date to surrender to her designated institution is extended to July 13, 2018, by Judge William J. Martinez on 5/29/2018. (angar, ) (Entered: 05/29/2018) |
| 05/29/2018 | 420 | Amended ORDER to Surrender in Lieu of Transportation by the United States marshal as to Marcelle Green; Defendant to surrender to FCI Victorville Medium II Satellite Camp (SCP), 13777 Air Expressway Blvd., Victorville, California on July 13, 2018 by 12:00 noon and will travel at their own expense, by Judge William J. Martinez on 5/29/2018. (angar, ) (Entered: 05/29/2018) |
| 05/30/2018 | 421 | COURTROOM MINUTES for Bond Revocation Hearing as to Trammel Thomas held on 5/30/2018 before Magistrate Judge Nina Y. Wang. Defendant present in custody. Parties proceed by proffer. Parties argue if Defendant's order of release should be revoked. The court takes under advisement the |

Case No. 1:18-cr-00054-WJM Document 525-2 filed 12/12/19 USDC Colorado pg 154 of
163
Case 1:18-cr-00054-WJM Document 495 Filed 07/03/19 Page 53 of Page
163

| | | |
|---|---|---|
| | | Government's Motion to Revoke and will issue a written order by end of day tomorrow (May 31, 2018). Defendant remanded. (Total time: 31 minutes, Hearing time: 2:59-3:30)<br><br>**APPEARANCES**: Bryan Smith and Martha Paluch on behalf of the Government, Thomas Goodreid and Daniel Smith (via telephone) on behalf of the defendant, Justine Kozak on behalf of pretrial. FTR: Courtroom C-204. (bwilk, ) Text Only Entry (Entered: 05/30/2018) |
| 05/31/2018 | 422 | ORDER OF DETENTION as to Trammel Thomas by Magistrate Judge Nina Y. Wang on 5/31/18. (nmarb, ) (Entered: 05/31/2018) |
| 06/29/2018 | 423 | MOTION to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, by Heather Carr. (angar, )<br>Civil case 1:18-cv-01681 opened. (Entered: 07/03/2018) |
| 06/29/2018 | 424 | Letter re: MOTION to Appoint Counsel, by Heather Carr. (angar, ) (Entered: 07/03/2018) |
| 07/05/2018 | 425 | ORDER as to Heather Carr. The United States Attorney on or before August 6,2018, shall file an answer or other pleading directed to the motion pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, by Judge William J. Martinez on 7/5/2018. (angar, ) (Entered: 07/05/2018) |
| 07/09/2018 | 426 | NOTICE OF ATTORNEY APPEARANCE Paul Farley appearing for USA. Attorney Paul Farley added to party USA(pty:pla) (Farley, Paul) (Entered: 07/09/2018) |
| 07/11/2018 | 427 | ORDER as to Heather Carr (1). The Motion for Appointment of Counsel (ECF No. 424 ) is DENIED at this time, by Judge William J. Martinez on 7/11/2018. (angar, ) (Entered: 07/11/2018) |
| 07/20/2018 | 431 | ORDER as to **Trammel Thomas (2)**: This matter is before the Court *sua sponte*. In order to more efficiently use the time available for courtroom settings, the Sentencing Hearing set for August 8, 2018 at 9:30 a.m. is hereby **RESET to August 8, 2018 at 9:00 a.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards with regard to the deadlines for filing sentencing-related motions. SO ORDERED by Judge William J. Martinez on 7/20/2018. Text Only Entry (wjmsec, ) (Entered: 07/20/2018) |
| 07/23/2018 | 432 | RESPONSE to Motion by USA as to Heather Carr re 423 MOTION to Vacate under 28 U.S.C. 2255 (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C)(Farley, Paul) (Entered: 07/23/2018) |
| 07/24/2018 | 433 | MOTION to Quash *Arrest Warrant* by USA as to Marcelle Green. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 07/24/2018) |
| 07/24/2018 | 434 | ORDER Quashing Arrest Warrant as to Marcelle Green (4). The Arrest Warrant (ECF No. 430 ) in this matter is quashed. It is FURTHER ORDERED that the Petition for Warrant on Defendant on Pretrial Release (ECF No. 428 ) is DENIED as MOOT, by Judge William J. Martinez on 7/24/2018. (angar, ) |

