# Table of Contents

- Threshold graduation picture / Picture of the Ruf family; letter from Ruf family; letter to the judge. These items go to the judge. Also, pictures of MSI Sales Force Team; picture of taking the kids to school for the last time.
- Compassionate Release Motion
- Exhibit A - Exhausted Remedy
- Exhibit B - Medical Records
- Exhibit C - Memo from Warden COVID-19 Modified Operations
- Exhibit D - Judgment; Commitment
- Exhibit E - Initial Computation Sheet
- Exhibit F - Latest Computation Sheet
- Exhibit G - Cop-out to Case Manager Muniz
- Exhibit H - Acceptance Letter - Choice Recovery
- Exhibit I - Individualized Needs Plan - / Program Review / Certificates Not Listed on Program Review
- Exhibit J - Letter from Divine Royalty Entertainment / Picture of Nacoe Brown / Restitution Payment Plan
- Exhibit K - The Rebuild Your Mind - Bill proposal
- Re-Entry Plan - Exhibit L