Exhibit B

# Bureau of Prisons
## Health Services
## Inmate Report Only (formerly labeled ISDS)

Reg #: 57094-408            Inmate Name: THOMAS, TRAMMEL

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

TB Clearance: Yes
            Last PPD Date: 02/10/2021                    Induration: 0mm
            Last Chest X-Ray Date:                       Results:
            TB Treatment:                                Sx free for 30 days: Yes
TB Follow-up Recommended: No

Transfer To: _____            Transfer Date: 11/03/2021

Health Problems

| Health Problem | Status |
|---|---|
| Disorder involving the immune mechanism, unspecified | Current |
| Opioid Use Disorder: Severe | Current |
| Acute gingivitis, plaque induced | Current |
| Unsatisfactory restoration of tooth | Current |
| Pain, unspecified neck | Current |
| Hypoglycemia | Remission |

Medications: All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.

**Meloxicam 15 MG Tab  Exp: 03/27/2022  SIG: Take one tablet (15 MG) by mouth daily AS NEEDED**

OTCs: Listing of all known OTCs this inmate is currently taking.
    None

Pending Appointments:

| Date | Time | Activity | Provider |
|---|---|---|---|
| 08/31/2021 | 00:00 | 14 Day Dr Eval | Physician 01 |
| 02/10/2022 | 00:00 | PPD Administration | Nurse |

Non-Medication Orders:
    No Data Found

Active Alerts:
    No Data Found

Consultations:
Pending Institutional Clinical Director Action
    No Data Found

Pending UR Committee Action
    No Data Found

Pending Regional Review Action
    No Data Found

Pending Scheduling
    No Data Found

Pending Consultation
    No Data Found

Pending Results
    No Data Found

*Exhibit B*

| Reg #: 57094-408 | Inmate Name: THOMAS, TRAMMEL |
|---|---|

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Sickle Cell:
　Sickle Cell Trait/Disease:   No

Limitations/Restrictions/Diets:
　Cleared for Food Service: Yes

Comments:
　Health Services Department

The Inmate does not meet criteria for the current RIS categories that involve the inmate's health because the patient is not terminal, elderly with medical conditions, or considered medically debilitated.

— According to the CDC guidelines titled "People with Certain Medical Conditions" updated May 2021, your current medical conditions can make you more likely to get severe COVID 19 infection. This is based on the current diagnosis of obesity (BMI 29.6) and polysubstance abuse.

Allergies
　No Known Allergies

Devices / Equipment
　No Data Found

Travel:
　　Direct Travel: No
　Travel Restrictions: None

UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:

Transfer From Institution: PHOENIX FCI　　　　　　　　　Phone Number: 6234659757
　　　　　Address 1: 37900 N 45TH AVE
　　　　　Address 2:
　　　City/State/Zip: PHOENIX, Arizona 85086

Name/Title of Person Completing Form: Ford, Isaiah (MAT) MD/CD　　　　　Date: 11/03/2021

Inmate Name: THOMAS, TRAMMEL　　　Reg #: 57094-408　DOB: 02/13/1979　Sex: M

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: THOMAS, TRAMMEL | | | Reg #: 57094-408 |
| Date of Birth: 02/13/1979 | Sex: M | Race: BLACK | Facility: PHX |
| Encounter Date: 01/11/2022 15:45 | Provider: Ford, Isaiah (MAT) MD/CD | | Unit: N01 |

Chronic Care - 14 Day Physician Eval encounter performed at Health Services.

**SUBJECTIVE:**

    COMPLAINT 1    Provider: Ford, Isaiah (MAT) MD/CD

    Chief Complaint: PULMONARY/RESPIRATORY
    Subjective:    IM with hx of Asthma reports using the Inhaler 12 times per week. He wheezes on occasion.
    he was allergic to FLU shot.

    Ankle pain
    he reports chronic ankle pain helped with Mobic.

    Long COVID
    He reports continued loss of taste/smell, bodyaches, fatigue, and SOB.

    Pain:    Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 01/11/2022 15:49 |
| Location: | Ankle-bilateral |
| Quality of Pain: | Aching |
| Pain Scale: | 3 |
| Intervention: | Mobic |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-5 Years |
| Duration: | 1-5 Years |
| Exacerbating Factors: | activity |
| Relieving Factors: | rest |
| Reason Not Done: | |
| Comments: | |

