*Exhibit- C*



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Institution*

---

MEMORANDUM FOR ALL INMATES      January 20, 2022
                       FCI PHOENIX

**FROM:**         R.A. Heisner, Warden
               FCI Phoenix

**SUBJECT:**     COVID-19 Modified Operations

FCI Phoenix is operating at Level 3 (Red). Effective January 24, 2022, FCI Phoenix will implement new COVID-19 modified operations in consideration of the recent COVID-19 cases throughout FCI Phoenix.

Quarantine Units, will quarantine for fourteen (14) days. After the initial fourteen (14) days, additional testing will be conducted, if another positive test is determined, quarantine will restart. Until quarantine has been lifted in the unit, Food Service will continue to utilize satellite feeding for meals.

While under quarantine the following schedule will be utilized, Monday, Wednesday, and Friday tentatively from 7:00 AM to 10:00 AM and 12:30 PM to 3:30 PM. On the selected days and times inmates will be able to utilize the showers, phones, computers, and validate their MP3 players. Tiers will alternate between the given times and days. Monday, top tier will come out first and bottom tier will come out from 12:30 to 3:30 PM. Wednesday the bottom tier will come out first then the top tier, Friday will be the top tier then bottom tier and Monday we start with the bottom tier first, we will alternate to ensure inmates have a fair chance to come out at various times, throughout the day.

During the COVID-19 modified operations it is imperative the established procedures are followed: Masks will be worn at all times when out of your cell and you must maintain six feet of social distancing.

*[signature]*                                      1-21-22
R.A. Heisner, Warden                                Date



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Institution*

---

MEMORANDO PARA TODOS LOS RECLUSOS           Enero 20, 2022
                FCI PHOENIX

FROM:           R.A. Heisner, Warden
                FCI Phoenix

SUBJECT:        Operaciones Modificadas por COVID-19

FCI Phoenix esta operando en nivel 3 (rojo). Effectivo Enero 24, 2022, FCI Phoenix estara implementando nuevas COVID-19 operaciones. modificadas en considerasion de los recientes casos de covid-19 entre FCI Phoenix.

Las Unidades de cuarentena, estaran en quarentena por (14) dias. Despues de los primeros (14) dias, examenes adiccionales se van a conducir, si un exam positivo resulta, la cuarentena se empesara otrav vez. Asta que la cuarentena se levante, Servicio de Comida continuara el servicio de comida en satelite a las Unidades.

Durante cuarentena el horario se va utilizar en las Unidades. Lunes Miercoles, Y Viernes en atentivo, de 0700am a 10:00am y de 12:30 pm a 3:30 pm. En Dias selectados y tiempos reclusos podran usar las duchas, telefonos, computadoras, y validar los MP3. Niveles van a alternar entre los dias y timepos dados. Lunes el nivel de arriva saldra primero y el nivel de avajo saldra de 12:30pm a 3:30pm. Miercoles el nivel de avajo saldra primero y despues el nivel de arriva. El Viernes el nivel de arriva saldra pimero, y despues el niver de avajo. El Lunes empearemos con el nivel de avajo primero. Vamos a alternar para que los reclusos tengan la oportunidad de salir a varios tiempos entre el dia.

Durante el COVID-19 modificasiones es imperativo que los procesos sean seguidos: Las mascaras seran usadas durante todo el tiempo que estes afuera de tu celda y tener aproximadamente 6 pies de distancia.

R.A. Heisner, Warden                            1-21-22
                                                Date