AO 245B (Rev. 02/18) Judgment in Criminal Case

DEFENDANT: TRAMMEL THOMAS  *Exhibit P*
CASE NUMBER: 1:16-cr-00054-WJM-2

Judgment — Page 2 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **one hundred twenty (120) months** as to Counts 1 through 7, to run concurrently.

☒ The court makes the following recommendations to the Bureau of Prisons:
The court recommends the defendant be given full credit for time served in pretrial detention.
The court further recommends the defendant be designated to a facility appropriate to his security classification in the District of Arizona.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By. _____
DEPUTY UNITED STATES MARSHAL