```
VVM64            *              PUBLIC INFORMATION            *      09-24-2020
PAGE 001         *                 INMATE DATA                *      14:36:06
                                AS OF 09-24-2020

REGNO..: 57094-408 NAME: THOMAS, TRAMMEL

                      RESP OF: VIM
                      PHONE..: 760-246-2400    FAX: 760-246-2461
                                               RACE/SEX...: BLACK / MALE
                                               AGE: 41
PROJ REL MT: GOOD CONDUCT TIME RELEASE         PAR ELIG DT: N/A
PROJ REL DT: 10-02-2024                        PAR HEAR DT:
```

*Exhibit E*

G0002        MORE PAGES TO FOLLOW . . .

```
 VVM64           *              PUBLIC INFORMATION            *    09-24-2020
 PAGE 002        *                 INMATE DATA                *    14:36:06
                                 AS OF 09-24-2020
```

REGNO..: 57094-408 NAME: THOMAS, TRAMMEL

```
                    RESP OF: VIM
                    PHONE..: 760-246-2400   FAX: 760-246-2461
HOME DETENTION ELIGIBILITY DATE: 04-02-2024
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:   10-02-2024 VIA GCT REL

------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

```
COURT OF JURISDICTION...........: COLORADO
DOCKET NUMBER...................: 1:16-CR-00054-WJM-2
JUDGE...........................: MARTINEZ
DATE SENTENCED/PROBATION IMPOSED: 06-04-2019
DATE COMMITTED..................: 06-28-2019
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:  $700.00         $00.00           $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $563,890.85
```

--------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:   153     18:286,371 FRAUD, OTHER
OFF/CHG: 18 USC:286 CONSPIRACY TO DEFRAUD THE GOVERNMENT WITH RESPECT
         TO CLAIMS; 18 USC:1341 AND 2 AIDING AND ABETTING MAIL FRAUD
         X6

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    120 MONTHS
 TERM OF SUPERVISION............:      3 YEARS
 DATE OF OFFENSE................: 02-22-2011
```

G0002         MORE PAGES TO FOLLOW . . .

```
VVM64           *         PUBLIC INFORMATION           *    09-24-2020
PAGE 003        *             INMATE DATA              *    14:36:06
                            AS OF 09-24-2020

REGNO..: 57094-408 NAME: THOMAS, TRAMMEL

                   RESP OF: VIM
                   PHONE..: 760-246-2400   FAX: 760-246-2461
-------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-17-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-18-2019 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 06-04-2019
TOTAL TERM IN EFFECT............:   120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    10 YEARS
EARLIEST DATE OF OFFENSE........: 02-22-2011

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    08-30-2012    08-31-2012
                                    03-08-2016    03-08-2016
                                    03-29-2016    06-03-2019

TOTAL PRIOR CREDIT TIME.........: 1165
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 540
TOTAL GCT EARNED................: 216
STATUTORY RELEASE DATE PROJECTED: 10-02-2024
ELDERLY OFFENDER TWO THIRDS DATE: 11-25-2022
EXPIRATION FULL TERM DATE.......: 03-26-2026
TIME SERVED.....................:     4 YEARS      5 MONTHS     30 DAYS
PERCENTAGE OF FULL TERM SERVED..:  45.0
PERCENT OF STATUTORY TERM SERVED:  52.8




G0002        MORE PAGES TO FOLLOW . . .
```

```
 VVM64             *         PUBLIC INFORMATION      *      09-24-2020
PAGE 004 OF 004    *            INMATE DATA          *      14:36:06
                             AS OF 09-24-2020

REGNO..: 57094-408 NAME: THOMAS, TRAMMEL

                   RESP OF: VIM
                   PHONE..: 760-246-2400    FAX: 760-246-2461

PROJECTED SATISFACTION DATE......: 10-02-2024
PROJECTED SATISFACTION METHOD....: GCT REL




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```