Exhibit F

```
  PHXBB   540*23 *                SENTENCE MONITORING                 *      11-01-2021
PAGE 001          *               COMPUTATION DATA                    *      10:43:57
                                  AS OF 11-01-2021
```

REGNO..: 57094-408 NAME: THOMAS, TRAMMEL

```
FBI NO...........: 944342FB2              DATE OF BIRTH: 02-13-1979  AGE:  42
ARS1.............: PHX/A-DES
UNIT.............: MOJ RDAP                QUARTERS.....: N01-119U
DETAINERS........: NO                      NOTIFICATIONS: NO
```

HOME DETENTION ELIGIBILITY DATE: 04-01-2026

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 10-01-2026 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

```
COURT OF JURISDICTION...........: COLORADO
DOCKET NUMBER...................: 1:16-CR-00054-WJM-2
JUDGE...........................: MARTINEZ
DATE SENTENCED/PROBATION IMPOSED: 06-04-2019
DATE COMMITTED..................: 06-28-2019
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                  FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:   $700.00        $00.00          $00.00        $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $563,890.85

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  153    18:286,371 FRAUD, OTHER
OFF/CHG: 18 USC:286 CONSPIRACY TO DEFRAUD THE GOVERNMENT WITH RESPECT
         TO CLAIMS; 18 USC:1341 AND 2 AIDING AND ABETTING MAIL FRAUD

```
SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 120 MONTHS
TERM OF SUPERVISION............:    3 YEARS
DATE OF OFFENSE................: 02-22-2011
```

G0002       MORE PAGES TO FOLLOW . . .

```
  PHXBB  540*23 *              SENTENCE MONITORING              *      11-01-2021
  PAGE 002         *           COMPUTATION DATA                 *      10:43:57
                               AS OF 11-01-2021


REGNO..: 57094-408 NAME: THOMAS, TRAMMEL


------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-18-2021 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 10-18-2021 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 06-04-2019
TOTAL TERM IN EFFECT............: 120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:  10 YEARS
EARLIEST DATE OF OFFENSE........: 02-22-2011

JAIL CREDIT.....................:  FROM DATE    THRU DATE
                                   08-30-2012   08-31-2012
                                   03-08-2016   03-08-2016
                                   03-29-2016   03-29-2016
                                   03-29-2018   06-03-2019

TOTAL PRIOR CREDIT TIME.........: 436
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 540
TOTAL GCT EARNED................: 162
STATUTORY RELEASE DATE PROJECTED: 10-01-2026
ELDERLY OFFENDER TWO THIRDS DATE: 11-23-2024
EXPIRATION FULL TERM DATE.......: 03-24-2028
TIME SERVED.....................:    3 YEARS       7 MONTHS     8 DAYS
PERCENTAGE OF FULL TERM SERVED..: 36.0
PERCENT OF STATUTORY TERM SERVED: 42.3




G0002      MORE PAGES TO FOLLOW . . .
```

```
   PHXBB  540*23 *                SENTENCE MONITORING              *      11-01-2021
PAGE 003 OF 003 *                COMPUTATION DATA                 *      10:43:57
                                 AS OF 11-01-2021
```

REGNO..: 57094-408 NAME: THOMAS, TRAMMEL


PROJECTED SATISFACTION DATE.....: 10-01-2026
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS........:-9-22-21-UPDT:D_COMP-TO-REFLECT -CORRECT_JAIL_CREDIT-T/KB


G0000        TRANSACTION SUCCESSFULLY COMPLETED