*Exhibit G*

```
BP-A0148                    INMATE REQUEST TO STAFF CDFRM
JUNE 10
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS
```

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| CASE MANAGER MUNIZ | 10-28-21 |
| FROM: | REGISTER NO.: |
| TRAVIS THOMAS | 57094-408 |
| WORK ASSIGNMENT: | UNIT: |
| N/A | NAVAJO-A  Cell 119 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

RE: Time Computation - I was transferred to NAVAJO-A yesterday instead of MOJAVE-A (RDAP unit) after you told me that I would be going to MOJAVE during our conversation at team. When I asked the counselor why I was going to NAVAJO instead of MOJAVE, I was told that it was due to my release date being 10-1-26. My release date is 10-2-24. Please see my judgment order - The judge recommended that I be "given full time in pretrial", which the FSA grants him the discretion to do. After sentencing, the BOP followed his recommendation; therefore calculating my release to being 10-2-24. Will you please correct this. Thank you

---

DISPOSITION:

The jail credit starting on 03-29-2016 has been corrected to 03-29-2018.
The 129 and PSI indicate the inmate was in custody on 03-29-2018 and just continued on bond on the 2016 date.

Arrested in the District of Arizona by federal authorities for the instant offense on March 8, 2016; released on a personal recognizance bond that same day. On March 6, 2018, a warrant was issued for bond violations. The defendant was arrested on March 29, 2018, in the District of Arizona, and subsequently ordered detained. Total of 292 days presentence confinement as of January 14, 2019. Credit for time served is determined by the Bureau of Prisons, pursuant to 18 U.S.C. § 3585.

| Signature Staff Member | Date |
|---|---|
| [signature] | 11/1/21 |

Record Copy - File; Copy - Inmate
PDF                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER            **SECTION 6**