# CH⊖ICE RECOVERY

11/29/2021

*Exhibit H*

RE: Tramell Thomas

DOB: 2/13/1979

To Whom it May Concern,

Mr. Thomas has requested to enter the Choice Recovery Intensive Outpatient Program (IOP) as of June 2022 or sooner pending release. Mr. Thomas would work with the team on substance abuse programming and his goals to learn skills for a long-term recovery. Clients have the additional resources of case managers as well as a resource center focused on providing life skills and other health & wellness services are available to help clients continue their personal growth and development in recovery.

Choice Recovery is an Intensive Outpatient Program focused on providing group and individual counseling services to individuals seeking support with substance abuse, mental health, and trauma-related difficulties. Each client is given the opportunity to learn healthy communication and coping skills through a variety of therapeutic modalities including but not limited to; CBT, DBT, EMDR, Commitment and Acceptance, Moral Reconation Therapy (MRT), and Family Systems Therapy. These modalities help clients to address the underlying issues that continue to make sobriety and recovery difficult to sustain long term. Clients are randomly drug tested and understand their duty to remain sober throughout the program.

Choice Recovery Center offers **MRT** with no waitlist. Clients can schedule an intake to occur within 24-72 business hours and can start classes immediately. Should you have any questions, please feel free to contact me.

Best regards,

**Rachel Buettner, MS/P**

*Director of Operations*

# CH⊖ICE RECOVERY

303 N. Centennial Way Mesa, Arizona 85201

Office: 480.527.0337 | Fax: 480-452-1311

Email: rachelb@choiceiop.com