*Exhibit I*



| | **Individualized Needs Plan - Program Review   (Inmate Copy)** | SEQUENCE: 02106010 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 09-23-2021 |

Plan is for inmate: THOMAS, TRAMMEL  57094-408

| Facility: | PHX PHOENIX FCI | Proj. Rel. Date: | 10-01-2026 |
|---|---|---|---|
| Name: | THOMAS, TRAMMEL | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 57094-408 | DNA Status: | OKL12541 / 04-17-2018 |
| Age: | 42 | | |
| Date of Birth: | 02-13-1979 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Pending Charges

Unknown disposition Tempe, AZ - 8/30/2012 / Open container of alcohol & marijuana.

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| PHX | UNASSGN | UNASSIGNED | 09-12-2021 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| PHX | ESL HAS | ENGLISH PROFICIENT | 07-23-2019 |
| PHX | GED HAS | COMPLETED GED OR HS DIPLOMA | 07-23-2019 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| VIM | C | BEGINNERS WELLNESS CLASS | 05-20-2021 | 06-25-2021 |
| VIM | C | CHECK BOOK MATH | 04-22-2021 | 04-29-2021 |
| VIM | C | WRITING YOUR RESUME | 03-11-2021 | 03-18-2021 |
| VIM | C | BASIC GEOGRAPHY OF THE U.S. | 11-02-2020 | 12-30-2020 |
| VIM | C | PARENTING DURING/AFTER PRISON | 02-18-2021 | 02-25-2021 |
| VIM | C | LOCKDOWN ATHLETES AND EFFICIEN | 11-19-2020 | 12-03-2020 |
| VIM | C | HOW TO BE A BETTER FATHER | 06-15-2020 | 07-27-2020 |
| VIM | C | BEST FATHER YOU CAN BE | 06-08-2020 | 07-10-2020 |
| VIM | C | LOCKDOWN MUSCULAR FLEXIBILITY | 06-07-2020 | 06-20-2020 |
| VIM | C | MOTHER'S DAY HISTORY | 05-01-2020 | 06-08-2020 |
| VIM | C | LOCKDOWN PREVENT CARDIO | 05-08-2020 | 05-21-2020 |
| VIM | C | INDEPENDENT STRESS | 03-15-2020 | 04-23-2020 |
| VIM | C | FILLING OUT FORMS 2 | 03-01-2020 | 04-03-2020 |
| VIM | C | WRITING YOUR RESUME | 02-01-2020 | 03-01-2020 |
| VIM | C | CIRCLES CLASS | 01-19-2020 | 03-18-2020 |
| VIM | C | PUBLIC SPEAKING CLASS | 09-12-2019 | 10-28-2019 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 06-28-2019 |
| CARE1-MH | CARE1-MENTAL HEALTH | 07-31-2019 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 01-03-2021 |
| NO PAPER | NO PAPER MEDICAL RECORD | 04-19-2018 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 05-22-2018 |
| YES F/S | CLEARED FOR FOOD SERVICE | 05-22-2018 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|



| Individualized Needs Plan - Program Review | (Inmate Copy) | SEQUENCE: 02106010 |
|---|---|---|
| Dept. of Justice / Federal Bureau of Prisons | | Team Date: 09-23-2021 |

Plan is for inmate: THOMAS, TRAMMEL  57094-408

| Assignment | Description | Start |
|---|---|---|
| DAP QUAL | RESIDENT DRUG TRMT QUALIFIED | 07-22-2021 |
| ED COMP | DRUG EDUCATION COMPLETE | 12-12-2019 |
| ELIGIBLE | 18 USC 3621 RELEASE ELIGIBLE | 07-27-2021 |
| NR WAIT | NRES DRUG TMT WAITING | 07-03-2019 |

### FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:** PART   FINANC RESP-PARTICIPATES   Start: 07-10-2019
Inmate Decision: **AGREED**   $25.00   Frequency: **QUARTERLY**
Payments past 6 months:   $25.00   Obligation Balance: $564,390.85

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status | | |
|---|---|---|---|---|---|---|---|
| 1 | ASSMT | $700.00 | $500.00 | IMMEDIATE | WAIT PLAN | | |
| | Adjustments: | Date Added | Facl | Adjust Type | Reason | | Amount |
| | | 06-12-2021 | VIM | PAYMENT | INSIDE PMT | | $25.00 |
| 2 | REST FV | $563,890.85 | $563,890.85 | IMMEDIATE | WAIT PLAN | | |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $ N/A     Payments commensurate ?  N/A
New Payment Plan:   ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 07-17-2020 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 05-30-2021 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 05-30-2021 |
| N-COGNTV N | NEED - COGNITIONS NO | 05-30-2021 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-30-2021 |
| N-EDUC N | NEED - EDUCATION NO | 05-30-2021 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 05-30-2021 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 05-30-2021 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 05-30-2021 |
| N-MEDICL N | NEED - MEDICAL NO | 05-30-2021 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 05-30-2021 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 05-30-2021 |
| N-TRAUMA Y | NEED - TRAUMA YES | 05-30-2021 |
| N-WORK Y | NEED - WORK YES | 05-30-2021 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 09-22-2021 |

### Progress since last review

Transferred In.

