*Exhibit 1*



*Where Wisdom is Wealth and Wealth is Wisdom*

**DIVINE ROYALTY ENTERTAINMENT**
**NACOE BROWN**
7233 S. 87TH EAST AVENUE – #33-207, Tulsa, OK 74133
918-710-0820
Email: divineroyaltyentertainment@outlook.com

January 14, 2022

Dear Honorable Judge

It is an honor to write to you today concerning this young man Trammel Thomas. Trammel Thomas is the typical African American male who is in need of someone to believe in him and to give him another chance to be the man God created him to be.

I had the privilege to witness rehabilitation take place right before my eyes in the life of Mr. Trammel Thomas. This young man displayed integrity even in the face of prison peer pressure. He has dealt with his childhood scar and now is a responsible mature man. Mr. Thomas has shown sincere remorse for his past action and is well prepared to give back to society much more than he has taken.

Divine Royalty will be helping Mr. Thomas publish a book that he has written during his incarceration.

As a spiritual person and businessman, I'm often asked the question, what do I think about prison reform and my response is always the same. For the inmates who are innocent they do not need a second chance more than they need justice and due process. The second chance is needed for the guilty, the ones who can admit they have made the wrong choices, if they had it all to do again they would make better choices, they are the ones who we need to extend a caring and humane hand of a second chance.

Well, your honor Trammel Thomas is the person who need a helping hand, and a compassionate hand of another chance. I'm asking this court to please release this young man and also help this young man live again, to be a son again, to be a brother again, and to be the man that God created him to be again. If you can find it in your heart to do so you will be forever a part of another African American success story where you played the role of the great liberator.

Thank you for your time and consideration of Trammel Thomas's future. God bless you and this honorable court.

Nacoe Brown
*Nacoe Brown*



Exhibit 1

Where Wisdom is Wealth and Wealth is Wisdom

DIVINE ROYALTY MINISTRY
7233 S. 87TH EAST AVENUE – 33-207
Tulsa, OK 74133
918-710-0820
Email: divineroyaltyministry@yahoo.com

November 2021

First, allow me to apologize for any delay in text or emails. I am very busy, and the demand is becoming greater. I'm going to set up a system very soon where I can reply faster.

I'm enclosing some pictures of me when I was in LA. Everything is coming together by the glory and for the glory of God.

I pray all is well with you and the family. My family is doing great.

Remember you can call me at any time.
God bless.



# *Genesis 37:3,4*

*Now Israel loved Joseph more than all his children, because he was the son of his old age. Also he made him a tunic of many colors. But when his brothers saw that their father loved him more than all his brothers, they hated him and could not speak peaceably to him.*

## Picture 3: *Dream Uniform*

Joseph was given a coat of many colors; this can easily be mistaken as favor. As we just discovered the black sheep is not the favorite for luxury, but for responsibility, as he gets the job done. If this is the case then the coat can't be a gift, but maybe it is a uniform. Therefore, it is common for people to look at what you have, but not know why you have it. This uniform is who you are, what you must do and represents where you must go. For example, a police officer's uniform allows him to be set apart from others; it allows him to go where others may be restricted as it speaks of authority.

Neither Jacob nor Joseph knew all that was taking place when Joseph was given the coat. This gift was actually the uniform. This knowledge will cause you to look at gifts very differently. You may see a lot of what someone has, well the Bible writes, "Much is given, much is required." What they have is given because they are required to bring many dreams into reality. Our problem is we see having much as having a higher position in power, but not serving. The principle of serving is based on who has the most. Remember the Bible writes, "The greater shall serve the least." The more you have, the more you should serve others.

We live in a country that lives off of material things. The American dream consist of how much you have accumulated, so we want more, but yet we deny knowing that serving comes along with having. If we knew the responsibilities that come along with having, we would not want so much. Also, we would not be too quick to give too much. For example, giving to our children without teaching them the responsibility of having is a very dangerous thing. There are many children who were given too much by their parents who never thought that their child may not be ready to handle the responsibility of the gift that comes with no instructions or teaching.

(to be continued....)

Exhibit 1

## Restitution Payment Plan - 1:16-CR-00054
## $563,890.85

**Project:** #ActiveFaith is a 4 part book series that focuses on Mental Fitness while illustrating the power that lies within the youth when they truly believe in their abilities.

**Price Point:** $9.99 - Publishing Divine Royalty Entertainment

**Marketing Strategy:** We will market and promote the project via MSI Sales Force Team, Social Media platforms/SEO, our established church distribution channels, our podcast affiliates that have an estimated audience of 4 million followers; schools/Boys & Girls Club. We will conduct seminars; interviews to promote the project. * Please see photo of MSI Team enclosed.

**Goal:** Our goal is to acquire a loyal fan base of 25k within 90 days of the book 1 launch. We will launch the other parts each quarter thereafter. The floor number for book sales is 100k for the complete series. $5.60 of each book sell will be pledged towards the Restitution Order for a total of $560,000.00. The remaining balance will be paid by the other parties of the order.

**Timeline:** 18 months after the initial launch. Book 1 will launch 90 days from Defendant's release.