*Exhibit K*



## *Compassionate Release Supervision*

### Federal Inmate Tramell Thomas #57094408

To All Trauma, Mental Health, and Criminal Justice Advocates/Shepherds.

Federal inmate Tramell Thomas #570094408, was released in 2009 after serving ten years on a twenty year term of incarceration in the Colorado Department of Corrections. He began working here with us at AYBOS Marketing on a breast cancer campaign called the Eternal Life Campaign "From Awareness To Remedy". While incarcerated, he studied the fields of business for well over eight years. However, when he returned home, he returned a highly educated mentally ill parolee with a traumatic brain injury. He had no known recognition of it until the onset of this new case.

When individuals suffer from these disorders, they lack the ability to reason or rationalize effectively. Due to these injuries it leaves very little room for effective emotional regulation or impulse control. This often leads to uncontrollable behaviors and long terms of incarceration, as in this case. This means individuals  are being punished for a disorder rather than being offered treatment. This behavior is repeated by the court system and results in high recidivism rates.

Mr. Thomas was experiencing  "The Frozen Psychological State of Dependency (frozen psychologically in time)." This is developed by adverse childhood experiences, severe and traumatic violent encounters, neglect, abandonment, lack of support or family structure, and living in less than desirable environments. He returned home in 2009 as a grown man physically, but as far as cognitive skills and rational decision making goes, he was that of a ten year old misguided adolescent.  This is termed in the fields of psychology as the "Imprints of Trauma".

Mr. Thomas's illness was treated with long term incarceration rather than treatment. When he became aware of his disorder, he immediately started seeking treatment and reaching out to other inmates in an effort to research why recidivism is so high and what is being done to combat that.  AYBOS took special interest in Mr. Thomas's case  because the director of AYBOS  was also blind sided with this newly discovered awareness that some people continue to repeat bad decisions because their brain more so focuses on a rash immediate solution rather than a well weighed out rational decision making process. He himself had in fact been in and out of prison many times.

Mr. Thomas reached out to AYBOS once again and encouraged the launch of the  "Rebuild Your Mind Challenge & Initiative." It became the Beth McCann "Rebuild Your Mind Challenge", named after the Denver district attorney for her efforts to reframe the criminal justice system. After careful consideration however, we simply named it "Rebuild Your Mind Challenge". Please google that for a detailed understanding. Mr. Thomas now realized that if  he couldn't recognize his own disorders, then

there must be many others who also could not. Mr. Thomas and AYBOS proposed the challenge and began challenging district attorneys, deputies, parole board members, judges and all individuals in the mental health and criminal justice fields. Today, the challenge has made history in the city of Denver as the only of its kind. Over forty inmates to date have secured the support from the president of the Fraternal Order of Police, President Mike Jackson Lodge #27. He was the first deputy to ever join inmates and take a mental health challenge.

Tramell Thomas is transforming his pain into power, while assisting others. He has been using his education and experience in business to help AYBOS Marketing and the Rebuild Your Mind Challenge to shed light on traumatic brain injuries in the criminal justice system. Rebuild Your Mind Challenge has now gained international attention as it presented at National Alliance of Mental Illness (NAMI Conference 2020) with DU Professor Kim Gorgens, as well as Judy Detmer with the NASHIA 2020 Conference. Marchell Taylor, C. A. Shively, and his team of advocates have secured the support from DU Professor Kim Gorgens, of whom's research is making global headlines (50-80 percent of inmates in Denver County Jails have TBI's). Mr. Thomas's efforts are now being used as legislation to ensure that certain inmates receive neuropsychological screening prior to any plea being entered.

We humbly ask that this Honorable system consider Mr. Thomas for compassionate release, as we can utilize his education and passion as the community representative and leader for AYBOS Marketing and Rebuild Your Mind in the State of Arizona. Feel free to also visit our website rebuildyourmind.org and see the transformational process for yourself, and hopefully take your challenge as well!

