Exhibit L

## Re-Entry Plan

- Defendant will live at his father's house which is 26 miles from Phoenix FCI:

Kimothy Cobb
6726 N. 54th Ave. #B
Glendale, AZ 85031
602-783-2189

AYBOS
Marchell Taylor
720-490-9834

- Defendant will work at AYBOS (from home) as a representative for The Rebuild Your Mind Initiative.

- Defendant will attend/participate in The Choice Recovery program and any other programs that supervision sets for him.

- Defendant will work with Divine Royalty to publish #ActiveFaith and structure restitution payment schedule.

- Defendant will file the Articles of Incorporation for the non-profit "Vertically Integrated Communities (VIC)"; connect with Sgt. Tommy Thompson with the PPD to begin their journey in honoring the community.

* The remaining assessment fee is scheduled to be deducted from Defendant's account and paid in full on 3·8·22. Defendant worked out the terms with his counselor on 2·3·22 and signed ξ authorization on 2·9·22