FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 15 2022

JEFFREY P. COLWELL
CLERK

2·7·22

Dear Clerk, please excuse how cluttered this motion may be. We have been on lockdown for close to a month now so our access to proper materials is very limited. I've created a table of contents to help you navigate through it. Hopefully it's useful. Smile.

Can you please send me confirmation that you received this and that I submitted it correctly? I would greatly appreciate it.

Thank you in advance. Have a great rest of the day.

Cordially,