1.

2.4.22

Honorable Judge Martinez,

I pray that this missive reaches you in great spirits and the absolute best of health. I also would like to send my prayers to your family during these unprecedented times.

After experiencing loss, my family is doing much better now in the healing process. To say that these last couple of years have been difficult would be a great understatement. However, I've utilized this time to truly reflect on the man that I am, the man I once was, and the man that I aspire to become. And in that journey of thought, I arrived to the conclusion that I'm not a bad man, but a man that has made detrimentally bad choices.

Your Honor, if you can recall, I wrote a letter to the court prior to my sentencing date. In that letter I had stated that I was going to be the biggest success story that the court has ever seen and that hopefully one day you and I could sit and have a drink of coffee like two regular guys and discuss what we could do collectively to better the community. Well sir, I have committed

myself to making that statement a reality. Not by words - but by action. I think that it's important that I explain to you how I arrived to the place or state of mind that I'm at now.

In the summer of 2017 I received a pass to visit my family in Fort Wayne Indiana. On that trip I spent a great deal of time with my brother due to the fact that he had just been released from federal prison. We enjoyed some good laughs together. As I was leaving his house to catch my flight, he stopped me in his driveway and asked me if I could catch a later flight. I told him that I could not and put my car in reverse to back out. We made eye contact and my brother gave me a look that I had never seen him give before. I continued to drive off, not knowing that that would be the last time that I would ever see him again. On January 7th 2018, I lost my only brother to a house fire. It took me 2 years to accept that my brother had taken his own life. The entire trip there he was reaching out for my help and I couldn't see it because I felt that my life was circling the drain. I was blinded by my own pain. Never have I shed more tears than the ones that I shed for

my brother. After accepting that he took his own life, I began to take a deeper and harder look into my own life and started asking myself questions like "what is my purpose?" "what defines me as a person?" "How do I want to be remembered?" When answering these questions, I found one common denominator. Life is truly; unequivocally about helping the next person. Absolutely nothing in my answers were related to money or success or anything materialistic. It was service that was at the core to all the answers of those questions. Then I started looking at people who are honored in high regards and noticed that their titles signified the same; military service, public servant, serve & protect, community service. And at that moment it just all clicked to me. What have I been doing with my life? There I was at 41 years of age, in prison, and hadn't done anything significantly impactful to help others. No one ever deserved to be on the opposite end of my destructive behavior. I then made the firm decision to becoming part of the solution vs. part of the problem; to be a difference maker in the communities on a large scale.

I told myself that I would never not be able to recognize and assist someone who was in pain like my brother. NO, not on my watch!

I'm aware that the trauma that I experienced growing up effected my decision making as an adult. Those same experiences caused my brother to take his own life. I've since dedicated my life into helping others receive the proper treatment for these disorders.

In doing so, we were able to get Senate Bill 21-138 passed into legislation. This bill focuses on Mental Health and Brain Trauma. Please see Exhibit K

This piece of legislation will help reduce recidivism and in turn, the crime rate in the District of Colorado. This is the first step of many in giving back to the communities that I have previously taken from.

I take great pride in being a vessel to positively impact others lives. I've felt this sentiment even before coming to prison, but I was paralyzed by the fear of fully becoming who I knew I truly was. This stagnation occurs very often in individuals who reside in my community.

Trauma, abandonment and abuse plays a huge role in that stagnation. Now I teach kids that FEAR is only an acronym for False Evidence Appearing Real and that if you can overcome your fears then you can become whoever you want to become and do whatever it is that you want to do; your dreams are literally on the opposite side of your fears.

I wrote a 4 series book entitled "#ActiveFaith" since we last spoke. The series was created for kids at the age of 8-14 and it focuses on illustrating the power that lies within when you lead life with faith, positivity and a genuine kindness for others while also highlighting that service is the rent that we pay for our place on this earth. My daughter is the co-author. Once I'm released we will be able to finish the graphics and designs and complete the project. Divine Royalty will handle the publishing. Please see letter from Divine Royalty enclosed. Ex. J In conjunction with my marketing team, we've been blessed to have mega churches in both Texas & Georgia extend their platforms as distribution channels for the project as well. The book will be sold for $19.99.

It will cost $2.00 to manufacture and distribute each book. I'm going to pledge the remaining proceeds as follows: $5.60 per book sell to the victims of this crime via restitution; the remaining $2.39 will go to Mental Health Awareness; Autistic Research. The goal is to retain a 25K fan base and sell each series per quarter for a total of 100K as a floor number. This will pay the restitution in full in one year. I hope that this repayment will provide some type of solace to all the victims who were effected by this crime.

    Your Honor, when all of this took place I was a 30-32 year old man with the decision making process still that of a child in many ways. I had been recently released from prison after 10 years. I had absolutely no idea of what I stood for or what I wanted to do with my life. That is no longer the case. For so long I tried to run away from my pain and when it finally caught up to me I tried to hide it. Now I embrace my pain, for it has made me wiser, stronger; more appreciative of all the things that life has to offer.

I would like to apologize to the court, the victims of this case and to the entire District of Colorado. However, I realize that the best apology is a change in action & behavior.

Sir, this pandemic has been beyond punishment. To be frank, it's been extreme, both physically & mentally. The virus is inescapable in prison, therefore it's never a matter of if you will catch the virus, only a matter of when and how many times and also will you survive it the next time. It is my belief that the court would have sentenced me to a lesser sentence if these same conditions were then present.

I have not seen my kids in 4 years. My 7 year old son is autistic and I would like to be part of his life during his formative years.

I have a strong support system that I'm extremely grateful for including the Ruf family - please see photo enclosed - their grandson is also on the spectrum. I have employment with AYBOS and therapy set up with Choice Recovery - please see letter from Choice Recovery. Ex. H. We are also in talks for a documentary with Netflix for the Rebuild Your Mind Bill.

Your Honor, if you grant this motion it will be one of the greatest blessings of my life and I give my word and sheer devotion to paying the blessing forward.

A 23-29 percent reduction coupled with the credit that I earned via FSA would make me eligible for halfway house or Cares Act. I would receive priority eligibility if I received a reduction closer to the 30 percent range.

There will be good notes in the journey of life, but it's the bad notes that we learn from. In those notes we find the perfect melody.

Thank you for your time and consideration.

P.S - You will receive the first autographed copy of #ActiveFaith. The picture of me taking my kids to school is the last time I've seen them.

Humbly,