John & Helga Ruf  
11577 E Ranch Gate Rd  
Scottsdale, AZ 85255

Phone: 602-369-4429  
e-mail: jhruf@yahoo.com  
November 8, 2021

To: The Honorable Judge William J. Martinez

Ref: Tramell D Thomas 57094408

We are introducing ourselves to your Honor as friends and former landlords of Mr. Tramell D Thomas. He has been our tenant for 5 years, and the last 3 years have been in constant connection through e-mails and phone calls. We miss having him around and home.

Mr. Thomas has been in every way respectful, honest, and compassionate. He is always willing to help others, including young teenagers who needed guidance in their lives..  
He built his business from the start, had 12 employees and was quite successful in his efforts.  
He is an ambitious young man, he is dependable and courteous. He is also A loving father of 2 lovely children, who are now missing him dearly. As his friends He has our full support morally and financially when he will be released to come Home.  
We are up in our age now and would love to have Tramell and his two children Around us, they are such a joy and practically part of the family.  
For this to happen, we like to ask you to consider granting Mr. Thomas an early release.  
He has everything in place and planned to start his life over again and we believe he should have a second chance in life and see his children growing up next to him.  
Your consideration to grant him a release is greatly appreciated.

With great respects  
*Helga S Ruf*  
Helga S Ruf