Tramell Thomas #57094-408
Phoenix FCI
Federal Correctional Institute
37910 N. 45th Ave.
Phoenix, Arizona
85086

Alfred A. Arraj U.S. Courthouse
Honorable Judge Martinez
Courtroom A801
901 19th Street
Denver, Colorado
80294

Legal Mail

Confidential



FEDERAL CORRECTIONAL INSTITUTION
37900 N. 45th AVENUE
PHOENIX, AZ 85086-7008

DATE 2-11-22

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to the above address.

Inmate Systems Manager