IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-54-WJM

**UNITED STATES OF AMERICA**,

    Plaintiff- Respondent,

v.

1. Heather Carr,
2. **Trammell Thomas,**
3. Mercedes Diaz and
4. Marcelle Green

    Defendant- Movant

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

    I hereby certify that I am a member in good standing of the bar and a member of Criminal Justice Act Panel, and that pursuant to General Order 2020-7 seek appointment to represent Mr. Trammel Thomas. Representation will involve investigation into eligibility for compassionate release under Section 603(b) of First Step Act of 2018, 18 USC §§ 3582(c) and determination if a compassionate release motion should be filed at this time.

    DATED this 18th day of February, 2022.

Respectfully submitted,

By: s/Kelly Meilstrup

Kelly Meilstrup
2nd-Chair, LLC
1600 Stout Street Suite 1400
Denver, CO 80202
Telephone: 858-204-6375
KellyM@2nd-chair.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2022, I filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the court and following parties:

United States Attorney's Office
Attorney for the Government

I further certify that on February 18, 2022, that a copy of this Notice of Appearance will be placed in the U.S. Mail, postage pre-paid and addressed to the following:

Tramell Thomas
FCI Phoenix

                                                    s/Kelly Meilstrup
                                                    Kelly Meilstrup
                                                    2nd-Chair, LLC
                                                    Denver, Colorado