**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:16-cr-00054-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TRAMELL THOMAS,

        Defendant.

_____

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT**
_____

The United States of America, by and through United States Attorney Cole Finegan, and the undersigned Assistant United States Attorney, respectfully moves to restrict CM/ECF Document 558, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion.  The United States requests a "Level 2" Restriction which would make the document and attachment, any order revealing the contents of that document and the brief filed in support of this motion, "Viewable by Selected Parties & Court" only.

//

//

//

//

//

1

Respectfully submitted this 18th day of March, 2022.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

        By: *s/Martha A. Paluch*
        MARTHA A. PALUCH
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Email: Martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of March, 2022, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                             *s/Stephanie Price*
                                             Stephanie Price
                                             Legal Assistant
                                             U.S. Attorney's Office