IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TRAMELL THOMAS,

    Defendant.

## ORDER TO RESTRICT DOCUMENT

This matter is before the Court on the Government's Motion to Restrict Document. Upon consideration and for good cause shown,

IT IS ORDERED that said Document, the Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of that document, are hereby restricted until further order by the Court.

IT IS ORDERED that said Document, the Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of that document, are hereby at a "Level 2 Restriction" and will be "Viewable by Selected Parties & Court" only.

IT IS SO ORDERED on this ____ day of March, 2022.

                                              BY THE COURT:

                                              _____

                                              THE HON. WILLIAM J. MARTINEZ
                                              UNITED STATES DISTRICT COURT JUDGE
                                              DISTRICT OF COLORADO