IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HEATHER CARR,
2. TRAMMEL THOMAS,
3. MERCEDES DIAZ,

    Defendants

## MOTION TO WITHDRAW

The government, by and through undersigned counsel, respectfully moves the court for an order allowing AUSA Paul Farley to withdraw as counsel of record in this matter. AUSA Martha Paluch has been and continues as lead counsel for the government. Mr. Farley entered for the limited purposes of responding to defendant's pro se Motion to Vacate, Set Aside, or Correct Sentence [#423], which has been concluded [#472].

Respectfully submitted this 18th day of March, 2022.

    COLE FINEGAN
    United States Attorney

    *s/ Paul Farley*
    Paul Farley
    Assistant U.S. Attorney
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303.454.0100
    USACO.ECFAppellate@usdoj.gov
    Attorney for Plaintiff-Respondent

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/Colorado)**

I hereby certify that on <u>March 18, 2022</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.   Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

        *s/ Kayla Keiter*
        KAYLA KEITER
        U.S. Attorney's Office