IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-54-WJM

**UNITED STATES OF AMERICA**,

    Plaintiff- Respondent,

v.

1. Heather Carr,
2. **Tramell Thomas,**
3. Mercedes Diaz and
4. Marcelle Green

    Defendant- Movant

**UNOPPOSED REQUEST TO EXTEND REPLY DEADLINE**

Tramell Thomas, through counsel, respectfully requests a two-week extension for filing the defense reply to the Government's March 18, 2022, response opposing Compassionate Release. ECF #558. Based on this Court's order from February 18, 2022, defense counsel has 21 days to reply to the Government's response. ECF #556. This results in a deadline of April 8. 2022. This request is filed as soon as possible based on a scheduled legal call with Mr. Tramell.  Defense counsel needs this extension to collect additional documentation. This documentation will supplement arguments raised in the original motion and speak to arguments raised in the Government's response brief. Defense counsel has been diligent in this representation reviewing the case file thoroughly, reviewing all filed documents, communicating with Mr. Tramell via letter, email and phone calls, and speaking with Mr. Tramell's family.  The Government does not object to this extension.  Defense counsel proposes a new deadline of April 22, 2022.

DATED this 7th day of April, 2022.

Respectfully submitted,

By: s/Kelly Meilstrup

Kelly Meilstrup
2nd-Chair, LLC
1600 Stout Street Suite 1400
Denver, CO 80202
Telephone: 858-204-6375
KellyM@2nd-chair.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2022, I filed the foregoing Request for Extension with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the court and following parties:

United States Attorney's Office
Attorney for the Government

I further certify that on April 7, 2022, that a copy of this Notice of Appearance will be placed in the U.S. Mail, postage pre-paid and addressed to the following:

Tramell Thomas

FCI Phoenix

s/Kelly Meilstrup
Kelly Meilstrup
2nd-Chair, LLC
Denver, Colorado