UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO.

| | |
|---|---|
| UNITED STATES of AMERICA, Plaintiff<br><br>vs.<br><br>TRAMELL THOMAS, Defendant | CASE NUMBER: 1:16-CR-00054-WJM<br><br>JUDGE William J. MARTINEZ<br><br>**FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>**JUL 18 2022**<br><br>JEFFREY P. COLWELL<br>CLERK |

DEFENDANT'S REQUEST FOR RECONSIDERATION OF
COMPASSIONATE RELEASE PURSUANT TO 18. U.S.C.
§ 3582 (c)(1)(A) DENIAL

DEFENDANT, TRAMELL THOMAS, RESPECTFULLY MOVES
this COURT FOR RECONSIDERATION OF THE COURT'S
PREVIOUS DENIAL OF COMPASSIONATE RELEASE / REDUCTION
IN SENTENCE ON MAY 4th 2022.

There has been numerous COVID-19 outbreaks.
At Phoenix FCI since the court denied the
Defendant's original request for reduction in sentence.
The facility is currently on red status with no
change in status for the forseeable future.

According to the CDC, there is a new subvariant of
the Omicron virus called BA.5 which is the worst variant
thus far.

The Daily Beast reports that "BA.5 widespread mutations made
the subvariant less recognizable to all those antibodies we've
built up from vaccines, boosters and past infection. BA.5 has
been able to slip past our immune systems, ninja-style, contributing
to the rising rate of breakthrough cases and reinfections."
Furthermore, the Defendant suffers from an auto
immune disorder that performs in a binary type of
effect. On one side of the disorder it greatly increases
his chances of an anaphylaxis reaction if he
takes the vaccine and or the other end of the
spectrum the disorder greatly increases his
chances of severe illness upon contraction of
the virus.

It is widely known that one dose of the vaccine is insignificant in providing long term protection from COVID-19. Therefore booster shots are required indefinitely to combat the virus and it's subvariants, especially in the case of BA.5. Therefore the Defendant would be exposed to an anaphalaxis reaction each time a booster shot is administered.

For the reasons stated above, the Defendant respectfully requests a sentence reduction of 12-24 months from the original sentence.

Respectfully Submitted,

Tramell Thomas
Phoenix FCI
37910 N. 45th Ave.
Phoenix, Arizona
85086

3.

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the
foregoing document has been mailed this 8th
day of July 2022

Tramell Thomas

4.



Tramell Thomas #57094-408
Phoenix FCI
Federal Correctional Institute
37910 N. 45th Ave.
Phoenix, AZ 85086

PHOENIX AZ 852
13 JUL 2022 PM 8 L

Honorable Judge Martinez
United States District Court
Alfred A. Arraj Courthouse
901-19th St. Courtroom A801
Denver, Colorado
80294