Case Number: 1:16-CR-00054

Dear Clerk,

I recently submitted a motion for reconsideration for Compassionate Release but I forgot to include the enclosed document that demonstrates that I've exhausted my administrative remedies. Can you file this with that motion?

Thank you,

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 18 2022

JEFFREY P. COLWELL
CLERK

BP-A0148
JUNE 10

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                                   FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) R.A. Heisner, Warden | DATE: 4.7.22 |
|---|---|
| FROM: Tranett Thomas | REGISTER NO.: 57094-408 |
| WORK ASSIGNMENT: Orderly | UNIT: N-B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

RE: Compassionate Release pursuant to 18 U.S.C. 3582(c)(1)(A) - Due to the ongoing spread of COVID-19, I respectfully request for BOP to file a motion on my behalf to the district court for a reduction in sentence. According to CDC - my health conditions of auto immune disorder, obesity, asthma, polysubstance abuse, & long COVID makes me more susceptible for severe illness upon contraction of said virus.
Please see my release information: Father - Kimothy Cobb - 602-783-2189
6726 N. 54th Ave. #B
Glendale, AZ 85301

(Do not write below this line)

DISPOSITION:

---

Signature Staff Member | Date

Record Copy - File; Copy - Inmate
PDF                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          SECTION 6

Tarrell D. Thomas #57094-408
Phoenix FCI
Federal Correctional Institute
37910 N. 45th Ave.
Phoenix, AZ 85086

PHOENIX AZ 852
15 JUL 2022 PM 8 L

Alfred Arraj U.S. Courthouse
Honorable Judge Martinez
Courtroom A801 - Clerk
901 19th Street
Denver, Colorado
80294

80294-250151