IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:16-cr-00054-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TRAMELL THOMAS,

        Defendant.

_____

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT**
_____

      The United States of America, by and through United States Attorney Cole Finegan, and the undersigned Assistant United States Attorney, respectfully moves to restrict CM/ECF Document 574, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make the document and attachment, any order revealing the contents of that document and the brief filed in support of this motion, "Viewable by Selected Parties & Court" only.

//

//

//

//

//

1

Respectfully submitted this 4th day of August, 2022.

>Respectfully submitted,
>
>COLE FINEGAN
>United States Attorney
>
>By: s/*Martha A. Paluch*
>MARTHA A. PALUCH
>Assistant United States Attorney
>United States Attorney's Office
>1801 California Street, Suite 1600
>Denver, Colorado 80202
>Telephone: (303) 454-0100
>Email: Martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of August, 2022, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      *s/Stephanie Price*
Stephanie Price
Legal Assistant
U.S. Attorney's Office