Aug. 22-2022

Greetings:                          Case No. 16-CR-054-WJM

I submitted a pro se reconsideration for Compassionate Release and the court ordered the government to respond by August 12th 2022. I have not received a copy of that response. Will you please give me an update on the case and/or a copy of the government's response if there is one.

Thank you in advance.

FILED
RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 29 2022
JEFFREY P. COLWELL
CLERK