

Tramell Thomas #57094-408
Phoenix FCI
37910 N. 45th Ave
Phoenix, AZ 85086

Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
901 - 19th St. Room A105
Denver, CO 80294