UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 17 2022

JEFFREY P. COLWELL
CLERK

UNITED STATES OF AMERICA,

    PLAINTIFF,

VS.

TRAMELL THOMAS;

    DEFENDANT,

CASE NUMBER: 1:16-cr-00054-WJM

JUDGE WILLIAM J. MARTINEZ

ADDENDUM TO MOTION FOR RECONSIDERATION OF COMPASSIONATE
RELEASE REDUCTION IN SENTENCE 18 U.S.C 3582 (c)(1)(a)

    Petitioner would like to direct the courts attention to 3 factors before rendering its decision in the reconsideration for reduction in sentence.

I. United States v. Rucker, 27 F.4th 560 (2022) noted that "it's previous decision in Broadfield reserved a safety valve for prisoners who were unable to receive the vaccine or still remained vulnerable to infection regardless

of vaccination. Vaccination status alone does not warrant denial of a 3582 (c)(1)(a) motion where individual may still be susceptible to infection.

II. The United States Sentencing Commission has issued new lists of priorites and efforts to reducing costs of incarceration and the overcapacity of prisons. A modest sentence reduction of 6-12 months in favor of the Defendant would coincide with the Commission's priorities.

III. President Biden recently signed a bill that forgives financial aid debt which in turn will help alleviate the burden that was associated with this crime.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above caption was placed in the

U.S. Mail Service on October 11th 2022.

*[signature]*

Tramell Thomas 57094-408

Phoenix FCI

37910 N.45th Ave

Phoenix, Arizona 85086

3.

Tramell Thomas #57094-408
Phoenix FCI
37910 N. 45th Ave
Phoenix, AZ 85086

LEGAL MAIL

PHOENIX AZ 852
13 OCT 2022 PM 10 L

Honorable Judge Martinez
Alfred A. Arraj United States Courthouse
901 19th Street - Room A-105
Denver, Colorado
80294

80254-250151