| | | |
|---|---|---|
| | | (Entered: 07/24/2018) |
| 07/24/2018 | 435 | SUPPLEMENT to 262 Sentencing Statement by USA as to Trammel Thomas (Paluch, Martha) (Entered: 07/24/2018) |
| 07/25/2018 | 436 | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on the Government's Supplemental Sentencing Statement 435 . The Defendant is DIRECTED to file a Response to the Government's Supplemental Sentencing Statement on or before **August 1, 2018**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 7/25/2018. Text Only Entry (wjmsec, ) (Entered: 07/25/2018) |
| 07/25/2018 | 437 | RESTRICTED REVISED PRESENTENCE REPORT as to Trammel Thomas (Attachments: # 1 Exhibit A, # 2 Exhibit B)(aarag, ) (Entered: 07/25/2018) |
| 07/25/2018 | 438 | RESTRICTED THIRD ADDENDUM to Presentence Report 437 as to Trammel Thomas (aarag, ) (Entered: 07/25/2018) |
| 07/25/2018 | 439 | MOTION for Extension of Time to File *response* by Trammel Thomas. (Smith, Daniel) (Entered: 07/25/2018) |
| 07/26/2018 | 440 | ORDER as to **Trammel Thomas (2)** granting in part Defendant's Motion for Extension of Time 439 . Were the Court to grant the motion in full, the undersigned would have no time to meaningfully consider the response in preparing for the sentencing hearing the following day. Furthermore, the current sentencing hearing date has been set since May 22, 2018 413 , and counsel made their vacation plans knowing, as experienced criminal defense counsel, of the flurry of filings generally submitted on the eve of a sentencing hearing. Moreover, it should be noted that defense counsel balked at the Court's inquiry into the feasibility of rescheduling the sentencing hearing to August 9 or 10, 2018. In the interest of justice, however, the Motion is GRANTED IN PART. The Defendant's deadline to file his Response to the Government's Supplemental Sentencing Statement is extended up to and including **Monday, August 6, 2018**. SO ORDERED by Judge William J. Martinez on 7/26/2018. Text Only Entry (wjmsec, ) (Entered: 07/26/2018) |
| 08/01/2018 | 441 | EXHIBIT LIST *for Sentencing Hearing* by USA as to Trammel Thomas (Attachments: # 1 Exhibit)(Fields, Bryan) (Entered: 08/01/2018) |
| 08/01/2018 | 442 | WITNESS LIST *for Sentencing Hearing* by USA as to Trammel Thomas (Attachments: # 1 Exhibit)(Fields, Bryan) (Entered: 08/01/2018) |
| 08/03/2018 | 443 | EXHIBIT LIST *Amended for Sentencing* by USA as to Trammel Thomas (Attachments: # 1 Exhibit)(Fields, Bryan) (Entered: 08/03/2018) |
| 08/06/2018 | 444 | OBJECTION/RESPONSE to Presentence Report by Trammel Thomas (Smith, Daniel) (Entered: 08/06/2018) |
| 08/06/2018 | 445 | Letter by Trammel Thomas (Attachments: # 1 Envelope)(angar, ) (Entered: 08/07/2018) |
| 08/06/2018 | 447 | **DUPLICATE ENTRY** NOTICE of Letter by Trammel Thomas (angar, ) Modified on 8/8/2018 to correct filing date (angar, ). Modified on 8/8/2018 to |