**Seen for clinic(s):** Orthopedic/Rheumatology

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/11/2022 | 15:51 PHX | 80 | Via Machine | Regular | Ford, Isaiah (MAT) MD/CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/11/2022 | 15:51 PHX | 14 | Ford, Isaiah (MAT) MD/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/11/2022 | 15:51 PHX | 125/84 | Left Arm | Sitting | Adult-large | Ford, Isaiah (MAT) MD/CD |

| Inmate Name: | THOMAS, TRAMMEL | | | | Reg #: | 57094-408 |
|---|---|---|---|---|---|---|
| Date of Birth: | 02/13/1979 | Sex: M | Race: BLACK | | Facility: | PHX |
| Encounter Date: | 01/11/2022 15:45 | Provider: Ford, Isaiah (MAT) MD/CD | | | Unit: | N01 |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|

**Wright Peak Flow:**

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|---|---|---|---|---|---|---|---|
| 01/11/2022 | 15:51 PHX | 450 | 250 | 250 | Poor | Without | Ford, Isaiah (MAT) |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/11/2022 | 15:51 PHX | 98 | Room Air | Ford, Isaiah (MAT) MD/CD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 01/11/2022 | 15:51 PHX | 218.5 | 99.1 | | Ford, Isaiah (MAT) MD/CD |

## Exam comments

Gen: NAD
Neck: supple, No JVD, No bruits
SKIN: No jaundice, Normal color
Pulmonary: No wheezes/Rales/Rhonchi/Crackles
Heart: NO murmurs/ Normal heart rate and rhythm/No gallops
Abdomen: Nontender, nondistended, no palpable masses. No hepatomegaly. No abdominal bruit.
Ext: No ankle edema

## ASSESSMENT:

Asthma, J45909 - Current

## PLAN:

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-2 Views | One Time | | 01/25/2022 | Routine |

Specific reason(s) for request (Complaints and findings):

inmate with asthma needs baseline CXR

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Pneumovax 23 Immunization | 01/11/2022 00:00 | IOP/IDC |
| asthma | | |
| Follow-up | 06/12/2022 00:00 | MLP 02 |
| Asthma, ankle pain | | |
| Chronic Care Visit | 12/12/2022 00:00 | Physician 01 |
| Asthma, ankle pain | | |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Other:**

Inmate was counseled according to education level and style of learning. Inmate acknowledged understanding and had no further questions.
FLU vaccines administered Per BEMR monitoring and CPG by IOP/IDC.

**Patient Education Topics:**

| Inmate Name: | THOMAS, TRAMMEL | | | Reg #: | 57094-408 |
|---|---|---|---|---|---|
| Date of Birth: | 02/13/1979 | Sex: M  Race: BLACK | | Facility: | PHX |
| Encounter Date: | 01/11/2022 15:45 | Provider: Ford, Isaiah (MAT) MD/CD | | Unit: | N01 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/11/2022 | Counseling | Access to Care | Ford, Isaiah | Verbalizes Understanding |
| 01/11/2022 | Counseling | Plan of Care | Ford, Isaiah | Verbalizes Understanding |

**Copay Required:** No  **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Ford, Isaiah (MAT) MD/CD on 01/11/2022 16:06

| Inmate Name: | THOMAS, TRAMMEL | | | Reg #: | 57094-408 |
|---|---|---|---|---|---|
| Date of Birth: | 02/13/1979 | Sex: M  Race: BLACK | | Facility: | PHX |
| Encounter Date: | 01/11/2022 15:45 | Provider: Ford, Isaiah (MAT) MD/CD | | Unit: | N01 |

Generated 01/11/2022 16:06 by Ford, Isaiah (MAT) MD/CD   Bureau of Prisons - PHX   Page 3 of 3

Exhibit-B1

TRULINCS 57094408 - THOMAS, TRAMMEL - Unit: PHX-N-A

---

FROM: 57094408
TO: Health Services
SUBJECT: ***Request to Staff*** THOMAS, TRAMMEL, Reg# 57094408, PHX-N-A
DATE: 11/22/2021 01:52:38 PM

To: Ford
Inmate Work Assignment: N/A

I've submitted numerous requests both here at this facility and with my previous facility (VIM), concerning lingering effects from COVID 19 that I contracted last December. The symptoms seems to reappear as if I'm going through the entire sickness again. My head is foggy and I often have shortness of breath. It feels like I'm in a cloudy state of mind. I'm forgetting how to spell the most simplest words and at times even the names of my own family members.
My heart flutters and skips beat.
I feel pain in my joints and bones. Particularly my ankles. Swelling in my lower extremities.
When my ankles swell they are sensitive to touch and red in color.
My eyelids are constantly heavy and I feel fatigued throughout the entire day.
I know my body, therefore I know when something is wrong.
I've never felt like this before and would like to know exactly what is going on with me.
I know the early diagnosis is very important therefore I for you to please see me at your earliest convenience so I can be diagnosed and treated for this.
I thank you in advance.