### Next Program Review Goals

Maintain clear conduct & cell sanitation. Make FRP payments.

### Long Term Goals

Participate positively in RDAP through 9/2022.

### RRC/HC Placement

### Comments

Should your unknown disposition be cleared you will be individually reviewed for RRC placement in accordance with the Second Chance Act of 2007, Public Law No. 110-199 within 17 to 19 months prior to release.



**Individualized Needs Plan - Program Review    (Inmate Copy)**          SEQUENCE: 02106010
Dept. of Justice / Federal Bureau of Prisons                              Team Date: 09-23-2021
Plan is for inmate: THOMAS, TRAMMEL   57094-408

             Name:   THOMAS, TRAMMEL          DNA Status:   OKL12541 / 04-17-2018
     Register No.:   57094-408
             Age:   42
    Date of Birth:   02-13-1979

---

Inmate   (THOMAS, TRAMMEL. Register No.: 57094-408)

---

Date

---

Unit Manager / Chairperson                Case Manager

---

Date                                       Date

# Certificate of Completion

The Recreation Department at FCC Victorville, CA
Would Like to Acknowledge:

**THOMAS TRAMMEL**

For completing the FCI-1:

*Talking With Your Doctor Course*

K. Green
K. Green, Sports Specialist

05/22/21
Date





# CERTIFICATE OF COMPLETION

Federal Correctional Complex

**VICTORVILLE EDUCATION DEPARTMENT**

certifies that

**Trammel Thomas**

Has satisfactorily completed **32** participation hours in

**Money Smart Program**

May 7, 2021

R. Courtney, Program Coordinator

# Certificate of Completion

FDC Englewood
Littleton, Colorado

This certifies that:

## Tramell Thomas
(#57094-408)

has satisfactorily completed

## Criminal Thinking

and is hereby awarded this certificate on this 29th day of January, 2019.

_____
K. Vigil, Ph.D., Staff Psychologist

# Certificate of Completion

**Federal Correctional Complex**
Victorville, CA

presented to

## Trammel Thomas

for successful completion of an independent study program through FCC Victorville Psychology Services

**Self-management**

April 10, 2020

_____
Dr. Suglenis, Staff Psychologist

# Certificate of Completion

presented to

## Tramell Thomas

for successful completion of an independent study program through FCC Victorville Psychology Services

**Job Readiness**

February 4, 2020

Federal Correctional Complex
Victorville, CA



_____
Dr. Sugleris, Staff Psychologist

# Certificate of Completion

**Federal Correctional Complex**
Victorville, CA

presented to

**Tramell Thomas**

for successful completion of an independent study program through FCC Victorville Psychology Services

**Impulsivity**
February 4, 2020

_____
Dr. Sugleris, Staff Psychologist




# Certificate of Completion

Presented to:

## TRAMMEL THOMAS

For Completion of the Resolve/Trauma Program's

## TRAUMATIC STRESS & RESILIENCE WORKSHOP

Victorville FCI-I
April 28th, 2021



Dr. Sugleris
Resolve Program Coordinator



Federal Correctional Complex
Victorville, CA

Certificate of Completion

presented to

*Tramell Thomas*

who has successfully completed an Independent Study Program at FCC Victorville

**Grief**

December 11, 2019

Dr. DePierre, Staff Psychologist



Federal Correctional Complex
Victorville, CA

Certificate of Completion

presented to

Tramell Thomas

who has successfully completed an Independent Study Program at FCC Victorville

**Working through Grief**

December 11, 2019

Dr. DePierre, Staff Psychologist



Federal Correctional Complex
Victorville, CA

Certificate of Completion

presented to

Tramell Thomas

who has successfully completed an Independent Study Program at FCC Victorville

**Family**

November 22, 2019

Dr. Sugleris, Staff Psychologist



Federal Correctional Complex
Victorville, CA

# Certificate of Completion

presented to

## Tramell Thomas

who has successfully completed an Independent Study Program at FCC Victorville

### Coping Skills

November 22, 2019

Dr. Sugieris, Staff Psychologist



# Certificate of Completion

presented to

*Trammel Thomas*

who has successfully completed the

**Drug Abuse Education Course
at FCI 1 Victorville, CA**

Presented this 12th day of December, 2019

The Drug Abuse Education Course is a minimum of 12 hours. The goal of this program is to help the offender make an accurate evaluation of the consequences of their substance use and consider the need for treatment.

J. Davis, Drug Treatment Specialist

# Credentials of Ministry

**THIS IS TO CERTIFY**

That The Bearer Hereof Has Been Ordained

**Tramell Dawan Thomas**

On this day, the 11th of February, in the year 2019 and is officially recognized as a member of the Universal Life Church and has all rights and privileges to perform all duties of the ministry.

_____
CHAPLAIN, BR. MARTIN