It is for the above reason that we ask that Mr. Thomas be considered for a compassionate release and afforded the ability to continue at his work of an effort to transform those who are truly impaired due to untreated trauma and a lack of positive mental health.

We thank you in advance and can only hope for a favorable understanding and result.



*Exhibit K*

# THE REBUILD YOUR MIND

**Neuropsychological and Mental Health Senate/ House Bill No. 00-0000**



### In Contribution To:

**TRAMELL THOMAS #57094408 (FEDERAL INMATE)/ MENTAL HEALTH COLORADO/ THE FRATERNAL ORDER OF POLICE LODGE #27 DENVER, CO/ DENVER DISTRICT ATTORNEY BETH MCCANN/ DR. NINA MINAGAWA/ DR. BESSEL VAN DER KOLK**

## Developed by:

# AYBOS Marketing LLC



## Inmate Supporters:

Trammel Thomas #57094408, DOC #91167, Kedric Miller, DOC #90516,

Sheria Hicks, DOC #10231, Chaddrick Thomas, DOC #116334

Jerome Wheaton, DOC #103051, Randolph Graham, DOC #117439

Charles Smith, DOC #85328, Jerome Wheaton, DOC #124947

Charles Slater III, DOC #131972, Julian Sam, DOC #103294

## Citizen Organization and Business Supporters:

Dr. Nina Minagawa (Psy D), Jack and Roberta Derrick (Citizens), Lori Peridore (Citizen), AYBOS Marketing, Bill Lamping (Civil Attorney), Deputy Mike Jackson (Denver Sheriff's Department), Noel Chalman (Educational coordinator "The Learning Source") Kelly Cave (The Phoenix), C. A. Shively (Mental Health and Trauma Advocate), Rhonda Clark (Licensed Professional Counselor), Terrence Clark (Flint, MI Housing Administrative Director)

**1.) CONCERNING NEUROPSYCHOLOGICAL SCREENINGS AND PSYCHOLOGICAL EVALUATIONS PRIOR TO ANY PLEA HEARING IN CERTAIN CRIMINAL OFFENSES**

**2.) COLORADO DEPARTMENT OF PAROLE PROVIDING PSYCHOLOGICAL THERAPISTS TO REPRESENT INDIVIDUALS WITH NEUROPSYCHOLOGICAL DYSFUNCTIONS AND MENTAL HEALTH DISORDERS AT PAROLE BOARD HEARINGS**

# Statistics:

According to a 2013 brain injury Alliance of Colorado report, over 96% of inmates incarcerated in the state of Colorado who underwent their neuropsychological screening suffer from a traumatic brain injury. Colorado Department of Health states that over 52% of the inmate population in the state of Colorado suffer from severe mental health illness. According to a 2016 statistic from the Colorado Department of Corrections (DOC), 39% of inmates have moderate-to-severe mental health needs, an increase from 28% in 2010. The Division of Youth Corrections reports that 59% of newly committed youths require formal, professional mental health intervention. It is estimated that the prevalence of mental health illness among inmates is two to three times higher than the general population. This new house bill is developed to address these issues promptly and effectively.

# Economic Benefit:

The economic benefit of the new house bill is that, while it decreases allocating capital to build more prisons or keeping these prisons open, it will increase the level of financial obligations to build new Trauma Centers. We could literally transform entire correctional facilities into trauma and mental health facilities. Our economic goal is to create more jobs in the field of trauma and mental health. We decrease capital in one industry while creating jobs and increasing capital in another industry. All while "Rebuilding" individuals minds to becoming productive citizens thereby strengthening the workforce and economy further. Healthy minds create healthy environments, Colorado first!

New House Bill For:

## Neuropsychological and Mental Health

# <u>Developing the safest communities in the country</u>

**The citizens, psychologists, organizations and business community hope that legislation will pass this new Bill to help transform this state of Colorado into the most efficient trauma-informed, trauma-conscious and trauma-responsive states in the country!!**

The brain injury Alliance of Colorado has conducted extensive research on individuals in county jails through neuropsychological screening and has determined that 96% of the inmates have traumatic brain injuries. These injuries are going unidentified and untreated and is leading to poor executive functioning in the prefrontal cortex, repeated criminal behaviors and high incarceration/ recidivism rates.