| | | |
|---|---|---|
| | | show duplicate to [445] Letter (angar, ). (Entered: 08/08/2018) |
| 08/08/2018 | 446 | MINUTE ENTRY for all-day Evidentiary Sentencing Hearing, held on 8/8/2018 as to defendant 2. Trammel Thomas, before Judge William J. Martinez: ORDERED: The defendant's oral request for the Court to appoint new counsel is DENIED. ORDERED: The defendant's oral request to appear pro se is GRANTED. ORDERED: Leave for defense counsel to withdraw from this case is GRANTED. ORDERED: The defendant's oral request for a continuance of the sentencing hearing is GRANTED IN PART. ORDERED: This sentencing hearing is continued to Monday, October 22, 2018 at 10:00 a.m. ORDERED: No further briefing will be accepted. Court Reporter: Mary George. (dhans, ) (Entered: 08/08/2018) |
| 10/15/2018 | 448 | ORDER as to **Trammel Thomas (2)**: This matter is before the Court *sua sponte*. Given the potential length of the Sentencing Hearing in this matter currently set for October 22, 2018 at 10:00 a.m., said Sentencing Hearing is hereby **RESET to October 22, 2018 at 9:30 a.m.** in Courtroom A801. SO ORDERED by Judge William J. Martinez on 10/15/2018. Text Only Entry (wjmsec, ) (Entered: 10/15/2018) |
| 10/15/2018 | 449 | CERTIFICATE of Mailing by Clerk, re 448 Order, to Trammel Thomas, #57094408, FCI - ENGLEWOOD, 9595 WEST QUINCY AVENUE, LITTLETON, CO 80123. Text Only Entry. (sphil, ) (Entered: 10/15/2018) |
| 10/22/2018 | 450 | MINUTE ENTRY for Sentencing Hearing, held on 10/22/2018 as to defendant 2. Trammel Thomas, before Judge William J. Martinez. ORDERED: The defendant's oral request for a continuance is GRANTED. ORDERED: This sentencing hearing is continued to Monday, January 14, 2019 at 9:30 a.m. Court Reporter: Mary George. (swest) (Entered: 10/22/2018) |
| 10/22/2018 | 451 | REPLY TO RESPONSE to Motion by Heather Carr re [423] MOTION to Vacate under 28 U.S.C. 2255 (sphil, ) (Entered: 10/22/2018) |
| 10/22/2018 | 452 | MOTION to Amend/Correct with additional claim [423] MOTION to Vacate under 28 U.S.C. 2255 filed by Heather Carr. (sphil, ) (Entered: 10/22/2018) |
| 10/22/2018 | 469 | Letter re: MOTION to Appoint Counsel, by Heather Carr. (angar, ) (Entered: 05/09/2019) |
| 10/22/2018 | 470 | Letter re: MOTION for Order, by Heather Carr. (angar, ) (Entered: 05/09/2019) |
| 10/24/2018 | 453 | ORDER as to **Heather Carr (1)**: This matter is before the Court on Ms. Carr's Motion to Amend 2255 Motion with Additional Claim [452] . The Government is DIRECTED to file a Response to Ms. Carr's Motion on or before **November 7, 2018**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 10/24/2018. Text Only Entry (wjmsec, ) (Entered: 10/24/2018) |
| 11/07/2018 | 454 | RESPONSE to Motion by USA as to Heather Carr re [452] MOTION to Amend/Correct [423] MOTION to Vacate under 28 U.S.C. 2255 filed by |