Trauma and mental health are the greatest threat to our national well-being. Since 2001 far more Americans have died at the hands of their partners or other family members than in the wars in Iraq and Afghanistan. School and mass shootings are at an all-time high and crime has increased over the past 25 years leading to an all-time high incarceration rate in Colorado. The opioid epidemic is destroying lives and families at rapid rates in the state of Colorado, recidivism rates have increased over the past 25 years and one in every four people in this state suffer from trauma, mental health and or substance abuse disorders. Sometimes emotional instabilities are rooted in neurological abnormalities. The judiciary and executive branches are simply warehousing individuals with neuropsychological dysfunctions, mental health and substance abuse disorders.

In 2013 the Food and Drug Administration certified that slower than normal brain wave activities is a bio-marker for individuals with ADHD and PTSD. This explains why they have poor executive functioning in these areas of the brain. This means they have impairments in their ability to problem-solve, control their own emotions, use good judgment, reason, plan, play or control their own impulses. Their rational brains lack proper control over the emotional brains. This is one of the leading causes of ineffective behaviors and 80% of the time lead to substance abuse disorders and eventually criminal behaviors.

This new House Bill is to ensure that individuals who are experiencing brain impairments such as lower than normal brain wave activities and chemical imbalance are able to identify these dysfunctions and receive proper and effective treatment as opposed to incarceration. The new Bill is also to asure that these individuals are not being used as warehousing tools for the judiciary and executive branches. This is one of

**-HOUSE BILL- 00-0000**

the solutions to decreasing trauma, the rate of crime, incarceration and recidivism not only the state of Colorado but the entire country.

Research from three new branches of science (Neuroscience, Developmental Psychopathology and Interpersonal Neurobiology) reveals why it's so hard for sufferers from physical and psychological trauma, abuse and neglect have a hard time learning from their experiences and repeat the same problems over and over (recidivism).

Chronic trauma and stress, as well as adverse childhood experiences, actually cause psychological changes in various areas of the brain. Oftentimes the criminal behavior or substance abuse disorder is not the result of bad character, defiance, lack of willpower or moral failings but the physiological changes in the brain. These dysfunctions can be treated and oftentimes managed effectively.

Society has a vested interest in the individuals rehabilitative process and so should the legislative, judiciary and executive branches. For us to develop safer environments and communities, assure that the individuals with these dysfunctions and disorders are treated effectively, and are not continuously superimposing their trauma onto our community, we propose this new house bill.

**SECTION 1.** **Prior to anyone in certain criminal offenses being able to enter into a plea of guilty or not guilty and is represented by the public defender's office or cannot afford private Council, they must be provided with the neuropsychological screening and a psychological evaluation, conducted by a firm determined by the court, unless otherwise requested.**

   **(a) Criminal offense is classified for screening and evaluation**

* any violent offense under the crime of violence statute

* offenders with two or more felonies at a time of current offense or (Habitual Criminal Offense)

* any offense that carries a term of up to life

* any offense that carries the death penalty

* any offense under the sex crime statute

* any repeat DUI, DUID, DWAI or substance abuse offense

**-HOUSE BILL- 00-0000**

(1.) when individuals suffer these frontal lobe impairments or damage in the prefrontal cortex it effects the mens rea requirements or culpable mental state of **"knowingly", "willingly" and "intentionally"**. Although the individual may know right from wrong, the frontal lobe impairment results in the behavior being uncontrollable. The judiciary system must take this into consideration prior to any plea being entered as the impairment can affect the outcome of the preceding or trial.