| | | Heather Carr (Farley, Paul) (Entered: 11/07/2018) |
|---|---|---|
| 11/07/2018 | 455 | AMENDED RESPONSE by USA as to Heather Carr Amendment to 454 Response to Motion filed by USA (Farley, Paul) Modified on 11/8/2018 to correct title. (sphil, ). (Entered: 11/07/2018) |
| 11/20/2018 | 456 | RESTRICTED REVISED PRESENTENCE REPORT as to Trammel Thomas (Attachments: # 1 Exhibit A, # 2 Exhibit B)(aarag, ) (Entered: 11/20/2018) |
| 11/20/2018 | 457 | RESTRICTED FOURTH ADDENDUM to Presentence Report 456 as to Trammel Thomas (aarag, ) (Entered: 11/20/2018) |
| 11/21/2018 | 458 | TRANSCRIPT of Sentencing Hearing as to Trammel Thomas held on October 22, 2018 before Judge Martinez. Pages: 1-36. <br><br> **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 11/21/2018) |
| 01/09/2019 | 459 | NOTICE *OF CORRECTION* re 357 Response by USA as to Trammel Thomas (Paluch, Martha) (Entered: 01/09/2019) |
| 01/10/2019 | 460 | ORDER as to **Trammel Thomas (2)**: This matter is before the Court *sua sponte*. Due to a conflict with a criminal jury trial the week of January 14, 2019, the Sentencing Hearing set for January 14, 2019 at 9:30 a.m. is hereby **VACATED and RESET to April 30, 2019 at 9:30 a.m.** in Courtroom A801. SO ORDERED by Judge William J. Martinez on 1/10/2019. (wjmsec, ) (Entered: 01/10/2019) |
| 04/01/2019 | 461 | Letter by Heather Carr (angar, ) Modified on 4/9/2019 to correct event (angar, ). (Entered: 04/03/2019) |
| 04/09/2019 | 462 | ORDER as to **Heather Carr (1)**: This matter is before the Court on the 461 Letter received from the Defendant dated April 1, 2019, which the Court construes as a Motion to Reconsider Sentence. As so construed, the Government is DIRECTED to file a Response to the Motion on or before **April 30, 2019**. No reply will be permitted. SO ORDERED by Judge William J. Martinez on 4/9/2019. Text Only Entry (wjmsec, ) (Entered: 04/09/2019) |
| 04/15/2019 | 463 | RESPONSE to Motion by USA as to Heather Carr re 461 MOTION for Order (Farley, Paul) (Entered: 04/15/2019) |
| 04/23/2019 | 464 | NOTICE OF ATTORNEY APPEARANCE: Tasha Anya Steward appearing for Trammel ThomasAttorney Tasha Anya Steward added to party Trammel Thomas(pty:dft) (Steward, Tasha) (Entered: 04/23/2019) |
| | | |

Case No. 1:13-cr-00064-WJM Document 525-2 Filed 12/13/19 USDC Colorado Page 56 of 59
Case 1:18-cv-00844-WJM Document 49 Filed 07/03/19 Page 57 of 60

163

| 04/23/2019 | [465](#) | First MOTION to Continue by Trammel Thomas. (Steward, Tasha) (Entered: 04/23/2019) |
|---|---|---|
| 04/23/2019 | 466 | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on Defendant's Motion to Continue the Sentencing Hearing [465](#) . The Government is DIRECTED to file a Response to Defendant's Motion on or before **tomorrow, April 24, 2019**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 4/23/2019. Text Only Entry (wjmsec, ) (Entered: 04/23/2019) |
| 04/24/2019 | [467](#) | RESPONSE to Motion by USA as to Trammel Thomas re [465](#) First MOTION to Continue *Sentencing Hearing* (Paluch, Martha) (Entered: 04/24/2019) |
| 04/25/2019 | 468 | ORDER as to **Trammel Thomas (2)**: This matter is before the Court on Defendant's Motion to Continue the Sentencing Hearing [465](#) . In its Response to the Motion [467](#) the Government states that it reluctantly does not oppose a brief continuance of the sentencing hearing, although it does oppose the re-opening of any briefing on the sentencing-related mattes which have already been extensively briefed and are ripe for decision. As the Government correctly points out in its Response, the instant Motion is the Defendant's third request to continue his sentencing hearing. The Court shares the Government's frustration at the Defendant's seeming unending and consistent pattern of manipulating the Court's calendar in successive efforts to delay as much as possible the date on which he will be sentenced. Indeed, the Court's frustration at this state of affairs was previously made clear at the last sentencing hearing on October 22, 2018, at which time the Court stated that "[a]bsent a true emergency, this sentencing hearing is continued for a final time to Monday, January 14, 2019 at 9:30 a.m." *See* Minutes of October 22, 2018 hearing [450](#) . Balancing all the factors and arguments set forth by counsel in their respective filings on the instant Motion, the Court ORDERS as follows: (a) The sentencing hearing for this Defendant will be continued for a FINAL TIME to **Tuesday, June 4, 2019 at 10:00 a.m.** in Courtroom A801; (b) the briefing on any pending sentencing-related motion filed by either party WILL NOT be reopened; and (c) given that the deadlines for the filing of any sentencing-related motions expired several months ago, NO NEW sentencing-related motion or request for relief will be accepted. SO ORDERED by Judge William J. Martinez on 4/25/2019. Text Only Entry (wjmsec, ) (Entered: 04/25/2019) |
| 05/15/2019 | [471](#) | ORDER Denying [461](#) Motion to Reconsider Sentence as to Heather Carr (1). ORDERED by Judge William J. Martinez on 5/15/2019. (angar, ) (Entered: 05/15/2019) |
| 05/28/2019 | [472](#) | ORDER Resolving Pending Motions and Denying [423](#) Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 as to Heather Carr (1). Petitioner's Renewed Motion for Appointment of Counsel (ECF No. [469](#) ) is DENIED; Petitioner's Motion for Leave to File a Reply Out of Time (ECF No. [470](#) ) is DENIED; Petitioner's Motion to Amend 2255 Motion with Additional Claim (ECF No. [452](#) ) is DENIED. ORDERED by Judge William J. Martinez on 5/28/2019. (angar, ) |