(2.) the objective of the screening is to identify the dysfunction so that it can be determined if the disorder or behavior could be corrected and treated effectively. This way the behavior or disorder can be discontinued. Our number one goal is to identify and treat, not to continue to incarcerate unless absolutely necessary. The incarceration rate is causing a strain on our taxpayer and is doing little to decrease crime or the rate of recidivism. It also leaves the individual to continue on in their disorders and proposes more danger to our community, as 80% of the individuals who are incarcerated will be returned back to our society. It is much cheaper and more humane to identify and treat the disorder than to incarcerate as this is also decimating entire families.

The information contained in this document, including attachments, is confidential, copyrighted and/or proprietary to AYBOS Marketing LLC and/or its affiliates. The information detailed herewith is intended only for use by the individual or entity to which it is addressed and is legally PRIVILEGED, CONFIDENTIAL, and exempt from disclosure under applicable law. If the reader of this document is not the intended recipient, you are hereby notified that any review, re-transmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon this information is strictly prohibited. If you have received this document in error, please contact the correct party immediately and delete this document and any attachments from your computer and all servers where it has been stored.

**-HOUSE BILL- 00-0000**



## THE REBUILD YOUR MIND MENTAL

## HEALTH CHALLENGE



INMATES MAKES HISTORY BY LAUNCHING MENTAL HEALTH CHALLENGE & UNITES

COLORADO, DENVER & THE SMALL BUSINESS COMMUNITY!!

## *IN CONTRIBUTION TO:*

### *TRAMELL THOMAS*

### *FOR HIS FIGHT AGAINST TRAUMA AND MENTAL HEALTH*



According to the Brain Injury Alliance of Colorado, Neuropsychological disorders plague over 96 % of Colorado inmates. The Rebuild Your Mind Initiative thanks inmate Tramell Thomas for helping us destigmatize these disorders from inside the judicial system. Mr. Thomas is assisting in transforming himself, the criminal justice system and Colorado collectively, into the most efficient trauma-informed, trauma-conscious and trauma-responsive state.

## In Honor of:

*DR. NINA MINAGAWA/ DR. EZZAT MOGHAZY (MY BEST HEALER)/ DR. BESSEL VAN DER KOLK/ THE FRATERNAL ORDER OF POLICE/ MEN'S MENTAL HEALTH TRANSITIONAL UNIT/ MENTAL HEALTH COLORADO/ THE BRAIN INJURY ALLIANCE OF COLORADO*

*LEAVING FOOTPRINTS CLEAR-CUT SO THAT OTHERS CAN FOLLOW....*

## PROBLEM- SOLUTION- OUTCOME (FLOW CHART)

STIGMATIZED MENTAL HEALTH ISSUES → THE REBUILD YOUR MIND INITIATIVE → DESTIGMATIZED MENTAL HEALTH ISSUES

## THE REBUILD YOUR MENTAL HEALTH CHALLENGE:

### SOCIAL MEDIA STRATEGY:

Our goal is to set off a global mental and social health movement with the RYM team, AYBOS Marketing and the described networks. We are asking that all citizens go to our RYM social medias and start dialoguing about the mental and social issues that they may see others struggling with including themselves. There is no greater need for this type of movement than now. The objective of reaching our goal is to get every D.A., attorney, psychologist, mental health case manager, social human service project director, judge, and criminal justice advocate involved in this movement. We are looking for a combined effort to help in the "Rebuilding The Mind" process.

**Step 1.** Turn on your recording device

**Step 2.** Explain who YOU are briefly and why YOU decided to join the challenge?

**Step 3.** Share, in your video, the mental health experiences that personally affect YOU and how YOU deal with them in a healthy/ unhealthy way.

**Step 4.** Challenge 3 people that you feel will also accept the challenge and challenge THEIR own 3 people to take these 3 steps and come forth to express the mental health experiences that personally affect THEM and how THEY deal with them in a healthy/ unhealthy way!

@Rebuild Your Mind Challenge

https://youtu.be/1Gtr1vGRI2Y

AYBOS cannot do this alone, so we have started the transformation process with the following strategies. Now let's become the most efficient **TRAUMA- INFORMED, TRAUMA- CONSCIOUS & TRAUMA- RESPONSIVE STATE IN THE NATION!**