| | | Civil Case 1:18-cv-01681-WJM closed. (Entered: 05/28/2019) |
|---|---|---|
| 05/29/2019 | 473 | WITNESS LIST *for June 4, 2019 Sentencing Hearing (Amended)* by USA as to Trammel Thomas (Attachments: # 1 Amended Witness List)(Fields, Bryan) (Entered: 05/29/2019) |
| 06/03/2019 | 474 | SENTENCING STATEMENT by Trammel Thomas (Attachments: # 1 Exhibit Letter of Support, # 2 Exhibit Letter of Support, # 3 Exhibit Letter of Support/Employment, # 4 Exhibit Letter of Support, # 5 Exhibit Letter of Support, # 6 Exhibit Testimony Exhibit, # 7 Exhibit Testimony Exhibit, # 8 Exhibit Certificate, # 9 Exhibit Certificate, # 10 Exhibit Photos, # 11 Exhibit Photos, # 12 Exhibit Photos)(Steward, Tasha) (Entered: 06/03/2019) |
| 06/03/2019 | 475 | ORDER THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Trammell Thomas in the amount of $260,226.85 shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule32.2(e)(1) of the Federal Rules of Criminal Procedure. by Judge William J. Martinez on 6/3/2019. (evana, ) (Entered: 06/03/2019) |
| 06/04/2019 | 476 | STIPULATION AND ORDER Regarding Custody of Original Exhibits as to Trammel Thomas (2). Entered by Judge William J. Martinez on 6/4/2019. (afran) (Entered: 06/04/2019) |
| 06/04/2019 | 477 | COURTROOM MINUTES for Sentencing Hearing as to defendant Trammel Thomas (2) held before Judge William J. Martinez on 6/4/2019. Granting Government's Oral Motion for a Two-Level Enhancement in the Offense Level. Granting in part 353 Defendant's motion referenced in the Sentencing Statement and Request for a Specific/Variant Sentence. Defendant sentenced as reflected on the record. Defendant remanded. Court Reporter: Mary George. (Attachments: # 1 Government's Exhibit List) (afran) (Entered: 06/04/2019) |
| 06/04/2019 | 478 | RESTRICTED AMENDED PRESENTENCE REPORT as to Trammel Thomas (Attachments: # 1 Exhibit A - Sentence Recommendation, # 2 Exhibit B - Victim Impact Statements)(sdean, ) (Entered: 06/04/2019) |
| 06/04/2019 | 479 | RESTRICTED FIFTH ADDENDUM to Presentence Report 478 as to Trammel Thomas (sdean, ) (Entered: 06/04/2019) |
| 06/05/2019 | 480 | JUDGMENT as to defendant Trammel Thomas (2). Counts 1 through 7 of the Superseding Indictment: Defendant sentenced to 120 months imprisonment as to Counts 1 through 7, to run concurrently. 3 years of supervised release as to Counts 1 through 7, to run concurrently. $700 special assessment fee. $563,890.85 restitution joint and several with co-defendants. Entered by Judge William J. Martinez on 6/5/2019. (afran) (Entered: 06/05/2019) |
| 06/05/2019 | 481 | STATEMENT OF REASONS as to Trammel Thomas (2). (afran) (Entered: |

| | | 06/05/2019) |
|---|---|---|
| 06/11/2019 | 482 | First MOTION to Withdraw as Attorney by Tasha A. Steward by Trammel Thomas. (Steward, Tasha) (Entered: 06/11/2019) |
| 06/12/2019 | 483 | MEMORANDUM regarding 482 First MOTION to Withdraw as Attorney by Tasha A. Steward filed by Trammel Thomas. Motion(s) referred to Magistrate Judge Scott T. Varholak. by Judge William J. Martinez on 6/12/2019. Text Only Entry (wjmsec, ) (Entered: 06/12/2019) |
| 06/12/2019 | 484 | ORDER DENYING WITHOUT PREJUDICE 482 Motion to Withdraw as Attorney as to Trammel Thomas (2). Judgment was entered on 6/5/2019 480 as to Defendant Thomas, and the Court is concerned that allowing counsel to withdraw prior to the filing of any notice of appeal will leave new counsel insufficient time to perfect Defendant's appellate rights. If Defendant wishes to appeal, current counsel should assist in filing the notice of appeal. Once any notice of appeal is filed, counsel may file a renewed motion to withdraw as counsel. SO ORDERED, by Magistrate Judge Scott T. Varholak on 6/12/2019. Text Only Entry (stvlc2, ) (Entered: 06/12/2019) |
| 06/12/2019 | 485 | NOTICE OF APPEAL as to 393 Order on Motion for New Trial, 223 Jury Trial/Jury Verdict,,, Set Hearings,, 480 Judgment, by Trammel Thomas. (Steward, Tasha) (Entered: 06/12/2019) |
| 06/12/2019 | 486 | MOTION for Leave to Appeal In Forma Pauperis, by Trammel Thomas. (Steward, Tasha) Modified on 6/13/2019 to correct text (angar, ). (Entered: 06/12/2019) |
| 06/12/2019 | 487 | MOTION to Appoint Counsel by Trammel Thomas. (Attachments: # 1 CJA Attachment Fin. Aff.)(Steward, Tasha) (Entered: 06/12/2019) |
| 06/12/2019 | 488 | Second MOTION to Withdraw as Counsel by Trammel Thomas. (Steward, Tasha) Modified on 6/13/2019 to correct text (angar, ). (Entered: 06/12/2019) |
| 06/13/2019 | 489 | MEMORANDUM regarding 488 MOTION to Withdraw as Attorney filed by Trammel Thomas, 487 MOTION to Appoint Counsel filed by Trammel Thomas. Motion(s) referred to Magistrate Judge Scott T. Varholak. by Judge William J. Martinez on 6/13/2019. Text Only Entry (wjmsec, ) (Entered: 06/13/2019) |
| 06/13/2019 | 490 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 485 Notice of Appeal as to Trammel Thomas to the U.S. Court of Appeals. ( CJA,) (Attachments: # 1 Preliminary Record and Docket Sheet)(angar, ) (Entered: 06/13/2019) |
| 06/13/2019 | 491 | ORDER granting 487 Motion to Appoint Counsel as to Trammel Thomas (2); granting 488 Motion to Withdraw as Attorney. Tasha Anya Steward withdrawn from case as to Trammel Thomas (2) by Magistrate Judge Scott T. Varholak on 6/13/2019. (jgonz, ) (Entered: 06/13/2019) |
| 06/13/2019 | 492 | ORDER Denying as Moot 486 The Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and FED.R.APP.24 as to |

| | | Trammel Thomas (2), by Judge William J. Martinez on 6/13/2019. (angar, ) (Entered: 06/13/2019) |
|---|---|---|
| 06/13/2019 | 493 | USCA Case Number as to Trammel Thomas 19-1209 for 485 Notice of Appeal filed by Trammel Thomas. (angar, ) (Entered: 06/17/2019) |
| 06/13/2019 | 494 | ORDER of USCA as to Trammel Thomas re 485 Notice of Appeal. (USCA Case No. 19-1209) (angar, ) (Entered: 06/17/2019) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/20/2019 14:58:11 | | |
| **PACER Login:** | Truskoski:4374521:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:16-cr-00054-WJM |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |

**PART I - To be completed by appellant within fourteen days of filing the notice of appeal**.

Short Title: U.S.A. v. Trammel Thomas     District Court Number: 1:16-cr-54

District: Colorado (Denver)     Circuit Court Number: 19-1209

Name of Attorney/Pro Se Party: RYAN TRUSKOSKI, ESQ.     Email Address: Rtrusk1@aol.com

    Name of Law Firm/Office: RYAN TRUSKOSKI, P.A.     Telephone: 575-404-3080

    Address : 1300-G El Paseo Rd, Ste. 122, Las Cruces, NM 88001

    Attorney for: Trammel Thomas

Name of Court Reporter: Mary George

Name of Court Reporter (if ordering from more than one): Unknown from Magistrate hearing

---

**PART II - Complete SECTION A (if not ordering a transcript) or SECTION B (if ordering transcript(s))**.

*SECTION A* - **I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
       [] A transcript is not necessary for this appeal;
       [] The necessary transcript is already on file in District Court; or
       [] The necessary transcript was ordered previously in appeal
          number _____

---

*SECTION B* - **I HEREBY ORDER THE FOLLOWING TRANSCRIPT(S):** See attached sheet
       (Specify the date and proceeding in the space below)

Voir dire:_____     Opening Statements:_____

Trial proceedings: _____     Closing Arguments:_____

Jury Instructions: _____     Other Proceedings:_____

Post-Trial Hearings: _____     Other Proceedings:_____

       (Attach additional pages if necessary)

       [] **I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript ordered on this form.**

       ✓ **This case is proceeding under the Criminal Justice Act.**
       **IF THIS APPEAL IS PROCEEDING UNDER THE CJA PLEASE NOTE YOU MUST ALSO TAKE ALL STEPS REQUIRED IN EVOUCHER IN ORDER TO COMPLETE PAYMENT ARRANGEMENTS.**

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

---

**CERTIFICATE OF COMPLIANCE**

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Ordering Party: _____     Date: 7-3-19

---

**PART III - To be completed by the court reporter after satisfactory financial arrangements have been made.**

       Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____ Date:_____

A-8 Transcript Order Form 3/2017

Case No. 1:16-cr-00054-WJM-Document 525-2 Filed 12/12/19 USDC Colorado pg 163 of
Case 1:16-cr-00054-WJM Document 496 Filed 07/03/19 Page 2 of 2 pg 163 of
163

<u>10 Transcripts needed</u>

| | |
|---|---|
| 11-17-17 | Status/trial prep. |
| 11-27-17 | Trial day 1 |
| 11-28-17 | Trial day 2 |
| 11-29-17 | Trial day 3 |
| 11-30-17 | Trial day 4 |
| 5-9-18 | Status/discussion |
| 5-25-18 | Motion hearing |
| 8-8-18 | Sentencing Part 1 |
| 10-22-18 | Sentencing Part 2 |
| 6-4-19 | Sentencing Part 3 |